**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

**AMERICORE HOLDINGS, LLC**                                  CASE NO. 19-61608

**DEBTOR(S)**

### ORDER

The Debtor having filed its petition as a "health care business" as defined in 11 U.S.C. § 101(27A),

It is ORDERED the United States Trustee shall appoint a patient care ombudsman within 21 days of the filing of the petition pursuant to 11 U.S.C. § 333 and FED. R. BANKR. P. 2007.2.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Tuesday, December 31, 2019
(ksc)**