# Exhibit A

**(Corporate Organization Chart)**

