## **Exhibit B**

**(Ellwood Real Property Appraisal)**



Restricted Appraisal Report

Appraisal of the Real Estate Only

Ellwood City Hospital Campus
724 Pershing Street, Ellwood
Lawrence County
Pennsylvania, 16117
NGKF File No.: 712-2018-0290

**As of**
May 25, 2018

**Prepared For**
Mr. Grant White and Mr. Tom Pritchard
Americore Health
4337 Sea Grape Drive
Lauderdale By The Sea, Florida, 33308

Newmark
Knight Frank

June 1, 2018

Mr. Grant White and Mr. Tom Pritchard

Americore Health

4337 Sea Grape Drive

Lauderdale By The Sea, Florida 33308

Re:    Restricted Restricted Appraisal Report

Appraisal of the Real Estate Only

Ellwood City Hospital Campus

724 Pershing Street, Ellwood,

Lawrence County, Pennsylvania, 16117

NGKF File No.: 712-2018-0290

Dear Mr. White and Mr. Tom Pritchard:

At your request, we have prepared an appraisal of Ellwood City Hospital. This restricted appraisal report is intended to comply with the reporting requirements outlined under the USPAP for a restricted appraisal report. **As this is not a Federally Related Transaction, this report is not compliant with the standards of Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989. This report is intended to be used in conjunction with our previous appraisal to clarify our valuation procedures.**

The subject property consists of a 62-bed General Community Hospital of Average Quality, Class B construction. The facility was originally built in 1943 and contains 115,100± square feet of gross building area. The building has been well-maintained, and is considered to be in Average overall physical condition with no major signs of deferred maintenance noted. The improvements are of a modern design and are functional for a general community hospital use. Also on campus and included in our valuation are the following improvements summarized in the following chart:

| Building Name/ID | Year Built | Gross Building Area | Number of Stories | Building Description | Construction Quality | Building Class |
|---|---|---|---|---|---|---|
| Ellwood City Hospital | 1943 | 115,100 | 3 | General Community Hospital | Average | Class B |
| Annex Building | 1990 | 3,500 | 1 | Mechanical Building | Average | Class C |
| Medical Arts Building | 1997 | 21,500 | 4 | Medical Office Building | Average | Class B |
| Tree of Life Building | 1941 | 10,000 | 2 | Medical Office Building | Average | Class B |
| Commercial Rental Property | 1945 | 1,780 | 1 | Single Family Residence | Average | Class D Wood |
| Residential Rental Property | 1945 | 1,730 | 1 | Single Family Residence | Average | Class D Wood |
| Unnocupied Building | 1945 | 1,000 | 1 | Single Family Residence | Average | Class D Wood |
| Physician/Anethesiology Residence | 1945 | 700 | 1 | Single Family Residence | Average | Class D Wood |
| Totals | | 155,310 | | | | |

During our inspection we noted some areas of the hospital that are not being used but considering the operator's plans for restructuring, we believe the subject will be efficient and functional from a design perspective.



18302 Highwoods Preserve Pkwy, Suite 114, Tampa, Florida 33647
813-262-8181 (p) 813-971-5382 (f) www.NGKF.com

Mr. White and Mr. Tom Pritchard
Americore Health
June 1, 2018
Page 2



The subject's site contains 8.05± acres (350,789± square feet) of land area and offers average access visibility with no excess land.

Americore Health announced in March of 2017 that they had signed an Asset Purchase Agreement to purchase Ellwood City Hospital which will include all assets including receivables, equipment, real estate, licenses, etc. According to the announcement, the closing will include $4 million for working capital and investment in the hospital, an assumption of a $9 million pension liability, no debt or liens, and the assumption of all capital leases. The sales price was announced publicly as $7,570,000. Given the sales price and other agreed upon costs of the purchase, the combined adjusted sales price was $20,570,000, just under our reconciled value.

The new operator, Americore Health has developed a business plan in which the operations will be restructured and cost structures will be rationalized/streamlined with new attention given to behavioral healthcare using the existing psychiatric licensed beds, as well as negotiations with the Veterans Association. The operator will also leverage their assets with other facilities in the region to cut operating costs using shared services and staff.

We previously appraised the subject property in November of 2017. Our conclusions are approximately equivalent to our previously reconciled values.

We certify that we have no present or contemplated future interest in the property beyond this estimate of value. Your attention is directed to the Limiting Conditions and Assumptions section of this report. Acceptance of this report constitutes an agreement with these conditions and assumptions. In particular, we note the following:

Hypothetical Conditions:

1.  There are no hypothetical conditions for this appraisal.

Extraordinary Assumptions:

2.  The appraisal assumes the property meets state licensing requirements. The appraisal also assumes that the proposed business plan by Americore Health will be put in to place as planned, which will result in a Going Concern operation that is viable to provide a return on and of the real estate value reported herein. Finally, as no new inspection was performed, we assume the subject physical plant to be in the same or similar overall condition as our previous report in November of 2017. There are no other Extraordinary Assumptions.



18302 Highwoods Preserve Pkwy, Suite 114, Tampa, Florida 33647
813-262-8181 (p) 813-971-5382 (f) www.NGKF.com

Mr. White and Mr. Tom Pritchard
Americore Health
June 1, 2018
Page 3



## Market Value As Is – Real Estate Only

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, we have developed an opinion that the "As Is" Market Value of the Fee Simple estate of the property (Real Estate Only) as of May 25, 2018, was:

**Twenty Two Million Five Hundred Thousand Dollars**

**$22,500,000**

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.

Respectfully submitted,

Newmark Knight Frank

_Timothy P. Gillespie_
Timothy P. Gillespie
Pennsylvania Certified General Appraiser
License No. 004301
Expires: October 27, 2018
Phone: 813-262-8181
Email: Tim.Gillespie@NGKF.com
Website: www.NGKF.com



18302 Highwoods Preserve Pkwy, Suite 114, Tampa, Florida 33647
813-262-8181 (p) 813-971-5382 (f) www.NGKF.com

## Summary of Salient Facts and Conclusions

| GENERAL PROPERTY IDENTIFICATION | |
|---|---|
| **Property Name:** | Ellwood City Hospital |
| **Property Location:** | 724 Pershing Street, Ellwood, Lawrence County, Pennsylvania, 16117 |
| **Property Description:** | Ellwood City Hospital is a General Community Hospital with 62 licensed beds and 62 operating beds, consisting of 115,100± square feet of Class B, Average Quality construction, originally built in 1943. |
| **Legal Description:** | Lengthy, See Addenda |
| **Assessor Identification:** | 15084802, 15084801, 15085600, 15050500, 15020800, 15027000, 15020700, 15085100, 15085000, 15084900, 15020600, 15085200 |
| **Zoning:** | R-2, High Density Residential District |

| OWNERSHIP HISTORY | |
|---|---|
| **Owner:** | **Ellwood City Hospital** |

**Sale History/Current Listing/Contract(s):**

Americore Health announced in March of 2017 that they had signed an Asset Purchase Agreement to purchase Ellwood City Hospital which will include all assets including receivables, equipment, real estate, licenses, etc. According to the announcement, the closing will include $4 million for working capital and investment in the hospital, an assumption of a $9 million pension liability, no debt or liens, and the assumption of all capital leases. The sales price was announced publicly as $7,570,000. Given the sales price and other agreed upon costs of the purchase, the combined adjusted sales price was $20,570,000, just under our reconciled value.

The new operator, Americore Health has developed a business plan in which the operations will be restructured and cost structures will be rationalized/streamlined with new attention given to behavioral healthcare using the existing psychiatric licensed beds, as well as negotiations with the Veterans Association. The operator will also leverage their assets with other facilities in the region to cut operating costs using shared services and staff.

| | |
|---|---|
| **Date of Report:** | June 1, 2018 |
| **Date of Property Inspection:** | May 25, 2018 |
| **Effective Date of Value (As Is):** | May 25, 2018 |
| **Property Interest Appraised:** | Fee Simple Interest |



**Intended Use:** This appraisal report is intended to provide an opinion of the market value of the fee simple interest in the property, real estate only, for mortgage financing purposes.

**Intended User(s):** Americore Health. No additional Intended Users are identified or intended by the appraiser(s).

**Assessment:** The subject is fully tax exempt as a non-profit hospital.

**Land:**

| Parcel ID | Gross Land Area (Acres) | Gross Land Area (Sq Ft) | Description |
|---|---|---|---|
| 15084802 | 4.62 | 201,073 | Main Hospital Parcel |
| 15084801 | 1.60 | 69,609 | Medical Arts Building |
| 15085600 | 0.55 | 23,914 | Tree of Life Building |
| 15050500 | 0.15 | 6,708 | Commercial Rental Property |
| 15020800 | 0.17 | 7,362 | Vacant Land |
| 15027000 | 0.14 | 6,273 | Residential Rental Property |
| 15020700 | 0.16 | 7,100 | Unoccupied Building |
| 15085100 | 0.17 | 7,536 | Parking Lot |
| 15085000 | 0.18 | 7,971 | Parking Lot |
| 15084900 | 0.30 | 13,242 | Parking Lot |
| 15020600 | 0.30 | 13,242 | Physician/Anethesiology Residence |
| 15085200 | 0.30 | 13,242 | Driveway |
| Total Campus Size: | 8.05 | 350,789 | |
| Main Hospital Site Size: | 8.05 | 350,789 | |
| Subject Excess Land: | 0.00 | 0 | |

**Improvements:**

| Building Name/ID | Year Built | Gross Building Area | Number of Stories | Building Description | Construction Quality | Building Class |
|---|---|---|---|---|---|---|
| Ellwood City Hospital | 1943 | 115,100 | 3 | General Community Hospital | Average | Class B |
| Annex Building | 1990 | 3,500 | 1 | Mechanical Building | Average | Class C |
| Medical Arts Building | 1997 | 21,500 | 4 | Medical Office Building | Low Cost | Class C |
| Tree of Life Building | 1941 | 10,000 | 2 | Medical Office Building | Low Cost | Class C |
| Commercial Rental Property | 1945 | 1,780 | 1 | Single Family Residence | Average | Class D Wood |
| Residential Rental Property | 1945 | 1,730 | 1 | Single Family Residence | Average | Class D Wood |
| Unoccupied Building | 1945 | 1,000 | 1 | Single Family Residence | Average | Class D Wood |
| Physician/Anethesiology Residence | 1945 | 700 | 1 | Single Family Residence | Average | Class D Wood |
| Totals | | 155,310 | | | | |

## HIGHEST AND BEST USE

**Highest and Best Use of the Site:** Medical development to the highest density possible

**Highest and Best Use as Improved:** As currently improved

## EXPOSURE TIME AND MARKETING TIME

**Exposure Time:** 12 months

**Marketing Time:** 12 months



Summary of Salient Facts

| VALUE INDICATIONS – REAL ESTATE ONLY | |
|---|---|
| | **As Is** |
| **Total Land Value:** | $350,000 |
| **Cost Approach:** | $22,200,000 |
| **Sales Comparison Approach:** | $22,900,000 |
| **Income Approach:** | $22,400,000 |
| **Reconciled Value Conclusion(s)** | $22,500,000 |
| Effective Date (s) | May 25, 2018 |
| Property Rights | Fee Simple |

# TABLE OF CONTENTS

TITLE PAGE
LETTER OF TRANSMITTAL
SUMMARY OF SALIENT FACTS AND CONCLUSIONS

Summary of Salient Facts and Conclusions ................................................................................................. i
Definitions and Terms ................................................................................................................................ 1
Limiting Conditions and Assumptions ....................................................................................................... 5
Scope of Work ............................................................................................................................................ 9
Subject Photographs ................................................................................................................................ 11
Highest and Best Use ............................................................................................................................... 17
Valuation Methodology ........................................................................................................................... 20
Land Valuation ......................................................................................................................................... 22
    Land Valuation Conclusion ................................................................................................................ 28
Cost Approach .......................................................................................................................................... 29
Sales Comparison Approach – Real Estate Only ...................................................................................... 38
Income Approach – Real Estate Only ...................................................................................................... 47
    Real Estate Only Analysis Conclusion ............................................................................................... 52
Final Reconciliation ................................................................................................................................. 53
Certification of Appraisal ......................................................................................................................... 55
Addenda ................................................................................................................................................... 57

Ellwood City Hospital



# Definitions and Terms

**Market Value**

As defined by the Uniform Standards of Appraisal Practice as promulgated by the Appraisal Foundation, market value is as follows.

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby,

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and acting in what they consider their own best interest;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Fee Simple Interest** is defined[1] as:
Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

**Leased Fee Interest** is defined[1] as:
An ownership interest held by a landlord with the rights of use and occupancy conveyed by a lease to others. The rights of the lessor (the leased fee owner) and the leased fee are specified by contract terms contained within the lease.

**Leasehold Interest** is defined[1] as:
The interest held by the lessee (the renter or tenant) through a lease transferring the rights of use and occupancy for a stated term under certain conditions.

**Going Concern Value:**

The value created by a proven property operation; considered as a separate entity to be valued with a specific business establishment. Common going-concern appraisals are conducted for assisted living facilities, nursing homes, hotels and motels, restaurants, bowling alleys, industrial enterprises, retail stores, and similar property uses. For these property types, the physical real estate assets are integral parts of an ongoing business such

---

[1] Appraisal Institute, The Dictionary of Real Estate Appraisal, 5th ed. (Chicago: Appraisal Institute, 2010).



that the market values from the land and building are difficult, if not impossible, to segregate from the total value of the ongoing business.

**Marketing Time** is defined[1] as:

1. The time it takes an interest in real property to sell on the market subsequent to the date of an appraisal.

2. Reasonable marketing time is an estimate of the amount of time it might take to sell an interest in real property at its estimated market value during the period immediately after the effective date of the appraisal; the anticipated time required to expose the property to a pool of prospective purchasers and to allow appropriate time for negotiation, the exercise of due diligence, and the consummation of a sale at a price supportable by concurrent market conditions. Marketing time differs from exposure time, which is always presumed to precede the effective date of the appraisal. (Advisory Opinion 7 of the Appraisal Standards Board of The Appraisal Foundation and Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions" address the determination of reasonable exposure and marketing time).

**Exposure Time** is defined[1] as:

1. The time a property remains on the market.

2. The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of the appraisal. The overall concept of reasonable exposure encompasses not only adequate, sufficient and reasonable time but also adequate, sufficient and reasonable effort. Exposure time is different for various types of real estate and value ranges and under various market conditions. (Appraisal Standards Board of The Appraisal Foundation, Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions").

3. Market value estimates imply that an adequate marketing effort and reasonable time for exposure occurred prior to the effective date of the appraisal. In the case of disposition value, the time frame allowed for marketing the property rights is somewhat limited, but the marketing effort is orderly and adequate. With liquidation value, the time frame for marketing the property rights is so severely limited that an adequate marketing program cannot be implemented. (The Report of the Appraisal Institute Special Task Force on Value Definitions qualifies exposure time in terms of the three above-mentioned values). See also marketing time.



**Gross Building Area (GBA)**

The total floor area of a building, including below-grade space but excluding unenclosed areas, measured from the exterior of the walls. Gross building area for office buildings is computed by measuring to the outside finished surface of permanent outer building walls without any deductions. All enclosed floors of the building including basements, mechanical equipment floors, penthouses, and the like are included in the measurement. Parking spaces and parking garages are excluded. [1]

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the typical lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

**As Is Value**

The value of specific ownership rights to an identified parcel of real estate as of the effective date of the appraisal; relates to what physically exists and is legally permissible and excludes all assumptions concerning hypothetical market conditions or possible rezoning. [1]

**Stabilized Value**

1. A value opinion that excludes from consideration any abnormal relationship between supply and demand such as is experienced in boom periods, when cost and sale price may exceed the long-term value, or during periods of depression, when cost and sale price may fall short of long-term value.

2. A value opinion that excludes from consideration any transitory condition that may cause excessive construction costs,(e.g., a bonus or premium for material, the abnormal inefficiency of labor, the cost of delay or an excessive sale price, e.g., a premium paid due to a temporary shortage of supply).[1]

**As Complete Value (Upon Completion Prospective Future Value)**

The prospective value of a property after all construction has been completed. This value reflects all expenditures for lease-up and occupancy that may be expected to have occurred at that point in time, which may or may not put the property at stabilized value. [1]

**Insurable Value**

1. The value of an asset or asset group that is covered by an insurance policy; can be estimated by deducting costs of non-insurable items (e.g., land value) from market value.

2. Value used by insurance companies as the basis for insurance. Often considered to be replacement or reproduction cost plus allowances for debris removal or demolition less deterioration and non-insurable items. Sometimes cash value or market value, but often entirely a cost concept. (Marshall & Swift LP).



**Swift Estimator Description**

The Marshall & Swift SwiftEstimator programs are based on the square foot ('calculator") method in the Marshall Valuation Service (MVS), which has been published by Marshall & Swift for over 65 years. Marshall & Swift uses a Top Down, Bottom Up approach for both gathering and validating data. They use Predictive Modeling (Bottom Up) to produce data in the products and Data Sampling (Top Down) interaction for validation purposes. Construction cost data research measures price movement, establishes benchmarks with validation of data leveraging statistical analysis and data interpretation.

The Bottom Up approach consists of Marshall and Swift/Boeckh's (MSB) proprietary collection and research methodology that has been applied for over 70 years. MSB collects information from an extensive network of building material suppliers, labor organizations, new construction and insurance restoration contractors, and construction industry experts. MSB collects and monitors union and non-union wage rates for more than 75 trades, over 32,000 line items of construction, including the productivity rates and crew sizes to install each item, local cost concerns such as building cost requirements, architect's fees and variables for older homes, and regulations, debris removal stipulations and license fees. Along with this hard cost information, MSB researches certain soft costs such as overhead and profit, and general condition costs and fees. Material costs and Wage Rates are gathered monthly and monitored every quarter for the United States and Canada.

The Top Down approach consists of a unique validation processes to ensure the cost information we provide generates the best answers possible by using Plateline studies, market data interpretation and contractor bid price analysis. Data sampling validation ensures that pricing is correct for all regions. Through the use of live examples, MSB has developed thousands of "real life" examples of building property valuations comparisons. The building sample collection varies by occupancy.

In order to obtain a prior year cost, the SwiftEstimator starts with current costs and uses indexes to take the costs back in time. MSB provides building construction cost trend indices and percent change factor information for various building types. The index and resulting percentage change factors are a snapshot in time of components used in the construction of a building and the labor rates, material and equipment costs researched at a specific time and location. The percent change factors represent the aggregated movement or changes in construction cost from one point in time to another point in time and are not specific to any one structure as it is based on a market basket of goods consisting of material and labor.

The costs in the SwiftEstimator start with national average costs. The national average costs are then localized by the use of a local multiplier, which will increase or decrease the costs based on its location. The local multiplier is created by comparing quarterly collected material and labor costs throughout the United States and Canada to the national average. The commercial and residential programs within the SwiftEstimator localize the cost to the 3-digit zip code level.  The segregated program localizes to the 5-digit zip code.



