**<u>Exhibit E</u>**

**(December 27, 2019 Email)**

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Friday, December 27, 2019 10:05 AM |
| **To:** | 'Grant White'; Irving, James R. |
| **Subject:** | STOP MOVING MONEY WITHOUT MY PERMISSION |

**[EXTERNAL EMAIL]**

Grant,

You seem to either deliberately or for some other reason refuse to listen to what I am saying to you so I will repeat it one more time and then if you ignore my instructions I am going to turn this matter over the my new counsel in DC.

Medicare does not want you touching any of the money at the company. Is that clear?

The state attorney generals do not want you touching any of the money at the company. Is that clear?

I have repeatedly told you in plain English that you have to clear ALL payments with me yet you have ignored those instructions.

You have violated the new forbearance agreement and are doing it again today even with a Notice of Default in your hands and Jim's hands.

DO NOT WIRE ANY MORE MONEY OUT OF ANY ACCOUNT WITHOUT MY PERMISSION. I DON'T CARE IF YOU CAN'T PAY BILLS.  THAT IS NOT YOUR JOB ANYMORE.

YOU ARE PLACING YOURSELF IN PERSONAL JEOPARDY OF BOTH CIVIL AND CRIMINAL LIABILITY.

THIS IS YOUR LAST WARNING.  I HOPE JIM WILL BE ABLE TO TALK SOME SENSE INTO YOU.

Michael

Michael E. Lewitt
Third Friday Management, LLC
85 N. Congress Avenue
Delray Beach, FL 33445
(561) 239-1510
mlewitt@thirdfriday.com

This communication (including any attachments) contains information which is confidential and may also be legally privileged.  This communication is for the exclusive use of the intended recipient(s).  If you are not the intended recipient(s), you are strictly prohibited from distributing, copying, disclosing or using this communication or the information in it (in whole or in part).  If you received this information in error, please notify us by email (mlewitt@thecreditstrategist.com) or by telephone (561-239-1510) and then delete the email (including any attachments) from your system together with any copies of it.  This communication does not constitute investment advice or a recommendation to purchase any security and does not constitute an offer to sell any security.

Third Friday Management, LLC is registered as an investment adviser with the Securities and Exchange Commission.