Fill in this information to identify the case:

Debtor name: **Americore Holdings, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BQR Capital, LLC  C/O Pelorus Equity Group, Inc.  124 Tustin Avenue, Suite 200  Newport Beach, CA 92663 | | | Disputed | Unknown | $0.00 | Unknown |
| Corporation Services Company  P.O. Box 2576  Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| CT Corporation Systems  Attn: SPRS  330 N. Brand Blvd., Suite 700  Glendale, CA 91203 | | | | Unknown | $0.00 | Unknown |
| IMpact Healthcare Management, LLC  C/O Paul Norman Rechenberg  215 Cheseterfield Business Parkway  Chesterfield, MO 63005 | | | Disputed | | | $0.00 |
| Jones Day  C/O Chris Anderson  77 West Wacker Drive  Chicago, IL 60601 | | | | | | $13,500.00 |
| Koven Omens Trust Dated June 26, 2015  C/O Pelorus Equity Group, Inc.  124 Tustin Avenue Suite 200  Newport Beach, CA 92663 | | | Disputed | Unknown | $0.00 | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Americore Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pelorus Fund, LLC C/O Pelorus Equity Group, Inc. 124 Tustin Avenue, Suite 200 Newport Beach, CA 92663** | | | Disputed | $6,300,000.00 | $0.00 | $6,300,000.00 |
| **Pelorus Fund, LLC C/O Bibin Mannattuparampil Geraci LLP 90 Discovery Irvine, CA 92618** | | | Disputed | Unknown | $0.00 | Unknown |
| **Promise Healthcare Group LLC C/O Richard Engel 7700 Forsyth Blvd., Suite 1800 Saint Louis, MO 63105** | | | Disputed | | | $0.00 |
| **Smart Business 561 Northest 79th Street Miami, FL 33138** | | | | Unknown | $0.00 | Unknown |
| **The McNee Family Trust Dated 1/17/08 C/O Pelorus Equity Group, Inc. 124 Tustin Avenue, Suite 200 Newport Beach, CA 92663** | | | Disputed | Unknown | $0.00 | Unknown |
| **The Third Friday Total Return Fund, L.P. C/O Michael E. Lewitt 85 N. Congress Avenue Delray Beach, FL 33445** | | | Disputed | Unknown | $0.00 | Unknown |
| **Titan Loan Servicing, LLC C/O Pelorus Equity Group, Inc. 124 Tustin Avenue, Suite 200 Newport Beach, CA 92663** | | | | Unknown | $0.00 | Unknown |

Debtor **Americore Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trust of R. and G. Glitz Dated 12/11/07 C/O Pelorus Equity Group, Inc. 124 Tustin Avenue, Suite 200 Newport Beach, CA 92663** | | | | **Unknown** | **$0.00** | **Unknown** |