EASTERN DISTRICT OF KENTUCKY
FILED
AT  9  O'CLOCK & 37 MIN  A M
JAN 08 2020
AT LEXINGTON
U.S. BANKRUPTCY COURT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICORE HOLDINGS, LLC[1] | Case No. 19-61608 (GRS) |
| Debtor | |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky, Mark A. Pacella, Chief Deputy Attorney General, Pennsylvania Office of Attorney General, hereby requests admission *pro hac vice* to represent the Commonwealth of Pennsylvania in the above-referenced bankruptcy case and any and all adversary proceedings and contested matters in which the Commonwealth may become a party.

Mark A. Pacella is a member in good standing of the bar of the Commonwealth of Pennsylvania, as well as the United States District and Bankruptcy Courts for the Western District of Pennsylvania and United States Court of Appeals for the Third Circuit. Mr. Pacella is not currently nor has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia. Mr. Pacella consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. Mr. Pacella has yet to complete training on the use of the federal courts' electronic filing system but intends to complete that training within ninety (90) days. Attached to this

---

[1] On January 8, 2020, the Court will hear the Motion of the Debtors and Debtors in Possession for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 cases (Docket 9). For this reason, Mr. Pacella is entering his appearance on behalf of the Commonwealth in the above bankruptcy case only; the Commonwealth's primary interest is in the Ellwood Medical Center, LLC (Case No. 19-61613), Ellwood Medical Center Real Estate, LLC (Case No. 19-61614), and Ellwood Medical Center Operations, LLC (Case No. 19-61615) cases.

Motion is the Supreme Court of Pennsylvania Certificate of Good Standing regarding Mr. Pacella dated January 7, 2020.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order admitting Mark A. Pacella, Esquire, to practice before this Honorable Court *pro hac vice* for purposes of this case only.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

_____
MARK A. PACELLA
Chief Deputy Attorney General
PA Attorney No. 42214
PA Office of Attorney General
14TH Floor, Strawberry Square
Harrisburg, PA 17120
(717) 705-2537 (Telephone)
(717) 579-5099 (Mobile)
(717) 787-1190 (Facsimile)
mpacella@attorneygeneral.gov

Attorney for the Commonwealth of Pennsylvania

January 7, 2020



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Mark A. Pacella, Esq.*

DATE OF ADMISSION

*November 5, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 7, 2020

Elizabeth E. Zisk
Chief Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICORE HOLDINGS, LLC | Case No. 19-61608 (GRS) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Mark A. Pacella, hereby certify that the Motion for Admission to Practice *Pro Hac Vice* will be served electronically through the court system provided the paper Pro Hac Vice Motion is granted by the Court.

Mark A. Pacella
Chief Deputy Attorney General
PA Attorney No. 42214
PA Office of Attorney General
14th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 705-2536 (Telephone)
(717) 579-5099 (Mobile)
(717) 787-1190 (Facsimile)
mpacella@attorneygeneral.gov

Attorney for the Commonwealth of Pennsylvania

Jan. 7, 2020