# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICORE HOLDINGS, LLC | Case No. 19-61608 (GRS) |
| Debtor | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* FOR THIS PARTICULAR CASE

Upon the motion of Mark A. Pacella, to be admitted, *pro hac vice* to represent the Commonwealth of Pennsylvania, a party-in-interest, in the above referenced case, that Mark A. Pacella is a member in good standing of the bar of the Commonwealth of Pennsylvania, as well as the United States District and Bankruptcy Courts for the Western District of Pennsylvania and the United States Court of Appeals for the Third Circuit, and that the Court being otherwise properly and sufficiently advised, it is hereby

ORDERED, that Mark A. Pacella, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Eastern District of Kentucky, provided that the filing fee has been paid.

Dated: _____
London, Kentucky

                                                                                                        Honorable Gregory R. Schaaf
                                                                                                        United States Bankruptcy Judge