**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC and Izard County Medical Center, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 01/08/2020  TIME: 08:30

ISSUE:

18  01/06/2020  Motion for Change of Venue for 341 meeting and hearing purposes only to Lexington Division, filed by Americore Health Enterprises, LLC, Americore Health, LLC, Americore Holdings, LLC, Ellwood Medical Center Operations, LLC, Ellwood Medical Center Real Estate, LLC, Ellwood Medical Center, LLC, Izard County Medical Center, LLC, Pineville Medical Center, LLC, St. Alexius Hospital Corporation #1, St. Alexius Properties, LLC, Success Healthcare 2, LLC. Hearing scheduled for 1/8/2020 at 08:30 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Irving, James)

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, January 8, 2020**
**(rah)**