UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| Debtors. | ) Jointly Administered |
|  | ) Honorable Gregory R. Schaaf |

**INTERIM ORDER GRANTING MOTION OF
THE DEBTORS AND DEBTORS IN POSSESSION UNDER 11 U.S.C.
§§ 105, 361, 362, AND 363, RULE 4001 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE, AND RULE 4001-2 OF THE LOCAL RULES
OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF KENTUCKY FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS'
USE OF CASH COLLATERAL ON AN INTERIM BASIS, (II) GRANTING ADEQUATE
PROTECTION TO THE DEBTORS' PREPETITION SECURED CREDITORS, AND
(III) SCHEDULING A FURTHER INTERIM HEARING TO CONSIDER THE
DEBTORS' USE OF CASH COLLATERAL**

This matter having come before the Court on the *Motion of the Debtors and Debtors in Possession Under 11 U.S.C. §§105, 361, 362, and 363, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky for Entry of an Order (I) Authorizing the Debtors' Use of Cash Collateral on an Interim Basis, (II) Granting Adequate Protection to the Debtors' Prepetition Secured Creditors, and (III) Scheduling a Further Interim Hearing to Consider the Debtors' Use of Cash Collateral* (the "Motion") *Entry of an Order to Transfer Venue to the*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20774340.2

*Lexington* filed by Americore Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"); the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown, and that it is in the best interests of the Debtors, their estates, their creditors, and other parties in interest;

       **IT IS HEREBY ORDERED THAT**:

       1.     The Motion is Granted on an interim basis.

       2.     The Debtors are authorized on an interim basis to use Cash Collateral[2] for those purposes and in those amounts set forth in the Budgets, subject to reasonable variances, attached to the Motion as **<u>Exhibit A</u>**, as and when such expenses become due and payable, and in accordance with extension(s) or modification(s) of such Budgets, or as ordered by the Court, through and until such time as the Court issues a further order on the Motion.

       3.     As adequate protection for the Secured Creditors, any Secured Creditor with an interest in the Cash Collateral is hereby granted a Replacement Lien on and in all property owned, acquired, or generated postpetition by the Operating Debtors and their continued operations to the same extent and priority and of the same kind and nature such Secured Creditor had prior to the commencement of the Chapter 11 Cases; provided, however, that (i) the Replacement Liens shall only be granted to such Secured Creditors to the extent of the diminution in the value of their interests in the Cash Collateral, (ii) the Replacement Liens shall

---

[2] Capitalized terms used herein and not otherwise defined have the meanings given to them in the Motion.

not attach to any real property of the Debtors which serves as collateral for any creditor, the Avoidance Actions, or their proceeds, and (iii) the Replacement Liens shall be subordinate to the Carve-Out (defined below).  For the avoidance of doubt, the Replacement Liens granted to Secured Creditors as adequate protection for the use of Cash Collateral are limited to the nature of each such Secured Creditor's prepetition liens on the Prepetition Collateral.

4. The Replacement Liens shall be junior and subordinate to (i) fees due the United States Trustee pursuant to 28 U.S.C. § 1930(a); (ii) fees due the Clerk of this Court; (iii) the payment of unpaid Debtors' Professional Fees in the amounts set forth in the Budgets; and (iv) the payment of unpaid Committee's Professional Fees in the amounts set forth in the Budgets (collectively, the "Carve-Out"), which Carve-Out shall at all times be payable to the Debtors' Professionals and the Committee's Professionals, as applicable, prior to the satisfaction of the Replacement Liens.

5. The Replacement Liens in postpetition collateral are deemed to be valid and perfected to the same extent as existed as of the Petition Date without need for the execution, filing, or recording of any further documents or instruments otherwise required to be executed or filed under non-bankruptcy law.

6. The interests of each of the Secured Creditors in Cash Collateral are adequately protected, as required by sections 363 and 361 of the Bankruptcy Code, by the provision of the Replacement Liens.

7. The Debtors shall furnish Secured Creditors and other parties in interest with such financial and other information as each reasonably requests.

8. Nothing in this interim Order is intended to be a determination of the extent, validity, or priority of the lien rights of any Secured Creditor, the value of collateral purporting to

secure the indebtedness due from the Debtors on any Secured Creditor's pre-petition claims, or the need for additional adequate protection for any Secured Creditor.

9. The Debtors' right to use Cash Collateral shall terminate upon the entry of an order (i) dismissing or converting this case to a case under chapter 7 of the Bankruptcy Code, or (ii) determining that the Debtors are in default of their obligations under this Cash Collateral Order or a future order granting the Motion for the continued use of Cash Collateral (each of the foregoing, a "Termination Event").

10. Nothing contained herein shall be construed as a waiver of any Secured Creditor's rights in the event the terms and conditions of this Order prove insufficient to adequately protect its security interests.

