# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Americore Holdings, LLC, *et al.*,[1] | : | Case No. 19-61608-grs |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Honorable Gregory R. Schaaf |
| | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam Lubow enters his Appearance on behalf of Eugene Scalia, Secretary of Labor, United States Department of Labor, in the above-captioned chapter 11 cases, and requests that all pleadings and notices be sent to the undersigned at the address shown below:

Adam Lubow
United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH  44199
(216) 522-3876
(216) 522-7172 (Fax)
Lubow.adam.m@dol.gov

                        Respectfully Submitted,

Dated: January 14, 2020                  /s/ Adam Lubow
                                         **ADAM LUBOW (OH 97517)**
                                         Trial Attorney

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH  44199
(216) 522-3876
(216) 522-7172 (Fax)
Lubow.adam.m@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2020, the foregoing Notice was served electronically through the Court's ECF system to all persons receiving electronic notifications in the chapter 11 case.

/s/ Adam Lubow
ADAM LUBOW
Attorney for the Secretary of Labor