# EXHIBIT C

**THOMSON REUTERS**
**WESTLAW EDGE**   Title 15 Pa.C.S.A. Cor...   5547   Sign out

§ 5547. Authority to take and hold trust property
PA ST 15 Pa.C.S.A. § 5547 · Purdon's Pennsylvania Statutes and Consolidated Statutes · Title 15 Pa.C.S.A. Corporations and Unincorporated...

Document § | Notes of Decisions (5) 1 of 16 results | History (38) Original terms | Citing References (113) | Context & Analysis (11) | Fullscreen

Purdon's Pennsylvania Statutes and Consolidated Statutes
  Title 15 Pa.C.S.A. Corporations and Unincorporated Associations (Refs & Annos)
    Part II. Corporations (Refs & Annos)
      Subpart C. Nonprofit Corporations (Refs & Annos)
        Article B. Domestic Nonprofit Corporations Generally
          Chapter 55. Corporate Powers, Duties and Safeguards (Refs & Annos)
            Subchapter B. Financial Matters

Effective: September 9, 2013

15 Pa.C.S.A. § 5547

# § 5547. Authority to take and hold trust property

Currentness

**(a) General rule.**--Every nonprofit corporation incorporated for a charitable purpose or purposes may take, receive and hold such real and personal property as may be given, devised to, or otherwise vested in such corporation, in trust, for the purpose or purposes set forth in its articles. The board of directors or other body of the corporation shall, as trustees of such property, be held to the same degree of responsibility and accountability as if not incorporated, unless a less degree or a particular degree of responsibility and accountability is prescribed in the trust instrument, or unless the board of directors or such other body remain under the control of the members of the corporation or third persons who retain the right to direct, and do direct, the actions of the board or other body as to the use of the trust property from time to time.

**(b) Nondiversion of certain property.**--Property committed to charitable purposes shall not, by any proceeding under Chapter 59 (relating to fundamental changes) or otherwise, be diverted from the objects to which it was donated, granted or devised, unless and until the board of directors or other body obtains from the court an order under 20 Pa.C.S. Ch.

1972, Nov. 15, P.L. 1063, No. 271, § 7549, effective in 90 days. Renumbered and amended 1988, Dec. 21, P.L. 1444, No. 177, § 103, effective Oct. 1, 1989. Amended 2010, Oct. 27, P.L. 837, No. 85, § 1, effective in 60 days [Dec. 27, 2010]; 2013, July 9, P.L. 476, No. 67, § 30, effective in 60 days [Sept. 9, 2013].

Notes of Decisions containing your search terms (0)
View all 5

15 Pa.C.S.A. § 5547, PA ST 15 Pa.C.S.A. § 5547
Current through 2019 Regular Session Act 91. Some statute sections may be more current, see credits for details.

**End of Document**  © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Back to top