# EXHIBIT D

> Purdon's Pennsylvania Statutes and Consolidated Statutes
> Title 15 Pa.C.S.A. Corporations and Unincorporated Associations (Refs & Annos)
> Part II. Corporations (Refs & Annos)
> Subpart C. Nonprofit Corporations (Refs & Annos)
> Article B. Domestic Nonprofit Corporations Generally
> Chapter 59. Amendments, Sale of Assets and Dissolution (Refs & Annos)
> Subchapter F. Voluntary Dissolution and Winding up

Effective: September 9, 2013

15 Pa.C.S.A. § 5976

# § 5976. Judicial supervision of proceedings

Currentness

**(a) General rule.**--A nonprofit corporation that has elected to proceed under section 5975 (relating to predissolution provision for liabilities), at any time during the winding up proceedings, may apply to the court to have the proceedings continued under the supervision of the court and thereafter the proceedings shall continue under the supervision of the court as provided in Subchapter G [1] (relating to involuntary liquidation and dissolution).

**(b) Distribution of property committed to charitable purposes.**--If the assets of the corporation include any property committed to charitable purposes, the board of directors or other body shall apply to the court for an order pursuant to section 5547(b) (relating to nondiversion of certain property) specifying the disposition of the property.

**(c) Religious assets.**--In entering a decree providing for the distribution of the assets of a corporation organized for the support of public worship, the court shall, by its decree, provide for the disposition of the assets of the corporation, either by:

> (1) vesting title thereto in such other corporation as may, by its articles, be organized for the purpose of holding title to the real estate held for public worship, according to the formularies of the church or religious organization to which the dissolved corporation

(3) vesting the title to such assets in any incorporated or unincorporated body designated by the petitioners for the same uses and trusts as the assets were theretofore held by the dissolved corporation.

## Credits

1972, Nov. 15, P.L. 1063, No. 271, § 7968, effective in 90 days. Renumbered and amended 1988, Dec. 21, P.L. 1444, No. 177, § 103, effective Oct. 1, 1989. Reenacted and amended 1990, Dec. 19, P.L. 834, No. 198, § 102, imd. effective. Amended 2001, June 22, P.L. 418, No. 34, § 2, effective in 60 days; 2013, July 9, P.L. 476, No. 67, § 42, effective in 60 days [Sept. 9, 2013].

## Editors' Notes

### COMMENTS AND SOURCE NOTES

#### Source Note--1990

Patterned after 15 Pa.C.S. § 1976.

Notes of Decisions (9)