# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re:<br><br>Americore Holdings, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-61608-grs<br><br>Honorable Gregory R. Schaaf |

**DECLARATION OF E. WILLIAM MATTHEWS
REGARDING DEBTORS' BREACHES OF ASSET PURCHASE AGREEMENT**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I am the acting Chief Executive Officer for ECH Legacy, Inc. f/k/a Ellwood City Hospital ("ECH Legacy") and the Executive Director of the Ellwood City Community Health Foundation. As such, I have personal knowledge of the facts in this Declaration and if called to testify under oath, could and would testify consistent with this Declaration.

2. Prior to October 31, 2017, ECH Legacy operated a general acute care hospital known as Ellwood City Hospital located at 724 Pershing Street, Ellwood City, Lawrence County, Pennsylvania (the "Hospital").

3. On March 6, 2017, ECH Legacy, Ellwood City Health Organization, Inc., Outreach Care Group, Inc., and Apple Occupational Health Services, Inc. (collectively "Seller") entered into an Asset Purchase Agreement with Americore Health, LLC ("Americore Health") and Ellwood Medical Center, LLC ("EMC LLC", and with Americore Health, "Americore") pursuant to which Seller agreed to sell and transfer hospital assets (including real estate, equipment, certain designated contracts and lease rights) to Americore.

4.      On October 31, 2017, Seller closed on the sale to Americore and on that date ECH Legacy ceased operating the Hospital.

5.      Americore is currently in breach of several of the duties it agreed to undertake under the Agreement. For instance, as of the date of this Declaration, I am aware that Americore is currently violating at least the following provisions of the Agreement:

    a.    Americore's obligation under Section 12.5 of the Agreement, obligating Americore for a period of ten years immediately following the Closing Date to continue to operate the Hospital at its current location as a licensed hospital. Services may not be reduced absent approval by a Local Advisory Board.

    b.    Americore's obligation under Section 12.5 of the Agreement, obligating Americore for a period of ten years immediately following the Closing Date to continue to maintain an emergency department at the Hospital that is open twenty-four (24) hours per day and seven (7) days per week ("24/7").

    c.    Americore's obligation under Section 7.2 of the Agreement, obligating Americore to pay the salaries and wages of and to provide benefits to Transferred Employees (defined in Section 7.1 of the Agreement as those employees of ECH Legacy who were offered and accepted employment by Americore), including 401(K) plan benefits.

6.      Notwithstanding the obligations under Section 12.5 of the Agreement noted above, in or about December 2019, the Hospital ceased all hospital care operations, including operation of the 24/7 emergency department.

7.      Americore was not permitted under the Agreement to voluntarily discontinue or reduce services or hours of operation at such 24/7 emergency department or relinquish the

Hospital's license as a hospital in Pennsylvania absent approval of a Local Advisory Board. To the best of my knowledge, at no time has the Local Advisory Board approved closure of the 24/7 emergency department or cessation of Hospital operations.

8. Notwithstanding the obligations under Section 7.2 of the Agreement noted above, on multiple occasions since the October 31, 2017 closing, Americore has failed to make timely payment of the wages of Transferred Employees and has failed to fully fund 401(k) benefit plans.

9. I have previously provided testimony in the Lawrence County Court of Common Pleas, Orphans' Court Division regarding other breaches of the Agreement by Americore.

I declare under penalty of perjury that the foregoing is true and correct.

January 8, 2020

*E. William Matthews*
E. William Matthews