**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Americore Holdings, LLC, *et al.*, | ) | Case No. 19-61608-grs |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Honorable Gregory R. Schaaf |

**EMERGENCY MOTION OF THE COMMONWEALTH OF PENNSYLVANIA**
**FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY**
**OR, IN THE ALTERNATIVE,**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**PENNSYLVANIA DEPARTMENT OF HEALTH'S DECLARATION IN SUPPORT OF**
**THE COMMONWEALTH OF PENNSYLVANIA'S EMERGENCY MOTION**

Pursuant to 28 U.S.C. § 1746(2), I, Susan Coble, declare that the following is true and correct:

1.  I am currently the Deputy Secretary for Quality Assurance for the Commonwealth of Pennsylvania's Department of Health (PA DOH) in Harrisburg, Pennsylvania.

2.  I joined the PA DOH in July 2011 as Bureau Director for Community Program Licensure and Certification and served in that position from July 2011 to November 2018.

3.  In November 2018, I became acting Deputy Secretary for Quality Assurance, was appointed to the position in March 2019 and continue to serve in that role.

1

4. As the Deputy Secretary of Quality Assurance for the PA DOH, I oversee the Bureau of Facility Licensure and Certification (BFLC) and its Division of Acute and Ambulatory Care (DAAC).

5. I submit this Declaration in support of the Attorney General of Pennsylvania's litigation against Americore Health Enterprises LLC regarding the enforcement of its order entered pursuant to the Asset Purchase Agreement for Ellwood City Medical Center. I have instructed PA DOH personnel to gather the information used in compiling the statements set forth below from PA DOH.

### The Pennsylvania Department of Health

6. The PA DOH, through the Health Care Facilities Act (Act), 35 P.S. §§448.101 – 448.904b, is charged with overseeing health care services and facilities in the Commonwealth and ensuring that health care facilities "continue to meet high quality standards; and, that all citizens receive humane, courteous, and dignified treatment." 35 P.S. § 448.102.

7. The Act further provides for PA DOH's authority to license health care facilities, including hospitals. in the Commonwealth. Id. at §448.806.

8. Section 801a of the Act provides for the establishment and enforcement of regulations for the construction, maintenance, and operation of licensed hospitals within the Commonwealth to assure safe, adequate and efficient facilities and services, and to promote the health, safety and adequate care of the patients or residents of such facilities. 35 P.S. § 448.801a.

9. Pursuant to its authority under the Act, PA DOH has promulgated regulations (Regulations) in order to implement the powers and duties granted to it by the Act,

which are codified at Chapters 51 and 101 of Title 28 of the Pennsylvania Code. 28 Pa.

Code §§51.1-41.41; 101-158.

10. A facility must meet PA DOH's statutory and regulatory requirements to maintain a

hospital license. 35 P.S. § 448.808 and 28 Pa. Code 101.92.

11. PA DOH has the authority to take actions against a license or impose restrictions on a

license when a hospital has violated the Act or Regulations, including issuing a

provisional license, imposing a ban on admissions, suspending certain health care

services, imposing a civil penalty, and revoking a license. 35 P.S. Sec. §§ 448.811,

448.812 and 448.817.

### Ellwood City Medical Center and Americore Health Enterprises, LLC

12. Ellwood Medical Center Operations, LLC does business as Ellwood City Medical

Center (ECMC).

13. Ellwood Medical Center, LLC owns Ellwood Medical Center Operations, LLC.

14. Americore Health Enterprises, LLC owns Ellwood Medical Center, LLC.

15. Americore Health, LLC owns Americore Health Enterprises, LLC.

16. ECMC is a general acute care hospital licensed by the PA DOH located at 724

Pershing Street, Ellwood City, PA 16117.

17. On October 31, 2017, PA DOH processed a change of ownership application naming

Ellwood Medical Center, LLC as the owner of ECMC.

18. ECMC has been owned and operated by Ellwood Medical Center, LLC from October

31, 2017 to the present.

## PA DOH Licensure Actions

19. Since Ellwood Medical Center assumed ownership of ECMC, the PA DOH has cited ECMC over forty (40) times for deficiencies amounting to non-compliance with the Act and Regulations, and PA DOH has been made aware of significant operational challenges through communications with ECMC staff and administrators and on-site inspections.

20. In November 2017, PA DOH learned that ECMC had decreased its Cardiovascular Services and would no longer provide those services on weekends.

21. In July 2018, PA DOH learned that ECMC had undertaken renovations to create a Behavioral Health Unit in violation of 28 Pa. Code §51.3, which requires a health care facility to notify PA DOH sixty (60) days prior to any alterations or renovations of a facility and obtain approval.

22. In August 2018, PA DOH learned that ECMC had closed wound care and its cafeteria for staff and visitors; had decreased the availability of MRI services; and had decreased nuclear medicine services.

23. In September, October, and November 2018, PA DOH learned that ECMC received notices of impending termination of services from its gas utility provider. PA DOH is aware that ECMC has received similar termination notices several times, but gas utilities have not been terminated at ECMC.

24. In October 2018, PA DOH learned that vendors had removed orthopedic supplies from ECMC's operating rooms due to non-payment for the supplies. PA DOH cited ECMC for this deficiency in January 2019 and determined ECMC returned to compliance in June 2019.

25. In November 2018, PA DOH learned that ECMC received a termination notice from its water utility company. PA DOH is aware that ECMC has received similar termination notices several times, but water utilities have not been terminated at ECMC.

26. In December 2018, PA DOH learned that an emergency department physician group and behavioral health unit management group terminated their contracts with ECMC. ECMC later entered into a contract with another emergency department group to provide emergency department services.

27. In January 2019, PA DOH learned that ECMC's instrument sterilization was out of service due to lack of supplies and that ECMC was unable to perform several laboratory services due to lack of supplies resulting from non-payment to vendors. ECMC obtained some supplies by the end of January 2019.

28. PA DOH has the authority to issue a provisional license when a facility has numerous deficiencies or serious specific deficiencies. 35 P.S. § 448.812.

29. A provisional license is issued for up to six (6) months and may be renewed up to three (3) times by PA DOH. If a facility comes into substantial compliance with the Act and Regulations, a regular license is reissued by PA DOH. If a facility does not come into compliance during that time, the facility's license is revoked. Id.

30. On January 28, 2019, after conducting an on-site inspection, PA DOH issued an Order to ECMC imposing a Provisional I license. A true and correct copy of the January 28 Order is attached hereto as Exhibit A. The grounds for the Order were as follows:

   a. Failure to timely notify PA DOH of utility shut-off notices.

   b. Failure to notify PA DOH of a patient requiring transfer due to lack of operating room supplies.

    c.  Expired supplies.

    d.  Failure to appropriately dispose of waste, including piling approximately fifty

        (50) garbage bags in an exterior fenced area.

    e.  Failure to use appropriate signage for the storage of biohazardous waste.

31. In February 2019, PA DOH learned that ECMC was unable to perform Arterial Blood
Gas testing due to lack of supplies resulting from non-payment to its vendor. PA DOH
cited ECMC for this deficiency in November 2019. The ECMC's plan to return to
compliance was rejected by PA DOH several times. A plan of correction was accepted
by PA DOH in January 2020.

32. In March 2019, PA DOH learned that ECMC's pharmacy compounding hood had not
undergone required preventative maintenance and the facility had switched to bedside
immediate-use compounding.

33. In April 2019, PA DOH learned that a company providing equipment services and
preventative maintenance services had terminated its contract with ECMC due to non-
payment. PA DOH further learned that ECMC was unable to perform Brain Natriuretic
Peptide testing and Arterial Blood Gas testing due to lack of supplies resulting from
non-payment to its vendors. PA DOH cited ECMC for these deficiencies in November
2019. The ECMC's plan to return to compliance was rejected by PA DOH several
times. A plan of correction was accepted by PA DOH in January 2020.

34. In May 2019, PA DOH learned that ECMC required over $50,000.00 for preventative
maintenance for equipment. A PA DOH licensure survey in July 2019 revealed that the
preventative maintenance had not been performed.

35.  In June 2019, PA DOH learned that ECMC received a termination of services notice from its gas utility provider for non-payment. Gas utility services have not been terminated at ECMC.

36.  On July 29, 2019, PA DOH issued an Order imposing a Provisional 2 license. A true and correct copy of the July 29 Order is attached hereto as Exhibit B. The grounds for the Order were as follows:

   a.  ECMC failed to include local representation from members of the community on several of its committees, including patient safety and infection control.

   b.  ECMC failed to document behavior that led to a patient being restrained and failed to perform a risk assessment or evaluate the patient's behavior after the restraints were applied.

   c.  PA DOH found one hundred and ninety-eight (198) receipts from fifteen (15) local vendors who were not included in the facility's vendor policy.

   d.  ECMC employees were purchasing food items directly from the vendors and using informal means of temperature control, such as coolers, to transport the food items. The food items were then consumed at the facility.

   e.  ECMC's rehabilitation service was not supervised by a licensed physician.

   f.  Eleven (11) of twenty (20) pieces of equipment reviewed by PA DOH had not been properly maintained though ECMC continued to use the equipment for patient care.

37.  In October 2019, PA DOH learned that surgeries could no longer be performed at ECMC due to non-payment of its surgical services group.

38. On November 11, 2019, PA DOH learned that ECMC's computerized tomography

(CT) scanner was broken and no repairs had been scheduled by ECMC.

39. On November 22, 2019, PA DOH learned that ECMC did not issue paychecks to its

employees.

40. On November 27, 2019, after PA DOH performed an on-site investigation at ECMC,

PA DOH imposed a ban on admissions and suspension of emergency department

services at ECMC for serious violations of the Act and Regulations. A true and correct

copy of the November 27 PA DOH communication to ECMC is attached hereto as

Exhibit C. The grounds for the ban on admissions and suspension of emergency

department services were as follows:

    a.   The facility was not able to offer basic diagnostic services.

    b.   The facility was suspending services due to low or no staff to offer the service;

    c.   Failure to pay employees.

    d.   The facility was not able to provide surgical services.

    e.   The facility failed to take appropriate steps regarding transfer of patients,

        including failure to transfer in a safe manner.

41. Since November 28, the inpatient census at ECMC has been zero (0).

42. On December 3, 2019, PA DOH representatives had a conversation with ECMC

leadership during which ECMC leadership described their plans to come into

compliance with the Act and Regulations.

43. On December 6, 2019, PA DOH provided ECMC with a list of corrective measures

that ECMC must take before the November 27 ban on admissions and suspension of

emergency department services would be lifted. A true and correct copy of the December 6 list of corrective measures is attached hereto as Exhibit D.

44. On December 10, 2019, ECMC submitted a request to PA DOH to allow ECMC to temporarily suspend all clinical services.

45. On December 18, 2019, ECMC submitted to PA DOH a plan to reopen ECMC. A true and correct copy of the December 18 plan is attached hereto as Exhibit E.

46. On December 23, 2019, PA DOH issued a letter to ECMC allowing it to suspend services and reopen in accordance with the December 18 plan if certain conditions relating to facility security were met. PA DOH further stated that it would do an on-site evaluation of the facility's ability to reopen on or around January 3, 2020. A true and correct copy of the December 23 letter is attached hereto as Exhibit F.

47. On January 3, 2020, PA DOH performed an on-site inspection and determined ECMC had not shown its suitability to resume providing any health care services. PA DOH sent a letter to ECMC on January 7, 2020 to memorialize its conclusion. A true and correct copy of the January 7 letter is attached hereto as Exhibit G.

48. On January 13, 2020, PA DOH sent a letter to ECMC identifying concerns relating to the facility and requiring ECMC to submit a plan and implementation timeline to address PA DOH's concerns. A true and correct copy of the January 13 letter is attached hereto as Exhibit H.

49. PA DOH is reviewing ECMC's licensure status and ability to return to compliance with the Act and Regulations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: _1·14 20_

_Susan Coble_

Susan Coble
Deputy Secretary, Quality Assurance
Pennsylvania Department of Health

**pennsylvania**
DEPARTMENT OF HEALTH

(717) 783-8980
(717) 705-6663 (FAX)

**DATE OF MAILING:  January 28, 2019**
(Certified Mail – 7016 0910 0000 4335 8562)

<u>ORDER</u>

Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117

TO:
Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117


EXHIBIT
A

You are hereby notified that the Pennsylvania Department of Health is issuing an Order against your facility pursuant to the Health Care Facilities Act ("Act"), 35 P.S. § 448.811, § 448.812, and § 448.817 for:

> Serious specific deficiencies cited that are not in compliance with the Hospital Rules and Regulations. (State deficiencies are enclosed).

The Department is issuing a **Provisional 1** license to your facility, effective January 28, 2019, to July 28, 2019, for non-compliance with the following regulations, identified during a Complaint survey completed on January 3, 2019, and a Special Monitoring Survey completed on January 27, 2019, as follows:

Deficecies identified - 1/03/19
28 Pa. Code § 51.5(b) BUILDING OCCUPANCY
28 Pa. Code § 103.4(3) FUNCTIONS
28 Pa. Code § 135.5 SURGICAL EMERGENCY CARE
28 Pa. Code § 147.2 MAINTENANCE OF SAFETY & SANITATION
Deficencies identified - 1/27/19
28 Pa. Code § 103.4(3) FUNCTIONS
28 Pa. Code § 113.28 DISTRESSED DRUGS, DEVICES, COSMETICS
28 Pa. Code § 147.2 MAINTENANCE OF SAFETY & SANITATION
28 Pa. Code § 147.72 GARBAGE DISPOSAL
28 Pa. Code § 147.73 REFUSE DISPOSAL
28 Pa. Code § 147.74 BACTERIOLOGICAL/PATHOLOGICAL WASTES

You may appeal the issuance of this Order by requesting an Administrative Hearing before the Health Policy Board. If you wish to appeal the Department's action, you must file the attached "Notice of Appeal" within 30 days of the Date of Mailing of this decision with the Health Policy Board at the following address:

Health Policy Board
625 Forster Street
Room 825, Health and Welfare Building
Attention: Docket Clerk
Harrisburg, Pennsylvania 17120

Additionally, if an appeal is filed, an Answer to the Order must be filed with the Health Policy Board specifically admitting or denying the allegations or charges in the Order. See, 37 Pa. Code § 197.84. Failure to file said Answer shall be deemed an admission by you that all allegations or charges contained in the Order are true. The rules of practice and procedure for the Health Policy Board are found at 37 Pa. Code Chapter 197.

