UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO.: 19-61608

IN RE:   AMERICORE HOLDINGS, LLC, et al                     CHAPTER 11
         DEBTOR                                    (JOINTLY ADMINISTERED)

### ORDER GRANTING RELIEF FROM STAY
\*\*\* \*\*\* \*\*\*

Upon the Motion of Jennifer Winkler for relief from stay to continue, extend, and/or renew the enforcement of any temporary restraining Order ("TRO") entered by the Circuit Court for the City of St. Louis, Missouri, cause no. 1922-CC12187 ("the state court action") so as to otherwise maintain the status quo of that litigation, the Court having examined the file and reviewed the record and having conducted a hearing and being otherwise sufficiently advised, IT IS HEREBY ORDERD AND ADJUDGED as follows:

1.      The automatic stay is hereby terminated for the limited purpose of allowing the movant Winkler to continue the enforcement and extension and/or renewal of any temporary restraining Order in the state court action affecting Winkler's enrollment and future graduation as a student in the Lutheran School of Nursing administered by the debtor St. Alexius Hospital Corporation #1.

2.      Jennifer Winkler is afforded relief from the stay under 11 U.S.C. § 362 so as to continue the enforcement of and to renew any temporary restraining Order in the state court action and to extend and/or renew any such TRO for so long as is necessary for Winkler to complete her course of study and graduate from the Lutheran School of Nursing as outlined in the stay relief motion and the related TRO.   Winkler may not however pursue the recovery of

any money judgment or other monetary relief of any kind from any of the debtor entities in these consolidated cases.

3. In the event that any of the debtor entities in these administratively consolidated proceedings, including but not limited to St. Alexius Hospital Corporation and its School of Nursing (collectively "the Nursing School") should file any pleading, appear at any hearing, or otherwise challenge any TRO or challenge in any fashion the merits of Winkler's claim for reinstatement into the school of nursing, her right to remain enrolled in such school, or her right to graduate, or in the event that the Nursing School should take any adverse action against Winkler relating to her enrollment as a student in the Nursing School, or should the Nursing School take any action or make any filing or argument challenging the merits of Winkler's pending claims, then Winkler shall have the right to fully contest and challenge any and all such actions and pleadings in the state court action aforesaid without having to obtain further relief from this Court.

4. But in no event may any monetary relief be pursued by Winkler against any of the debtor entities while these proceedings remain pending.

5. The relief from the stay with respect to the TRO afforded by this Order shall continue in effect in the event of a conversion of this case to another chapter under the Bankruptcy Code.

6. IT IS FURTHER ORDERED AND ADJUDGED that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived and this Order is final and immediately enforceable.

TENDERED BY:

/s/ R. Aaron Hostettler
HON. R. AARON HOSTETTLER
HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
EMAIL:  aaron@hmrkylaw.com
PHONE: 606-864-4126
FAX:  606-878-8144
*Counsel for Jennifer Winkler*

Page **3** of **3**

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, January 17, 2020**
**(grs)**