**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2020, the above-captioned Debtors filed the following pleadings:

- *Motion of the Debtors and Debtors in Possession under 11 U.S.C. §§ 105, 361, 362, 363 and 364, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-2 of the Local Rules of the United States Bankruptcy Court of the Eastern District of Kentucky for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims to the Postpetition Lender, (III) Authorizing the Debtors to Enter into Agreements with JMB Capital Partners Lending, LLC, (IV) Authorizing Use of the DIP Lender Cash Collateral, and (V) Scheduling a Final Hearing to Consider the Debtors Use of Cash Collateral and Postpetition Financing* [Docket No. 98] (the "DIP Motion"); and

- *Motion of the Debtors and Debtors in Possession for Entry of an Order granting Expedited Hearing on the Motion of the Debtors and Debtors in Possession for Approval of Postpetition Financing and Approving Shortened and Limited Notice Thereof* [Docket No. 101] (the "Motion to Expedite").

The DIP Motion and the Motion to Expedite were served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 Cases. Further, on January 16, 2020, to the extent they were not served electronically through the Court's ECF System, copies of the DIP Motion and the Motion to Expedite were sent via overnight delivery to all creditors on the Master Service List, attached hereto as **Exhibit A**.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20800016.1

Dated: January 21, 2020                         Respectfully submitted,


                                                /s/ James R. Irving
                                                James R. Irving
                                                April A. Wimberg
                                                Christopher B. Madden
                                                BINGHAM GREENEBAUM DOLL LLP
                                                3500 PNC Tower
                                                101 South Fifth Street
                                                Louisville, Kentucky 40202
                                                Telephone:    (502) 587-3606
                                                Facsimile:    (502) 540-2215
                                                E-mail:       jirving@bgdlegal.com
                                                              awimberg@bgdlegal.com
                                                              cmadden@bgdlegal.com

                                                *Proposed counsel to the Debtors*


                                        2

20800016.1