UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO.: 19-61608

IN RE: AMERICORE HOLDINGS, LLC, et al     CHAPTER 11
DEBTOR     (JOINTLY ADMINISTERED)

### ORDER SHORTENING TIME FOR NOTICE OF HEARING
*** *** ***

Upon the Motion of Jennifer Winkler for an Order shortening the time for notice of hearing on her pending Motion for relief from stay [Doc.77] and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion to shorten time is SUSTAINED such that the pending stay relief motion [Doc.77] shall be heard on Thursday January 16, 2020 at 9:00 am in the United States Bankruptcy Court, Community Trust Bank Building, 2nd floor courtroom, 100 E. Vine Street, Lexington, Kentucky 40507.

TENDERED BY:

/s/ R. Aaron Hostettler
HON. R. AARON HOSTETTLER
HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
EMAIL: aaron@hmrkylaw.com
PHONE: 606-864-4126
FAX:  606-878-8144
*Counsel for Jennifer Winkler*

Page **1** of **1**

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, January 21, 2020**
(tnw)