# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC, et al.,[1] | Case No. 19-61608-grs |
| DEBTORS | Jointly Administered |
| | Honorable Gregory R. Schaaf |

## VERIFIED STATEMENT OF JOHN T. HAMILTON PURSUANT TO FEDERAL RULE OF BANKRUTPCY PROCEDURE 2019

In connection with this jointly administered chapter 11 case commenced by Americore Holdings, LLC, John T. Hamilton, Esq., of Gess, Mattingly & Atchison, P.S.C., hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure with respect to Mr. Hamilton's representation of Penn Med, LLC and Calico Rock Med, LLC, and respectfully states as follows:

1. After the filings of the petitions against the above-styled debtors, I have undertaken representation of the parties listed below.

2. The names and address of the entities represented by me and my firm are as follows:

    (a) Penn Med, LLC
        3400 Civic Center Boulevard
        Philadelphia, PA 19104

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

  (b) Calico Rock Med, LLC
    61 Grass Street
    Calico Rock, Arkansas, 72519

3. I represent Penn Med, LLC and Calico Rock Med, LLC, in their capacities as creditors of the Debtors. Both Penn Med, LLC and Calico Rock Med, LLC separately requested that I serve as counsel in connection with these chapter 11 cases, and each of the creditors is aware of, and has not objected to, my dual representation of the other in these cases.

4. I have no instruments whereby they are empowered to act on behalf of Penn Med, LLC or Calico Rock Med, LLC, other than letters of representation.

5. I do not own any interest in Penn Med, LLC or Calico Rock Med, LLC or their claims against the Debtors in the above-styled proceeding.

6. I may undertake additional representations of other individuals or entities in these bankruptcy cases, and do hereby reserve the right to modify or supplement this Statement as necessary.

I, John T. Hamilton, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge and belief.

Dated: January 21, 2020

Respectfully submitted,

*/s/ John T. Hamilton*
John T. Hamilton

## NOTARY

COMMONWEALTH OF KENTUCKY    )
                            )   SCT.
COUNTY OF FAYETTE           )

I, Lindsey Conner, do hereby state that the foregoing Rule 2019 Statement was subscribed and sworn to before me by John T. Hamilton, on January 21, 2020.

My commission expires: 10/24/22

Timothy Conner
Notary Public, Kentucky,
State at Large
Notary ID (if applicable): 611172

## CERTIFICATE OF SERVICE

I certify that the foregoing Rule 2019 Statement was electronically served by the Court's CM-ECF system on January 20, 2020 to all parties who have entered an electronic appearance in this case.

John T. Hamilton