UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) ) | Case No. 19-61608-grs |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Honorable Gregory R. Schaaf |

**SECOND MOTION OF THE DEBTORS
AND DEBTORS IN POSSESSION FOR ENTRY OF AN
ORDER EXTENDING THE DEADLINES TO FILE THEIR SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Americore Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through counsel, hereby submit this motion (the "Second Motion") for entry of an order under sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code") and rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the time in which the Debtors may file their Schedules (the "Schedules") and Statements of Financial Affairs (the "SOFAs") for an additional fourteen (14) days, through and including February 4, 2020.  In support of the Second Motion, the Debtors rely upon and incorporate by reference the *Declaration of Grant R. White In Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration").  In further support of the Second Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20795124.2

## Jurisdiction and Venue

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On December 31, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"). The Debtors continue to manage and operate their business as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. To date, the Office of the United States Trustee (the "U.S. Trustee") has not appointed an official committee of unsecured creditors in these chapter 11 bankruptcy cases (the "Chapter 11 Cases"). No trustee or examiner has been appointed in the Chapter 11 Cases.

3.      The Debtors operate a number of healthcare facilities throughout the United States. As set forth in the First Day Declaration, the Debtors' pre-Petition Date efforts to restructure have been unsuccessful. Despite the Debtors' best efforts to avoid the necessity of filing the Chapter 11 Cases, the Debtors faced an immediate liquidity crisis due to litigation and collections efforts that necessitated the commencement of the Chapter 11 Cases. The Debtors intend to use the remedies available to them under the Bankruptcy Code to sell certain assets and/or reorganize around their better-performing businesses with the support of the Debtors' key creditor constituencies.

20795124.2

4. Additional information about the Debtors' businesses, their capital structure and the circumstances leading to the Chapter 11 Cases is contained in the First Day Declaration, which is incorporated herein by reference.

5. The meeting of creditors to be held pursuant to section 341 of the Bankruptcy Code (the "341 Meeting") is scheduled to take place on February 22, 2020 at 2:00 p.m. (Eastern) [Docket No. 94]. Pursuant to Bankruptcy Rule 1007(c), the initial deadline for the Debtors to file their Schedules and SOFA was January 14, 2020.

6. On January 6, 2020, the Debtors filed the *Motion of Debtors and Debtors in Possession for Entry of an Order Extending the Deadlines to File Their Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 19] (the "First Motion").

7. On January 8, 2020, the Court entered an Order [Docket No. 38] ordering the Debtors to file amended 20 largest lists of unsecured creditors under penalty of perjury in each of their chapter 11 cases (the "Amended 20 Largest Lists") by January 22, 2020.

8. On January 9, 2020, the Court entered an Order [Docket No. 64] granting the First Motion and extending the deadline to January 21, 2020 (the "Current Deadline").

**Relief Requested**

9. By this Second Motion, the Debtors request the entry of an order, pursuant to sections 105(a) and 521(a) of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), further extending the deadline by which the Debtors must file their Schedules, SOFAs and Amended 20 Largest Lists by an additional fourteen days, through and including February 4, 2020, without prejudice to the Debtors' ability to request additional extensions.

## Basis for Relief Requested

10. Section 521(a) of the Bankruptcy Code and Bankruptcy Rule 1007(b) require a debtor to file its schedules of assets and liabilities, its statement of financial affairs, and related documents with the bankruptcy court within 14 days after the petition date. *See* 11 U.S.C. § 521(a); FED. R. BANKR. P. 1007(b). However, Bankruptcy Rule 1007(c) further provides that a bankruptcy court may extend a debtor's time within which to file such schedules and statements for "cause." FED. R. BANKR. P. 1007(c). Additionally, Bankruptcy Rule 9006(b) allows a bankruptcy court to extend the time within which a party must act "for cause shown" at any time. FED. R. BANKR. P. 9006(b).

11. "'Cause shown' is a liberal standard investing the bankruptcy judge with considerable flexibility." *Bryant v. Smith*, 165 B.R. 176, 181 (W.D. Va. 1994). Showing "cause" merely requires that the debtor "demonstrate some justification for the issuance of the order" and the bankruptcy court will normally grant such extensions "in the absence of bad faith or prejudice to the adverse party." *See, e.g., Bryant*, 165 B.R. at 182. "A common cause for an extension of time is the inability of counsel to collect the information necessary to complete the schedules and statements before the deadline for filing. When a bankruptcy petition must be filed on short notice and the debtor's records are either disorganized or complex, the 14-day period automatically allowed by the rule is often insufficient." Alan N. Resnick and Henry J. Sommer, 9 *Collier on Bankruptcy* ¶ 1007.04 (16th ed. 2013).

