UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| Debtors. | ) Jointly Administered |
| | ) Honorable Gregory R. Schaaf |

## NOTICE REGARDING CASH USE AND UPDATED BUDGETS

Americore Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through counsel, and pursuant to the *Interim Order Granting Motion of the Debtors and Debtors in Possession Under 11 U.S.C. §§ 105, 361, 362, and 363, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky for Entry of an Order (I) Authorizing the Debtors' Use of Cash Collateral on an Interim Basis, (II) Granting Adequate Protection to the Debtors' Prepetition Secured Creditors, and (III) Scheduling a Further Interim Hearing to Consider the Debtors' Use of Cash Collateral* [Docket No. 65] (the "Interim Cash Collateral Order"), hereby submit notice that the Debtors are operating under the Budgets attached as **Exhibit B** to the *Motion of the Debtors and Debtors in Possession Under 11 U.S.C. §§ 105, 361, 362, 363 and 364, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-2 of the Local Rules of the United States Bankruptcy*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

*Court for the Eastern District of Kentucky for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims to the Postpetition Lender, (III) Authorizing the Debtors to Enter into Agreements with JMB Capital Partners Lending, LLC, (IV) Authorizing Use of the DIP Lender Cash Collateral, and (V) Scheduling a Final Hearing to Consider the Debtors' Use of Cash Collateral and Postpetition Financing* [Docket No. 98]. The Debtors will, as soon as possible, submit updated Budgets for consideration by the Court and all interested parties, which will more accurately reflect how Cash Collateral[2] has accrued and been used under the Interim Cash Collateral Order

Dated: January 24, 2020                      Respectfully submitted,

                                             /s/ James R. Irving
                                             James R. Irving
                                             April A. Wimberg
                                             Christopher B. Madden
                                             BINGHAM GREENEBAUM DOLL LLP
                                             3500 PNC Tower
                                             101 South Fifth Street
                                             Louisville, Kentucky 40202
                                             Telephone: (502) 587-3606
                                             Facsimile:  (502) 587-3695
                                             Email: jirving@bgdlegal.com
                                                    awimberg@bgdlegal.com
                                                    cmadden@bgdlegal.com

                                             *Proposed Counsel to the Debtors*

---

[2]   Capitalized terms used herein and not otherwise defined have the meanings given to them in the Interim Cash Collateral Order.