UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-61608-GRS |
| | ) | |
| AMERICORE HOLDINGS, LLC, et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Jointly Administered |

## OBJECTION TO THE REQUEST OF PELORUS EQUITY GROUP, INC. MOTION FOR A 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS OF THE THIRD FRIDAY TOTAL RETURN FUND, L.P., AND MICHAEL LEWITT

Third Friday Total Return Fund, LP ("Third Friday") Michael Lewitt ("Lewitt"), by counsel, respectfully object to the Motion for a 2004 Examination and Production of Documents ("Motion") of each of them and for their grounds state as follows:

The Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code on December 31, 2019 and since that time have managed their affairs as debtors-in-possession. The Debtors schedules have not been filed and they are due to be filed on February 4, 2020 which may shed light on secured and unsecured creditors that could make 2004 examinations are unnecessary.

Counsel for Polerus has contacted counsel for Third Friday requested documents. Those documents are still being obtained by the undersigned and the undersigned has every intention of producing them to counsel for Polerus when they are received and reviewed by Counsel for Third Friday and Lewitt.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and, St. Alexius Hospital Corporation #1 (2766).

Polerus' motion is premature and its 2004 examination of Third Friday and Lewitt is not necessary at this time.

Therefore, Third Friday and Lewitt object to the Motion and all other relief that is just and equitable.

Respectfully submitted,

*/s/ Mark J. Sandlin*
Mark J. Sandlin
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky   40059
(502) 589-0444 – Phone
(502) 581-1344 – Fax
msandlin@goldbergsimpson.com
Counsel for Third Friday Total Return Fund, LP

## CERTIFICATE OF SERVICE

It is hereby certified that on January 30, 2020, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic address as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and mailed, first-class, postage pre-paid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ Mark J. Sandlin*
Mark J. Sandlin
