# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

### DECLARATION OF GRANT WHITE

I, Grant White, hereby make this statement under 28 U.S.C. § 1746 and state that:

1. I am the Founder and CEO of Americore Holdings, LLC, Americore Health, LLC and Americore Health Enterprises, LLC (collectively, "Americore"). Further, I directly or indirectly own the vast majority of the equity interests in all of the Debtors. In my capacity as the CEO of Americore and the majority owner of the Debtors, I am familiar with each of the Debtors and their operations. That being said, as the CEO of Americore, whenever possible I have tried to defer control over vendor payments at the hospital level to each hospital's respective CEO. I have always deferred control over healthcare operations and patient care to each hospital's CEO and management team.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

2. I have been unable to compile Americore's Schedules and Statement of Financial Affairs in a manner that I am willing to sign under the penalty of perjury in order to meet the current deadline of February 4, 2020 the Court has set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feburary 4, 2020          _____
                                       Grant White