UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC; and<br>ELLWOOD MEDICAL CENTER REAL ESTATE, LLC, et al[1] | Case No. 19-61608-grs |
| DEBTORS | Jointly Administered |
| | Honorable Gregory R. Schaaf |

PENN MED, LLC'S MOTION SEEKING
RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C § 362(d)

AND

NOTICE OF HEARING

Comes Penn Med, LLC ("Penn Med"), by and through counsel and pursuant to 11 U.S.C. § 362, 11 U.S.C. § 552(b), 28 U.S.C. § 157(b), 28 U.S.C. § 1334, and Bankruptcy Rules 4001 and 9014, submits this Motion for Relief from the Automatic Stay, and in support of its Motion, Penn Med states as follows:

1.  Ellwood Medical Center Real Estate, LLC ("Debtor") filed its Petition for relief under Chapter 11 of the Bankruptcy Code on December 31, 2019 being Case No. 19-61614. No trustee has been appointed in the Debtor's Chapter 11 case. This motion

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

relates only to property owned by this Debtor which is subject to the mortgage lien of Penn Med, LLC.

2. Penn Med, LLC. is a limited liability company, whose address is 8 Buckingham Plantation Drive, Bluffton, South Carolina 29910.

3. The Debtor is the owner of certain real property located at 724 Pershing Street, Ellwood City, Pennsylvania, 16117, commonly known as the Ellwood City Medical Center ("Ellwood"). Ellwood was once a fully-operational and staffed hospital that has been closed since December 10, 2019 after the Pennsylvania State Department of Health shut down its Emergency Room and in-patient services for serious violations. The Health Department has cited the hospital more than forty times for deficiencies since 2017. (See Ellwood City Ledger, news report dated January 30, 2020 attached hereto as **Exhibit A**). The Hospital property consists of numerous buildings which are now for the most part vacant.

4. The Debtor is indebted to Penn Med on the basis of a Promissory Note executed on October 26, 2017, and effective on October 31, 2017, a true and correct copy of which is attached hereto as a part of the Penn Med Proof of Claim filed in this action.

5. The Note of the Debtor is secured by a 1st Mortgage and Security Agreement on the Debtor's real property located at 724 Pershing Street, Ellwood City, Pennsylvania, 16117, made and executed on October 26, 2017, and recorded in the real property records in the Lawrence County Clerk's Office on November 3, 2017 in DOC # 2017-009137, a true and correct copy of which is attached Penn Med Proof of Claim filed herewith.

6. The obligation of Debtor to repay the indebtedness is secured by an Assignment of Rents made and executed on October 26, 2017, and deemed effective on October 31, 2017, and recorded in the real property records in the Lawrence County Clerk's Office on November 3, 2017, in DOC #2017-009138, a true and correct copy of which is attached hereto as a part of the Penn Med Proof of Claim filed in this Action.

7. The Debtor has defaulted under the terms of the Note and has failed to make monthly payments as due thereon. Payments are more than 6 months in arrears. The outstanding balance on the indebtedness was $5,387,449.00 as of January 30, 2020 plus accruing interest, costs and attorney's fees. The current monthly payment amount is $56,450.00 per month and the per diem rate is $1,881.66 per day.

8. The indebtedness under the Note remains in default as of the date of the filing of this Motion and the Debtor has made no payment of principal, interest, or any other payments to Penn Med, LLC since the date of filing of the Bankruptcy Petition.

9. Pursuant to 11 U.S.C. §362(d)(1):

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section…
>
> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest.

10. Adequate protection is defined in 11 U.S.C. §361 as requiring the Trustee, or in this case the Debtor, to make cash payment or periodic cash payments to the entity entitled to adequate protection; or, to provide such entity with an additional or replacement lien; or to provide the indubitable equivalent of such entity's interest in such property.

11. In the present case, the current appraised value of the Debtor's property

3

that is subject to the Penn Med, LLC mortgage and lien is $6 Million Dollars. This amount is currently exceeded by the outstanding debt owing to Penn Med, along with other prior liens and junior liens against the property. For that reason, and because the Debtor is not making monthly payments on the loan, the interest of Penn Med in the property is not being adequately protected, and cause exists for this Court to terminate the Automatic Stay pursuant to 11 U.S.C. §362(d)(1).

