UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
London Division

| | |
|---|---|
| In re:<br><br>Americore Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 19-61608<br>Chapter 11 |

**United States Trustee's Objection to the Debtors' Third Motion for Entry of an Order Extending the Deadlines to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs**

Paul A. Randolph, Acting United States Trustee, hereby objects to the Third Motion of the Debtors and Debtors in Possession for Entry of an Order Extending the Deadlines to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs (ECF No. 169) (the "Third Extension Motion"), and states as follows:

*Notice of Hearing*

> Please take notice that this Motion will be heard by the Court on February 20, 2020 at 9:00 a.m. in the Second Floor Courtroom, U.S. Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1409. This matter is a core proceeding.

2. The United States Trustee has standing to bring this Motion pursuant to 11 U.S.C. §§ 307.

3. On December 31, 2019, the Debtors filed their voluntary petitions for relief under chapter 11. The Debtors remain in possession.

4. The Debtors are the owners and/or operators of four separate hospitals, with a location in each of Kentucky, Pennsylvania, Arkansas, and Missouri. Upon information and belief, the hospital operations at the facilities located in Kentucky and Pennsylvania are closed. Grant White has a majority ownership in each of the Debtors. ECF No. 11, Ex A.

5. Section 521(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007(b)–(c) require a debtor to files its bankruptcy schedules and statement of financial affairs within fourteen days of the petition date. This fourteen-day deadline can only be extended "for cause shown." Fed. R. Bankr. P. 1007(c).

6. When the Debtors initially filed their bankruptcy petition, Debtors' counsel contacted the United States Trustee and stated that the Debtors would not be able to file their schedules by January 14, 2020 (the initial fourteen-day deadline). At that point, the United States Trustee and the

Debtors reached a compromise, where the United States Trustee would not object to the Debtors' request for a seven-day extension, to January 21, 2020. ECF No. 19.

7. Thereafter, at 6:30 p.m. on January 21, 2020, the extended deadline date, the Debtors again asked for an extension to file their bankruptcy schedules, this time for an additional fourteen days, to February 4, 2020. ECF No. 131. The Court granted the extension on January 22, 2020. ECF No. 138.

8. Again, on the eve of the deadline, on February 4, 2020, the Debtors filed the Third Extension Motion requesting an additional fourteen-day extension of the deadline to file schedules. ECF No. 169. The third extension would extend the deadline to February 18, 2020.

9. The above-captioned cases were filed on December 31, 2019. As of the filing of this objection, thirty-six days have passed since the commencement of these cases. In a time period of more than a month, the Debtors have provided essentially no information to the United States Trustee. Upon information and belief, creditors have been similarly stonewalled.

10. For example, in advance of the United States Trustee's individual debtor interview ("IDI"), the Debtors have provided the Untied States Trustee with very limited financials on its two active hospitals. For St. Alexius, the most recent financial statements the United States Trustee has

access to run through December of 2018 (thirteen months old). For Izard County, the most recent financial statements the United States Trustee has access to run through June 30, 2017 (thirty-one months old). As noted in the United States Trustee's motion to appoint a trustee (ECF No. 166), the Debtors, through Grant White, have twice cancelled the IDI and attempted to reschedule. At the current time, more than a month into the case, the United States Trustee has not conducted the IDI and continues to operate with incredibly limited financial information regarding the Debtors.

11. The specific facts of this case also require that the Third Extension Motion be denied. First, both the United States Trustee and the Unsecured Creditors' Committee have filed motions to appoint a trustee. Each of these motions will likely be heard before, or very shortly after, the proposed extended deadline. All parties need ample time to review the Debtors' schedules in advance of these hearings.

12. Additionally, the United States Trustee and creditors are currently unaware of how the Debtors continue to operate. At various hearings, the Debtors stated that their need for cash, either through cash collateral or DIP financing, was dire. However, even though the Debtors did not obtain DIP financing, they continue to operate. *See* ECF No. 166, ¶ 7–10. The Debtors are also likely violating the Court's cash collateral order. The United States

Trustee and other creditors are not in a position to wait an additional two weeks before being able to review accurate and complete schedules.

13.   Finally, and most importantly, at least two of the Debtors' hospitals are currently caring for patients. Grant White is a grossly incompetent manager, who places his own personal interests above patient safety. *See Generally* ECF No. 166. Further, upon information and belief, Izard County Medical Center has stopped paying for employee health insurance. This failure will likely result in Izard County's employees seeking other employment, further placing patents at risk. The United States Trustee needs immediate access to the Debtors' financial information. This information will allow the United States Trustee to take appropriate actions to protect the bankruptcy estate, as well as the safety of the patients currently in the care of these Debtors.

