# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| Americore Holdings, LLC, *et al.*,[1] ) | Case No. 19-61608-grs |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |
| ) | Honorable Gregory R. Schaaf |

## ORDER

On Motion to Withdraw as counsel for Cardinal Health 110, LLC and Cardinal Health 200, LLC, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that counsel's Motion to Withdraw is **GRANTED**; and

**IT IS FURTHER ORDERED** that Mary L. Fullington will be removed from the Court's CM/ECF electronic service list.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

TENDERED BY:

 */s/ Mary L. Fullington*
Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Telephone: (859) 233-2012
Facsimile: (859) 259-0649
Email: mfullington@wyattfirm.com

*Counsel for Cardinal Health 110, LLC
and Cardinal Health 200, LLC*

100225003.1