**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN OBJECTION TO DEBTORS' REQUEST FOR EXTENSION OF DEADLINES TO FILE BANKRUPTCY SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Official Committee of Unsecured Creditors (the "Committee") joins in the *United States Trustee's Objection to the Debtors' Third Motion for Entry of an Order Extending the Deadlines to File their Schedules of Assets and Liabilities and Statements of Financial Affairs* [ECF No. 180]. The Committee shares the concerns of the United States Trustee that the Debtors have failed to provide necessary information regarding their business and financial affairs. Like the United States Trustee, the Committee has made a request for the Debtors to provide their financial information since Grant White took them over, but to date, the Debtors have failed to provide any information in response. The failure of the Debtors to file their bankruptcy schedules and statement of

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

financial affairs and provide financial information to the Committee further supports the motion [ECF No. 171] filed by the Committee for the appointment of a Chapter 11 Trustee.

**WHEREFORE**, the Committee requests the entry of an Order denying the *Debtors' Third Motion for Entry of an Order Extending the Deadlines to File their Schedules of Assets and Liabilities and Statements of Financial Affairs* [ECF No. 169].

**Dated**:   February 7, 2020

**Nelson Mullins Riley & Scarborough LLP**[2]
*Proposed Counsel for Committee*[3]

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
    Frank P. Terzo
    Florida Bar No. 906263
    Frank.Terzo@nelsonmullins.com
    Gary M. Freedman
    Florida Bar No. 727260
    Gary.Freedman@nelsonmullins.com
    Michael D. Lessne
    Florida Bar No. 73881
    Michael.Lessne@nelsonmullins.com

---

[2] The attorneys at Nelson Mullins Riley & Scarborough LLP are in the process of filing their motions for pro hac vice admission.

[3] Nelson Mullins Riley & Scarborough's application for employment is pending [ECF No. 185].

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

By: /s/ Gary M. Freedman
Gary M. Freedman
Florida Bar No. 72760