# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## London Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In re  Americore Holdings, LLC

   3933 S Broadway
   St Louis, MO 63118

aka/dba:

SSN/TID:

     83–0860115

Debtor(s)

Case No. 19−61608−grs

Chapter: 11

## ORDER

A(n) Third Motion for Order Extending Deadlines to File Schedules and Statement of Financial Affairs [ECF No. 169] having been filed on behalf of Americore Holdings, LLC, and an Objection [ECF No. 193] to the matter having been filed that is defective for the following reason(s):

☒ Notice of hearing is missing/incomplete/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled.

DATED: 2/10/20



By the court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge