**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Honorable Gregory R. Schaaf |
|  | ) |  |

## NOTICE OF HEARING

Notice is hereby given that the *Official Committee of Unsecured Creditors' Joinder in Objection to Debtors' Request for Extension of Deadlines to File Bankruptcy Schedules and Statements of Financial Affairs* [Docket No. 193] will be heard by the Court on February 20, 2020 at 9:00 a.m. (ET), or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

**Dated**:  February 10, 2020

**Nelson Mullins Riley & Scarborough LLP**[2]
*Proposed Counsel for Committee*[3]

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Motions to admit Attorneys Freedman, Terzo and Lessne are pending [ECF Nos. 194, 195 and 196].

[3] Nelson Mullins Riley & Scarborough LLP's application for employment is pending [ECF No. 185].

1

Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
   Frank P. Terzo
   Florida Bar No. 906263
   Frank.Terzo@nelsonmullins.com
   Gary M. Freedman
   Florida Bar No. 727260
   Gary.Freedman@nelsonmullins.com
   Michael D. Lessne
   Florida Bar No. 73881
   Michael.Lessne@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

It is hereby certified that on February 10, 2020, a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

By: /s/ Gary M. Freedman
    Gary M. Freedman