# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Honorable Gregory R. Schaaf |
| | ) |

### ORDER GRANTING MOTION OF DENTONS BINGHAM GREENEBAUM LLP FOR ENTRY OF AN ORDER GRANTING EXPEDITED HEARING ON THE MOTION OF DENTONS BINGHAM GREENEBAUM LLP TO WITHDRAW AS PROPOSED COUNSEL FOR THE DEBTORS, AND APPROVING SHORTENED AND LIMITED NOTICE THEREOF

This matter having come before the Court on the *Motion of Dentons Bingham Greenebaum LLP for Entry of an Order Granting Expedited Hearing on the Motion of Dentons Bingham Greenebaum LLP to Withdraw as Proposed Counsel for the Debtors, and Approving Shortened and Limited Notice Thereof* (the "Motion") filed by Dentons Bingham Greenebaum LLP, proposed counsel to Americore Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20841168.1

sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown, and that it is in the best interests of the Debtors, their estates, their creditors, and other parties in interest;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. An expedited hearing on the Withdrawal Motion[2] is warranted and necessary under the circumstances.

3. The notice given by DBG of the filing of the Withdrawal Motion and the expedited hearing thereon as specified in the Motion is deemed to be sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules.

4. The Withdrawal Motion shall be heard on Thursday, February 20, 2020, at 9:00 a.m. (ET) in the 2nd Floor Courtroom, United States Bankruptcy Court, at 100 East Vine Street, Lexington, Kentucky.

---

[2] Capitalized terms used herein and not otherwise defined have the meanings given to them in the Motion.

Tendered by:

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email: james.irving@dentons.com
          april.wimberg@dentons.com
          chris.madden@dentons.com

*Proposed Counsel to the Debtors*

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 13, 2020**
(tnw)