**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**AMERICORE HOLDINGS, LLC[1]**                                    **CASE NO. 19-61608**

**DEBTORS**


**NOTICE OF EVIDENTIARY HEARING**

There are multiple motions for appointment of a trustee or examiner, or to convert or

dismiss these bankruptcy cases, set for hearing on February 20, 2020.  [ECF Nos. 166, 171, 191,

and 206.]  The motions raise significant concerns regarding the viability of these cases under the

current management, including the lack of any filed schedules and related documents, the failure

to obtain authority to use cash collateral, the inability to obtain financing despite the Debtors'

own testimony that financing is required to operate, and the Debtors' failure to attend an initial

meeting with the United States Trustee.

Therefore, the Debtors are on notice that the Court will take evidence at the hearings

scheduled for February 20, 2020, to determine if immediate action is required.  The Debtors may

decide how they will present evidence, but they should strongly consider the need to provide

testimony from the individual responsible for performing the duties of the Debtors pursuant to

Fed. R. Bankr. P. 4002 and 9001(5)(A), and Local Rule of the Eastern District of Kentucky

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1002-2(b), to contradict the strong evidence in the record that the Debtors are unwilling or unable to perform their responsibilities as debtors-in-possession. [*See* ECF No. 92.]

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Sunday, February 16, 2020**
  **(grs)**