# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE

AMERICORE HOLDINGS, LLC[1]                                         CASE NO. 19-61608

DEBTORS

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES

This matter is before the Court on the Third Motion of the Debtors and Debtors in Possession for Entry of An Order Extending the Deadlines to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [ECF No. 169] and the Objection filed by the United States Trustee [ECF No. 180] and joined by the Official Committee of Unsecured Creditors [ECF No. 193]. The Debtors' request for an extension will be granted but if the Debtors fail to meet the February 18 deadline then they will run the risk of serious consequences.

The Debtors filed their skeletal petitions on December 31, 2019. The Debtors did not file their schedules and related documents within 14 days of filing the petition, as allowed by the Federal Rules of Bankruptcy Procedure. FED. R. BANKR. PROC. 1007(c). Rather, they sought and received a 7-day extension, making the schedules due on January 21, 2020. [ECF Nos. 19 & 64.]

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

On the January 21 deadline, the Debtors requested a second extension through and including February 4, 2020. [ECF No. 131.] The extension was granted the next day. [ECF No. 138.] On the February 4 deadline, the Debtors then filed this request for an extension through and including February 18, 2020. [ECF No. 169.]

The Debtors' motion blames a number of factors for their failure to file schedules. They have lost employees due to their financial constraints, which also limits their ability to retain an outside financial advisor. [ECF No. 169.] The Debtors also claim they have had difficulty collecting accounts receivable. [*Id.*] But the testimony of Grant White, the primary owner and controlling officer that acts as CEO and President of the Debtors, only provides: "I have been unable to compile Americore's Schedules and Statement of Financial Affairs in a manner that I am willing to sign under the penalty of perjury in order to meet the current deadline of February 4, 2020 the Court has set." [*Id.* at Exh. A.] This limited information does not do much to support the extension request.

The United States Trustee filed its objection on February 6, 2020 [ECF No. 180], and the objection was joined by the Official Committee of Unsecured Creditors [ECF No. 193]. The United States Trustee has received almost no information. Limited financial statements for the two operating hospitals were received, but the information for St. Alexius is thirteen months old and the information for Izard County is thirty-one months old.

An extension until February 4 was enough time to prepare the schedules and statements of financial affairs. Parties need time to review the information and prepare for the February 27 first meeting of creditors. [ECF No. 94.] Also, the lack of schedules and related documents has limited the Debtors ability to obtain debtor-in-possession financing. The Debtors were told at

2

the January 8 hearing on first day matters that any financing request would have significant difficulty if schedules were not available. [ECF No. 57.]

The Debtors' request for an extension is not set for hearing until February 20, two days after the requested extension deadline. If the schedules and related documents are filed by February 18, the United States Trustee and the creditors will have over a week to prepare for the first meeting of creditors. Therefore, the Objections of the United States Trustee [ECF No. 180] and the Official Committee of Unsecured Creditors [ECF No. 193] are OVERRULED and the Third Motion of the Debtors and Debtors in Possession for Entry of An Order Extending the Deadlines to File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [ECF No. 169] is GRANTED.

The Debtors must understand, however, that no further extensions of time will occur without extremely compelling reasons. Further, the failure to meet their requested deadline will likely act as evidence that the Debtors or their responsible parties are not accepting their responsibilities under the Bankruptcy Code.

3

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Sunday, February 16, 2020**
**(grs)**