**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
(A) SUPPLEMENT TO MOTION FOR ORDER ESTABLISHING
PROCEDURES TO CONDUCT RULE 2004 EXAMINATIONS AND
(B) LIMITED OBJECTION TO PELORUS EQUITY GROUP, INC.'S
MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION OF GRANT
WHITE, MICHAEL LEWITT, THE THIRD FRIDAY TOTAL RETURN FUND,
L.P., AND THE DEBTORS AND PRODUCTION OF DOCUMENTS BY THEM**

The Official Committee of Unsecured Creditors (the "Committee") (a) supplements its *Motion for Order Establishing Procedures to Conduct Rule 2004 Examinations* [ECF No. 188] (the "Procedures Motion") and (b) objects on a limited basis (with respect to timing and scheduling) to the *Motion for Bankruptcy Rule 2004 Examination of Grant White, Michael Lewitt, the Third Friday Return Fund, L.P., and the Debtors and Production of Documents by Them* [ECF No. 145] filed by Pelorus Equity Group, Inc. (the "Pelorus 2004 Motion"), and in support states as follows:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

> **Notice of Hearing**
>
> **Please take notice that this supplement and limited objection will be heard by the Court on February 20, 2020, at 9:00 a.m. in the Second Floor Courtroom, U.S. Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507.**

1. On February 13, 2020, Debtors consented to the appointment of Chapter 11 Trustee in these cases. Considering this development, the Committee requests that 2004 examinations not be permitted until after the appointment of a Chapter 11 Trustee to provide the Chapter 11 Trustee the opportunity to participate in the examinations to the extent the Chapter 11 Trustee chooses to do so.

2. In addition, consistent with the goals that the Committee seeks to advance through its Procedures Motion of economy and efficiency, the Committee seeks to ensure coordination and cooperation by parties seeking discovery with the Committee and the Trustee in the scheduling of examinations.

3. The Committee asserts that such a procedure will minimize duplication of examinations and the attendant costs associated therewith.

4. The Committee accordingly requests that the following procedure be added as paragraph (2)(g) of the proposed order on the Procedures Motion:

> **2.**
>    …
>
>    **(g) Cooperation.** Any interested party seeking to schedule an examination in the manner authorized by this Order must first coordinate and cooperate in the scheduling of such examination with counsel for the Committee and counsel for the Chapter 11 Trustee.

5. The Committee has no objection to Pelorus taking the Rule 2004 examinations of Grant White, Michael Lewitt, the Third Friday Total Return Fund, L.P., provided that the examinations are scheduled after the appointment of the Trustee and in coordination with the Committee and the Trustee.

**WHEREFORE**, the Committee requests that the Procedures Motion be supplemented in the manner requested in this motion, that the Pelorus 2004 Motion be limited as provided in this motion, and for such other relief as is just and proper.

**[signature page below]**

| | |
|---|---|
| **Dated**: February 17, 2020 | **Nelson Mullins Riley & Scarborough LLP**[2]<br>*Proposed Counsel for Committee*<br><br>Two South Biscayne Boulevard<br>One Biscayne Tower, 21st Floor<br>Miami, FL 33131<br>Ph. 305-373-9400 \| Fax 305-995-6416<br><br>100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL 33394<br>Ph. 954-764-7060 \| Fax 954-761-8135<br><br>By: */s/ Gary M. Freedman*<br>　Frank P. Terzo<br>　Florida Bar No. 906263<br>　Frank.Terzo@nelsonmullins.com<br>　Gary M. Freedman<br>　Florida Bar No. 727260<br>　Gary.Freedman@nelsonmullins.com<br>　Michael D. Lessne<br>　Florida Bar No. 73881<br>　Michael.Lessne@nelsonmullins.com<br><br>-and-<br><br>**FROST BROWN TODD LLC**[3]<br>*Proposed Co-Counsel for Committee*<br><br>By: */s/ Adam R. Kegley*<br>Adam R. Kegley<br>250 West Main Street, Suite 2800<br>Lexington, Kentucky 40507<br>Tel: (859) 231-0000<br>Fax: (859) 231-0011<br>E-mail: akegley@fbtlaw.com |

---

[2] Attorneys Freedman, Terzo and Lessne are admitted *pro hac vice* [ECF Nos. 200, 201 and 202]. Nelson Mullins Riley & Scarborough LLP's application for employment is pending [ECF No. 185].

[3] Frost Brown Todd's application for employment is forthcoming.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I electronically filed the foregoing with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

                                              By: /s/ Adam R. Kegley
                                                    Adam R. Kegley

0000000.0001531  4823-6043-5893v2