UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

------------------------------------------------------- X
In re:                                                  :
                                                        :
Americore Holdings, LLC, *et al.*,[1]                   :   Chapter 11
                                                        :
      Debtors.                :   Case No. 19-61608-grs
                                                        :
                                                        :   (Jointly Administered)
                                                        :
                                                        :   Honorable Gregory R. Schaaf
                                                        :
------------------------------------------------------- X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Utica Leaseco, LLC's Motion for Relief from Stay or, in the Alternative Adequate Protection as to Equipment* [Docket No. 211] and *The Debtors' Objection to Utica Leaseco, LLC's Motion for Relief from Stay or, in the Alternative Adequate Protection as to Equipment* [Docket No. 233] shall come on for hearing before the Honorable Judge Gregory R. Schaaf, Second Floor Courtroom, United States Bankruptcy Court, 100 East Vine Street, Lexington, Kentucky 40507, at the hour of 9:00 a.m. Eastern on Thursday, March 19, 2020.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20856412.1

Dated: February 20, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James R. Irving*
　　　　　　　　　　　　　　　　　　　　　　　James R. Irving
　　　　　　　　　　　　　　　　　　　　　　　April A. Wimberg
　　　　　　　　　　　　　　　　　　　　　　　Christopher B. Madden
　　　　　　　　　　　　　　　　　　　　　　　DENTONS BINGHAM GREENEBAUM LLP
　　　　　　　　　　　　　　　　　　　　　　　3500 PNC Tower
　　　　　　　　　　　　　　　　　　　　　　　101 South Fifth Street
　　　　　　　　　　　　　　　　　　　　　　　Louisville, KY 40202
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (502) 589-4200
　　　　　　　　　　　　　　　　　　　　　　　Fax: (502) 587-3695
　　　　　　　　　　　　　　　　　　　　　　　E-mail:　james.irving@dentons.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　april.wimberg@dentons.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　chris.madden@dentons.com

　　　　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Debtors*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on February 20, 2020 a true copy of the foregoing Notice was served via electronic mail to all parties receiving service through the Court's ECF system. Further, on February 20, 2020, the Notice will also be served by first-class mail, postage prepaid, to the parties listed below:

| | |
|---|---|
| Bradley M. Nerderman<br>Office of the United States Trustee<br>100 E. Vine St., Suite 500<br>Lexington, KY 40507 | The Third Friday Total Return Fund, L.P.<br>℅ Michael E. Lewitt<br>85 N. Congress Avenue<br>Delray Beach, FL 33445 |
| Americore Holdings, LLC and its Subsidiaries<br>3933 S. Broadway<br>Saint Louis, MO 63118 | Pelorus Fund, LLC<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 |
| Internal Revenue Service<br>P.O Box 7346<br>Philadelphia, PA 19101 | Pelorus Fund, LLC<br>℅ Bibin Mannattuparampil Geraci LLP<br>90 Discovery<br>Irvine, CA 92618 |
| U.S. Attorney's Office<br>Eastern District of Kentucky<br>260 W. Vine St., Suite 400<br>Lexington, KY 40507 | Penn Med LLC<br>℅ Jeffery P. Meyers, Myers Law Group LLC<br>17025 Perry Highway<br>Warrendale, PA 15086 |
| Kentucky Department of Revenue<br>Legal Branch – Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY 40602 | Toby Mug Financing, LLC<br>℅ Roger Herman, Rosenblum Boldenhersh<br>7733 Forsyth Blvd., Suite 400<br>St. Louis, MO 63105 |

20856412.1

| | |
|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 475<br>301 West High Street<br>Jefferson City, MO 65105 | Dell Financial Services LLC<br>One Dell Way<br>Mail Stop – PS2DF-23<br>Round Rock, TX 78682 |
| Arkansas Department of Finance and Administration<br>1509 W 7th St.<br>Little Rock, AR 72201 | App Group International, LLC<br>85 Broad Street, 75th Floor<br>New York, NY 10004 |
| Pennsylvania Department of Revenue<br>℅ Pennsylvania Attorney General,<br>Nancy Walker<br>Strawberry Square<br>Harrisburg, PA 17120 | Corporation Services Company<br>P.O. Box 2576<br>Springfield, IL 62708 |
| CT Corporation Systems<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203 | BQR Capital, LLC<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 |
| Gibbs Technology Leasing – HG1, LLC<br>3236 West Edgewood Road, Suite A<br>Jefferson City, Missouri 65109 | HOP Capital<br>323 Sunny Island Blvd. #501<br>Sunny Isles Beach, Florida 33160 |
| EIN CAP, Inc.<br>160 Pearl Street, Floor 5<br>New York, NY 10005 | HMFCG Inc.<br>368 New Hemstead Rd.<br>New City, NY 10956 |
| Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | First Republic Bank<br>Agent For Service Of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833. |
| Titan Loan Servicing, LLC<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 | Smart Business<br>561 Northeast 79th Street<br>Miami, FL 33138 |
| Koven Omens Trust Dated June 26, 2015<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue Suite 200<br>Newport Beach, CA 92663 | The McNee Family Trust Dated 1/17/08<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 |
| Trust of R. and G. Glitz Dated 12/11/07<br>℅ Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663 | Leyda Bequer, Trustee of Bequer Trust<br>23461 S. Pointe Drive, Suite 215<br>Laguna Hills, CA 92653 |
| Baxter Regional Medical Center<br>℅ Ron Peterson, President & CEO<br>624 Hospital Drive<br>Mountain Home, AR 72653 | Healthland CPSI<br>℅ Troy Dolly<br>6600 Wall Street<br>Mobile, AL 36695 |

