WWR#040544867

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY AT LONDON

| | |
|---|---|
| IN RE: | CASE NO. 19-61608-GRS |
| AMERICORE HOLDINGS, LLC | CHAPTER 13 |
| | JUDGE SCHAAF |
| DEBTOR | |

AFFIDAVIT IN SUPPORT OF
UTICA LEASECO, LLC'S
MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE ADEQUATE
PROTECTION AS TO EQUIPMENT

| | | |
|---|---|---|
| STATE OF OHIO | * | |
| | * | SS. |
| COUNTY OF HAMILTON | * | |

<u>John Erin McCabe</u>, being first duly sworn according to law, deposes and says that Affiant is the duly authorized representative of UTICA LEASECO, LLC.

Ellwood Medical Center Operations, LLC ("Debtor") filed its Petition for Relief under Chapter 11 of the Bankruptcy Code on December 31, 2019 being Case No. 19-61615-grs. This Affidavit in Support of Motion for Relief from Stay or, in the Alternative Adequate Protection ONLY to property owned by Ellwood Medical Center Operations, LLC which is subject to the Master Lease Agreement and UCC filing pertaining to the Equipment.

Affiant further sayeth naught.

/s/ John Erin McCabe
John Erin McCabe, 92923
Attorney for Creditor

SWORN TO AND SUBSCRIBED before me,
a notary public on this 20th day of February, 2020.

/s/ Laura West
<u>Laura West (Notary Name)</u>
NOTARY PUBLIC, State of Ohio
My Commission expires:05/09/2023
#2018-RE-722024

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing affidavit has been sent this 20th day of February, 2020 by ordinary mail or by electronic email notification to the following:

Adam Mastin Back, adam.back@skofirm.com, BackBR@skofirm.com
Melissa R. Dixon, mrdixon@gambrelwilderlaw.com, r.mr68041@notify.bestcase.com
Matthew D. Ellison, bankruptcy@fowlerlaw.com, fmbbankruptcy@gmail.com
John T. Hamilton, jhamilton@gmalaw.com, cfeeback@gmalaw.com
lconner@gmalaw.com, fmoore@gmalaw.com
R. Aaron Hostettler, ahostettler@hmrkylaw.com
James R. Irving, jirving@bgdlegal.com, smays@bgdlegal.com, jhenson@bgdlegal.com
Ralph L. Landy, landy.ralph@pbgc.gov, efile@pbgc.gov
Adam M. Lubow, Lubow.Adam.M@dol.gov
Christopher B. Madden, cmadden@bgdlegal.com, smays@bgdlegal.com
Taft A. McKinstry, bankruptcy@fowlerlaw.com, fmbbankruptcy@gmail.com
Carol E. Momjian, cmomjian@attorneygeneral.gov
Bradley M. Nerderman, Bradley.Nerderman@usdoj.gov
Lawrence Edward Parres, lparres@lewisrice.com
Matthew M. Scheff, scheff.matthew@dol.gov
Jason Lee Swartley, jswartley@attorneygeneral.gov
U.S. Trustee, ustpregion08.lx.ecf@usdoj.gov
April A. Wimberg, awimberg@bgdlegal.com, smays@bgdlegal.com, jhenson@bgdlegal.com

Ellwood Medical Center Operations LLC
724 Pershing Street
Ellwood City, PA 16117

Access Info Holding, LLC
P.O. Box 310416
Des Moines, IA 50331

AHN Emergency Group of Ellwood, LTD
c/o Kevin Allen, Michael Pest
Eckert Seanmans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15210

Bard, C.R. Inc.
c/o Napoleon Ramos
P.O. Box 75767
Charlotte, NC 28275

Beckman
c/o Raymond Wendolowski
Bernstein Burkley
Gulf Tower
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

Davidoff Law Firm
c/o Raymond Wendolowski
Bernstein Burkley
Gulf Tower
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

Dinakar Golla
c/o Avrum Levicoff
The Levicoff Law Firm
4 PPG Pl., Suite 200
Pittsburgh, PA 15222

Healthland CPSI
c/o Troy Dolly
6600 Wall Street
Mobile, AL 36695

Horizon Mental Health
c/o Michael W. Winfield

Ideal Integrations
c/o Jodi Miller

Post & Schell
17 North Second Street, 12th Floor
Harrisburg, PA 17107

Interior Supply
c/o Nicholas D. Krawec
Bernstein Burkley
Gulf Tower
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

McKesson
c/o Steven Koplove
Kraft & Kraft
3200 Penrose Ferry Road
Philadelphia, PA 19145

Merry X-ray Corporation
c/o Michael Somrak
4909 Murphy Conyon Road, Suite 120
San Diego, CA 92123

Palamerican Security, Inc.
c/o Roger Rees
8th Avenue North, Suite 203
Saint Petersburg, FL 33704

SMA Medical, Inc.
c/o Gene Markin
Stark & Stark
993 Lenox Drive, Building 2
Lawrence Township, NJ 08648

800 Regis Avenue
Pittsburgh, PA 15236

Laboratory Corporation
c/o Richard Johnson
Johnson Legal Network
535 Willington Way # 380
Lexington, KY 40503

Medline Industries
c/o Michael S. Baim
The CKB Firm
30 North Lasalle Street, Suite 1520
Chicago, IL 60602

Nuance Communications
c/o Lillian Dimitrovski
P.O. Box 2561
Carol Stream, IL 60132

Philips Healthcare
c/o Robert Kennedy
P.O. Box 403831
Atlanta, GA 30301

Western Healthcare
c/o Jacob Norvell
13155 Noel Road, Suite 200
Dallas, TX 75240

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ John Erin McCabe
John Erin McCabe (92923)
Weltman, Weinberg & Reis
Attorney for Movant
525 Vine Street, Suite 800
Cincinnati, OH 45202
513-723-2206
jmccabe@weltman.com