**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

**AMERICORE HOLDINGS, LLC** *et al*                    CASE NO. 19-61608

**DEBTOR(S)**

                                                                            **Jointly Administered**

### ORDER

It appearing to the Court that attorney, Robert O. Lampl, having filed a Motion to Appear Pro Hac Vice [ECF No. 232] with this Court, and the Court having noted that said attorney is not certified to file in CM/ECF, and being otherwise fully and sufficiently advised, it is ORDERED:

1. Said attorney shall become CM/ECF certified within 90 days from the date of this Order or on or before May 20, 2020, **UNLESS** said attorney has been previously ordered by this Court to comply.

2. Said attorney shall advise the Clerk of the Court of steps taken to obtain certification within the time allowed herein.

Failure to initiate immediate steps to become certified within the time ordered herein and/or in fact to become certified may result in the issuance of Show Cause Orders and/or orders to terminate said attorney's right to practice before this Court.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
(grs)