**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 02/20/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 145 | 01/27/2020 | Motion for 2004 Examination of Grant White, Michael Lewitt, The Third Friday Total Return Fund, L.P., and the Debtors, filed by Pelorus Equity Group, Inc.. Objection to 2004 Exam due by 01/30/2020 (Attachments: # 1 Exhibit Requested Documents # 2 Exhibit Requested Testimony # 3 Proposed Order) (Back, Adam) |

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**