**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                                                                    CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/20/2020                                                                                TIME: 09:00

ISSUE:

166   02/04/2020   Motion to Appoint Trustee, filed by U.S. Trustee, Motion to Appoint Examiner, filed by U.S. Trustee, Motion to Dismiss Case, filed by U.S. Trustee. Hearing scheduled for 2/20/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order Appointing Trustee # 2 Proposed Order Appointing Examiner # 3 Proposed Order Dismissing Case) (Nerderman, Bradley)

DISPOSITION:

A/O

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**