**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                                                  CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 02/20/2020                                                                        TIME: 09:00

ISSUE:

170   02/04/2020   Motion to Shorten Time on Motion to Appoint a Trustee or Examiner Under § 1104 or to Dismiss the Cases, filed by U.S. Trustee (RE: related document(s)166 Motion to Appoint Trustee filed by U.S. Trustee U.S. Trustee, Motion to Appoint Examiner, Motion to Dismiss Case). Hearing scheduled for 2/20/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Nerderman, Bradley)

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**