**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                    CASE NUMBER 19-61608

   Americore Holdings, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/20/2020                                          TIME: 09:00

ISSUE:

  171    02/04/2020        Expedited Motion to Appoint Trustee, filed by Official Committee of
                           Unsecured Creditors. (Freedman, Gary)

DISPOSITION:

  A/O

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**