**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                             CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/20/2020                                                   TIME: 09:00

ISSUE:

176   02/05/2020   Motion for Relief from Stay and Notice of Hearing, filed by Penn Med, LLC Fee Amount 181. Last day to file objections: 2/19/2020. (Attachments: # 1 Proof of Claim # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order) (Hamilton, John) Modified on 2/6/2020. (awd) Court Note: Docket text was modified to correct objection deadline in accordance with Corrective Entry [ECF No. 181]. View the Notice of Electronic Filing for original docket text.

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**