**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                                                          CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 02/20/2020                                                                                TIME: 09:00

ISSUE:

189   02/07/2020   Motion to Shorten Time to Notice Motion for Order Establishing Procedures to Conduct Rule 2004 Examinations, filed by Official Committee of Unsecured Creditors (RE: related document(s)188 Motion for Miscellaneous Relief filed by Creditor Committee Official Committee of Unsecured Creditors). Hearing scheduled for 2/20/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Freedman, Gary)

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**