# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/20/2020  TIME: 09:00

ISSUE:

191   02/07/2020   Motion to Remove Grant White as Chief Executive Officer for the Debtors and for Appointment of Trustee, filed by Third Friday Total Return Fund, LP. Hearing scheduled for 2/20/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order Order to Remove Grant White as Chief Executive Officer of Debtors) (Sandlin, Mark)

DISPOSITION:

A/O

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**