# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory Schaaf

IN RE:     CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/20/2020     TIME: 09:00

ISSUE:

208   02/12/2020   Motion of Dentons Bingham Greenebaum LLP to Withdraw as Attorneys, filed by James R. Irving. Hearing scheduled for 2/20/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Irving, James)

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(rah)**