**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

## AGREED ORDER APPOINTING CHAPTER 11 TRUSTEE

**THIS MATTER** came before the Court upon the *United States Trustee's Motion to Appoint a Trustee or Examiner Under § 1104 or to Dismiss the Cases* [ECF No. 166], the *Official Committee of Unsecured Creditors' Motion for Appointment of Chapter 11 Trustee* [ECF No. 171], the *Motion to Remove Grant White as Chief Executive Officer for the Debtors and for Appointment of Trustee* [ECF No. 191] filed by Third Friday Total Return Fund, LP, and the *Limited Joinder of Pelorus Equity Group, Inc. in Motions of United States Trustee and Official Committee of Unsecured Creditors for the Appointment of a Trustee Under § 1104 and Reservation of Rights* [ECF No. 206] (collectively referred to as the "Trustee Motions"). On February 14, 2020, the Official Committee of Unsecured Creditors (the "Committee") filed a transcribed agreement of Grant White on behalf of the

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Debtors agreeing to the appointment of a Chapter 11 Trustee in these cases [ECF No. 220].

By submitting the proposed order in this form, counsel for the Committee has represented that the Debtors (by and through Grant White and their counsel) and the United States Trustee, Third Friday Total Return Fund, LP, and Pelorus Equity Group, Inc., by and through their counsel, have agreed to the entry of this Order. For good cause shown,

It is **ORDERED**:

1. The Trustee Motions are **GRANTED** as provided in this Order.

2. The United States Trustee is directed to immediately appoint a Chapter 11 Trustee in these jointly-administered cases.

3. All alternative relief sought by the United States Trustee in ECF No. 166 is denied without prejudice.

**Prepared by:**

*/s/ Gary Freedman*
Gary Freedman
Nelson Mullins Riley & Scarborough LLP
Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416
Gary.Freedman@nelsonmullins.com

-and-

*/s/ Adam R. Kegley*
Adam R. Kegley
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
akegley@fbtlaw.com

Proposed Counsel for the Committee

**Reviewed and Agreed to by:**

*/s/ Robert O. Lampl*
Robert O. Lampl
Law Offices of Robert O. Lampl
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (fax)
rlampl@lampllaw.com

Counsel for Grant White

*/s/ James Irving*
James Irving
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY, 40202
(502) 587-3606 (phone)
james.irving@dentons.com

Counsel for the Debtors

*/s/ John L. Daugherty*
John L. Daugherty
Bradley M. Nerderman
Rachelle C. Dodson
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(589) 233-2822 (phone)
rachelle.c.dodson@usdoj.gov

Counsel for the U.S. Trustee

3

Case 19-61608-grs   Doc 258   Filed 02/20/20   Entered 02/20/20 14:55:50   Desc Main
Document      Page 4 of 4

*/s/ Lea Pauley Goff*
Lea Pauley Goff
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202-2828
(502) 333-6000 (phone)
lea.goff@skofirm.com

-and-

*/s/ Adam M. Back*
Adam M. Back
Timothy R. Wiseman
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
(859) 231-3000 (phone)
adam.back@skofirm.com
tim.wiseman@skofirm.com

Counsel for Pelorus Equity Group, Inc.

*/s/ Mark J. Sandlin*
Mark J. Sandlin
Jan M. West
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059
(502) 589-0444 (phone)
(502) 5581-1344 (fax)
msandlin@goldbergsimpson.com
jwest@goldbergsimpson.com

Counsel for Third Friday Total Return Fund, LP

0144206.0729524   4820-2823-5957v2

4

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 20, 2020**
**(grs)**