UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

**AMERICORE HOLDINGS, LLC, et al**                          CASE NO. 19-61608

**DEBTOR(S)**

                                                            Jointly Administered

### ORDER

The Court having considered the Motion for Relief from Stay [ECF No. 221] filed herein on February 18, 2020, on behalf of Amy Jackson-Bolinger, Pamela Johnson and Melissa North, finds said pleading should be and hereby is OVERRULED WITHOUT PREJUDICE for the following reason(s):

☒   The pleading does not meet the notice and opportunity for hearing criteria as set forth by the Court.

☐   Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☒   Failure to serve a necessary party – motion was not served upon the debtors.

☐   Motion was not served upon **all creditors** as required under Fed. R. Bankr. P. 6007(b) (effective 12/1/2019).

☒   Other:  Motion does not contain statement re fees pursuant to ECF No. 67

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, February 21, 2020**
(grs)