United States Bankruptcy Court
Eastern District of Kentucky

In re:                                                          Case No. 19-61608-grs
Americore Holdings, LLC                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0643-6        User: ashleed          Page 1 of 3            Date Rcvd: Feb 19, 2020
                           Form ID: oflhrgre       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db            +Americore Holdings, LLC,    3933 S Broadway,   St Louis, MO 63118-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                         Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
        Adam M Lubow    on behalf of Interested Party   Secretary of Labor, United States Department of
        Labor Lubow.Adam.M@dol.gov
        Adam Mastin Back   on behalf of Creditor   Pelorus Equity Group, Inc. adam.back@skofirm.com,
        BackBR@skofirm.com
        Adam R. Kegley   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
        akegley@fbtlaw.com,  sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com;abatts@fbtlaw.com
        April A Wimberg   on behalf of Interested Party   Izard County Medical Center, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Ellwood Medical Center, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Americore Health Enterprises, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   St. Alexius Hospital Corporation #1
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   St. Alexius Properties, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Success Healthcare 2, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Ellwood Medical Center Real Estate, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Ellwood Medical Center Operations, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Debtor   Americore Holdings, LLC april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Pineville Medical Center, LLC
        april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        April A Wimberg   on behalf of Interested Party   Americore Health, LLC april.wimberg@dentons.com,
        awimberg@bgdlegal.com;jeanette.henson@dentons.com;jhenson@bgdlegal.com
        Benjamin J. Steinberg   on behalf of Creditor   Penn Med, LLC benjamin@jpmyerslaw.com
        Bradley M. Nerderman   on behalf of U.S. Trustee   U.S. Trustee Bradley.Nerderman@usdoj.gov
        Bryan J.K. Sisto   on behalf of Creditor   Universal Health Services bsisto@fbtlaw.com
        Carol E Momjian   on behalf of Other   Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher B. Madden   on behalf of Interested Party   Ellwood Medical Center Operations, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Success Healthcare 2, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   St. Alexius Hospital Corporation #1
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Pineville Medical Center, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Ellwood Medical Center Real Estate, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Ellwood Medical Center, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   St. Alexius Properties, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Americore Health Enterprises, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Debtor   Americore Holdings, LLC chris.madden@dentons.com,
                jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Americore Health, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Christopher B. Madden   on behalf of Interested Party   Izard County Medical Center, LLC
                chris.madden@dentons.com,  jeanette.henson@dentons.com
              Eric R. Von Helms   on behalf of Creditor   Abbott Diagnostics Division of Abbott Laboratories
                Inc. evonhelms@kmksc.com
              Frank P Terzo   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                frank.terzo@nelsonmullins.com,  jennifer.phillips@nelsonmullins.com;linnea.hann@nelsonmullins.com
              Gary M. Freedman   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                gary.freedman@nelsonmullins.com,  Jackie.gonzalez@nelsonmullins.com
              James R. Irving   on behalf of Interested Party   St. Alexius Properties, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   St. Alexius Hospital Corporation #1
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Pineville Medical Center, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Izard County Medical Center, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Ellwood Medical Center Operations, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Americore Holdings, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Ellwood Medical Center, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Izard County Medical Center, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Ellwood Medical Center, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Ellwood Medical Center Real Estate, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Ellwood Medical Center Operations, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Success Healthcare 2, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Success Healthcare 2, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   St. Alexius Hospital Corporation #1
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Americore Health, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   St. Alexius Properties, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Americore Health Enterprises, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Pineville Medical Center, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Americore Health, LLC james.irving@dentons.com,
                jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Debtor   Ellwood Medical Center Real Estate, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              James R. Irving   on behalf of Interested Party   Americore Health Enterprises, LLC
                james.irving@dentons.com,  jeanette.henson@dentons.com;jhenson@bgdlegal.com;jirving@bgdlegal.com
              Jan M. West   on behalf of Creditor   Third Friday Total Return Fund, LP
                jwest@goldbergsimpson.com,  mnowell@goldbergsimpson.com
              Jason Lee Swartley   on behalf of Other   Commonwealth of Pennsylvania
                jswartley@attorneygeneral.gov
              Jeffrey C. Wisler   on behalf of Interested Party   Cigna Health and Life Insurance Company
                jwisler@connollygallagher.com
              Jeffrey P. Myers   on behalf of Creditor   Penn Med, LLC jeffrey@jpmyerslaw.com
              John Erin McCabe   on behalf of Creditor   Utica Leaseco, LLC ecfedk@weltman.com

