## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| AMY JACKSON-BOLINGER, PAMELA JOHNSON, and MELISSA NORTH, *on behalf of themselves and all others similarly situated,*<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICORE HEALTH, LLC, ET AL.<br><br>　　　　　　　Defendants. | Case No.: 19-61608-grs<br><br>**ORDER GRANTING AGREED MOTION REQUESTING MODIFICATION AND RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)** |

　　　This Court, having reviewed the Plaintiffs' and Non-Debtor Defendants' Agreed Motion Requesting Modification and Relief from Automatic Stay Pursuant to 11 U.S.C. §362(D), other pleadings on file in this proceeding, and having heard the arguments of counsel, finds that good cause exists to grant relief from the automatic stay.

　　　It is ORDERED that relief from the automatic stay imposed by 11 U.S.C. §362 be and is hereby granted as to the Plaintiffs and Non-Debtor Defendants to permit the continued prosecution to final judgment or settlement of that lawsuit pending in the Case No. 6:19-cv-152 pending in the United States District Court for the Eastern District of Kentucky.

　　　This the _____ day of _____, 2020.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge