UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| Americore Holdings, LLC, et al.[1] | Case No. 19-61608 |
| Debtors in Possession | Jointly Administered |

**Notice of Appearance**

John L. Daugherty enters an appearance in this matter on behalf of Paul A. Randolph, Acting United States Trustee, and requests service of all electronic notifications under the Court's Case Management and Electronic Case Filing System.

Dated: February 25, 2020

**Paul A. Randolph**
Acting United States Trustee

By: */s/John L. Daugherty*
John L. Daugherty
Assistant U.S. Trustee
Bradley M. Nerderman
Rachelle C. Dodson
Trial Attorneys
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).