# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | : | Case No. 19-61608 (GRS) |
| Debtors | : | (Jointly Administered) |
|  | : | Honorable Gregory R. Schaaf |

## THE COMMONWEALTH OF PENNSYLVANIA's LIMITED OBJECTION TO UTICA LEASECO, LLC's MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE FOR ADEQUATE PROTECTION AS TO EQUIPMENT

The Commonwealth of Pennsylvania, Office of Attorney General ("Commonwealth"), files this limited objection ("Limited Objection") to UTICA LEASECO, LLC's Motion for Relief from Stay or, in the Alternative for Adequate Protection as to Equipment. In support of its Limited Objection, the Commonwealth respectfully represents as follows:

1. On December 31, 2019, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2. On February 20, 2020, the Court approved the Agreed Order Appointing a Chapter 11 Trustee in these cases.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

3.     On February 21, 2020, Paul A. Randolph, Acting United States Trustee, pursuant to the February 20, 2020 Order entered by the Court, directed the appointment of Carol L. Fox as Chapter 11 Trustee in these cases.

4.     On February 24, 2020, Carol L. Fox filed a Notice of Acceptance notifying the United States Trustee that she accepted her appointment as Chapter 11 Trustee in these cases. The deadline to object to the appointment of Carol L. Fox as Chapter 11 Trustee in these cases is March 9, 2020.

5.     The Commonwealth, by Attorney General Josh Shapiro, under his *parens patriae* powers files this Limited Objection out of an abundance of caution to ensure that if no objections are filed to Carol L. Fox's appointment as Chapter 11 Trustee in these cases, that she be granted full and reasonable opportunity, once the deadline to object expires, to review UTICA LEASECO, LLC's Motion for Relief from Stay or, in the Alternative for Adequate Protection as to Equipment. (ECF Nos. 211 and 84).

6.     The Commonwealth, by Attorney General Josh Shapiro, under his *parens patriae* powers, also files this Limited Objection to ensure that should the Court grant UTICA LEASECO, LLC, relief from the automatic stay, that the Court require the Chapter 11 Trustee to employ safeguards to specifically identify that property belonging to UTICA LEASECO, LLC and to segregate, safeguard, and maintain those charitable assets the Commonwealth of Pennsylvania alleges unlawfully diverted to the Debtors separate from the property of UTICA LEASECO., LLC. See (ECF No. 84).

7.     Upon information and belief, UTICA LEASECO, LLC, may have failed to provide sufficient detail to identify the exact property subject to its motion for requested relief. While the property is generally identified on the filed Proof of Claim (Claim 8), the identification lacks

specificity to overcome any doubt or confusion that the UTICA LEASECO, LLC property is not similar to other property of the estate and subject to the Commonwealth's previously asserted *parens patriae* interests. ECF No. 84.

8. Additionally, pursuant to the Equipment Schedule Ellwood-0001 of the Master Lease Agreement dated March 9, 2018, between UTICA LEASECO, LLC and Ellwood Medical Center Operations, LLC, the location of all leased property and equipment was to remain at two Equipment Locations in Ellwood City, PA and not be removed until all payments and the final payment were paid in full to UTICA LEASECO, LLC. It is unclear what property if any is located at 724 Pershing Street, Ellwood City, PA and what property if any is located at 304 Evans Drive, Ellwood City, PA. See, Claim 8.

9. Upon information and belief, the Commonwealth understood at the time of the transfer of the now unlawfully diverted charitable assets to the Debtors, the Ellwood City Hospital was fully equipped with the same or similar equipment acquired by the Debtors from UTICA LEASECO, LLC.

WHEREFORE, for the foregoing reasons, the Commonwealth respectfully requests this Honorable Court enter an Order directing the UTICA LEASECO, LLC to more specifically identify the property upon which it seeks relief and further directing the Chapter 11 Trustee to oversee established safeguards ensuring that UTICA LEASCO, LLC only have access to and remove its property subject to its Proof of Claim (Claim 8) should this Court grant relief. The Commonwealth additionally prays for any such other relief as the Court may deem just and appropriate.

          Respectfully submitted,

          JOSH SHAPIRO
          ATTORNEY GENERAL

Date: February 27, 2020        BY:    */s/Jason L. Swartley*
          Jason L. Swartley
          Chief Deputy Attorney General
          PA Attorney No. 78213
          Pennsylvania Office of Attorney General
          15th Floor, Strawberry Square
          Harrisburg, PA 17120
          Tel: (717) 705-7326
          Fax: (717) 772-4526
          Email: jswartley@attorneygeneral.gov

## NOTICE

Please take notice that the foregoing motion shall come on for hearing before the Honorable Gregory R. Schaaf at the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky, 40507, on March 19, 2020, at 9:00 a.m.

        Respectfully submitted,

        JOSH SHAPIRO
        ATTORNEY GENERAL

Dated: February 27, 2020       By:  */s/ Jason L. Swartley*
        Jason L. Swartley
        Chief Deputy Attorney General
        PA Attorney No. 78213
        Pennsylvania Office of Attorney General
        15th Floor, Strawberry Square
        Harrisburg, PA 17120
        Tel: (717) 705-7326
        Fax: (717) 772-4526
        Email: jswartley@attorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that, on February 27, 2020, the foregoing Motion was served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 cases.  Also, on February 27, 2020, a copy of the Motion was sent via electronic mail to the Debtors' Counsel and the Office of the United States Trustee at the addresses set forth below:

| | |
|---|---|
| Office of the United States Trustee<br>E-mail: Bradley.Nerderman@usdoj.gov | Office of the United States Trustee<br>E-mail: john.daugherty@usdoj.gov |
| Robert T. Razzano, Counsel for Carol L. Fox<br>E-mail: rrazzano@bakerlaw.com | Tiffany Payne Geyer, Counsel for Carol L. Fox<br>E-mail: tpaynegeyer@bakerlaw.com |
| Elizabeth A. Green, Counsel for Carol L. Fox<br>E-mail: egreen@bakerlaw.com | Jimmy D. Parrish, Counsel for Carol L. Fox<br>E-mail: jparrish@bakerlaw.com |
| Robert O. Lampl, Counsel for Grant White<br>E-mail: rlampl@lampllaw.com | Gary M. Freedman, Counsel for Official Committee of Unsecured Creditors<br>E-mail: Gary.freedman@nelsonmullins.com |
| Adam R. Kegley, Counsel for Official Committee of Unsecured Creditors<br>E-mail: akegley@fbtlaw.com | Michael D. Lessne, Counsel for Official Committee of Unsecured Creditors<br>E-mail: Michael.lessne@nelsonmullins.com |
| Frank P. Terzo, Counsel for Official Committee of Unsecured Creditors<br>E-mail: Frank.terzo@nelsonmullins.com | |

*/s/ Jason L. Swartley*
Jason L. Swartley