UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Honorable Gregory R. Schaaf |
| | ) |

### CHAPTER 11 TRUSTEE'S OBJECTION TO UTICA LEASECO, LLC'S MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION AS TO EQUIPMENT

Carol L. Fox, as Chapter 11 Trustee of the above captioned debtors ("Trustee"), by and through her undersigned counsel, hereby objects ("Objection") to *Utica Leaseco, LLC's Motion for Relief from Stay or, in the Alternative Adequate Protection as to Equipment* filed by Utica Leaseco, LLC ("Utica") on February 13, 2020 [Docket No. 211] (the "Lift Stay Motion"), and states as follows in support:

1. On December 31, 2019, Americore Holdings, LLC along with its affiliates referenced herein who are also debtors in these jointly administered cases (collectively, the "Debtors") filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

---

[1] The Debtors in these Chapter 11 case are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

2.	On February 13, 2020, Utica filed the Stay Relief Motion seeking relief from the automatic stay with respect to certain equipment (the "Equipment") located at Ellwood Medical Center ("Ellwood City Facility") in Ellwood City, Pennsylvania.

3.	On February 21, 2020, the United States Trustee filed its Notice of Appointment of Carol L. Fox as the Chapter 11 Trustee of the Debtors [Docket No. 260] and on February 24, 2020, Carol L. Fox filed her Notice of Acceptance [Docket No. 269].

4.	Since her appointment, the Trustee and her advisors have been diligently gathering information on the Debtors' assets and liabilities and are working on stabilizing the Debtors operations.

5.	As of date of this Objection, the Trustee has not yet been able to ascertain the value of the Equipment, whether the Equipment is owned by the Debtors or Utica, whether the Equipment has value over and above the amounts that may be owed to Utica, whether Utica has a valid security interest in the Equipment, or the amount of any diminution in the Equipment.

6.	In addition, the Trustee has not yet had an opportunity to confer with Utica to determine whether a compromise may be reached with respect to the Equipment.

7.	As such, the Trustee objects to the Lift Stay Motion and requests that the Court continue any final hearing on the Lift Stay Motion for sixty (60) days to allow the Trustee time to conduct an adequate investigation regarding the Equipment and the Lift Stay Motion.

8.	Counsel for the Trustee has had a preliminary discussion regarding the Lift Stay Motion and Objection with counsel for Utica and understands that Utica consents to a continuance of the final hearing on the Lift Stay Motion for sixty (60) days to allow for an investigation by the Trustee.

WHEREFORE, Carol L. Fox, as Chapter 11 Trustee of the above referenced Debtors respectfully requests that this Court enter an order denying the Lift Stay Motion, or alternatively, continuing the final hearing Lift Stay Motion for sixty (60) days.

Respectfully submitted this 27th day of February, 2020.

> By: */s/ Jimmy D. Parrish*
> Jimmy D. Parrish, Esq.
> Florida Bar No. 526401 (*admitted Pro Hac Vice*)
> **BAKER & HOSTETLER LLP**
> SunTrust Center, Suite 2300
> Post Office Box 112
> Orlando, Florida 32802-0112
> Telephone: 407-649-4000
> Facsimile: 407-841-0168
> Email: jparrish@bakerlaw.com
> *Proposed Attorneys for Carol L. Fox, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2020, the foregoing Objection was served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 cases.

> */s/ Jimmy D. Parrish*
> Jimmy D. Parrish, Esq.

4837-6815-6086.1