**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*, [1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN OBJECTION
TO UTICA LEASECO, LLC'S MOTION FOR RELIEF FROM STAY OR, IN THE
ALTERNATIVE ADEQUATE PROTECTION AS TO EQUIPMENT**

The Official Committee of Unsecured Creditors (the "Committee") joins in the

*Debtors' Objection to Utica Leaseco, LLC's Motion for Relief from Stay or, In the*

*Alternative Adequate Protection as to Equipment* [ECF No. 233], the *Commonwealth of*

*Pennsylvania's Limited Objection to Utica Leaseco, LLC's Motion for Relief from Stay or*

*in the Alternative Adequate Protection as to Equipment* [ECF No. 284], and the *Chapter*

*11 Trustee's Objection to Utica  Leaseco, LLC's Motion for Relief from Stay or, in the*

*Alternative, Adequate Protection as to Equipment* [ECF No. 285]. The Committee shares

the concerns of the Debtors and Commonwealth of Pennsylvania that the Chapter 11

Trustee, whose appointment is now pending, has not had meaningful time to respond to

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

*Utica Leaseco, LLC's Motion for Relief from Stay or, in the Alternative Adequate Protection as to Equipment* [ECF No. 211] (the "Motion").

**WHEREFORE**, the Committee requests the entry of an Order denying the Motion.

Dated:  February 27, 2020                **Nelson Mullins Riley & Scarborough LLP**
                                         *Proposed Counsel for Committee[2]*

                                         Two South Biscayne Boulevard
                                         One Biscayne Tower, 21st Floor
                                         Miami, FL  33131
                                         Ph. 305-373-9400 | Fax 305-995-6416

                                         100 S.E. 3rd Avenue, Suite 2700
                                         Fort Lauderdale, FL 33394
                                         Ph. 954-764-7060 | Fax 954-761-8135

                                         By: /s/ Gary M. Freedman
                                             Frank P. Terzo
                                             Florida Bar No. 906263
                                             Frank.Terzo@nelsonmullins.com
                                             Gary M. Freedman
                                             Florida Bar No. 727260
                                             Gary.Freedman@nelsonmullins.com
                                             Michael D. Lessne
                                             Florida Bar No. 73881
                                             Michael.Lessne@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

                                         By:  /s/ Gary M. Freedman
                                              Gary M. Freedman

---

[2] Nelson Mullins Riley & Scarborough's application for employment is pending [ECF No. 185].