# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### London Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  Americore Holdings, LLC

   3933 S Broadway
   St Louis, MO 63118

aka/dba:

SSN/TID:
    83−0860115

Debtor(s)

Case No. 19−61608−grs

Chapter: 11

## ORDER TO FILE NOTICE OF HEARING

    A Motion for Relief from Stay [ECF No. 211] having been filed on behalf of Utica Leaseco, LLC , and an Objection [ECF No. 285] to the Motion having been filed that is defective for the following reason(s):

☒ Notice of hearing is missing/incomplete/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

    It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled, and the stay may be lifted. The automatic stay shall remain in effect pending conclusion of the final hearing and determination under 11 USC Section 362(d), if a timely notice of hearing is filed.

DATED: 2/28/20



By the court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge