**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Honorable Gregory R. Schaaf |
|  | ) |  |

**NOTICE OF HEARING**

Notice is hereby given that the *Official Committee of Unsecured Creditors' Joinder*

*in Objection to Utica Leaseco, LLC's Motion for Relief or, in the Alternative Adequate*

*Protection as to Equipment* [Docket No. 287], in which the Committee joins in the *Debtors'*

*Objection to Utica Leaseco, LLC's Motion for Relief from Stay or, In the Alternative*

*Adequate Protection as to Equipment* [ECF No. 233], the *Commonwealth of*

*Pennsylvania's Limited Objection to Utica Leaseco, LLC's Motion for Relief from Stay or*

*in the Alternative Adequate Protection as to Equipment* [ECF No. 284], and the *Chapter*

*11 Trustee's Objection to Utica  Leaseco, LLC's Motion for Relief from Stay or, in the*

*Alternative, Adequate Protection as to Equipment* [ECF No. 285], will be heard by the

Court on March 19, 2020 at 9:00 a.m. (ET), or as soon thereafter as counsel may be

heard, in the United States Bankruptcy Court, Second Floor Courtroom, 100 East Vine

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Street, Lexington, Kentucky 40507.

**Dated**:   February 28, 2020

**Nelson Mullins Riley & Scarborough LLP**
*Proposed Counsel for Committee*[2]

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
    Frank P. Terzo
    Florida Bar No. 906263
    Frank.Terzo@nelsonmullins.com
    Gary M. Freedman
    Florida Bar No. 727260
    Gary.Freedman@nelsonmullins.com
    Michael D. Lessne
    Florida Bar No. 73881
    Michael.Lessne@nelsonmullins.com

 -and-

By: /s/ Adam R. Kegley
    Adam R. Kegley
    Frost Brown Todd LLC
    250 West Main Street, Suite 2800
    Lexington, Kentucky 40507
    Tel: (859) 231-0000
    Fax: (859) 231-0011
    akegley@fbtlaw.com

Proposed Counsel for the Committee

---

[2] Nelson Mullins Riley & Scarborough LLP's application for employment is pending [ECF No. 185].

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on February 28, 2020, a true and correct copy of the

foregoing was served electronically through the Court's ECF system upon all Filing Users

accepting Notice of Electronic Filing.

By: /s/ Gary M. Freedman
    Gary M. Freedman