# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC, *et al.*[1]** | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Motion for Relief from Stay or, in the Alternative Adequate Protection as to Equipment* filed by Utica Leaseco, LLC, on February 13, 2020 [Docket No. 211] and the *Objection to Utica Leaseco, LLC's Motion for Relief from Stay or, in the Alternative, Adequate Protection as to Equipment* filed by the Chapter 11 Trustee on February 27, 2020 [Docket No. 285] shall come on for hearing before the Honorable Judge Gregory R. Schaaf, Second Floor Courtroom, United States Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507, at the hour of 9:00 a.m. EST on Thursday, March 19, 2020.

DATED: February 28, 2020        Respectfully submitted,

/s/ *Jimmy D. Parrish*
Jimmy D. Parrish (*admitted Pro Hac Vice*)
Florida Bar No.: 0526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168
*Proposed Attorney for Carol L. Fox,*
*Chapter 11 Trustee*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 28, 2020, the foregoing Notice of Hearing was served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 cases.

                                          */s/ Jimmy D. Parrish*
                                          Jimmy D. Parrish, Esq.