# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| In Re: ) | Case No. 19-61608 |
| ) | |
| **Americore Holdings, LLC,** *et al.*[1] ) | Jointly administered |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

### TRUSTEE'S LIMITED OBJECTION TO JACKSON-BOLINGER, JOHNSON, AND NORTH'S MOTION FOR RELIEF FROM STAY

**CAROL L. FOX**, Chapter 11 Trustee for **AMERICORE HOLDINGS, LLC** and its debtor affiliates in the above-captioned chapter 11 cases (the "Trustee"), by and through her undersigned proposed counsel, hereby file this Limited Objection to Plaintiffs' Amy Jackson Bolinger, Pamela Johnson, and Melissa North's Motion for Relief from Stay on behalf of themselves and all others similarly situated (the "Plaintiffs") and states as follows in support of the objection:

### *Notice of Hearing*

Please take notice that the Motion and Objection will be heard by the Court on March 19, 2020 at 9:00 a.m. in the Second Floor Courtroom, U.S. Bankruptcy Court, 100 East Vine Street, Lexington, KY 40507.

### Jurisdiction

1.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district for this Motion pursuant to 28 U.S.C. §§ 1408 and

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1409.

## Relevant Background

2. On February 20, 2020 the Court entered an agreed order for the appointment of a Chapter 11 Trustee and directing the United States Trustee ("UST") to immediately appoint a Chapter 11 Trustee in the Debtors' jointly administered cases (Doc. No. 258).

3. The United States Trustee filed its Notice of Appointment of Carol L. Fox as Chapter 11 Trustee of Americore Holdings, LLC and its affiliates who are also debtors in these jointly administered Chapter 11 Cases (collectively, the "Debtors") on February 21, 2020 (Doc. No. 260) ("Notice of Appointment").

4. On February 24, 2020, the Trustee filed her Notice of Acceptance of Appointment as Chapter 11 Trustee (Doc. No. 269).

5. On February 21, 2020, Amy Jackson Bolinger, Pamela Johnson, and Melissa North individually and as class representatives on behalf of other similarly situated class members filed their Motion for Relief from Stay under § 362(d) of the Bankruptcy Code.

6. Movants initiated a pre-petition class action lawsuit against two of the Debtors and non-debtor defendants in the Eastern District of Kentucky (6:19-cv-152) related to a "self-funded ERISA health plan provided by the Pineville Community Hospital Association, Inc. to its employees." (Mot. p. 1) (the "Kentucky District Court Class Action").

7. Movants allege there is cause to modify the automatic stay to allow the Kentucky District Court Class Action to continue.

## Limited Objection

8. The Chapter 11 Trustee does not oppose Plaintiffs' requested relief from stay

to the extent it is exclusively limited to the non-debtor Defendants as described in the Motion.

9. However, Plaintiffs seek to proceed in the Kentucky District Court Class Action, which could have implications to the reorganization of the Debtors being overseen by the Chapter 11 Trustee as directed by the United States Trustee.

10. As such, the Chapter 11 Trustee interposes this limited objection to the extent stay relief could have any impact whatsoever upon the Debtors, the Debtors' personnel, and the resources available to the Debtors as they seek to reorganize in this chapter 11 case.

WHEREFORE, Carol L. Fox, as Chapter 11 Trustee of the Debtors respectfully requests that this Court deny the Motion for Relief from Stay, and for such other and granting such other further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 6th day of March 2020.

> */s/ Tiffany Payne Geyer*
> Tiffany Payne Geyer (*admitted Pro Hac Vice*)
> Fla. Bar. No. 421448
> **Baker & Hostetler LLP**
> 200 South Orange Ave., Suite 2300
> Orlando, FL 32801
> Tel. 407-649-4000
> Fax: 407-841-0168
> tpaynegeyer@bakerlaw.com
> *Proposed Counsel to Carol L. Fox,*
> *Chapter 11 Trustee*

### CERTIFICATE OF SERVICE

It is hereby certified that on March 6, 2020 a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

> */s/ Tiffany Payne Geyer*
> Tiffany Payne Geyer

4826-9046-1366.1