# U.S. Bankruptcy Court Eastern District of Kentucky

# Transcript Request Form

PLEASE COMPLETE FORM

| 1. Date:<br>03/09/2020 | 2. Name:<br>Tiffany Payne Geyer | 3. Phone Number:<br>4076494092 |
|---|---|---|
| 4. Mailing Address:<br>200 S. Orange Ave Ste 2300 | 5. City:<br>Orlando | 6. State/Zip:<br>Florida 32801 |
| 7. Case/Adversary Number:<br>19-61608 | 8. Case Name:<br>Americore Holdings, LLC | 9. Judge Assigned:<br>Judge Schaaf |
| 10. Date of Proceeding:<br>01/17/2020 | 11. Location of Proceeding:<br>Lexington | |

**12. Transcript Requested** *(Specify portion(s) for which transcript is requested):*

- [x] Entire Hearing:
- [ ] Ruling of the Court:
- [ ] Other:

**13. Category** *(See Maximum Transcript Fee Rates as set by the Judicial Conference of the US on KYEB website for explanation of transcript order types below.)* Please check one:

- [ ] Ordinary
- [x] Expedited
- [ ] Hourly
- [ ] 3 Calendar Days
- [ ] 14 Day
- [ ] Daily
- [ ] Realtime

**14. Comments/Special Instructions:**

**15. Request transcript be emailed to:**
tpaynegeyer@bakerlaw.com;
dmerola@bakerlaw.com

**16. Select transcriptionist from list/indicate below:**
J&J Court Transcribers, Inc.

**17. Signature:** *[signed]*

**18. Date:** 03/09/2020

### COMPLETE and DOCKET TO CM/ECF
Court will forward request to transcriptionist indicated above.
Questions? Call or email Kelly at 859-469-7135 or kelly_rigg@kyeb.uscourts.gov