UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) ) | Case No. 19-61608-grs |
| Debtors. | ) ) ) ) ) | (Joint Administration Requested) Honorable Gregory R. Schaaf |

**ORDER GRANTING THE APPLICATION
OF THE DEBTORS AND DEBTORS IN POSSESSION
PURSUANT TO 11 U.S.C. §§ 327(a) AND 329(a), BANKRUPTCY RULES
2014(a), 2016(b) AND 6003, AND LOCAL RULE 2014-1 FOR ENTRY OF AN ORDER
AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY DENTONS BINGHAM
GREENEBAUM LLP AS COUNSEL, *NUNC PRO TUNC*, AS OF THE PETITION DATE**

This matter coming before the Court on the *Application of the Debtors and Debtors In Possession Pursuant to 11 U.S.C. §§ 327(a) and 329(a), Bankruptcy Rules 2014(a), 2016(b) and 6003, and Local Rule 2014-1 for Entry of an Order Authorizing the Debtors to Retain and Employ Dentons Bingham Greenebaum LLP as Counsel, Nunc Pro Tunc, as of the Petition Date* (the "Application"),[2] submitted by the Debtors; the Court having reviewed the Application; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Application was

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Application.

20855206.1

sufficient under the circumstances, and (v) DBG does not have an "adverse interest in connection with the case" as required by section 1103(b) of the Bankruptcy Code; and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with sections 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Dentons Bingham Greenebaum LLP ("DBG") as their counsel in the Chapter 11 Cases from the Petition Date through entry of an order granting the Motion to Withdraw on the terms set forth in the Application.

3. DBG shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders or procedures of this Court.

4. The Debtors and DBG are authorized, empowered and directed to take all actions necessary to implement the relief granted pursuant to this Order.

5. To the extent that there may be any inconsistency between the terms of the Application, the Irving Declaration, and this Order, the terms of this Order shall govern.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Tendered by:

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile: (502) 587-3695
Email: james.irving@dentons.com
      april.wimberg@dentons.com
      chris.madden@dentons.com

*Proposed Counsel to the Debtors*

3

20855206.1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, March 9, 2020**
**(grs)**