**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 19-61608** |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[2] | ) | **Jointly administered** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

**ORDER GRANTING TRUSTEE'S EMERGENCY MOTION**
**FOR APPROVAL OF WORKERS' COMEPNSATION**
**INSURANCE PREMIUM FINANCE AGREEMENT**

THIS CAUSE came on for hearing on the 10th day of March 2020 upon the

*Trustee's Emergency Motion for Approval of Workers' Compensation Insurance Premium*

*Finance Agreement* (Doc. No. 329), as supplemented by the *Supplement to Trustee's*

*Emergency Motion for Approval of Workers' Compensation Insurance Premium Finance*

*Agreement* (as supplemented, the "Motion").[3]   The Court, having considered the Motion,

the statements of counsel and the law, and it appearing that good cause has been shown and

being otherwise fully advised in the premises, it is

ORDERED:

1.     The Motion is granted and any objections thereto are overruled.

2.     The Trustee is authorized and directed to:

---

[2] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses):  Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[3] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

      a.      enter into the premium finance agreement attached to the Supplement as Exhibit A (the "Premium Finance Agreement");

      b.      grant First or its successor or assigns a first priority lien on and security interest in unearned premiums as described in the Premium Finance Agreement; and

      c.      timely make all payments due under the Premium Finance Agreement. First is authorizes to receive and apply such payments to the Indebtedness owed by Debtor to First as provided in the Premium Finance Agreement.

3.      Without limitation, the liens, security interests, and rights in unearned premiums granted under the Premium Finance Agreement are senior to the lien of any DIP lender in these cases and are senior to any claims under 11 U.S.C. §§ 503, 506(c) or 507(b).

4.      If additional premiums become due to insurance companies under the policies financed under the Premium Finance Agreement, the Trustee and First or its successor or assigns are authorized to modify the Premium Finance Agreement as necessary to pay the additional premiums without the necessity of further hearing or order of this Court.

5.      In the event Debtor does not make any of the payments under this the Premium Finance Agreement as they become due, the automatic stay shall automatically life to enable First and/or third parties, including insurance companies providing the protection under the Policies, to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the Indebtedness owed to First by Debtor.

6.      First, or any third party, including insurance companies providing the coverage under the Policies, exercising such rights shall comply with the notice provisions

and other provisions of the Premium Finance Agreement.

7.      The Premium Finance Agreement and the liens and security interests in the unearned premiums granted pursuant hereto shall continue in full force and effect and Indebtedness due under the Premium Finance Agreement shall remain due and owing notwithstanding: (i) the dismissal or closure of the above-captioned cases, (ii) the discharge of the Debtor, or (iii) confirmation of a plan of reorganization.

8.      The Court retains jurisdiction to construe and enforce this Order.

_____
The Honorable Gregory R. Schaaf
United States Bankruptcy Judge

Order Tendered by:

*/s/ Jimmy D. Parrish*
*Jimmy D. Parrish (admitted* Pro Hac Vice)
Fla. Bar. No. 0526401
**Baker & Hostetler LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4000
Fax: 407-841-0168
jparrish@bakerlaw.com
*Proposed Counsel to Carol L. Fox,*
*Chapter 11 Trustee*

3

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, March 10, 2020**
**(grs)**