**From:** Greg Schaaf
**Sent:** Monday, March 23, 2020 7:42 PM
**To:** Nathan Lee <Nathan_Lee@kyeb.uscourts.gov>
**Subject:** Fwd: Mayoral request for help from St. Alexius


Sent from my iPhone

Begin forwarded message:

**From:** Sonny Saggar <sonny.saggar@sahstl.com>
**Date:** March 23, 2020 at 5:00:14 PM EDT
**To:** Carol Fox <cfox@glassratner.com>
**Cc:** Lyda Krewson <krewsonl@stlouis-mo.gov>, Pamela Walker <pamelarwalker60@gmail.com>
**Subject: Mayoral request for help from St. Alexius**

Good afternoon Carol

I hope you are doing well.

Mayor Lyda Krewson called me this morning, to ask about the Jefferson campus building. As you know it is 350,000 ft.² and it has been 95% vacant for over 10 years. St. Alexius hospital spends a lot of money on this building to keep it at an ambient temperature year-round.

During this global pamdemic, the City has called upon us at St. Alexius to assist our community in a time of great need. I hope you will join me in agreeing that we are in a position to help, in a manner that would not cost us a nickel.

Pamela Walker is representing the City and is also copied here. Pam is the former director of the City's department of health. She has asked me to reach out to you to have a conversation about a possible use for this building that would benefit the community greatly, and possibly also benefit St. Alexius hospital.

Please will you give her a call? Her # is (314) 435-0819.

Thank you

Sonny Saggar MD
CEO
St. Alexius Hospital