# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### RESPONSE AND OBJECTION OF CAROL L. FOX, CHAPTER 11 TRUSTEE, TO THE MOTION BY ALLIED BENEFIT SYSTEMS, INC. TO COMPEL DEBTOR TO ASSUME OR REJECT ADMINISTRATIVE SERVICES AGREEMENT

COMES NOW, Americore Holdings, LLC, and its affiliated debtors (collectively, the "Debtors") by and through Carol L. Fox, as Chapter 11 Trustee ("Ms. Fox" or "Trustee"), and files this Objection (the "Objection") to the Motion filed by Allied Benefit Systems, Inc. to Compel the Debtor to Assume or Reject an Administrative Services Agreement (the "Motion to Compel") [ECF No. 403] and states as follows in support:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district for this Motion pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELEVANT BACKGROUND

2. On December 31, 2019 each of the Debtors filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

3. On February 20, 2020 the Court entered an agreed order for the appointment of a Chapter 11 Trustee and directing the United States Trustee ("UST") to immediately appoint a Chapter 11 Trustee in the Debtors' jointly administered cases. [ECF No. 258].

4. On February 21, 2020 the UST filed its Notice of Appointment of Ms. Fox as Chapter 11 Trustee [ECF No. 260], and on February 24, 2020 Ms. Fox filed her Notice of Acceptance of the appointment as Trustee [ECF No. 269].

5. On March 24, 2020, Allied Benefit Systems, Inc. ("Allied") filed its Motion to Compel [ECF No. 403]. The Motion to Compel relates to an Administrative Services Agreement by and between Allied and one of the jointly administered debtors, St. Alexius Hospital Corporation #1 dated April 1, 2019 (the "Agreement").

**OBJECTION**

6. In the Motion to Compel, Allied suggests that the Debtor (St. Alexius Hospital Corporation #1) became delinquent in February of 2020 and has remained delinquent since the appointment of the Trustee. The Trustee disputes this allegation.

7. Since the date the Debtors commenced their Chapter 11 cases (the "Petition Date"), the Debtors have paid Allied at least $1,094,940.07. Meanwhile, post-petition invoices from Allied total $924,500.16. Unknown to the Trustee until this past week, Allied applied $396,709.41 of the amounts paid by the Debtors after the Petition Date to pre-petition invoices which has created the post-petition deficit.

8. The Trustee's counsel and Allied are working together to reconcile the payments in advance of the hearing. The Trustee understands that the estate has an obligation to remain current on its post-petition obligations to Allied and plans to make all required post-petition payments to Allied.

9. While the estate has an obligation to make post-petition payments to Allied, there is no basis to compel the Debtor to assume or reject the Agreement prior to such time as a sale of the Debtors' assets takes place.

10. Consequently, the Trustee objects to the relief sought in the Motion to Compel.

WHEREFORE, Carol L. Fox, as Chapter 11 Trustee of the Debtors respectfully requests that this Court enter an order denying the Motion to Compel and granting such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 20th day of April 2020.

> */s/ Tiffany Payne Geyer*
> Tiffany Payne Geyer (*admitted Pro Hac Vice*)
> Fla. Bar. No. 421448
> **Baker & Hostetler LLP**
> 200 South Orange Ave., Suite 2300
> Orlando, FL 32801
> Tel. 407-649-4000
> Fax: 407-841-0168
> tpaynegeyer@bakerlaw.com
> *Counsel to Carol L. Fox,*
> *Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

It is hereby certified that on April 20, 2020 a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

> */s/ Tiffany Payne Geyer*
> Tiffany Payne Geyer