# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the *Order Authorizing Employment of Baker & Hostetler LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective as of February 21, 2020* (Doc. No. 377) has been served electronically to those parties receiving electronic notice via the Court's CM/ECF system on March 18, 2020. I further certify that a true and correct copy of the *Order Authorizing Employment of Baker & Hostetler LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective as of February 21, 2020* was serviced via first-class, postage prepaid U.S. Mail, via facsimile transmission, or via email on April 24, 2020, to those parties listed on the attached Master Service List.

**RESPECTFULLY SUBMITTED** this 24th day of April 2020.

*/s/ Tiffany Payne Geyer*
Tiffany Payne Geyer
Fla. Bar. No. 421448
**Baker & Hostetler LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4079
Fax: 407-841-0168

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

tpaynegeyer@bakerlaw.com

*Counsel to Chapter 11 Trustee*

# In re: Americore Holdings, LLC, *et al.* – Master Service List
# April 3, 2020

### The United States Trustee (via CM/ECF)

John L. Daugherty
100 E. Vine St. #500
Lexington, KY 40507
Email: john.daugherty@usdoj.gov

Bradley M. Nerderman
100 E. Vine St. #500
Lexington, KY 40507
Email: Bradley.Nerderman@usdoj.gov

### The Debtors (via US Mail)

Americore Holdings, LLC, *et al.*
3933 S. Broadway
Saint Louis, MO 63118

### Chapter 11 Trustee (via CM/ECF)

Carol L. Fox
200 East Broward Blvd. #1010
Fort Lauderdale, FL 33301-1943
Email: cfox@glassratner.com

### All Secured Creditors (See Individual Entity for Manner of Service)

The Third Friday Total Return Fund, L.P.
c/o Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445
mlewitt@thirdfriday.com
**(via Email)**

Pelorus Fund, LLC
c/o Bibin Mannattuparampil Geraci LLP
90 Discovery
Irvine, CA 92618
Fax: (949) 379-2610
**(via Fax)**

Pelorus Fund, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Penn Med LLC
c/o Jeffery P. Meyers
Myers Law Group LLC
17025 Perry Highway
Warrendale, PA 15086
**(via CM/ECF)**

1

4827-8267-7689.4

Toby Mug Financing, LLC
c/o Roger Herman
Rosenblum Boldenhersh
7733 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Fax: (314) 726-6786
**(via Fax)**

Dell Financial Services LLC
One Dell Way
Mail Stop – PS2DF-23
Round Rock, TX 78682
Fax: (512) 283-2664
**(via Fax)**

Air Liquide Healthcare America Corp.
c/o Capital Services, Inc.
1675 S. State Street, Suite B
Dover, DE 19901
Fax: (800) 432-3622
**(via Fax)**

APP Group International, LLC
85 Broad Street, 75th Floor
New York, NY 10004
**(via US Mail)**

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708
Fax: (302) 636-5454
**(via Fax)**

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203
Fax: (818) 662-4141
**(via Fax)**

BQR Capital, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3487
**(via Fax)**

Gibbs Technology Leasing – HG1, LLC
3236 West Edgewood Road, Suite A
Jefferson City, Missouri 65109
hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

HOP Capital
323 Sunny Island Blvd. #501
Sunny Isles Beach, Florida 33160
joe@jopcapitalllc.com
**(via Email)**

EIN CAP, Inc.
160 Pearl Street, Floor 5
New York, NY 10005
**(via US Mail)**

HMFCG Inc.
368 New Hemstead Rd.
New City, NY 10956
**(via US Mail)**

Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094
Fax: (800) 468-5528
**(via Fax)**

Leyda Bequer, Trustee of Bequer Trust
23461 S. Pointe Drive, Suite 215
Laguna Hills, CA 92653
**(via US Mail)**

Republic Bank
1560 So. Renaissance Towne Dr.
Suite 260
Bountiful, UT 84010
Fax: (502) 560-8633
**(via Fax)**

2

4827-8267-7689.4

Titan Loan Servicing, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue
Suite 200
Newport Beach, CA 92663
**(via US Mail)**

Smart Business
561 Northeast 79th Street
Miami, FL 33138
**(via US Mail)**

Koven Omens Trust Dated June 26, 2015
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue
Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

The McNee Family Trust Dated 1/17/08
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Trust of R. and G. Glitz Dated 12/11/07
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

**Unsecured Creditors Committee Members (via email)**

Beckman Coulter, Inc. (Chair Person)
c/o Joshua Lee
250 S. Kraemer Blvd.
Brea, CA 92822-8000
jlee08@beckman.com

Baxter County Regional Hospital, Inc.
d/b/a Baxter Regional Medical Center
c/o Nicole Vaccarella
624 Hospital Dr.
Mountain Home, AR 72653
nvaccarella@baxterregional.org

Specialists in Anesthesia, P.C.
c/o Brad A. Bernstein, M.D.
500 South Meramec Ave.
St. Louis, MO 63105-2533
bernsteinjablon@gmail.com

