**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                      CASE NUMBER 19-61608

Americore Holdings, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 05/05/2020                                          TIME: 09:00

ISSUE:

484   04/24/2020        Motion to Approve (I) bidding procedures in connection with the sale
of substantially all of the Debtors assets (Ellwood), (II) establishing
procedures for the assumption and/or assignment by the Trustee of
certain executory contracts and unexpired leases, (III) approving the
form and manner of notice of bidding procedures, (IV) setting
objection deadlines, and (V) granting related relief filed by Carol L.
Fox. Hearing scheduled for 5/5/2020 at 09:00 AM at Lexington
Courtroom, 2nd Floor. (Attachments: # 1 Exhibit A - Proposed Bid
Procedures Order) (Green, Elizabeth)

DISPOSITION:

Granted, Debtor to submit order

JUDGE'S NOTES:

new order

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, May 5, 2020**
**(rah)**