**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**CHAPTER 11 TRUSTEE'S RESERVATION OF RIGHTS**
**WITH RESPECT TO CLAIMS OF LIEN**

Carol L. Fox (the "**Trustee**"), in her capacity as chapter 11 trustee of Americore Holdings, LLC and its debtors affiliates (collectively, the "**Debtors**") in the above-captioned bankruptcy cases (collectively, the "**Chapter 11 Cases**"), by and through her undersigned counsel, hereby submits this reservation of rights with respect to the Claims of Lien (defined below).

1. On May 12, 2020, the above-referenced court (the "**Court**") entered the *Order Granting Trustee's Motion for Entry of an Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets (St. Alexius), (II) Establishing Procedure for the Assumption and/or Assignment by the Trustee of Certain Executory Contracts and Unexpired Leases, (III) Approving the Form and Manner of Notice of Bidding Procedures, (IV) Setting Objection Deadlines, and (V) Granting Related Relief* [Docket No. 541] and *Order Granting Trustee's Motion for Entry of an Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets (Ellwood), (II) Establishing*

---

[1] The Debtors in these Chapter 11 Cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

1

*Procedure for the Assumption and/or Assignment by the Trustee of Certain Executory Contracts and Unexpired Leases, (III) Approving the Form and Manner of Notice of Bidding Procedures, (IV) Setting Objection Deadlines, and (V) Granting Related Relief* [Docket No. 542] (together, the "**Bidding Procedure Orders**").

   2. Pursuant to the Bidding Procedure Orders, certain entities (collectively, the "**Claimants**") filed the following claims of lien (collectively, the "**Claims of Lien**"):[2]

    a. *Notice of Claim of Lien by Toby Mug Financing, LLC* [Docket No. 553];

    b. *Notice of Claim of Lien by HMFCG, Inc.* [Docket No. 559];

    c. *Notice of Claim of Lien by Union Funding Source* [Docket No. 560];

    d. *Notice of Claim of Lien of Ellwood City Area School District Against Real Estate of Ellwood Medical Center Real Estate, LLC* [Docket Nos. 564-566, 570-575, 577-579, 582];

    e. *Notice of Claim of Lien* filed by the Borough of Ellwood City, Pennsylvania [Docket Nos. 568, 581]; and

    f. *Notice of Claim of Lien by The Third Friday Total Return Fund, LLP* [Docket No. 584].

   3. To preserve the assets of the Debtors' bankruptcy estates (collectively, the "**Estates**"), the Trustee has deemed it to be in the best interests of the Estates to refrain from objecting to the Claims of Lien, and, thus, the ability of the Claimants to credit bid pursuant 11 U.S.C. § 363(k), as the Claimants expressly disclaimed any right to credit bid by and through their respective Claim of Lien.

---

[2] In addition to the following Claims of Lien, Penn Med, LLC [Docket No. 576] and Pelorus Equity Group, Inc. [Docket Nos. 583, 585] filed claims of lien against the assets of the Debtors. Contemporaneously herewith, the Debtors have filed objections do such claims of lien.

4846-5197-4079.1

4. The Trustee expressly reserves the right to assert any rights, claims, objections, remedies, and defenses as to the purported claims, liens and security interests underlying or identified in the Claims of Lien, including, without limitation, any objections to the validity, amount, priority, enforceability or allowance of any such claims, liens or interests under any applicable agreements, title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), or any other applicable rules or law, as may be warranted by attendant facts and circumstances. Without limiting the generality of the foregoing, the Trustee expressly reserves the right to object to the security interests asserted by HMFCG, Inc. and Union Funding Source on the basis that the security interests asserted by such entities were perfected within with the 90-day period immediately preceding the Petition Date [*see* Docket Nos. 559-2, at p. 2, and 560-2, at pp. 2-13] and, thus, constitute avoidable transfers under Section 547 of the Bankruptcy Code.

Dated: June 4, 2020

/*s/ Jimmy D. Parrish*
Jimmy D. Parrish (*admitted pro hac vice*)
Florida Bar No. 526401
Baker & Hostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone 407-649-4000
Facsimile 407-841-0168
jparrish@bakerlaw.com
*Counsel to Carol L. Fox, Chapter 11 Trustee*

3

4846-5197-4079.1

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on June 4, 2020, a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing and via U.S. First Class Mail, postage prepaid to: Matthew D. Ellison, Taft A. McKinstry, Fowler Bell PLCC, 300 West Vine Street, Suite 600, Lexington, KY 40507-1751 *(Counsel for Toby Mug Financing, LLC)*; Jeffrey R. Teeters, Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202 *(Counsel for HMFCG, Inc. and Union Funding Source)*; Paul R. Yagelski, Rothman Gordon, P.C., 310 Grant Street, Grant Building – Third Floor, Pittsburgh, PA 15219 *(Counsel for Ellwood City Area School District)*; R. Aaron Hostettler, Hamm, Milby, & Ridings, PLLC, 120 North Main Street, London, KY 40741 *(Counsel for The Borough of Ellwood City, PA)*; Bradley S. Shraiberg, Joshua B, Lanpheaar, Shraiberg, Landau & Page, P.A. 2385 NW Executive Center D rive, Suite 300, Boca Raton, FL 33431 *(Counsel for The Third Friday Total Return Fund, LLC).*

                                              /s/ Jimmy D. Parrish
                                              Jimmy D. Parrish

4846-5197-4079.1