**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS (ST. ALEXIUS)**

PLEASE TAKE NOTICE THAT:

1. On December 31, 2019 (the "Petition Date"), Americore Holdings, LLC and its debtor affiliates (collectively, the "Debtors"), including St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, and Success Healthcare 2, LLC, (collectively, "St. Alexius"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Kentucky (the "Court")—thereby commencing the above-captioned, jointly-administered chapter 11 cases (collectively, the "Chapter 11 Cases").

2. On February 21, 2020, the Office of the United States Trustee (the "U.S. Trustee") appointed Carol L. Fox (the "Trustee") as chapter 11 trustee for the Debtors in the Chapter 11 Cases. *See* Docket Nos. 258, 269.

3. On April 24, 2020, the Trustee filed the *Trustee's Motion for Entry of an Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors'*

---

[1] The Debtors in these Chapter 11 Cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

*Assets (St. Alexius), (II) Establishing Procedures for the Assumption and/or Assignment by the Trustee of Certain Executory Contracts and Unexpired Leases, (III) Approving the Form and Manner of Notice of Bidding Procedures, (IV) Setting Objection Deadlines, and (V) Granting Related Relief* (the "Bid Procedures Motion") [Docket No. 482].

4. On May 12, 2020, the Court entered an order granting the Bid Procedures Motion[2] and approving the Bidding Procedures.

5. On June 1, 2020, the Trustee filed the *Trustee's Motion for Entry of Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with Approved Bid Procedures; and (C) Granting Related Relief* (the "Sale Motion") [Docket No. 593] seeking entry of an order authorizing and approving (a) the sale (the "Sale") of substantially all assets (collectively, the "Assets") of St. Alexius, including, without limitation, the rights and interests of St. Alexius under any executory contracts or unexpired leases (collectively, the "Purchased Contracts"), free and clear of all claims and encumbrances pursuant to Section 363 of the Bankruptcy Code and (b) the assumption and assignment of some or all of the Purchased Contracts to the purchaser of the Assets (the "Purchaser") pursuant to Sections 363 and 365 of the Bankruptcy Code.

6. Upon the closing of the Sale (such date, the "Closing Date"), the Trustee may assume and assign to the Purchaser the Purchased Contracts identified on Exhibit 1 hereto (the "Contracts Schedule"). **Please be aware that the inclusion of any contract or lease on the Contracts Schedule shall not constitute an admission or concession that the subject contract or lease is an executory contract or unexpired lease, for purposes of Section 365 of the Bankruptcy**

---

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Bidding Procedures Motion or the Bidding Procedures Order, as applicable.

2

*Code, and shall not obligate the Trustee or St. Alexius to assume or assign such contract or lease as part of the Sale. The Trustee reserve all rights, claims, causes of action, and defenses with respect to any and all contracts and leases listed on the Contracts Schedule.*

7. The Contracts Schedule lists the Cure Amounts,[3] if any, necessary for the assumption and assignment of each of the Purchased Contracts. *Each Cure Amount listed on the Contracts Schedule represents all liabilities of any nature of the Trustee and St. Alexius arising under each Purchased Contract as of the anticipated closing date of the Sale.*

8. **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A PURCHASED CONTRACT THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE.** Under the procedures for the assumption and assignment of Purchased Contracts (the "Assumption and Assignment Procedures"), the Trustee may amend or supplement the Contracts Schedule in any respect through the filing and service of an amended notice and Contracts Schedule, which, as amended, shall govern the assumption and assignment of any Purchased Contracts.

9. All objections to the assumption and assignment of any Purchased Contracts (each, an "Objection"), including without limitation any objection to the proposed Cure Amount or the provision of adequate assurance of future performance under any Purchased Contract pursuant to Section 365 of the Bankruptcy Code ("Adequate Assurance"), must: (a) be in writing; (b) be signed by counsel or attested to be the objecting party; (c) be in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern District of Kentucky; (d) identify the Purchased Contract(s) subject to the Objection; (e) describe with particularity any cure the objecting party contends is required under Section 365 of the

---

[3] As used herein, "Cure Amount" refers to the Cure Amount(s) identified for each Purchased Contract on Exhibit 1.

