**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC; et al[1] | Case No. 19-61608-grs |
| DEBTORS | Jointly Administered |
| | Honorable Gregory R. Schaaf |

_____

## NOTICE OF SERVICE OF RESPONSES TO DISCOVERY PROPOUNDED BY COMMONWEALTH OF PENNSYLVANIA TO PENN MED, LLC

Comes now Penn Med, LLC, a secured Creditor in this matter, by and through its undersigned counsel, and hereby gives notice that it has prepared and served its Responses to the Commonwealth of Pennsylvania's First Set of Interrogatories to Penn Med, LLC and to the Commonwealth of Pennsylvania's First Set of Requests for Admission to Penn Med, LLC by service upon Jason L. Swartley, Chief Deputy Attorney General, Pennsylvania Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, Pennsylvania 17120 on June 9, 2020.

Copies of such discovery responses have not been filed in the record of this Action.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

Dated this 10th day of June 2020.

                Respectfully submitted,

                */s/ John T. Hamilton*
                John T. Hamilton, Esq. (Bar No. 28127)
                **GESS, MATTINGLY & ATCHISON, P.S.C.**
                201 West Short Street, Suite 102
                Lexington, Kentucky 40507
                Phone: (859) 252-9000
                E-mail: jhamilton@gmalaw.com
                Counsel for Penn Med, LLC.

-and-

                */s/ Jeffrey P. Myers*
                Jeffrey P. Myers, Esq.
                **MYERS LAW GROUP, LLC**
                17025 Perry Highway
                Warrendale, PA 15086
                Phone:  724-778-8800
                E-mail: jeffrey@jpmyerslaw.com
                Counsel for Penn Med, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 10th day of June, 2020, electronically to the following:

John L. Daugherty on behalf of U.S. Trustee
john.daugherty@usdoj.gov

Bradley M. Nerderman on behalf of U.S. Trustee
Bradley.Nerderman@usdoj.gov

Carl L. Fox cfox@glassratner.com

Tiffany Payne Geyer on behalf of Americore Holdings, LLC and Trustee Carol L. Fox
tpaynegeyer@bakerlaw.com

Elizabeth A. Green on behalf of Trustee Carol L. Fox
egreen@bakerlaw.com

Jimmy D. Parrish on behalf of Trustee Carol L. Fox
Jparrish@bakerlaw.com

*/s/ John T. Hamilton*
*Counsel for Penn Med, LLC*