UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO.: 19-61608

IN RE:   AMERICORE HOLDINGS, LLC, et al                                   CHAPTER 11
         DEBTOR                                                  (JOINTLY ADMINISTERED)

### NOTICE OF PERFECTION, MAINTENANCE, and CONTINUATION OF STATUTORY LIEN OF THE BOROUGH OF ELLWOOD CITY, PENNSYLVANIA PURSUANT TO 11 U.S.C. §546(b)(2)

*** *** ***

Comes now the Borough of Ellwood City, Pennsylvania ("the Borough"), by and through counsel, and consistent with and as authorized by 11 U.S.C. §546(b)(2), the Borough herewith files in this record its Notice of Perfection, Maintenance, and Continuation of Statutory Lien upon the real property improvements owned by the jointly administered debtor Ellwood Medical Center Real Estate, LLC ("EMC").

As set forth within the Borough's Notice of Lien claim, as amended, [Doc. 568] the Borough holds two (2) priority statutory liens against the real property and improvements owned by EMC in Lawrence County, Pennsylvania- 1.) unpaid 2019 tax liens, and 2.) unpaid municipal liens for electric service and sewage service provided by the Borough to the EMC real property. The amounts due and owing to the Borough are spelled out within the Notice of Lien claim and the related Proofs of Claim filed by the Borough in this case.

The Borough's liens are statutory priority liens against all real property interests owned by the debtor EMC in Lawrence County, Kentucky consisting of fourteen (14) parcels of real property and improvements of record in Deed Book 2017-009136. Statutory authority for the Borough's statutory liens are found at 53 P.S. §7101, 7102, 7106, and 7107.

Section §546(b)(2) of the Bankruptcy Code provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection or maintenance or continuation of perfection of an interest in property, the claimant may file a Notice with the Court in lien of such seizure or commencement. Although the Borough's liens are perfected automatically under Pennsylvania law and no further action is required of the Borough, out of an abundance of caution and pursuant to §546(b) of the Bankruptcy Code, the Borough hereby provides notice to the debtors, the debtors' counsel, and to the Trustee of the Borough's rights as a perfected lien holder in the real property interest of EMC.

The filing of this Notice shall not be deemed a waiver of the Borough's rights to seek relief from the automatic stay, to foreclose upon its liens, or any other rights or defenses. The filing of this Notice shall further not be construed as an admission that such filing is required under the Bankruptcy Code or under Pennsylvania law or other law. Additionally, the Borough makes no admission of fact or law and asserts that its lien is senior to and effective against entities that may have acquired rights in the subject EMC real property and reserves all rights to amend and/or supplement this Notice.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
*Counsel for The Borough of*
*Ellwood City, Pennsylvania*


BY: /s/ R. Aaron Hostettler
     R. AARON HOSTETTLER

CERTIFICATE OF SERVICE:

      The undersigned hereby certifies that a true copy of this Notice was served via the Court's ECF noticing system upon those designated to receive service thereof and that a true copy of the Notice was mailed via regular U.S. mail to all parties designated to receive service thereof on the masters service list.

/s/ R. Aaron Hostettler
OF COUNSEL FOR THE BOROUGH OF
ELLWOOD CITY, PENNSYLVANIA