**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[3] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF MASTER AGREEMENT FOR SHARED ROTATIONAL ARRANGEMENTS AND RESIDENCY ROTATION AFFILIATION AGREEMENT FOR THE PERIOD OF JULY 1, 2020 THROUGH JUNE 30, 2021**

This Case came on for consideration upon the Chapter 11 Trustee's Motion for Approval of Master Agreement for Shared Rotational Arrangements and Residency Rotation Affiliation Agreement for the Period of July 1, 2020 through June 30, 2021 (the "Motion") filed by Carol L. Fox, the Chapter 11 Trustee ("Trustee"), seeking approval of certain residency agreements ("Residency Agreements") by and between St. Alexius Hospital Corporation #1 (the "Debtor") and SSM Health St. Mary's Hospital and SSM Health St. Louis University Hospital (collectively, "SSM Health") pursuant to Section 363(b)(1) of the Bankruptcy Code as set forth in the Motion. Upon consideration of the Motion, and circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and it appearing that sound business judgment exists to support entry of the relief requested in the Motion is in the best interests of the Debtor's estates, its creditors and other parties

---

[3] The debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS ORDERED THAT:**

1. The Motion is GRANTED as provided herein.

2. The Trustee is authorized to enter into the Residency Agreements as requested in the Motion.

3. Any purchaser or subsequent assignee of the Debtor's assets and Medicare provider number shall be required to assume the Residency Agreements and continue to perform all actions and obligations as provided in the Residency Agreements under their terms.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Order Tendered by:

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish
Fla. Bar. No. 526401
**Baker & Hostetler LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4048
Fax: 407-841-0168
jparrish@bakerlaw.com

*Counsel to Chapter 11 Trustee*