# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[2] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE PERIOD FOR THE MOTION OF CAROL L. FOX, AS CHAPTER 11 TRUSTEE OF THE JOINTLY ADMINISTERED DEBTORS, FOR AN ORDER APPROVING THE MASTER AGREEMENT FOR SHARED ROTATIONAL ARRANGEMENTS AND RESIDENCY ROTATION AFFILIATION AGREEMENT FOR THE PERIOD OF JULY 1, 2020 THROUGH JUNE 30, 2021**

Upon consideration of the motion (the "Motion") filed by the Debtors, by and through Carol L. Fox, the Chapter 11 Trustee ("Ms. Fox" or "Trustee"), and pursuant to Federal Rule of Bankruptcy Procedure 9006(c) ("Bankruptcy Rules") and Local Rules 2002-1(b) and 9014-1(c) of the United States Bankruptcy Court for the Eastern District of Kentucky ("Local Rules"), seeking an order shortening the notice period associated with the motion seeking an order approving the master agreement for shared rotational arrangements and residency rotation affiliation agreement for the period of July 1, 2020 through June 30, 2021 (the "Residency Agreement Motion") and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

---

[2] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

§§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS ORDERED THAT:**

1. The Motion is GRANTED as provided herein.

2. The 14-day notice period for the Residency Agreement Motion is shortened as requested in the Motion. The Residency Agreement Motion will be heard on June 18, 2020 at 9:00am eastern together with the other matters on for hearing in the Debtors' cases.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Order Tendered by:

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish
Fla. Bar. No. 526401
**Baker & Hostetler LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4048
Fax: 407-841-0168
jparrish@bakerlaw.com

*Counsel to Chapter 11 Trustee*

6

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Friday, June 12, 2020
(grs)**