**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### CHAPTER 11 TRUSTEE'S STATUS REPORT

Americore Holdings, LLC, and its affiliated debtors (collectively, the "Debtors") by and through Carol L. Fox, the Chapter 11 Trustee ("Trustee"), file this Status Report ("Status Report") for the purpose of advising and updating the Court and parties in interest as to recent activities in the Debtors' cases in connection with the sale process and with respect to St. Alexius Hospital Corporation #1 ("St. Alexius"), Ellwood Medical Center Operations, LLC ("Ellwood"), and Izard County Medical Center ("Izard"), and Americore Holdings, LLC ("Americore").

**I.     Update on the Sale Process**

Since her appointment in February, and concurrently with working diligently to stabilize operations, the Trustee has explored strategic alternatives to address balance sheet issues and the financial pressures on the Debtors, including: (a) discussions with the Debtors' creditors and parties in interest; (b) minimizing capital expenditures; (c) reducing general and administrative expenses; and (d) considering a sale of substantially all of the Debtors' assets. The Trustee, in her business judgment, has elected to pursue a sale of substantially all of the assets of St. Alexius and

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

Ellwood to maximize the value of those assets for all stakeholders and to ensure both facilities continue to serve as healthcare providers in their local communities.

Accordingly, on April 24, 2020, the Trustee filed bid procedures motions related to St. Alexius and Ellwood.[2] The Court held a hearing and approved the bid procedures on May 12, 2020 (Doc. Nos. 541, 542). The bid procedures currently include a bid deadline of June 29, 2020 (Doc. No. 541, ¶ 6; Doc. No. 542, ¶ 6) and contemplate a sale hearing in July. The Trustee anticipates filing a motion to modify the bid procedures to adjust the timeline for bids in order to have adequate time to address the outstanding objections to the claims of lien and to address issues related to the treatment of provider agreements.

Since and before the bid procedures were approved, the Trustee has been in continuing discussions with parties interested in purchasing St. Alexius, Ellwood, and Izard. To date, twenty-two (22) non-disclosure agreements have been executed by prospective buyers. Additionally, the Trustee has communicated with numerous parties who are interested in proposing a plan. Currently, at least two parties are working with the Trustee to formulate an acceptable stalking horse bid related to the St. Alexius assets. On June 12, 2020, St. Alexius Hospital received $16,481,605.35 in Safety Net Hospital Provider Relief Funds. The receipt of these funds created a material change that required additional evaluation by the Trustee and her team prior to the selection of a stalking horse bid.

---

[2] Specifically, the Trustee filed the *Trustee's Motion for Entry of an Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets (St. Alexius), (II) Establishing Procedures for the Assumption and/or Assignment by the Trustee of Certain Executory Contracts and Unexpired Leases, (III) Approving the Form and Manner of Notice of Bidding Procedures, (IV) Setting Objection Deadlines, and (V) Granting Related Relief* (Doc. No. 482) and the *Trustee's Motion for Entry of an Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets (Ellwood), (II) Establishing Procedures for the Assumption and/or Assignment by the Trustee of Certain Executory Contracts and Unexpired Leases, (III) Approving the Form and Manner of Notice of Bidding Procedures, (IV) Setting Objection Deadlines, and (V) Granting Related Relief* (Doc. No. 484).

4851-8349-3824.1

## II.   Update on developments at St. Alexius Hospital

Billing Update: The Trustee retained McBee and Associates ("McBee") as a contingency billing firm on April 1, 2020. McBee is in the process of billing underpaid and denied claims and preparing billing for services that St. Alexius did not bill for previously. To date, McBee has collected approximately $2.4 million.

Staffing Update: The Trustee has handled numerous staffing issues at St. Alexius as a result of the impacts of COVID-19, furloughing underutilized employees as necessary through June 30, 2020. Since her appointment, the Trustee reduced St. Alexius's bi-weekly payroll obligations by over $140,000 per pay period and the number of full and part-time employees by more than 50.

Shared Rotational Arrangements and Affiliation Agreements: The Trustee anticipates reallocating approximately 73 residency slots for the 2020-2021 academic year. On June 15, 2020, the Trustee filed a motion seeking the Court's approval of a Master Agreement for Shared Rotational Arrangements and Residency Rotation Affiliation Agreements for the period of July 1, 2020 through June 30, 2021 with SSM Health St. Mary's Hospital and SSM Health St. Louis University Hospital.

