**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 06/18/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 593 | 06/01/2020 | Status Hearing - Motion to Sell - Chapter 11 Trustee's Motion for Entry of Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with Approved Bid Procedures; and (C) Granting Related Relief under Section 363(f), filed by Carol L. Fox Fee Amount 181. Hearing scheduled for 7/2/2020 at 01:00 PM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Mailing Matrix) (Green, Elizabeth) |

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, June 18, 2020**
**(rah)**