# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**London Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In re  Americore Holdings, LLC

   3933 S Broadway
   St Louis, MO 63118

aka/dba:

SSN/TID:

     83–0860115

Debtor(s)

Case No. 19–61608–grs

Chapter: 11

## ORDER

   A(n) Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing [ECF No. 647] having been filed on behalf of Third Friday Total Return Fund, LP, and an Objection [ECF No. 700] to the matter having been filed that is defective for the following reason(s):

☒ Notice of hearing is missing/incomplete/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

   It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled.

DATED: 6/30/20

                                        By the court –

                                        /s/Gregory R. Schaaf
                                        Gregory R. Schaaf
                                        U.S. Bankruptcy Judge