# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| Debtors. | ) Jointly Administered |
| | ) Honorable Gregory R. Schaaf |

## NOTICE OF HEARING

Notice is hereby given that the *Official Committee of Unsecured Creditors' Objection to The Third Friday Total Return Fund, LLP's Ex Parte Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan* [Docket No. 695], will be heard at **9:00 a.m. on July 29, 2020**, at the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.

The parties that appear in court shall comply with physical distancing and other instructions by Court personnel at the hearing. Hearing participants shall wear masks when entering the courthouse and coming to the courtroom. Use of masks during the hearing will depend on the ability to maintain physical distancing. If any hearing participant has a temperature or other health issue or concern, s/he shall notify the Courtroom

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

Deputy as soon as possible so other arrangements may be considered. All other interested parties may listen to the hearing via telephone by calling in 10 minutes prior to the hearing using the following numbers: Teleconference number: 888-363-4749; Access code: 9735709#.

**Dated**: June 30, 2020                  **Nelson Mullins Riley & Scarborough LLP**
*Counsel for Committee*

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
    Frank P. Terzo
    Florida Bar No. 906263
    Frank.Terzo@nelsonmullins.com
    Gary M. Freedman
    Florida Bar No. 727260
    Gary.Freedman@nelsonmullins.com

Counsel for the Committee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on June 30, 2020, by electronic transmission through the Court's CM/ECF system upon all Filing Users accepting Notice of Electronic Filing.

By: /s/ Gary M. Freedman
    Gary M. Freedman