**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## NOTICE OF HEARING

Notice is hereby given that the *Chapter 11 Trustee's Joinder in Official Committee of Unsecured Creditors' Objection to the Third Friday Return Fund, LLP's Ex Parte Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan* (ECF No. 700) will be heard at **9:00 a.m. on July 29, 2020,** at the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.

The parties that appear in court shall comply with physical distancing and other instructions by Court personnel at the hearing. Hearing participants shall wear masks when entering the courthouse and coming to the courtroom. Use of masks during the hearing will depend on the ability to maintain physical distancing. If any hearing participant has a temperature or other health issue or concern, s/he shall notify the Courtroom Deputy as soon as possible so other arrangements may be considered. All other interested parties may listen to the hearing via telephone by calling in 10 minutes prior to the hearing using the following numbers: Teleconference number: 888-363-

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

4749; Access code: 9735709#.

Dated: June 30, 2020.

>*/s/ Jimmy D. Parrish*
>Jimmy D. Parrish
>Florida Bar No. 526401
>jparrish@bakerlaw.com
>**Baker & Hostetler LLP**
>Post Office Box 112
>Orlando, Florida 32802-0112
>Telephone:  407-649-4000
>Facsimile:  407-841-0168
>
>*Counsel for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

It is hereby certified that on June 30, 2020 a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

>*s/ Jimmy D. Parrish*
>Jimmy D. Parrish

2