# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## ORDER GRANTING MOTION OF CAROL L. FOX, CHAPTER 11 TRUSTEE, TO CONTINUE THE JULY 2, 2020 HEARING

THIS MATTER came before the Court upon the Motion ("Motion") of Americore Holdings, LLC, and its affiliated debtors (collectively, the "Debtors") by and through Carol L. Fox, as Chapter 11 Trustee ("Trustee"), with the consent of Pelorus Equity Group, Inc. ("Pelorus"), Allied Benefit Systems, Inc. ("Allied"), Cigna HealthCare of St. Louis, Inc. ("Cigna"), and the Official Committee of Unsecured Creditors ("Committee"), to continue the hearing presently scheduled for July 2, 2020 at 1:00pm. Upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and

---

1 The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses):  Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

finding that the Committee, Pelorus, Allied, and Cigna do not oppose the relief sought in the Motion; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS ORDERED:**

1. The Motion is GRANTED.

2. The hearing on July 2, 2020 at 1:00 p.m. shall be continued to July 9, 2020 at 9:00am. Parties shall call-in using Teleconference number: 888-363-4749; Access code: 9735709# to participate in the TELEPHONIC hearing.

3. This order is entered without prejudice to any request by the parties for a further continuance of the hearings.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Proposed Order Tendered by:

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish
Fla. Bar. No. 526401
**Baker & Hostetler LLP** 200 South Orange Ave. Suite 2300
Orlando, FL 32801
Tel. 407-649-4048
Fax: 407-841-0168
jparrish@bakerlaw.com

*Counsel to Chapter 11 Trustee*

4831-5738-0545.1

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, June 30, 2020**
**(grs)**