UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the *Order Granting Motion of Carol L. Fox, Chapter 11 Trustee, to Continue the July 2, 2020 Hearing* (Doc. No. 709) has been served electronically to those parties receiving electronic notice via the Court's CM/ECF system on June 30, 2020, and was served upon all parties on the Master Service List, as designated via first-class, postage prepaid U.S. Mail, via facsimile transmission, or via email on July 1, 2020.

Respectfully submitted this 1st day of July, 2020.

*s/ Tiffany Payne Geyer*
TIFFANY PAYNE GEYER, ESQ.
Florida Bar No. 421448
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
tpaynegeyer@bakerlaw.com

*Counsel to Chapter 11 Trustee*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).