**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **IN RE: AMERICORE HOLDINGS, LLC et al.[1]** **DEBTORS** | **CHAPTER 11** |
| **REPUBLIC BANK & TRUST COMPANY** **CREDITOR** | **CASE NO.   19-61608-grs** |
| | **JOINTLY ADMINISTERED** |

**ORDER AMENDING MASTER SERVICE LIST [Doc. 658]**

Upon motion of Republic Bank & Trust Company ("RBTC") to remove its fax number from the Master Service List [Doc 658] upon the basis that RBTC has been inadvertently associated with a separate entity, Republic Bank of Bountiful, Utah, and the Court having reviewed the same, and the Court being sufficiently advised in all respects,

It is hereby ORDERED as follows:

1. The Master Service List [Doc. 658] is hereby AMENDED to remove the fax number, (502) 560-8633, associated with creditor Republic Bank.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).