**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **IN RE: AMERICORE HOLDINGS, LLC et al.[1]** **DEBTORS** | **CHAPTER 11** |
| **REPUBLIC BANK & TRUST COMPANY** **CREDITOR** | **CASE NO.   19-61608-grs** |
| | **JOINTLY ADMINISTERED** |

**NOTICE OF FILING**

Comes the Creditor, Republic Bank & Trust Company ("RBTC") and hereby notices the Court of its filing of its Exhibit A for its Motion to Amend Master Service List Without Notice and/or Hearing Pursuant to KYEB LBR 9013-1 which was filed herein on July 1, 2020 [Doc. 711].

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion to Amend Master Service List [Doc 658] Without Notice and/or Hearing Pursuant to KYEB LBR 9013-1 was served on July 1, 2020, upon all parties registered to receive service in this case through the Court's CM/ECF system.

/s/ Charles J. Otten
CHARLES J. OTTEN

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).