## Republic Bank  (FDIC # 35260)

**Inactive** as of June 30, 2017

Closed without government assistance

**Data as of:** June 28, 2020

**Republic Bank** was closed without government assistance, and is no longer in operation

| | |
|---|---|
| **FDIC Certificate#:** | **35260** |
| **Headquarters:** | 1560 Renaissance Towne Drive, Suite 260<br>Bountiful, UT 84010<br>Davis County |
| **Established:** | November 12, 1999 |
| **Insured:** | November 12, 1999 |
| **Bank Charter Class:** | Non-member of the Federal Reserve System |
| **Contact the FDIC about:**<br>Republic Bank | |

Locations    History    Identifications    Financials    Other Names / Websites

*Showing 1 to 4 of 4 entries*

<<  1 of 1  >>

| Date | Event |
|---|---|
| 11/12/1999 | Institution established: Original name:Republic Bank, Inc. (35260) |
| 5/28/2009 | Changed name to **Republic Bank** (35260) |
| 5/28/2009 | Changed organization type to COMMERCIAL BANK |
| 6/30/2017 | Closed voluntarily and liquidated its assets. |

<<  1 of 1  >>

**Information as of:** June 29, 2020