**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## **CHAPTER 11 TRUSTEE'S NOTICE OF SELECTION OF STALKING HORSE BIDDER**

Carol L. Fox, as Chapter 11 Trustee ("Trustee") of St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, and Success Healthcare 2, LLC (collectively, "St. Alexius") pursuant to 11 U.S.C. § 363, Federal Rule of Bankruptcy Procedure 2002, and in accordance with the approved bidding procedures as modified, hereby provides notice of the selection of SA Hospital Acquisition Group, LLC ("SA Hospital Acquisition") as the stalking horse bidder in connection with the proposed sale of certain assets of St. Alexius and states as follows:

1. On May 12, 2020, the Court entered the St. Alexius Bid Procedures Order approving the Trustee's Motion filed on April 24, 2020 and establishing the bid procedures for the sale of the assets of St. Alexius, the procedures for the treatment of certain executory contracts and unexpired leases, and setting deadlines and granting certain related relief. (Doc. No. 482).

2. The bid procedures were set forth in Schedule 1 to the St. Alexius Bid Procedures Order and contained the following reservation of rights:

> **K. Reservation of Rights**
> The Trustee may modify the Bidding Procedures set forth herein at any time prior to or during the Auction if the Trustee determines, in her judgment, that such modifications will better promote the goals of the Auction process and are in the best interests of the bankruptcy estates and the creditors thereof. Such reservation is subject objection by any party-in-interest and any objecting party may request an emergency hearing with the Court if

necessary to resolve. The Court shall retain jurisdiction to enforce and interpret these Bidding Procedures and any Order approving them.

3. On June 29, 2020, the Trustee filed her Notice of Modified Bid Procedures (Doc. No. 697) ("Modification Notice") which modified the bid procedures previously approved by the St. Alexius Bid Procedures Order (the "Bid Procedures").

4. In accordance with the Bid Procedures, the Trustee provides notice that SA Hospital Acquisition has been selected as the stalking horse bidder in connection with the proposed sale of certain assets of St. Alexius.

5. The bid submitted by SA Hospital Acquisition seeks to acquire substantially all of the real and personal property associated with the Broadway and Jefferson Campuses owned by St. Alexius, but specifically excludes all cash on hand at closing and the rights to $2.5 million in proceeds from the residency sharing agreement entered into by St. Alexius and SSM Health St. Mary's Hospital and SSM Health St. Louis University Hospital (the "Residency Sharing Agreement") to the extent such funds are not already received by St. Alexius prior to closing.

6. The bid submitted by SA Hospital Acquisition is for a total gross purchase price of $18,549,849.93. The bid includes a $17 million cash purchase price less: (i) $1 million deduction for post-closing revenue from the Residency Sharing Agreement; and (ii) $500,000 credit for the 2020 pro rata paid time off (PTO) obligations of St. Alexius. The bid requires a total of $15.5 million net cash paid to the collective St. Alexius estates at closing. In addition to the net cash of $15.5 million at closing, the bid also requires SA Hospital Acquisition to assume St. Alexius's obligations to Toby Mug Financing, LLC which total approximately $1,549,849.93, which increases the total gross purchase price to $18,549,849.93.

7. The Trustee will be filing a motion to approve bid protections in favor of SA Hospital Acquisition and anticipates filing such motion early next week.

8. In addition, the Trustee will be filing an amendment to the sale motion which attaches the complete asset purchase agreement by and between St. Alexius and SA Hospital Acquisition which will generally follow the form asset purchase agreement attached to the original sale motion. The sale motion as amended will be noticed for an in-person hearing set for July 29, 2020.

9. SA Hospital Acquisition's bid remains subject to higher and better offers in the Trustee's business judgment. In the event a higher and better qualified bid is received prior to the bid deadline provided for in the Bid Procedures, the Trustee will conduct an auction on July 28, 2020.

Respectfully submitted on this 3rd day of July 2020.

/s/ *Elizabeth A. Green*_____
Elizabeth A. Green, Esq.
Florida Bar No, 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Attorneys for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on July 3, 2020, a true and correct copy of the foregoing was served by electronic noticing via the CM/ECF System to all parties requesting such notice and will be served on July 6, 2020 in accordance with FED.R.BANKR.P. 2002 by first-class mail, postage pre-paid, on: (a) all creditors and parties in interest, (b) all parties which, to the Trustee's knowledge, have or have asserted liens on the Debtors' assets, (c) all counterparties to executory contracts and unexpired leases with the Debtors, and (d) any party that has expressed an interest to the Trustee in acquiring any of the Debtors' assets.

/s/ *Elizabeth A. Green*
Elizabeth A. Green, Esq.