**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Americore Holdings, LLC, *et al.* [1], | ) ) ) | Case No. 19-61608-grs |
| Debtors | ) ) | Jointly Administered |
|  | ) ) | Honorable Gregory R. Schaaf |

**NOTICE OF HEARING**

Notice is hereby given that the *Objection of Commonwealth of Pennsylvania to the Ex Parte Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan filed by Third Friday Total Return Fund, LLP* [ECF No. 647], will be heard at **9:00 a.m. Eastern time on July 29, 2020**, at the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.

The parties that appear in court shall comply with physical distancing and other instructions by Court personnel at the hearing. Hearing participants shall wear masks when entering the courthouse and coming to the courtroom. Use of masks during the hearing will depend on the ability to maintain physical distancing. If any hearing participant has a

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

temperature or other health issue or concern, s/he shall notify the Courtroom Deputy as soon as possible so other arrangements may be considered.

All other interested parties may listen to the hearing via telephone by calling in 10 minutes prior to the hearing using the following numbers:   Teleconference number: 888-363-4749; Access code: 9735709#.

                                Respectfully submitted,

                                JOSH SHAPIRO
                                ATTORNEY GENERAL

Dated: July 6, 2020          By:    */s/ Jason L. Swartley*
                                          Jason L. Swartley
                                          Chief Deputy Attorney General
                                          PA Attorney No. 78213
                                          Pennsylvania Office of Attorney General
                                          15th Floor, Strawberry Square
                                          Harrisburg, PA 17120
                                          Tel: (717) 705-7326
                                          Fax: (717) 772-4526
                                          Email: jswartley@attorneygeneral.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 6, 2020, the **Notice of Hearing** on *Objection of Commonwealth of Pennsylvania to the Ex Parte Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan* was served electronically through the Court's ECF system to all persons receiving electronic notifications in the Chapter 11 cases. Also on July 6, 2020, a copy of said Notice of Hearing was sent via electronic mail to the legal counsel of record for:

Penn Med, LLC at the email addresses set forth on the docket as referenced below.

>John T. Hamilton on behalf of Creditor Penn Med, LLC
>jhamilton@gmalaw.com
>
>Jeffrey P. Myers on behalf of Creditor Penn Med, LLC
>jeffrey@jpmyerslaw.com
>
>Benjamin J. Steinberg on behalf of Creditor Penn Med, LLC
>benjamin@jpmyerslaw.com

Pelorus Equity Group, Inc. at the email addresses set forth on the docket as referenced below.

>Adam Mastin Back on behalf of Creditor Pelorus Equity Group, Inc.
>adam.back@skofirm.com
>
>Lea Pauley Goff on behalf of Creditor Pelorus Equity Group, Inc.
>lea.goff@skofirm.com

Unsecured Creditors Committee Counsel at the email addresses set forth on the docket as referenced below.

>Frank P. Terzo on behalf of Official Committee of Unsecured Creditors
>frank.terzo@nelsonmullins.com
>
>Gary M. Freedman on behalf of Official Committee of Unsecured Creditors
>Gary.freedman@nelsonmullins.com
>
>Adam R. Kegley on behalf of Official Committee of Unsecured Creditors
>akegley@fbtlaw.com

    Michael D. Lessne on behalf of Official Committee of Unsecured Creditors
    Michael.lessne@nelsonmullins.com

United States Trustee at the email addresses set forth on the docket as referenced below.

    John L. Daugherty on behalf of U.S. Trustee
    john.daugherty@usdoj.gov

    Bradley M. Nerderman on behalf of U.S. Trustee
    Bradley.Nerderman@usdoj.gov

Chapter 11 Trustee at the email addresses set forth on the docket as referenced below.

    Carol L. Fox
    cfox@glassratner.com

    Tiffany Payne Geyer on behalf of Trustee Carol L. Fox
    tpaynegeyer@bakerlaw.com

    Elizabeth A. Green on behalf of Trustee Carol L. Fox
    egreen@bakerlaw.com

    Jimmy D. Parrish on behalf of Trustee Carol L. Fox
    jparrish@bakerlaw.com

    Robert T. Razzano on behalf of Trustee Carol L. Fox
    rrazzano_@bakerlaw.com

Third Friday Total Return Fund, LLP Counsel at the email addresses set forth on the docket as referenced below.

    Bradley S. Shraiberg
    bss@slp.law

    Joshua B. Lanphear
    jlanphear@slp.law

                                          Respectfully submitted,

                                          JOSH SHAPIRO
                                          ATTORNEY GENERAL

Dated: July 6, 2020          By:    */s/ Jason L. Swartley*
                                                     Jason L. Swartley
                                                     Chief Deputy Attorney General
                                                   PA Attorney No. 78213
                                                   Pennsylvania Office of Attorney General
                                                   15th Floor, Strawberry Square
                                                   Harrisburg, PA 17120
                                                   Tel: (717) 705-7326
                                                   Fax: (717) 772-4526
                                                   Email: jswartley@attorneygeneral.gov