**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/09/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 403 | 03/24/2020 | Motion to Compel Debtor to Assume or Reject Administrative Services Agreement and for Related Relief, filed by Allied Benefit Systems, Inc.. (Attachments: # 1 Exhibit Exhibit A - Administrative Services Agreement # 2 Exhibit Exhibit B - Jimmy D. Parrish Letter # 3 Proposed Order) (Kennedy, Ellen) |

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 9, 2020**
**(rah)**