# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:                                                                CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/09/2020                                                      TIME: 09:00

ISSUE:

593   06/01/2020        STATUS Hearing - Motion to Sell - Chapter 11 Trustee's Motion for
                        Entry of Order (A) Authorizing the Sale of Substantially All of the
                        Debtors' Assets (St. Alexius) in Accordance with Approved Bid
                        Procedures; (B) Authorizing the Assumption and Assignment of
                        Executory Contracts and Unexpired Leases in Accordance with
                        Approved Bid Procedures; and (C) Granting Related Relief under
                        Section 363(f), filed by Carol L. Fox Fee Amount 181. Hearing
                        scheduled for 7/2/2020 at 01:00 PM at Lexington Courtroom, 2nd
                        Floor. (Attachments: # 1 Mailing Matrix) (Green, Elizabeth)

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge
and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 9, 2020**
**(rah)**