**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                              CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/09/2020                                                   TIME: 09:00

ISSUE:

622   06/05/2020   Motion to Compel Pelorus Equity Group, Inc. to Produce Documents, filed by Official Committee of Unsecured Creditors. Telephonic Hearing scheduled for 6/18/2020 at 09:00 AM. (Attachments: # 1 Exhibit A - Draft Closing Statement # 2 Exhibit B - Subpoena Response # 3 Exhibit C - Correspondence # 4 Exhibit D - Correspondence # 5 Exhibit E - Plea Agreement # 6 Proposed Order) (Freedman, Gary)

DISPOSITION:
Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 9, 2020**
**(rah)**