**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                          CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/09/2020                                                                TIME: 09:00

ISSUE:

630   06/08/2020    Motion to Compel, filed by Pelorus Equity Group, Inc.. Hearing scheduled for 6/18/2020 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Back, Adam)

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 9, 2020**
**(rah)**