**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/09/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 686 | 06/23/2020 | Motion to Shorten Notice Period on Cigna's Objection to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (St. Alexius) and Notice of Hearing, filed by Cigna HealthCare of St. Louis, Inc. (RE: related document(s)678 Objection filed by Creditor Cigna HealthCare of St. Louis, Inc.). Hearing scheduled for 7/2/2020 at 01:00 PM via telephonic hearing at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Fullington, Mary) |

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 9, 2020**
**(rah)**