UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-61608 |
| Americore Holdings, LLC *et al.*[1] | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Motion to Withdraw Attorney [Doc 693], was served either by first-class U.S. mail, postage prepaid, facsimile, or by electronic mail, as indicated below and in accordance with the Master Service List [Doc 534].

### The Debtors (via US Mail)

Americore Holdings, LLC, *et al*.
3933 S. Broadway
Saint Louis, MO 63118

### All Secured Creditors (See Individual Entity for Manner of Service)

The Third Friday Total Return Fund, L.P.
c/o Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445
mlewitt@thirdfriday.com
**(via Email)**

Pelorus Fund, LLC
c/o Bibin Mannattuparampil Geraci LLP
90 Discovery
Irvine, CA 92618
Fax: (949) 379-2610
**(via Fax)**

Pelorus Fund, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Toby Mug Financing, LLC
c/o Roger Herman
Rosenblum Boldenhersh
7733 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Fax: (314) 726-6786
**(via Fax)**

Dell Financial Services LLC
One Dell Way
Mail Stop – PS2DF-23
Round Rock, TX 78682
Fax: (512) 283-2664
**(via Fax)**

Air Liquide Healthcare America Corp.
9811 Katy Freeway, Suite 100
media@airliquide.com
Houston, TX 77024
**(via US Mail and Email)**

APP Group International, LLC
85 Broad Street, 75th Floor
New York, NY 10004
**(via US Mail)**

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708
Fax: (302) 636-5454
**(via Fax)**

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203
Fax: (818) 662-4141
**(via Fax)**

BQR Capital, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3487
**(via Fax)**

Gibbs Technology Leasing – HG1, LLC
3236 West Edgewood Road, Suite A
Jefferson City, Missouri 65109
hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

Gibbs Technology Leasing, LLC
3236 West Edgewood Road, Suite A
Jefferson City, Missouri 65109
hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

HOP Capital
323 Sunny Island Blvd. #501
Sunny Isles Beach, Florida 33160
joe@jopcapitalllc.com
**(via Email)**

EIN CAP, Inc.
160 Pearl Street, Floor 5
New York, NY 10005
**(via US Mail)**

HMFCG Inc.
368 New Hemstead Rd.
New City, NY 10956
**(via US Mail)**

Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094
Fax: (800) 468-5528
**(via Fax)**

Leyda Bequer, Trustee of Bequer Trust
23461 S. Pointe Drive, Suite 215
Laguna Hills, CA 92653
**(via US Mail)**

Republic Bank
1560 So. Renaissance Towne Dr.
Suite 260
Bountiful, UT 84010
Fax: (502) 560-8633
**(via Fax)**

Titan Loan Servicing, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue
Suite 200
Newport Beach, CA 92663
**(via US Mail)**

Koven Omens Trust Dated June 26, 2015
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue
Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

The McNee Family Trust Dated 1/17/08
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Trust of R. and G. Glitz Dated 12/11/07
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

## **Unsecured Creditors Committee Members (via email)**

Beckman Coulter, Inc. (Chair Person)
c/o Joshua Lee
250 S. Kraemer Blvd.
Brea, CA 92822-8000
jlee08@beckman.com

Baxter County Regional Hospital, Inc.
d/b/a Baxter Regional Medical Center
c/o Nicole Vaccarella
624 Hospital Dr.
Mountain Home, AR 72653
nvaccarella@baxterregional.org

Specialists in Anesthesia, P.C.
c/o Brad A. Bernstein, M.D.
500 South Meramec Ave.
St. Louis, MO 63105-2533
bernsteinjablon@gmail.com

Saint Louis University
c/o Larry E. Parres
600 Washington Ave.
Suite 2500
St. Louis, MO 63101
lparres@lewisrice.com
**(via CM/CEF)**

Western Healthcare, LLC.
c/o John Burger
13155 Noel Rd.
Suite 200
Dallas, TX 75240
jburger@westernhc.com

| | |
|---|---|
| Midwest Emergency Services<br>c/o Len Glover<br>320 E. Hwy 50<br>O'Fallon, IL 62269<br>len.glover@er-meds.com<br>stacey.koogler@er-meds.com | Dinakar Golla, M.D.<br>c/o Avrum Levicoff, Esquire<br>The Levicoff Law Firm, PC<br>4 PPG Place<br>Suite 200<br>Pittsburgh, PA 15222<br>alevicoff@levicofflaw.com |

### The Internal Revenue Service (via US Mail)

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

### U.S. Attorney (via US Mail and Fax)

U.S. Attorney's Office
Eastern District of Kentucky
260 W. Vine St.
Suite 400
Lexington, KY 40507
Fax: (859) 233-2747

### Departments of Revenue (See Individual Entity for Manner of Service)

| | |
|---|---|
| Arkansas Department of Finance and Administration<br>1509 W 7th St.<br>Little Rock, AR 72201<br>Fax: (501) 682-3287<br>**(via Fax)** | Missouri Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 475<br>301 West High Street<br>Jefferson City, MO 65105<br>Fax: (573) 522-1722<br>**(via Fax and US Mail)** |
| Kentucky Department of Revenue<br>Legal Branch – Bankruptcy Section<br>P.O. Box 5222<br>Frankfort, KY 40602<br>Fax: (502) 564-8192<br>**(via Fax and US Mail)** | Pennsylvania Department of Revenue<br>c/o Pennsylvania Attorney General, Nancy Walker<br>Strawberry Square<br>Harrisburg, PA 17120<br>**(via US Mail)** |

**Parties Requesting Notice (See Individual Entity for Manner of Service)**

Terri Jane Freedman
Chiesa, Shahinian & Giantomasi, PC
One Boland Dr.
West Orange, NJ 07052
tfreedman@csglaw.com
**(via Email)**

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Rd., Suite 300
Riverwoods, IL 60015
skoenig@sakmgmt.com
**(via Email)**

Scott A. Zuber
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
szuber@csglaw.com
**(via Email)**

Office of Unemployment Compensation
Tax Service
Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
**(via US Mail)**

Brian Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash
Suite 2100
Chicago, IL 60611
Email: bwelch@burkelaw.com
**(via Email)**

David Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash
Suite 2100
Chicago, IL 60611
Email: dwelch@burkelaw.com
**(via Email)**

Deb Secrest
Office of Unemployment Compensation
Tax Service
Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
Email: ra-li-ucts-bankrupt@state.pa.us
**(Via Email)**

By:  MYERS LAW GROUP, LLC

/s/ *Jeffrey P. Myers*

Jeffrey P. Myers


/s/ *Benjamin J. Steinberg*

Benjamin J. Steinberg