**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**NOTICE OF HEARING**

Pursuant to the *Modified Bid Procedures (St. Alexius)* (Doc. No. 697-1) and the *Modified Bid Procedures (Ellwood)* (Doc. No. 699-1), the Chapter 11 Trustee hereby gives notice that the *Chapter 11 Trustee' Objection to Pelorus Equity Group, Inc's Notice of Claim of Liens Against St. Alexius (Doc. No. 610); Chapter 11 Trustee's Reservation of Rights With Respect to Claims of Lien (Doc. No. 611); Chapter 11 Trustee' Objection to Pelorus Equity Group, Inc's Notice of Claim of Liens Against Ellwood Debtors (Doc. No. 612); and Chapter 11 Trustee's Objection to Notice of Claim of Lien by Penn Med, LLC (Doc. No. 613)*) will be heard at **9:00 a.m. on July 23, 2020,** at the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky. Teleconference number: 888-363-4749; Access code: 9735709#.

Dated: July 9, 2020

                                      */s/ Tiffany Payne Geyer*
                                      Tiffany Payne Geyer
                                      Florida Bar No. 421448
                                      TPayneGeyer@bakerlaw.com
                                      **Baker & Hostetler LLP**
                                      Post Office Box 112

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

>Orlando, Florida 32802-0112
>Telephone:  407-649-4000
>Facsimile:  407-841-0168
>
>*Counsel for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

It is hereby certified that on July 9, 2020 a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing, all parties on the the Debtors Master Service List, and via U.S. First Class Mail, postage prepaid to: John T. Hamilton, Gess, Mattingly & Atchison, P.S.C., 201 West Short Street, Suite 102, Lexington, KY 40507; Jeffrey P. Myers, Myers Law Group, LLC, 17025 Perry Highway, Warrendale, PA 15086 *(Counsel for Penn Med, LLC)*; Adam M. Back, Timothy R. Wiseman, Amelia M. Adams, Stoll Keenon Ogden PLLC, 300 West Vine Street, Suite 2100, Lexington, Kentucky 40507-1801; Lea Pauley Goff, Stoll Keenon Ogden PLLC, 500 West Jefferson Street, Suite 2000, Louisville, Kentucky 40202-2828 (*Counsel for Pelorus Equity Group, Inc.);* Matthew D. Ellison, Taft A.McKinstry, Fowler Bell PLCC, 300 West Vine Street, Suite 600, Lexington, KY 40507-1751 *(Counsel for Toby Mug Financing, LLC);* Jeffrey R. Teeters, Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202 *(Counsel for HMFCG, Inc. and Union Funding Source);* Paul R. Yagelski, Rothman Gordon, P.C., 310 Grant Street, Grant Building – Third Floor, Pittsburgh, PA 15219 *(Counsel for Ellwood City Area School District)*; R. Aaron Hostettler, Hamm, Milby, & Ridings, PLLC, 120 North Main Street, London, KY 40741 *(Counsel for The Borough of Ellwood City, PA)*; Bradley S. Shraiberg, Joshua B, Lanpheaar, Shraiberg, Landau & Page, P.A. 2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431 *(Counsel for The Third Friday Total Return Fund, LLC).*

>*s/ Tiffany Payne Geyer*
>Tiffany Payne Geyer