UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Americore Holdings, LLC, *et al.*[1] | : | Case No. 19-61608 (GRS) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |
|  | : | Honorable Gregory R. Schaaf |

## AGREED ORDER TO EXTEND SCHEDULING ORDER DEADLINES

Upon the joint motion of Pelorus Equity Group, Inc. ("Pelorus"), by counsel, as agent and broker for certain lenders, and together with the Carol L. Fox, Chapter 11 Trustee (the "Trustee," and with Pelorus, the "Parties," and each a "Party"), the Parties being in agreement, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Order Scheduling Evidentiary Hearing [ECF No. 554] is modified as follows:[2]

1. **EPS Training**. Counsel are required to contact the Courtroom Deputy to schedule EPS Training on or before July 20, 2020. Counsel are required to complete the EPS Training no later than July 27, 2020.

---

[1] The "Debtors" in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799) Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] All capitalized terms shall have the meaning provided in the Order Scheduling Evidentiary Hearing.

2. **Deadlines.** All Joint Stipulations, Briefs, Affidavits, Exhibits and Expert Witness Qualifications shall be filed on or before July 20, 2020. Any objections to the Affidavits, Exhibits or Expert Witness Qualifications shall be filed on or before July 27, 2020.

3. All other provisions of the Order Scheduling Evidentiary Hearing shall remain in effect.

This order tendered by:

/s/ Adam M. Back
Adam M. Back, KY Bar No. 91003
Timothy R. Wiseman, KY Bar No. 95072
Amelia M. Adams, KY Bar No. 93038
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky  40507-1801
Phone: (859) 231-3000
adam.back@skofirm.com
tim.wiseman@skofirm.com
amelia.adams@skofirm.com
*Counsel for Pelorus Equity Group, Inc.*

AND

/s/ Tiffany Payne Geyer (with permission)
Tiffany Payne Geyer
(Florida Bar No. 421448)
Baker & Hostetler LLP
Post Office Box 112
Orlando, Florida 32802-0112
Telephone:  407-649-4000
Facsimile:  407-841-0168
TPayneGeyer@bakerlaw.com
*Counsel for the Chapter 11 Trustee*

124165.165935/8270074.1

2