**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al*. | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDED NOTICE OF HEARING**

Please be on Notice that Cigna HealthCare of St. Louis, Inc. ("Cigna") has filed an Objection to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (St. Alexius) [ECF 678], which objection shall be heard on July 29, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court for the Eastern District of Kentucky, 100 East Vine Street, Second Floor Courtroom, Lexington, Kentucky 40507.

Respectfully submitted,

*/s/ Mary L. Fullington*
Mary L. Fullington (Kentucky Bar No. 85335)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 288-7424
Facsimile:  (859) 259-0649
Email:  mfullington@wyattfirm.com

and

2

Jeffrey C. Wisler (Delaware Bar No. 2795)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19081
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
E-mail: jwisler@connollygallagher.com

*Counsel for Cigna HealthCare of St. Louis, Inc.*

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing Amended Notice of Hearing has been served electronically via the Court's CM/ECF system to all parties designated to receive electronic service on this 10th day of July, 2020, and to those parties listed below via electronic mail:

Carol L. Fox
Chapter 11 Trustee
GlassRatner Advisory & Capital Group, LLC
200 East Broward Boulevard, Suite 1010
Fort Lauderdale, Florida 33301
cfox@glassratner.com

Elizabeth A. Green
Baker & Hostetler, LLC
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
egreen@bakerlaw.com
*Counsel to the Trustee*

Jimmy D. Parrish
Baker & Hostetler, LLC
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
jparrish@bakerlaw.com
*Counsel to the Trustee*

Tiffany Payne Geyer
Baker & Hostetler, LLC
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
tpaynegeyer@bakerlaw.com
*Counsel to the Trustee*

Frank Terzo
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Boulevard, Suite 2100
Miami, Florida 33131
frank.terzo@nelsonmullins.com
*Counsel to the Creditors' Committee*

Gary Freedman
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Boulevard, Suite 2100
Miami, Florida 33131
gary.freedman@nelsonmullins.com
*Counsel to the Creditors' Committee*

Michael Lessne
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Boulevard, Suite 2100
Miami, Florida 33131
michael.lessne@nelsonmullins.com
Counsel to the Creditors' Committee

Adam Kegley
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
akegley@fbtlaw.com
*Counsel to the Creditors' Committee*

Douglas Lutz
Frost Brown Todd LLC
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
dlutz@fbtlaw.com
*Counsel to the Creditors' Committee*

Perry Mandarino
B. Riley FBR Inc.,
299 Park Avenue, 21st Floor
New York, New York  10171
pmandarino@brileyfbr.com
*Chapter 11 Trustee's Investment Banker*

Daniel Golynskiy
B. Riley FBR Inc.,
299 Park Avenue, 21st Floor
New York, New York  10171
dgolynskiy@brileyfbr.com
*Chapter 11 Trustee's Investment Banker*

Bradley Nerderman
Office of the United States Trustee
100 East Vine Street, #500
Lexington, Kentucky 40507
Bradley.Nerderman@usdoj.gov

John Daugherty
Office of the United States Trustee
100 East Vine Street, #500
Lexington, Kentucky 40507
John.Daugherty@usdoj.gov

   */s/ Mary L. Fullington*
Mary L. Fullington

100323650.1