B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF KENTUCKY - LONDON DIVISION

In re  Americore Holdings, LLC, et al.          ,         Case No.  19-61608 (GRS)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.
*See* Evidence of Transfer of Claims and Rule 3001 Waiver attached hereto.

Pelorus Equity Group, Inc.
Name of Transferee

Penn Med, LLC
Name of Transferor

Name and Address where notices to transferee should be sent: Adam Back, Stoll Keenon Ogden PLLC, 300 W. Vine St., Ste. 2100, Lexington, KY, 40507

Court Claim # (if known): 5-1 and 22-1
Amount of Claim:  $5,387,449.00
Date Claim Filed:  02/05/2020
                   06/17/2020

Phone:  859-231-3000
Last Four Digits of Acct #:

Phone:  843 757 3700
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Dan Leimel, Jr., 124 Tustin Ave., Ste. 200, Newport, CA 92663

Phone:  949-727-4333
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: 7/10/20
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Americore Holdings, LLC, et al.[1] | Case No. 19-61608 (GRS) |
| Debtors | (Jointly Administered) |
| | Honorable Gregory R. Schaaf |

### EVIDENCE OF TRANSFER OF CLAIMS AND RULE 3001 WAIVER

Penn Med, LLC and its successors and assigns (the "Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

*Pelorus Equity Group, Inc.*

*c/o Dan Leimel, Jr.*

*Tustin Ave., Ste. 200,*

*Newport, CA 92663*

and its successors and assigns (the "Transferee"), all rights, title and interest in and to the claim of the Transferor against Americore Holdings, LLC, docketed as claim number 5-1, as supplemented, modified or amended from time to time, in the United States Bankruptcy Court, Eastern District of Kentucky, Case No. 19-61608 as well as all rights, title and interest in and to the claim of the Transferor against Ellwood Medical Center Real Estate, LLC, docketed as claim number 22-1, as supplemented, modified or amended from time to time, in the United States Bankruptcy Court, Eastern District of Kentucky, Case No. 19-61608 (collectively, the "Transferred Claims") in respect of all rights, titles, and benefits set forth in the Transferred Claims, including, but not limited to, a secured claim which the Chapter 11 Trustee has agreed will not be subject to any surcharge under 11 U.S.C. § 506 for any administrative expenses relating to the Debtor's estate or the sale of assets, except for customary transfer, recording, tax, and similar costs associated with the closing of the sale. [ECF No. 549].

The Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Transferred Claims as an unconditional assignment to the Transferee as the valid owner of the Transferred Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claims to the Transferee.

---

[1] The "Debtors" in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799) Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated July _10_, 2020.

| PELORUS EQUITY GROUP, INC. | PENN MED, LLC |
|---|---|
| By: _[signature]_ | By: _NICHOLAS C. DZENDZEL_ |
| Name: _DAN LEIMEL_ | Name: _[signature]_ |
| Title: _CEO_ | Title: _MANAGING MEMBER_ |