**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al*.[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO
APPROVE DESIGNATION OF STALKING HORSE BIDDER (ST. ALEXIUS)
AND BREAK-UP FEE IN ACCORDANCE WITH APPROVED
BID PROCEDURES, AND SALE MOTION, AS AMENDED**

This matter came before the Court on July 16, 2020, for consideration of the Motion by Carol L. Fox, in her capacity as Chapter 11 Trustee ("Trustee") of St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, and Success Healthcare 2, LLC (collectively, the "Debtors") to approve the Trustee's designation of SA Hospital Acquisition Group, LLC as the stalking horse bidder ("Stalking Horse Bidder") and a break-up fee ("Break-Up Fee") for the Stalking Horse Bidder in connection with the proposed sale of certain assets of St. Alexius (the "Sale").[2] The Court having determined that it has jurisdiction over the matters raised by the Motion and that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record in these cases; and after due deliberation thereon; it is hereby

**ORDERED:**

---

[1] The debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

1. The Motion is granted.

2. SA Hospital Acquisition Group, LLC is designated as the Stalking Horse Bidder as outlined in the Motion and Asset Purchase Agreement attached to the Motion.

3. The Break-Up Fee is approved only in the amount of 3% of the cash consideration component of the Purchase Price ($510,000).

4. This Court retains jurisdiction to hear and determine all matters relating to the interpretation, implementation, or enforcement of this Order.

5. Following the entry of this Order, the Trustee shall cause this Order to be served on the same parties and in the same manner as the Motion and shall file a certificate of service reflecting such service which shall be deemed sufficient for all purposes of this Order.

Order tendered by:

/s/ Elizabeth A. Green_____
Elizabeth A. Green
Florida Bar No. 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
Tiffany Payne Geyer
tpaynegeyer@bakerlaw.com
Florida Bar No. 421448
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Attorneys for the Chapter 11 Trustee*

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 16, 2020**
**(grs)**