**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**AMERICORE HOLDINGS, LLC**[1] **CASE NO. 19-61608**
**DEBTORS JOINTLY ADMINISTERED**

# ORDER

The matters listed on Attachment 1 are scheduled for hearings on July 29, 2020. [ECF No. 691.] Compelling circumstances caused by the COVID-19 public health crisis require a telephonic and video hearing for these matters. *See* FED. R. CIV. PROC. 43(a) (made applicable by FED. R. BANKR. PROC. 9017). Consistent with government recommendations and common sense, this Court has taken precautions to minimize the possibility of exposure to the virus and slow the spread of the disease to the extent practical. All current reports indicate the number of cases related to COVID-19 continues to rise across the country. Imposing limits on in-person hearings and accepting testimony through telephonic or other virtual means are obvious steps that all federal and state courts are implementing.

It is therefore ORDERED that the hearings on for these matters on July 29, 2020, shall be held by telephone and videoconference. The following procedures shall apply generally, and other requirements may apply as circumstances require. This Order supplements any scheduling order already entered for any of the matters on for a hearing. [*See* ECF Nos. 549, 554, 691.]

1. Witnesses and the parties that present or cross examine witnesses related to the hearings on ECF Nos. 647 and 744 shall appear by video. Video slots are limited to

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

fewer than 20 participants at one time, so each person that intends to present or examine a witness must file a notice that references the matter(s) on Attachment 1 and indicates the number of video slots requested **on or before July 22, 2020**. Each video participant must attend pre-hearing training conducted by Court staff **on July 27, 2020, at 11:00 a.m.** (EPS training is not required for video presentation of evidence).

2. Exhibits.

    a. An exhibit list and copies of all exhibits shall be placed in evidence in accordance with the Court's Administrative Procedures Manual **on or before July 24, 2020.**

    b. The exhibits shall be marked with exhibit numbers and the pages of each shall be numbered.

    c. Written objections to the authenticity and/or admissibility of each exhibit are due **by 1:00 p.m. on July 27, 2020**. If no objections are timely filed, the exhibit is deemed authentic and is admissible as evidence on request of the party at the hearing.

    d. Any party may file or supplement an exhibit list and exhibits for facts and issues that arise after the original submission date **on or before 1:00 p.m. on July 28, 2020**.

    e. Otherwise, in the absence of good cause, no exhibit may be offered in evidence except upon compliance with the conditions contained in this order.

  f. The party presenting or cross-examining a witness must provide copies of all exhibits in advance of testimony in a format that allows quick access by the witness.

3. Rebuttal Exhibits.

  a. Parties shall do their best to anticipate the need for rebuttal evidence and file exhibits in advance of the hearing.

  b. Otherwise, rebuttal exhibits shall be transmitted to the Courtroom Deputy by email and then sent to the witness via email if questioning is allowed. The party presenting the exhibit must file it in the record immediately after the close of testimony on the date admitted.

4. Witness Testimony.

  a. All parties who wish to present witnesses shall file a statement generally describing the matter at issue and the anticipated testimony **on or before July 24, 2020,** and any additional witness information related to facts and issues that arise after the original submission date **on or before 1:00 p.m. on July 28, 2020**.

  b. The offer of a witness is the representation of the lawyer presenting the testimony that the witness is who he or she claims. Any reasonably discoverable objections to identity must be raised before testimony or the objection is deemed waived.

  c. Each witness shall present video testimony in a room separate from any other person. A party may not refer to any notes or other information without court approval.

d. A witness must have access to email for the purpose of receiving any exhibits not already provided.

5. The Courtroom Deputy shall provide instructions for access to all attorneys that will appear by video and these parties are responsible for conveying the information to their witnesses.

6. All other parties shall call-in for the teleconference regarding these and other matters scheduled for hearing on July 29. **Parties are required to call in 10 minutes prior to the start of the hearing by using Teleconference #: 888-363-4749; Access code: 9735709#**.

7. Any party participating by phone may request permission to cross-examine a witness.

8. A status conference is set for **9:00 a.m. on July 28, 2020**, to consider objections to witnesses and exhibits and any other matter that will facilitate conduct of the July 29 hearings. Parties that will appear at the July 29 hearings by video shall appear by video at the status conference and all other parties shall use the call-in instructions set out above.



---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**




**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Thursday, July 16, 2020**
**(grs)**

ATTACHMENT 1

| ECF No. | Matter |
|---|---|
| 115 | Motion for Relief from Stay, filed by Cigna Health and Life Insurance Company<br>No noted objections |
| 176 | Motion for Relief from Stay and Notice of hearing filed by Penn Med, LLC<br>Objections:<br>224 Official Committee of Unsecured Creditors<br>231 Pelorus Equity Group, Inc.<br>234 Americore Holdings, LLC (when represented by counsel) |
| 626 | Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (St Alexius) filed by TR Carol L. Fox<br>Objections:<br>638 Gibbs Technology Leasing, LLC<br>667 Allied Benefit Systems, Inc.<br>678 Cigna HealthCare of St Louis, Inc.<br>753 DaVita, Inc. |
| 647 | Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan, filed by Third Friday Total Return Fund, LP<br>Objections:<br>682 Pension Benefit Guaranty Corporation<br>695 Official Committee of Unsecured Creditors<br>718 Commonwealth of Pennsylvania<br>722 U.S. Trustee |
| 744 | Chapter 11 Trustee’s Amended Motion for Entry of an Order: (Authorizing the Sale of Substantially All of the Debtors’ Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures, etc., filed by TR Carol L. Fox<br>No noted objections (at this time) |