IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| In re: | ) | Case No. 6:19-bk-61608 |
| | ) | Chapter 11 |
| AMERICORE HOLDINGS, LLC,[1] | ) | Judge Gregory R. Schaaf |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF HEARING

Please take notice that the United States' Objection to Third Friday's Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan (Doc. No. 647) will be heard at **9:00 a.m. Eastern Time on Wednesday, July 29, 2020**, by telephone and videoconference. This hearing will be held in combination with the hearings on the matters outlined in Attachment 1 of the Court's Scheduling Order (Doc. No. 765), including hearings on Doc. Nos. 115, 176, 626, and 744.

Witnesses and the parties that present or cross-examine witnesses related to the hearings on Doc. Nos. 647 and 744 shall appear by video.  Video slots are limited to fewer than 20 participants at one time, so each person that intends to present or examine a witness must file a notice that references the matter(s) on Attachment 1 and indicates the number of video slots requested **on or before July 22, 2020**.  All other parties shall call-in for the teleconference

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Elwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

regarding these and other matter scheduled for hearing on July 29.  **Parties are required to call**

**in 10 minutes prior to the start of the hearing by using Teleconference #: 888-363-4749;**

**Access Code: 9735709#.**


Dated: July 20, 2020

<div style="margin-left:auto">

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic service of such filing to all those registered to receive service.

/s/ Emily K. Miller
EMILY K. MILLER
Trial Attorney
United States Department of Justice, Tax Division