**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/23/2020  TIME: 09:00

ISSUE:

576  05/21/2020  Notice of Filing of Claim of Lien by Penn Med, LLC Filed by Penn Med, LLC (RE: related document(s)541 Order on Motion to Approve). (Attachments: # 1 Exhibit Exhibit A) (Hamilton, John)

DISPOSITION:

Moot

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 23, 2020**
**(rah)**