# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:                                                                                          CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/23/2020                                                                                TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 583 | 05/21/2020 | Notice of Claim of Liens Against Ellwood Debtors Filed by Pelorus Equity Group, Inc.. (Attachments: # 1 Exhibit 1 - Note # 2 Exhibit 2 (Modification Agreement) # 3 Exhibit 3 (Mortgage) # 4 Exhibit 4 (Collateral Security Agreement) # 5 Exhibit 5 (UCC Financing Statement) # 6 Exhibit 6 (Pledge Agreement) # 7 Exhibit 7 (UCC Financing Statement) # 8 Exhibit 8 (PledgeAgreementAmCapital) # 9 Exhibit 9 (UCC AmCapital) # 10 Exhibit 10 (Guaranty White) # 11 Exhibit 11 (CSA EMC Operations) # 12 Exhibit 12 (UCC EMC) # 13 Exhibit 13 (Reaff White) # 14 Exhibit 14 (Subordination Agreement)) (Back, Adam) |

DISPOSITION:

Moot

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 23, 2020**
**(rah)**