**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 07/23/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 585 | 05/21/2020 | Notice of Claim of Liens Against St. Alexius Debtors Filed by Pelorus Equity Group, Inc.. (Attachments: # 1 Exhibit 1 (Note) # 2 Exhibit 2 (DOT St. Louis County) # 3 Exhibit 3 (DOT St. Louis City) # 4 Exhibit 4 (Collateral Security Agreement) # 5 Exhibit 5 (UCC St. A Props) # 6 Exhibit 6 (Pledge Agreement AmHoldings) # 7 Exhibit 7 (UCC AmHoldings) # 8 Exhibit 8 (Pledge Agmt Success St A Hospital Corp) # 9 Exhibit 9 (UCC Success St A Hospital Corp) # 10 Exhibit 10 (Pledge Agmt Success St A Props) # 11 Exhibit 11 (UCC Success int in St A Props) # 12 Exhibit 12 (Guaranty Am Holdings White) # 13 Exhibit 13 (Guaranty Third Friday) # 14 Exhibit 14 (Subordination Agmt Props Corp)) (Back, Adam) |

DISPOSITION:

Moot

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 23, 2020**
**(rah)**