**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                        CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 07/23/2020                                                                              TIME: 09:00

ISSUE:

611    06/04/2020    Reservation of Rights with Respect to Claims of Lien filed by Carol L. Fox filed by Ellwood City Area School District, et al

DISPOSITION:

Other

JUDGE'S NOTES:

will not credit bid

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 23, 2020**
**(rah)**