**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 19-61608** |
| | ) | |
| **Americore Holdings, LLC,** *et al.* | ) | **Jointly administered** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

### ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH PELORUS EQUITY GROUP, INC.

Upon consideration of the motion (the "Motion") filed by the Debtors, by and through Carol L. Fox, the Chapter 11 Trustee ("Trustee"), and pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019-1 of the United States Bankruptcy Court for the Eastern District of Kentucky seeking an order approving the Trustee's motion to approve a compromise of controversy with Pelorus Equity Group, Inc. (the "Compromise Motion"), and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

4825-9927-8275.1

**IT IS ORDERED:**

1. The Compromise Motion is GRANTED.

2. The Settlement Agreement attached to the Compromise Motion is approved.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Order Tendered by:

*/s/ Elizabeth Green*
Elizabeth A. Green, Esq.
Florida Bar No, 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
Tiffany Payne Geyer
tpaynegeyer@bakerlaw.com
Florida Bar No. 421448
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Attorneys for the Chapter 11 Trustee*

4825-9927-8275.1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, July 23, 2020
(grs)