**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**DESIGNATION OF EXHIBITS AND WITNESSES FOR HEARING ON JULY 29, 2020**

PLEASE TAKE NOTICE that pursuant to this Court's Order dated July 17, 2020 [ECF No. 768] (the "Court Order") the Official Committee of Unsecured Creditors ("Committee") hereby designates exhibits and witnesses for the hearings scheduled on July 29, 2020 as follows:

   a.   Third Friday's Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan [ECF No. 647]:

   The Committee reserves the right to cross-examine any witnesses testifying in support of this motion or designated by other parties.

   The Committee does not designate any of its own exhibits but reserves the right to rely upon exhibits submitted by other parties.

   b.   Chapter 11 Trustee's Amended Motion for Entry of An Order: (A) Authorizing the Sale of Substantially all of the Debtors' Assets (St. Alexius) in

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

<u>Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief  [ECF No. 774]</u>:

The Committee designates the following witnesses:

1. Carol Fox, Chapter 11 Trustee
2. Witness testifying in support of the designated highest and best bidder
3. Witness of any other bidder advancing the claim that its bid is the highest and best.

The Committee reserves the right to cross-examine any witnesses designated by other parties.

The Committee designates the following exhibits:

1. Any documents these witnesses rely upon to support the contention that their bid is the highest and best.

The Committee further reserves the right to supplement this notice pursuant to paragraphs 2(d) and 4(a) of the Court's Order.

**Dated**: July 24, 2020

**Nelson Mullins Riley & Scarborough LLP**
*Counsel for Committee*

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
    Frank P. Terzo
    Florida Bar No. 906263
    Frank.Terzo@nelsonmullins.com
    Gary M. Freedman
    Florida Bar No. 727260
    Gary.Freedman@nelsonmullins.com

Counsel for the Committee

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on July 24, 2020, by electronic transmission through the Court's CM/ECF system upon all Filing Users accepting Notice of Electronic Filing.

                                          By: /s/ Gary M. Freedman
                                                  Gary M. Freedman