UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

AMERICORE HOLDINGS, LLC, et al.[1]                    CASE NO. 19-61608

    Debtors.
_____/

### CHAPTER 11 TRUSTEE'S DESIGNATION OF EXHIBITS AND WITNESSES FOR HEARING ON JULY 29, 2020

Carol L. Fox, Chapter 11 Trustee ("Trustee") for Americore Holdings, LLC and its affiliated debtors (collectively, the "Debtors") in the above referenced jointly administered Chapter 11 Cases by and through her undersigned counsel respectfully submits this notice regarding witnesses and exhibits for the hearings scheduled for July 29, 2020. The Trustee designates exhibits and witnesses for the matters scheduled as provided herein.

    I.    Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief [Doc. No. 744]:

    a.    The Trustee designates the following witnesses:

        1.    Carol L. Fox, Chapter 11 Trustee. Ms. Fox is expected to testify regarding the current status of the Debtors, the sale process, and considerations related to her business judgment selection of the

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

highest and best bid;

2. Perry Mandarino/Igor Bolev (Representatives of B. Riley). Mr. Mandarino or Mr. Belov is expected to testify regarding the sales process, including the solicitation process, the receipt and analysis of the bids, and if applicable the auction.

3. Representative of the designated highest and best bidder. The representative of the highest and best bidder is expected to testify regarding the designated highest and best Asset Purchase Agreement, such bidder's good faith in connection with its bid and negotiations with the Trustee, its financial wherewithal to close on the sale transaction, and requirements under the provisions of such bidder's Asset Purchase Agreement.

4. Any other witness designated by any other party participating in the hearing.

The Trustee reserves the right to amend this list to add additional witnesses prior to the hearing.

  b. The Trustee designates the following exhibits for the hearing:

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| A | The Asset Purchase Agreement of the designated highest and best bid. | 07/29/20 | | |
| B | Such other exhibits to be identified by the Trustee in a supplement to this designation following the determination of the highest and best bid. | 07/29/20 | | |

 II. Third Friday's Motion to (1) Conditionally Approve Disclosure Statement and (2)

2

Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan [Doc. No. 647]:

a. The Trustee designates the following witnesses:

　　1. Carol L. Fox, Chapter 11 Trustee is expected to testify regarding the structure of the proposed plan and the adequacy the adequacy of Third Friday's current disclosure statement.

　　2. Any other witness designated by any other party participating in the hearing.

The Trustee reserves the right to amend this list to add additional witnesses prior to the hearing.

b. The Trustee does not designate any exhibits at this time but reserves the right to rely upon exhibits submitted by other parties and to amend this designation to add exhibits.

The Trustee reserves the right to amend this Designation of Exhibits and Witnesses as appropriate under the circumstances.

Respectfully submitted this 24th day of July 2020.

　　　　　　　　　　　　　　　　*s/ Jimmy D. Parrish*
　　　　　　　　　　　　　　　　JIMMY D. PARRISH (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　Florida Bar No. 526401
　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　200 South Orange Avenue, Suite 2300
　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　Telephone 407-649-4000
　　　　　　　　　　　　　　　　Facsimile 407-841-0168
　　　　　　　　　　　　　　　　jparrish@bakerlaw.com
　　　　　　　　　　　　　　　　*Counsel to Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

*s/ Jimmy D. Parrish*
JIMMY D. PARRISH
