**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
Americore Holdings, LLC, *et al.*,[1]                      :   Case No. 19-61608
                                                           :   (Jointly Administered)
            Debtors.                                       :
                                                           :
---------------------------------------------------------- x

**NOTICE OF THIRD FRIDAY TOTAL RETURN FUND, L.P.'S DESIGNATION OF EXHIBITS AND WITNESSES FOR HEARING ON JULY 29, 2020**

The Third Friday Total Return Fund, L.P. (the "Third Friday") filed this notice (the "Notice") pursuant to this Court's Order (ECF No. 768) (the "Order") hereby designating the following exhibits and witnesses for the hearings scheduled on July 29, 2020:

**Exhibit & Witness List**

A. *Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan, filed by Third Friday Total Return Fund, L.P.* (ECF No. 647).

   Third Friday designates the following witnesses:

   - Michael E. Lewitt.

   - Stuart A. Neiberg, Third Friday's Financial Advisor.

   - Carol J. Fox, Chapter 11 Trustee.

   Third Friday reserves the right to cross-examine any witnesses designated by other parties.

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Healther Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

Third Friday designates the following exhibits:

- *The Joint Plan of Reorganization Proposed by Third Friday Total Return Fund, LP* (ECF No. 639), as further amended.

- *The Disclosure Statement in Support of Plan of Reorganization Proposed by Third Friday, LP* (ECF No. 640), as further amended.

- The Commitment Letter, dated July 13, 2020, by and between Third Friday and Wosnhtons Corporations, LDA, as amended (the "Wasnhtons Commitment Letter").

- The Commitment Letter, dated July 19, 2020, by and between First Wall Street Capital Corp. and Third Friday, as amended (the "First Wall Street Commitment Letter").

B. *Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All* of *the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief* (ECF No. 774).

Third Friday designates the following witnesses:

- Michael E. Lewitt.

- Stuart A. Neiberg, Third Friday's Financial Advisor.

- Carol J. Fox, Chapter 11 Trustee.

Third Friday reserves the right to cross-examine any witnesses designated by other parties.

Third Friday designates the following exhibits:

- The Asset Purchase Agreement, dated July 24, 2020, by and between the Trustee and Third Friday.

- The Wasnhtons Commitment Letter.

- The First Wall Street Commitment Letter.

- Any documents these witnesses rely upon to support the contention that their bid is the highest and best bid.

Third Friday reserves its right pursuant to the Order to file or supplement this exhibit and witness list by July 28, 2020 on or before 1:00 P.M. (EST) for facts and issues that arise after this original submission.

Dated: July 24, 2020

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        Attorneys for The Third Friday Total Return Fund, L.P.
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law

        By: */s/ Bradley S. Shraiberg*
            Bradley S. Shraiberg
            Fla. Bar No. 121622

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 24th day of July, 2020.

        */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg