**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**OBJECTION TO THE EXHIBITS DESIGNATED BY THE THIRD FRIDAY TOTAL**
**RETURN FUND, L.P. FOR HEARING ON JULY 29, 2020**

The Official Committee of Unsecured Creditors (the "Committee") objects to the exhibits identified in the *Notice of Third Friday Total Return Fund, L.P.'s Designation of Exhibits and Witnesses for Hearing on July 29, 2020* [ECF No. 810] as follows:

*Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan, filed by Third Friday Total Return Fund, L.P.* [ECF No. 647]:

| **Exhibit** | **Basis for Objection** |
|---|---|
| The Commitment Letter, dated July 13, 2020, by and between Third Friday and Wosnhtons Corporations, LDA, as amended (the "Wasnhtons Commitment Letter") | Authentication/Hearsay |

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

| | |
|---|---|
| The Commitment Letter, dated July 19, 2020, by and between First Wall Street Capital Corp. and Third Friday, as amended (the "First Wall Street Commitment Letter") | Authentication/Hearsay |

*Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief* [ECF No. 744]; **and** *Objection of the United States Department of Health and Human Services to Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief* [ECF No. 774]:

| **Exhibit** | **Basis for Objection** |
|---|---|
| The Wasnhtons Commitment Letter | Authentication/Hearsay/Relevance as to ECF No. 774 |
| The First Wall Street Commitment Letter | Authentication/Hearsay/Relevance as to ECF No. 774 |

**WHEREFORE**, the Committee respectfully requests that the Court deny the above exhibits from admittance and for such other and further relief as the Court deems just and proper.

**Dated**:  July 27, 2020

**Nelson Mullins Riley & Scarborough LLP**
*Counsel for Committee*

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL  33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Gary M. Freedman
     Frank P. Terzo
     Florida Bar No. 906263
     Frank.Terzo@nelsonmullins.com

2

                                  Gary M. Freedman
                                  Florida Bar No. 727260
                                  Gary.Freedman@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically filed the foregoing with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

                              By: /s/ Gary M. Freedman
                                   Gary M. Freedman

4834-4938-9253 v.3