**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

AMERICORE HOLDINGS, LLC, et al                              CASE NO. 19-61608

DEBTOR(S)                                                                    Jointly Administered

**ORDER**

The Court having considered the Motion to Appear Pro Hac Vice [ECF No. 812] filed by James A. Lodoen,

It is ORDERED that James A. Lodoen has 7 days to supplement the Motion by filing a certificate of good standing as required by Eastern District of Kentucky Local Rule 83.2(a)(1) or the Motion may be denied.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, July 27, 2020
(awd)