**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE: CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/28/2020 TIME: 09:00

ISSUE:

765 07/16/2020 Scheduling Order. Status Hearing scheduled re: Motion for Relief from Stay, filed by Cigna Health and Life Insurance Company [ECF No. 115]; Motion for Relief from Stay and Notice of Hearing, filed by Penn Med, LLC [ECF No. 176]; Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (St. Alexius) [ECF No. 626];Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan [ECF No. 647] and Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief and Request for Hearing on July 29, 2020 at 9:00am EST under Section 363(f) [ECF No. 744]. Telephonic Status hearing to be held on 7/28/2020 at 09:00 AM.(kaya)

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**




**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Tuesday, July 28, 2020**
**(rah)**