# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| Debtors. | ) Jointly Administered |
| | ) Honorable Gregory R. Schaaf |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon the *Motion of Cigna for Relief from the Automatic Stay as Necessary to Terminate a Certain Hospital Services Agreement* ("Motion"); the Court having reviewed the Motion and any objections thereto; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby modified to the extent necessary to allow the Hospital Services Agreement between Cigna Health and Life Insurance Company and debtor Ellwood Medical Center Operations LLC to terminate effective as of April 17, 2020.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Tendered By:

 */s/ Mary L. Fullington*
Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
Email:  mfullington@wyattfirm.com

*Counsel for Cigna Health and Life Insurance Company*

100173227.1

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, July 28, 2020**
**(grs)**