**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

---

In re:

Americore Holdings, LLC, *et al.*,[1]

        Debtors.

: Chapter 11
:
: Case No. 19-61608
: (Jointly Administered)

---

**AMENDED**
**EXHIBIT REGISTER**

The Third Friday Total Return Fund, L.P. ("Third Friday"), by and through undersigned counsel, hereby submits the attached Exhibits for the hearing on July 29, 2020 at 9:00am.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 28th day of July, 2020.

    SHRAIBERG, LANDAU & PAGE, P.A.
    Attorneys for Third Friday
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law

    By:    */s/ Bradley S. Shraiberg*
           Bradley S. Shraiberg, Esq.
           Florida Bar No.: 121622

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Healther Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

{2337/000/00503584}

| Exhibit # | Description | Admitted/Refused | Not Introduced |
|---|---|---|---|
| 1 | Joint Plan of Reorganization Proposed by The Third Friday Total Return Fund, L.P. [ECF No. 639] | | |
| 2 | Disclosure Statement in Support of Reorganization Proposed by The Third Friday Total Return Fund, L.P. [ECF No. 640] | | |
| 3 | Wosnhtons Corporation Commitment Letter dated July 13, 2020 | | |
| 4 | Wosnhtons Corporation Addendum to Commitment Letter dated July 27, 2020 | | |
| 5 | First Wall Street Capital Commitment Letter dated July 19, 2020 | | |
| 6 | First Wall Street Capital Addendum to Commitment Letter dated July 24, 2020 | | |
| 7 | Portuguese and Brazilian Corporate Registries | | |
| 8 | Asset Purchase Agreement by and among Carol L. Fox, as Chapter 11 Trustee and The Third Friday Total Return Fund, L.P. dated July 24, 2020 | | |

{2337/000/00503584}