# EXHIBIT 3



July 13, 2020

Michael Lewitt
The Third Friday Total Return Fund, L.P.
85 N. Congress Avenue
Delray Beach, FL 33445

Dear Mr. Lewitt

Please be informed that our group, Wosnhtons Corporation, LDA, has approved a loan for The Third Friday Total Return Fund, L.P. acquisition of Americore Holdings and its subsidiaries, please see below terms and conditions of our commitment.

| | |
|---|---|
| **Lender:** | Wosnhtons Corporation, LDA |
| **Borrower** | St. Alexius Properties St. Alexius Corporation #1, Ellwood Medical Center Properties and Ellwood Medical Center. All parties shall act as co-borrowers on the loan. |
| **Loan Amount:** | ▮ Million USD |
| **Interest Rate:** | 16% with Monthly Payments |
| **Loan Maturity:** | 3-years |
| **Amortization:** | Balloon Loan with all principal due at the maturity |
| **Extension Provision:** | The Borrower can extend the loan for 12-months for a 3% fee |
| **Prepayment Penalty;** | 5% in year 1 and 3% in year 2. |
| **Collateral;** | Lender shall receive a senior perfected interest in all real estate properties associated with the hospitals in particular, properties owned by St. Alexius Properties and Ellwood Medical Real Estate |
| **Closing Fees** | 2% of the Loan Amount to be funded from proceeds |



| | |
|---|---|
| **Conditions to Close** | The following list conditions needed to complete the funding<br>(1) updated appraisal showing all properties similar in value to the last appraisal already received.<br>(2) final purchase agreement approved by the bankruptcy court and the trustee<br>(3) no significant adverse change in the financial status of the Borrower as of June 30, 2020.<br>(4) Acceptance by both parties of the definitive loan agreements. |
| **Expiration Date** | This commitment expires in 14 days from the date of this letter with funding required within 45 days from the date of this letter. |

.

Sincerely,

**WOSNHTONS CORPORATION, LDA**

_____
Name:  Wosnhtons Castro da Cunha
Title:   CEO

Accepted by

**THE THIRD FRIDAY TOTAL RETURN FUND, L.P.**

_____
Name: Michael Lewitt
Title:  Manager

**Wosnhtons Corporation Lda. – Rua das hortas, nº 3, Funchal – Ilha da Madeira - Portugal**