# EXHIBIT 5



**Glenn Myles, CEO**
**First Wall Street Capital Corp.**
**399 Park Avenue, 2nd floor**
**New York, New York 10024**
**Gmyles@Firstwallst.com**
**917.539.3100**

July 19, 2020

Michael Lewitt
The Third Friday Total Return Fund, L.P.
85 N. Congress Avenue
Delray Beach, FL 33445

RE: Commitment Letter

Dear Mr. Lewitt:

FIRST WALL STREET CAPITAL CORP ("FWS") is pleased to inform you that it has approved the following credit facility subject to all final loan documentation received to the satisfaction of its Investment Committee. This commitment is subject to the following terms and conditions:

1. Updated Accounts Receivable Data for St. Alexius Hospital and Izard County Hospital from December 2019 to June 2020.
2. Updated Property Appraisals addressed to lender with the as is valuation of the Appraisals to be no less than $ 65 million (sixty-five million dollars) which is similar to appraisal of 12 months ago from Knight & Frank.
3. Accountant prepared Income and Balance Sheet information for first six months of 2020, which will have no less than a net equity to Americore of at least $10 million (which may include the proceeds of the CARES Act Funding and Residency Slots Payments)
4. Fully executed CARES Act funding documentation including commitment and that all conditions have been met.
5. Clear title allowing a first mortgage on all properties of St. Alexius Hospital and Ellwood City Medical Center.
6. All taxes due and owing to be discharged or fully satisfied at closing specifically Real Estate and Payroll.
7. Management Company and personnel per Third Friday business plan duly contracted with to implement the affairs of the operating business.

8.     Confirmation of Reorganization Plan filed on June 10, 2020 by the Bankruptcy Court and approval of sale to The Third Friday Fund, L.P.

Borrowers: THE THIRD FRIDAY TOTAL RETURN FUND, L.P. And Americore Holdings and Its subsidiaries And Americore Health and Its subsidiaries.

Type: TERM LOAN (s) with Seniority on all assets, income, real estate, receivables, and equipment as well as First Mortgage Liens on such real property.

Amount: ▮ million

Purpose: To support the acquisition by The Third Friday Total Return Fund, L.P. of Americore Holdings Shares as described in the reorganization plan filed by Third Friday on June 10, 2020 in the Eastern Court District of Kentucky.

Amortization and Repayment: The Loan and Mortgage shall be a 3-year non-amortizing loan with monthly interest payments and with all principal due at maturity.

Security and Collateral: First Mortgage on properties owned by St. Alexius Properties that being the properties associated with St. Alexius Hospital and a First Mortgage on the properties owned by Ellwood City Medical Real Estate that being the properties associated with Ellwood City Medical Center. The Lender will also receive a guarantee from St. Alexius Hospital Corporation #1, Ellwood Medical Center, as well as Izard County specifically the hospital operating entities. Interest Rate: 12%

Prepayment of the Loans will not be allowed in whole or part.

Late Charge: 1% after each 30-day period.

Real Estate Valuation: Appraised value of properties on an "as if" valuation of no less than $65 million (sixty-five million dollars) which is similar to appraised values from 12 months ago of Knight & Frank.

On Going concern: Americore shall obtain an opinion to be provided at closing that upon reorganization that the entity will have sufficient capital available for operations for 12 months post-closing.

Purchase Agreement: June 10, 2020 Reorganization Plan filed in the Eastern District Court of Kentucky and a final approved agreement to be provided upon completion of court confirmation of Plan anticipated to be no later than August 30, 2020.

Appraisal: An updated appraisal similar in value to the provided of 12 months ago is required for the mortgage and loan.

Closing Fees:    4 Points to be paid out of the loan proceeds.

**Insurance Requirements:** Property Insurance in amounts required by lender, as well as other customary and usual insurances required for similar healthcare and hospitals

**Material Adverse Change:** No material adverse change prior to closing in the financial condition of the Borrower having occurred since the last date of the financial information provided to the Lender.

**Bankruptcy Court Order:** This loan must close with an order from the bankruptcy court confirming the plan of reorganization and approving the sale of all of the Company's assets free and clear of all liens and encumbrances.

**Loan and Mortgage Documents:** Loan and Mortgage documentation will contain representations and warranties, events of default, and other affirmative and negative covenants as the Lender typically requires of a commercial loan transaction of this nature, including but limited to "bad boy" carve outs. Such documentation shall be fully approved by lender.

This commitment shall become effective only upon your acceptance hereof, Lenders conditions being fully met. Such agreement to be bound by the terms hereof, such acceptance and agreement to be evidenced by your signing and returning to the Lender the executed copy of this letter.

This commitment expires 10 (ten) days from the date of this letter and the loan must close within sixty (60) days from the date of this letter, otherwise this commitment will be considered null and void. The Borrower agrees to pay all legal costs associated with the preparation of closing documents, whether or not the loan closes.

Thank you for providing us with this financing opportunity, and I look forward to a mutually prosperous relationship. Please confirm that the foregoing is in accordance with your understandings and agreements with FWS by signing and returning a copy of this letter.

Sincerely yours,

FIRST WALL STREET CAPITAL, INC.

By: _____
Name: Glenn Myles
Title: Chief Executive Officer

THE THIRD FRIDAY TOTAL RETURN FUND, L.P.

By: _____
Name: Michael Lewitt
Title: Managing Partner