# EXHIBIT 7

10/04/2020 Case 19-61608-grs Doc 822-7 Filed 07/28/20 Entered 07/28/20 12:28:34 Desc
Exhibit 7. Portuguese and Brazilian Corporate Registries    Page 2 of 6

eportugal.gov.pt/Empresas



# Permanent Certificate
### Access Code: 1350-0454-6879

*The delivery of this access code to any public or private entity doesn't require the presentation of the certificate in paper version (article 75, nº 5 of Código do Registo Comercial (Commercial Registry Code))*

### Registration

**NIPC (Collective person/Registration identification number):** 980639808
**Company name:** LOCALIZE BRASIL - COMÉRCIO DE AUTOMÓVEIS S.A. SUCURSAL EM PORTUGAL
**Legal status:** PERMANENT REPRESENTATION
**Place of Representation:** RUA DAS HORTAS Nº 3
District: Ilha da Madeira Municipality: Funchal Parish: Funchal (Santa Luzia)
9050 024 FUNCHAL
**Object:** Purchase, sale, import and export of precious and semi-precious ore, Precious and semi-precious stones, both raw and cut, refining of precious stones and metals and manufacture of jewellery and other cutlery articles.
**Main CAE (Statistical Classification of Economic Activities):** 46720-R3
**Secondary CAE (1):** 46762-R3
**Secondary CAE (2):** 32122-R3

**Date of closure of financial year:** 31 December
**Representatives:**

  REPRESENTATIVE(S):

  Name: WOSNHTONS CASTRO DA CUNHA
  NIF/NIPC (taxpayer/collective person identification number): 297167120
  Position: Representative


**Entity with all documents deposited in electronic format.**

The elements of this registration do not dispense with the consultation of the records and their endorsements and annotations inasmuch as they define the legal position of the entity.

### Records - Endorsements - Annotations

**Rec.1** **PRESENTATION 9/20190218 14:09: 27 UTC - PERMANENT REPRESENTATION AND APPOINTMENT OF REPRESENTATIVE**

REPRESENTATION:

COMPANY NAME: CALIZE BRASIL - COMÉRCIO DE AUTOMÓVEIS S.A. SUCURSAL EM PORTUGAL
NIPC (Collective person/Registration identification number): 980639808
LEGAL STATUS: PERMANENT REPRESENTATION
REPRESENTATION ADDRESS: RUA DAS HORTAS Nº 3
District: Ilha da Madeira Municipality: Funchal Parish: Funchal (Santa Luzia)
9050 - 024 FUNCHAL
Object: Purchase, sale, import and export of precious and semi-precious ore, Precious and semi-precious stones, both raw and cut, refining of precious stones and metals and manufacture of jewellery and other cutlery articles.
Date of closure of financial year: 31 December

APPOINTED REPRESENTATIVE(S):

  REPRESENTATIVE(S):

    Name/Company name: WOSNHTONS CASTRO DA CUNHA
    NIF/NIPC (taxpayer/collective person identification number): 297167120
    Position: Representative
    Residence/Registered head office: Rua Doutor Sodré nº 158, Apartamento 53, Vila

10/04/2020 Case 19-61608-grs Doc 822-7 Filed 07/28/20 Entered 07/28/20 12:28:34 Desc
Exhibit 7 Portuguese and Brazilian Corporate Registries Page 3 of 6

eportugal.gov.pt/Empresas

Nova Conceição CEP 04535-110, São Paulo, Brazil

Granted powers: To sign separately by the company and represent it in administrative, financial, tax, judicial, labor and other acts and proceedings and others

REPRESENTED COMPANY:

COMPANY NAME: LOCALIZE BRASIL - COMÉRCIO DE AUTOMÓVEIS S.A.
REGISTERED HEAD OFFICE: Rua Dr. Sodré, 122 - Conjunto 43 - Vila Nova Conceição - São Paulo - SP - CEP 04535-110
Nationality: Brazilian
Capital: 100.000.000.000 R$

Register Office: Conservatória do Registo Comercial/Automóvel do Funchal
*Register Officer: O(A) Conservador(a), Rita Gouveia Caldeira de Brito*

**Annotation 1 - 20190227 - Published at http://www.mj.gov.pt/publicacoes.**
Register Office: Conservatória do Registo Comercial/Automóvel do Funchal
*Register Officer: O(A) Conservador(a), Rita Gouveia Caldeira de Brito*

Permanent certificate subscribed in 07-04-2020 and valid until 07-04-2021

End of Certificate

**Important Note:**
No need for printing. Present the access code to any public or private entity whenever a commercial registry certificate is required.

Acesso à Certidão Permanente

REPÚBLICA PORTUGUESA
JUSTIÇA

Certidão Permanente de Registos

Voltar    Sair

# Permanent Certificate
## Access Code: 0066-1342-6045

*The delivery of this access code to any public or private entity doesn't require the presentation of the certificate in paper version (article 75, nº 5 of Código do Registo Comercial (Commercial Registry Code))*

