**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

**AMERICORE HOLDINGS, LLC[1]
DEBTORS**

**CASE NO. 19-61608
JOINTLY ADMINISTERED**

**ORDER**

The Evidentiary hearing Orders [ECF Nos. 549, 554 and 691] regarding creditor, Penn Med's Motion for Relief from Stay [ECF No. 176] are hereby VACATED. Given representations of counsel at the hearing held on July 23, 2020, the evidentiary matter has been resolved between the Debtors and Penn Med. It is ORDERED the Evidentiary hearing scheduled to be heard on July 29, 2020, is STRICKEN from the Court's docket.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, July 28, 2020
(grs)