# EXHIBIT E

**From:** Brad S. Shraiberg
**Sent:** Monday, July 27, 2020 9:51 AM
**To:** Michael Thatcher <mthatcher@glassratner.com>; Igor Belov <ibelov@brileyfbr.com>
**Cc:** Patrick Dorsey - Football (pdorsey@slp.law) <pdorsey@slp.law>; Diana Woodall - SFL (dwoodall@slp.law) <dwoodall@slp.law>
**Subject:** FW: Wosnhtons Corporation Committment Letter.pdf

See below and attached.  This appears to be the commitment letter that you have not reviewed.  Please let me know if there is additional information you need regarding this one.


Bradley S. Shraiberg
(561) 443-0801



**From:** Brad S. Shraiberg
**Sent:** Friday, July 24, 2020 5:38 PM
**To:** Elizabeth Green (egreen@bakerlaw.com) <egreen@bakerlaw.com>; jparrish@bakerlaw.com; Gary M. Freedman (gary.freedman@nelsonmullins.com) <gary.freedman@nelsonmullins.com>; Frank Terzo <Frank.Terzo@nelsonmullins.com>
**Subject:** FW: Wosnhtons Corporation Committment Letter.pdf

Attached, please find an addendum to the Wosnhtons commitment letter removing a number of its original contingencies.  This attachment is being sent pursuant to our confidentiality agreements.



Bradley S. Shraiberg
Shraiberg, Landau, & Page P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0801 Direct
(561) 998-0047 Fax



Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31  C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.