# EXHIBIT F

-----Original Message-----
From: Brad S. Shraiberg
Sent: Sunday, July 26, 2020 2:09 PM
To: Elizabeth Green <egreen@bakerlaw.com>; Jimmy Parrish <jparrish@bakerlaw.com>
Subject: Americore

I wanted to follow up from the voicemails I left both of you. Can one of you call me?  I need confirmation that we are a qualified bidder. Thanks.

Bradley Shraiberg
(561) 443-0801

Sent from my iPhone

-----Original Message-----
From: Brad S. Shraiberg
Sent: Sunday, July 26, 2020 3:36 PM
To: Green, Elizabeth A. <egreen@bakerlaw.com>
Cc: Parrish, Jimmy D. <jparrish@bakerlaw.com>
Subject: Re: Americore

Thanks.  Please call me when you are off.  Our deal was that you would work to get the client qualified if you felt there were any issues.  I have not heard from anyone since we submitted our offer.

Bradley Shraiberg
(561) 443-0801

Sent from my iPad

> On Jul 26, 2020, at 3:30 PM, Green, Elizabeth A. <egreen@bakerlaw.com> wrote:
>
> [External Email]
>
> I  am on with the bankers.  I am going to have them reach out
>
> Elizabeth Green
> Partner
> Chair: Bankruptcy and Restructuring Group BakerHostetler LLP
> 200 S Orange Ave suite 2300
> Orlando, Florida 32801
> P: 407-649-4036
> C: 407-928-5105
>
>
>
> Sent from my iPhone to avoid delay.  Please excuse any typos or misspellings.
>
>
>
>> On Jul 26, 2020, at 2:08 PM, Brad S. Shraiberg <bss@slp.law> wrote:
>>
>> [External Email: Use caution when clicking on links or opening
>> attachments.]
>>
>> I wanted to follow up from the voicemails I left both of you. Can one of you call me?  I need confirmation that we are a qualified bidder. Thanks.
>>
>> Bradley Shraiberg
>> (561) 443-0801
>>

1

>> Sent from my iPhone
>
> _____
>
> This email is intended only for the use of the party to which it is
> addressed and may contain information that is privileged,
> confidential, or protected by law. If you are not the intended
> recipient you are hereby notified that any dissemination, copying or
> distribution of this email or its contents is strictly prohibited.
> If you have received this message in error, please notify us
> immediately by replying to the message and deleting it from your computer.
>
> Any tax advice in this email is for information purposes only. The
> content of this email is limited to the matters specifically addressed
> herein and may not contain a full description of all relevant facts or
> a complete analysis of all relevant issues or authorities.
>
> Internet communications are not assured to be secure or clear of
> inaccuracies as information could be intercepted, corrupted, lost,
> destroyed, arrive late or incomplete, or contain viruses. Therefore,
> we do not accept responsibility for any errors or omissions that are
> present in this email, or any attachment, that have arisen as a result
> of e-mail transmission.