UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

AMERICORE HOLDINGS, LLC, et al.[1]                    CASE NO. 19-61608

Debtors.
_____/

**CHAPTER 11 TRUSTEE'S SECOND AMENDED DESIGNATION OF EXHIBITS AND WITNESSES FOR HEARING ON JULY 29, 2020**

Carol L. Fox, Chapter 11 Trustee ("Trustee") for Americore Holdings, LLC and its affiliated debtors (collectively, the "Debtors") in the above referenced jointly administered Chapter 11 Cases by and through her undersigned counsel respectfully submits this amended notice regarding witnesses and exhibits for the hearings scheduled for July 29, 2020. The Trustee designates exhibits and witnesses for the matters scheduled as provided herein.

I.  Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief [Doc. No. 744]:

a. The Trustee designates the following witnesses:

1. Carol L. Fox, Chapter 11 Trustee. Ms. Fox is expected to testify regarding the current status of the Debtors, the sale process, and considerations related to her business judgment selection of the

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

highest and best bid;

2. Perry Mandarino/Igor Bolev (Representatives of B. Riley). Mr. Mandarino or Mr. Belov is expected to testify regarding the sales process, including the solicitation process, the receipt and analysis of the bids, and if applicable the auction.

3. Representative of the designated highest and best bidder. The representative of the highest and best bidder is expected to testify regarding the designated highest and best Asset Purchase Agreement, such bidder's good faith in connection with its bid and negotiations with the Trustee, its financial wherewithal to close on the sale transaction, and requirements under the provisions of such bidder's Asset Purchase Agreement.

4. Michael Thatcher. Mr. Thatcher may be called to testify regarding the wherewithal and proof of ability to close submitted by Third Friday.

5. Any other witness designated by any other party participating in the hearing.

The Trustee reserves the right to amend this list to add additional witnesses prior to the hearing.

    b. The Trustee designates the following exhibits for the hearing:

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 33[2] | Approved Bid Procedures as Modified and provided in the Notice of Modified Bid Procedures filed by the Trustee on June 29, 2020 [Doc. No. 697]. | 07/29/20 | | |
| 34 | B. Riley Sale Process Summary | 07/29/20 | | |
| 35 | Stalking Horse Asset Purchase Agreement | 07/29/20 | | |
| 36 | Guarantee Agreement Executed by Members of Stalking Horse Bidder | 07/29/20 | | |
| 37 | Centers for Medicare & Medicaid Services Form 1531 Health Insurance Benefit Agreement | 07/29/20 | | |
| 38 | Email response to Brad Shraiberg from Gary Freedman to Brad Shraiberg dated June 1, 2020 regarding the need to show available funding for the proposed Third Friday Plan. | 07/29/20 | | |
| 39 | Email response to Brad Shraiberg from Elizabeth Green dated June 1, 2020 regarding Third Friday's ability to fund the Plan. | 07/29/20 | | |
| 40 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 21, 2020 regarding the scheduling of calls with Third Friday lender candidates. | 07/29/20 | | |
| 41 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 22, 2020 regarding scheduling and cancellation of call with Portuguese lender. | 07/29/20 | | |
| 42 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 23, 2020 regarding attempt to reschedule lender call with Portuguese lender. | 07/29/20 | | |
| 43 | Email exchange by and between Elizabeth Green and Brad Shraiberg | 07/29/20 | | |

---

[2] Trustee is currently working with objecting party Third Friday on a joint exhibit register that the parties intend to submit to the Court prior to the hearing. The Trustee has numbered her exhibits as they are numbered in the joint exhibit register for ease of reference.

| | | | | |
|---|---|---|---|---|
| | dated July 24, 2020 regarding removal of appraisal contingency and completion of appraisal. | | | |
| 44 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 27, 2020 regarding non-compliance with bid procedures and response that additional information is forthcoming | 07/29/20 | | |
| 45 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding extension of auction start time and explanation of screen 2017 shot of account statement. | 07/29/20 | | |
| 46 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding follow up on screen shot question | 07/29/20 | | |
| 47 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding availability of committed funds. | 07/29/20 | | |
| 48 | Summary and supporting Bank Statements of St. Alexius Hospital Corporation #1 demonstrating payments directly to Michael Lewitt between July 2019 and November 2019 | 07/29/20 | | |
| 49 | Lease Agreement dated 3/28/2019 for personal residence of Grant White Guaranteed by Third Friday. | 07/29/20 | | |
| 50 | Guaranty of Pelorus Obligations in connection with St. Alexius Acquisition by Third Friday | 07/29/20 | | |
| 51 | Email exchange by and between Michael Lewitt and Grant White dated December 24, 2019 related to Third Friday's inability to pay creditors on account of Americore's failure to pay Third Friday | 07/29/20 | | |
| 52 | Email exchange by and between Michael Lewitt and Mark Benedict dated December 30, 2019 regarding Third Friday's takeover of the Debtors bank accounts. | 07/29/20 | | |
| 53 | Email exchange by and between Michael Lewitt and James Irving dated December 31, 2020 regarding Mr. Lewitt taking control of the Debtors and their property. | 07/29/20 | | |
| 54 | Proof of claim number 45-1 of Third | 07/29/20 | | |

4

|  | Friday Total Return Fund, LLP filed in the amount of $25,780.016.07. |  |  |  |
|---|---|---|---|---|

II.  Third Friday's Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan [Doc. No. 647]:

a. The Trustee designates the following witnesses:

1. Carol L. Fox, Chapter 11 Trustee is expected to testify regarding the structure of the proposed plan and the adequacy the adequacy of Third Friday's current disclosure statement.

2. Any other witness designated by any other party participating in the hearing.

The Trustee reserves the right to amend this list to add additional witnesses prior to the hearing.

b. The Trustee does not designate any exhibits at this time but reserves the right to rely upon exhibits submitted by other parties and to amend this designation to add exhibits.

The Trustee reserves the right to amend this Designation of Exhibits and Witnesses as appropriate under the circumstances.

Respectfully submitted this 29th day of July 2020.

*s/ Jimmy D. Parrish*
JIMMY D. PARRISH (*admitted pro hac vice*)
Florida Bar No. 526401
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone 407-649-4000
Facsimile 407-841-0168
jparrish@bakerlaw.com
*Counsel to Chapter 11 Trustee*

5

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

                                                  *s/ Jimmy D. Parrish*
                                                  JIMMY D. PARRISH