## GUARANTY AGREEMENT

This **GUARANTY AGREEMENT** (this "Guaranty"), is given as of this _____ day of _, 2020, by Lawrence Feigen, Ben Klein, Jeff Ahlholm, Mohammad Anwar, M.D. ("Guarantor or Guarantors") as members of the SA Hospital Acquisition Group, LLC, in favor of St. Alexius Hospital Corporation #1 and St. Alexius Properties, LLC (collectively, the "Seller").

### W I T N E S S E T H:

**WHEREAS**, Seller, and SA Hospital Acquisition Group, LLC ("Purchaser"), are parties to that certain Asset Purchase Agreement, dated as of July 10, 2020 (the "Purchase Agreement");

**WHEREAS**, pursuant to the terms of the Purchase Agreement, Seller desires to sell and transfer to Purchaser, and Purchaser desires to purchase and acquire from Seller, all of Seller's right, title and interest in and to substantially all of the assets used by Seller in connection with the operation and business of St. Alexius Hospital in St. Louis, Missouri (the "Hospital");

**WHEREAS**, Guarantors are the individuals members of the SA Hospital Acquisition Group, LLC and hereby commits to the availability of funds and ability to close this transaction subject to the terms and conditions of the Purchase Agreement.

**WHEREAS**, Guarantor will derive a substantial benefit from the consummation of the transactions described in the Purchase Agreement and has agreed, based on the representations, warranties, covenants and agreements of Seller in the Purchase Agreement;

**WHEREAS**, Seller would not execute, deliver or perform its obligations under the Purchase Agreement unless Guarantor agreed to (i) guaranty the obligations of Purchaser as herein provided.

**NOW, THEREFORE**, for and in consideration of the foregoing recitals (which are hereby made a part of this Guaranty) and for other good and valuable consideration, the receipt and adequacy of which are acknowledged and confessed, and as an inducement to Seller to execute, deliver and perform its obligations under the Purchase Agreement, Guarantor hereby agrees as follows:

1. Except as otherwise provided herein, terms that are used herein and defined in the Purchase Agreement shall have the same meaning herein as therein defined.

2. Guarantor does hereby irrevocably guaranty the timely payment and performance by Purchaser of its obligation under the Purchase Agreement through and including the Closing, including, without limitation, Purchaser's obligation to pay the Purchase Price to Seller at Closing, as set forth in and pursuant to the terms and conditions of the Purchase Agreement (the "Obligations").

3. This Guarantee is only intended to provide Seller assurance of the availability of funds and the ability to close. Guarantor guarantees the availability of funds and the ability to

close this transaction. Nothing within this Guarantee should be construed in any way to supersede the terms and conditions set forth within the Purchase Agreement.

4. Any notice, demand or communication required, permitted, or desired to be given hereunder shall be deemed effectively given when personally delivered, when received by telegraphic or other electronic means (including telecopy and telex) or overnight courier, or five (5) days after being deposited in the United States mail, with postage prepaid thereon, certified or registered mail, return receipt requested, addressed as follows:

    If to Guarantor:    SA Hospital Acquisition Group, LLC
                              269 West Bonita
                              Claremont, CA 91711
                              Attention: Corporate Secretary

    If to Seller:

    With simultaneous
    copy (which shall
    not constitute notice):

or to such other address, and to the attention of such other person or officer as any party may designate in a written notice that satisfies the requirements of this Section 4.

5. This Guaranty shall be governed by and construed and enforced in accordance with the laws of the State of Missouri.

**[Signature Page Follows]**

**IN WITNESS WHEREOF**, Guarantor has caused this Guaranty to be executed by its duly authorized officer, all as of the day and year first above written.

### GUARANTOR

By: _____
Lawrence Feigen

By: _____
Ben Klein

By: _____/s/ Jeff Ahlholm_____
Jeff Ahlholm

By: _____
Mohammad Anwar, M.D.

If to Seller:

With simultaneous
copy (which shall
not constitute notice):

or to such other address, and to the attention of such other person or officer as any party may designate in a written notice that satisfies the requirements of this Section 4.

5. This Guaranty shall be governed by and construed and enforced in accordance with the laws of the State of Missouri.

[Signature Page Follows]

IN WITNESS WHEREOF, Guarantor has caused this Guaranty to be executed by its duly authorized officer, all as of the day and year first above written.

GUARANTOR

By: _____
Lawrence Feigen

By: _____
Ben Klein

By: _____
Jeff Ahlholm

By: _____
Mohammad Anwar, M.D.

**IN WITNESS WHEREOF**, Guarantor has caused this Guaranty to be executed by its duly authorized officer, all as of the day and year first above written.

**GUARANTOR**

By: _____
Lawrence Feigen

By: _____
Ben Klein

By: _____
Jeff Ahlholm

By: _____
Mohammad Anwar, M.D.

IN WITNESS WHEREOF, Guarantor has caused this Guaranty to be executed by its duly authorized officer, all as of the day and year first above written.

**GUARANTOR**

By: _____
Lawrence Feigen

By: _____
Ben Klein

By: _____
Jeff Ahlholm

By: _____
Mohammad Anwar, M.D.