## Limiting Conditions and Assumptions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1.  Unless otherwise stated in this Report, title to the property which is the subject of this Report (herein "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value.  No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser.  This Report shall not constitute a survey of the Property.

2.  Unless otherwise stated in this Report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.)  are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations.  No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this Report is based, unless otherwise stated.  The physical condition of the Property reflected in this Report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.

3.  Unless otherwise stated in this Report, this Report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances.  The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property.  The opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4.  All statements of fact contained in this Report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the Appraiser's actual knowledge and belief.  The Appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be



Limiting Conditions and Assumptions

reliable by such members. Such information and data obtained from third party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a substantial impact on the conclusions of this Report.  The Appraiser reserves the right to amend conclusions reported if made aware of any such error.

5.  The opinion of value stated in this Report is only as of the date of value stated in this Report. An appraisal is inherently subjective and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events.  This Report speaks only as of the date hereof.

6.  Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this Report.  Any projections of income, expenses and economic conditions utilized in this Report are not predictions of the future.  Rather, they are estimates of market expectations of future income and expenses.  The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured.  Actual results may vary from the projections considered herein.  There is no warranty or assurances that these forecasts will occur.  Projections may be affected by circumstances beyond anyone's knowledge or control. Any income and expense estimates contained in this Report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7.  The analyses contained in this Report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8.  All prospective value opinions presented in this Report are estimates and forecasts, which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could substantially alter the outcome of the estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc.  In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9.  The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.  This Report shall be considered only in its entirety.  No part of this Report shall be utilized separately or out of context.



Limiting Conditions and Assumptions

10. Neither all nor any part of the contents of this Report (especially any conclusions as to value, the identity of the Appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this Report, or a copy hereof, does not carry with it the right of publication.

11. Client and any other identified Intended User should consider this Report and the opinion of value contained herein as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property.  Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.  The use of this Report and the Appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this Report and the Appraisal contained herein.

12. Unless otherwise stated in the engagement to prepare this Report, the Appraiser shall not be required to participate in or prepare for or attend any judicial, arbitration, or administrative proceedings.

13. To the maximum extent permitted under applicable law, in no event will the Firm, its employees, Appraiser, affiliates and agents, be liable for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to the Agreement to prepare this Report or the Appraisal or this Report, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm, its employees, Appraiser, affiliates and agents, arising from or relating to the Agreement to prepare this Report or the Appraisal or this Report , whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to Firm for this Report and the services described herein .

14. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this Report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines.  No expertise in ADA issues is claimed, and the Report renders no opinion regarding the Property's compliance with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

15. Acceptance and/or use of this Report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this Report including any Extraordinary Assumptions and Hypothetical Conditions.



16. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions.  Given that requirement, this Appraisal may not be accepted by a federally regulated financial institution.

17. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client, or any Intended User of this Report, against Firm or its affiliates, Appraiser, officers, directors, employees, contractors, agents, or other representatives, whether based in contract, tort, warranty, indemnity or otherwise, relating to the Appraisal shall be commenced within two (2) years from the date of delivery of this Report to the claimant in such action unless the applicable law provides for a shorter period and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding.

**Americans with Disabilities Act (ADA) of 1990**

A civil rights act passed by Congress guaranteeing individuals with disabilities equal opportunity in public accommodations, employment, transportation, government services, and telecommunications. Statutory deadlines become effective on various dates between 1990 and 1997. Newmark Knight Frank has not made a determination regarding the subject's ADA compliance or non-compliance. **Non-compliance could have a negative impact on value, however this has not been considered or analyzed in this appraisal as it is beyond the scope of this assignment**.



## Scope of Work

According to the Uniform Standards of Professional Appraisal Practice, it is the appraiser's responsibility to develop and report a scope of work that results in credible results that are appropriate for the appraisal problem and intended user(s). The scope of this appraisal required collecting primary and secondary data considered relevant to the subject property.  Vacant land, improved sales and rental data was researched. The input of buyers, sellers and property owners was also considered.

| SCOPE OF WORK | |
|---|---|
| Report Type: | This is a Restricted Appraisal Report as defined by Uniform Standards of Professional Appraisal Practice under Standards Rule 2-2(b). This format provides for only basic property identification, appraisal statements and value conclusion(s). The appraisal may only be used by the client for the intended use. The rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information in the appraiser's workfile. |
| Intended Use: | This appraisal report is intended to provide an opinion of the market value of the fee simple interest in the property, real estate only, for mortgage financing purposes. |
| Intended User(s): | Americore Health. No additional Intended Users are identified or intended by the appraiser(s). |
| Property Identification: | The subject has been identified by the legal description and the assessors' parcel number. |
| Inspection: | No new inspection was performed, we assume the subject physical plant to be in the same or similar overall condition as our previous report in November of 2017. Timothy P. Gillespie made an inspection of the subject property in November of 2017. Due to the geographic locations associated with the improved property sales, they were not inspected. |
| Market Area Analysis: | A complete analysis of market conditions has been made. |
| Highest and Best Use Analysis: | A complete as vacant and as improved highest and best use analysis for the subject has been made. Physically possible, legally permissible and financially feasible uses were considered, and the maximally productive use was concluded. |
| Type of Value: | Real Estate Only |



Appraisal Assistance:            In the performance of this assignment, no one other than those stated in the certification provided significant professional assistance.

<u>Valuation Analyses</u>

Cost Approach:            A Cost Approach was applied as there is adequate data to develop a land value and the depreciation accrued to the improvements can be reasonably measured.

Sales Comparison Approach:            A Sales Approach was applied as there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

Income Approach:            An Income Approach was applied as the subject is an income producing property and there is adequate data to develop a value estimate with this approach.

Hypothetical Conditions:            There are no hypothetical conditions for this appraisal.

Extraordinary Assumptions:            The appraisal assumes the property meets state licensing requirements. The appraisal also assumes that the proposed business plan by Americore Health will be put in to place as planned, which will result in a Going Concern operation that is viable to provide a return on and of the real estate value reported herein. Finally, as no new inspection was performed, we assume the subject physical plant to be in the same or similar overall condition as our previous report in November of 2017. There are no other Extraordinary Assumptions.



## Subject Photographs

| Aerial Photograph |
| --- |





Subject Photographs



| Subject Exterior Front View | Subject Exterior Front View |

 

| Subject Exterior Side View | Subject Exterior Side View |

 

| Subject Exterior Rear View | Subject Exterior Rear View |

 

| Main Entrance | Main Lobby |





Typical Hallway



Elevator Lobby



Kitchen



Dining Room



X-Ray Room



MRI Room



Emergency Room



Exam Room

Subject Photographs



Nurse's Station



Patient Room



Patient Room



Patient Restroom



Roof



Boilers



Chillers



Generator




| Medical Arts Building | Medical Arts Building |




| Tree of Life Building | Tree of Life Building |




| Annex Building | Annex Building |




| Commercial Rental Property | Residential Rental Property |



Unoccupied Building



Physician/Anethesiology Residence



Helipad



Med Gas Storage



View North on Pershing Street



View South on Pershing Street

## Highest and Best Use

Highest and best use, as defined by the Dictionary of Real Estate Appraisal, 5th Edition, 2010, which is a publication of the Appraisal Institute, is defined as:

- The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability. Alternatively, the probable use of land or improved property, specific with respect to user and timing of the use that is adequately supported and results in the highest present value.

### Highest and Best Use of the Site

**Legally Permissible**

The property is zoned R-2, High Density Residential District, by the City of Ellwood. Permitted uses include single and two family dwellings, public parks, libraries, essential services, schools, and communications antennas. Aside from the site's zoning regulations, we are not aware of any legal restrictions that limit the potential uses of the subject.

Industrial, commercial, retail, and agricultural uses are not permitted within the zoning district.

**Physically Possible**

The total subject site contains a total of 8.76 acres. The site has good overall utility and is functional for the current use. The site is served by all public utilities including public water and sewer, gas, electric and telephone. Overall, the site is considered adequate to accommodate most permitted development possibilities.

**Financial Feasibility and Maximum Profitability**

After analyzing the physically possible and legally permissible uses of the property, the highest and best use must be considered in light of financial feasibility and maximum profitability.

To be feasible, a potential use would need to provide a sufficient return on capital and a positive net income or acceptable rate of return would indicate that a use is financially feasible. Of the uses that are allowed, the one that is considered to be maximally productive would be considered the highest and best use. In considering the all of the factors involved, including zoning, physical characteristics, the financial feasibility of these uses, as well as the current market conditions, we have concluded that the highest and best use of the site, as vacant, is for a Medical development to the highest density possible.



**Highest and Best Use as Improved**

According to the Dictionary of Real Estate Appraisal, highest and best use of the property as improved is defined as:

- The use that should be made of a property as it exists. An existing improvement should be renovated or retained "as is" so long as it continues to contribute to the total market value of the property, or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one.

In analyzing the highest and best use of a property as improved, it is recognized that the improvements should continue to be used until it is financially advantageous to alter physical elements of the structure or to demolish it and build a new one. The highest and best use as improved must meet the same criteria as the highest and best use as though vacant.

The property is zoned R-2, High Density Residential District, by the City of Ellwood. Permitted uses include single and two family dwellings, public parks, libraries, essential services, schools, and communications antennas. The subject is legal but non-conforming use. See comments..

The improvements are in average condition. The design, layout, as well as average size per bed of the facility is considered good. The facility is functional and adequate to support the current operation. We know of no municipal actions or covenants forthcoming that would require a change to the current improvements.

Considering the special use of the property and its location among other healthcare facilities as well as the state of the local acute care/healthcare market, it is our opinion that the Highest and Best Use of the subject site, as though improved, would be continued use as a general community hospital campus. The principle of conforming use states that a property, both as vacant and as improved, must be valued to the same highest and best use. Land must always be valued on the legal use as if vacant, and the improvements conforming to that land use. Having the property already zoned increases the likelihood that, as improved, the property would continue to serve its current function or a use vastly similar, such as medical clinic, office building or office building for government use.

Alternative uses for the improvements, however, would be limited due to the purpose built design. As a result, any conversion to an alternative use would be costly.

We reiterate that the purpose of our analysis is to estimate the value of the real estate. An analysis of the going concern includes not only the value of that real estate, but also the contributory value of the facility equipment (FF&E) and the contributory value of the business. As a special use property, an independent analysis of the value of the going concern, which includes the three components to value (real estate, equipment, and the business value) necessarily needs to exceed the value of the sum of the real estate and FF&E components. The real estate market would not pay more for the facility real estate if that facility could not produce enough business income to provide a return "on" and "of" the investment. In that instance, the market value of the real estate would be discounted by an investor or valued, at a level appropriately low enough so the business operation could provide a profit to at least the real estate



investor. As a test of reasonableness for the viability of the going concern, we have looked at the operator's projections following restructure, the current operations in place, as well as the operations of competitive properties in the subject's market area.

The operator has projected a 2018 Net Operating Income of approximately $10,442,105. Applying a Going Concern Capitalization Rate based on the market of say 15% results in a value of almost $70,000,000, well above the threshold to provide a return on and of the real estate. As such, we consider the potential for a viable Going Concern operation to be relatively good, and it is our opinion that the highest and best use is "As currently improved," a continuation of the existing use.



## Valuation Methodology

The appraisal process is an orderly investigative procedure wherein data are acquired, classified, analyzed and then processed into value indications by various appraisal techniques. The most common methods utilized are the Cost Approach, the Sales Comparison Approach, and the Income Capitalization Approach. We have considered each approach in developing our opinion of the value of the subject property. We will discuss each approach in the following paragraphs and conclude with a summary of their applicability to the subject property.

### COST APPROACH

The Cost Approach is based on the premise that an informed, rational investor or purchaser would pay no more for an existing property than it would cost to replace/reproduce a substitute property with the same utility and without undue delay.  The Cost Approach represents the sum of the estimated land value and the depreciated cost of the improvements, which is cost new of the improvements less accrued depreciation. This depreciated cost is based on the estimated cost of replacing the structural and site improvements, less any accrued depreciation from physical deterioration, functional obsolescence, and or external obsolescence.

### SALES COMPARISON APPROACH

The Sales Comparison Approach is the process of comparing and analyzing prices paid for properties having a satisfactory degree of similarity to the subject property. This approach is based upon the principle of substitution, which implies that a prudent purchaser will not pay more to buy a property than they would to buy a comparable substitute property in a similar location and without undue delay. Since no two properties are ever truly identical, the necessary adjustments for differences in quality, location, size, services, and market appeal between the appraised property and comparable (substitute) properties are a function of the appraiser's experience and judgment.

### INCOME CAPITALIZATION APPROACH

The Income Capitalization Approach is based on the premise that a prudent investor would pay no more for the subject property than they would for another investment with similar risk and return characteristics. Since the value of an investment can be considered equal to the present worth of anticipated future benefits in the form of dollar income or amenities, this approach estimates the present value of the net cash flow stream that the property is capable of producing. This amount is capitalized at a rate that should reflect an appropriate amount of risk to the investor and the amount of income necessary to support debt service or the mortgage requirement.

### FINAL RECONCILIATION

The appraisal process concludes with the Final Reconciliation of the values derived from the approaches applied for a single estimate of market value. Different properties require different means of analysis and lend themselves to one approach over the others. The approaches that were used in the analysis of the subject are indicated below:



**Analyses Applied**

- A **Cost Approach** was considered and was developed because there is adequate data to develop a land value and the depreciation accrued to the improvements can be reasonably measured.

- A **Sales Comparison Approach** was considered and was developed because there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

- An **Income Approach** was considered and was developed because the subject is an income producing property and there is adequate data to develop a value estimate with this approach.



## Land Valuation

We used the Sales Comparison Approach to develop an opinion of land value. The Sales Comparison Approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership.  It is based on the principles of supply and demand, balance, substitution and externalities. The following steps describe the applied process of the Sales Comparison Approach.

- The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.
- The most pertinent data is further analyzed and the quality of the transaction is determined.
- The most meaningful unit of value for the subject property is determined.  For properties similar to the subject, the most common used market unit of comparison is the price per square foot of land area. All of the comparables used in our analysis have been analyzed on this basis.
- Each comparable sale is analyzed and where appropriate, adjusted to equate with the subject property.
- The value indication of each comparable sale is analyzed and the data reconciled for a final indication of value via the Sales Comparison Approach.

**Land Comparables**

The general real estate market was greatly impacted by the credit crisis which severely slowed land sale transactions with similar characteristics to the subject site prior to the downturn. The general real estate market has made some recovery but still lacks the transaction volume seen before the recession. The transactions we have used represent a relatively wide variance in site characteristics, but are considered to provide a reasonable basis of land pricing for the subject site under its legally allowed use.

We have researched four comparables for this analysis; these are documented on the following pages followed by a location map and analysis grid. All sales have been researched through numerous sources, inspected and verified by a party to the transaction.

We note that given the rural location and somewhat stagnant market in Lawrence County, Pennsylvania, there are few market transactions in which to develop a value of the land. As such, we utilized the most recent and relative data available.

| Comp | Address | City | Date | Price | Price Per Land SF | Acres | Land SF | Zoning |
|---|---|---|---|---|---|---|---|---|
| Subject | 724 Pershing Street | Ellwood | 5/25/18 | -- | -- | 8.05 | 350,789 | R-2 |
| 1 | 315 Zelienople Road | Ellwood City | 5/1/18 | $225,000 | $0.82 | 6.29 | 273,993 | Commercial |
| 2 | Route 351 | Ellwood City | 5/1/18 | $50,000 | $0.92 | 1.25 | 54,450 | Commercial |
| 3 | 1665 State Route 65 | Ellwood City | 10/5/17 | $330,000 | $0.43 | 17.53 | 763,607 | Commercial |
| 4 | Darlington Road | Beaver Falls | 2/10/16 | $150,000 | $1.63 | 2.11 | 91,912 | Commercial |



**Land Sales Map**





| Land Comparable 1 |
|---|



| Transaction | | | |
|---|---|---|---|
| ID | 9020 | Date | 5/1/2018 |
| Address | 315 Zelienople Road | Price | $225,000 |
| City | Ellwood City | Price Per Land SF | $0.82 |
| State | Pennsylvania | Financing | N/A |
| Tax Parcel ID | 61-104-0164.000 | Property Rights | Fee Simple |
| Grantor | Harry Fisher/Mary | Days on Market | -- |
| Grantee | Listing | Verification Source | CoStar, Public Records, Broker |
| Transaction Type | Listing | | |

| Site | | | |
|---|---|---|---|
| Acres | 6.3 | Topography | Level |
| Land SF | 273,993 | Zoning | Commercial |
| Road Frontage | Average | Flood Zone | Out |
| Shape | Irregular | Encumbrance or | None Noted |
| Utilities | City water & sewer | Environmental Issues | None Noted |

| Comments |
|---|

This is a listing for approximately 6.29 acres of vacant land located on the north side of Route 288 in Ellwood City, Beaver County, Pennsylvania. The parcel was recently subdivided from a larger 93 acre property. The property had previously sold in April of 2012 for $249,000 although we could not confirm the sales details. R W Powell Real Estate Inc. is the listing company.



## Land Comparable 2



### Transaction

| | | | |
|---|---|---|---|
| ID | 9021 | Date | 5/1/2018 |
| Address | Route 351 | Price | $50,000 |
| City | Ellwood City | Price Per Land SF | $0.92 |
| State | Pennsylvania | Financing | N/A |
| Tax Parcel ID | Multiple | Property Rights | Fee Simple |
| Grantor | Joseph & Kristy Carofino | Days on Market | 2808 |
| Grantee | Listing | Verification Source | CoStar, Public Records |
| Transaction Type | Listing | | |

### Site

| | | | |
|---|---|---|---|
| Acres | 1.3 | Topography | Level |
| Land SF | 54,450 | Zoning | Commercial |
| Road Frontage | Good | Flood Zone | Out |
| Shape | Triangular | Encumbrance or | None Noted |
| Utilities | City water & sewer | Environmental Issues | None Noted |

### Comments

This is a listing for approximately 1.25 acres of vacant land located on the southern corner of Route 351 (known locally as West Lawrence Avenue) and 16th Street in Ellwood City, Lawrence County, Pennsylvania. The property is marketed towards commercial uses and benefits from 348 feet of frontage along Route 351. The listing consists of 9 parcels total with Control Number 36-172900. Advantage Homes Real Estate is the listing company.