11. Except as expressly provided in this Order, the Replacement Liens and the Carve-Out, and all rights and remedies herein afforded the Secured Creditors, the United States Trustee, the Debtors' Professionals, and the Committee's Professionals, shall survive, and shall not be modified, impaired, or discharged by the entry of an order converting any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code or dismissing any of the Chapter 11 Cases. The terms and provisions of this Order shall continue in the Chapter 11 Cases, in any successor cases if the Chapter 11 Cases cease to be jointly administered, or in any superseding chapter 7 cases under the Bankruptcy Code.

12. The relief granted herein is without prejudice to the rights of any of the Debtors to seek further authorization for use of any cash collateral or authorization to obtain postpetition financing in the Chapter 11 Cases.

13. The Court retains jurisdiction for the purpose of interpreting and enforcing this Order.

Tendered by:

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email: jirving@bgdlegal.com
　　　  awimberg@bgdlegal.com
　　　  cmadden@bgdlegal.com

*Proposed Counsel to the Debtors*

**Exhibit A**

**(Budgets)**

**St Alexius**
**Cash Flow**
1/7/20 10:10 PM

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 1/10/2020 Forecast | 1/10/2020 Actual | 1/10/2020 Variance | 1/17/2020 Forecast | 1/17/2020 Actual | 1/17/2020 Varience | 1/24/2020 Forecast | 1/24/2020 Actual | 1/24/2020 Varience |
| *Weekly Sales* | - | - | - | - | - | - | - | - | - |
| **Cash Receipts** | | | | | | | | | |
| *Gross Billings* | | | | | | | | | |
| Inpatient Revenue | 1,600 | - | (1,600) | 1,600 | - | (1,600) | 1,600 | - | (1,600) |
| Outpatient Revenue | 1,600 | - | (1,600) | 1,600 | - | (1,600) | 1,600 | - | (1,600) |
| **Total Gross Billings** | 3,200 | | (3,200) | 3,200 | | (3,200) | 3,200 | | (3,200) |
| *Net Receipts* | | | | | | | | | |
| Account Receivables - Insurances & Early Out Collections (self-pay) | 460 | - | (460) | 450 | - | (450) | 720 | | (720) |
| Professional Fees (KSL) | - | | - | - | | - | - | | - |
| G/L & OTC | 50 | - | (50) | 25 | - | (25) | 50 | - | (50) |
| Bad Debt Collections (PMAB/OneAdvantage/Transworld) | 1 | - | (1) | 1 | - | (1) | 1 | - | (1) |
| School of Nursing | 4 | - | (4) | 7 | - | (7) | 5 | - | (5) |
| FRA | 91 | | (91) | - | | - | 91 | | (91) |
| Medicaid Uninsured Add-on Less FRA Withholding (est. less 120k) | 480 | - | (480) | - | - | - | 480 | - | (480) |
| **Total Cash Receipts** | 1,086 | - | (1,086) | 483 | - | (483) | 1,347 | - | (1,347) |
| Reimbursement Specialists (Pro-fee) (est. $100k per month) | | - | - | | - | - | | - | - |
| Reimbursement Specialists (Pro-fee) (est. $750k backlog) | | - | - | | - | - | | - | - |
| **Total Professional Receipts** | - | - | - | - | - | - | - | - | - |
| Net Rent/other | - | | - | - | | - | - | | - |
| **Total Cash Receipts** | 1,086 | | (1,086) | 483 | | (483) | 1,347 | | (1,347) |
| **Cash Disbursements** | | | | | | | | | |
| Employee Payroll | - | - | - | 850 | - | (850) | - | - | - |