An appeal to the Health Policy Board shall not act as an automatic supersedeas of the decision of the Department of Health. If you wish to file a request for supersedeas, said filing must be done pursuant to 37 Pa. Code § 197.87.

If you do not request a hearing within 30 days of the Date of Mailing, this Order shall become final pursuant to 1 Pa. Code § 35.37 and 35 P.S. § 448.815.

If you request a hearing, a copy of the Notice of Appeal and Answer, if any, shall be served on the Department of Health on or before the date of filing your appeal at the address stated below, and a Certificate of Service (enclosed) shall be filed with the Health Policy Board indicating the party served:

Office of Legal Counsel
Pennsylvania Department of Health
625 Forster Street
Room 825, Health and Welfare Building
Harrisburg, Pennsylvania 17120

Respectfully,

Garrison E. Gladfelter, Jr
Chief, Division of Acute and Ambulatory Care
Bureau of Facility Licensure and Certification
PA Department of Health

Enclosures

### COMMONWEALTH OF PENNSYLVANIA
### HEALTH POLICY BOARD

IN RE:                            :

                                  :      DOCKET NO. L-

                            :

### NOTICE OF APPEAL – LICENSURE

1.    Appellant is _____
      (name, address and telephone number)

2.    Appellant appeals the following decision of the Department of Health:

      _____
      (identify the decision, e.g., denial of application for license to operate and maintain a long-term care

      _____
      facility etc.)

3.    The docket number or identifying number in the proceedings before the Department of Health, if any
      is:_____

      _____

4.    The date of mailing of the decision of the Department of Health is:

      _____

5.    Appellant lists the following specifications of objections to the decision of the Department as the basis
      for its appeal:

      _____

      _____

      _____

                                                 _____
                                             (Signature of appellant or representative
                                             of appellant)

                                               _____

                                             (Name and address of appellant or
                                             representative of appellant)

                       (Attach Certificate of Service)

COMMONWEALTH OF PENNSYLVANIA
HEALTH POLICY BOARD

IN RE: :
: DOCKET NO.
:

CERTIFICATE OF SERVICE

I hereby certify that on or before the date of filing the foregoing document, I have served a copy thereof

on each of the following persons in the manner indicated below:

Service by first-class mail addressed as follows:

_____

(name and address)

Service in person:

_____

(name and address)

Acceptance of service endorsed by the following:

_____

(name and address)

_____

(Signature of person filing)

_____

_____

(Name and address of person filing)

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 000 | **INITIAL COMMENTS** This report is the result of a special monitoring survey conducted January 20-27, 2019, at Ellwood City Medical Center. It was determined that the facility was not in compliance with the requirements of the Pennsylvania Department of Health's Rules and Regulations for Hospitals, 28 PA Code, Part IV, Subparts A and B, November 1987, as amended June 1998. | P 000 | | |
| P 317 | **103.4 (3) FUNCTIONS** (3) Take all reasonable steps to conform to all applicable Federal, State, and local laws and regulations. This Regulation is not met as evidenced by: Based on a review of facility documentation and staff correspondence (EMP), it was determined that the facility failed to ensure compliance with all applicable state laws. The facility was deemed to be non-compliant with the following state law: Act 13 of 2002 MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR (MCARE) ACT Act of Mar. 20, 2002, P.L. 154, No. 13 40 ... CHAPTER 3 PATIENT SAFETY Based on review of facility documentation and staff | P 317 | | |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE | (X6) DATE |
|---|---|---|

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 1 correspondence, it was determined that the facility failed to follow its Patient Safety Plan for notification to the Department of Health (Department), for the removal of surgical supplies by two vendors and the transfer of a patient.

Findings include:

Review, at 3:30 PM on January 25, 2018, of the "Ellwood City Medical Center 2018 Patient Safety Improvement & Management Program Plan," approved March 2018, revealed, "... Scope and Components of the Program: ... Retrospective Analysis- The following types of events may be addressed by the patient safety program. ... Other situations or Incidents (those which may involve infrastructure/environmental issues, ... The Ellwood City Hospital Policy on Event Reporting  Policy  It is the policy of The Ellwood City Hospital (TECH) to document and report immediately all events or unusual occurrences as defined in the guidelines set forth in this policy.  This policy shall, at all times, comply with federal, state and local regulations. ... Guidelines for Reporting Events  Events may be those involving patient care or those involving the operation of TECH. ... B.  Hospital Operations - Reported via the Unusual Occurrence Report form ... h. Infrastructure Failure ... Event Report Type and Criteria for Reporting ... Infrastructure Failure:  An undesirable or unintended event, occurrence or situation involving the infrastructure a [sic] medical facility or the discontinuation or significant disruption of a service which could seriously compromise patient safety.  Note:  Infrastructure is defined in Act 13 as structures related to the physical plant and service delivery systems necessary for the provision of health | P 317 | | |

STATE FORM                                      ATO6899              H5U411                            If continuation sheet  2 of 22

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA  16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 2 care services in a medical facility. ... Reports of infrastructure failures go to the PA DOH only through PA PSRS) ... Department of Health:  When an event meets the self-reporting provision, the hospital will immediately notify the Department of Health and/or Patient Safety Authority through the PA PSRS system. ... Patient Safety Officer Position Description ... Essential Functions:  The patient safety officer will: ... 9.  Ensure compliance with serious event, incident, and infrastructure failure reporting requirements as mandated by the law/regulations. ... Patient Safety Committee ... Responsibilities:  Receiving reports from the patient safety officer. ... Functions:  Provides the oversight and management of the patient safety program. ... Establishes appropriate mechanisms for the review and analysis of incidents ... and infrastructure failures, ..." 

1. On January 23, 2019, at approximately 9:00 AM, a review was conducted of a [Local News Entity] article dated January 23, 2019, 4:00 AM related to an investigation of the Ellwood City Medical Center (ECMC) by the Lawrence County District Attorney's Office.  Review of the article revealed, "Employees have not been the only ones affected, detectives said. In the report, it was noted a scheduled orthopedic surgery was postponed and then cancelled after it was discovered that a vendor had removed equipment from the operating room due to nonpayment."

On January 23, 2018 at 9:35 AM, correspondence was sent to EMP5 requesting information related to the removal of orthopedic surgical equipment and the cancellation of cases as well as notification to the Department of Health.  A response received from EMP5 on January 23, 2019, at 10:01 AM revealed, | P 317 | | |

STATE FORM                    ATG6899          H5U411                    If continuation sheet 3 of 22

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 3 "... back in Oct or Nov, one of the companies that supplies us joints came and removed items that were kept here on consignment ... When [he/she] evaluated the patient for surgery we found we did not have the right size joint for this patient as it was one of the consignment items that was removed." On January 24, 2019, at 4:05 PM, additional information was received from EMP5 related to the removal of orthopedic surgical equipment and the cancellation of cases.  Review of the documentation revealed correspondence dated October 18, 2018, from EMP10 to EMP5.  The correspondence revealed, "Subject: [Vendor #1] and [Vendor#2] ... I wanted to make you aware of some things that happened yesterday and today again in the OR.  [Vendor#1] removed all unipolar instruments in the OR yesterday. (This includes items for hip fractures)  OTH1 from [Vendor #1] was sent by [his/her] supervisor to remove items because of unpaid bills at this time.  I just received word from OTH2 from [Vendor#2] that [he/she] is coming in this afternoon to pull all of [his/her] instruments / trays as well for the same stated reason above, (This would include items needed for clavicle, ankle and wrist fractures etc." Further review of documentation received from EMP5 on January 24, 2019, at 4:05 PM, related to the removal of orthopedic surgical equipment and the cancellation of cases revealed details of the transfer of a patient admitted the first week of November 2018, with a hip fracture.  The documentation revealed the patient was transferred due to the inability to "facilitate" the surgery. Additional review of documentation received from | P 317 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 4<br>EMP5 on January 24, 2019, at 4:05 PM revealed correspondence from EMP10 to EMP5 dated November 7, 2018. The correspondence revealed, "I wanted to touch base with you and see where we stand with [Vendor#1]. ... I didn't know if we needed to send out a memo regarding this so that the ER and other departments are informed that we are unable to do these cases at this time."<br><br>2. On January 25, 2019, at approximately 12:00 PM, a review of information received by the Department revealed no reporting from the ECMC for the removal of orthopedic surgical supplies by [Vendor #1] and [Vendor #2] in October 2018, or for the transfer of the aforementioned patient in November 2018.  On January 25, 2019, at approximately 12:34 PM, a request was made to EMP5 to confirm that the review revealed the three events were not reported.  Three responses for unrelated information from the facility received on January 25, 2019, between 3:00 PM and 5:00 PM, and one at approximately 11:00 AM on January 26, 2019, revealed no confirmation, or documentation from ECMC that the three events had been reported. | P 317 | | |
| P1341 | 113.28 DISTRESSED DRUGS, DEVICES, COSMETICS<br><br>113.28  Distressed drugs, devices, and cosmetics.<br><br>  Drugs, devices, and cosmetics under the control of the pharmacist which are outdated, visibly deteriorated, unlabeled or | P1341 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1341 | Continued From page 5 inadequately labeled, recalled, discontinued, or obsolete shall be indentified by the pharmacist and shall be disposed of in compliance with applicable State and Federal laws and regulations. This Regulation is not met as evidenced by: | P1341 | | |
| | Based on facility documentation review, facility tour, and employee interviews (EMP), it was determined that the facility failed to ensure that devices, contained within emergency crash carts, which were outdated were identified and disposed of. | | | |
| | Findings include: | | | |
| | Review, at approximately 11:00 AM on January 27, 2019, of the "Ellwood City Hospital Standard, Policy & Procedure of Nursing Practice Crash Cart Maintenance," dated July 10, 2014, revealed, "... Standard:  Crash carts throughout the facility will be maintained and stocked with the necessary supplies to perform emergency resuscitation and/or emergency medical intervention to patients, staff and visitors within the hospital until they can be moved to the Emergency Room or a higher level of care. ..." | | | |
| | Review, at approximately 11:10 AM on January 27, 2019, of Policy 200.104, "Surveys by Licensing/Regulatory Agencies," approved November 2017, revealed, "... Policy ... 2.  It is the responsibility of Unit Managers/Directors to be familiar with regulatory requirements which apply to their areas of responsibility and to ensure compliance. ..." | | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1341 | Continued From page 6 | P1341 | | |
| | 1.  At approximately 3:00 PM on January 20, 2019, inspection of the CT room crash cart revealed the following supplies with the associated expiration dates:  BD SafetyGlide Needle, 25Gx1, Lot 3311327, Exp 2018/10 (x1); B Braun Extension Set with Ultrasite Injection Site and Spin-Lock Connector, Lot 0061340634, Exp 2018/09 (x2); B Braun Extension Set with Ultrasite Injection Site and Spin-Lock Connector, Lot 0061339743, Exp 2018/10 (x2); B Braun Ultrasite Valve, Lot 61340048, Exp 2018/09 (x3); Non-Vented Dispensing Pin with One-Way Valve and Leur Lock, Lot 61342858, Exp 2018/09 (x1); Curity Gauze Sponges, Lot 130002972062, Exp 2018/12 (x1); ChloraPrep One-Step, Lot 87078, Exp 07/2018 (x7); BD Spinal Needle, 25Ga 3.00 in, Lot 3171059, Exp 2018/06 (x1); Argyle Trocar Catheter, Lot 319706364, Exp 2018/07 (x1); Protexis Latex Size 7.5, Lot TS16010393, Exp 2018/12 (x2); Outlook Safety Infusion System Nitroglycerin Set, Lot 0061438531, Exp 2018/05 (x1); Ultrasite IV Set for Outlook Safety Infusion System, Lot 0061464625, Exp 2018-10-20 (x2); Secondary IV Set with Universal Spike and Spin-Lock Connector Medihook, Lot 0061332076, Exp 2018/07 (x2); Stat Padz Adult Electrodes, Lot 1816, Exp 2018-04-28 (x3); Kendall 450 Foam Electrodes, Lot 616706X, Exp 2018/06 (x1); and Kendall 450 Foam Electrodes, Lot 606816X, Exp 2018/03 (x1). EMP13, present at the time of inspection, confirmed the expired supplies at the time of finding. 2.  Due to the crash cart findings in the Radiology Department, EMP13 and the surveyor proceeded to the Medical/Surgical patient unit and proceeded to inspect the crash cart contained on the unit.  Upon | | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1341 | Continued From page 7 inspection, the defibrillator was identical to the one noted on the CT crash cart and had also been inspected on January 2, 2019.  Further inspection identified one Outlook Safety Infusion System Nitroglycerin Set, Lot 0061416745, Exp 2018-04.  EMP13 confirmed the expired supplies at the time of finding.