12. Section 105(a) of the Bankruptcy Code also empowers the Bankruptcy Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a). The Debtors respectfully submit that

4

20795124.2

the relief requested is therefore also within the Bankruptcy Court's equitable powers under section 105 of the Bankruptcy Code.

13. Here, the Debtors submit that the vast amount of information that must be assembled and compiled and the number of hours required to complete their Schedules and Statements, coupled with the competing demands on the Debtors' personnel to stabilize operations during the initial post-Petition Date period as well as prepare for a reorganization, constitute good and sufficient cause for granting a further extension of the deadline.

14. The Debtors' are engaged in business operations across 11 different entities spanning multiple states, such that there will be numerous creditors, parties in interest, and executory contracts and/or unexpired leases set forth in their Schedules and SOFAS. While the Debtors are working diligently and coordinating to assemble the necessary information, the Debtors have been primarily focused on stabilizing operations and preparing for the initial stages of the Chapter 11 Cases so that they are able to maintain the ordinary course of business notwithstanding the emergency nature of the Chapter 11 Cases. The Debtors and their professionals have expended tremendous amounts of time and effort on preparing a number of first day motions to allow them to continue their operations, as well as communicating with various creditors and stakeholders to address various operational issues, negotiate terms of interim and final proposed orders on the relief sought in its first day motions, and provide full and complete disclosure on information requests.

15. Given the complexity of the Debtors' operations and the burdens on the Debtors' management and administrative staff, the Debtors anticipate that they will need an additional fourteen days beyond the Current Deadline to compile the information necessary to prepare and file their Schedules and SOFAs. The Debtors recognize the importance of the Schedules and

SOFAs in the Chapter 11 Cases and intend to complete the Schedules and SOFAs as quickly as practicable under the circumstances. To properly prepare the Schedules and SOFAs, the Debtors must compile information from books, records, and other documents relating to, among other things, accounts payable and receivable, real estate and capital leases, employee wages and benefits, intercompany transactions, and vendor and supplier agreements in connection with the Debtors' substantial business operations. Collecting the necessary information to prepare the Schedules and SOFAs requires an enormous expenditure of coordination, time, and effort on the part of the Debtors, their employees, and their professionals at a time when resources are already strained.

16. Accordingly, sufficient cause exists for the Bankruptcy Court to grant the requested extension. The Debtors respectfully request that the Bankruptcy Court extend the deadline to file their Schedules, SOFAs and Amended 20 Largest Lists from the Current Deadline of January 21, 2020 through and including February 4, 2020, without prejudice to the Debtors' right to request further extensions, for cause shown. The proposed extension will still allow ample time for creditors and parties in interest to review the Schedules, SOFAs and Amended 20 Largest Lists before the meeting of creditors.

### Notice

17. Notice of this Motion has been given to: (i) the Office of the United States Trustee for the Eastern District of Kentucky; (ii) the Debtors' 30 largest creditors on a consolidated basis; and (iii) the Debtors' secured creditors. Because of the exigencies of the circumstances and the irreparable harm to the Debtors that will ensue if the relief requested is not granted, the Debtors submit that no other notice need be given and no hearing need be held pursuant to Rule 9013-1(x)(v) of the Local Rules of the United States Bankruptcy Court for the

20795124.2

Eastern District of Kentucky (the "Local Rules").  The Debtors conferred with the Office of the United States Trustee in advance of filing this Motion pursuant to Local Rule 2018-3(c).

18. Any party in interest may file an objection to the foregoing Motion within fourteen (14) days of the filing of the Motion.  Unless an objection is filed within fourteen (14) days, the Court may enter an Order without a hearing.

[*remainder of page intentionally left blank*]

20795124.2

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) granting the Second Motion, (ii) extending the time within which the Debtors may file their Schedules, SOFAs and Amended 20 Largest Lists through and including February 4, 2020, and (iii) granting such further relief as the Court deems just and proper.