12. Other liens against the property include the following:

   a. Borough of Ellwood City, Pennsylvania, Sewage and Electrical Service lien - $300,031.92

   b. Borough of Ellwood City, Pennsylvania property tax lien - $100,000.00

   c. Second mortgage lien in favor of Pelorus Equity Group - $3,400,000.00

13. Pursuant to the provisions of 11 U.S.C. 362(d)(2), the Court shall grant relief from the Stay in the event that the Debtor does not have equity in the property or the property is not necessary to an effective reorganization of the Debtor.

14. The Debtor lacks equity in this property as established above. Penn Med has met its burden of proof to show that that cause exists for termination of the stay and the available evidence establishes that the property is not necessary for an effective reorganization. In their Motion to Approve Debtor in Possession financing, (DOC #98), the Debtors stated on page 21 at ¶ 29:

> The Debtors require immediate post-petition financing in order to continue to operate their businesses as a going concern while funding efforts to reorganize for the benefit of their bankruptcy estates. (Emphasis added)

Continuing from that motion, the Debtors stated on page 24 at ¶ 35:

> Without the DIP facility, the Debtors will not be able to assure the continued operation of their businesses and health care facilities in a

4

> manner that will avoid irreparable harm to the Debtors, their bankruptcy estates and their healthcare patients...
>
> In fact, it is likely, that if the Debtors are not permitted to use cash collateral and obtain the DIP facility, they will need to cease operations, lay off their employees and transfer their patients to other healthcare providers

This emergency request for DIP financing was denied by the Court at a hearing conducted on January 17, 2020 and by Order entered on January 21, 2020 (DOC #133). Thus, the Debtor's own statements make it clear that the Debtor lacks sufficient funds to carry on an ongoing business and develop an effective reorganization plan.

15.    Further, cause exists for termination of the stay, in that the Debtor in Ellwood, lacks sufficient funds to maintain the property in a safe condition. (See article from the Ellwood City Times dated January 23, 2020 attached hereto as **Exhibit B**).

16.    Upon information and belief, the Debtor is not making payment of utility charges because the property is closed and not occupied. Therefore, there is a continuing risk to the Penn Med's collateral from vandalism, frozen pipes and other conditions of waste that may occur.

17.    By this Motion and the documents attached, and based upon the appraisal placed in the record in this action, Penn Med has established that cause exists for termination of the automatic stay, and therefore the burden to establish equity in the property or that the property is necessary for an effective reorganization has shifted to the Debtor. As there is no realistic equity cushion in the property based upon the prior sewer and tax liens and the monthly accrual of interest on the Penn Med debt, the Debtor must establish that the property itself is necessary for an effective reorganization. Here, it is incumbent upon the Debtor to show a "feasible and realistic"

plan that this closed facility in Ellwood City, that is without staff and in a run down and condemned condition, can somehow support a reorganization of the Debtor's business affairs. That means that reorganization plans "are in prospect", and not merely based upon a hope and prayer. See United Savings Association vs. Timbers of Inwood Forest Associates Limited, 484 U.S. 365, 108 S. Ct. 626, 98 L. Ed. 240 (1988).

18.    On December 19, 2019, Penn Med filed a foreclosure action in the Court of Common Pleas of Lawrence County, Pennsylvania, seeking a judgment on its note and mortgage and asking for a judicial sale of the property.

19.    Penn Med is informed and believes that the total indebtedness on the Debtor's property in Ellwood City will exceed $8,100,000.00, when taking into account the 2nd mortgage of Pelorus Equity Group, Inc. of $3,400,000.00 and other lien holders including the Borough of Ellwood City.

20.    By reason of the foregoing, the Debtor is unable to afford adequate protection to Penn Med and therefore cause exists for termination of the stay under the provisions of 11 U.S.C. Section 362(d)(1).