14.   Grant White and the Debtors will likely make excuses as to why they have been unable to compile the needed financial records over the past thirty-six days. Perhaps tellingly, the only "excuse" in the Declaration of Grant White, is that he has "been unable to compile Americore's Schedules and Statement of Financial Affairs in a manner that I am willing to sign under penalty of perjury in order to meet the current deadline of February 4, 2020." ECF No. 169, Ex. A.

15.  "A debtor has an affirmative duty to disclose" all information required by the United States Bankruptcy Code. *Browning v. Levy*, 283 F.3d 761, 755 (6th Cir. 2002). "Bankruptcy schedules serve the important purpose of ensuring that adequate information is available for the trustee and creditors." *In re Eldorado Canyon Props., LLC*, 505 B.R. 601, 604–05 (B.A.P 1st Cir. 2014). "Neither the court nor creditors should have to coerce or implore a debtor into fulfilling the obligations imposed upon it." *Id.* (citation omitted). The party seeking the extension under Rule 1007(c) bears the burden of showing adequate "cause." *Tillman v. Danielson (In re Tillman)*, 2008 WL 8462961, at *4 (B.A.P. 9th Cir. 2006).

16.  A debtor does not have the ability to extend its deadline to file required bankruptcy schedules indefinitely. For example, in *In re Trudeau*, the Bankruptcy Appellate Panel for the First Circuit upheld the dismissal of an incarcerated debtor's bankruptcy case, holding that even though the debtor's incarceration "would make the filing of documents harder for him than if he were not incarcerated, the court gave him extra time to complete that task and, on at least two occasions, told him that the filing of the missing documents was critical to the survival of his case." 2015 WL 5095905, at *4 (1st Cir. B.A.P. 2015). In the above-captioned cases, the Debtors' designated representative is not incarcerated, and the Debtors have already been granted two extensions to file their schedules.

17. The Debtors have not demonstrated the required "cause" before this Court may grant a further extension of time to file their bankruptcy schedules. In fact, the only evidence of "cause" in the record is a declaration of Grant White which: (1) attempts to place blame for the delay on his employees in the first paragraph; and (2) makes a blanket statement without any factual basis in the second paragraph.

WHEREFORE, the United States Trustee respectfully requests that the Third Extension Motion be DENIED.

Dated: February 6, 2020          **Paul A. Randolph**
         Acting United States Trustee

         By: */s/ Bradley M. Nerderman*
         John L. Daugherty
         Assistant U.S. Trustee
         Rachelle C. Dodson
         Bradley M. Nerderman
         Trial Attorneys
         Office of the U.S. Trustee
         100 E. Vine St., Suite 500
         Lexington, KY 40507
         (859) 233-2822

### Certificate of Service

I certify that on February 6, 2020, I served a copy of the foregoing (i) via ECF noticing upon all parties registered to receive notice electronically; and (ii) via first-class mail, postage prepaid, upon the attached mailing matrix.

         */s/ Bradley M. Nerderman*
         Bradley M. Nerderman

Baxter Regional Medical Center
C/O Ron Peterson, President & CEO
624 Hospital Drive
Mountain Home, AR 72653

Midwest Emergency Dept. Serv, Inc.
C/O Kevin Meder
600 Washington Avenue, Suite 1800
Saint Louis, MO 63101

Horizon Mental Health
C/O Winfield, Post & Schell
17 North Second Street 12th Floor
Harrisburg, PA 17107

Dinakar Golla
C/O Avrum Levicoff,
4 PPG Pl., Suite 200
Pittsburgh, PA 15222

Johnson & Johnson Healthcare Sys.
5972 Collections Ctr. Dr.
Chicago, IL 60693

Bard C.R. Inc.
C/O Napoleon Ramos
P.O. Box 75767
Charlotte, NC 28275

Palamerican Security, Inc.
C/O Roger Rees
8th Avenue North Suite 203
St. Petersburg, FL 33704

Central Tox LLC
525 Round Rock W. Cr.
Round Rock, TX 78681

Medline Industries
C/O Michael S. Baim, The CKB Firm
30 N. Lasalle St, Suite 1520
Chicago, IL 60602