20856412.1

| | |
|---|---|
| Beckman<br>℅ Raymond Wendolowski, Bernstein Burkley<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Midwest Emergency Dept. Services, Inc.<br>℅ Kevin Meder<br>600 Washington Avenue, Suite 1800<br>Saint Louis, MO 63101 |
| AHN Emergency Group of Ellwood, LTD<br>℅ Kevin Allen, Michael Pest Exkert<br>Seanmans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15210 | Jones Day<br>℅ Chris Anderson<br>77 West Wacker Drive<br>Chicago, IL 60601 |
| Horizon Mental Health<br>℅ Michael W. Winfield, Post & Schell<br>17 North Second Street<br>12th Floor<br>Harrisburg, PA 17107 | Western Healthcare<br>℅ Jacob Norvell<br>13155 Noel Rd.<br>Suite 200<br>Dallas, TX 75240 |
| Dinakar Golla<br>℅ Avrum Levicoff, The Levicoff Law Firm<br>4 PPG Pl., Suite 200<br>Pittsburgh, PA 15222 | Philips Healthcare<br>℅ Robert Kennedy<br>P.O. Box 403831<br>Atlanta, GA 30301 |
| Johnson & Johnson Healthcare Sys.<br>5972 Collections Ctr. Dr.<br>Chicago, IL 60693 | Aya Healthcare Inc.<br>℅ Shannon Steely<br>P.O. Box 123519, Dept 3519<br>Dallas, TX 75312 |
| Specialists in Anesthesia PC<br>℅ Dr. Brad Bernstein<br>500 S. Meramec Drive<br>Saint Louis, MO 63105 | Bard C.R. Inc.<br>℅ Napoleon Ramos<br>P.O. Box 75767<br>Charlotte, NC 28275 |
| McKesson Medical Surgical<br>℅ Marlena Waldrum<br>12755 Highway 55, Suite R200<br>Minneapolis, MN 55441 | Calico Rock Med, LLC<br>℅ Darren Gibbs<br>Law Offices of Darren A. Gibbs, PLLC<br>3729 N. Crossover Road, Suite 111<br>Fayetteville AR 72703 |
| Sysco<br>3850 Mueller Rd<br>Saint Charles, MO 63301 | Palamerican Security, Inc.<br>℅ Roger Rees<br>8th Avenue North, Suite 203<br>St. Petersburg, FL 33704 |
| Faultless<br>℅ Terry Mason<br>2030 S. Broadway<br>Saint Louis, MO 63104 | Nurses PRN<br>1101 E. South River Street<br>Appleton, WI 54915 |

4

| | |
|---|---|
| Central Tox LLC<br>525 Round Rock W. Cr.<br>Round Rock, TX 78681 | White River Planning & Development District, Inc.<br>℅ Regan Miller, Business Dev./Hazard Mit.<br>PO Box 2396<br>Batesville, AR 72503 |
| Correct Care, Inc.<br>℅ Nancy Scearce<br>229 Saint John Ln<br>Covington, LA 70433 | Medline Industries<br>℅ Michael S. Baim, The CKB Firm<br>30 N. Lasalle St.<br>Suite 1520<br>Chicago, IL 60602 |
| Ortho Clinical Diagnostics<br>P.O. Box 3655<br>Carol Stream, IL 60132 | Missouri Dep't of Higher Education and Workforce Develop.<br>℅ Jaron D. Vail, MFA<br>301 W. High Street<br>P.O. Box 1469<br>Jefferson City, MO 65102 |
| Baxter Regional Medical Center-Lab Cultures<br>℅ Ron Peterson, President & CEO<br>624 Hospital Drive<br>Mountain Home, AR 72653 | The Talbot Group, LLC<br>℅ Donna Talbot<br>11741 W. Romin Rd<br>Post Falls, ID 83854 |
| Western Healthcare<br>℅ Scott Webb<br>13155 Noel Rd., Suite 200<br>Dallas, TX 75240 | Air Liquide Healthcare America Corp.<br>℅ Capital Services, Inc.<br>1675 S. State Street, Suite B<br>Dover, DE 19901 |

                                                */s/ James R. Irving*
                                                James R. Irving
                                                *Proposed Counsel to the Debtors*

20856412.1