District/off: 0643-6          User: ashleed          Page 3 of 3          Date Rcvd: Feb 19, 2020
                             Form ID: oflhrgre       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John T. Hamilton    on behalf of Creditor    Calico Rock Med, LLC jhamilton@gmalaw.com,
           cfeeback@gmalaw.com;lconner@gmalaw.com;fmoore@gmalaw.com
          John T. Hamilton    on behalf of Creditor    Penn Med, LLC jhamilton@gmalaw.com,
           cfeeback@gmalaw.com;lconner@gmalaw.com;fmoore@gmalaw.com
          Lawrence Edward Parres    on behalf of Creditor    Saint Louis University lparres@lewisrice.com
          Lea Pauley Goff    on behalf of Creditor    Pelorus Equity Group, Inc. lea.goff@skofirm.com,
           emily.keith@skofirm.com
          Mark J. Sandlin    on behalf of Creditor    Third Friday Total Return Fund, LP
           msandlin@goldbergsimpson.com,  mmitchell@goldbergsimpson.com;sdaniel-harkins@goldbergsimpson.com
          Mark J. Sandlin    on behalf of Creditor Michael  Lewitt msandlin@goldbergsimpson.com,
           mmitchell@goldbergsimpson.com;sdaniel-harkins@goldbergsimpson.com
          Mary L Fullington    on behalf of Creditor    Cardinal Health 110, LLC mfullington@wyattfirm.com,
           lexbankruptcy@wyattfirm.com
          Mary L Fullington    on behalf of Creditor    Cardinal Health 200, LLC mfullington@wyattfirm.com,
           lexbankruptcy@wyattfirm.com
          Mary L Fullington    on behalf of Interested Party    Cigna Health and Life Insurance Company
           mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com
          Matthew D. Ellison    on behalf of Creditor    Toby Mug Financing, LLC bankruptcy@fowlerlaw.com,
           fmbbankruptcy@gmail.com
          Matthew M Scheff    on behalf of Interested Party    Secretary of Labor, United States Department
           of Labor scheff.matthew@dol.gov
          Melissa R. Dixon    on behalf of Creditor Paula  Jones mrdixon@gambrelwilderlaw.com,
           r.mr68041@notify.bestcase.com
          Melissa R. Dixon    on behalf of Creditor Daniel Glenn Jones mrdixon@gambrelwilderlaw.com,
           r.mr68041@notify.bestcase.com
          Melissa R. Dixon    on behalf of Creditor Paula  Downey mrdixon@gambrelwilderlaw.com,
           r.mr68041@notify.bestcase.com
          Michael D. Lessne    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           michael.lessne@nelsonmullins.com
          R. Aaron Hostettler    on behalf of Creditor    The Borough of Ellwood City, Pennsylvania
           ahostettler@hmrkylaw.com
          R. Aaron Hostettler    on behalf of Creditor Jennifer  Winkler ahostettler@hmrkylaw.com
          Ralph L. Landy    on behalf of Creditor    Pension Benefit Guaranty Corporation
           landy.ralph@pbgc.gov,  efile@pbgc.gov
          Ronald E. Johnson, Jr.    on behalf of Creditor Amy  Jackson-Bolinger
           rjohnson@justicestartshere.com
          Ryan R. Atkinson    on behalf of Creditor    BankDirect Capital Finance, LLC rra@ask-law.com,
           clds@ask-law.com;knc@ask-law.com;G23818@notify.cincompass.com;ecf-ask-law@xminimus.com
          T. Kent Barber    on behalf of Creditor    Universal Health Services kbarber@barberlawky.com,
           G67379@notify.cincompass.com
          Taft A. McKinstry    on behalf of Creditor    Toby Mug Financing, LLC bankruptcy@fowlerlaw.com,
           fmbbankruptcy@gmail.com
          Timothy R Wiseman    on behalf of Creditor    Pelorus Equity Group, Inc. tim.wiseman@skofirm.com
          U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
                                                                              TOTAL: 82

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## London Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In re  Americore Holdings, LLC

    3933 S Broadway
    St Louis, MO 63118

  aka/dba:

  SSN/TID:

      83–0860115

Debtor(s)

Case No. 19–61608–grs

Chapter: 11

---

## ORDER TO FILE NOTICE OF HEARING

    A Motion for Relief from Stay [ECF No. 211] having been filed on behalf of Utica Leaseco, LLC , and an Objection [ECF No. 233] to the Motion having been filed that is defective for the following reason(s):

☑  Notice of hearing is missing/incomplete/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐  Other.

    It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled, and the stay may be lifted. The automatic stay shall remain in effect pending conclusion of the final hearing and determination under 11 USC Section 362(d), if a timely notice of hearing is filed.

DATED: 2/19/20



By the court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_oflhrgre

235 – 233