Saint Louis University
c/o Larry E. Parres
600 Washington Ave.
Suite 2500
St. Louis, MO 63101
lparres@lewisrice.com
**(via CM/CEF)**

Western Healthcare, LLC.
c/o John Burger
13155 Noel Rd.
Suite 200
Dallas, TX 75240
jburger@westernhc.com

3

4827-8267-7689.4

Midwest Emergency Services
c/o Len Glover
320 E. Hwy 50
O'Fallon, IL 62269
len.glover@er-meds.com
stacey.koogler@er-meds.com

Dinakar Golla, M.D.
c/o Avrum Levicoff, Esquire
The Levicoff Law Firm, PC
4 PPG Place
Suite 200
Pittsburgh, PA 15222
alevicoff@levicofflaw.com

### Unsecured Creditors Committee Counsel (via CM/ECF)

Gary M. Freedman
2 South Biscayne Blvd
Suite 2100
Miami, FL 33131
Email: gary.freedman@nelsonmullins.com

Michael D. Lessne
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Email: michael.lessne@nelsonmullins.com

Adam R. Kegley
250 West Main Street
Suite 2800
Lexington, KY 40507-1742
Email: akegley@fbtlaw.com

Frank P. Terzo
100 S.E. 3rd Avenue
Suite 2700
Ft. Lauderdale, FL 33394
Email: frank.terzo@nelsonmullins.com

### The Internal Revenue Service (via US Mail)

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

### U.S. Attorney (via US Mail and Fax)

U.S. Attorney's Office
Eastern District of Kentucky
260 W. Vine St.
Suite 400
Lexington, KY 40507
Fax: (859) 233-2747

4

4827-8267-7689.4

### Departments of Revenue (See Individual Entity for Manner of Service)

Arkansas Department of Finance and
Administration
1509 W 7th St.
Little Rock, AR 72201
Fax: (501) 682-3287
**(via Fax)**

Kentucky Department of Revenue
Legal Branch – Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602
Fax: (502) 564-8192
**(via Fax and US Mail)**

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105
Fax: (573) 522-1722
**(via Fax and US Mail)**

Pennsylvania Department of Revenue
c/o Pennsylvania Attorney General, Nancy Walker
Strawberry Square
Harrisburg, PA 17120
 **(via US Mail)**

### Parties Requesting Notice (via CM/ECF)

Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, KY 40504-3706
Email: rra@ask-law.com
       clds@ask-law.com
       G23818@notify.cincompass.com
       Ecf-ask-law@xminimus.com

Adam M. Back, Esq.
Stoll Kennon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: adam.back@skofirm.com
       BackBR@skofirm.com

T. Kent Barber
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Email: kbarber@barberlawky.com
       G67379@notify.cincompass.com

Vika S. Chandrashekar
1400 16th St., Ste. 600
Denver, CO 80202-1486
Email: vika.chandrashekar@moyewhite.com

John D. Demmy
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899-1266
Email: john.demmy@saul.com
       robyn.warren@saul.com

Melissa R. Dixon
Gambrel & Wiler Law Offices, PLLC
1222 ½ North Main Street, Suite 2
London, KY 40741
Email: mrdixon@gambrelwilderlaw.com
       r.mr68041@notify.bestcase.com

Richard P. Dorsey
Alheim & Dorsey, LLC
2209 First Capitol Drive
St. Charles, Missouri 63301
Email: rpd@alheimdorsey.com

Matthew D. Ellison, Esq.
300 West Vine St., Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
       fmbbankruptcy@gmail.com

5

4827-8267-7689.4

Carol L. Fox
200 East Broward Blvd. #1010
Fort Lauderdale, FL 33301-1943
Email: cfox@glassratner.com

Mary L. Fullington
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
Email: mfullington@wyattfirm.com
       lexbankruptcy@wyattfirm.com

Tiffany Payne Geyer
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: Tpaynegeyer@bakerlaw.com
       smccoy@bakerlaw.com
       orlbankruptcy@bakerlaw.com

Lea Pauley Goff, Esq.
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Email: lea.goff@skofirm.com
       Emily.keith@skofirm.com

Elizabeth A. Green
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: egreen@bakerlaw.com
       cmartin@bakerlaw.com
       orlbankruptcy@bakerlaw.com

John T. Hamilton, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 West Short Street, Suite 102
Lexington, KY 40507
Email: jhamilton@gmalaw.com
       cfeeback@gmalaw.com
       lconner@gmalaw.com
       fmoore@gmalaw.com

R. Aaron Hostettler
Hamm, Milby & Ridings, PLLC
120 North Main Street
London, KY 40741
Email: ahostettler@hmrkylaw.com

Ronald E. Johnson
909 Wright's Summit Parkway, Suite 210
Fort Wright, KY 41011-2783
Email: rjohnson@justicestartshere.com
       amcmullen@justicestartshere.com

Robert O. Lampl
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713
Email: rlampl@lampllaw.com