Bankruptcy Code (the "Cure Claim") and identify the bases of the alleged Cure Claim under the Purchased Contract(s); (f) attach all documents supporting or evidencing the Cure Claim; (g) if the response contains an objection to Adequate Assurance, state with specificity what the objecting party believes is required to provide Adequate Assurance; and (h) and served on the following parties (collectively, the "Notice Parties"): (i) the Chapter 11 Trustee, Carol L. Fox, GlassRatner Advisory & Capital Group, LLC, 200 E. Broward Blvd., Suite 1010, Fort Lauderdale, Florida 33301 (cfox@glassratner.com); (ii) counsel to the Trustee, Baker & Hostetler, LLC, 200 S. Orange Avenue, Suite 2300, Orlando, Florida 32801, Attn: Elizabeth A. Green (egreen@bakerlaw.com), Jimmy D. Parrish (jparrish@bakerlaw.com), and Tiffany Payne Geyer (tpaynegeyer@bakerlaw.com); (iii) counsel to the Creditors' Committee, Nelson Mullins Riley & Scarborough LLP, 2 South Biscayne Blvd, Suite 2100, Miami, Florida 33131, Attn: Frank Terzo (frank.terzo@nelsonmullins.com), Gary Freedman (gary.freedman@nelsonmullins.com), Michael Lessne (michael.lessne@nelsonmullins.com) and Frost Brown Todd LLC, 301 East Fourth Street, Cincinnati, OG 45202, Attn: Adam Kegley (akegley@fbtlaw.com) and Douglas Lutz (dlutz@fbtlaw.com); (iv) the Trustee's investment banker, B. Riley FBR Inc., 299 Park Avenue, 21st Floor, New York, NY 10171, Attn: Perry Mandarino (pmandarino@brileyfbr.com) and Daniel Golynskiy (dgolynskiy@brileyfbr.com); and the Office of the United States Trustee, 100 E. Vine St. #500, Lexington, KY 40507, Attn: John Daugherty (John.Daugherty@usdoj.gov) and Bradley Nerderman (Bradley.nerderman@usdoj.gov). **OBJECTIONS MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE NOTICE PARTIES BY NO LATER THAN 5:00 P.M. (PREVAILING EASTERN TIME) ON JUNE 19, 2020** (the "Objection Deadline"); *provided, however*, that any Objection based on events occurring at any Auction may be filed with the Clerk of Court and served on the Notice Parties until 3:00 p.m.

4

(Prevailing Eastern Time) on the day prior to the date first scheduled for the hearing to approve the Sale.

10. If the Trustee identifies any additional executory contracts and/or unexpired leases to be assumed and assigned to the Purchaser (whether before or after closing of any Sale), the Trustee shall serve a Supplemental Notice of Assumption and Assignment (the "Supplemental Notice") by first-class mail, facsimile, electronic transmission, or overnight mail on all known counterparties (and their attorney, if known) to the subject contracts or leases at the last known address for the counterparties. The Supplemental Notice of Assumption shall be served no later than fourteen (14) calendar days before the proposed effective date of the proposed assumption and assignment. Any counterparty to a contract or lease first identified on a Supplemental Notice shall have fourteen (14) days from service of the Supplemental Notice to file an objection to the proposed assumption and assignment of its contracts or lease. Such objection shall comport in all material respects with the Assumption and Assignment Procedures and, with the exception of the Objection Deadline, paragraph 9 of this notice. If an objection is filed to a Supplemental Notice, the Trustee shall obtain a hearing date for the adjudication of such objection and provide notice of the hearing date to the objecting party.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION**

*IF YOU FAIL TO FILE AN OBJECTION TO THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, OR ANY SUPPLEMENTAL NOTICE, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THEIR BANKRUPTCY ESTATES, THE TRUSTEE, OR THE PURCHASER THAT IS GREATER*

*THAN THE CURE AMOUNT SET FORTH ON <u>EXHIBIT 1</u> OR IN ANY SUPPLEMENTAL NOTICE, AS APPLICABLE, AND (C) DEEMED TO HAVE CONSENTED TO THE CURE AMOUNT AND THE ASSUMPTION AND ASSIGNMENT OF YOUR CONTRACT OR LEASE.*

**OBTAINING ADDITIONAL INFORMATION**

Copies of the Bidding Procedures Motion, the Bidding Procedures, the Bidding Procedures Order, the Sale Motion, as well as all related documents and exhibits are available on the Court's website or may be requested from counsel for the Trustee by sending an email to Jimmy Parrish at jparrish@bakerlaw.com with a copy to Chad Martin at cmartin@bakerlaw.com.