Status of efforts concerning the Paycheck Protection Program ("PPP"): On May 6, 2020, the Trustee filed a complaint against the Small Business Administration ("SBA") and the *Emergency Motion for Temporary Restraining Order* (Doc. No. 2 in Adv. No. 20-6005-grs) ("Injunction Motion"). The Court conducted an emergency hearing and entered a temporary restraining order ("TRO") (Doc. No. 13 in Adv. No. 20-06005-grs). In accordance with the Court's TRO, the Trustee re-submitted the PPP application. An evidentiary hearing was scheduled for May 21, 2020, for further consideration of the issues, but the Trustee withdrew her Injunction Motion because the PPP application was approved shortly before the hearing to consider the Injunction

3

Motion. (Doc. No. 35 in Adv. No. 20-6005-grs). On May 20, 2020, St. Alexius Hospital received PPP funding totaling $5,105,970.00. Since that date, the Trustee has expended PPP funds exclusively in connection with payroll, employee benefits and utilities.

<u>Accounting Update</u>: The Trustee is working to resolve accounting issues at St. Alexius resulting from the failure to maintain St. Alexius's accounting records since the March 2019 purchase from Promise Healthcare. On May 4, 2020, the Trustee hired St. Alexius's former controller to prepare 2019 financial statements and assist with the preparation of the 2019 Medicare and Medicaid Cost Reports and related issues. Financial statements through November 3, 2019 are complete. The December 2019 financial statements are targeted to be complete by June 24, 2020. The Medicare and Medicaid Cost Reports are on schedule to be filed with the respective regulatory bodies by July 29, 2020.

### III.  Update on Developments at Izard County Medical Center ("Izard")

<u>Operations Update</u>: Izard is licensed for 25 beds and operates in a leased facility as a critical access hospital. Hospital utilization has decreased significantly during the COVID-19 crisis. On May 8, 2020, Izard received stimulus funds exceeding $2.4 million. The Trustee has used approximately $500,000 to pay post-petition creditors, including approximately $213,000 in post-petition rent to Izard's landlord.

<u>Potential Sale</u>: Additionally, several parties have expressed an interest in purchasing Izard's Critical Access Hospital License ("License"). The Trustee is actively working with Izard's landlord Calico Rock to identify a bid that would be acceptable to both the landlord and the Trustee.

### IV.  Update on Developments at Ellwood City Medical Center ("Ellwood")

Operations Update: Ellwood operates with a staff of approximately ten [10] employees who collectively: (i) respond to requests for medical records—a chief concern of the Commonwealth of Pennsylvania; (ii) provide security 24/7 to preserve the value of Ellwood until it is sold; (iii) perform human resources services, and maintain accounts payable and accounts receivable. Ellwood was approved as a COVID-19 "Alternative Care Site" and is in a holding pattern with the relevant authorities to see whether such use may be necessary.

Investigation of Ellwood accounts: The Trustee has subpoenaed US Bank for all records for any bank account opened or maintained for any of the Debtors, including for an escrow account established at the time Ellwood was acquired by Grant White. The Trustee is in the process of reviewing documents produced by US Bank and has shared all of US Bank's production to date concerning the escrow account with the Commonwealth of Pennsylvania. Additionally, the Trustee is investigating a lab account that was open from late March 2019 through July 2019 that received and disbursed funds exceeding $10 million during less than a four-month period.

Accounting Update: As the Trustee did with St. Alexius, the Trustee retained McBee to bill for Ellwood's underpaid and denied claims and services not previously billed. McBee's efforts have been challenged by certain technology limitations and a 2019 cyberattack at Ellwood. In addition, as was the case with St. Alexius, Ellwood's financial accounting was not maintained for all of 2019. The Trustee is in the process of accessing the necessary resources to complete the 2019 accounting.

V.     **Update on Developments for Americore Holdings, LLC ("Americore")**

Investigation of Americore accounts: The Trustee subpoenaed Preferred Bank for all records for any bank account opened or maintained for any of the Debtors, including Americore.

5

4851-8349-3824.1

The Trustee is in the process of reviewing documents produced by Preferred Bank for Americore's operations account and payroll account.

Respectfully submitted this 17th day of June 2020.

>*s/ Elizabeth A. Green*
>ELIZABETH A. GREEN (*admitted pro hac vice*)
>Florida Bar No. 600547
>BAKER & HOSTETLER LLP
>200 South Orange Avenue, Suite 2300
>Orlando, Florida 32801
>Telephone 407-649-4000
>Facsimile 407-841-0168
>egreen@bakerlaw.com
>*Counsel to Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

>*s/ Elizabeth A. Green*
>ELIZABETH A. GREEN

4851-8349-3824.1