Registration

**NIPC (Collective person/Registration identification number):** 515246751
**Company name:** WOSNHTONS CORPORATION, LDA (ZONA FRANCA DA MADEIRA)
**Legal status:** PRIVATE LIMITED COMPANY
**Registered head office:** Rua das Hortas, N.º 3
District: Island of Madeira Municipality: Funchal Parish: Funchal (Sé)
9050 024 FUNCHAL
**Object:** Purchase, sale, import and export of precious and semiprecious ores, precious and semiprecious stones, either rough or cut, refinery of precious stones and metals and manufacture of jewellery and related articles; lease activities of motor vehicles with and without driver, management activities of fleets and vehicles; computer programming activities, technological research; creation, sale and commercial exploitation of software for mobile platforms; creation, sale and commercial exploitation of online sales platforms; provision of services in the areas of marketing, advertising, business consultancy, consultancy technical assistance to the creation, development, expansion and modernisation of industrial and comercial companies; import, export and trade of electrical and electronic materials, furniture and raw materials for the manufacture of products in general; purchase of immovable property for resale, except SGII (real estate management and investment companies), management of immovable property, except SGII, lease of immovable property, except SGII, promotion of construction of immovable property towards its exploitation, lease, and sale, except SGII; administration of its securities portfolio; purchase, sale and any other type of exploitation of registered trademarks, related patents, copyrights and rights; promotion, marketing and market research activities for the types and services abovementioned.
**Capital:** 200.000.000,00 EUR
**Main CAE (Statistical Classification of Economic Activities):** 46720-R3
**Secondary CAE (1):** 46762-R3

**Date of closure of financial year:** 31 December
**Signature:** Signature of a manager
**Corporate Bodies/Liquidator/Judicial manager or administrator:**

MANAGEMENT:

Name: WOSNHTONS CASTRO DA CUNHA
NIF/NIPC (taxpayer/collective person identification number): 297167120
Position: Manager

**Entity with all documents deposited in electronic format.**

The elements of this registration do not dispense with the consultation of the records and their endorsements and annotations inasmuch as they define the legal position of the entity.

Records - Endorsements - Annotations

**Rec.1**  PRESENTATION 1/20190117 11:01: 17 UTC - FORMATION OF A COMPANY AND APPOINTMENT OF MEMBER(S) OF CORPORATE BODY(IES)

COMPANY NAME: WOSNHTONS CORPORATION, LDA (ZONA FRANCA DA MADEIRA)
NIPC (Collective person/Registration identification number): 515246751
LEGAL STATUS: PRIVATE LIMITED COMPANY
REGISTERED HEAD OFFICE: Rua das Hortas, N.º 3
District: Island of Madeira Municipality: Funchal Parish: Funchal (Sé)
9050 - 024 FUNCHAL
OBJECT: Purchase, sale, import and export of precious and semiprecious ores, precious and semiprecious stones, either rough or cut, refinery of precious stones and metals and manufacture of jewellery and related articles; lease activities of motor vehicles with and without driver, management activities of fleets and vehicles; computer programming activities, technological research; creation, sale and commercial exploitation of software for mobile platforms; creation, sale and commercial exploitation of online sales platforms; provision of services in the areas of marketing, advertising, business consultancy, consultancy technical assistance to the creation, development, expansion and modernisation of industrial and comercial companies; import, export and trade of electrical and electronic materials, furniture and raw materials for the manufacture of products in general; purchase of immovable property for resale, except SGII (real estate management and investment companies), management of immovable property, except SGII, lease of immovable property, except SGII, promotion of construction of immovable property towards its exploitation, lease, and sale, except SGII; administration of its securities portfolio; purchase, sale and any other type of exploitation of registered trademarks, related patents, copyrights and rights; promotion, marketing and market research activities for the types and services abovementioned.
CAPITAL: 200.000.000,00 EUR
Paid-in amount: 0,00
Date of closure of financial year: 31 December

PARTNERS AND QUOTA:

  QUOTA: 198.000.000,00 EUR

    HOLDER: WOSNHTONS CASTRO DA CUNHA
    NIF/NIPC (taxpayer/collective person identification number): 297167120
    Marital status: Divorced
    Residence/Registered head office: Rua Doutor Sodré, N.º 158 Apartamento, N.º 53 - Vila Nova Conceição, Sao Paulo
    BRAZIL

  QUOTA: 2.000.000,00 EUR

    HOLDER: LOCALIZE BRASIL - COMÉRCIO DE AUTOMÓVEIS S.A.
    NIF/NIPC (taxpayer/collective person identification number): 980633940
    Residence/Registered head office: Rua Doutor Sodré, N.º 158 Apartamento, N.º 53 - Vila Nova Conceição, Sao Paulo
    BRAZIL

SIGNATURE/CORPORATE BODIES:

Signature: Signature of a manager
Structure of management: One or more managers.

STATEMENT REGARDING THE CAPITAL: The partners commit to, until the end of the first accounting period, deposit in the safes of the company the value of the respective

considerations.

APPOINTED BODY(IES):

  MANAGEMENT:

   Name/Company name: WOSNHTONS CASTRO DA CUNHA
   NIF/NIPC (taxpayer/collective person identification number): 297167120
   Position: Manager
   Residence/Registered head office: Rua Doutor Sodré, N.º 158 Apartamento, N.º 53 - Vila Nova Conceição, Sao Paulo
    BRAZIL

Date of deliberation: 2019-01-07

Register office: Conservatória do Registo Comercial e Cartório Notarial Privativos da Zona Franca da Madeira
*Register Officer: O(A) Conservador(a), Maria de Fátima Pereira dos Reis Coelho*

**Annotation 1 - 20190121 - Published at http://www.mj.gov.pt/publicacoes.**
Register office: Conservatória do Registo Comercial e Cartório Notarial Privativos da Zona Franca da Madeira
*Register Officer: O(A) Conservador(a), Maria de Fátima Pereira dos Reis Coelho*

   Permanent certificate subscribed in 20-09-2019 and valid until 20-09-2020

End of Certificate

**Important Note:**
No need for printing. Present the access code to any public or private entity whenever a commercial registry certificate is required.

Voltar    Sair