## Land Comparable 3



### Transaction

| | | | |
|---|---|---|---|
| ID | 9019 | Date | 10/5/2017 |
| Address | 1665 State Route 65 | Price | $330,000 |
| City | Ellwood City | Price Per Land SF | $0.43 |
| State | Pennsylvania | Financing | Conventional |
| Tax Parcel ID | 61-018-0120.000 | Property Rights | Fee Simple |
| Grantor | SPOA, Inc. | Days on Market | 451 |
| Grantee | Julea Partners, LP | Verification Source | CoStar, Public Records |
| Transaction Type | Closed | | |

### Site

| | | | |
|---|---|---|---|
| Acres | 17.5 | Topography | Level |
| Land SF | 763,607 | Zoning | Commercial |
| Road Frontage | Below Average | Flood Zone | Out |
| Shape | Flag | Encumbrance or | None Noted |
| Utilities | City water & sewer | Environmental Issues | None Noted |

### Comments

This represents the sale of approximately 17.53 acres of vacant land located on the west side of Pennsylvania State Route 65 in Ellwood City, Beaver County, Pennsylvania. The property was being marketed towards commercial or industrial uses with flat topography and all utilities to the site. Howard Hanna Real Estate Services listed the property. The site was listed for $612,500 but sold for $330,000 after sitting on the market for over a year.



## Land Comparable 4



### Transaction

| | | | |
|---|---|---|---|
| ID | 9022 | Date | 2/10/2016 |
| Address | Darlington Road | Price | $150,000 |
| City | Beaver Falls | Price Per Land SF | $1.63 |
| State | Pennsylvania | Financing | Conventional |
| Tax Parcel ID | Multiple | Property Rights | Fee Simple |
| Grantor | Beaver County Airport | Days on Market | 147 |
| Grantee | Naren & Nick Patel | Verification Source | CoStar, Public Records |
| Transaction Type | Closed | | |

### Site

| | | | |
|---|---|---|---|
| Acres | 2.1 | Topography | Level |
| Land SF | 91,912 | Zoning | Commercial |
| Road Frontage | Average | Flood Zone | Out |
| Shape | Irregular | Encumbrance or | None Noted |
| Utilities | City water & sewer | Environmental Issues | None Noted |

### Comments

This represents the sale of approximately 2.11 acres of vacant land located on the south side of Darlington Road in Beaver Falls, Beaver County, Pennsylvania. The property consists of two parcels: 57-021-0209.000 and 57-021-0209.002 with a combined area of 91,912 square feet. The property benefits from frontage along Darlington Road and access via Pappan Business Drive. The site was originally listed for $249,000 but sold for $150,000 after sitting on the market for almost half a year. Investors Commercial Realty Group, LLC listed the property for sale.



| Land Analysis Grid | | Comp 1 | | Comp 2 | | Comp 3 | | Comp 4 | |
|---|---|---|---|---|---|---|---|---|---|
| Address | 724 Pershing Street | 315 Zelienople Road | | Route 351 | | 1665 State Route 65 | | Darlington Road | |
| City | Ellwood | Ellwood City | | Ellwood City | | Ellwood City | | Beaver Falls | |
| State | Pennsylvania | Pennsylvania | | Pennsylvania | | Pennsylvania | | Pennsylvania | |
| Date | 5/25/2018 | 5/1/2018 | | 5/1/2018 | | 10/5/2017 | | 2/10/2016 | |
| Price | -- | $225,000 | | $50,000 | | $330,000 | | $150,000 | |
| Land SF | 350,789 | 273,993 | | 54,450 | | 763,607 | | 91,912 | |
| Land SF Unit Price | $0.00 | $0.82 | | $0.92 | | $0.43 | | $1.63 | |
| **Transaction Adjustments** | | | | | | | | | |
| Property Rights | Fee Simple | Fee Simple | 0.0% | Fee Simple | 0.0% | Fee Simple | 0.0% | Fee Simple | 0.0% |
| Financing | Conventional | N/A | 0.0% | N/A | 0.0% | Conventional | 0.0% | Conventional | 0.0% |
| Conditions of Sale | Cash | Listing | -15.0% | Listing | -15.0% | Normal | 0.0% | Normal | 0.0% |
| **Adjusted Land SF Unit Price** | | **$0.70** | | **$0.78** | | **$0.43** | | **$1.63** | |
| Market Trends Through | 5/25/2018      0.0% | 0.0% | | 0.0% | | 0.0% | | 0.0% | |
| **Adjusted Land SF Unit Price** | | **$0.70** | | **$0.78** | | **$0.43** | | **$1.63** | |
| **Location** | Good | Good | | Good | | Good | | Good | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Land SF** | 350,789 | 273,993 | | 54,450 | | 763,607 | | 91,912 | |
| % Adjustment | | 0% | | -15% | | 5% | | -10% | |
| $ Adjustment | | $0.00 | | -$0.12 | | $0.02 | | -$0.16 | |
| **Topography** | Level | Level | | Level | | Level | | Level | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Shape** | Irregular | Irregular | | Triangular | | Flag | | Irregular | |
| % Adjustment | | 0% | | 0% | | 20% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.09 | | $0.00 | |
| **Utilities** | City water & sewer | City water & sewer | | City water & sewer | | City water & sewer | | City water & sewer | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Zoning** | R-2 | Commercial | | Commercial | | Commercial | | Commercial | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Adjusted Land SF Unit Price** | | **$0.70** | | **$0.66** | | **$0.54** | | **$1.47** | |

## Land Valuation Conclusion

All of the value indications have been considered, and in the final analysis, equal emphasis was placed on each of the comparables. Based on the information in consideration of the subject's physical and locational characteristics, we consider a pricing from within the middle portion of the adjusted range to be warranted. From this, we have arrived at our final reconciled per square foot value of $1.00. Our calculations are shown on the following chart.

| Ranges & Reconciled Values - Main Campus Site Area | |
|---|---|
| Low: | $0.54 |
| High: | $1.47 |
| Average: | $0.84 |
| Reconciled Value/Unit Value: | **$1.00** |
| Subject Size: | 350,789 |
| Type of Unit Value: | square foot |
| Indicated Value: | $350,789 |
| Reconciled Final Value: | **$350,000** |



## Cost Approach

The Cost Approach is based on the principle of substitution   that a prudent and rational person would pay no more for a property than the cost to construct a similar and competitive property, assuming no undue delay in the process. The Cost Approach tends to set the upper limit of value before depreciation is considered. The applied process is as follows:

- Estimate the replacement cost new of the building and site improvements. This is generally accomplished through costs provided by recognized cost services, review of actual or proposed costs for the property, or analysis of recent construction costs for similar property types.

- Estimate the physical, functional and/or external depreciation accrued to the improvements.

- Sum the depreciated value of the improvements with the value of the land for an indication of value. The subject's site value was presented in the previous analysis.

**Replacement Cost New (RCN) Analysis**

In our analysis, the replacement cost new of the subject site and building improvements has been based on the Calculator Method developed by Marshall & Swift, a nationally recognized cost estimating service. Their Marshall Valuation Service publication provides revised cost factors on a monthly basis and adjusts them to reflect regional and local cost variations.

**Replacement Cost New (RCN)**

We have estimated the total cost new for the hospital, at $48,274,450, or $419.41 per square foot.

| COST APPROACH SUMMARY - REAL ESTATE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| **Cost Source:** | Marshall & Swift | | | **Section 15: General Community Hospitals** | | |
| **Improvement Class:** | Class B | | | **Improvement Quality:** | | Average |
| **FAR Multiplier:** | 1.0000 | | | **Local Multiplier:** | | 1.1200 |
| **Height/Story Multiplier:** | 1.0000 | | | **Current Cost Multiplier:** | | 1.0200 |
| **Perimeter Multiplier:** | 1.0000 | | | **Combined Multipliers:** | | **1.1424** |
| **Building Improvements** | | | | | | |
| Item | Unit Type | Cost | Quantity | Multiplier | Adj. Base Cost | Total |
| Building Base Cost | Sq. Ft. | $284.00 | 115,100 | 1.1424 | $324.44 | $37,343,228 |
| Walkways | Sq. Ft. | $3.50 | 38,367 | 1.1424 | $4.00 | $153,405 |
| Landscaping/Signage | Sq. Ft. | $1.00 | 38,367 | 1.1424 | $1.14 | $43,830 |
| **Total Building Improvement Costs** | | | | | | **$37,540,464** |
| Price per SF Gross Building Area | | | | | | $326.16 |
| **Site Improvements** | | | | | | |
| Item | Unit Type | Cost | Quantity | | | Total |
| Site Preparation & Improvements | Sq. Ft. | $2.00 | 310,579 | | | $621,157 |
| **Total Site Improvement Costs** | | | | | | **$621,157** |
| **Subtotal: Building & Site Costs** | | | | | | **$38,161,621** |
| Price per SF Gross Building Area | | | | | | $331.55 |
| **Total Costs - Hospital Real Estate Only** | | | | | | |
| Subtotal: Building, Site Imp & Soft Costs | | | | | | $38,161,621 |
| Indirect Costs | 10.0% | | | | | $3,816,162 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | | | | | $41,977,783 |
| Entrepreneurial Profit | 15.0% | | | | | $6,296,667 |
| **Total Cost (RCN)** | | | | | | **$48,274,450** |
| Price per SF Gross Building Area | | | | | | $419.41 |



**Total Depreciation**

The total accrued depreciation applicable to the improvements is $28,756,120 which when deducted from the total RCN of $48,274,450 correlates to a depreciated value for the improvements of $19,518,330.

| Depreciation - Real Estate Only | | | | | | |
|---|---|---|---|---|---|---|
| **Curable Physical (Deferred Maintenance)** | | | | | | **$0** |
| | | | | | | |
| **Incurable Physical (Short Lived)** | | | | | | |
| **Component** | **Unit Cost** | **Cost New** | **Eff. Age** | **Life** | **Percent** | **Amount** |
| Roof: | $2.00 | $230,200 | 12 | 15 | 80% | **$184,160** |
| Flooring: | $1.50 | $172,650 | 5 | 7 | 71% | **$123,321** |
| HVAC: | $2.25 | $258,975 | 12 | 15 | 80% | **$207,180** |
| Site Improvements: | | $714,331 | 12 | 15 | 80% | **$571,465** |
| Accrued Depreciation (Short Lived) | | $1,376,156 | | | | **$1,086,126** |
| | | | | | | |
| **Incurable Physical (Long Lived):** | | | | | | |
| Replacement Cost New | | $48,274,450 | | | | |
| Less: Short Lived Items | | $1,376,156 | | | | |
| Less: Curable Physical | | $0 | | | | |
| Depreciable Basis: | | $46,898,294 | | | | |
| | | | | | | |
| Physical Depreciation: Building | ................................................ | | 40 | 50 | 59% | $27,669,994 |
| | | | | | | |
| Functional Obsolescence Building | ...................................................................................................... | | | | | $0 |
| External Obsolescence Building | ...................................................................................................... | | | | | $0 |
| | | | | | | |
| **Total Depreciation** | | | | | | **$28,756,120** |
| **Depreciated Value of Improvements** | | | | | | **$19,518,330** |
| Cost Per Square Foot Gross Building Area | | | | | | $169.58 |

**Hospital Real Estate Only Values** - To the contributory value of the real estate only improvements, we add the value of the land, along with the component values for the ancillary structures. Our Cost Approach conclusions are displayed on the following chart.

| COST APPROACH VALUE CONCLUSIONS - REAL ESTATE ONLY | |
|---|---|
| **Depreciated Value of Improvements** | **$19,518,330** |
| | |
| **Ancillary Buildings** | |
| Cost Analysis - Annex Building | $62,069 |
| Cost Analysis - Medical Arts Building | $1,857,059 |
| Cost Analysis - Tree of Life Building | $352,437 |
| Cost Analysis - Commercial Rental Property | $41,422 |
| Cost Analysis - Residential Rental Property | $40,242 |
| Cost Analysis - Unoccupied Building | -$5,000 |
| Cost Analysis - Physician/Anethesiology Residence | $9,518 |
| | |
| **Land Value** | |
| Land Value | $350,000 |
| | |
| **Cost Approach Value Indication** | **$22,226,078** |
| **Rounded** | **$22,200,000** |
| Price per SF Gross Building Area | $192.88 |

The subsequent charts detail the Cost Approach conclusions for the ancillary structures.



### COST APPROACH SUMMARY - REAL ESTATE ONLY - ANNEX BUILDING

| Cost Source: | Marshall & Swift | Section 14: Service Garage Shed | |
|---|---|---|---|
| Improvement Class: | Class C | Improvement Quality: | Average |
| No. of Stories Multiplier: | 1.0000 | Local Multiplier: | 1.1000 |
| Height/Story Multiplier: | 1.0000 | Current Cost Multiplier: | 1.0200 |
| Perimeter Multiplier: | 1.0000 | Combined Multipliers: | 1.1220 |

#### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $25.50 | 3,500 | 1.1220 | $100,139 |
| **Total Building Improvement Costs** | | | | | **$100,139** |
| Price per SF Gross Building Area | | | | | $28.61 |

#### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $2.00 | 3,500 | $7,000 |
| **Total Site Improvement Costs** | | | | **$7,000** |
| **Subtotal: Building & Site Costs** | | | | **$107,139** |
| Price per SF Gross Building Area | | | | $30.61 |

#### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $107,139 |
| Indirect Costs | 10.0% | $10,714 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $117,852 |
| Entrepreneurial Profit | 15.0% | $17,678 |
| **Total Cost (RCN)** | | **$135,530** |
| Price per SF Gross Building Area | | $38.72 |

#### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $2.00 | $7,000 | 10 | 15 | 67% | $4,667 |
| Flooring: | $1.50 | $5,250 | 6 | 7 | 86% | $4,500 |
| HVAC: | $2.25 | $7,875 | 10 | 15 | 67% | $5,250 |
| Site Improvements: | | $8,050 | 10 | 15 | 67% | $5,367 |
| Accrued Depreciation (Short Lived) | | $28,175 | | | | $19,783 |

**Incurable Physical (Long Lived):**

| | | |
|---|---|---|
| Replacement Cost New | $135,530 | |
| Less: Short Lived Items | $28,175 | |
| Less: Curable Physical | $0 | |
| Depreciable Basis: | $107,355 | |

| | | Eff Age | Life | Percent | Amount |
|---|---|---|---|---|---|
| Physical Depreciation: Building | ................................... | 25 | 50 | 50% | $53,678 |
| Functional Obsolescence Building | ................................................................. | | | | $0 |
| External Obsolescence Building | ................................................................. | | | | $0 |
| **Total Depreciation** | | | | | **$73,461** |
| **Depreciated Value of Improvements** | | | | | **$62,069** |
| Price per SF Gross Building Area | | | | | $17.73 |



| COST APPROACH SUMMARY - REAL ESTATE ONLY - MEDICAL ARTS BUILDING | | | |
|---|---|---|---|
| **Cost Source:** | Marshall & Swift | **Section 15: Medical Office Buildings** | |
| **Improvement Class:** | Class C | **Improvement Quality:** | Low Cost |
| **No. of Stories Multiplier:** | 1.0000 | **Local Multiplier:** | 1.1000 |
| **Height/Story Multiplier:** | 1.0000 | **Current Cost Multiplier:** | 1.0400 |
| **Perimeter Multiplier:** | 1.0000 | **Combined Multipliers:** | 1.1440 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $108.00 | 21,500 | 1.1440 | $2,656,368 |
| **Total Building Improvement Costs** | | | | | **$2,656,368** |
| Price per SF Gross Building Area | | | | | $123.55 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $2.00 | 21,500 | $43,000 |
| **Total Site Improvement Costs** | | | | **$43,000** |
| **Subtotal: Building & Site Costs** | | | | **$2,699,368** |
| Price per SF Gross Building Area | | | | $125.55 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $2,699,368 |
| Indirect Costs | 10.0% | $269,937 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $2,969,305 |
| Entrepreneurial Profit | 15.0% | $445,396 |
| **Total Cost (RCN)** | | **$3,414,701** |
| Price per SF Gross Building Area | | $158.82 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $2.00 | $43,000 | 10 | 15 | 67% | $28,667 |
| Flooring: | $1.50 | $32,250 | 5 | 7 | 71% | $23,036 |
| HVAC: | $2.25 | $48,375 | 10 | 15 | 67% | $32,250 |
| Site Improvements: | | $49,450 | 10 | 15 | 67% | $32,967 |
| Accrued Depreciation (Short Lived) | | $173,075 | | | | $116,919 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | $3,414,701 | | | | |
| Less: Short Lived Items | $173,075 | | | | |
| Less: Curable Physical | $0 | | | | |
| Depreciable Basis: | $3,241,626 | | | | |
| | | | | | |
| Physical Depreciation: Building | .................. | 20 | 45 | 44% | $1,440,722 |
| | | | | | |
| Functional Obsolescence Building | ............................................................................ | | | | $0 |
| External Obsolescence Building | ............................................................................ | | | | $0 |
| | | | | | |
| **Total Depreciation** | | | | | **$1,557,642** |
| **Depreciated Value of Improvements** | | | | | **$1,857,059** |
| Cost Per Square Foot Gross Building Area | | | | | $86.37 |



## Cost Analysis - Tree of Life Building

### COST APPROACH SUMMARY - REAL ESTATE ONLY - TREE OF LIFE BUILDING

| | | | |
|---|---|---|---|
| Cost Source: | Marshall & Swift | Section 15: Medical Office Buildings | |
| Improvement Class: | Class C | Improvement Quality: | Low Cost |
| No. of Stories Multiplier: | 1.0000 | Local Multiplier: | 1.1000 |
| Height/Story Multiplier: | 1.0000 | Current Cost Multiplier: | 1.0400 |
| Perimeter Multiplier: | 1.0000 | Combined Multipliers: | 1.1440 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $108.00 | 10,000 | 1.1440 | $1,235,520 |
| **Total Building Improvement Costs** | | | | | **$1,235,520** |
| Price per SF Gross Building Area | | | | | $123.55 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $2.00 | 10,000 | $20,000 |
| **Total Site Improvement Costs** | | | | **$20,000** |
| **Subtotal: Building & Site Costs** | | | | **$1,255,520** |
| Price per SF Gross Building Area | | | | $125.55 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $1,255,520 |
| Indirect Costs | 10.0% | $125,552 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $1,381,072 |
| Entrepreneurial Profit | 15.0% | $207,161 |
| **Total Cost (RCN)** | | **$1,588,233** |
| Price per SF Gross Building Area | | $158.82 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $2.00 | $20,000 | 12 | 15 | 80% | $16,000 |
| Flooring: | $1.50 | $15,000 | 5 | 7 | 71% | $10,714 |
| HVAC: | $2.25 | $22,500 | 12 | 15 | 80% | $18,000 |
| Site Improvements: | | $23,000 | 12 | 15 | 80% | $18,400 |
| Accrued Depreciation (Short Lived) | | $80,500 | | | | $63,114 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | $1,588,233 | | | | |
| Less: Short Lived Items | $80,500 | | | | |
| Less: Curable Physical | $0 | | | | |
| Depreciable Basis: | $1,507,733 | | | | |
| Physical Depreciation: Building | .................................................... | 35 | 45 | 78% | $1,172,681 |
| Functional Obsolescence Building | .................................................................................... | | | | $0 |
| External Obsolescence Building | .................................................................................... | | | | $0 |
| **Total Depreciation** | | | | | **$1,235,795** |
| **Depreciated Value of Improvements** | | | | | **$352,437** |
| Cost Per Square Foot Gross Building Area | | | | | $35.24 |