| Health, Life and Dental insurance | 98 | - | (98) | 90 | - | (90) | 50 | - | (50) |
| Utilities | 40 | - | (40) | 40 | - | (40) | 40 | - | (40) |
| Insurance (General Liability) | - | - | - | 36 | - | (36) | - | - | - |
| Insurance Workers Comp | - | | | - | | | - | | |
| Insurance Property | | | | 7 | | | | | |
| Western ER | 46 | - | (46) | 46 | - | (46) | 46 | - | (46) |
| IT / Billing Partners | 35 | | (35) | 20 | | (20) | 20 | | (20) |
| Contract Labor/Other | 15 | | | 15 | | | 15 | | |
| Contract Labor/Kings | 83 | | (83) | 80 | | (80) | - | | - |
| Contract Labor/Anesthesia | - | | | 25 | | | 25 | | |
| Contract Labor/Aya | 15 | | | 15 | | | 15 | | |
| Pharmacy | 15 | | (15) | 15 | | (15) | 15 | | (15) |
| Food | 8 | | (8) | 8 | | (8) | 8 | | (8) |
| Lab Supplies/other contract cost | 50 | | | 50 | | | 50 | | |
| Medical/Other Supplies | 30 | | | 30 | | | 30 | | |
| Surgical Supplies | 65 | | | 65 | | | 65 | | |
| Office Supplies | 3 | | (3) | 3 | | (3) | 3 | | (3) |
| Repairs/Maintenance | 25 | | (25) | 25 | | (25) | 25 | | (25) |
| Building Rent | - | | - | - | | - | - | | - |
| Medical Equipment Support | 6 | | (6) | 6 | | (6) | 6 | | (6) |
| Profession/Other | 10 | | (10) | 10 | | (10) | 10 | | (10) |
| Regulatory | 8 | | (8) | - | | - | - | | - |
| Nursing School | 20 | - | (20) | 20 | - | (20) | 20 | - | (20) |
| **Disbursements - Operations** | 572 | - | (572) | 1,456 | - | (1,456) | 443 | - | (443) |
| **CASH FROM OPERATIONS** | 515 | - | (515) | (974) | - | 974 | 904 | - | (904) |
| **Banruptcy Costs** | | | | | | | | | |
| Debtor Professional Fees (Legal/Financial Advisor/Claims Agent) | 50 | | (50) | 50 | | (50) | 50 | | (50) |
| Committee Professional Fees | - | | - | - | | - | 15 | | (15) |
| US Trustee Fees | 3 | | (3) | 3 | | (3) | 3 | | (3) |
| **Total Bankruptcy Professional Costs** | 53 | | (53) | 53 | | (53) | 68 | | (68) |
| **Critical Items Prior to 12/31/19** | | | | | | | | | |
| Payroll From 1/4/2019 | 592 | | (592) | - | | - | - | | - |
| Payroll Taxes/other From 1/4/2019 | 258 | | (258) | - | | - | - | | - |
| Power Company | | | - | - | | - | | - | - |
| Nursing School Bond | | | - | | | - | 100 | | (100) |
| Critical Vendors | | | - | | | - | | | - |
|   Western Health | - | | - | - | | - | - | | - |
|   Aya | - | | - | - | | - | - | | - |
|   Kings | - | | - | - | | - | - | | - |
|   Capital Anesthesia | - | | - | - | | - | - | | - |
|   Faultless | | | - | | | - | | | - |
|   Staples | | | | | | | | | |
|   Donna Talbot | | | - | | | - | | | - |
|   Albans | | | - | | | - | | | - |
| Key Insurance Payments/workers comp/prop/gen liability | 166 | | (166) | - | | - | - | | - |
| Unum Insurance | - | | - | 75 | - | 75 | - | | - |
| Employee Health Insurance | - | | - | - | | - | 209 | | (209) |
| | | | | | | - | | | - |
| **Total Critical Items** | 1,016 | - | (1,016) | 75 | - | 75 | 309 | - | (309) |
| **TOTAL CASH CHANGE** | (554) | | 554 | (1,102) | | 952 | 527 | | (527) |
| **Beginning Operating Acct Balance** | 580 | - | (580) | 26 | - | (26) | (1,075) | - | 1,075 |
| **Ending Operating Acct Balance** | 26 | - | (26) | (1,075) | - | 1,075 | (548) | - | 548 |