3. The surveyor returned to the Emergency Department and conducted inspection of both adult crash carts and the pediatric emergency supply bag contained within the department.  This was done between approximately 3:40 PM and 3:30 PM.  EMP21 was present during the inspection, and subsequently provided confirmation of all identified, expired supplies.  During inspection, the following expired supplies were identified:  Ambu AuraOnce-Single Use Laryngeal Mask, #3 Adult 30-50kg, Lot 1349434, Exp 2014-06 (x1); Ambu AuraOnce-Single Use Laryngeal Mask #5 Adult 70-100kg, Lot 1487685, Exp 2015-08 (x1); Ambu AuraOnce-Single Use Laryngeal Mask #5 Adult 70-100kg, Lot 1265348, Exp 2013-08 (x1); Bivona Nu-Trake Emergency Cricothyrotomy Kit Adult, Lot 1559883, Exp 2014-03 (x1); Sodium Chloride INH Soln. Usp, 0.9%, Exp 9/18 (x6); IV3000 1-Hand, Smith & Nephew, 6cm x 7cm, Lot 1315, Exp 2016-04 (x3); IV3000 1-Hand, Smith & Nephew, 6cm x 7cm, Lot 1320, Exp 2016-05 (x3); IV3000 1-Hand, Smith & Nephew, 6cm x 7cm, Lot 1241, Exp 2015-10 (x3); BD SafetyGlide Needle, 25GX1, Lot 3234313, Exp 2018/08 (x3); BD SafetyGlide Needle, 23GX1, Lot 3319053, Exp 2018/10 (x1); BD Insyte Autoguard, 16Ga 1.16 in, Lot 5086952, Exp 2018/03 (x2); Bd Insyte Autoguard, 22Ga 1.00 in, Lot 5084877, Exp 2018/03 (x2); Adult Colorimetric CO2 Detector, Lot | P1341 | | |

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 050501 | A. BUILDING _____<br>B. WING _____ | 01/27/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1341 | Continued From page 8<br>163650033, Exp 2019/01/08 (x1); Hudson RCI Sheridan/HVT, Lot 01H1300208, Exp 2018/08 (x2); Hudson RCI Sheridan/HVT, Lot 01J1300454, Exp 2018/10 (x2); and Hudson RCI Sheridan/HVT, Lot 01H1300314, Exp 2018/08 (x2). | P1341 | | |
| P4702 | 147.2 MAINTENANCE OF SAFETY & SANITATION<br><br>147.2  Maintenance of safety and sanitation<br><br>The hospital shall be equipped, operated, and maintained so as to sustain its safe and sanitary characteristics and to minimize all health hazards in the hospital, for the protection of both patients and employes.<br>This Regulation  is not met as evidenced by:<br><br>Based on facility documentation review, facility tour, and employee interview (EMP), it was determined that the facility was operated and maintained so as to sustain its safe and sanitary characteristics and to minimize all health hazards in the hospital by failing to ensure that waste and biohazardous waste were removed from the facility.<br><br>Findings include:<br><br>Review, at approximately 11:10 AM on January 27, 2019, of Policy 200.104, "Surveys by | P4702 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **050501** | A. BUILDING _____ | | |
| | | B. WING _____ | | **01/27/2019** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **ELLWOOD CITY MEDICAL CENTER** | **724 PERSHING STREET** **ELLWOOD CITY, PA  16117** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4702 | Continued From page 9 Licensing/Regulatory Agencies," approved November 2017, revealed, "... Policy ... 2.  It is the responsibility of Unit Managers/Directors to be familiar with regulatory requirements which apply to their areas of responsibility and to ensure compliance. ..." Review, at approximately 9:00 PM on January 27, 2019, of Policy Pro. 1, "Waste Handling Policy and Procedure," revised February 2014, revealed, "... III. Procedure: A.  All infectious waste shall be disposed of as follows: 1. All such waste shall be double-red bagged.  These red bags are labeled infectious waste/bio hazard label placed in box/container Infectious waste is segregated & clearly labeled using these separate boxes or containers in all areas.  To be picked up by Housekeeping.  Pick-up areas will have a bio-hazard sign on door.  2.  The following items listed shall be disposed of in a puncture proof & leak proof container with a biohazardous label visible on all containers.  Items include: sharps, barium waste, laboratory, surgical and autopsy waste such as tissue, body part, slides.  4.  Housekeeping will use flat bed with 2 medical waste boxes or med. waste containers lined with red bag & lid to pick up waste.  Red bag must be twisted, folder over then twist tied or knotted. Then taped / labeled/numbered/dated.  Taken to refrigeration unit.  Infectious waste must not be stored or retained within the institution for more than 24 hours after it is double bagged or placed in container.  5.  Refrigeration unit shall be properly identified as bio hazardous and accessible to authorized personnel only. ...  B.  General Refuse 1.  Will be picked up from areas several times a day & deposited in the dumpster compactor to be hauled by a contractor.  2. Containers wil [sic] be provided and labeled for general trash & recyclables ... D.  Employee Handling | P4702 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4702 | Continued From page 10 of Waste & Waste Pick-Up. ... 6. All trash is removed from the facility by a liscensed [sic] hauler. ... For Medical Waste / General Trash ... *Medical Waste A manifest is required for each pick-up indicating weight, content and number of boxes. All manifests & receipts, documentation are kept on file in housekeeping office. Hskp [Housekeeping] has check off list for trash pick-ups that are made daily. ..." 

A tour of the facility was conducted with EMP6, from approximately 7:52 PM-8:11 PM on January 25, 2019. Surveyors requested a tour of the exterior of the building, with emphasis on waste storage prior to pick-up.

1. Adjacent to the loading dock was a fenced in area, which housed electrical panels, HVAC unit, and gas/electric/water meters. Within this fenced in area were noted to be numerous black garbage bags, some contained within a mobile, trailers and carts, some directly on the ground, and stacked a minimum of approximately five feet high in some areas, to higher in other areas. Approximately 50 garbage bags were viewed, with more, unable to be visualized.

When asked how long the trash had been stored in the fenced-in area adjacent the loading dock, EMP6 stated, "Fairly recent, ... about two weeks." EMP6 added, "I did get a memo ... that the trash compactor is scheduled to be emptied Monday [January 28, 2019]. ..."

2. Across from the fenced-in area were two, garage-style buildings, with garage doors. Upon opening the buildings, inspection revealed that the building on the left contained three cardboard boxes, | P4702 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **050501** | A. BUILDING _____ B. WING _____ | | **01/27/2019** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **ELLWOOD CITY MEDICAL CENTER** | **724 PERSHING STREET** **ELLWOOD CITY, PA 16117** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4702 | Continued From page 11 labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS." The building on the left also contained a black container with a white lid, which had two yellow labels over each side of the lid, which stated, "Tamper Evident Seal." Handwritten on the white lid stated, "Start 11-5-18  Xray  Finish 1-21-19  Weight # 20 DSA." An additional label on the black portion of the container stated, "Covidien  Kendall  RCRA Hazardous Waste Container." 3. The building on the right contained eighteen cardboard boxes, able to be visually verified, labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS." The boxes visualized were stacked two to three boxes high, with additional boxes identified behind those able to be visualized. Additionally, on top of two of the box stacks were two red, biohazard, plastic waste bags. On top of another box stack was noted to be a plastic sharps waste container. When asked if biohazardous waste is typically stored in the identified garages, EMP6 stated, "I wouldn't know. ... I've only been here six months.  I check that it is locked." 4. EMP6 confirmed the findings at the time of observation. 5. When asked, during a Radiology Department tour on January 25, 2019, at approximately 8:30 PM what typically happens to biohazard waste, EMP8, stated, "We normally pack them up and take them out. ... We pack them up to 50 pounds." When asked where the waste is taken, EMP8 stated, "We drop it off in the | P4702 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **050501** | | A. BUILDING _____ B. WING _____ | **01/27/2019** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **ELLWOOD CITY MEDICAL CENTER** | **724 PERSHING STREET** **ELLWOOD CITY, PA 16117** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4702 | Continued From page 12 coolers." When asked if the "coolers" were the storage garages at the rear of the building, EMP8 indicated no, stating, "I don't know what's in there, to tell you the truth." When asked about regular trash removal, EMP8 stated, "Trash is picked up and taken to the compactor. They pick it up whenever it needs picked up ... when it is full." When asked if EMP8 would take regular waste out to the compactor, EMP8 confirmed that removing biohazard and regular waste had not been part of [his/her] current job function.  *Cross Reference: 147.72 Garbage Disposal 147.73 Refuse Disposal 147.74 Bacteriological and Pathological Waste | P4702 | | |
| P4725 | 147.72 GARBAGE DISPOSAL  147.72 Garbage disposal Garbage, unless disposed through garbage grinders, shall be stored in tight, non-absorbent, and readily cleanable containers with tight-fitting lids and should be stored in a refrigerated room which is easily cleanable and free of odors. Garbage shall be removed from the premises as frequently as necessary to prevent nuisance and shall be disposed of in a manner consistent with Federal, State, and local regulations, codes, and ordinances This Regulation  is not met as evidenced by: | P4725 | | |

STATE FORM                          ATG6899          H5U411                          If continuation sheet 13 of 22

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 050501 | A. BUILDING _____ <br> B. WING _____ | 01/27/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET <br> ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| | Based on facility documentation review, facility tour, and employee interview (EMP), it was determined that the facility failed to ensure that garbage was removed from the premises as frequently as necessary to prevent nuisance. <br><br> Findings include: <br><br> Review, at approximately 11:10 AM on January 27, 2019, of Policy 200.104, "Surveys by Licensing/Regulatory Agencies," approved November 2017, revealed, "... Policy ... 2. It is the responsibility of Unit Managers/Directors to be familiar with regulatory requirements which apply to their areas of responsibility and to ensure compliance. ..." <br><br> Review, at approximately 9:00 PM on January 27, 2019, of Policy Pro. 1, "Waste Handling Policy and Procedure," revised February 2014, revealed, "... III. Procedure: ... B. General Refuse 1. Will be picked up from areas several times a day & deposited in the dumpster compactor to be hauled by a contractor. 2. Containers wil [sic] be provided and labeled for general trash & recyclables ... D. Employee Handling of Waste & Waste Pick-Up. ... 6. All trash is removed from the facility by a liscensed [sic] hauler. ... Hskp [Housekeeping] has check off list for trash pick-ups that are made daily. ..." <br><br> A tour of the facility was conducted with EMP6, from approximately 7:52 PM-8:11 PM on January 25, 2019. Surveyors requested a tour of the exterior of the building, with emphasis on waste storage prior to pick-up. | | | |

STATE FORM ATG6899 H5U411 If continuation sheet 14 of 22

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 050501 | A. BUILDING _____ B. WING _____ | 01/27/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| | 1.  Adjacent to the loading dock was a fenced in area, which housed electrical panels, HVAC unit, and gas/electric/water meters.  Within this fenced in area were noted to be numerous black garbage bags, some contained within a mobile, trailers and carts, some directly on the ground, and stacked a minimum of approximately five feet high in some areas, to higher in other areas.  Approximately 50 garbage bags were viewed, with more, unable to be visualized.<br><br>When asked how long the trash had been stored in the fenced-in area adjacent the loading dock, EMP6 stated, "Fairly recent, ... about two weeks."  EMP6 added, "I did get a memo ... that the trash compactor is scheduled to be emptied Monday [January 28, 2019]. ..."<br><br>2.  Across from the fenced-in area were two, garage-style buildings, with garage doors.  Upon opening the buildings, inspection revealed that the building on the left contained three cardboard boxes, labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS."  The building on the left also contained a black container with a white lid, which had two yellow labels over each side of the lid, which stated, "Tamper Evident Seal."  Handwritten on the white lid stated, "Start 11-5-18  Xray  Finish 1-21-19  Weight # 20 DSA."  An additional label on the black portion of the container stated, "Covidien  Kendall  RCRA Hazardous Waste Container."<br><br>3.  The building on the right contained eighteen cardboard boxes, able to be visually verified, labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS." The boxes visualized were stacked two to three boxes | | | |

STATE FORM                    ATG6899          H5U411                    If continuation sheet  15 of 22

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA  16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| | high, with additional boxes identified behind those able to be visualized.  Additionally, on top of two of the box stacks were two red, biohazard, plastic waste bags.  On top of another box stack was noted to be a plastic sharps waste container. | | | |
| | When asked if biohazardous waste is typically stored in the identified garages, EMP6 stated, "I wouldn't know. ... I've only been here six months.  I check that it is locked." | | | |
| | 4.  EMP6 confirmed the findings at the time of observation. | | | |
| | 5.  When asked, during a Radiology Department tour on January 25, 2019, at approximately 8:30 PM what typically happens to biohazard waste, EMP8, stated, "We normally pack them up and take them out. ... We pack them up to 50 pounds."  When asked where the waste is taken, EMP8 stated, "We drop it off in the coolers."  When asked if the "coolers" were the storage garages at the rear of the building, EMP8 indicated no, stating, "I don't know what's in there, to tell you the truth." When asked about regular trash removal, EMP8 stated, "Trash is picked up and taken to the compactor.  They pick it up whenever it needs picked up ... when it is full."  When asked if EMP8 would take regular waste out to the compactor, EMP8 confirmed that removing biohazard and regular waste had not been part of [his/her] current job function. | | | |
| | *Cross Reference:  147.2  Maintenance of Safety and Sanitation | | | |
| | 147.73  Refuse Disposal | | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4726 | 147.73 REFUSE DISPOSAL

147.73  Refuse disposal

 Refuse shall be stored in covered trash containers prior to removal. Combustible refuse may be burned on the premises in a suitable incinerator, provided this method of disposal is approved by the Department of Environmental Resources and in compliance with local regulations. This Regulation  is not met as evidenced by:

Based on facility documentation review, facility tour, and employee interview (EMP), it was determined that the facility failed to ensure that refuse was stored in covered trash containers prior to removal.

Findings include:

Review, at approximately 11:10 AM on January 27, 2019, of Policy 200.104, "Surveys by Licensing/Regulatory Agencies," approved November 2017, revealed, "... Policy ... 2.  It is the responsibility of Unit Managers/Directors to be familiar with regulatory requirements which apply to their areas of responsibility and to ensure compliance. ..."

Review, at approximately 9:00 PM on January 27, 2019, of Policy Pro. 1, "Waste Handling Policy and Procedure," revised February 2014, revealed, "... III. Procedure: ... B.  General Refuse  1.  Will be picked up from areas several times a day & deposited in the dumpster compactor to be hauled by a contractor.  2. | P4726 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4726 | Continued From page 17 Containers wil [sic] be provided and labeled for general trash & recyclables ... D. Employee Handling of Waste & Waste Pick-Up. ... 6. All trash is removed from the facility by a liscensed [sic] hauler. ... Hskp [Housekeeping] has check off list for trash pick-ups that are made daily. ..." A tour of the facility was conducted with EMP6, from approximately 7:52 PM-8:11 PM on January 25, 2019. Surveyors requested a tour of the exterior of the building, with emphasis on waste storage prior to pick-up. 1. Adjacent to the loading dock was a fenced in area, which housed electrical panels, HVAC unit, and gas/electric/water meters. Within this fenced in area were noted to be numerous black garbage bags, some contained within a mobile, trailers and carts, some directly on the ground, and stacked a minimum of approximately five feet high in some areas, to higher in other areas. Approximately 50 garbage bags were viewed, with more, unable to be visualized. When asked how long the trash had been stored in the fenced-in area adjacent the loading dock, EMP6 stated, "Fairly recent, ... about two weeks." EMP6 added, "I did get a memo ... that the trash compactor is scheduled to be emptied Monday [January 28, 2019]. ..." EMP6 confirmed the findings at the time of observation. 2. When asked, during a Radiology Department tour on January 25, 2019, at approximately 8:30 PM about regular trash removal, EMP8 stated, "Trash is picked | P4726 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4726 | Continued From page 18 up and taken to the compactor. They pick it up whenever it needs picked up ... when it is full." When asked if EMP8 would take regular waste out to the compactor, EMP8 confirmed that removing biohazard and regular waste had not been part of [his/her] current job function.