Dated: January 21, 2020                    Respectfully submitted,

/s/ James R. Irving
James R. Irving
April A. Wimberg
Christopher B. Madden
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email: jirving@bgdlegal.com
         awimberg@bgdlegal.com
         cmadden@bgdlegal.com

*Proposed Counsel to the Debtors*

## CERTIFICATE OF SERVICE

I certify that on January 21, 2020, the Second Motion was served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 Cases. Also by January 22, 2020, a copy of the Second Motion will be sent via first-class United States mail to the parties on the Master Service List, as permitted by the *Order Establishing Notice Procedures, Master Service List, and Related Relief* [Docket No. 62], each at the addresses set forth below:

| | |
|---|---|
| Bradley M. Nerderman<br>Office of the United States Trustee<br>100 E. Vine St., Suite 500<br>Lexington, KY 40507 | The Third Friday Total Return Fund, L.P.<br>C/O Michael E. Lewitt<br>85 N. Congress Avenue<br>Delray Beach, FL 33445 |
| Americore Holdings, LLC and its Subsidiaries<br>3933 S. Broadway<br>Saint Louis, MO 63118 | Pelorus Fund, LLC<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 |
| Internal Revenue Service<br>P.O Box 7346<br>Philadelphia, PA 19101 | Pelorus Fund, LLC<br>C/O Bibin Mannattuparampil Geraci LLP<br>90 Discovery<br>Irvine, CA 92618 |
| U.S. Attorney's Office<br>Eastern District of Kentucky<br>260 W. Vine St., Suite 400<br>Lexington, KY 40507 | Penn Med LLC<br>C/O Jeffery P. Meyers, Myers Law Group LLC<br>17025 Perry Highway<br>Warrendale, PA 15086 |
| Kentucky Department of Revenue<br>Legal Branch – Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY 40602 | Toby Mug Financing, LLC<br>C/O Roger Herman, Rosenblum Boldenhersh<br>7733 Forsyth Blvd., Suite 400<br>St. Louis, MO 63105 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 475<br>301 West High Street<br>Jefferson City, MO 65105 | Dell Financial Services LLC<br>One Dell Way<br>Mail Stop – PS2DF-23<br>Round Rock, TX 78682 |
| Arkansas Department of Finance and Administration<br>1509 W 7th St.<br>Little Rock, AR 72201 | App Group International, LLC<br>85 Broad Street, 75th Floor<br>New York, NY 10004 |
| Pennsylvania Department of Revenue<br>C/O Pennsylvania Attorney General, Nancy Walker<br>Strawberry Square<br>Harrisburg, PA 17120 | Corporation Services Company<br>P.O. Box 2576<br>Springfield, IL 62708 |
| CT Corporation Systems<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700 | BQR Capital, LLC<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200 |

20795124.2

| | |
|---|---|
| Glendale, CA 91203 | Newport Beach, CA 92663 |
| Gibbs Technology Leasing – HG1, LLC<br>3236 West Edgewood Road, Suite A<br>Jefferson City, Missouri 65109 | HOP Capital<br>323 Sunny Island Blvd. #501<br>Sunny Isles Beach, Florida 33160 |
| EIN CAP, Inc.<br>160 Pearl Street, Floor 5<br>New York, NY 10005 | HMFCG Inc.<br>368 New Hemstead Rd.<br>New City, NY 10956 |
| Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | Republic Bank<br>1560 So. Renaissance Towne Dr.<br>Suite 260<br>Bountiful, UT 84010 |
| Titan Loan Servicing, LLC<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 | Smart Business<br>561 Northeast 79th Street<br>Miami, FL 33138 |
| Koven Omens Trust Dated June 26, 2015<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue Suite 200<br>Newport Beach, CA 92663 | The McNee Family Trust Dated 1/17/08<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 |
| Trust of R. and G. Glitz Dated 12/11/07<br>C/O Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 | Leyda Bequer, Trustee of Bequer Trust<br>23461 S. Pointe Drive, Suite 215<br>Laguna Hills, CA 92653 |
| Baxter Regional Medical Center<br>C/O Ron Peterson, President & CEO<br>624 Hospital Drive<br>Mountain Home, AR 72653 | Healthland CPSI<br>C/O Troy Dolly<br>6600 Wall Street<br>Mobile, AL 36695 |
| Beckman<br>C/O Raymond Wendolowski, Bernstein Burkley<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Midwest Emergency Dept. Services, Inc.<br>C/O Kevin Meder<br>600 Washington Avenue, Suite 1800<br>Saint Louis, MO 63101 |
| AHN Emergency Group of Ellwood, LTD<br>C/O Kevin Allen, Michael Pest Exkert<br>Seanmans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15210 | Jones Day<br>C/O Chris Anderson<br>77 West Wacker Drive<br>Chicago, IL 60601 |
| Horizon Mental Health<br>C/O Michael W. Winfield, Post & Schell<br>17 North Second Street<br>12th Floor<br>Harrisburg, PA 17107 | Western Healthcare<br>C/O Jacob Norvell<br>13155 Noel Rd.<br>Suite 200<br>Dallas, TX 75240 |
| Dinakar Golla<br>C/O Avrum Levicoff, The Levicoff Law Firm | Philips Healthcare<br>C/O Robert Kennedy<br>P.O. Box 403831 |