21.    By reason of the lack of equity in the property, good cause exists to vacate the automatic stay pursuant to 11 U.S.C. Section 362(d)(2).

22.    By reason of the Debtor's lack of showing of the need for this property to propose an effective reorganization, cause exists for termination of the automatic stay pursuant to the provisions of 11 U.S.C. Section 362(d)(2).

23.    Bankruptcy Rule 4001(a)(3) provides that "[a]n order granting a motion for relief from an automatic stay made in accordance with Rule 4001(a)(1) is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise."

Penn Med respectfully requests that the Court make the entry of any Order modifying the automatic stay effective immediately, as further delay would increase the continued period of uncertainty by both parties as to the termination date of the stay.

**WHEREFORE**, Penn Med prays for an Order of this Court:

1. Granting the Penn Med Motion in all respects and terminating the automatic stay in effect under Section 362(a) of the Bankruptcy Code; and,

2. Modifying the automatic stay under 11 U.S.C. Section 362(a) to allow Penn Med to continue its foreclosure action in the Court of Common Pleas of Lawrence County, Pennsylvania to make and enter findings of fact, conclusions of law and a final judgment and sale in the pending foreclosure proceedings; and,

3. For such other and further relief as is to the Court deems just and proper.

Respectfully submitted,

/s/ John T. Hamilton
John T. Hamilton, Esq. (Bar No. 28127)
**GESS, MATTINGLY & ATCHISON, P.S.C.**
201 West Short Street, Suite 102
Lexington, Kentucky 40507
Phone: (859) 252-9000
E-mail: jhamilton@gmalaw.com
Counsel for Penn Med, LLC.

-and-

/s/ Jeffrey P. Myers
Jeffrey P. Myers, Esq.
**MYERS LAW GROUP, LLC**
17025 Perry Highway
Warrendale, PA 15086
Phone: 724-778-8800
E-mail: jeffrey@jpmyerslaw.com
Counsel for Penn Med, LLC

## NOTICE OF HEARING

Notice is hereby given that parties in interest shall have fourteen (14) days from the date of this Motion to file any Objection to the relief requested. This Motion, and any Objection thereto, shall come on for hearing before the United States Bankruptcy Court for the Eastern District of Kentucky located at Community Trust Building, 100 East Vine Street, Suite 200, Lexington, Kentucky 40507, on **February 20, 2020 at 9:00 a.m.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Exhibits was this day served through the U.S. Bankruptcy Court's ECF system upon all parties entitled to receive electronic notifications or by U.S. Mail upon the following:

James R. Irving, Esq.
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
**Proposed Counsel to the Debtors**

Adam Back, Esq.
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202-2828
**Counsel for Pelorus Equity Group, Inc.**

Aaron Hostettler, Esq.
HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
**Counsel for The Borough of Ellwood City, Pennsylvania**

Mark J. Sandlin, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
**Counsel for Third Friday Total Return Fund, LP**

**U.S. Trustee**
Bradley M. Nerderman, Esq.
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507

Jason L. Swartley, Esq.
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

And upon the members of the Official Committee of Unsecured Creditors as follows:

Beckman Coulter, Inc. (Chair Person)
c/o Joshua Lee
250 S. Kraemer Blvd.
Brea, CA 92822-8000

Baxter County Regional Hospital, Inc.
d/b/a Baxter Regional Medical Center
c/o Nicole Vaccerella
624 Hospital Dr.
Mountain Home, AR 72653

Specialist in Anesthesia, P.C.
c/o Brad A. Bernstein, M.D.
500 South Meramec Ave.
St. Louis, MO 63105-2533

Western Healthcare, LLC.
c/o John Burger
13155 Noel Rd., Suite 200
Dallas, TX 75240

Midwest Emergency Services
c/o Len Glover
320 E. Hwy 50
O'Fallon, IL 62269

Dinakar Golla, M.D.
c/o Avrum Levicoff, Esquire
The Levicoff Law Firm, PC
4 PPG Place, Suite 200
Pittsburgh, PA 15222

Saint Louis University
c/o Larry E. Parres, Esquire
600 Washington Ave., Suite 2500
St. Louis, MO 63101