The Talbot Group, LLC
C/O Donna Talbot
11741 W. Romin Rd
Post Falls, ID 83854

Healthland CPSI
C/O Troy Dolly
6600 Wall Street
Mobile, AL 36695

AHN Emergency Group of Ellwood,
C/O Kevin Allen, Michael Pest
Exkert Seanmans Cherin & Mellott,
600 Grant Street, 44th Floor
Pittsburgh, PA 15210

Western Healthcare
C/O Jacob Norvell
13155 Noel Rd.Suite 200
Dallas, TX 75240

Philips Healthcare
C/O Robert Kennedy
P.O. Box 403831
Atlanta, GA 30301

Aya Healthcare Inc.
C/O Shannon Steely
P.O. Box 123519, Dept 3519
Dallas, TX 75312

McKesson Medical Surgical
C/O Marlena Waldrum
12755 Highway 55, Suite R200
Minneapolis, MN 55441

Faultless
C/O Terry Mason
2030 S. Broadway
Saint Louis, MO 63104

White River Planning and
Development District, Inc.
C/O Regan Miller
PO Box 2396
Batesville, AR 72503

Ortho Clinical Diagnostics
P.O. Box 3655
Carol Stream, IL 60132

Western Healthcare
C/O Scott Webb
13155 Noel Rd., Suite 200
Dallas, TX 75240

Beckman
C/O Raymond Wendolowski,
Bernstein Burkley
707 Grant St.Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Jones Day
C/O Chris Anderson
77 West Wacker Drive
Chicago, IL 60601

Calico Rock Med, LLC
C/O Darren Gibbs
Law Offices of Darren A. Gibbs
3729 N. Crossover Road, Suite 111
Fayetteville AR 72703

Jones Day
C/O Chris Anderson
77 West Wacker Drive
Chicago, IL 60601

Specialists in Anesthesia PC
C/O Dr. Brad Bernstein
500 S. Meramec Drive
Saint Louis, MO 63105

Sysco
3850 Mueller Rd
Saint Charles, MO 63301

Nurses PRN
1101 E. South River Street
Appleton, WI 54915

Correct Care, Inc.
C/O Nancy Scearce
229 Saint John Ln
Covington, LA 70433

Missouri Dep't of Higher Education
C/O Jaron D. Vail, MFA
P.O. Box 1469
Jefferson City, MO 65102

The Third Friday Total Return Fund,
C/O Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445

Pelorus Fund, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Pelorus Fund, LLC
C/O Bibin Mannattuparampil Geraci
90 Discovery
Irvine, CA 92618

Penn Med LLC
C/O Jeffery P. Meyers, Myers Law
17025 Perry Highway
Warrendale, PA 15086

Toby Mug Financing, LLC
C/O Roger Herman, Rosenblum Boldenhersh
7733 Forsyth Blvd., Suite 400
St. Louis, MO 63105

Dell Financial Services LLC
One Dell Way
Mail Stop – PS2DF-23
Round Rock, TX 78682

Air Liquide Healthcare America Co
C/O Capital Services, Inc.
1675 S. State Street, Suite B
Dover, DE 19901

App Group International, LLC
85 Broad Street, 75th Floor
New York, NY 10004

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

BQR Capital, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Gibbs Technology Leasing – HG1,
3236 West Edgewood Road, Suite A
Jefferson City, MO 65109

HOP Capital
323 Sunny Island Blvd. #501
Sunny Isles Beach, Florida 33160

EIN CAP, Inc.
160 Pearl Street, Floor 5
New York, NY 10005

HMFCG Inc.
368 New Hemstead Rd.
New City, NY 10956

Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094

Republic Bank
PO Box 17170
Salt Lake City, UT 84117

Titan Loan Servicing, LLC
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Smart Business
561 Northeast 79th Street
Miami, FL 33138

Koven Omens Trust Dated June 26, 2015
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue Suite 200
Newport Beach, CA 92663

The McNee Family Trust Dated 1/17/08
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Trust of R. and G. Glitz Dated 12/11/07
C/O Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663

Leyda Bequer, Trustee of Bequer Trust
23461 S. Pointe Drive, Suite 215
Laguna Hills, CA 92653

Americore Holdings, LLC and its Subsidiaries
3933 S. Broadway
Saint Louis, MO 63118

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

U.S. Attorney's Office
Eastern District of Kentucky
260 W. Vine St., Suite 400
Lexington, KY 40507

Kentucky Department of Revenue
Legal Branch – Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105

Arkansas Department of Finance and Administration
1509 W 7th St.
Little Rock, AR 72201

Pennsylvania Dept of Revenue
C/O Pennsylvania Attorney General, Nancy Walker
Strawberry Square
Harrisburg, PA 17120