Ralph L. Landy
1200 K St. NW
Washington, DC 20005-4026
Email: landy.ralph@pbgc.gov
       efile@pbgc.gov

Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, TX 75230-2163
Email: joyce@joycelindauer.com
       dian@joycelindauer.com

Adam M. Lubow
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: Lubow.Adam.M@dol.gov

John Erin McCabe
Weltman, Weinberg & Reis, LPA
525 Vine Street, Suite 800
Cincinnati, OH 45202-3171
Email: ecfedk@weltman.com

Taft A. McKinstry, Esq.
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
       fmbbankruptcy@gmail.com

4827-8267-7689.4

Carol E. Momjian
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016
Email: cmomjian@attorneygeneral.gov

Jeffrey P. Myers
Myers Law Group, LLC
17025 Perry Highway
Warrendale. PA 15086-7547
Email: jeffrey@jpmyerslaw.com

Lawrence Edward Parres
600 Washington Ave., Suite 250
St. Louis, MO 63101
Email: lparres@lewisrice.com

Jimmy D. Parrish
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: jparrish@bakerlaw.com
      cmartin@bakerlaw.com
      orlbankruptcy@bakerlaw.com

Robert T. Razzano
312 Walnut Street, Suite 3200
Cincinnati, OH 44199-9904
Email: rrazzano@bakerlaw.com
      jsavage@bakerlaw.com

Mark J. Sandlin
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059-9803
Email: msandlin@goldbergsimpson.com
      mmitchell@goldbergsimpson.com
      sdaniel-harkins@goldbergsimpson.com

Matthew M. Scheff
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: scheff.matthew@dol.gov

Bryan J.K. Sisto
400 W. Market St., Ste. 300
Louisville, KY 40202-3346
Email: bsisto@fbtlaw.com

Benjamin J. Steinberg
Myers Law Group, LLC
17025 Perry Highway
Warrendale, PA 15086-7547
Email: benjamin@jpmyerslaw.com

Jason Lee Swartley
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001

U.S. Trustee
100 E. Vine St. #500
Lexington, KY 40507-1441
Email: ustpregion08.lx.ecf@usdoj.gov

Eric R. Von Helms
4650 North Port Washington Rd.
Milwaukee, WI 53212-1077
Email: evonhelms@kmksc.com

Jan M. West
9301 Dayflower Street
Prospect, KY 40059-7585
Email: jwest@goldbergsimpson.com
      mnowell@goldbergsimpson.com

Timothy R. Wiseman
300 W. Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: tim.wiseman@skofirm.com

Jeffrey C. Wisler
1201 North Market St., 20th Floor
Wilmington, DE 19801-1147
Email: jwisler@connollygallagher.com
Email: jswartley@attorneygeneral.gov

Brian L. Greenert
400 Waterfront Drive
Pittsburgh, PA 15222
bgreenert@pa.gov
jgeisler@pa.gov

7

4827-8267-7689.4

Alan C Hochheiser
23611 Chagrin Blvd., Ste. 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Vera N. Kanova
400 Market Street
Harrisburg, PA 17101
verkanova@pa.com

Ellen Arvin Kennedy
City Center
100 W. Main Street, Ste. 900
Lexington, KY 40507
dsbankruptcy@dinslaw.com

Tyler N Layne
Nashville City Center
511 Union St., Ste. 2700
Nashville, TN 37219
tyler.layne@wallerlaw.com
chris.cronk@wallerlaw.com
tina.boone@wallerlaw.com

Douglas L Lutz
301 E. 4th St., #3300
Cincinnati, OH 45202
dlutz@fbtlaw.com
dlutz@ecf.inforuptcy.com

Callie R. Owen
260 W Vine St., Ste. 300
Lexington, KY 40507
Callie.R.Owen@usdoj.gov
Rose.A.Ritchie@usdoj.gov
Angela.Ethington@usdoj.gov

John C Tishler
Nashville City Center
511 Union St., Ste. 2700
Nashville, TN 37219
john.tishler@wallerlaw.com
chris.cronk@wallerlaw.com
tina.boone@wallerlaw.com

Deb Secrest
Office of Unemployment Compensation
Tax Service
Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
Email: ra-li-ucts-bankrupt@state.pa.us

**Parties Requesting Notice (See Individual Entity for Manner of Service)**

Terri Jane Freedman
Chiesa, Shahinian & Giantomasi, PC
One Boland Dr.
West Orange, NJ 07052
tfreedman@csglaw.com
**(via Email)**

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Rd., Suite 300
Riverwoods, IL 60015
skoenig@sakmgmt.com
**(via Email)**

Mark A. Pacella
PA Office of Attorney General
Strawberry Square 14th Floor
Harrisburg, PA 17120
mpacella@attorneygeneral.gov
**(via Email)**

Scott A. Zuber
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
szuber@csglaw.com
**(via Email)**

8

4827-8267-7689.4

Office of Unemployment Compensation
Tax Service
Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
**(via US Mail)**

9

4827-8267-7689.4