Date: June 5, 2020

*/s/ Jimmy D. Parrish*
Elizabeth A. Green, Esq.
Florida Bar No, 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
**Baker & Hostetler LLP**
SunTrust Center, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone:  407-649-4000
Facsimile:  407-841-0168
*Attorneys for the Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

It is hereby certified that on June 5, 2020 a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing and via U.S. First Class Mail, postage prepaid, to all parties listed on Exhibit A to this Notice.

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish

**Exhibit 1**

Contracts

**Americore Holdings, *et al.*, Debtors.**
**United States Bankruptcy Court - Case No. 19-61608 (Jointly Administered)**
**Schedule of Executory Contracts St. Alexius Hospital Corporation #1**

| Contract Title | Debtor Party | Party 2 | Pre-Petition Amount | Post-Petition Amount | Total Cure Amount |
|---|---|---|---|---|---|
| Software License and Services Agreement | Success Healthcare LLC | 3M HealthCare | 22,413.58 | 22,413.58 | $ 44,827.16 |
| Addendum to Emergency Department Management Service Agreement | St. Alexius Hospital Corporation #1 | Abbott Ambulance, Inc, dba Abbott EMS | 5,759.98 | - | $ 5,759.98 |
| Equipment Service Program Agreement | St. Alexius Hospital Corporation #1 | Abbott Laboratories Inc | 2,000.00 | 2,094.17 | $ 4,094.17 |
| ACC Business Multi-Service Agreement | St. Alexius Hospital Corporation #1 | ACC Business | 8,035.86 | 663.63 | $ 8,699.49 |
| Hospital Services Agreement | St. Alexius Hospital Corporation #1 | Aetna Health, Inc. | - | | $ - |
| | St. Alexius Hospital Corporation #1 | Aetna Dental Plan | | 8,789.89 | $ 8,789.89 |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Ahmed Ali, M.D. | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Albert Viloria, M.D. | | | $ - |
| RALS Software System License and Support Master Agreement and Business Associate Agreement | St. Alexius Hospital Corporation #1 | Alere Informatics, Inc now Abbott Rapid Diagnostics Informatics, Inc | 14,037.55 | 2,070.71 | $ 16,108.26 |
| Medical Allied Claims | St. Alexius Hospital Corporation #1 | Allied Benefit Systems | - | 35,052.94 | $ 35,052.94 |
| Property Insurance | St. Alexius Hospital Corporation #1 | American Guarantee & Liability Insurance Company | | | $ - |
| Blood Services Agreement | St. Alexius Hospital Corporation #1 | American Red Cross | 3,755.00 | 2,379.00 | $ 6,134.00 |
| PM Service Agreement | St. Alexius Hospital Corporation #1 | American Services | 795.00 | - | $ 795.00 |

Page 1 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Credit Application & Agreement | St. Alexius Hospital Corporation #1 | AmerisourceBergen Drug Corporation | - | 6,177.16 | $ 6,177.16 |
| Equipment Lease Agreement | St. Alexius Hospital Corporation #1 | American Boiler & Mech | - | 11,328.54 | $ 11,328.54 |
| Term Extension of Senior Clinic Services Agreement | St. Alexius Hospital Corporation #1 | Anoj Goel, MD | 750.00 | 750.00 | $ 1,500.00 |
| Master Agreement | St. Alexius Hospital Corporation #1 | Applied Statistics & Management | - | 6,500.00 | $ 6,500.00 |
| Service Agreement | St. Alexius Hospital Corporation #1 | Aramark | 35,656.20 | 1,858.47 | $ 37,514.67 |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Arch Clinical Trials, LLC (Syed) | 18,750.00 | 2,500.00 | $ 21,250.00 |
| Commericial General Liability, Medical Facilities, and Professional Liability Insurance | St. Alexius Hospital Corporation #1 | Arthur J. Gallagher & Co./MedPro Policies Above | | | $ - |
| ATI Complete Partnership Agreement | St. Alexius Hospital Corporation #1 | Assessment Technology Institute, LLC | | | $ - |
| Staffing Agreement and Mutual Non-Disclosure Agreement | St. Alexius Hospital Corporation #1 | Aya Healthcare Inc. | 248,757.91 | 28,321.50 | $ 277,079.41 |
| Commercial Insurance Premium Finance Agreement | Americore Health, LLC | Bank Direct Capital | 119,772.82 | | $ 119,772.82 |
| Vizient Agreement | St. Alexius Hospital Corporation #1 | Baxter Healthcare Corporation | 12,917.94 | - | $ 12,917.94 |
| Insurances and Risk Management Services Agreement | Americore Holdings LLC | Beyond Risk Consultants LLC | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | BLIS | | | $ - |