## Cost Analysis - Commercial Rental Property

### COST APPROACH SUMMARY - REAL ESTATE ONLY - COMMERCIAL RENTAL PROPERTY

| | | | |
|---|---|---|---|
| Cost Source: | Marshall & Swift | Section 12: Single Family Residences | |
| Improvement Class: | Class D Wood | Improvement Quality: | Average |
| No. of Stories Multiplier: | 1.0000 | Local Multiplier: | 1.1100 |
| Height/Story Multiplier: | 1.0000 | Current Cost Multiplier: | 1.0700 |
| Perimeter Multiplier: | 1.0000 | Combined Multipliers: | 1.1877 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $84.88 | 1,780 | 1.1877 | $179,445 |
| **Total Building Improvement Costs** | | | | | **$179,445** |
| Price per SF Gross Building Area | | | | | $100.81 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $0.50 | 1,780 | $890 |
| **Total Site Improvement Costs** | | | | **$890** |
| **Subtotal: Building & Site Costs** | | | | **$180,335** |
| Price per SF Gross Building Area | | | | $101.31 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $180,335 |
| Indirect Costs | 10.0% | $18,034 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $198,369 |
| Entrepreneurial Profit | 15.0% | $29,755 |
| **Total Cost (RCN)** | | **$228,124** |
| Price per SF Gross Building Area | | $128.16 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $1.00 | $1,780 | 13 | 15 | 87% | $1,543 |
| Flooring: | $1.00 | $1,780 | 5 | 7 | 71% | $1,271 |
| HVAC: | $2.00 | $3,560 | 13 | 15 | 87% | $3,085 |
| Site Improvements: | | $1,023.50 | 12 | 15 | 80% | $819 |
| Accrued Depreciation (Short Lived) | | $8,144 | | | | $6,718 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | $228,124 | | | | |
| Less: Short Lived Items | $8,144 | | | | |
| Less: Curable Physical | $0 | | | | |
| Depreciable Basis: | $219,981 | | | | |
| Physical Depreciation: Building | .......................... | 45 | 55 | 82% | $179,984 |
| Functional Obsolescence Building | .......................... | | | | $0 |
| External Obsolescence Building | .......................... | | | | $0 |
| **Total Depreciation** | | | | | **$186,702** |
| **Depreciated Value of Improvements** | | | | | **$41,422** |
| Cost Per Square Foot Gross Building Area | | | | | $23.27 |



## Cost Analysis - Residential Rental Property

### COST APPROACH SUMMARY - REAL ESTATE ONLY - RESIDENTIAL RENTAL PROPERTY

| | | | | |
|---|---|---|---|---|
| **Cost Source:** | Marshall & Swift | **Section 12: Single Family Residences** | | |
| **Improvement Class:** | Class D Wood | **Improvement Quality:** | | Average |
| **No. of Stories Multiplier:** | 1.0000 | **Local Multiplier:** | | 1.1100 |
| **Height/Story Multiplier:** | 1.0000 | **Current Cost Multiplier:** | | 1.0700 |
| **Perimeter Multiplier:** | 1.0000 | **Combined Multipliers:** | | 1.1877 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $84.88 | 1,730 | 1.1877 | $174,405 |
| **Total Building Improvement Costs** | | | | | **$174,405** |
| Price per SF Gross Building Area | | | | | $100.81 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | | Total |
|---|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $0.50 | 1,730 | | $865 |
| **Total Site Improvement Costs** | | | | | **$865** |
| **Subtotal: Building & Site Costs** | | | | | **$175,270** |
| Price per SF Gross Building Area | | | | | $101.31 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $175,270 |
| Indirect Costs | 10.0% | $17,527 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $192,797 |
| Entrepreneurial Profit | 15.0% | $28,920 |
| **Total Cost (RCN)** | | **$221,716** |
| Price per SF Gross Building Area | | $128.16 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $1.00 | $1,730 | 13 | 15 | 87% | $1,499 |
| Flooring: | $1.00 | $1,730 | 6 | 7 | 86% | $1,483 |
| HVAC: | $2.00 | $3,460 | 12 | 15 | 80% | $2,768 |
| Site Improvements: | | $994.75 | 12 | 15 | 80% | $796 |
| Accrued Depreciation (Short Lived) | | $7,915 | | | | $6,546 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | $221,716 | | | | |
| Less: Short Lived Items | $7,915 | | | | |
| Less: Curable Physical | $0 | | | | |
| Depreciable Basis: | $213,801 | | | | |
| Physical Depreciation: Building | .......................................... | 45 | 55 | 82% | $174,928 |
| Functional Obsolescence Building | .......................................................................... | | | | $0 |
| External Obsolescence Building | .......................................................................... | | | | $0 |

| | |
|---|---|
| **Total Depreciation** | **$181,474** |
| **Depreciated Value of Improvements** | **$40,242** |
| Cost Per Square Foot Gross Building Area | $23.26 |



## Cost Analysis - Unoccupied Building

### COST APPROACH SUMMARY - REAL ESTATE ONLY - UNOCCUPIED BUILDING

| | | | |
|---|---|---|---|
| Cost Source: | Marshall & Swift | Section 12: Single Family Residences | |
| Improvement Class: | Class D Wood | Improvement Quality: | Average |
| No. of Stories Multiplier: | 1.0000 | Local Multiplier: | 1.1100 |
| Height/Story Multiplier: | 1.0000 | Current Cost Multiplier: | 1.0700 |
| Perimeter Multiplier: | 1.0000 | Combined Multipliers: | 1.1877 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $84.88 | 1,000 | 1.1877 | $100,812 |
| **Total Building Improvement Costs** | | | | | **$100,812** |
| Price per SF Gross Building Area | | | | | $100.81 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $0.50 | 1,000 | $500 |
| **Total Site Improvement Costs** | | | | **$500** |
| **Subtotal: Building & Site Costs** | | | | **$101,312** |
| Price per SF Gross Building Area | | | | $101.31 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $101,312 |
| Indirect Costs | 10.0% | $10,131 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $111,443 |
| Entrepreneurial Profit | 15.0% | $16,716 |
| **Total Cost (RCN)** | | **$128,160** |
| Price per SF Gross Building Area | | $128.16 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $1.00 | $1,000 | 15 | 15 | 100% | $1,000 |
| Flooring: | $1.00 | $1,000 | 7 | 7 | 100% | $1,000 |
| HVAC: | $2.00 | $2,000 | 15 | 15 | 100% | $2,000 |
| Site Improvements: | | $575 | 15 | 15 | 100% | $575 |
| Accrued Depreciation (Short Lived) | | $4,575 | | | | $4,575 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | | $128,160 | | | |
| Less: Short Lived Items | | $4,575 | | | |
| Less: Curable Physical | | $0 | | | |
| Depreciable Basis: | | $123,585 | | | |
| Physical Depreciation: Building | ............................................... | | 55 | 55 | 100% | $123,585 |
| Functional Obsolescence Building | ............................................................................ | | | | | $5,000 |
| External Obsolescence Building | ............................................................................ | | | | | $0 |
| **Total Depreciation** | | | | | | **$133,160** |
| **Depreciated Value of Improvements** | | | | | | **-$5,000** |
| Cost Per Square Foot Gross Building Area | | | | | | -$5.00 |



## Cost Analysis - Physician/Anethesiology Residence

### COST APPROACH SUMMARY - REAL ESTATE ONLY - PHYSICIAN/ANETHESIOLOGY RESIDENCE

| | | | |
|---|---|---|---|
| Cost Source: | Marshall & Swift | Section 12: Single Family Residences | |
| Improvement Class: | Class D Wood | Improvement Quality: | Average |
| No. of Stories Multiplier: | 1.0000 | Local Multiplier: | 1.1100 |
| Height/Story Multiplier: | 1.0000 | Current Cost Multiplier: | 1.0700 |
| Perimeter Multiplier: | 1.0000 | Combined Multipliers: | 1.1877 |

### Building Improvements

| Item | Unit Type | Cost | Quantity | Multiplier | Total |
|---|---|---|---|---|---|
| Building Base Cost | Sq. Ft. | $84.88 | 700 | 1.1877 | $70,568 |
| **Total Building Improvement Costs** | | | | | **$70,568** |
| Price per SF Gross Building Area | | | | | $100.81 |

### Site Improvements

| Item | Unit Type | Cost | Quantity | Total |
|---|---|---|---|---|
| Site Preparation & Improvements | Sq. Ft. | $0.50 | 700 | $350 |
| **Total Site Improvement Costs** | | | | **$350** |
| **Subtotal: Building & Site Costs** | | | | **$70,918** |
| Price per SF Gross Building Area | | | | $101.31 |

### Total Costs - Real Estate Only

| | | |
|---|---|---|
| Subtotal: Building, Site Imp & Soft Costs | | $70,918 |
| Indirect Costs | 10.0% | $7,092 |
| Subtotal: Building, Site Imp & Soft Costs, Indirect Costs | | $78,010 |
| Entrepreneurial Profit | 15.0% | $11,702 |
| **Total Cost (RCN)** | | **$89,712** |
| Price per SF Gross Building Area | | 128.1596496 |

### Depreciation - Real Estate Only

| | |
|---|---|
| **Curable Physical (Deferred Maintenance)** | **$0** |

**Incurable Physical (Short Lived)**

| Component | Unit Cost | Cost New | Eff. Age | Life | Percent | Amount |
|---|---|---|---|---|---|---|
| Roof: | $1.00 | $700 | 11 | 15 | 73% | $513 |
| Flooring: | $1.00 | $700 | 5 | 7 | 71% | $500 |
| HVAC: | $2.00 | $1,400 | 11 | 15 | 73% | $1,027 |
| Site Improvements: | | $402.50 | 11 | 15 | 73% | $295 |
| Accrued Depreciation (Short Lived) | | $3,203 | | | | $2,335 |

**Incurable Physical (Long Lived):**

| | | | | | |
|---|---|---|---|---|---|
| Replacement Cost New | $89,712 | | | | |
| Less: Short Lived Items | $3,203 | | | | |
| Less: Curable Physical | $0 | | | | |
| Depreciable Basis: | $86,509 | | | | |
| Physical Depreciation: Building | .................................................. | 45 | 50 | 90% | $77,858 |
| Functional Obsolescence Building | .................................................. | | | | $0 |
| External Obsolescence Building | .................................................. | | | | $0 |

| | |
|---|---|
| **Total Depreciation** | **$80,193** |
| **Depreciated Value of Improvements** | **$9,518** |
| Cost Per Square Foot Gross Building Area | $13.60 |



## Sales Comparison Approach – Real Estate Only

The Sales Comparison Approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership. It is based on the principles of supply and demand, balance, substitution and externalities. The following steps describe the applied process of the Sales Comparison Approach.

- The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.
- The most pertinent data is further analyzed and the quality of the transaction is determined.
- The most meaningful unit of value for the subject property is determined.
- Each comparable sale is analyzed and where appropriate, adjusted to equate with the subject property.
- The value indication of each comparable sale is analyzed and the data reconciled for a final indication of value via the Sales Comparison Approach.

### Sale Comparables

In order to apply this approach in the analysis, we have selected real estate only sales of hospital properties from around the country as this type of property does not transfer frequently.

Although we have attempted to select sales most similar to the subject, significant differences remain between the subject and these properties both physically and operationally. Data sheets for the comparables utilized in our analysis are presented on the following pages, along with a location map.

We have researched five comparables for this analysis; these are documented on the following pages followed by a location map and analysis grid.

| Comp | Name<br>State | Grantor<br>Grantee | Price<br>Date | GBA<br>Price Per GBA | Year Built<br>Construction | Cap - RE Event Yr |
|---|---|---|---|---|---|---|
| 1 | AllianceHealth Seminole<br>Oklahoma | Seminole Medical Authority<br>Seminole Partners, LLC | $7,332,000<br>6/22/2017 | 42,668<br>**$171.84** | 1998<br>Masonry | 7.83% |
| 2 | Palm Beach Gardens Medical Center<br>Florida | HCP, Inc.<br>Tenet Healthcare | $43,426,203<br>2/13/2017 | 282,115<br>**$153.93** | 1964<br>Steel Frame | |
| 3 | Great Bend Regional Hospital<br>Kansas | Great Bend Surgical Properties, LLC<br>Global Medical REIT, Inc. | $24,500,000<br>3/31/2017 | 65,558<br>**$373.71** | 2000/2009<br>Masonry | |
| 4 | Steward Health Care System, LLC<br>Massachusetts | Steward Health Care System, LLC<br>Medical Properties Trust, Inc. | $1,250,000,000<br>10/3/2016 | 3,613,479<br>**$304.42** | 1960<br>Steel Frame | |
| 5 | New England Sinai Medical Center<br>Massachusetts | Steward Health Care System<br>Carter Validus Mission Critical REIT II | $26,320,000<br>12/23/2014 | 180,744<br>**$145.62** | 1967/73<br>Masonry, brick | 7.29% |

Sales Comparison Approach

**Real Estate Only Improved Sales Map**





Sales Comparison Approach

| Comparable 1 |
| --- |



| Transaction | | | |
| --- | --- | --- | --- |
| Name | AllianceHealth Seminole | Date | 6/22/2017 |
| Address | 2401 Wrangler | Price | $7,332,000 |
| City | Seminole | Sale Adjustment | |
| State | Oklahoma | Adjusted Price | $7,332,000 |
| Tax Parcel ID | 8390-00-002-000-0-002- | Ownership Type | Not For Profit |
| Hospital Subtype | General Community | Property Rights | Leased Fee |
| Grantor | Seminole Medical | Conditions of Sale | Normal |
| Grantee | Seminole Partners, LLC | Financing | N/A |
| Sale Recording | N/A | Comp Entered By | Tim Gillespie |
| ID | 8865 | Verification Source | LoopNet, Public Records, Broker |

| Site | | | |
| --- | --- | --- | --- |
| Acres | 7.1 | Parking | Surface |
| Land SF | 309,276 | Parking Ratio | -- |
| Land to Building Ratio | 7.25 | Flood Zone | Out |
| Shape | -- | Encumbrance or Easement | None Noted |
| Utilities | -- | Environmental Issues | None Noted |
| Hospital Location | Rural | | |

| Improvements & Financial Data | | | |
| --- | --- | --- | --- |
| Year Built | 1,998 | Annual Lease Rate | $594,818 |
| Effective Age | 30 | Lease Rate per SF | $13.94 |
| GBA | 42,668 | Lease CR - Tr 12 | |
| Construction | Masonry | Lease CR - Event Yr | -- |
| Condition | Average | Lease CR - Frwd 12 | -- |
| Quality | Average | Cap - RE Event Yr | 7.83% |
| No. of Beds | 32 | Improvement Value | $7,007,000 |
| EBITDAR - Tr 12 | $2,034,008 | Imprvmnt. Value Per SF | $164.22 |
| EBITDAR - Event Year | -- | Land Value | $325,000 |
| EBITDAR - Frwd 12 | -- | Allocated Land Value Per SF | $1.05 |

| Comments |
| --- |

This is a listing for AllianceHealth Seminole hospital in Seminole, Seminole County, Oklahoma. The facility sits on 7.10 acres and includes a 42,668 square foot medical facility that was built in 1998. The hospital is 100% leased by Integris Health, Inc. (Credit rated Moody's Aa3) on a longer term lease with 11 years remaining and three 5-year renewal options on a triple net basis. The real estate NOI is based on a list cap rate of 6.85% (list price of $8,379,547). Owner expenses are estimated at 3.5% (2.5% management, 1.0% reserves), resulting in an estimated lease rate of $594,818 annually. The listing was offered by Stan Johnson Company. The sale was part of a 6 property portfolio consisting of several industrial properties, one office property, and the subject; totaling approximately 747,800 SF of space with a portfolio price of



| Comparable 2 |
|---|



| Transaction | | | |
|---|---|---|---|
| Name | Palm Beach Gardens | Date | 2/13/2017 |
| Address | 3360 Burns Road | Price | $43,426,203 |
| City | Palm Beach Gardens | Sale Adjustment | |
| State | Florida | Adjusted Price | $43,426,203 |
| Tax Parcel ID | 52-43-42-07-41-001- | Ownership Type | For Profit |
| Hospital Subtype | General Community | Property Rights | Fee Simple |
| Grantor | HCP, Inc. | Conditions of Sale | Normal |
| Grantee | Tenet Healthcare | Financing | Cash |
| Sale Recording | 20170062232 | Comp Entered By | Tim Gillespie |
| ID | 8924 | Verification Source | CoStar, Public Records, SEC Filings |

| Site | | | |
|---|---|---|---|
| Acres | 22.0 | Parking | Surface |
| Land SF | 959,141 | Parking Ratio | -- |
| Land to Building Ratio | 3 | Flood Zone | Out |
| Shape | -- | Encumbrance or Easement | None Noted |
| Utilities | -- | Environmental Issues | None Noted |
| Hospital Location | Urban | | |

| Improvements & Financial Data | | | |
|---|---|---|---|
| Year Built | 1964 | Annual Lease Rate | -- |
| Effective Age | 35 | Lease Rate per SF | -- |
| GBA | 282,115 | Lease CR - Tr 12 | |
| Construction | Steel Frame | Lease CR - Event Yr | -- |
| Condition | Average | Lease CR - Frwd 12 | -- |
| Quality | Average | Cap - RE Event Yr | -- |
| No. of Beds | 199 | Improvement Value | $38,426,203 |
| EBITDAR - Tr 12 | $27,379,369.00 | Imprvmnt. Value Per SF | $136.21 |
| EBITDAR - Event Year | -- | Land Value | $5,000,000 |
| EBITDAR - Frwd 12 | -- | Allocated Land Value Per SF | $5.21 |

| Comments |
|---|

This represents the sale of an approximately 282,115 square foot hospital (and extended medical offices and warehouse in support of the hospital) located on the southeast corner of Burns Road and Gardens East Drive in Palm Beach Gardens, Palm Beach County, Florida. Palm Beach Gardens Medical Center is a 199-bed general community hospital featuring a Heart and Vascular Institute, emergency services, orthopedics and join replacement, Certified Primary Stroke Center, urology, general and robotic surgery, diagnostic imaging, and rehabilitation services. Prior to the sale, the facility was fully leased to the buyer, Tenet Healthcare.