**Ellwood City Medical Center**
**Cash Flow**
1/7/20 7:18 PM

| | | 1 | | | 2 | | | 3 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | | 1/10/2020 | 1/10/2020 | 1/10/2020 | 1/17/2020 | 1/17/2020 | 1/17/2020 | 1/24/2020 | 1/24/2020 | 1/24/2020 |
| **Week Ending** | | Forecast | Actual | Varience | Forecast | Actual | Varience | Forecast | Actual | Varience |
| *Weekly Sales* | | - | - | - | - | - | - | - | - | - |
| *Cash Receipts* | | | | | | | | | | |
| Receipts from Current AR | | 100 | - | (100) | 85 | - | (85) | 75 | - | (75) |
| Receipts from Self Pay | | | | | | | | | | |
| Receipts from Professional Fees/Credentialling | | | | | | | | | | |
| **Total Cash Receipts** | | **100** | **-** | **(100)** | **85** | **-** | **(85)** | **75** | **-** | **(75)** |
| *Cash Disbursements* | | | | | | | | | | |
| Employee Net Payroll | | 51 | - | (51) | 36 | - | (36) | - | - | - |
| Employee Withholdings | | 19 | - | (19) | 12 | - | (12) | - | - | - |
| Health, Life and Dental insurance | | 37 | - | (37) | - | - | - | 10 | - | (10) |
| Electric & Sewer Payments | | - | - | - | 40 | - | (40) | - | - | - |
| Natural Gas | | - | - | - | 12 | - | (12) | - | - | - |
| Water | | - | - | - | 4 | - | (4) | - | - | - |
| Telephone & Internet | | - | - | - | 4 | - | (4) | - | - | - |
| Rent | | | | | | | | | | |
| Insurance (property, workers comp, etc.) | | - | - | - | - | - | - | 10 | - | (10) |
| Professional Fees (Wilkie - Accountants) | | - | - | - | - | - | - | - | - | - |
| Miscellaneous (Supplies, Snow Removal, Etc) | | 5 | - | (5) | 5 | - | (5) | 5 | - | (5) |
| **Disbursements - Operations** | | **112** | **-** | **(112)** | **113** | **-** | **(113)** | **25** | **-** | **(25)** |
| **CASH FROM OPERATIONS** | | **(12)** | **-** | **12** | **(28)** | **-** | **28** | **50** | **-** | **(50)** |
| **TOTAL CASH CHANGE** | | **(12)** | **-** | **12** | **(28)** | **-** | **28** | **50** | **-** | **(50)** |
| *Cash Transfers* | | | | | | | | | | |
| Operating Transfer to Payroll | | - | - | - | - | - | - | - | - | - |
| Receipt of Cash from Payroll | | - | - | - | - | - | - | - | - | - |
| Net Change in Cash | | (12) | - | 12 | (28) | - | 28 | 50 | - | (50) |
| **Beginning Operating Acct Balance** | | **40** | **-** | **(40)** | **28** | **-** | **(28)** | **-** | **-** | **-** |
| **Ending Operating Acct Balance** | | **28** | **-** | **(28)** | **-** | **-** | **-** | **50** | **-** | **(50)** |

**Izard County Medical Center Budget**
**Cash Flow**
1/7/20 7:19 PM

| Week Ending | 1/10/2020 Forecast | Actual | Varience | 1/17/2020 Forecast | Actual | Varience | 1/24/2020 Forecast | Actual | Varience |
|---|---|---|---|---|---|---|---|---|---|
| **Weekly Sales** | - | - | - | - | - | - | - | - | - |
| **Cash Receipts** | | | | | | | | | |
| Receipts from AR | 115 | - | (115) | 115 | - | (115) | 115 | - | (115) |
| **Total Cash Receipts** | **115** | **-** | **(115)** | **115** | **-** | **(115)** | **115** | **-** | **(115)** |
| **Cash Disbursements** | | | | | | | | | |
| Employee Payroll (wages, withholdings, etc.) | 87 | - | (87) | - | - | - | 95 | - | (95) |
| Group Insurance | 2 | - | (2) | 2 | - | (2) | 2 | - | (2) |
| Health, Life and Dental insurance | 1 | - | (1) | 1 | - | (1) | 1 | - | (1) |
| Utilities | 4 | - | (4) | - | - | - | - | - | - |
| Insurance (General Liability) | 2 | - | (2) | 2 | - | (2) | 2 | - | (2) |
| Supplies | 5 | - | (5) | 5 | - | (5) | 5 | - | (5) |
| EMR System | - | - | - | - | - | - | 25 | - | (25) |
| Contract Labor | 0 | - | (0) | 0 | - | (0) | 0 | - | (0) |
| Pharmacy | 6 | - | (6) | 6 | - | (6) | 6 | - | (6) |
| Food | 4 | - | (4) | 4 | - | (4) | 4 | - | (4) |
| Office Supplies | 1 | - | (1) | - | - | - | - | - | - |
| Postage | 1 | - | (1) | - | - | - | - | - | - |
| Repairs/Maintenance | 1 | - | (1) | 1 | - | (1) | 1 | - | (1) |
| Building Rent | - | - | - | 50 | - | (50) | - | - | - |
| Medical Equipment Support | 1 | - | (1) | 1 | - | (1) | 1 | - | (1) |
| Professional Fees (Physicians) | 60 | - | (60) | 30 | - | (30) | 30 | - | (30) |
|  | 0 | - | (0) | 0 | - | (0) | 0 | - | (0) |
| **Disbursements - Operations** | **175** | **-** | **(175)** | **102** | **-** | **(102)** | **173** | **-** | **(173)** |
| **CASH FROM OPERATIONS** | **(60)** | **-** | **60** | **13** | **-** | **(13)** | **(58)** | **-** | **58** |
| **TOTAL CASH CHANGE** | **(60)** | | **60** | **13** | | **(13)** | **(58)** | | **58** |
| **Beginning Operating Acct Balance** | 65 | | | 5 | - | (5) | 17 | - | (17) |
| **Ending Operating Acct Balance** | 5 | | 60 | 17 | | (17) | (41) | | 41 |

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, January 9, 2020**
(grs)