*Cross Reference: 147.2 Maintenance of Safety and Sanitation
147.72 Garbage Disposal | P4726 | | |
| P4727 | 147.74 BACTERIOLOGICAL/PATHOLOGICAL WASTES

147.74 Bacteriological and pathological wastes

Pathological and bacteriological wastes, surgical and obstetrical wastes, contaminated wastes, and similar materials shall be incinerated on the premises or disposed of by a method approved by the Department of Environmental Resources and in complaince with local regulations.
This Regulation  is not met as evidenced by:

Based on facility documentation review, facility tour, and employee interview (EMP), it was determined that the facility failed to ensure that pathological and bacteriological waste, surgical waste, contaminated waste, and similar waste was disposed of and removed | P4727 | | |

DATE: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA  16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4727 | Continued From page 19 from the premises.

Findings include:

Review, at approximately 11:10 AM on January 27, 2019, of Policy 200.104, "Surveys by Licensing/Regulatory Agencies," approved November 2017, revealed, "... Policy ... 2.  It is the responsibility of Unit Managers/Directors to be familiar with regulatory requirements which apply to their areas of responsibility and to ensure compliance. ..."

Review, at approximately 9:00 PM on January 27, 2019, of Policy Pro. 1, "Waste Handling Policy and Procedure," revised February 2014, revealed, "... III. Procedure: A.  All infectious waste shall be disposed of as follows: 1. All such waste shall be double-red bagged.  These red bags are labeled infectious waste/bio hazard label placed in box/container Infectious waste is segregated & clearly labeled using these separate boxes or containers in all areas.  To be picked up by Housekeeping.  Pick-up areas will have a bio-hazard sign on door. 2. The following items listed shall be disposed of in a puncture proof & leak proof container with a biohazardous label visible on all containers.  Items include: sharps, barium waste, laboratory, surgical and autopsy waste such as tissue, body part, slides. 4.  Housekeeping will use flat bed with 2 medical waste boxes or med. waste containers lined with red bag & lid to pick up waste.  Red bag must be twisted, folder over then twist tied or knotted.  Then taped / labeled/numbered/dated.  Taken to refrigeration unit.  Infectious waste must not be stored or retained within the institution for more than 24 hours after it is double bagged or placed in container. 5.  Refrigeration unit shall be properly identified as | P4727 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4727 | Continued From page 20 bio hazardous and accessible to authorized personnel only. ...D. Employee Handling of Waste & Waste Pick-Up. ... 6. All trash is removed from the facility by a liscensed [sic] hauler. ... For Medical Waste / General Trash ... *Medical Waste A manifest is required for each pick-up indicating weight, content and number of boxes. All manifests & receipts, documentation are kept on file in housekeeping office. Hskp [Housekeeping] has check off list for trash pick-ups that are made daily. ..."  A tour of the facility was conducted with EMP6, from approximately 7:52 PM-8:11 PM on January 25, 2019. Surveyors requested a tour of the exterior of the building, with emphasis on waste storage prior to pick-up.  1. Across from the fenced-in area were two, garage-style buildings, with garage doors. Upon opening the buildings, inspection revealed that the building on the left contained three cardboard boxes, labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS." The building on the left also contained a black container with a white lid, which had two yellow labels over each side of the lid, which stated, "Tamper Evident Seal." Handwritten on the white lid stated, "Start 11-5-18 Xray Finish 1-21-19 Weight # 20 DSA." An additional label on the black portion of the container stated, "Covidien Kendall RCRA Hazardous Waste Container."  2. The building on the right contained eighteen cardboard boxes, able to be visually verified, labeled with "Infectious Waste," "Biohazard," "Regulated Medical Waste," and "Maximum Weight 50 LBS." | P4727 | | |

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:

050501 | (X2) MULTIPLE CONSTRUCTION

A. BUILDING _____

B. WING _____ | (X3) DATE SURVEY COMPLETED

01/27/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER

ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE

724 PERSHING STREET
ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4727 | Continued From page 21
The boxes visualized were stacked two to three boxes high, with additional boxes identified behind those able to be visualized. Additionally, on top of two of the box stacks were two red, biohazard, plastic waste bags. On top of another box stack was noted to be a plastic sharps waste container.

When asked if biohazardous waste is typically stored in the identified garages, EMP6 stated, "I wouldn't know. ... I've only been here six months. I check that it is locked."

3. EMP6 confirmed the findings at the time of observation.

4. When asked, during a Radiology Department tour on January 25, 2019, at approximately 8:30 PM what typically happens to biohazard waste, EMP8, stated, "We normally pack them up and take them out. ... We pack them up to 50 pounds." When asked where the waste is taken, EMP8 stated, "We drop it off in the coolers." When asked if the "coolers" were the storage garages at the rear of the building, EMP8 indicated no, stating, "I don't know what's in there, to tell you the truth." When asked if EMP8 would take regular waste out to the compactor, EMP8 confirmed that removing biohazard and regular waste had not been part of [his/her] current job function.

*Cross Reference: 147.2 Maintenance of Safety and Sanitation | P4727 | | |

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 050501 | A. BUILDING | | C |
| | | B. WING | | 01/23/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 000 | INITIAL COMMENTS<br><br>This report is the result of an unannounced onsite complaint investigation (JAC18C006A) conducted on October 11, 2018, and December 4, 2018, at Ellwood City Medical Center, with additional documentation review concluding on January 3, 2019.  It was determined that the facility was not in compliance with the requirements of the Pennsylvania Department of Health's Rules and Regulations for Hospitals, 28 PA Code, Part IV, Subparts A and B, November 1987, as amended June 1998. | P 000 | | |
| P 019 | 51.5 (b) BUILDING OCCUPANCY<br><br>51.5. Building occupancy<br><br>(b) A health care facility shall request a preoccupancy survey at least 30 days prior to the anticipated occupancy of the facility or an addition or remodeled part thereof. The Department will conduct an onsite survey of the new or remodeled portion of the health care facility prior to granting approval for occupancy.  The Department may give authorization to occupy the new or remodeled portion of the health care facility by an interim written authorization.  If interim authorization for occupancy is given, the Department will provide the health care facility with formal authorization within 30 | P 019 | | |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE | (X6) DATE |
|---|---|---|
| | | |

STATE FORM                    ATG6899          D0EZ11                    If continuation sheet  1 of 10

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 050501 | A. BUILDING _____ B. WING _____ | C 01/23/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 019 | Continued From page 1 days. This Regulation is not met as evidenced by:<br><br>Based on review of facility documentation and employee interviews (EMP), it was determined that the facility utilized new equipment without obtaining approval from the Department of Health, Division of Acute and Ambulatory Care.<br><br>Findings include:<br><br>Review, at approximately 10:00 AM on October 10, 2018, of Department Head Meeting minutes from March 5, 2018, revealed, "... The Laboratory has been updated with ... new equipment. We will now have the ability to perform molecular testing. ..."<br><br>Review, between 10:04 AM and 12:15 PM on October 9, 2018, of Medical Executive Committee meeting minutes revealed, "... March 7, 2018 ... VI. CEO Report [EMP8] reported ... The Laboratory has new equipment and can now offer molecular studies. A memo will be sent out regarding the new laboratory capabilities. ... May 2, 2018 ... VI. Chief Executive Officer's Report ... The Lab has new equipment for the expanded testing capabilities and training will be held ..."<br><br>Review, at approximately 10:05 AM on October 9, 2018, of Board of Director meeting minutes from October 4, 2018, revealed, "... V. CEO Report ... Laboratory Contracts: Two contract have been signed for the Laboratory so that we can begin accepting and billing for DNA testing. ..." | P 019 | | |

STATE FORM                          ATG6899          D0EZ11                          If continuation sheet 2 of 10

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 050501 | A. BUILDING | | C |
| | | B. WING | | 01/23/2019 |

NAME OF PROVIDER OR SUPPLIER
ELLWOOD CITY MEDICAL CENTER

STREET ADDRESS, CITY, STATE, ZIP CODE
724 PERSHING STREET
ELLWOOD CITY, PA 16117

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 019 | Continued From page 2 | P 019 | | |
| | 1.  Review, at approximately 12:33 PM on November 28, 2018, of email correspondence sent by EMP8, revealed the following new Laboratory Equipment that had been ordered, installed, and utilized on the corresponding dates:  Thermo Fisher Quant Studio 12 - changes made to CLIA certification on July 20, 2018; BioFire Molecular Instrument - first patient reported on August 23, 2018; and Sofia Lyme FIA from Quidel - changes made to CLIA certification on October 29, 2018. | | | |
| | 2.  When asked, at approximately 3:08 PM on November 28, 2018, if there had been notification sent to DAAC regarding the new laboratory equipment, EMP7 stated, "I have never sent anything regarding the lab to DAAC ..." | | | |
| P 317 | 103.4 (3) FUNCTIONS | P 317 | | |
| | (3) Take all reasonable steps to conform to all applicable Federal, State, and local laws and regulations. This Regulation  is not met as evidenced by: | | | |
| | Based on a review of facility documents, observation and staff interviews (EMP), it was determined that the facility failed to ensure compliance with all applicable State Regulations. | | | |
| | The facility was deemed to be non-compliant with the following State Regulation: | | | |

STATE FORM                    ATG6899          D0EZ11                    If continuation sheet 3 of 10

PRINTED:01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 3

Act 13 of 2002 MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR (MCARE) ACT Act of Mar. 20, 2002, P.L. 154, No. 13 40 ... CHAPTER 3 PATIENT SAFETY

Based on review of facility documentation, observation and staff interviews, it was determined that the facility failed to follow the established Patient Safety Plan.

Failure to provide notification to the Department (DAAC) of anticipated termination of water service to the facility.

Findings include:

When asked, at approximately 11:10 AM on October 11, 2018, if the facility had had any utilities shut off due to nonpayment, EMP8 stated, "We had a water shut off notice, and paid the account immediately." EMP8 further confirmed that the facility had not experienced an actual shut off.

Review, at approximately 3:19 PM on November 28, 2018, of a document provided by EMP14, at approximately 2:34 PM on November 28, 2018, revealed, "... 3-Day Shut Off Notice For non-payment of your water bill This notice is to inform you that we will be shutting off your water service on or after the date shown below, because we did not receive payment for your overdue bill. ... Name:  Ellwood City Medical  Service Address:  724 Pershing St Water service to be turned off on or after 8/16/18 ..."

Review, at approximately 2:00 PM on December 19, | P 317 | | |

STATE FORM                ATG6899                D0EZ11                If continuation sheet 4 of 10

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 4 2018, of the "Ellwood City Medical Center 2018 Patient Safety Improvement & Management Program Plan," approved March 2018, revealed, "... Scope and Components of the Program: ... Retrospective Analysis- The following types of events may be addressed by the patient safety program. ... Other situations or Incidents (those which may involve infrastructure/environmental issues, ... The Ellwood City Hospital Policy on Event Reporting  Policy  It is the policy of The Ellwood City Hospital (TECH) to document and report immediately all events or unusual occurrences as defined in the guidelines set forth in this policy.  This policy shall, at all times, comply with federal, state and local regulations. ... Guidelines for Reporting Events  Events may be those involving patient care or those involving the operation of TECH. ... B.  Hospital Operations - Reported via the Unusual Occurrence Report form ... h. Infrastructure Failure ... Event Report Type and Criteria for Reporting ... Infrastructure Failure:  An undesirable or unintended event, occurrence or situation involving the infrastructure a [sic] medical facility or the discontinuation or significant disruption of a service which could seriously compromise patient safety.  Note:  Infrastructure is defined in Act 13 as structures related to the physical plant and service delivery systems necessary for the provision of health care services in a medical facility. ... Reports of infrastructure failures go to the PA DOH only through PA PSRS) ... Department of Health:  When an event meets the self-reporting provision, the hospital will immediately notify the Department of Health and/or Patient Safety Authority through the PA PSRS system. ... Patient Safety Officer Position Description ... Essential Functions:  The patient safety officer will: ... 9. Ensure compliance with serious event, incident, | P 317 | | |

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER
ELLWOOD CITY MEDICAL CENTER

STREET ADDRESS, CITY, STATE, ZIP CODE
724 PERSHING STREET
ELLWOOD CITY, PA 16117

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 5<br>and infrastructure failure reporting requirements as mandated by the law/regulations. ... Patient Safety Committee ... Responsibilities: Receiving reports from the patient safety officer. ... Functions: Provides the oversight and management of the patient safety program. ... Establishes appropriate mechanisms for the review and analysis of incidents ... and infrastructure failures, ..."<br><br>1. At approximately 11:15 AM on October 11, 2018, EMP8 confirmed that the facility had not notified the Department (DAAC) of the anticipated termination of water service.<br><br>2. At approximately 10:00 AM on December 20, 2018, EMP10 confirmed that "the subject of the water outage was not discussed at the meeting [Patient Safety]." | P 317 | | |
| P3505 | 135.5 SURGICAL EMERGENCY CARE<br><br>135.5 Surgical emergency care<br><br>There shall be an on-call schedule of physicians established and posted at each patient unit or other area where surgical patients are admitted or the communications center of the hospital to ensure that there is 24 hour emergency care or post operative follow up care, or both, available.<br>This Regulation is not met as evidenced by: | P3505 | | |

STATE FORM                    ATG6899          D0EZ11                    If continuation sheet 6 of 10

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3505 | Continued From page 6 Based on review of facility documents and staff interviews (EMP), it was determined that the facility failed to ensure the availability of 24-hour emergency care, post-operative follow-up care or both at the facility. Findings include: On October 10, 2018, at approximately 9:30 AM, a review was conducted of a memo, dated January 5, 2018, from EMP8 to the Medical Staff. Review of the document revealed, "Dear Physician, I would like to take a few moments to provide an update of some of the changes that are occurring to services and the hospital as a whole. ... Changes to Services: ... We took a long look at our operating room statistics and have negotiated a new contract with [Anesthesia Group] to provide Anesthesia coverage on a Monday through Friday, 8 hour a day basis. There will no longer be night, weekend or holiday coverage. Effective Monday, January 8, 2018, emergent cases that come in that absolutely cannot wait until morning or Monday will be sent to the most appropriate outside facility." On October 10, 2018, at approximately 12:15 PM, a review was conducted of an untitled document, listing service changes from January 1, 2018, through October 2018. Review of the document revealed, "Service Changes ... OR 3 days a week- decreased # cases (Date 1/15)." Review of "Department Head Meeting  March 5, 2018," revealed, "... Anesthesia Coverage is now reduced to Monday through Friday 7:30 am. to 3:30 pm. With no weekend surgeries or coverage. ..." | P3505 | | |

STATE FORM                    ATG6899        D0EZ11                    If continuation sheet 7 of 10

Pennsylvania Department of Health

PRINTED: 01/28/2019
FORM APPROVED

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER
**ELLWOOD CITY MEDICAL CENTER**