10

20795124.2

| | |
|---|---|
| 4 PPG Pl., Suite 200<br>Pittsburgh, PA 15222 | Atlanta, GA 30301 |
| Johnson & Johnson Healthcare Sys.<br>5972 Collections Ctr. Dr.<br>Chicago, IL 60693 | Aya Healthcare Inc.<br>C/O Shannon Steely<br>P.O. Box 123519, Dept 3519<br>Dallas, TX 75312 |
| Specialists in Anesthesia PC<br>C/O Dr. Brad Bernstein<br>500 S. Meramec Drive<br>Saint Louis, MO 63105 | Bard C.R. Inc.<br>C/O Napoleon Ramos<br>P.O. Box 75767<br>Charlotte, NC 28275 |
| McKesson Medical Surgical<br>C/O Marlena Waldrum<br>12755 Highway 55, Suite R200<br>Minneapolis, MN 55441 | Calico Rock Med, LLC<br>C/O Darren Gibbs<br>Law Offices of Darren A. Gibbs, PLLC<br>3729 N. Crossover Road, Suite 111<br>Fayetteville AR 72703 |
| Sysco<br>3850 Mueller Rd<br>Saint Charles, MO 63301 | Palamerican Security, Inc.<br>C/O Roger Rees<br>8th Avenue North<br>Suite 203<br>St. Petersburg, FL 33704 |
| Faultless<br>C/O Terry Mason<br>2030 S. Broadway<br>Saint Louis, MO 63104 | Nurses PRN<br>1101 E. South River Street<br>Appleton, WI 54915 |
| Central Tox LLC<br>525 Round Rock W. Cr.<br>Round Rock, TX 78681 | White River Planning & Development District, Inc.<br>C/O Regan Miller, Business Dev./Hazard Mit.<br>PO Box 2396<br>Batesville, AR 72503 |
| Correct Care, Inc.<br>C/O Nancy Scearce<br>229 Saint John Ln<br>Covington, LA 70433 | Medline Industries<br>C/O Michael S. Baim, The CKB Firm<br>30 N. Lasalle St.<br>Suite 1520<br>Chicago, IL 60602 |
| Ortho Clinical Diagnostics<br>P.O. Box 3655<br>Carol Stream, IL 60132 | Missouri Dep't of Higher Education and Workforce Develop.<br>C/O Jaron D. Vail, MFA<br>301 W. High Street<br>P.O. Box 1469<br>Jefferson City, MO 65102 |
| Baxter Regional Medical Center-Lab Cultures<br>C/O Ron Peterson, President & CEO<br>624 Hospital Drive<br>Mountain Home, AR 72653 | The Talbot Group, LLC<br>C/O Donna Talbot<br>11741 W. Romin Rd<br>Post Falls, ID 83854 |
| Western Healthcare | Air Liquide Healthcare America Corp. |

11

20795124.2

| | |
|---|---|
| C/O Scott Webb<br>13155 Noel Rd., Suite 200<br>Dallas, TX 75240 | C/O Capital Services, Inc.<br>1675 S. State Street, Suite B<br>Dover, DE 19901 |

*/s/ James R. Irving*
James R. Irving

20795124.2