And upon those parties entitled to service under the Master Service List established by this Court in an Order entered January 9, 2020 (DOC #62) and those

parties listed on the Debtors' List of 20 Largest Unsecured Creditors (DOC #34) pursuant to Rule 4001 and LR 4001-1(g) as follows:

BQR Capital, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

IMpact Healthcare Management, LLC
C/O Paul Norman Rechenberg
215 Cheseterfield Business Parkway
Chesterfield, MO 63005

Pelorus Fund, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Pelorus Fund, LLC
C/O Bibin Mannattuparampil Geraci LLP
90 Discovery Irvine, CA 92618

Promise Healthcare Group LLC
C/O Richard Engel
7700 Forsyth Blvd., Suite 1800
Saint Louis, MO 63105

Smart Business
561 Northest 79th Street
Miami, FL 33138

The McNee Family Trust Dated 1/17/08
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

The Third Friday Total Return Fund, L.P.
C/O Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445

Titan Loan Servicing, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Trust of R. and G. Glitz Dated 12/11/07
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Bradley M. Nerderman Office of the United States Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507

The Third Friday Total Return Fund, L.P.
C/O Michael E. Lewitt 85 N. Congress Avenue Delray Beach, FL 33445

Americore Holdings, LLC and its Subsidiaries
3933 S. Broadway
Saint Louis, MO 63118

Pelorus Fund, LLC C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

Pelorus Fund, LLC C/O Bibin Mannattuparampil Geraci LLP
90 Discovery Irvine, CA 92618

U.S. Attorney's Office Eastern District of Kentucky 260 W. Vine St., Suite 400
Lexington, KY 40507

Kentucky Department of Revenue Legal Branch – Bankruptcy Section
P.O. Box 5222 Frankfort, KY 40602

Missouri Department of Revenue Bankruptcy Unit P.O. Box 475
301 West High Street
Jefferson City, MO 65105

Arkansas Department of Finance and Administration
1509 W 7th St.
Little Rock, AR 72201

Pennsylvania Department of Revenue
C/O Pennsylvania Attorney General,
Nancy Walker Strawberry Square
Harrisburg, PA 17120

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Gibbs Technology Leasing – HG1, LLC
3236 West Edgewood Road, Suite A
Jefferson City, Missouri 65109

EIN CAP, Inc.
160 Pearl Street, Floor 5
New York, NY 10005

Med One Capital Funding, LLC
10712 South 1300
East Sandy, UT 84094

Titan Loan Servicing, LLC C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200

Penn Med LLC C/O Jeffery P. Meyers,
Myers Law Group LLC 17025 Perry
Highway Warrendale, PA 15086

Toby Mug Financing, LLC C/O Roger
Herman, Rosenblum Boldenhersh 7733
Forsyth Blvd., Suite 400
St. Louis, MO 63105

Dell Financial Services LLC One Dell Way
Mail Stop – PS2DF-23
Round Rock, TX 78682

App Group International, LLC 85 Broad
Street, 75th Floor
New York, NY 10004

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708

BQR Capital, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

HOP Capital
323 Sunny Island Blvd. #501
Sunny Isles Beach, Florida 33160

HMFCG Inc.
368 New Hemstead Rd.
New City, NY 10956

First Republic Bank Agent For Service Of Process
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Smart Business
561 Northeast 79th Street
Miami, FL 33138

11

Newport Beach, CA 92663

The McNee Family Trust Dated 1/17/08
C/O Pelorus Equity Group, Inc. 1
24 Tustin Avenue, Suite 200 Newport
Beach, CA 92663

Leyda Bequer, Trustee of Bequer Trust
23461 S. Pointe Drive, Suite 215 Laguna
Hills, CA 92653

Healthland CPSI
C/O Troy Dolly
6600 Wall Street
Mobile, AL 36695

Midwest Emergency Dept. Services, Inc.
C/O Kevin Meder 600 Washington
Avenue, Suite 1800 Saint Louis, MO
63101