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Hyperbaric Oxygen Therapy Department Management Agreement | St. Alexius Hospital Corporation #1 | Brossett Corp | 115,000.00 | N/A | $ 115,000.00 |
| Hyperbaric Oxygen Therapy Department Management Agreement | St. Alexius Hospital Corporation #1 | Brossett Corp | | 4,240.00 | $ 4,240.00 |
| Equipment Rental and Support Agreement | St. Alexius Hospital Corporation #1 | CareFusion | 52,505.02 | 2,493.70 | $ 54,998.72 |
| PACS Service Agreement | St. Alexius Hospital Corporation #1 | CareStream Health Inc | 53,152.13 | - | $ 53,152.13 |
| Medical Claims Service Agreement | Americore Holdings LLC | Catalyst RCM | | 7,500.00 | |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Chaganti & Associates, P.C. | | | $ - |
| Hospital Services Agreement | St. Alexius Hospital Corporation #1 | Cigna HealthCare of St. Louis, Inc. | | | $ - |
| MOB Lease *** | St. Alexius Hospital Corporation #1 | City Clinical Trial LLC | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Clinical Medical Services, LLC (Dr.Syed) | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Clinical Research Associates (Dr Syed) | | | $ - |
| Letter of Agreement for Chaplain Services | St. Alexius Hospital Corporation #1 | Clive Samson Chaplain Services | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Concierge Care, LLC | | | $ - |
| Hospital Participation Agreement | St. Alexius Hospital Corporation #1 | Coventry | | | $ - |

Page 3 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| 12th Amendment to the Hospital Participation Agreement | St. Alexius Hospital Corporation #1 | Coventry | | | $ - |
| Cyracom International Service Agreement | St. Alexius Hospital Corporation #1 | CyraCom | 1,597.32 | - | $ 1,597.32 |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | DCBU Hospice, Inc. | | | $ - |
| Letter of Agreement for Chaplain Services | St. Alexius Hospital Corporation #1 | Doni Lynn Driemeier-Showers | | | $ - |
| Letter of Agreement for Chaplain Services | St. Alexius Hospital Corporation #1 | Dori Dana Hudson | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Dr. Kulsoom Junaid D/B/A Breeze Hospice | | | $ - |
| CT Service Contract Agreement | St. Alexius Hospital Corporation #1 | Electromek Diagnostic Systems, Inc. | 43,870.34 | 5,203.00 | $ 49,073.34 |
| Provider Participation Agreement | St. Alexius Hospital Corporation #1 | Essence Healthcare, Inc. | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | First Health | | | $ - |
| Commercial Premium Finance Agreement | St. Alexius Hospital Corporation #1 | First Insurance Funding | | | |
| Hospital Agreement | St. Alexius Hospital Corporation #1 | Focus Healthcare Management Hospital | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Forest Park Pharmacy, Inc. | | | $ - |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | Four Seasons Living Center | | | $ - |
| Transportation Services Provider Agreement | St. Alexius Hospital Corporation #1 | Gateway Ambulance Services | 2,307.64 | - | $ 2,307.64 |