## Comparable 3



### Transaction

| | | | |
|---|---|---|---|
| Name | Great Bend Regional | Date | 3/31/2017 |
| Address | 514 Cleveland Street | Price | $24,500,000 |
| City | Great Bend | Sale Adjustment | |
| State | Kansas | Adjusted Price | $24,500,000 |
| Tax Parcel ID | 189-32-0-20-04-002.00-0 | Ownership Type | For Profit |
| Hospital Subtype | Specialty Hospital | Property Rights | Leased Fee |
| Grantor | Great Bend Surgical | Conditions of Sale | Sale Lease-Back |
| Grantee | Global Medical REIT, Inc. | Financing | Cash |
| Sale Recording | N/A | Comp Entered By | Tim Gillespie |
| ID | 8873 | Verification Source | Buyer, Public Record, Press Release |

### Site

| | | | |
|---|---|---|---|
| Acres | 3.7 | Parking | Surface |
| Land SF | 161,172 | Parking Ratio | -- |
| Land to Building Ratio | 2 | Flood Zone | Out |
| Shape | -- | Encumbrance or Easement | None Noted |
| Utilities | -- | Environmental Issues | None Noted |
| Hospital Location | Rural | | |

### Improvements & Financial Data

| | | | |
|---|---|---|---|
| Year Built | 2000/2009 | Annual Lease Rate | $2,221,502 |
| Effective Age | 15 | Lease Rate per SF | $33.89 |
| GBA | 65,558 | Lease CR - Tr 12 | |
| Construction | Masonry | Lease CR - Event Yr | -- |
| Condition | Average | Lease CR - Frwd 12 | -- |
| Quality | Average | Cap - RE Event Yr | 8.75% |
| No. of Beds | 33 | Improvement Value | $24,300,000 |
| EBITDAR - Tr 12 | $5,949,527.00 | Imprvmnt. Value Per SF | $370.66 |
| EBITDAR - Event Year | -- | Land Value | $200,000 |
| EBITDAR - Frwd 12 | -- | Allocated Land Value Per SF | $1.24 |

### Comments

This represents a pending sale of Great Bend Regional Hospital in Great Bend, Barton County, Kansas. The hospital was constructed in phases with the initial building constructed in 2000 and a large expansion completed in 2009. Global Medical REIT, Inc. entered into the purchase contract on December 30, 2016. At the time of closing, the current tenant, Great Bend Regional Hospital, LLC entered into a 15-year triple net lease with GMR. GMR funded this acquisition using borrowings from the Company's credit facility. This sale closed on March 31, 2017 at the same time as GMR closed on the Oklahoma Center for Orthopedic & Multi-Specialty Surgery in Oklahoma City, OK.



| Comparable 4 |
|---|



| Transaction | | | |
|---|---|---|---|
| Name | Steward Health Care | Date | 10/3/2016 |
| Address | Multiple | Price | $1,250,000,000 |
| City | Boston | Sale Adjustment | $150,000,000 |
| State | Massachusetts | Adjusted Price | $1,100,000,000 |
| Tax Parcel ID | Multiple | Ownership Type | For Profit |
| Hospital Subtype | General Community | Property Rights | Leased Fee |
| Grantor | Steward Health Care | Conditions of Sale | Sale Lease-Back |
| Grantee | Medical Properties Trust, | Financing | See Narrative |
| Sale Recording | Multiple | Comp Entered By | Tim Gillespie |
| ID | 8923 | Verification Source | Public Records, Buyer 10k |

| Site | | | |
|---|---|---|---|
| Acres | 130.1 | Parking | Garage & Surface |
| Land SF | 5,667,034 | Parking Ratio | -- |
| Land to Building Ratio | 2 | Flood Zone | Out |
| Shape | -- | Encumbrance or Easement | None Noted |
| Utilities | -- | Environmental Issues | None Noted |
| Hospital Location | Urban | | |

| Improvements & Financial Data | | | |
|---|---|---|---|
| Year Built | 1960 | Annual Lease Rate | -- |
| Effective Age | 35 | Lease Rate per SF | -- |
| GBA | 3,613,479 | Lease CR - Tr 12 | -- |
| Construction | Steel Frame | Lease CR - Event Yr | -- |
| Condition | Average | Lease CR - Frwd 12 | -- |
| Quality | Average | Cap - RE Event Yr | -- |
| No. of Beds | 1,768 | Improvement Value | $1,025,000,000 |
| EBITDAR - Tr 12 | $436,125,323 | Imprvmnt. Value Per SF | $283.66 |
| EBITDAR - Event Year | -- | Land Value | $75,000,000 |
| EBITDAR - Frwd 12 | -- | Allocated Land Value Per SF | $13.23 |

| Comments |
|---|

Steward Health Care System, LLC, a portfolio company of Cerberus Capital Management, sold the real estate interests in nine acute care hospitals located in Massachusetts under a Sale/Leaseback transaction to Medical Properties Trust, Inc. The total sales price was $1.25 billion with $1.2 billion investment in the hospital real estate and a $50 million equity stake in Steward (4.9%). MPT will invest another $100 million in capital improvements for the hospitals. MPT's interests in the hospitals will be subject to a master lease and mortgage loan arrangements with cross default provisions and backed by a corporate guaranty. The agreement also includes a commitment by MPT to participate in up to the next $1.0 billion of Steward's hospital acquisitions. Cain Brothers served as co-advisor and provided financial advisory services to Steward.



Sales Comparison Approach

| Comparable 5 |
| --- |



| Transaction | | | |
| --- | --- | --- | --- |
| Name | New England Sinai | Date | 12/23/2014 |
| Address | 150 York Street | Price | $26,320,000 |
| City | Stoughton | Sale Adjustment | |
| State | Massachusetts | Adjusted Price | $26,320,000 |
| Tax Parcel ID | 070-001-0 | Ownership Type | Not For Profit |
| Hospital Subtype | LTACH | Property Rights | Leased Fee |
| Grantor | Steward Health Care | Conditions of Sale | Normal |
| Grantee | Carter Validus Mission | Financing | Cash to Seller |
| Sale Recording | -- | Comp Entered By | Neil F. Salzgeber, MAI |
| ID | 7579 | Verification Source | Buyer, assessor, Public Records |

| Site | | | |
| --- | --- | --- | --- |
| Acres | 27.9 | Parking | Adequate |
| Land SF | 1,215,324 | Parking Ratio | -- |
| Land to Building Ratio | 7 | Flood Zone | -- |
| Shape | -- | Encumbrance or Easement | None Noted |
| Utilities | -- | Environmental Issues | None Noted |
| Hospital Location | Urban | | |

| Improvements & Financial Data | | | |
| --- | --- | --- | --- |
| Year Built | 1967/73 | Annual Lease Rate | $1,988,184 |
| Effective Age | 40 | Lease Rate per SF | $11.00 |
| GBA | 180,744 | Lease CR - Tr 12 | |
| Construction | Masonry, brick | Lease CR - Event Yr | -2.15 |
| Condition | Average | Lease CR - Frwd 12 | -- |
| Quality | Average | Cap - RE Event Yr | 7.29% |
| No. of Beds | 142 | Improvement Value | $22,270,000.00 |
| EBITDAR - Tr 12 | $6,759,943.00 | Imprvmnt. Value Per SF | $123.21 |
| EBITDAR - Event Year | -$4,276,226.00 | Land Value | $4,050,000.00 |
| EBITDAR - Frwd 12 | -- | Allocated Land Value Per SF | $3.33 |

| Comments |
| --- |

New England Sinai Hospital, is a member of Steward Health Care, which is the largest fully integrated community care organization in New England. The three-story, 180,744 square-foot health care facility was built in 1976 in Boston's Route 24 submarket. The facility is 100% leased to the New England Sinai Hospital for 15 years, with 2.5% annual escalations. Lease commences on 12/23/2014. We note that the buyer, a healthcare REIT, purchased the real estate from the landlord, a non-REIT entity. This is not a sale-leaseback transaction.



| Real Estate Only Sales Analysis Grid | | Comp 1 | | Comp 2 | | Comp 3 | | Comp 4 | | Comp 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Ellwood City Hospital | AllianceHealth Seminole | | Palm Beach Gardens | | Great Bend Regional | | Steward Health Care | | New England Sinai | |
| Address | 724 Pershing Street | 2401 Wrangler | | 3360 Burns Road | | 514 Cleveland Street | | Multiple | | 150 York Street | |
| City | Ellwood | Seminole | | Palm Beach Gardens | | Great Bend | | Boston | | Stoughton | |
| State | Pennsylvania | Oklahoma | | Florida | | Kansas | | Massachusetts | | Massachusetts | |
| Zip | 16117 | 74686 | | 33410 | | 67530 | | Multiple | | 02072 | |
| Hospital Subtype | General Community | General Community | | General Community | | Specialty Hospital | | General Community | | LTACH | |
| Hospital Location | Rural | Rural | | Urban | | Rural | | Urban | | Urban | |
| Year Built | 1943 | 1998 | | 1964 | | 2000/2009 | | 1960 | | 1967/73 | |
| GBA | 115,100 | 42,668 | | 282,115 | | 65,558 | | 3,613,479 | | 180,744 | |
| No. of Beds | 62 | 32 | | 199 | | 33 | | 1768 | | 142 | |
| GBA per Bed | 1,856 | 1,333 | | 1,418 | | 1,987 | | 2,044 | | 1,273 | |
| Date | 5/25/2018 | 6/22/2017 | | 2/13/2017 | | 3/31/2017 | | 10/3/2016 | | 12/23/2014 | |
| Price | -- | $7,332,000 | | $43,426,203 | | $24,500,000 | | $1,250,000,000 | | $26,320,000 | |
| Land Value | $350,000 | $325,000 | | $5,000,000 | | $200,000 | | $75,000,000 | | $4,050,000 | |
| Improvement Value | ---- | $7,007,000 | | $38,426,203 | | $24,300,000 | | $1,025,000,000 | | $22,270,000 | |
| Imprvmnt. Value per | | $164.22 | | $136.21 | | $370.66 | | $283.66 | | $123.21 | |
| **Transaction Adjustments** | | | | | | | | | | | |
| Property Rights | Fee Simple | Leased Fee | 0.0% | Fee Simple | 0.0% | Leased Fee | 0.0% | Leased Fee | 0.0% | Leased Fee | 0.0% |
| Financing | Conventional | N/A | 0.0% | Cash | 0.0% | Cash | 0.0% | See Narrative | 0.0% | Cash to Seller | 0.0% |
| Conditions of Sale | Cash | Normal | 0.0% | Normal | 0.0% | Sale Lease-Back | 0.0% | Sale Lease-Back | 0.0% | Normal | 0.0% |
| **Adjusted Improvement Value ($/SF)** | | **$164.22** | | **$136.21** | | **$370.66** | | **$283.66** | | **$123.21** | |
| Market Trends Through 5/25/2018 | 0.0% | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | |
| **Adjusted Improvement Value ($/SF)** | | **$164.22** | | **$136.21** | | **$370.66** | | **$283.66** | | **$123.21** | |
| Building Base Cost | | $275.10 | | $275.10 | | $275.10 | | $275.10 | | $275.10 | |
| Current Cost Multiplier | | 1.02 | | 1.03 | | 1.02 | | 1.03 | | 1.03 | |
| Local Multiplier | | 0.91 | | 0.98 | | 0.95 | | 1.28 | | 1.28 | |
| **Time/Location Base** | $324.44 | $255.35 | | $277.69 | | $266.57 | | $362.69 | | $362.69 | |
| % Adjustment | | 27% | | 17% | | 22% | | -11% | | -11% | |
| $ Adjustment | | $44.44 | | $22.93 | | $80.47 | | -$29.92 | | -$12.99 | |
| **No. of Beds** | 62 | 32 | | 199 | | 33 | | 1,768 | | 142 | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Effective Age** | 40 | 30 | | 35 | | 15 | | 35 | | 40 | |
| % Adjustment | | -20% | | -10% | | -50% | | -10% | | 0% | |
| $ Adjustment | | -$32.84 | | -$13.62 | | -$185.33 | | -$28.37 | | $0.00 | |
| **Condition** | Average | Average | | Average | | Average | | Average | | Average | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| **Use Adjustment** | General Community | General Community | | General Community | | Specialty Hospital | | General Community | | LTACH | |
| % Adjustment | | 0% | | 0% | | -15% | | 0% | | 10% | |
| $ Adjustment | | $0.00 | | $0.00 | | -$55.60 | | $0.00 | | $12.32 | |
| **Adjusted Improvement Value ($/SF)** | | **$175.81** | | **$145.52** | | **$210.20** | | **$225.38** | | **$122.54** | |



**Sales Comparison Approach Conclusion**

We placed emphasis on Comparables 1, 2, 3, 4, and 5 as they occurred within the last three years and reconciled to a hospital value of $175.00 per square foot which is set at the midpoint of the range, and we added the contributory value of the land, and the ancillary structures. Our value calculations for the real estate only via the Sales Comparison Approach are shown below.

| Ranges & Reconciled Values - Real Estate Only | |
|---|---|
| **PER SQUARE FOOT SALES ANALYSIS** | |
| Low: | $122.54 |
| High: | $225.38 |
| Average: | $175.89 |
| **Reconciled Value/Unit Value:** | **$175.00** |
| Subject Size: | 115,100 |
| Type of Unit Value: | square foot |
| **Subject Improvement Only Value:** | $20,142,500 |
| Hospital Land Value: | $350,000 |
| Real Estate - Building 2 | $62,069 |
| Real Estate - Building 3 | $1,857,059 |
| Real Estate - Building 4 | $352,437 |
| Real Estate - Building 5 | $41,422 |
| Real Estate - Building 6 | $40,242 |
| Real Estate - Building 7 | -$5,000 |
| Real Estate - Building 8 | $9,518 |
| **Indicated Value:** | $22,850,248 |
| **Reconciled Final Value:** | **$22,900,000** |



## Income Approach – Real Estate Only

The Income Capitalization Approach to value is based on the present worth of the future rights to income. This type of analysis considers the property from an investor's point of view, the basic premise being that the amount and quality of the income stream are the basis for the value of the property. The steps involved in capitalizing the subject's net operating income are as follows:

- Develop the subject's Potential Gross Income (PGI) through analysis of the subject's actual historic income and an analysis of competitive current market income rates.

- Estimate and deduct vacancy and collection losses to develop the Effective Gross Income (EGI).

- Develop and subtract operating expenses to derive the Net Operating Income (NOI).

- Develop the appropriate capitalization rate (Ro).

### Revenue Estimates

We utilized comparables to develop an estimated market rate lease for the subject facility, assuming a viable operation. Again, due to the limited amount of empirical information from the local market, we also utilized market data from around the country.

We have identified numerous real estate only leases of comparable general community hospital facilities from around the country. Most of the leases are for similarly aged facilities and bracket an appropriate rate for the subject, with the subject near the mean of the comparables. The relationship, however, of the lease rate to overall property value is a market parameter that serves as a test of reasonableness.

We note that although there is no lease currently encumbering the subject, this analysis develops a synthetic or artificial fair market value lease rate assuming an investor leased the structure.



Income Capitalization Approach

**Lease Comparable Map**



**Comparable Lease Analysis**

The leases define the market rent rate for which an operator would be willing to pay to master lease a viable healthcare facility similar to the subject. The leases are typically written on an absolute net basis with the lessee paying for all operating expenses and the owner deducting an administrative fee, landlord insurance and a nominal reserve expense from the cash flow. The assumed lease is long-term and we do not consider a vacancy or credit loss factor to be appropriate. The leases from the market are summarized in the following exhibit:



**LEASE ANALYSIS**
Ellwood City Hospital

| Comp # | Name City/State | Zip Cost Basis | Hospital SubType | Year Built | Effective Age | GBA (SF) | Sales Price/Cost Basis | Rent | Lease Rate as % of Cost | NNN Lease Rate Per SF | Owner Expenses | Facility NOI | Age Adj. | Loc./Time Adj. | Other Adj. | Adj. NOI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Confidential - 75093 | 75093 | General Community | 1980 | 35 | 148,579 | $0 | $2,856,120 | --- | $19.22 | 3.50% | $18.55 | -10% | 26% | 0% | $21.52 |
|  | Plano, Texas | $257.49 |  |  |  |  |  |  |  |  | $0.67 |  |  |  |  |  |
| 2 | Confidential | 75034 | General Community | 1980 | 35 | 420,069 | $0 | $8,448,132 | --- | $20.11 | 3.50% | $19.41 | -10% | 26% | 0% | $22.51 |
|  | Frisco, Texas | $257.49 |  |  |  |  |  |  |  |  | $0.70 |  |  |  |  |  |
| 3 | Sherman Oaks Hospital | 91403 | General Community | 1956/80 | 40 | 135,000 | $25,000,000 | $2,100,000 | 8.40% | $15.56 | 3.50% | $15.01 | 0% | -5% | 0% | $14.30 |
|  | Sherman Oaks, California | $340.46 |  |  |  |  |  |  |  |  | $0.54 |  |  |  |  |  |
| 4 | Florida Hospital North Pinellas | 34689 | General Community | 1973 | 40 | 200,980 | $23,527,920 | $3,041,800 | 12.93% | $15.13 | 3.50% | $14.61 | 0% | 19% | 0% | $17.42 |
|  | Tarpon Springs, Florida | $272.02 |  |  |  |  |  |  |  |  | $0.53 |  |  |  |  |  |
| 5 | Alvarado Hospital Medical Center | 92120 | General Community | 1973/90 | 30 | 288,963 | $70,000,000 | $7,281,868 | 10.40% | $25.20 | 3.50% | $24.32 | -20% | -1% | 0% | $19.12 |
|  | San Diego, California | $329.02 |  |  |  |  |  |  |  |  | $0.88 |  |  |  |  |  |
| 6 | Walnut Hill Medical Center | 75231 | General Community | 2013 | 2 | 199,182 | $99,423,000 | $9,000,000 | 9.05% | $45.18 | 3.50% | $43.60 | -76% | 26% | 0% | $21.80 |
|  | Dallas, Texas | $257.49 |  |  |  |  |  |  |  |  | $1.58 |  |  |  |  |  |
| Average |  |  |  |  | 30 | 232,129 | $36,325,153 | $5,454,653 | 10.20% | $23.40 |  | $22.58 |  |  |  | $19.45 |
| Subject | Ellwood City Hospital | 16117 |  |  | 40 | 115,100 | $22,500,000 | $2,071,800 | 9.21% | $18.00 | 3.50% |  |  |  |  | $17.37 |
|  | Ellwood, Pennsylvania | $324.44 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

*\*\*\*Regional/Time Cost Basis is based on Marshall Valuation Services Swift Estimator for Average Quality, Class B, 120,000 Square Foot General Community Hospital construction within a certain zipcode and a certain time period. This quantifies the locational time disparity as compared to the subject.*



Of the comparables utilized in this analysis, we relied on all of them for purposes of our analysis. We utilized a market lease rate for the hospital of $18.00 per square foot, which is consistent with the market. As a test of reasonableness, we looked at the annual lease rate as a percentage of our final reconciled real estate value. Using our estimated lease rate and our reconciled real estate value "As Is" resulted in a lease rate as a percentage of value of 9.21%, only slightly below the comparables.