STREET ADDRESS, CITY, STATE, ZIP CODE
724 PERSHING STREET
ELLWOOD CITY, PA 16117

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3505 | Continued From page 7<br><br>On October 10, 2018, at approximately 12:00 PM, a review was conducted of on-call schedules for the month of October, 2018.  The review revealed a monthly schedule for: On-Call Orthopedic/General Surgery (no coverage October 19-21, 2018), On-Call Internal Medicine.<br><br>1.  At approximately 1:52 PM on October 9, 2018, when asked about X-Ray coverage for the Operating Room (OR), EMP11 stated, "There is no weekend surgeries, nor Mondays, nor Fridays. ... I don't know the exact date, I just know it's [OR services available] Tuesday, Wednesday, Thursday."<br><br>2.  At approximately 11:13 AM on October 10, 2018, EMP8 confirmed the days for operating for the OR are Tuesday, Wednesday, Thursday.<br><br>3.  At approximately 11:30 AM on October 10, 2018, when asked what would happen to a post-operative inpatient who required emergency surgical intervention during evenings or Friday through Monday, when there are no on-call surgical or anesthesia services, EMP8 stated, "We would ship them out.  The nurses upstairs [medical/surgical inpatient unit] know."<br><br>4.  At approximately 10:15 AM on October 11, 2018, an interview was conducted with EMP12.  When shown the Ortho/Surgery On-Call Schedule, EMP12 confirmed that while the physicians are on-call, they are not on-call for surgical purposes.  EMP12 added, "... They [physicians] are available, but we don't have surgery ... They're [physicians] available for consults ... It's just that we don't have the capabilities of doing | P3505 | | |

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3505 | Continued From page 8<br>surgeries after hours ..."  When asked if an inpatient has an emergency and needs intervention, if that patient would have to be transferred, EMP12 stated, "Right ... yes ..." | P3505 | | |
| P4702 | 147.2 MAINTENANCE OF SAFETY & SANITATION<br><br>147.2  Maintenance of safety and sanitation<br><br> The hospital shall be equipped, operated, and maintained so as to sustain its safe and sanitary characteristics and to minimize all health hazards in the hospital, for the protection of both patients and employes.<br>This Regulation  is not met as evidenced by:<br><br><br>Based on review of facility documentation, facility tour, and employee interviews (EMP), it was determined the facility failed to ensure that the hospital was maintained so as to sustain its safe and sanitary characteristics and to minimize all health hazards for the protection of patients in the Emergency Department, as per facility policy.<br><br>Findings Include:<br><br>Review at approximately 11:43 AM on October 23, 2018, of "Blanket and Fluid/Solution Warming Cabinets," dated April 2018, revealed, "... Policy: The | P4702 | | |

STATE FORM                                    ATG6899          D0EZ11                                    If continuation sheet  9 of 10

PRINTED: 01/28/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING B. WING | (X3) DATE SURVEY COMPLETED C 01/23/2019 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P4702 | Continued From page 9 warming of blankets and solutions can result in thermal injury to patients if precautions are not taken to prevent overheating of these items. ... B. Temperature Monitoring Protocol: ... 3. During Standard Operating days, daily blanket warming cabinet temperature checks will be conducted and logged. ..." 1. Review at approximately 12:30 PM on October 9, 2018, of "Ellwood City Medical Center Blanket Warmer Temperature Log," dated August 2018 revealed the daily blanket warming cabinet temperature checks were not logged on the following dates: August 2-5, August 7-8, August 11, August 14, August 18-19, and August 25-28. 2. Review, at approximately 12:32 PM on October 9, 2018, of "Ellwood City Medical Center Blanket Warmer Temperature Log," dated September 2018 revealed the daily blanket warming cabinet temperature checks were not logged on the following dates: September 3, September 21-23, and September 28. 3. Review, at approximately 12:34 PM on October 9, 2018, of "Ellwood City Medical Center Blanket Warmer Temperature Log," dated October 2018 revealed the daily blanket warming cabinet temperature checks were not logged on the following dates: October 1 and October 4-7. 4. EMP4 confirmed the above findings at the time of observation. | P4702 | | |



**pennsylvania**
DEPARTMENT OF HEALTH

(717) 783-8980
(717) 705-6663 (FAX)

**DATE OF MAILING:  July 29, 2019**
(Certified Mail – 7016 0910 0000 4335 8708)

## ORDER

Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117

TO:
Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117



EXHIBIT
B

You are hereby notified that the Pennsylvania Department of Health is issuing an Order against your facility pursuant to the Health Care Facilities Act ("Act"), 35 P.S. § 448.812, for:

Serious specific deficiencies cited that are not in compliance with the Hospital Rules and Regulations. (State deficiencies are enclosed).

The Department is issuing a **Provisional II** license to your facility, effective July 28, 2019, to January 28, 2020, for non-compliance with the following regulations, identified during the State Licensure survey of conducted on June 24-26, 2019, and concluded on July 9, 2019, as follows:

28 Pa. Code  § 103.4(3) Functions
28 Pa. Code  § 111.15 Storage of Perishable Food
28 Pa. Code  § 131.3 Director
28 Pa. Code  § 133.22(b) Equipment

You may appeal the issuance of this Order by requesting an Administrative Hearing before the Health Policy Board. If you wish to appeal the Department's action, you must file the attached "Notice of Appeal" within 30 days of the Date of Mailing of this decision with the Health Policy Board at the following address:

Health Policy Board
625 Forster Street
Room 825, Health and Welfare Building
Attention: Docket Clerk
Harrisburg, Pennsylvania 17120

Additionally, if an appeal is filed, an Answer to the Order must be filed with the Health Policy Board specifically admitting or denying the allegations or charges in the Order. See, 37 Pa. Code § 197.84. Failure to file said Answer shall be deemed an admission by you that all allegations or charges contained in the Order are true. The rules of practice and procedure for the Health Policy Board are found at 37 Pa. Code Chapter 197.

An appeal to the Health Policy Board shall not act as an automatic supersedeas of the decision of the Department of Health. If you wish to file a request for supersedeas, said filing must be done pursuant to 37 Pa. Code § 197.87.

If you do not request a hearing within 30 days of the Date of Mailing, this Order shall become final pursuant to 1 Pa. Code § 35.37 and 35 P.S. § 448.815.

If you request a hearing, a copy of the Notice of Appeal and Answer, if any, shall be served on the Department of Health on or before the date of filing your appeal at the address stated below, and a Certificate of Service (enclosed) shall be filed with the Health Policy Board indicating the party served:

3

Office of Legal Counsel
Pennsylvania Department of Health
625 Forster Street
Room 825, Health and Welfare Building
Harrisburg, Pennsylvania 17120

Respectfully,

Garrison E. Gladfelter, Jr
Chief, Division of Acute and Ambulatory Care
Bureau of Facility Licensure and Certification
PA Department of Health

enclosures

COMMONWEALTH OF PENNSYLVANIA
HEALTH POLICY BOARD

IN RE:                                  :
                                        :      DOCKET NO. L-
                                        :

NOTICE OF APPEAL – LICENSURE


1.   Appellant is _____
     (name, address and telephone number)

2.   Appellant appeals the following decision of the Department of Health:

     _____
     (identify the decision, e.g., denial of application for license to operate and maintain a long-term care

     _____
     facility etc.)

3.   The docket number or identifying number in the proceedings before the Department of Health, if any
     is:_____

     _____

4.   The date of mailing of the decision of the Department of Health is:

     _____

5.   Appellant lists the following specifications of objections to the decision of the Department as the basis
     for its appeal:

     _____

     _____

     _____


                                        _____
                                        (Signature of appellant or representative
                                        of appellant)


                                        _____
                                        (Name and address of appellant or
                                        representative of appellant)

                        (Attach Certificate of Service)

COMMONWEALTH OF PENNSYLVANIA
HEALTH POLICY BOARD

IN RE:                                    :
                                          :          DOCKET NO.
                                          :

CERTIFICATE OF SERVICE

I hereby certify that on or before the date of filing the foregoing document, I have served a copy thereof on each of the following persons in the manner indicated below:

Service by first-class mail addressed as follows:

_____
(name and address)

Service in person:

_____
(name and address)

Acceptance of service endorsed by the following:

_____
(name and address)

                                        _____
                                        (Signature of person filing)

                                        _____

                                        (Name and address of person filing)

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION | A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | B. WING _____ | | C 07/09/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 000 | INITIAL COMMENTS | P 000 | | |
| | This report is the result of a full State Licensure survey conducted on June 24-26, 2019, at Ellwood City Medical Center, with additional documentation review concluding on July 9, 2019.  It was determined that the facility was not in compliance with the requirements of the Pennsylvania Department of Health's Rules and Regulations for Hospitals, 28 Pa Code, Part IV, Subparts A and B, November 1987, as amended June 1998. | | | |
| | This report is the result of a full State Licensure survey conducted on June 24-26, 2019, at Ellwood City Medical Center, with additional documentation review concluding on July 9, 2019.  It was determined the facility was in compliance with the requirements of 35 P.S. § 448.809 (b). | | | |
| P 317 | 103.4 (3) FUNCTIONS | P 317 | | Completion Date: 09/30/2019 |
| | (3) Take all reasonable steps to conform to all applicable Federal, State, and local laws and regulations. This Regulation  is not met as evidenced by: | | | |
| | Based on review of facility documentation and employee interviews (EMP), it was determined that the facility failed to conform to all applicable State Laws. | | Plan of Correction: ECMC has identified and successfully recruited two members of the community to participate as members of our Patient Safety Committee. They will be extended | |
| | Ellwood City Medical Center was not in | | | |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE | (X6) DATE |
|---|---|---|

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 1 compliance with the following State law: Act 13 of 2002 Medical Care Availability and Reduction of Error (MCARE) Act of Mar. 20, 2002, P.L. 154, No. 13 40 ... Chapter 3. Patient Safety ... Section 310 Patient Safety Committee. ... (a) Composition. - (1) A hospital's patient safety committee shall be composed of the medical facility's patient safety officer and at least three health care workers of the medical facility and two residents of the community served by the medical facility who are not agents, employees or contractors of the medical facility. No more than one member of the patient safety committee shall be a member of the medical facility's board of trustees.  The committee shall include members of the medical facility's medical and nursing staff.  The committee shall meet at least monthly. This was not met as evidenced by: Based on review of facility documentation, and employee interview (EMP), it was determined that the facility failed to ensure that the patient safety committee was composed of two residents of the community served by the medical facility who are not agents, employees or contractors of the medical facility pursuant to Section 310. Findings Include: Review, at approximately 9:45 AM on June 26, 2019, of "Ellwood City Medical Center 2019 Patient Safety Improvement & Management Program Plan," dated February 2019, revealed, "... The Patient Safety Committee is to be | P 317 | invitations to attend every meeting within a reasonable timeframe of the meeting. If unable to attend they will be sent minutes of the meetings for review and will be afforded the opportunity to comment/ ask questions. Their key contact will be the Patient Safety Officer and or CQO. Their attendance and participation will be monitored and documented by the PSO. The PSO and/or CQO will be responsible for ensuring following the patient safety plan.  All logs, re-education shall have occurred no later than 9-30, 2019. ECMC has identified and successfully recruited two members of the community to participate as members of our Infection Control Committee. They will be extended invitations to attend every meeting within a reasonable timeframe of the meeting. If unable to attend they will be sent minutes of the meetings for review and will be afforded the opportunity to comment/ ask questions. Their key contact will be the Patient Safety Officer. Their attendance and participation will be monitored and documented by the PSO. The PSO and/or CQO will be responsible for ensuring following the patient safety plan. All logs, re-education shall have occurred no later than 9-30, 2019. Plan of Correction: *Restraints The hospital will take the necessary steps to ensure proper procedure and | |

STATE FORM                                   ATO6899          5M2811                              If continuation sheet 2 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:

050501 | (X2) MULTIPLE CONSTRUCTION
A. BUILDING _____
B. WING ___ ___ ___ ___ ___ | (X3) DATE SURVEY COMPLETED
C
07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER
ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE
724 PERSHING STREET
ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 2
compromised of the patient safety officer and at least 3 healthcare workers of ECMC (including a member of the hospital's medical, executive and nursing staff). ..."

1.  The review of "Ellwood City Medical Center 2019 Patient Safety Improvement & Management Program Plan," dated February 2019, revealed that two residents of community served by the medical facility who are not agents, employees of contractors of the medical facility were not included as a requirement as part of the Patient Safety Committee membership.

2.  Review, at approximately 12:00 PM on June 24, 2019, of "Patient Safety Meeting," dated January 16, 2019, revealed that the multidisciplinary committee did not include community representation.

EMP7 confirmed the above finding at the time of observation.

3.  Review, at approximately 12:04 PM on June 24, 2019, of "Patient Safety Meeting," dated February 20, 2019, revealed that the multidisciplinary committee did not include community representation.

EMP7 confirmed the above finding at the time of observation.

4.  Review, at approximately 12:07 PM on June 24, 2019, of "Patient Safety Meeting," dated March 22, 2019, revealed that the multidisciplinary committee did not include community representation. | P 317 | education on restraints and seclusion. The nursing staff will be provided a copy of the restraint and seclusion policy The nursing staff will be educated on restraint use and proper documentation. The documentation should be pertinent, accurate and concise to contribute to the continuity of patient care. The Director of Nursing will ensure that any restraint used will be presented at the patient safety committee and the documentation will be reviewed. The DON and/or CQO will perform monthly audits on nursing documentation a period of 6 months to ensure compliance. The DON and/or CQO will be responsible for ensuring proper restraint use and documentation. Results of the audit will be discussed at the Patient Safety Committee meeting. All logs, re-education, and initial Committee discussions shall have occurred no later than 9-30, 2019.

Plan of Correction:

Policy and Procedure will be developed to address procurement of perishable foods from local vendors and transported to the hospital via hospital employees. The Policy will include a process for ensuring that temperatures of perishable foods are maintained within acceptable parameters, and that they are transported in acceptable containers. Recalls of foods already purchased will be communicated from the vendor to dietary supervisor on duty as soon as necessary. A contract | |

STATE FORM                                    ATG6899          5M2811                                    If continuation sheet 3 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | C |
| | | B. WING _____ | | 07/09/2019 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 3

EMP7 confirmed the above finding at the time of observation.

5.  Review, at approximately 12:11 PM on June 24, 2019, of "Patient Safety Meeting," dated April 17, 2019, revealed that the multidisciplinary committee did not include community representation.

EMP7 confirmed the above finding at the time of observation.