Jones Day
C/O Chris Anderson
77 West Wacker Drive
Chicago, IL 60601

Western Healthcare C/O Jacob Norvell
13155 Noel Rd. Suite 200 Dallas, TX
75240

Philips Healthcare C/O Robert Kennedy
P.O. Box 403831 Atlanta, GA 30301

Aya Healthcare Inc. C/O Shannon Steely
P.O. Box 123519, Dept 3519 Dallas, TX
75312

Bard C.R. Inc. C/O Napoleon Ramos P.O.
Box 75767 Charlotte, NC 28275

Calico Rock Med, LLC C/O Darren Gibbs
Law Offices of Darren A. Gibbs, PLLC
3729 N. Crossover Road, Suite 111
Fayetteville AR 72703

Trust of R. and G. Glitz Dated 12/11/07
C/O Pelorus Equity Group, Inc. 124 Tustin
Avenue, Suite 200 Newport Beach, CA
92663

Baxter Regional Medical Center C/O Ron
Peterson, President & CEO 624 Hospital
Drive Mountain Home, AR 72653

Beckman C/O Raymond Wendolowski,
Bernstein Burkley 707 Grant St. Suite
2200, Gulf Tower Pittsburgh, PA 15219

AHN Emergency Group of Ellwood, LTD
C/O Kevin Allen, Michael Pest Exkert
Seanmans Cherin & Mellott, LLC 600
Grant Street, 44th Floor Pittsburgh, PA
15210

Horizon Mental Health C/O Michael W.
Winfield, Post & Schell 17 North Second
Street 12th Floor Harrisburg, PA 17107

Dinakar Golla C/O Avrum Levicoff, The
Levicoff Law Firm 4 PPG Pl., Suite 200
Pittsburgh, PA 15222

Johnson & Johnson Healthcare Sys. 5972
Collections Ctr. Dr. Chicago, IL 60693

Specialists in Anesthesia PC C/O Dr. Brad
Bernstein 500 S. Meramec Drive Saint
Louis, MO 63105

McKesson Medical Surgical C/O Marlena
Waldrum 12755 Highway 55, Suite R200
Minneapolis, MN 55441

Sysco
3850 Mueller Rd
Saint Charles, MO 63301

Palamerican Security, Inc. C/O Roger
Rees 8 th Avenue North Suite 203
St. Petersburg, FL 33704

Nurses PRN
1101 E. South River Street
Appleton, WI 54915

White River Planning & Development
District, Inc.
C/O Regan Miller,
Business Dev./Hazard Mit.
PO Box 2396 Batesville, AR 72503

Medline Industries C/O Michael S. Baim,
The CKB Firm 30 N. Lasalle St. Suite 1520
Chicago, IL 60602

Missouri Dep't of Higher Education and
Workforce Develop. C/O Jaron D. Vail,
MFA 301 W. High Street P.O. Box 1469
Jefferson City, MO 65102

The Talbot Group, LLC C/O Donna Talbot
11741 W. Romin Rd Post Falls, ID 83854

Air Liquide Healthcare America Corp. C/O
Capital Services, Inc. 1675 S. State Street,
Suite B Dover, DE 19901

Faultless
C/O Terry Mason
2030 S. Broadway
Saint Louis, MO 63104

Central Tox LLC
525 Round Rock W. Cr.
Round Rock, TX 78681

Correct Care, Inc.
C/O Nancy Scearce
229 Saint John Ln
Covington, LA 70433

Ortho Clinical Diagnostics P.O. Box 3655
Carol Stream, IL 60132

Baxter Regional Medical Center-Lab
Cultures C/O Ron Peterson, President &
CEO 624 Hospital Drive Mountain Home,
AR 72653

Western Healthcare C/O Scott Webb
13155 Noel Rd., Suite 200 Dallas, TX
75240

Koven Omens Trust Dated June 26, 2015
C/O Pelorus Equity Group, Inc. 124 Tustin
Avenue Suite 200 Newport Beach, CA
92663

All on this the 5th day of February, 2020.

/s/ John T. Hamilton
John T. Hamilton, Esq.