Page 4 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Gateway to Better Health | | | $ - |
| Fleet management Print Services Agreement | St. Alexius Hospital Corporation #1 | GFI Digital, Inc. | 3,835.46 | 4,655.51 | $ 8,490.97 |
| Copier Maintenance Agreement | St. Alexius Hospital Corporation #1 | GFI Digital, Inc. | 3,498.15 | 982.57 | $ 4,480.72 |
| Technology Leasing Agreement | St. Alexius Hospital Corporation #1 | Gibbs Technology Leasing, LLC | 6,051.20 | 6,051.20 | $ 12,102.40 |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | GMG, Inc | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Gurprakash Grewal, M.D. | | | $ - |
| Assignment of Professional Services Agreement; Addendum dated 11/15/2016 | St. Alexius Hospital Corporation #1 | Health Physics Associates FKA New World Environmental | - | 1,655.00 | $ 1,655.00 |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Healthcare USA | | | $ - |
| Participating Hospital Agreement | St. Alexius Hospital Corporation #1 | Healthlink | 10,155.03 | 67.41 | $ 10,222.44 |
| Amendment to Participating Hospital Agreement | St. Alexius Hospital Corporation #1 | Healthlink | N/A | N/A | $ - |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | Heritage Care Center | | | $ - |
| Financed Policy (First Insurance Funding) | St. Alexius Hospital Corporation #1 | Hub Group (for Property Policy) | | | $ - |

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Cloud Services Agreement and Business Associate Agreement | St. Alexius Hospital Corporation #1 | IBM (FKA Truven Health Analytics) | | | $ - |
| CareDiscovery Transform NP Legacy Facility NPR | St. Alexius Hospital Corporation #1 | IBM (FKA Truven Health Analytics) | 32,053.56 | 5,449.12 | $ 37,502.68 |
| Pollution and Remediation Legal Liability | St. Alexius Hospital Corporation #1 | Indian Harbor Insurance Company. | | | $ - |
| Participating Hospital Agreement | St. Alexius Hospital Corporation #1 | Integrated Health Plan | | | $ - |
| | St. Alexius Hospital Corporation #1 | Iron Mountain | 55,388.63 | 1,687.11 | $ 57,075.74 |
| Services Agreement | St. Alexius Hospital Corporation #1 | James W. Knight, MD | 1,500.00 | - | $ 1,500.00 |
| MOB Lease | St. Alexius Hospital Corporation #1 | Jay Mahadevan, M.D. | | | $ - |
| MOB Lease | St. Alexius Hospital Corporation #1 | Jitendra M. Patel, M.D. | | | $ - |
| Letter of Agreement for Chaplain Services | St. Alexius Hospital Corporation #1 | Kathleen Henton Chaplin Services | 10.00 | - | $ 10.00 |
| Letter of Agreement for Chaplain Services | St. Alexius Hospital Corporation #1 | Kathleen Stock Chaplin Services | | | $ - |
| Support Service Agreement | St. Alexius Hospital Corporation #1 | The Kings Midwest Division LLC | 582,532.79 | 148,356.55 | $ 730,889.34 |
| Laboratory Interface System Agreement | St. Alexius Hospital Corporation #1 | Laboratory Corporation of America Holdings | 51,845.65 | - | $ 51,845.65 |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | Levering Regional Health Care | | | $ - |
| Transfer Articulation Agreement | St. Alexius Hospital Corporation #1 | Lindenwood University School of Nursing and Allied Health Sciences, and Lutheran School of Nursing | | | $ - |

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Facility and Program Participation Agreement | St. Alexius Hospital Corporation #1 | Magellan BH | | | $ - |
| | St. Alexius Hospital Corporation #1 | Matheson Tri-Gas | 8,081.46 | - | $ 8,081.46 |
| General Staffing Agreement | St. Alexius Hospital Corporation #1 | Maxim Healthcare Services | | | $ - |
| Cash Acceleration Proposal | St. Alexius Hospital Corporation #1 | McBee/Netsmart | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Mental Health Associates | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Mercy Health Plan | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Mercy Managed BH | 72.00 | - | $ 72.00 |
| Statement of Agreement | St. Alexius Hospital Corporation #1 | Mid-America Transplant | 3,100.00 | - | $ 3,100.00 |
| Cryotherapy Service Agreement and Business Associate Agreement | St. Alexius Hospital Corporation #1 | Midwest Surgical Technologies | 745.00 | - | $ 745.00 |
| Reciprocal Patient Transfer Agreement | St. Alexius Hospital Corporation #1 | Missouri Baptist Hospital of Sullivan d/b/a Missouri Baptist Sullivan Hospital | | | $ - |
| Participating Provider Agreement | St. Alexius Hospital Corporation #1 | Missouri Care (Wellcare) | | | $ - |
| Participating Provider Agreement | St. Alexius Hospital Corporation #1 | Missouri Care (Wellcare) | | | $ - |