The assumed lease is an absolute net lease with the tenant paying all the expenses associated with the real estate. Additionally, as the lease is assumptively long-term, we did not deduct a vacancy or collection loss.  Realistically, however, the landlord will have some costs associated with the lease. For purposes of this analysis, ownership/landlord expenses include an administrative fee, landlord insurance and a nominal reserve expense, or 3.5% of the lease revenues.

**Net Operating Income**

Deducting our estimated expenses from the estimated effective operating revenues for the hospital results in a net operating income of $1,999,287.

**Capitalization Rate Analysis**

In direct capitalization, a precise allocation between return on and return of capital is not made because investor assumptions or forecasts concerning the holding period, income stream, or changes in value after the initial investment are only implied. Overall rates of return on and of investment are derived from similar investment activity from the market.

In selecting an appropriate capitalization rate for the subject property, we considered indications derived from comparable sales (Market Extraction), the Band of Investment, Mortgage-Equity Method, and the Debt Coverage Ratio (Built up Rates), and considered investor surveys. In order to value the ownership interest of an income producing property, valuation models have been developed to quantify the projected benefits from ownership. The capitalization rate (overall rate) is the ratio between the net operating income in any given Year and the value. The discount rate reflects the expected overall return based upon the estimated series of cash flows (including the reversion value from a presumed sale at the end of the holding period), and includes a measure of the risk involved in holding and operating the property. We consider the cap rate derivation, in this instance, to be most appropriate from the market sales.

**Market Extracted Rates**

The best and most reliable method of estimating an overall capitalization rate is its derivation from recent comparable sales.

In this instance, we were provided with operating information for the sales utilized in our analysis, but have information from other facilities from around the country that we have included for purposes of this analysis. We note that the following comparables are modern design and newer construction and are predominantly newer specialty hospitals and LTACH and Rehab facilities.



| OVERALL CAPITALIZATION RATES - HOSPITAL REAL ESTATE ONLY | | | |
|---|---|---|---|
| Name | Hospital Subtype | Date | Cap - RE Event Yr |
| Select Specialty Hospital 2014 | LTACH | 3/25/2014 | 7.72% |
| Warm Springs Rehabilitation Hospital | Rehabilitation | 8/21/2015 | 6.59% |
| Weslaco Rehab Hospital | Rehabilitation | 2/25/2015 | 8.44% |
| Mentis Neuro Rehab - El Paso | Rehabilitation | 10/15/2015 | 6.70% |
| Mentis Neuro Rehabilitation | Rehabilitation | 8/11/2014 | 7.41% |
| Bay Area Rehabilitation Hospital | Rehabilitation | 6/5/2015 | 7.62% |
| MA Rehab Hospitals | Rehabilitation | 1/2/2014 | 10.19% |
| Horizon Specialty Hospital | LTACH | 8/1/2014 | 8.55% |
| Landmark Hospital of Savannah | LTACH | 1/15/2015 | 7.75% |
| Cypress Pointe Surgical Hospital | Specialty Hospital | 3/12/2014 | 8.25% |
| HealthSouth Desert Canyon | Rehabilitation | 7/15/2014 | 5.97% |
| Saint Joseph Rehabilitation Institute | Rehabilitation | 7/24/2014 | 6.45% |
| Mercy Rehabilitation Hospital | Rehabilitation | 7/10/2014 | 6.35% |
| New England Sinai Medical Center | LTACH | 12/23/2014 | 7.29% |
| Baylor Surgical Hospital | Specialty Hospital | 12/31/2014 | 6.49% |
| Heartland Rehab Hospital | Rehabilitation | 2/17/2015 | 7.59% |
| Victory Medical Center - Beaumont | Specialty Hospital | 8/12/2014 | 6.63% |
| Victory Medical Center - Mid Cities | Specialty Hospital | 8/12/2014 | 6.69% |
| Reliant Rehab Hospital and ASC | Rehabilitation | 4/16/2014 | 7.86% |
| LifeCare Hospitals of Fort Worth | LTACH | 3/28/2014 | 8.10% |
| LifeCare Hospitals of Pittsburgh | LTACH | 3/31/2014 | 8.10% |
| Houston Orthopedic and Spine Hospital | Specialty Hospital | 2/11/2014 | 4.40% |
| Walnut Hill Medical Center | General Community | 2/25/2014 | 8.74% |

These hospital comparable sales represent an overall rate range between 4.40% and 10.19%, with an average rate of 7.39%. Given the most recent market trends both locally and nationally given the recent market conditions, we have seen capitalization rates declining. We note the significant lack of market date for capitalization rate of general community hospitals as these assets are rarely leased at the time of transaction.

**Capitalization Rate Conclusion**

In determining a capitalization rate for the subject property, we have taken into account its overall age and condition, occupancy history, census and quality mix, market positioning, investment criteria and national regulatory environment. The subject is an older, General Community Hospital located in Ellwood, Pennsylvania.

Based on the data and characteristics of the subject and marketplace, we consider a capitalization rate at the higher end of the range to be appropriate for the subject. Based on the data and information presented, as well as the characteristics of the subject property, we have concluded to a real estate only capitalization rate for the subject property at 10.00%.



**Direct Capitalization Summary and Conclusion**

We capitalized the estimated fee simple net operating income of $1,999,287 at 10.00% to yield a market value indication for the real estate of $19,992,870 to which we add the real estate value of the ancillary buildings derived from our cost approach. Based on the analysis detailed above, we reconciled to a direct capitalization approach value shown in the chart below.

| Income Capitalization Analysis | | | | | |
|---|---|---|---|---|---|
| Unit/Space Type | Income | Method | Units/SF | Annual | % of PGI |
| Hospital | $18.00 | $/SF/Year | 115,100 | $2,071,800 | 100.0% |
| | | Potential Gross Income: | | $2,071,800 | 100.0% |
| | | Vacancy & Collection Loss | 0.00% | $0 | |
| | | Effective Gross Income (EGI) | | $2,071,800 | 100.0% |

| Expense | Amount | Method | | Annual | $/SF |
|---|---|---|---|---|---|
| Insurance | 1.00% | % of EGI | | $20,718 | $0.18 |
| Management | 1.50% | % of EGI | | $31,077 | $0.27 |
| Reserves | 1.00% | % of EGI | | $20,718 | $0.18 |
| Other | 0.00% | % of EGI | | $0 | $0.00 |
| | | Total Expenses: | | $72,513 | $0.63 |
| | | Net Expense Ratio | | 3.50% | |
| | | Net Operating Income (NOI): | | $1,999,287 | $17.37 |
| | | Capitalization Rate: | | 10.00% | |
| | | Value (NOI/Cap Rate): | | $19,992,870 | $173.70 |
| | | Building 2: | | $62,069 | |
| | | Building 3: | | $1,857,059 | |
| | | Building 4: | | $352,437 | |
| | | Building 5: | | $41,422 | |
| | | Building 6: | | $40,242 | |
| | | Building 7: | | -$5,000 | |
| | | Building 8: | | $9,518 | |
| | | Rounded: | | $22,400,000 | $194.61 |

## Real Estate Only Analysis Conclusion

We placed equal emphasis on the sales comparison approach and the income approach ($22,200,000 for the Cost Approach, $22,900,000 for the Sales Comparison Approach, and $22,400,000 for the Income Approach) and concluded to a value of the real estate for the subject facility (62 beds) of $22,500,000.



## Final Reconciliation

The valuation process includes three traditional approaches to value: Cost Approach, Sales Comparison Approach and Income Capitalization Approach. Each of the approaches has its own merits and investors have a wide array of reasons why they rely on one approach over another. Our experience within the healthcare sector and interviews with numerous investors suggests that all three approaches are useful in creating a market value estimate for the subject.  The following table summarizes the results of the three approaches:

| VALUE INDICATIONS – REAL ESTATE ONLY | |
| --- | --- |
| | **As Is** |
| **Total Land Value:** | $350,000 |
| **Cost Approach:** | $22,200,000 |
| **Sales Comparison Approach:** | $22,900,000 |
| **Income Approach:** | $22,400,000 |
| **Reconciled Value Conclusion(s)** | $22,500,000 |
| Effective Date (s) | May 25, 2018 |
| Property Rights | Fee Simple |

**Cost Approach**

The Cost Approach is typically utilized by market participants when reviewing new construction or a proposed healthcare development. This approach utilized recent land sales that were very similar to the subject site, along with a nationally recognized construction cost manual. Most healthcare investors feel that the Cost Approach does not adequately reflect the value due to profit levels difficult to support from the market place, along with the difficulty of supporting the significant accrued depreciation estimates. Thus, the Cost Approach was given secondary weight in our reconciliation process in our real estate only analysis.

**Sales Comparison Approach**

The Sales Comparison Approach indicates a value estimate based on recent sales transactions involving hospital facilities in the subject's region. The improved sales were adjusted for location, age, size, date of sale, amenities and other physical plant features. Investors typically utilize improved sales to cross check price points applicable unit of measure and the implied capitalization rates. Many of the healthcare investors we interviewed felt that the Sales Comparison Approach does provide an accurate reflection of market conditions for hospital assets and is given significant weight in their reconciliation process when they analyze an investment opportunity; both real estate and going concern. Since the improved sales reflect current market conditions and are deemed comparable to the subject property, we have placed significant weight on the approach in our reconciliation process.



**Income Approach**

The Income Capitalization Approach is generally considered a very good indicator of market value for a hospital asset as a going concern, assuming the operation is stabilized. We utilized the discounted cash flow method and direct capitalization method to value the going concern. We also place emphasis on the real estate only Income Approach, assuming reliable arm's length lease information. Since investors are usually the most concerned with cash flows from their investment, we have placed significant weight on this approach in our reconciliation process.

## Current Market Value – Real Estate Only

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), we have developed an opinion that the "As Is" Current Market Value of the Fee Simple estate of the property (Real Estate Only) as of May 25, 2018, was:

**Twenty Two Million Five Hundred Thousand Dollars**

**$22,500,000**

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.



## Certification of Appraisal

We certify that, to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions and conclusions.

- We have no present or prospective future interest in the property that is the subject of this report, and have no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report, or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- The value conclusion(s) and other opinions expressed herein are not based on a requested minimum value, a specific value, or approval of a loan.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which includes the Uniform Standards of Professional Appraisal Practice (USPAP).

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- No new inspection was performed, we assume the subject physical plant to be in the same or similar overall condition as our previous report in November of 2017. Timothy P. Gillespie made an inspection of the subject property in November of 2017. Due to the geographic locations associated with the improved property sales, they were not inspected.

- No one provided significant real property appraisal assistance to the person(s) signing this certification.

- We certify sufficient competence to appraise this property through education and experience, in addition to the internal resources of the appraisal firm.

- The appraiser previously appraised the subject property in November of 2017.



Timothy P. Gillespie

Pennsylvania Certified General Appraiser

License No. 004301

Expires: October 27, 2018

Phone: 813-262-8181

Email: Tim.Gillespie@NGKF.com

Website: www.NGKF.com



# Addenda



**Engagement Letter**



May 18, 2018

Grant White and Tom Pritchard
Founder and CEO/CFO
AMERICORE HEALTH
4337 Sea Grape Drive
Lauderdale By The Sea
Florida 33308
Phone: 954-654-0301
Email: tom@americorehealth.com

Re:  Appraisal of the Market Value of the Subject Property ("Property") described as:
     Multiple Properties - See attached Property List

Dear Mr. White and Mr. Pritchard:

Pursuant to your request, Newmark Knight Frank Valuation & Advisory, LLC (the "Firm") is pleased to submit the following proposal to provide Americore Health (herein the "Client") the appraisal and appraisal services described herein through a qualified appraiser employee of the Firm. By signing and returning this proposal letter, you are signifying acceptance by the Client of the terms and conditions contained herein, including those in the attached Schedule "A" Terms & Conditions.

| | |
|---|---|
| APPRAISAL FEE: | $14,000.00 (inclusive of expenses. $3,500 per property). |
| ADDITIONAL HOURLY FEES: | None |
| RETAINER: | None |
| REPORT DELIVERABLES: | The appraisal, draft and/or final, shall be delivered in electronic format (typically pdf). One original hard copy of the final appraisal will be provided to Client upon request. |
| COMMENCEMENT AND DELIVERY DATE: | Delivery is as follows: |
| | Final appraisal report: one (1) week from receipt of signed engagement letter |
| | The appraisal process will commence upon receipt by the undersigned of this proposal letter signed by Client or by a representative of the Client together with any required retainer and the requested information and materials identified in the attached Schedule "B" Property Information List and conclude |

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 2 of 10

upon delivery of the final appraisal report unless terminated sooner by Client or as provided herein.

| | |
|---|---|
| **REPORT TYPE:** | Restricted Appraisal Report |
| **VALUATION PREMISE:** | Market Value |
| **INTEREST IN THE PROPERTY APPRAISED:** | Fee Simple Estate (Hospitals) / Leased Fee (MOB) |
| **DATE(S) OF VALUE:** | Current as of: May 25, 2018 |
| **INTENDED USER(S):** | The appraisal may be used and relied upon only by Americore Health and Monte Cristo Capital Management Inc., and no other party is permitted to use or rely on the appraisal. The Firm disclaims liability to any party other than an Intended User identified herein. |
| **INTENDED USE:** | The intended use of the appraisal is solely for financing purposes and no other use. |
| **RELIANCE LANGUAGE:** | None |
| **GUIDELINES:** | The analyses, opinions and conclusions are to be developed based on, and the appraisal will be prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation. |
| **SCOPE OF WORK:** | The appraiser will use and properly apply all applicable and appropriate approaches to value sufficient to produce credible assignment results. The scope of the analysis will be appropriate for the appraisal problem. |
| **ASSUMPTIONS/ LIMITING CONDITIONS:** | The appraisal will be subject to Firm's standard Assumptions and Limiting Conditions, which will be incorporated into the appraisal report. In addition, the appraisal may be subject to and the appraisal report may contain Extraordinary Assumptions and Hypothetical Conditions. |
| **ACCEPTANCE:** | This shall constitute an Agreement only if countersigned by the Client, or by an officer, director or other representative of Client who, by signing and accepting this proposal, represents and warrants that he/she is authorized by Client to do so. |

**Newmark
Knight Frank**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.ngkf.com

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 3 of 10

| | |
|---|---|
| **PAYMENT:** | Client will be invoiced the appraisal fee (and any expenses) which will be earned in full upon initial delivery of the appraisal report (draft or final), with such appraisal fee (and expenses) payable within 30 days of invoicing. |
| | Payment of the said fee is not contingent upon any predetermined value or on an action or event resulting from the analysis, opinions, conclusions or use of the appraisal. |
| **CHANGES TO THE AGREEMENT:** | Any significant changes to the assignment as outlined in this proposal letter such as the identity of the Client, intended users, or intended use, shall necessitate the preparation and execution by both parties of a new proposal letter. |
| **CANCELLATION OF ASSIGNMENT:** | Client may cancel this Agreement at any time prior to the Firm's delivery of the appraisal upon written notification to the Firm. Client shall pay Firm for all work completed on the assignment prior to Firm's receipt of such written cancellation notice, unless otherwise agreed upon by Firm and Client in writing. |
| **NO THIRD PARTY BENEFICIARIES:** | Except as may be expressly provided for in this Agreement, nothing in this Agreement shall create a contractual relationship or any legal duty between Firm or Client and any third party, or any cause of action, rights, or claims in favor of any third party and against Firm or Client. In addition, this Agreement is not intended to, and shall not be construed to, render any person or entity a third party beneficiary of this Agreement. Client acknowledges and agrees that the appraisal report shall reflect the foregoing, and shall specifically state that no third party other than an "Intended User" identified herein shall be entitled to rely upon the appraisal. |

This proposal letter may be withdrawn by the Firm unless this proposal letter is fully signed and returned to the undersigned within 10 days from the date of this letter.

If this letter correctly sets forth the Client's understanding of the services to be rendered to it, and if the terms of this proposal letter are satisfactory, please execute the enclosed copy of this letter and return it to us together with any required retainer.

**Newmark
Knight Frank**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.ngkf.com

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 4 of 10

Thank you and we look forward to working on this assignment.

Respectfully,

Timothy P. Gillespie
First Vice President
Certified General Appraiser
License No. FL - RZ3817
tim.gillespie@ngkf.com
813-262-8181
813-362-0765

Agreed:
AMERICORE HEALTH

SIGNATURE:

PRINT NAME: Grant White

TITLE: CEO

DATE: 5-18-18.

**Newmark
Knight Frank**

Schedule "A"

# TERMS AND CONDITIONS

ATTACHED TO AND A PART OF THE PROPOSAL LETTER DATED MAY 18, 2018 TO
PROVIDE APPRAISAL SERVICES FOR AMERICORE HEALTH

1. These Terms and Conditions are attached to and incorporated into the above referenced proposal letter (the "Agreement") as though fully set forth in full therein. Notwithstanding the state of domicile or residency of either party to this Agreement, this Agreement shall be governed and construed under the laws of the state in which the Property is located, and venue for any action or proceeding arising out of this Agreement shall be deemed proper only in the court of competent jurisdiction located in the state in which the Property is located. Capitalized terms if not defined herein shall have the same meaning as defined in the Agreement.

2. It is assumed that there are no matters affecting the Property that would require the expertise of other professionals, such as engineers or an environmental consultant, for Firm to provide the appraisal. If such additional expertise is required, it shall be provided by other parties retained by Client at Client's sole cost and expense.

3. Client acknowledges that the Firm is being retained as an independent contractor to provide the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Firm and Client, including but not limited to an agency relationship. The parties neither intend nor have any expectation that any such relationship will arise as a matter of law or as a result of this Agreement. This assignment shall be deemed concluded and the services hereunder completed upon delivery of the appraisal described herein to Client.

4. All statements of fact contained in the appraisal report as a basis of the appraiser's analyses, opinions, and conclusions will be true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to, and shall rely upon the accuracy of information and material furnished to the Firm by Client. Appraiser is also entitled to, and shall, rely on information provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by members of that profession without independent verification.

5. The Firm and the appraiser shall have no responsibility for legal matters, or questions or issues involving survey or title, soil or subsoil conditions, engineering, zoning, buildability, environmental contamination, structural matters, construction defects, material or methodology, or other similar technical matters with regarding the Property. Furthermore, the appraisal will not constitute a survey of the Property.