6.  Review, at approximately 12:14 PM on June 24, 2019, of "Patient Safety Meeting," dated May 15, 2019, revealed that the multidisciplinary committee did not include community representation.

EMP7 confirmed the above finding at the time of observation.

*********************************************************
****************

Based on review of facility documentation and employee interviews (EMP), it was determined that the facility failed to conform to all applicable State Laws.

The facility was found to be non-compliant with the following State Law:

Ellwood City Medical Center was not in compliance with Act 52 of 2007, Medical Care Availability and Reduction of Error (MCARE) Act - | P 317 | with the vendor will be obtained and shall require the vendor to be qualified to supply hospitals with food and shall be documented by a food establishment inspection report. Monitoring of policy compliance will be completed by the Executive Director of Facilities or designee and will be on-going. The Executive Director of Facilities is the party responsible for policy compliance. Education will be provided to all parties involved in the process by review of the policy. The Executive Director of Facilities will perform monthly audits on food temperature logs for a period of 6 months to ensure compliance.  Results of the audit will be discussed at the Patient Safety Committee meeting. All logs, re-education, and initial Committee discussions shall have occurred no later than 9-30-19.

Plan of Correction:

ECMC will recruit and retain the services of a physiatrist to act as Director of Rehabilitation Services. The physician's contract will delineate the responsibilities of Director. This will be completed by the CEO/COO by 9-30-2019. If unforeseen circumstances arise prohibiting ECMC's ability to recruit and retain a Medical Director of Rehabilitation Services, the COO will prepare a monthly report for DOH outlining ECMCs progress with recruitment efforts. | |

STATE FORM                                    ATG6899        5M2811                        If continuation sheet 4 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 4 Reduction and Prevention of Health Care-Associated Infection and Long-Term Care Nursing Facilities, Act 52 of 2007.

(a) Development and compliance. -- Within 120 days of the effective date of this section, a health care facility, and an ambulatory surgical facility shall develop and implement an internal infection control plan that shall be established for the purpose of improving the health and safety of patients and health care workers and shall include:

(1) A multidisciplinary committee including representatives from each of the following if applicable to that specific health care facility:
    (i) Medical staff that could include the chief medical officer or the nursing home medical director
    (ii) Administration representatives that could include the chief executive officer, the chief financial officer or the nursing home administrator
    (iii) Laboratory personnel
    (iv) Nursing staff that could include a director of nursing or a nursing supervisor
    (v) Pharmacy staff that could include the chief of pharmacy
    (vi) Physical plant personnel
    (vii) A patient safety officer
    (viii) Members from the infection control team, which could include an epidemiologist
    (ix) The community, except that these representatives may not be an agent, employee or contractor of the health care facility or ambulatory surgical facility. | P 317 | Plan of Correction:

It is the responsibility of the Executive Director of Facility Services (EDFS) to ensure that equipment Service Contracts are maintained that include periodic preventative maintenance. When circumstances arise that are beyond the control of the EDFS that impedes compliance with regular PM schedules, the EDSF shall report them to the CEO/COO. If the CEO/COO cannot resolve the matter then the Risk Manager and EDSF will be directed to create a Risk Assessment document that will subsequently be approved and submitted to the DOH by the COO. Periodic reporting to the DOH shall be implemented until corrections are made. This sequence of events shall be embodied in the existing PM policy by 9-30-19. Monitoring shall be triggered when the Risk Assessment is completed. The Risk Assessment shall be completed within 1 week of the assignment being given. The Executive Director of Facilities will perform monthly audits on preventative maintenance for a period of 6 months to ensure compliance. Results of the audit will be discussed at the Patient Safety Committee meeting. All logs, re-education, and initial Committee discussions shall have occurred no later than 9-30, 2019.

Plan of Correction: | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 5 This is not met as evidenced by: Based on review of facility documentation and employee interviews (EMP), it was determined that the facility failed to ensure that a multidisciplinary committee included community representation. Findings include: Review, at approximately 1:00 PM on June 26, 2019, of "The Ellwood Medical Center 2019 Infection Prevention & Control Plan," dated February 21, 2019, revealed, "... The Infection Control Committee is a multidisciplinary team and a sub-committee of the Patient Safety Committee.  Membership on the ICC includes, but is not limited to, representation from the Medical Staff, Administration, Nursing, Quality, Laboratory, Pharmacy, Operating Room, Safety, Dietary, Facilities Management, Patient Safety Officer, community member ..." 1.  Review, at approximately 10:04 AM on June 25, 2019, of "Infection Control Meeting," dated February 26, 2019, revealed that the multidisciplinary committee did not include community representation. EMP7 confirmed the above finding at the time of observation. 2.  Review, at approximately 10:05 AM on June 25, 2019, of "Infection Control Meeting," dated May 28, 2019, revealed that the multidisciplinary committee did not include community representation. | P 317 | Policy and Procedure will be developed to address procurement of perishable foods from local vendors and transported to the hospital via hospital employees. The Policy will include a process for ensuring that temperatures of perishable foods are maintained within acceptable parameters, and that they are transported in acceptable containers. Monitoring of policy compliance will be completed by the Executive Director of Facilities or designee and will be on-going. The Executive Director of Facilities is the party responsible for policy compliance. Education will be provided to all parties involved in the process by review of the policy. The Executive Director of Facilities will perform monthly audits on food temperature logs for a period of 6 months to ensure compliance.  Results of the audit will be discussed at the Patient Safety Committee meeting. All logs, re-education, and initial Committee discussions shall have occurred no later than 9-30, 2019. | |

STATE FORM                                    ATG6899          5M2811                              If continuation sheet 6 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|
| | | A. BUILDING _____ | |
| | | B. WING _____ | |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ELLWOOD CITY MEDICAL CENTER | 724 PERSHING STREET ELLWOOD CITY, PA 16117 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 6 | P 317 | | |
| | EMP7 confirmed the above finding at the time of observation and further indicated, "That's the same thing with Patient Safety. We took them off after we had a meeting. [EMP1] has two people lined up. That's one of the things we discussed, but I guess we were wrong." | | | |
| | ***************************************************** **************** | | | |
| | Based on review of facility documentation, medical record review (MR), and employee interview (EMP), it was determined that the facility failed to conform to all applicable Federal regulations. | | | |
| | Ellwood City Medical Center was not in compliance with §482.13(e)(16)(ii). | | | |
| | Review of §482.13(e)(16)(ii) revealed, "... When restraint or seclusion is used, there must be documentation in the patient's medical record of the following: ... A description of the patient's behavior and the intervention used. ..." | | | |
| | This is not met as evidenced by: | | | |
| | Based on review of facility documentation, medical record review (MR), and employee interview (EMP), it was determined that the facility failed to include documentation in the patient's medical record of a description of the patient's behavior for one of one restraint records reviewed (MR10). | | | |
| | Findings include: | | | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 7

Review, at approximately 11:46 AM on June 27, 2019, of "Restraint and Seclusion," reviewed September 2017, revealed, "... Procedure ... 8. Document use of device as appropriate, including: a. The patient/residents behavior indicating need for restraint ..."

1. A review of MR10 was completed between 10:15 AM and 10:30 AM on June 25, 2019. Review of MR10 revealed that the patient was placed in bilateral wrist restraints between 7:18 PM and 11:18 PM on April 10, 2019. Review of the record revealed no description of the patient's behavior prior the application of the bilateral wrist restraints.

This finding was confirmed by EMP7 at approximately 1:15 PM on June 25, 2019. EMP7 stated, "I checked with [EMP6], and it's not there [the restraint documentation]. I told [him/her] that [he/she] would have to come up with a Plan of Correction and education."

***************************************************************

Based on review of facility documentation, medical record review (MR), and employee interview (EMP), it was determined that the facility failed to conform to all applicable Federal regulations.

Ellwood City Medical Center was not in compliance with §482.13(e)(16)(v).

Review of §482.13(e)(16)(v), revealed, "... When restraint or seclusion is used, there must be | P 317 | | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING ____ . _____ . _ ___ ____ __ .. | (X3) DATE SURVEY COMPLETED  C  07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE  724 PERSHING STREET  ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 8  documentation in the patient's medical record of the following:  The patient's response to the intervention(s) used, including the rationale for continued use of the intervention. ..."  This is not met as evidenced by:  Based on review of facility documentation, medical record review (MR), and employee interview (EMP), it was determined that the facility failed to include documentation in the medical record of the patient's response to the intervention for one of one restraint records reviewed (MR10).  Findings include:  Review, at approximately 11:46 AM on June 27, 2019, of  "Restraint and Seclusion," reviewed September 2017, revealed, "... Policy ... The condition of the restrained patient must be monitored every 2 hours and reevaluated.  This assessment includes, as appropriate to the type of restraint or seclusion employed:  a.  Signs of any injury associated with the application of restraint or seclusion  b.  Nutrition/hydration  c. Circulation and range of motion in the extremities  d.  Vital signs  e. Hygiene and elimination  f. Physical and psychological status and comfort  g. Readiness for discontinuation of restraint or seclusion  h.  Whether the restraint was removed/reapplied etc. under direct supervision ..."  1.  A review of MR10 was completed between 10:15 AM and 10:30 AM on June 25, 2019.  Review of the record revealed no documentation | P 317 | | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | K1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE  724 PERSHING STREET  ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 317 | Continued From page 9 of a completed restraint assessment when the patient was placed in bilateral wrist restraints between 7:18 PM and 11:18 PM on April 10, 2019.  This finding was confirmed by EMP7 at approximately 1:15 PM on June 25, 2019.  EMP7 stated, "I checked with [EMP6], and it's not there [the restraint documentation].  I told [him/her] that [he/she] would have to come up with a Plan of Correction and education." | P 317 | | |
| P1115 | 111.15 STORAGE OF PERISHABLE FOOD  111.15  Storage of perishable foods.  Perishable foods shall be refrigerated at the appropriate temperature and in an orderly and sanitary manner as provided in regulations of the Department of Environmental Resources, set forth in 7 Pa. Code § 78.21-78.24, 78.31 and 78.32 (Reserved). Foods being displayed or transported shall be protected from contamination and held at proper temperatures in clean containers, cabinets or serving carts.  This Regulation  is not met as evidenced by:  Based on review of facility documentation and employee interviews (EMP), it was determined the facility failed to ensure that foods being transported shall be protected from contamination and held at proper temperatures in clean containers, cabinets or serving carts. | P1115 | | |

STATE FORM                    AT06899          5M2811                    If continuation sheet  10 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1115 | Continued From page 10 Findings Include: Review, at approximately 1:37 PM on June 25, 2019, of "Ellwood City Medical Center Standard Policy and Procedure Dietary/Front Door Café Food Safety," revised April 2019, revealed, "Policy:  Foods will be received in good quality and at the appropriate temperature.  Receiver will check for the appearance, dented cans, broken seals and smell.  Refrigerated food will be stored at 34-40 degrees ... Frozen food will be stored at 0-10 degrees. ..." Review, at approximately 1:39 PM on June 25, 2019, of "Ellwood City Medical Center Standard Policy and Procedure Dietary/Front Door Purchasing Food & Janitorial," no date, revealed, "... Food and janitorial products will be purchased from [OTH3], [OTH4], [OTH5], and local providers weekly, as needed. ..." 1.  Review, at approximately 3:23 PM on July 2, 2019, of an aged vendor report, current as of June 26, 2019, as provided by the facility, revealed an outstanding account balance to OTH5. 2.  Review of the receipt book provided revealed approximately 198 receipts, dated between September 1, 2018, and June 21, 2019, from approximately 15 local stores outside of OTH3, OTH4 and OTH5, which were reviewed for purchases of items for consumption at the facility. 3.  When asked, at approximately 11:50 AM on June 25, 2019, if the facility was receiving food | P1115 | | |

STATE FORM                    ATG5899                 5M2811                    If continuation sheet 11 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | K1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P1115 | Continued From page 11 from local vendors, EMP29 stated, "Yes. I have been one of the fortunate departments that is allowed to go out and purchase the items we need. ... We have been doing it since our last vendor delivery around Thanksgiving. ..." When asked how long the trips were on average to local venders, EMP29 stated, "20 minutes there and 20 minutes back. ..." When asked if there was any temperature tracking during local vendor trips, such as a refrigerated truck, EMP29 stated, "No, but we could take a cooler with us if that would be acceptable. There needs to be a way of tracking, but my ice cream is still frozen upon return. ... I guess we should be properly carrying products back instead of how we would do it for at home. ..." When asked, if there was a policy for tracking with local vendors, EMP29 stated, "No, it's not spelled out in a policy. ..." When asked, if there was tracking of the hospital vehicles used, EMP10 stated, "Yes, but they haven't been filling out the log. ..." When asked if there was a contract for the local vendors, EMP10 stated, "No. ..." 2. When asked, at approximately 12:20 PM on June 25, 2019, if [he/she] was aware of the local vendor food suppliers, EMP7 stated, "... It's something that we assumed was going on, but we didn't think it was that bad. ..." | P1115 | | |
| P3103 | 131.3 DIRECTOR 131.3 Director A hospital which provides services shall organize those services under the direction and supervision of: a | P3103 | | |

| STATE FORM | AT06899 | 5M2811 | If continuation sheet 12 of 19 |
|---|---|---|---|

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>050501 | (X2) MULTIPLE CONSTRUCTION<br><br>A. BUILDING _____<br><br>B. WING __ __ __ __ __ __ | (X3) DATE SURVEY COMPLETED<br>C<br>07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE<br>724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3103 | Continued From page 12<br>physiatrist who is a member of the medical staff; a physician who is a member of the medical staff and who, on the basis of training and experience, is knowledgeable in physical medicine; or a medical staff committee whose chairman directs the program with committee guidance.<br>This Regulation is not met as evidenced by:<br><br>Based on review of facility documentation, facility tour, and employee interviews (EMP), it was determined that the facility failed to ensure that the facility's Rehabilitation Service was organized under the direction and supervision of: a physiatrist who is a member of the medical staff; a physician who is a member of the medical staff and who, on the basis of training and experience, is knowledgeable in physical medicine; or a medical staff committee whose chairman directs the program with committee guidance.<br><br>Findings include:<br><br>Review, at approximately 1:15 PM on June 25, 2019, of the facility's organizational chart, revised February 2019, identified EMP11 as the Director of Ancillary Services. Physical Therapy, Occupational Therapy, and Speech Therapy services were under the management of Ancillary Services.<br><br>A tour of the Rehabilitation Department was completed between approximately 10:30 AM and 11:10 AM on June 25, 2019. | P3103 | | |