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Mithen Neurology, LLC | | | $ - |
| Vendor and Client Master Agreement | St. Alexius Hospital Corporation #1 | Mmodal Services, LTD. | 30,535.55 | 758.01 | $ 31,293.56 |
| Hospital Services Agreement | St. Alexius Hospital Corporation #1 | Molina Health Care | | | $ - |
| Physician Employment Agreement | St. Alexius Hospital Corporation #1 | Mujeeb U. Siddiqui MD | 2,324.92 | - | $ 2,324.92 |
| MPI Participating Facility Agreement | St. Alexius Hospital Corporation #1 | Multiplan | | | $ - |
| Commercial General Liability/Medical Malpractice | St. Alexius Hospital Corporation #1 | National Fire & Marine Insurance Co (MedPro) | | | $ - |
| Umbrella Over Primary Ins | St. Alexius Hospital Corporation #1 | National Fire & Marine Insurance Co (MedPro) | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | NHC Advantage | | | $ - |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | Nina Corporation | | | $ - |
| Transfer Agreement | St. Alexius Hospital Corporation #1 | North Village Park | | | $ - |
| Full Bundle Subscription Agreement | St. Alexius Hospital Corporation #1 | Paylocity Corporation | | | $ - |
| Pentax Service Agreement | St. Alexius Hospital Corporation #1 | Pentax | 4,000.00 | | $ 4,000.00 |
| Business Auto | St. Alexius Hospital Corporation #1 | Philadelphia Indemnity | - | 2,556.00 | $ 2,556.00 |

Page 8 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Installments through insurer | St. Alexius Hospital Corporation #1 | Philadelphia Indemnity | N/A | N/A | $ - |
| Fire Alarm Testing Services | St. Alexius Hospital Corporation #1 | Protegis Fire Systems | 9,200.00 | - | $ 9,200.00 |
|  | St. Alexius Hospital Corporation #1 | Quatrex | 1,251.06 | 1,251.06 | $ 2,502.12 |
| Patient Transfer Agreement | St. Alexius Hospital Corporation #1 | Rainer Dialysis, LLC |  |  | $ - |
| Medical Billing Service Agreement | St. Alexius Hospital Corporation #1 | Reimbursement Specialists LLC |  |  |  |
| Customer Service Agreement | St. Alexius Hospital Corporation #1 | Republic Services | 2,873.50 | - | $ 2,873.50 |
| MOB Lease | St. Alexius Hospital Corporation #1 | Richard W. Danyluck, M.D. |  |  | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | Right Choice Anthem Medicare Advantage |  |  | $ - |
| Facility Participation Agreement | St. Alexius Hospital Corporation #1 | RightChoice Anthem - BCBS |  |  | $ - |
| Physician Employment Agreement | St. Alexius Hospital Corporation #1 | Russel R. Kraeger, MD | 1,000.00 | 4,984.00 | $ 5,984.00 |
| Autopsy Service Agreement | St. Alexius Hospital Corporation #1 | Saint Louis University,d/b/a/ SLUCare | 80,957.27 | - | $ 80,957.27 |
| Service Agreement 16048 | St. Alexius Hospital Corporation #1 | Service Express | N/A | N/A | $ - |
| Service Agreement 29527 | St. Alexius Hospital Corporation #1 | Service Express | 11,232.00 | 11,232.00 | $ 22,464.00 |
| Equipment Lease for Aristos FX/FX Plus and Mommamot 3000/Nova | St. Alexius Hospital Corporation #1 | Siemens Medical Solutions | 45,407.44 | 3,469.00 | $ 48,876.44 |