6. The appraisal and the data and information gathered in its preparation (other than the confidential data and information provided by Client) is and will remain, the property of the Firm. The Firm shall not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished by Client to the Firm. Notwithstanding the foregoing, the Firm and the appraiser are authorized by Client to disclose all or any portion of the appraisal and appraisal report and the related data and information, including confidential data and information provided by Client, to appropriate representatives of the Appraisal Institute if such disclosure is required to comply with the Standards, Bylaws and Regulations of the Appraisal Institute, as well as, such disclosure as required

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 6 of 10

by law and regulations, including compliance with a subpoena and licensing authority regulatory inquiries. The Firm is also authorized to include both confidential and non-confidential data assembled in the course of preparing the appraisal and which may be incorporated into the appraisal report in a database controlled by the Firm for the aggregation of such data and information to produce analytics and other metrics or products.

7.  Unless specifically noted in the appraisal report, the appraisal will not take into consideration the possibility or probability of the existence of asbestos, PCB transformers, other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material) at on or in the Property, or the cost of encapsulation, removal or remediation thereof.

8.  Client shall indemnify, defend (by counsel to be selected by Firm), protect, and hold Firm and Firm's agents, employees, affiliates, successors and assigns, free and harmless from any and all claims, liabilities, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, and all reasonable attorneys' fees and related litigation costs, fees and expenses incurred by the any of such indemnitees, which result from (i) any failure by Client or Client's agents or representatives to provide Firm with complete and accurate information regarding the Property; (ii) any material breach by Client of the provisions of the Agreement; (iii) the failure of Client or any of Client's agents to provide a complete copy of the Appraisal to any third party where such delivery is permitted by Firm; or (iv) arising from Client or Client's agents or representatives providing a copy of the Appraisal to a party not authorized by the Firm to receive such copy.

9.  In preparing the appraisal, it is possible that the appraiser will discover conflicting information. In that event, appraiser will utilize information and data considered to be the most authoritative and for critical information will document the source. Information and data referred to may include, but is not limited to, legal descriptions; physical street addresses; assessor parcel numbers; property history; dimensions and areas of the site/land; dimensions and areas of the building improvements; physical unit counts; rent rolls; leases; lease abstracts; income and expense data; and any other related data. Any material discrepancy and/or error in any of the above data could have a substantial impact on the conclusions reported, and the Firm therefore reserves the right to amend conclusions reported if the Firm is made aware of any such discrepancy and/or error.

10. The appraisal may not be used, included or referenced, in whole or in part, in any offering or other materials without the prior written consent of the Firm, which consent may be conditioned upon the receipt by the Firm of an indemnity agreement, in form and content, satisfactory to Firm and provided by an indemnitor satisfactory to Firm. Client agrees to pay the fees of the Firm's legal counsel for review of any materials which is the subject of the requested consent. Except as agreed by the Firm expressly in writing, the Firm disclaims liability to any party other than Client.

11. The Firm shall not provide a copy of the appraisal to, or disclose the results of the appraisal to, any party other than Client, unless Client authorizes same, except as provided in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP) or as otherwise required by law or regulations.

12. Client and any other identified Intended User should consider the appraisal as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible

**Newmark Knight Frank**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.ngkf.com

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 7 of 10

in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.

13. Unless otherwise stated in this Agreement, Client agrees that the services pursuant to this Agreement shall not include participation in or preparation for, or attendance at, any legal, judicial, administrative, or arbitration proceeding relating to this assignment. In the event the Firm or any of its affiliates or the appraiser is required, whether through the service of a subpoena or otherwise, to produce documents or participate in or prepare for any discovery, testimony or attendance, relating to the appraisal or this assignment, where the Firm or its affiliate or the appraiser is not a party to the action or proceedings involved, Client agrees to reimburse expenses incurred by the Firm or its affiliate or its appraiser, including attorney's fees, in responding to such subpoena or other legal process and compensate the Firm therefor based upon the appraiser's prevailing hourly or daily rate for providing services as an expert consultant or witness.

14. Except as expressly provided herein, Firm makes no representations or warranties to Client or to any other person or entity with respect to the appraisal and the services to be provided by Firm under this Agreement. To the maximum extent permitted under applicable law, in no event will the Firm, its appraisers, employees, affiliates and agents, be liable for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to this Agreement or the appraisal, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm, its appraisers, employees, affiliates and agents, arising from or relating to this Agreement or the appraisal, whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to the Firm for the appraisal and the services described herein.

15. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions. In view of that requirement, this Appraisal may not be accepted by a federally regulated financial institution.

16. In the event Client fails to make payments of any fees or sums when due and payable under this Agreement; then from the date due and payable until paid, the amount due and payable shall bear interest at the maximum rate permitted under the laws of the state in which the Property is located. If the Firm is required to undertake collection efforts including institution of legal action against Client relating to the Agreement, the Firm shall be entitled to recover attorney's fees, litigation expenses, and costs from Client.

17. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client or any Intended User of the appraisal against Firm or its affiliates, officers, directors, employees, contractors, agents, or other representatives, whether based in contract, tort, warranty, indemnity or otherwise, relating to the appraisal shall be commenced within two (2) years from the date of delivery of the appraisal to the claimant in such action or proceeding unless the applicable law provides for a shorter period and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding.

18. Throughout the performance of services under this Agreement, the Firm shall maintain at is sole cost and expense the following insurance:

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 8 of 10

(a) Workers' Compensation, so as to provide statutory benefits as required by the laws of each state within the United States in which the Firm's services are being provided, and Employer's Liability insurance with limits of liability of no less than $1,000,000 each accident, $1,000,000 disease each employee and $1,000,000 disease policy limit covering all employees of the Firm engaged in the performance of such services.

(b) Fidelity insurance or bond with a limit of not less than $1,000,000 to insure the Firm against loss of its or Client's assets caused from the dishonest acts of the Firm's employees.

(c) Professional Liability insurance with a limit of liability of not less than $15,000,000 each claim and $15,000,000 aggregate, which limits may be provided by a combination of primary and excess policies.

(d) Commercial General Liability insurance providing coverage against damages due to bodily injury (including death), property damage and personal and advertising injury arising in connection with the Firm's services provided under this Agreement, which insurance coverage shall: (i) be occurrence-based; (ii) provide limits of liability in an amount not less than $1,000,000 each occurrence and $1,000,000 aggregate (including excess and/or umbrella limits), (iii) include at least those coverages generally included in the most current ISO Commercial General Liability insurance policy form (or its equivalent); and (iv) include Client, and such other persons or entities as Client may identify in writing, as additional insureds solely with regard to claims arising out of this Agreement.

(e) Commercial automobile liability for owned, hired and non-owned motor vehicles, with a $1,000,000 combined single limit.

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 9 of 10

Schedule "B"

# PROPERTY INFORMATION LIST

ATTACHED TO AND A PART OF THE PROPOSAL LETTER DATED MAY 18, 2018 TO
PROVIDE APPRAISAL SERVICES FOR AMERICORE HEALTH

The following information is requested to be delivered to the Firm so we can provide the proposed services and prepare the Appraisal within the agreed upon time frame. Please forward the physical data such as the site plan, previous engineering reports and/or property reports describing the physical attributes of the Property and all financial information such as rent roll and income and expense statements first as these items are the most time sensitive and should be received immediately to meet the time requirements of this assignment. If, at this time, you are certain you will not be providing any specific items noted below, please cross out the item and mark "NA" next to the item so that we will be notified that the information is not available and will not be forthcoming.

1.  Please indicate whether Newmark Knight Frank is sales broker, leasing broker or property manager for the subject property.

2.  For those properties that are operational, please provide the most recent operational financials and statistics, as well as an updated rent roll for the medical office building.

**Newmark**
**Knight Frank**

Grant White and Tom Pritchard
AMERICORE HEALTH
May 18, 2018
Page 10 of 10

## Property List

1.  Pineville Community Hospital – 850 Riverview Ave, Pineville, KY 40977
2.  Pineville MOB – 121 Virginia Ave, Pineville, KY 40977
3.  Ellwood City Hospital – 724 Pershing St, Ellwood City, PA 16117
4.  Lee County General Hospital – 127 Health Care Dr, Pennington Gap, VA 24277

Addenda

**Property Exhibits**

Ellwood City Hospital



## General Information

<span style="color:navy">**Lawrence County**</span>

Parcel ID: 15-2026.-0118A.-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15020600 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.31 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | 714 PERSHING ST | **Current Market Assessed Value** | |
| | 714 PERSHING ST | **Market Land** | $16,900 |
| **Description** | H | **Market Building** | $50,800 |
| | 0.305 ACRES | **Total Market Assessed** | $67,700 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 303: General Commercial | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information          **View Secondary Card(s)**          **Lawrence County**

Parcel ID: 15-2027.-0114..-000    Owner: ELLWOOD CITY HOSPITAL

| **Owner Name & Address** | | **Property Identification** | |
|---|---|---|---|
| Deeded Owner | ELLWOOD CITY HOSPITAL | Control No | 15020700 |
| | | Unit/Lot No | |
| Mailing Address | | Deeded Acres | 0.16 |
| | 724 PERSHING ST | Old Map Number | |
| City, State, Zip | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | Date of Sale | |
| Municipality | 15 - ELLWOOD CITY 5 | Selling Price | |
| School District | 8 - ELLWOOD CITY SD | Deed Book-Page | |
| Neighborhood | 1509 - ROLLING ACRES-E.C. | Validation Code (Y=Multi-Parcel) | |
| Situs Address | 732 PERSHING ST | **Current Market Assessed Value** | |
| | 732 PERSHING ST | Market Land | $17,000 |
| Description | H | Market Building | $84,800 |
| | 0.163 ACRES | Total Market Assessed | $101,800 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| Property Type | RX: Residential Land - Exempt | C&G Land | |
| Land Use Type | 101: Residential 1 Family | C&G Building | |
| Tieback Parcel | | C&G Assessed | |
| Tieback ID | | C&G Approved | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | HS Approved | N |
| | | FS Approved | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2027.-0111..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15020800 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.17 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | 744 PERSHING ST | **Current Market Assessed Value** | |
| | 744 PERSHING ST | **Market Land** | $11,000 |
| **Description** | | **Market Building** | $0 |
| | 0.169 ACRES | **Total Market Assessed** | $11,000 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | LX: Vacant Land - Exempt | **C&G Land** | |
| **Land Use Type** | 100: Residential Vacant Land | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2027.-0112..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15027000 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.14 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | 08/09/2007 |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | $88,000 |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | 2007-008589 |
| **Neighborhood** | 1509 - ROLLING ACRES-E.C. | **Validation Code (Y=Multi-Parcel)** | N |
| **Situs Address** | 740 PERSHING ST | **Current Market Assessed Value** | |
| | 740 PERSHING ST | **Market Land** | $16,900 |
| **Description** | H | **Market Building** | $51,700 |
| | 0.144 ACRES | **Total Market Assessed** | $68,600 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | R: Residential (Under 10 Acres) | **C&G Land** | |
| **Land Use Type** | 101: Residential 1 Family | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2027.-0110..-000   Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15050500 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.15 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | 01/17/1992 |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | $56,000 |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | 1992-000433 |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | N |
| **Situs Address** | 748 PERSHING ST | **Current Market Assessed Value** | |
| | 748 PERSHING ST | **Market Land** | $10,100 |
| **Description** | H | **Market Building** | $49,700 |
| | 0.154 ACRES | **Total Market Assessed** | $59,800 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | C1: Commercial - General (Group 1) | **C&G Land** | |
| **Land Use Type** | 303: General Commercial | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2026.-0033..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15084801 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 1.6 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | 304 EVANS DR | **Current Market Assessed Value** | |
| | 304 EVANS DR | **Market Land** | $139,200 |
| **Description** | B 348X2 | **Market Building** | $1,243,400 |
| | 1.598 ACRES | **Total Market Assessed** | $1,382,600 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | C5: Commercial - General (Group 5) | **C&G Land** | |
| **Land Use Type** | 303: General Commercial | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information　　　　View Secondary Card(s)　　　　　　　　Lawrence County

Parcel ID: 15-2026.-0033A.-000　Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15084802 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 4.65 |
| | MARY EVANS MATERNITY | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | 724 PERSHING ST | **Current Market Assessed Value** | |
| | 724 PERSHING ST | **Market Land** | $303,800 |
| **Description** | | **Market Building** | $8,699,700 |
| | 4.616 ACRES | **Total Market Assessed** | $9,003,500 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 604: Other Miscellaneous Exempt | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

<span style="color:blue">**Lawrence County**</span>

Parcel ID: 15-2026.-0117..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15084900 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.3 |
| | BORDER AVE | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | PERSHING ST | **Current Market Assessed Value** | |
| | PERSHING ST | **Market Land** | $19,900 |
| **Description** | PAVING | **Market Building** | $8,100 |
| | 0.304 ACRES | **Total Market Assessed** | $28,000 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 604: Other Miscellaneous Exempt | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2026.-0116..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15085000 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.18 |
| | MARY EVANS MATERNITY | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | PERSHING ST | **Current Market Assessed Value** | |
| | PERSHING ST | **Market Land** | $12,000 |
| **Description** | PAVING | **Market Building** | $6,500 |
| | 0.183 ACRES | **Total Market Assessed** | $18,500 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 604: Other Miscellaneous Exempt | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

**Lawrence County**

Parcel ID: 15-2027.-0115..-000    Owner: ELLWOOD CITY HOSPITAL AUTH

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL AUTH | **Control No** | 15085100 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.17 |
| | BORDER AVE | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | PERSHING ST | **Current Market Assessed Value** | |
| | PERSHING ST | **Market Land** | $9,600 |
| **Description** | | **Market Building** | $0 |
| | 0.173 ACRES | **Total Market Assessed** | $9,600 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | LX: Vacant Land - Exempt | **C&G Land** | |
| **Land Use Type** | 100: Residential Vacant Land | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

<span style="float:right">**Lawrence County**</span>

Parcel ID: 15-2027.-0077A.-000    Owner: ELLWOOD CITY HOSPITAL AUTHORITY

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL AUTHORITY | **Control No** | 15085200 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.11 |
| | EVANS DR | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | MT VERNON DR | **Current Market Assessed Value** | |
| | MT VERNON DR | **Market Land** | $6,100 |
| **Description** | PAVING | **Market Building** | $4,000 |
| | 0.110 ACRES | **Total Market Assessed** | $10,100 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 604: Other Miscellaneous Exempt | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

## General Information

<span style="color:blue">**Lawrence County**</span>

Parcel ID: 15-2023.-0036..-000    Owner: ELLWOOD CITY HOSPITAL

| Owner Name & Address | | Property Identification | |
|---|---|---|---|
| **Deeded Owner** | ELLWOOD CITY HOSPITAL | **Control No** | 15085600 |
| | | **Unit/Lot No** | |
| **Mailing Address** | | **Deeded Acres** | 0.55 |
| | 724 PERSHING ST | **Old Map Number** | |
| **City, State, Zip** | ELLWOOD CITY , PA 16117-1474 | **Sales** | |
| **Property Location** | | **Date of Sale** | |
| **Municipality** | 15 - ELLWOOD CITY 5 | **Selling Price** | |
| **School District** | 8 - ELLWOOD CITY SD | **Deed Book-Page** | |
| **Neighborhood** | 1503 - ELLWOOD CITY DIST.11-15 | **Validation Code (Y=Multi-Parcel)** | |
| **Situs Address** | BEATTY ST | **Current Market Assessed Value** | |
| | BEATTY ST | **Market Land** | $41,900 |
| **Description** | BLDG. | **Market Building** | $122,600 |
| | 0.549 ACRES | **Total Market Assessed** | $164,500 |
| **Property Description** | | **Current Clean & Green Assessed Value** | |
| **Property Type** | CX: Commercial - Exempt | **C&G Land** | |
| **Land Use Type** | 303: General Commercial | **C&G Building** | |
| **Tieback Parcel** | | **C&G Assessed** | |
| **Tieback ID** | | **C&G Approved** | Not Eligible |
| | | **Homestead / Farmstead** | |
| | | **HS Approved** | N |
| | | **FS Approved** | N |

courthouseonline.com ...a better way to access public records.™ Website and Services Copyright ©2000 CourthouseOnline.Com, Inc. Copyright and ownership of courthouse data is held by each respective courthouse. All information provided on this site is believed to be reliable but is not guaranteed and should be independently verified. I AGREE that my use of this site is governed by the Terms of Service and Privacy Policy.

TABLE 1266.04(A)

PERMITTED USES AND SPECIAL EXCEPTIONS

### R-1 Low-Density Residential District (A - Residential District)

**Permitted Uses**

1. Single-family detached dwellings
2. Public parks/playgrounds
3. Libraries
4. Essential services
5. Communications antennas mounted on existing public utility transmission towers, buildings or other structures, and communications equipment buildings

**Special Exceptions**

1. Public and parochial schools
2. Radio and television sending or boosting stations
3. Fire stations
4. Churches and other places of
5. Two-family dwellings
6. Home occupations

**Conditional Uses**

1. Hospitals
2. Clinics for humans
3. Nursing homes
4. Accessory uses.

### R-2 High-Density Residential District (B - Residential District)

**Permitted Uses**

1. Single-family detached dwellings
2. Two-family dwellings
3. Public parks/playgrounds
4. Libraries
5. Essential services
6. Public/parochial schools
7. Communications antennas mounted on existing public utility transmission towers, buildings or other structures, and communications equipment buildings

**Special Exceptions**

1. Hospitals, clinics for humans and nursing homes
2. Funeral homes
3. Off-street parking lots
4. Tourist homes
5. Home occupations
6. Individual mobile homes
7. Multi-family dwellings
8. Group care facility (youth/adult)
9. Group home

**Conditional Uses**

1. Accessory uses
2. Churches and other places of worship
3. Communications towers and communications equipment buildings

(Cont.)

2016 Replacement

### R - 2 High Density Residential District (B - Residential District)

Minimum lot area                    4,000 sq. ft.
Maximum lot coverage           45%
Minimum side yards

      Lots having a width of 50 ft. or more:
      A total of 15 ft. with a minimum of 5 ft. on one side

      Lots having a width of 45 ft. but more than 40 ft.:
      A total of 12 ft. with a minimum of 5 ft. on one side

      Lots having a width of 40 ft. but more than 35 ft.:
      A total of 10 ft. with a minimum of 5 ft. on one side

      Lots having a width of 35 ft. but more than 30 ft.:
      A total of 7 ft. with a minimum of 4 ft. on one side

### TABLE 1266.04(B)

| Requirements | R-1 | R-2 | I |
|---|---|---|---|
| Minimum Lot Area Per Family (sq. ft.) | 5,000 | 4,000 | N.A. |
| Minimum Lot Size for Non-Residential (sq. ft.) | 5,000 | 6,000 | 7,000(a, b) |
| Maximum Lot Coverage | 40% | 45% | 65% |
| Minimum Lot Width (H) | 50 | 60 | 50 |
| Minimum Depth of Front Yard (ft.) | 20(c) | 20(c) | 30 |
| Minimum Depth of Rear Yard (ft.) | 30 | 30 | N.A. |
| Minimum Total Width of Side Yards (ft.) | | | 24 |
| Minimum Width of Side Yard (ft.) | | | 10(e) |
| Maximum Height of Structure (ft.) (d), (f) | 35 | 45 | 100 |
| Minimum Number of Stories | 2-1/2 | 4 | 3 |

# Flood Map Report

For Property Located At



## 724 PERSHING ST, ELLWOOD CITY, PA 16117-1474

Report Date: **11/01/2017**                                County: **LAWRENCE, PA**

| Flood Zone Code | Flood Zone Panel | Panel Date |
|---|---|---|
| X | 420567 - 42073C0357D | 01/18/2012 |
| Special Flood Hazard Area (SFHA) | Within 250 ft. of multiple flood zones? | Community Name |
| Out | No | ELLWOOD CITY |

### Flood Zone Description:

Zone X-An area that is determined to be outside the 100- and 500-year floodplains.