STATE FORM                                    ATO6899        5M2811                    If continuation sheet  13 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  050S01 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE  724 PERSHING STREET  ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3103 | Continued From page 13 | P3103 | | |
| | 1. During the tour of the Rehabilitation Department, after clarification was received, it was determined that EMP11 was in charge of the Rehabilitation Department. | | | |
| | 2. During the tour of the Rehabilitation Department, when asked who was in charge of the Rehabilitation Department, EMP11 stated, "...I'm in charge of the paperwork part ..." | | | |
| | 3. During the tour of the Rehabilitation Department, when asked what [his/her] job title was, EMP11 stated, "I'm a Rad Tech [Radiology Technician]." | | | |
| | 4. At approximately 1:45 PM on June 26, 2019, when asked if the facility had a Physiatrist who was overseeing the Rehabilitation Department, EMP1 stated, "I think it would be [EMP28]. [He/She] has a Doctorate." When asked for clarification if EMP28 was in charge of the Rehabilitation Department, EMP1 stated, "Yes." | | | |
| | 5. At approximately 1:00 PM on June 26, 2019, EMP28 was not identified to be a licensed physician on the Pennsylvania Department of Health's licensure verification website. | | | |
| P3324 | 133.22 (b) EQUIPMENT  133.22  (b) There shall be a written preventive maintenance program which includes techniques for cleaning and for contamination control as well as | P3324 | | |

| STATE FORM | | ATG6899 | 5M2811 | If continuation sheet 14 of 19 |
|---|---|---|---|---|

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  050501 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ _____ | (X3) DATE SURVEY COMPLETED  C  07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE  724 PERSHING STREET  ELLWOOD CITY, PA  16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3324 | Continued From page 14 for the scheduled periodic testing of all equipment with records kept of the results of such testing. This Regulation  is not met as evidenced by:<br><br>Based on review of facility documents and employee interviews (EMP), it was determined that the facility failed to follow its policy to ensure that service contracts were maintained and/or preventative maintenance services were completed for 11 of 20 pieces of Imaging Equipment.<br><br>Findings Include:<br><br>Review, at approximately 1:56 PM on June 25, 2019, of "Imaging Equipment Care and Service," reviewed May 2019, revealed, "... The hospital will also maintain Service Contracts for all Imaging Equipment that will ensure a safe provision of services and will minimize the risk of medical equipment failure. ... Procedure for Routine Preventative Maintenance: Periodic equipment inspections (PMs) shall be performed by engineers to ensure equipment is running properly.  Routine maintenance is part of the service contract purchased at time of equipment purchase.  These will be performance based on each vendors' recommendations. ..."<br><br>1.  Review, at approximately 1:57 PM on June 25, 2019, of [internal facility communication], dated June 25, 2019, revealed, "... I did check with [OTH6] from [OTH7] (our service tech) 5/29/19 to have [him/her] confirm dates. [He/She] | P3324 | | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:

050501 | (X2) MULTIPLE CONSTRUCTION

A. BUILDING _____

B. WING _____ | (X3) DATE SURVEY COMPLETED

C
07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER

ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE

724 PERSHING STREET
ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3324 | Continued From page 15
did say that we get only one PM a year, so that would have made the larger machine (IE33) due for a PM in May of this year (2019), but it was not done.  According to [him/her] due to the fact that the hospital is on a credit hold and currently the service contract is suspended. ..."

2. Review, at approximately 12:40 PM on June 25, 2019, of "[OTH8] Fluoro, Room 2," revealed that the last performance maintenance was completed on May 1, 2018.

EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 1, 2019.

3. Review, at approximately 12:42 PM on June 25, 2019, of "[OTH9] Bone Density (DEXA)," revealed that the last performance maintenance was completed on October 10, 2017.

EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 2, 2019.

4. Review, at approximately 12:42 PM on June 25, 2019, of "Mammography," revealed that the last performance maintenance was completed on August 8, 2017.

EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 2, 2019.

5. Review, at approximately 12:43 PM on June 25, 2019, of "Ultrasound [OTH7] iu22," revealed that the last performance maintenance was | P3324 | | |

STATE FORM                          ATG6809          5M2811                    If continuation sheet 16 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3324 | Continued From page 16 completed on November 6, 2017. EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 2, 2019. 6. Review, at approximately 12:45 PM on June 25, 2019, of "Med-Rad Injector," revealed that the last performance maintenance was completed on March 15, 2018. EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen during April of 2018. 7. Review, at approximately 12:46 PM on June 25, 2019, of "[OTH10] Carm," revealed that the last performance maintenance was completed on March 29, 2017. EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on June 26, 2019. 8. Review, at approximately 12:48 PM on June 25, 2019, of "IE33 Ultrasound," revealed that the last performance maintenance was completed on May 31, 2018. EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 1, 2019. 9. Review, at approximately 12:49 PM on June 25, 2019, of "[OTH11] Portable," revealed that the last performance maintenance was completed on November 14, 2017 | P3324 | | |

STATE FORM                          ATC8899        5M2811                          If continuation sheet 17 of 19

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ ____ __ __ ___ __ ... | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3324 | Continued From page 17 | P3324 | | |
| | EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen "a long time ago" and they could not give an exact date. | | | |
| | 10.  Review, at approximately 12:50 AM on June 25, 2019, of "Cat Scan [OTH7]," revealed that the last performance maintenance was completed February 21, 2019. | | | |
| | EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 2, 2019. | | | |
| | 11.  Review, at approximately 12:52 PM on June 25, 2019, of "Med-Rad Injector," revealed that the last performance maintenance was completed on January 7, 2019. | | | |
| | EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 2, 2019. | | | |
| | 12.  Review, at approximately 12:55 PM on June 25, 2019, of "MRI," revealed that the last performance maintenance was completed on February 18, 2019. | | | |
| | EMP11 confirmed the above finding at the time of observation and later indicated that the last patient was seen on July 1, 2019. | | | |
| | 13.  When asked, at approximately 11:30 AM on July 2, 2019, how often each piece of radiology equipment required performance maintenance, EMP 11 stated, "Ultrasound twice a year.  MRI | | | |

PRINTED: 07/29/2019
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 050501 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 07/09/2019 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER ELLWOOD CITY MEDICAL CENTER | | STREET ADDRESS, CITY, STATE, ZIP CODE 724 PERSHING STREET ELLWOOD CITY, PA 16117 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P3324 | Continued From page 18 and CAT Scan quarterly.  X-ray equipment annual. .." 14.  When asked, at approximately 10:14 AM on July 9, 2019, if the C-arm was considered a piece of x-ray equipment, EMP7 stated, "Yes. ..." | P3324 | | |

STATE FORM                                      ATO6899            5M2811                      If continuation sheet 19 of 19

**pennsylvania**
DEPARTMENT OF HEALTH

November 27, 2019

Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117

Dear Ms. Annarumo:

This letter serves as notice to your facility that the Pennsylvania Department of Health (Department) is imposing a ban on admissions and suspending emergency department services **effective immediately**.

Pursuant to its authority under Section 811 of the Health Care Facilities Act (Act), 35 P.S. §448.811, the Department is hereby suspending admissions to your facility for serious violations of the Act and the Department's regulations (Regulations), 28 Pa. Code §§101.1-158.37. Specifically, the Department has identified the following serious violations:

- Twelve patients have been transferred to other facilities over the past two weeks due to the computerized tomography (CT) scan being out of service. Other radiology services, including ultrasound, are not continuously available.

- A patient has been transferred to another facility due to a feeding tube dislodgment.

- Patients have been transferred to other facilities using private vehicles.

- A patient was turned away from the emergency department due to the facility's inability and failure to provide magnetic resonance imaging (MRI) services.

- Ninety (90) employees have not been paid for services provided.

- No anesthesia services have been available since October 2019.

These deficiencies pose a significant threat to the health and safety of patients. Therefore, the ban on admissions described above is effective immediately in accordance with to Section 814 of the Act, 35 P.S. §448.814.

Additionally, your facility must **immediately suspend the provision of emergency services** through your facility's emergency department. The Department's imposition of this suspension is authorized by Section 811 of the Act and warranted by



EXHIBIT
C
tabbies

the serious violations of the Act and Regulations the Department has identified above.

The ban on admissions and suspension of emergency services through the emergency department will be in place until the Department determines that there is no longer a significant threat to the health or safety of patients. The facility may not hold itself out to the public as being able to provide these services while the ban and suspension is in place.

Please contact me at 717-547-3112 if you have any questions.

Sincerely,

Garrison E. Gladfelter Jr.
Director, Division of Acute and Ambulatory Care

cc:    Rocky Rocco
       Sarah Kurish
       Susan Coble

**Corrective Measures Implementation at Ellwood City Medical Center (ECMC)**
**January 6, 2019**

Per the Department of Health's (Department) ban on admissions and suspension of emergency department services and phone call/meeting with ECMC leadership on Tuesday, December 3, 2019, please see the below summary of minimum corrective measures that must be implemented and/or addressed:

**Suspension of Emergency Department Services**

1. Equipment – equipment to provide emergency services and basic diagnostic services must be operational and continually available. Operational includes performing required preventative maintenance.
   a. Emergency room equipment - CT scanner, ultrasound
2. Supplies – supplies must be continually available for all services the facility is holding itself out as being able to provide.
   a. Lab supplies
   b. Quality Control check supplies for blood gas
3. Staffing – staffing must be adequate to provide and maintain services.
   a. Emergency department management contract must be in place if services provided through contract.
   a. Staff must be paid. The Department should not have to micro-manage staffing levels at the facility by inspecting whether the staff that have not been paid are still coming to work.
   b. If a service cannot be provided due to staffing issues, the facility must go on divert to prevent patients from presenting and being unable to receive services. However, this is not an acceptable long-term solution.

*If the suspension of emergency department services is to be lifted prior to the ban on admissions being lifted, appropriate measures must be put into place to guarantee the safe transfer of patients requiring inpatient services, including transfer agreements and EMS support. It is not acceptable for patients to be transferred by private vehicle.*

**Ban on Admissions**

1. Equipment- equipment must be operational and continually available. Operational includes performing required preventative maintenance.
   a. All Diagnostic Equipment, including MRI
   b. Laboratory Equipment
2. Supplies- supplies must be continually available for all services the facility is holding itself out as being able to provide.
3. Staffing
   a. Staff must be paid. Failure to make required payments immediately creates doubt that staff will be available to provide services. The Department should not have to micro-manage staffing levels at the facility by inspecting whether the staff that have not been paid are still coming to work.



b. Staffing levels must be adequate and continuous. It is not acceptable to continually suspend services for temporary leaves of absence. There must be a contingency plan in place for leaves of absence.

c. Night and weekend medical staff coverage must be available for any inpatient services the facility holds itself out as providing, though an on-call physician may be acceptable if no patients are admitted.

Note: the Department will require confirmation that the action or plan is actually in place and the facility will be expected to maintain continued compliance and services.

## Initial  Temporary Suspension of Clinical Services Plan:

Temporarily suspend all services until January 6, 2020.  The only people that will remain in the building will be completing administrative work.  No patients.  We would like to re-open OP on 1/13/20and all services 1/31/20.

**\*\* Please note that all timelines are subject to change based on how long it takes to get responses from the various government bodies.**

The temporary suspension of service plan is as follows:

The Ellwood City Medical Center is requesting to temporarily suspend all clinical services in our facility.  There are several operational issues that need to be addressed immediately and for the safety of our patients we believe that it is in their best interest if we voluntarily suspend our services until we can find reasonable solutions to the identified issues.  Our plan will be to try to re-open in early to mid-January with the necessary approvals from the Department.  In the interim our plan for the suspension of services is as follows:

1.  The temporary cessation is effective immediately.
2.  Signage will be posted on all entrance points
3.  Any scheduled patients will be called to let them know they will need to seek care at another facility
4.  Departments will work with vendors to ensure that equipment is taken down according to manufacturer suggestions
5.  Medications that can be returned to suppliers will be returned, those that cannot be returned will be stored under double lock and key.
6.  Perishable food items will be discarded.
7.  Most of the remaining clinical staff will be laid off or may take PTO if they choose
8.  The following people will remain in the building, which will require about 20 people total.
9.  All phone calls coming into the main hospital will be sent to Medical Records

24/7  - Security (Comprised mostly of our Maintenance Staff, plus 2 housekeepers)

- Housekeeping – 1 or 2 people
- Medical Records -  1-3  for coding and med record release
- Lab – 1 for finishing up pending results  - done at the end of the week
- HR – 1-2 people to help with unemployment claims and pensions
- Rad – 1 to close up – done at the end of the week
- Pharmacy – 1 -2 people that maintains security of medications that cannot be returned
- Business Office – 3-4 people to keep processing payments, billing and accounts payable
- Admin – 1 person as point of contact for DOH, public, vendors, formulate plans of correction
- IT – 2 people to continue new EMR build

Effective immediately, we will not provide any clinical service to patients.  There may be a few extra staff present the remainder of this week to facilitate closing up some of the areas.

The local police department has been contacted and agreed to send a patrol car around the building every few hours as an added layer of security.

## Funding for the Plan:

As of December 10th, 2019 total Gross AR for Ellwood City Medical Center totaled $6.7M with an expected collection after contractual adjustments of $1.9M.  The breakdown by payor is below.



| Payor | Gross | Net 29% |
|---|---|---|
| Auto | 34,839 | 10,103 |
| Blue Cross | 453,323 | 131,464 |
| Tricare | 162,736 | 47,193 |
| Commercial | 787,420 | 228,352 |
| Medicare/Medicaid | 2,895,509 | 839,698 |
| Self Pay | 2,263,271 | 656,348 |
| Workers Comp | 95,056 | 27,566 |
| **Subtotal Hospital** | **6,692,153** | **1,940,724** |

Ellwood City is expected to collect, $850K within the next 90 days.  Accounts Receivable that is greater than 150 days outstanding will be remitted to the contracted Americore collection agency for payment by January 5th, 2020.

Ellwood City Medical Center also currently is carrying $30.2M of Gross AR on its balance sheet for laboratory services provided by the medical center.  The largest outstanding balance is a receivable from the Blue Cross network.  Americore is currently in negotiations for receipt of this outstanding balance.

| Payor | Gross |
|---|---|
| Blue Cross | 21,254,934 |
| Commercial | 5,491,757 |
| HP | 30,514 |
| Self Pay | 2,992,981 |
| Medicaid | 296,278 |
| Auto | 22,879 |
| Workers Comp | 64,480 |
| Other | 11,764 |
| **Subtotal Lab** | **30,165,587** |

Ellwood City Medical Center is also expected to collect $1.3M for physician professional fees that are not yet processed or billed.  The physicians are in the process of credentialing through the insurance payors with an expected completion of January 2nd, 2020.  At this time Ellwood City will be billing professional fees to the insurance payors with an expected collection of $1.3M through the end of January 2020.