Page 9 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Service Agreement | St. Alexius Hospital Corporation #1 | Specialists in Anesthesia PC | 317,695.00 | 76,362.00 | $ 394,057.00 |
| Patient Transfer Agreement | St. Alexius Hospital Corporation #1 | SSM Health Care St Louis, SSM Health Cardinal Glennon Children's Hospital, SSM Health Saint Louis University Hospital | 79,683.78 | 1,086.13 | $ 80,769.91 |
| Medical Office Building Lease | St. Alexius Hospital Corporation #1 | St. Louis Psychiatry Doctors Group, LLC | | | $ - |
| Equipment Rental Agreement | St. Alexius Hospital Corporation #1 | Stryker Flex Financial | 63,042.96 | | $ 63,042.96 |
| ASMBS Bariatric Surgery Center of Excellence Program Designee Agreement | St. Alexius Hospital Corporation #1 | Surgical Review Corporation | | | $ - |
| Consulting Agreement | St. Alexius Hospital Corporation #1 | The Talbot Group | | | |
| Jefferson Campus Elevator Maintenance Agreement | St. Alexius Hospital Corporation #1 | Thyssenkrup Elevator | 37,195.56 | - | $ 37,195.56 |
| Workers Compensation and Employers' Liability | St. Alexius Hospital Corporation #1 | Travelers (Assigned Risk) | | | $ - |
| Managed Care Contract | St. Alexius Hospital Corporation #1 | TriWest Healthcare Alliance | 6,727.00 | - | $ 6,727.00 |
| Tuition Servicing Agreement | St. Alexius Hospital Corporation #1 | Tuition Options LLC | | 5,668.41 | $ 5,668.41 |
| Software as a Service Subscription Agreement | S - School of Nursing | Unit 4 - Three River Systems Inc. | 20,500.00 | 12,500.00 | $ 33,000.00 |
| Facility Participation Agreement | St. Alexius Hospital Corporation #1 | United Behavioral Health | | | $ - |
| Facility Agency Application | St. Alexius Hospital Corporation #1 | United Behavioral Health | | | $ - |

Page 10 of 11

Schedule of Executory Contracts

Contracts

| Schedule of Executory Contracts St. Alexius Hospital Corporation #1 | | | | | |
|---|---|---|---|---|---|
| **Contract Title** | **Debtor Party** | **Party 2** | **Pre-Petition Amount** | **Post-Petition Amount** | **Total Cure Amount** |
| Facility Participation Agreement | St. Alexius Hospital Corporation #1 | United Health Military & Veterans Services (TriCare) | | | $ - |
| Facility Participation Agreement | St. Alexius Hospital Corporation #1 | United Healthcare | | | $ - |
| All Payer Appendix | St. Alexius Hospital Corporation #1 | United Healthcare | | | $ - |
| Life Insurance Policy | St. Alexius Hospital Corporation #1 | Unum | 143.84 | - | $ 143.84 |
| Radiology Services Agreement | St. Alexius Hospital Corporation #1 | USA Radiology Management Solutions, LLC | 25,000.00 | - | $ 25,000.00 |
| Software and Services Agreement | St. Alexius Hospital Corporation #1 | VisionShare | | | $ - |
| VSP Vision Care Insurance | St. Alexius Hospital Corporation #1 | VSP Vision Care | | | $ - |
| FSA Benefits | St. Alexius Hospital Corporation #1 | WageWorks | 15,449.61 | 2,822.40 | $ 18,272.01 |
| Pathology Services Agreements | St. Alexius Hospital Corporation #1 | WCP Pathology | | | $ - |
| Memorandum of Understanding | St. Alexius Hospital Corporation #1 | Webster University | | | $ - |
| Blanket Agreement | St. Alexius Hospital Corporation #1 | Webster University | 72,325.00 | | $ 72,325.00 |
| Professional Medical Staffing Services Agreement | St. Alexius Hospital Corporation #1 | Western Healthcare LLC | 93,000.00 | 152,000.00 | $ 245,000.00 |
| | | | | | |
| * Contracts are set up on auto-renewal policies. | | | | | |
| ** Contracts are valid until one party terminates the agreement. | | | | | |