**Disclaimer of Use**

Case 19-61608-grs   Doc 11-2   Filed 01/06/20   Entered 01/06/20 01:52:01   Desc
Exhibit B   Page 94 of 105

This map/report was produced using RealQuest Express ® - proprietary to RealQuest for informational purposes only.
This map/report should not be relied upon by any third parties. It is not intended to satisfy any regulatory
guidelines and should not be used for this or any other purpose.

# Ellwood City Hospital, Pennsylvannia

**Transaction Summary**

Acquiring 100% of the hospitals assets including real estate and receivables in exchange for the assumption of the pension liability (approx. $9mm) and an infusion of $4 million into the acquiring subsidiary.

**Financial Requirement**

- $6-$8 million first mortgage on the real estate.  $4 million to be put into escrow to be used in hospital.  Balance for hospital special projects, growth and development.

**Key Assets Acquired**

- All real estate including the over 150,000 sq ft. hospital, excess land and a medical office building leased to doctors that pays approximately $200,000 per annum in rent. Insurance appraisal in excess of **$38 million** depreciated.

- **Over $2,000,000** in net Accounts Receivable

- Over $500,000 in inventory

- **Over $30** million in equipment (undepreciated) – appraised value approx. $4 million.

**Overview**

56 bed rural hospital located in Ellwood City, Pennsylvannia

**Key Strengths**

- Very strong commercial payor contracts for lab business

- Terrific location, within 30 minutes of Pittsburgh and Youngstown, Ohio

- Tremendous Detox/Rehab opportunity

- Tremendous VA Opportunity

**Financial Overview**

- Over $20 million in annual revenue

- Poorly run losing approx. $400,000 per month with over 300 FTEs.  New plan will reduce staffing levels by over 100 without a significant drop in acute revenue adding $7 million to the bottom line,

- Recently commenced laboratory program, adding over $800,000 per month in revenue.

- Post closing will open drug rehabilitation center – revenue per month in excess of $2.5 million expected.

## Statement of Revenues and Expenses

| | Actual 11/16 2016 | Annualized 2016 | Forecast 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | |
| **Patient Revenue** | | | | | | | |
| Inpatient Revenue | $ 7,563,796 | 18,153,110 | $19,380,173 | $19,668,173 | $19,956,173 | $19,956,173 | $19,956,173 |
| Outpatient Revenue | $ 13,395,975 | 32,150,340 | 32,793,347 | 33,449,214 | 34,118,198 | 34,800,562 | 35,496,573 |
| Clinic Revenue | - | - | | | | | |
| Misc Income | (262,064) | (628,954) | - | - | - | - | - |
| Total Patient Revenue | 20,697,707 | 49,674,497 | 52,173,519 | 53,117,386 | 54,074,371 | 54,756,735 | 55,452,746 |
| **Deductions from Revenue** | | | | | | | |
| Contractual Allowances/Adjustments | 12,426,724 | 29,824,138 | 30,420,620 | 31,029,033 | 31,649,613 | 32,282,606 | 32,928,258 |
| Total Deductions from Revenue | 12,426,724 | 29,824,138 | 30,420,620 | 31,029,033 | 31,649,613 | 32,282,606 | 32,928,258 |
| Capitation Revenue | - | - | - | - | - | - | - |
| Net Patient Revenues | 8,270,983 | 19,850,359 | 21,752,899 | 22,088,354 | 22,424,757 | 22,474,129 | 22,524,488 |
| Net Laboratory Revenues | - | - | 64,800,000 | 64,800,000 | 64,800,000 | 64,800,000 | 64,800,000 |
| **Net Revenues** | $ 8,270,983 | 19,850,359 | $ 86,552,899 | $ 86,888,354 | $ 87,224,757 | $ 87,274,129 | $ 87,324,488 |
| **EXPENSES** | | | | | | | |
| **Expenses** | | | | | | | |
| Salaries and Wages | $ 5,753,062 | $ 13,807,349 | $ 9,083,496 | $ 9,265,166 | $ 9,450,469 | $ 9,639,478 | $ 9,832,268 |
| Benefits/Education/Travel | 1,337,397 | 3,209,753 | 2,111,613 | 2,153,845 | 2,196,922 | 2,240,861 | 2,285,678 |
| Contract Labor /Other Professional Fees | 807,440 | 1,937,856 | $ 1,976,613 | $ 2,016,145 | $ 2,056,468 | $ 2,097,598 | $ 2,139,550 |
| Supplies/Other | 1,355,597 | 3,253,433 | 8,319,501 | 8,346,501 | 8,373,501 | 8,373,501 | 8,373,501 |
| Utilities | 283,969 | 681,526 | 695,156 | 709,059 | 723,240 | 737,705 | 752,459 |
| Repairs and Maintenance | 376,280 | 903,072 | $ 921,133 | $ 939,556 | $ 958,347 | $ 977,514 | $ 997,064 |
| Physician Fees | 1,504,536 | 3,610,886 | $ 3,683,104 | $ 3,756,766 | $ 3,831,902 | $ 3,908,540 | $ 3,986,710 |
| Insurance | 268,606 | 644,654 | $ 657,547 | $ 670,698 | $ 684,112 | $ 697,795 | $ 711,751 |
| Tax and Licenses | 19,898 | 47,755 | $ 48,710 | $ 49,685 | $ 50,678 | $ 51,692 | $ 52,726 |
| Rent Expense | - | - | $ - | $ - | $ - | $ - | $ - |
| Interest/Finance | - | - | | | | | |
| Tigr Royalty | - | - | 285,625 | 286,732 | 287,842 | 288,005 | 288,171 |
| Depreciation/Amortization | 507,208 | 1,217,299 | 1,271,678 | 1,271,678 | 1,271,678 | 1,271,678 | 1,271,678 |
| Billing | - | - | 4,327,645 | 4,344,418 | 4,361,238 | 4,363,706 | 4,366,224 |
| Lab Mgmt. | - | - | 41,916,000 | 41,916,000 | 41,916,000 | 41,916,000 | 41,916,000 |
| Tritanium Mgmt Fee | - | - | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Management Fees | - | - | 360,000 | 420,000 | 420,000 | 420,000 | 420,000 |
| **Total Expenses** | $ 12,213,993 | $29,313,583 | $ 75,957,822 | $ 76,446,249 | $ 76,882,398 | $ 77,284,072 | $ 77,693,780 |
| **Pretax Income** | $ (3,943,010) | $ (9,463,224) | $ 10,595,077 | $ 10,442,105 | $ 10,342,359 | $ 9,990,057 | $ 9,630,708 |
| Taxes 30% | - | - | (3,178,523) | (3,132,631) | (3,102,708) | (2,997,017) | (2,889,212) |
| **Net Income** | (3,943,010) | (9,463,224) | 7,416,554 | 7,309,473 | 7,239,652 | 6,993,040 | 6,741,496 |
| EBITDA | (3,435,802) | (8,245,925) | 11,866,755 | 11,713,782 | 11,614,037 | 11,261,734 | 10,902,386 |
| **EBITDA before MGMT/Billing Fees** | | $ (8,245,925) | $ 16,554,400 | $ 16,478,200 | $ 16,395,275 | $ 16,045,441 | $ 15,688,610 |

## SCHEDULE 2.1(a)

### Owned Real Property

1.  714 Pershing Street, Ellwood City, PA, Tax Parcel Number 15020600
2.  724 Pershing Street, Ellwood City, PA, Tax Parcel Number 15084802
3.  732 Pershing Street, Ellwood City, PA, Tax Parcel Number 15020700
4.  740 Pershing Street, Ellwood City, PA, Tax Parcel Number 15027000
5.  744 Pershing Street, Ellwood City, PA, Tax Parcel Number 1520800
6.  748 Pershing Street, Ellwood City, PA, Tax Parcel Number 15050500
7.  Pershing Street, Ellwood City, PA, Tax Parcel Number 15084900
8.  Pershing Street, Ellwood City, PA, Tax Parcel Number 1585000
9.  Pershing Street, Ellwood City, PA, Tax Parcel Number 15085100
10. Mt. Vernon Drive, Ellwood City, PA, Tax Parcel Number 15085200
11. 304 Evans Drive, Ellwood City, PA, Tax Parcel Number 15084801
12. 304 Beatty Street, Ellwood City, PA, Tax Parcel Number 15085600

# Americore Health

# Ellwood City Hospital Acquisition

# Executive Summary

## Introduction

Americore Health has signed an asset purchase to acquire a rural hospital in Ellwood City Pennsylvannia.   The acquisition includes all assets including receivables, equipment, real estate, licenses, etc.   Ellwood City has been renovated to a modern complex with a newly expanded emergency room, a 46- bed medical surgical unit with the capability of treating those patients with skilled nursing needs (i.e. swing beds), a 6-bed intensive coronary care unit, and a 10-bed geriatric psychiatry unit – as well as a variety of diagnostic and surgical services.  Includes home health and rehabilitation.

### Purchase Summary

$4 million into our own account for working capital and investment in the hospital.

Assumption of $9 million pension liability.  Cost approx. $500,000 per year, drops if interest rates rise.

Assume capital leases (minimal)

No debt or liens

### Key Highlights

- Significant real estate value.  Multiple buildings over 150,000 sq. feet.    Original undepreciated value in excess of $40 million for assets.

- Over $2.5 million of net receivables;

- Millions of dollars of equipment and other assets.

- Over $24 million in annual revenue.

- Losing approx. $400,000 per month with over 305 FTEs.  Americore's new staffing levels will ensure profitability upon closing of the acquisition.

http://www.theellwoodcityhospital.org/

### About Americore Health

Americore Health ("Americore") is a market changing, new healthcare company with a team of proven experts and an innovative business model to drive significant new revenue and profitability to rural hospitals while preserving a community centric focus and high level of care.  Americore is actively pursuing the acquisition of rural hospitals across the United States and has several acquisitions currently under contract.  Americore brings to the table a new business model, proven management and a network of strategic nationwide partnerships that rationalize costs, optimize the

medical staff, and drive new high margin revenue streams to hospitals. Americore's award winning hospital management team has collectively hundreds of years of senior hospital management experience. In addition to rural hospital ownership and management, Americore offers a complete revenue cycle management solution through Americore Billing Solutions.

Americore's strategy is to focus on solving some of the biggest health care issues facing the nation utilizing the unique characteristics of each of our hospitals:

- <u>Drug Overdoses</u>. Drug Overdoses are now the largest accidental killer of Americans. Americore will implement both behavioral health/detox and long term drug rehab treatments in our hospitals. Americore will also invest in and pursue new cutting edge solutions and technologies to help address the addiction not just solve the short-term problem.

- <u>Veterans Care</u>. Veterans hospitals are struggling and care to our nations veterans is suffering. Americore, through its various strategic partners, focuses on providing veterans specific care in all of our hospitals with such services to include detox, behavioral health/PTSD, ventilation therapy and long term care.

- <u>Rising Healthcare Costs</u>. Americore believes that preventative medicine significantly reduces overall healthcare costs. As a result, Americore desires to be a leader in testing capabilities in all of our hospitals with a goal of having the best testing capabilities and clinical laboratories in each state. Further, in order to address the shortage of both primary care physicians and specialists in rural markets, Americore invests heavily in telemedicine and cutting edge new technologies to deliver healthcare to the patient in the most convenience efficient manner. Americore also attempts to bend the cost curve through economies of scale utilizing Americore's GPO relationships.

- <u>Quality Initiatives</u>. Americore on its own, and through strategic partner relationships, strives to improve the quality of care, safety, and standards of medicine provided at its hospitals. To this end, Americore will implement a Quality Initiatives Program developed around best practices, evidence based medicine and adherence to clinical protocols. Further, after its acquisition of a rural or community hospital, Americore evaluates and attempts to implement tertiary relationships with larger health systems so that the hospital's patients receive the right type of care, at the right time, at the right

facility while preserving the ability whenever possible to remain in their community and connected to family and loved ones.

In conclusion, Americore's mantra is to deliver superior quality care, unique medical services badly needed in the area in a long-term sustainable business model utilizing cutting edge technologies and systems.

## Americore's Business Strategy for Ellwood Hospital

### Acute Care Services

- Stream line the current management team from 12 individuals to 7 by more effectively and efficiently combining departments under more dynamic leaders.

- Reduce staffing levels to more appropriate levels dictated by the average daily census. Current estimate is 225 employees down from 330. Annual savings of more than $6.5 million.

- Implement a world-class telemedicine platform to allow for treatment of stroke, psychiatric, cardiovascular and a hospitalist program.

- Expand surgical capabilities especially orthopedic and spine through aggressive physician recruitment and partnerships with major hospitals. In addition, Americore has a financing relationship with a subsidiary of Blackstone to help provide financing for surgery cases to help alleviate the upfront cost prohibitions of orthopedic and spine procedures.

- Americore is developing a relationship with a national team of orthopedic and spine surgeons who are willing to travel to the Hospital to perform cases.

- Establish a robust mid-level provider program that will support a new rural health clinic to serve the primary care needs of the community, provide fast-track (convenient care) capabilities to reduce unnecessary emergency room visits, and provide clinical support to the primary care physicians and hospitalists serving our medical, surgical, and psychiatric patients.

- Offer progressive care services that mirror the needs of our patients to ensure that patients are not placed unnecessarily placed into an ICU when they don't meet ICU criteria.

- Continue to offer world class physician run ambulatory services such as the award winning Wound Care Clinic, Pain Clinic, and Vein Clinic.

**Behavioral Health**

Lawrence County currently is underserviced to treat mental illness.  The hospital will be investing in new physicians, telemedicine technologies and with its strategic partners developing one of the nation's premier behavioral health centers both inpatient and outpatient.  Major areas of focus will include drug rehabilitation treatment, veteran's behavioral health issues including PTSD, general psychiatric care.

- Inpatient Detox:     Through Americore's strategic relationships a full hospital 3-5 day stay detox program is being implemented.  It is currently expected that the current ICU which is being closed will be converted into the detox unit.  Current increase in census is expected at 15 per day with a mix of government and commercial pay customers.  In addition, the Hospital will be reaching out to unions and corporations to market the customized program.

- Treatment Center:     The Hospital is currently receiving proposals to redevelop the Mary Evans wing of the building into a world class 25 bed drug treatment and rehabilitation center.   The Treatment Center is expected to be a joint venture between a proven operator and the hospital.  The funding for the redevelopment and opening will be paid for through the joint venture.  An outpatient treatment center will also be developed in either Medical Office Building onsite or in one of the other buildings owned by the Hospital.

- VA Behavioral Health Center:     The empty space on the second floor is expected to be built out into the leading Veterans Focused PTSD and Mental Illness center in the United States.  Over 25 Veterans commit suicide daily.  In conjunction with leading military and government partners Americore is looking to roll out the program nationwide to dramatically reduce that number and give Veterans the mental illness treatment they need.  An outpatient and aftercare program will also be implemented utilizing the houses onsite and excess space in the medical office building and the other owned buildings of the hospital.

- Additional Behavioral Health capabilities beyond simply geriatric psych will be rolled out and expanded on through the use of telemedicine and onsite staff.

**Laboratory**

The Hospital will develop a laboratory outreach program.  Americore has partners with a proven track record of success.   The outreach program will dramatically expand the hospitals lab capabilities and its market reach.  Investment will be made to ensure the hospital is at the forefront of preventative laboratory testing.  Longer term the goal is to have the most sophisticated and technologically capable laboratory in the state of Pennsylvannia.  The initial forecast is for approximately 5,000 specimen tests per month including full panel toxicology, blood wellness and potentially molecular and pharmacogenetics testing.

**Specialty Programs**

Americore has built strategic relationships with some leading best practice partners in the United States.

- Diabetes:      Americore is currently negotiating with Trulia to roll out an outpatient diabetes treatment center in the hospital.  Trulia is a new FDA approved program that has in many cases stopped diabetes and in some instances reversed its effects.  Diabetes is one of the leading medical needs in Lawrence County.  Ellwood City is aiming to be at the forefront in treating these patients with specialty programs and services.

Americore is also evaluating other specialty programs to meet specific patient needs.  Potential exists to add specialty heartburn programs, cancer and many others.

Addenda

**Appraiser Qualifications**



## TIMOTHY P. GILLESPIE

**FIRST VICE PRESIDENT**



Newmark Grubb Knight Frank
18302 Highwoods Preserve Parkway
Suite 114
Tampa, FL 33647
Tim.Gillespie@ngkf.com
T 813.440.4815

**Areas of Specialization**

- Valuation & Advisory
- Health Care

## Professional Background

Tim Gillespie joined Newmark Grubb Knight Frank in 2017 as a Director and leader of the firm's Acute Care Real Estate Valuation Practice.

Mr. Gillespie specializes in and prepares valuations of a broad spectrum of healthcare-oriented properties including acute care hospitals, long-term acute care hospitals, rehabilitation hospitals, specialty hospitals, psychiatric hospitals, ambulatory surgery centers, behavioral healthcare facilities, dialysis centers, cancer centers, and medical office buildings

Tim has performed a number of different types of valuations including proposed, partially completed, renovated and existing structures, as well as various consulting services such as market rent studies, going concern valuations, and highest and best use analyses for national healthcare providers.

Mr. Gillespie was previously a Managing Director of Salus Valuation Group, Inc., a national health care valuation firm based in Atlanta, for nearly five years. Mr. Gillespie is a candidate for MAI designation from the Appraisal Institute. He has also completed continuing education courses and other real estate factions on an annual basis to maintain state licensing requirements.

## APPRAISAL EDUCATION:

**Florida Real Estate Institute**

- National USPAP Course

**Appraisal Institute**

- Real Estate Finance Statistics & Valuation Modeling
- General Appraiser Income I/II
- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Report Writing & Case Studies
- General Appraiser Site Valuation & Cost Approach

**McKissock Appraisal School**

- Appraisal of Assisted Living Facilities

## PROFESSIONAL AFFILIATIONS:

- Certified general appraiser, states of Florida, Texas, Michigan, and Minnesota

Mr. Gillespie attended the University of South Florida, where he earned a Bachelor of Science degree in Business Management.