Ellwood City Medical Center has provided services for approximately 4,500 patients through our Outreach Lab that expenses were incurred of approximately $2M.  To date, Ellwood City has yet to recover the collections on these Highmark patients that were provided services.  Expected collection is $5M.  We are currently working with Highmark on a resolution to this matter.

Along with funding operations with reimbursement from current services provided and collections of outstanding revenue owed by insurance companies, as described above, Americore Health has also contracted an outside company to review all billings and receivable to assess these items for underpaid and erroneously denied claims.  Preliminarily the company has looked just at UPMC and Highmark and found that there is approximately $6,000,000 potentially owed by Highmark and $1,200,000 owed by UPMC.  These are estimates and we would conservatively expect to collect about half of these funds. The $3,600,000 would be used to support the operational needs of the facility.

## The Plan for Emergency Services to be Restored:

Equipment – CT Temporary Solution

Americore Health CEO is contracting to have a mobile CT Scanner brought on-site. We are providing you with the paperwork attached. The unit will be located on the side of the building that was specifically designed for mobile unit use. Prior to operations starting again, we realize that we need to take the following steps:

1. Submit a detailed plan for the use of the mobile unit to Life Safety for approval
2. We will need to receive a quote and have a fire resistant enclosure to protect patients from the elements installed from the building to the mobile unit.
3. Ask for an Occupancy Survey from the DOH.

I anticipate this to take approximately 3-4 weeks to complete – Resume business 1/6/20
The funds to support these efforts will be obtained through hospital collections for services rendered, see above

## Equipment – CT Permanent Solution

Americore Health CEO has started the process to purchase another CT Scanner. The purchase price is $190,000 and it will come with a service agreement (with a separate cost???). In order to accomplish this, we realize that we need to take the following steps:

1. Submit a detailed plan for the use of the mobile unit to Life Safety for approval
2. Submit drawings to Plan Review for approval (if structural changes are needed)
3. Ask for an Occupancy Survey from the DOH

I anticipate this to take approximately 2 months to complete – Resume business 3/16/20
The funds to support this effort will be obtained through hospital collections for services rendered, see above

## Equipment – Other

The Ellwood City Medical Center has a service agreement for PM work with Consensys. We need to catch up on a payment to them of approximately $9,000 for them to begin PM work again. This will include the MRI, US, and X-Ray equipment. The only PM work that needs completed that I am aware of right now is the MRI.

I anticipate that the payment to be made and PM completed prior to 1/6/20
The funds to support this effort will be obtained through hospital collections for services rendered, see above.

## Supplies – Lab

Americore Health CEO will work with Beckman to set up a payment plan to ensure that there is no interruption of supplies for the lab. This can be achieved now through the cost reductions that have occurred. The hospital has Beckman equipment and most of the lab supplies needed have to be purchased through Beckman.

I anticipate that the payment plan will be established and supplies delivered prior to 1/6/20. The funds to support this payment plan will be obtained through hospital collections for services rendered (see above)

## Supplies  - Blood Gas

The hospital has a contract with Siemans for the blood gas supplies. The invoices are paid up to date and supplies are being shipped on a regular basis.

This issue is already resolved.

Staffing – Emergency Department - Contract

Ellwood City Medical Center currently has a contract in place with Western Healthcare to provide ED physician coverage and to provide for an Emergency Department Medical Director.  It has been in place since December 2018.  The cost of this service is $40,000/month which will be paid through the hospital collections for services rendered (see above).

Staffing – Availability

Staffing ratios have been adjusted to meet the volume of the business.  With the re-sizing of the staff that had occurred on 12/5 and again on 12/10, it has made it possible for the hospital to meet payroll.  The funds to make payroll will be obtained through hospital collections (see above).   Net payroll will be down to about $110,000 per pay period.

Staffing – Lack of Staffing

Ellwood City Medical Center CEO or appointee will establish contracts with staffing agencies that can fill staffing needs as they arise.  There is already a contract in place with Aya for nursing staff and one in place with Titan Medical for radiology staff.

I anticipate this to take 2-3 weeks to complete.  Resume business on 1/6/20 with contracts in place.  The funds to support this payment plan will be obtained through hospital collections for services rendered (see above)

Transfers

Ellwood City Medical Center's CEO or appointee will ensure that we have appropriate transfer agreements in place with several of the other local hospitals and contact EMS with details of what services we can safely handle in our facility.

I anticipate this to take 2-3 week also to complete.  Resume business on 1/6/20 with contracts in place.

## The Plan to Get Admissions Reinstated

Equipment – Diagnostic

Ellwood City Medical Center's CEO or appointee will establish a contract or hire staff to ensure that there is continuous coverage for X-Ray, CT, Ultrasound and MRI.

The CEO will also ensure that the service agreement for PM work with Consensys is being honored.  We need to catch up on a payment to them of approximately $9,000 for them to begin PM work again.  This will include the MRI, US, and X-Ray equipment.  The only PM work that needs completed that I am aware of right now is the MRI.

I anticipate that it will take 2-3 weeks to either hire or establish a contract to staff the diagnostic equipment continuously and make the payment and have the PM completed prior to 1/6/20
The funds to support this effort will be obtained through hospital collections for services rendered (see above).

Equipment – Laboratory

Americore Health CEO will work with Beckman to set up a payment plan to ensure that there is no interruption of service or PM for the lab equipment.  This can be achieved now through the cost reductions that have occurred.

The hospital has Beckman equipment and most of the lab supplies needed have to be purchased through Beckman.

I anticipate that the payment plan will be established and service restored prior to 1/6/20. The funds to support this effort will be obtained through hospital collections for services rendered (see above).

### Supplies

Ellwood City Medical Center currently has contracts with Medline, Henry Schein, Bard, and many other vendors. We are current with most of the vendors that we use on a regular basis and are on a pre-pay plan with each. Americore Health CEO will have to work with Beckman to set up a payment plan to ensure that there is no interruption of supplies for the lab. This can be achieved now through the cost reductions that have occurred and hospital collections for services rendered. The hospital has Beckman equipment and most of the lab supplies needed have to be purchased through Beckman.

I anticipate that all balances will be paid and a payment plan will be established and supplies delivered prior to 1/6/20. The funds to support this effort will be obtained through hospital collections for services rendered (see above).

### Staff - Payroll

Americore Health CEO will ensure that all future payrolls are paid in full on the employees assigned Pay Day. This can be achieved now through the cost reductions that have occurred and hospital collections for services rendered. There is approximately $280,000 in payroll outstanding from 11/22 and 12/6 paydays that will need to be paid and payroll is due again on 12/20. This money will come from collections and investors (see above).

I anticipate that this obligation will be fully funded by 1/6/20.

### Staff – Levels

Ellwood City Medical Center CEO or appointee will either hire staff or establish contracts with staffing agencies that can fill staffing needs as they arise. There is already a contract in place with Aya for nursing staff and one in place with Titan Medical for radiology staff. This can be achieved now through the cost reductions that have occurred and hospital collections for services rendered.

I anticipate this to take 2-3 weeks to complete. Resume business on 1/6/20 with contracts in place.

### Staff – Medical

Ellwood City Medical Center currently has a contract in place with Western Healthcare to provide Hospitalist physician coverage on a 24/7 basis. It has been in place since August 2019. The cost of this service is $9,600/month which will be paid through the hospital collections for services rendered.

## General Plan for Hospital Operations Leadership

Prior to re-opening the Ellwood City Medical Center, Americore Health will be re-organizing the governing body and leadership personnel for the facility and recruiting individuals with experience running a hospital.



**pennsylvania**
DEPARTMENT OF HEALTH

December 23, 2019

Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA   16117

Dear Ms. Annarumo:

The plan you provided on December 18, 2019 ("Plan"), to re-open Ellwood City Medical
Center ("Facility") on January 6, 2020, has been reviewed by the Pennsylvania
Department of Health ("Department").

The Department cannot determine the Plan is acceptable on its face as it is highly
speculative in nature and missing critical components relating to the Facility's
infrastructure. However, in the interest of the community and continued access to quality
health care for those in and near Ellwood City, the Department will conditionally grant
your request to allow the Facility to temporarily suspend services with the goal of
re-opening some services on January 6, 2020. This conditional approval is effective
through January 3, 2020. On or around January 3, 2020, the Department will conduct a
survey to determine the Facility's suitability for continued licensure. If the Facility is
suitable for safe operation, the Department will allow the Facility to withdraw its request
for a temporary suspension of services. The Department will also agree to evaluate lifting
the ban on admissions and suspension of emergency department services imposed by the
Department on November 27, 2019 at that time.

For the Facility to operate under a temporary suspension of services, the Department
imposes the following conditions:

- Medical records must be safely stored and made available to patients at their
  request. The Facility must show that there is adequate staff to complete requests.
  The Facility must also contact a medical records storage facility to determine
  what steps would need to be taken to store records if the facility were to close and
  the cost associated with such storage.
- Medications must be removed from the facility or safely stored. No Schedule II
  medications can be stored on-site. The pharmacy must be secured at all times.
- The facility must maintain 24/7 on-site security.
- All perishable foods must be removed from the facility.
- All hazardous and routine waste must be removed from the facility.
- Any additional measures the Department determines necessary to allow the
  suspension of services to continue. Such additional measures will be directly
  communicated to the facility.



EXHIBIT

F

ion of Acute and Ambulatory Care | Central Office | 625 Forster Street| H&W Bldg, Room 532 |
Harrisburg,  PA 17120 | Phone: 717.783.8980| Fax: 717.705.6663



**pennsylvania**
DEPARTMENT OF HEALTH

Failure to adhere to these conditions could result in immediate revocation of the
Facility's license or other penalties allowable by law. The Department reserves the right
to adjust the terms of this conditional approval at any time and will provide you written
notice of an adjustment. Nothing in this letter shall be construed to limit the Department's
authority to oversee and license the facility, including the ability to conduct on-site
inspections or revoke the Facility's license if such actions are warranted.

Please keep in mind that the current Provisional II license under which the Facility is
operating will expire on January 28, 2020. The Department is requesting that the Facility
accept a Provisional III license by completing an application and paying the associated
fee on or before January 24, 2020 to prevent any lapse in licensure. If an application and
payment is not received by January 24, the Department may issue an order imposing the
provisional license or take other necessary action.

Respectfully,

Garrison E. Gladfelter, Jr.
Director, Division of Acute and Ambulatory Care
PA Department of Health

cc:      Robert Jackson, HFQE Supervisor (HFO)



**pennsylvania**
DEPARTMENT OF HEALTH

January 7, 2020

Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA   16117

Dear Ms. Annarumo:

This letter is to follow-up on the Pennsylvania Department of Health's ("Department")
letter to you dated December 23, 2019. In accordance with that correspondence, the
Department conducted an on-site inspection at Ellwood City Medical Center ("Facility")
on January 3, 2020 and determined the Facility was not in compliance with the terms of
the December 23 letter and has not shown its suitability to begin providing any health
care services.

As a result of these findings, the Department will not be lifting the ban on admissions or
suspension of emergency department services at this time. Accordingly, the licensure
status of the Facility is under review by the Department. The Department continues to
expect compliance with the terms of operation described in the December 23 letter and
any relevant statutes and regulations.

Sincerely,

Garrison E. Gladfelter Jr.
Director
Division of Acute and Ambulatory Care

cc: Sarah Kurish, DoH Legal
    Robert Jackson, HFQE Supervisor



**EXHIBIT**

**G**



**pennsylvania**
DEPARTMENT OF HEALTH

January 13, 2020

Ms. Beverly Annarumo, Chief Executive Officer
Ellwood Medical Center Operations, LLC d/b/a Ellwood City Medical Center
724 Pershing Street
Ellwood City, PA  16117

Dear Ms. Annarumo:

I write today to elaborate on the Pennsylvania Department of Health's ("Department")
expectations of compliance with the conditions imposed through the Department's
approval of the temporary suspension of clinical services at Ellwood City Medical Center
("Facility").

As you recall, in the letter I sent to you dated December 23, 2019, the Department
imposed conditions to allow the Facility to operate under a suspension of services. Since
then, the Department has further identified the following concerns that it is requiring the
Facility to address as described below:

> Building Security: The Department requires the facility to continue to provide
> 24/7 security at the building and to ensure that such security is able to adequately
> secure the premises of the Facility as a whole as well as the individual rooms,
> units, and/or departments within the Facility.

> Medical Records: It is the Department's understanding that the Facility is
> providing medical records to patients on an appointment-basis. It is also the
> Department's understanding that documents containing Protected Health
> Information are located in various units and rooms throughout the Facility. The
> Department requires that all medical records and documents containing Protected
> Health Information be removed from the Facility and stored at a location where
> continued patient access may be attained in a secure and orderly manner. Please
> provide a plan and timeline of how and when the Facility intends to comply with
> this provision.

> Pharmaceuticals: It is the Department's understanding that not all Schedule II
> Controlled Substances have been removed from the Facility and other
> medications and controlled substances continue to be stored in the Facility's
> pharmacy. The Department requires all Schedule II Controlled Substances to be
> removed immediately and all other controlled substances and any
> over-the-counter medications to be removed from the Facility as soon as possible.
> Please provide a plan and timeline of how and when the Facility intends to
> comply with this provision.



EXHIBIT
H



**pennsylvania**
DEPARTMENT OF HEALTH

**Radioactive Materials:** It is the Department's understanding that radioactive substances are present in the Facility, specifically in the Nuclear Medicine Hot Lab. The Department requires all radioactive materials, including radiologicals, to be removed from the Facility. Please provide a plan and timeline of how and when the Facility intends to comply with this provision.

Please provide the requested plans and timelines to the Department by January 16, 2020. No element of the plans or timelines may extend beyond January 28, 2020.

The Department is aware that the parent company of the Facility has filed for Chapter 11 Bankruptcy and the filing may impose certain financial limitations on the Facility. If any of the requirements described in this letter cannot be accomplished due to the bankruptcy proceedings, you must include that conclusion in the plans that have been requested, along with an explanation of why this is the case, and what alternative plans are being proposed. Those conclusions will be evaluated by the Department's Office of Legal Counsel.

Sincerely,

Garrison E Gladfelter Jr
Director
Division of Acute and Ambulatory Care


cc: Sarah Kurish, DoH Legal
    Robert Jackson, HFQE Supervisor