**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
Americore Holdings, LLC, *et al.*,[1]                      :   Case No. 19-61608
                                                           :   (Jointly Administered)
            Debtors.                                       :
                                                           :
---------------------------------------------------------- x

**JOINT EXHIBIT REGISTER OF CHAPTER 11 TRUSTEE CAROL FOX AND THIRD FRIDAY TOTAL RETURN FUND, L.P.**

Carol Fox as Chapter 11 Trustee of eth above referenced jointly administered debtors ("Trustee") and the Third Friday Total Return Fund, L.P. ("Third Friday"), by and through undersigned counsel, hereby submits their combined attached Exhibits for the hearing on July 29, 2020 at 9:00am.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 29th day of July, 2020.

                                    SHRAIBERG, LANDAU & PAGE, P.A.
                                    Attorneys for Third Friday
                                    2385 NW Executive Center Drive, Suite 300
                                    Boca Raton, Florida 33431
                                    Telephone: 561-443-0800
                                    Facsimile: 561-998-0047
                                    Email: bss@slp.law

                                    By:    */s/ Bradley S. Shraiberg*
                                           Bradley S. Shraiberg, Esq.
                                           Florida Bar No.: 121622

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Healther Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

| Exhibit # | Description | Admitted/Refused | Not Introduced |
|---|---|---|---|
| 1 | Redlined Joint Plan of Reorganization Proposed by The Third Friday Total Return Fund, L.P. [ECF No. 823-1] | | |
| 2 | Redlined Disclosure Statement in Support of Reorganization Proposed by The Third Friday Total Return Fund, L.P. [ECF No. 823-2] | | |
| 3 | Wosnhtons Corporation Commitment Letter dated July 13, 2020 | | |
| 4 | Wosnhtons Corporation Addendum to Commitment Letter dated July 27, 2020 | | |
| 5 | First Wall Street Capital Commitment Letter dated July 19, 2020 | | |
| 6 | First Wall Street Capital Addendum to Commitment Letter dated July 24, 2020 | | |
| 7 | Portuguese and Brazilian Corporate Registries | | |
| 8 | MM Trading Commitment Letter dated July 13, 2020 | | |
| 9 | Alantes Commitment Letter dated July 13, 2020 | | |
| 10 | Asset Purchase Agreement by and among Carol L. Fox, as Chapter 11 Trustee and The Third Friday Total Return Fund, L.P. dated July 24, 2020 | | |
| 11 | Email dated June 29, 2020 from Jimmy Parrish extending St. Alexius and Ellwood bid deadlines. | | |
| 12 | Email dated July 13, 2020 from Bradley Shraiberg to Elizabeth Green and Jimmy Parrish regarding financing commitment letters. | | |
| 13 | Email dated July 14, 2020 circulating copy of Third Friday's first commitment letter with MM Trading. | | |

| | | | |
|---|---|---|---|
| 14 | Email dated July 15, 2020 circulating copies of the Portuguese and Brazilian Corporate Registries. | | |
| 15 | Email dated July 16, 2020 circulating copy of Third Friday's third commitment letter with Alantes Corporate Finance. | | |
| 16 | Email dated July 21, 2020 circulating copy of Third Friday's fourth commitment letter with First Wall Street Capital. | | |
| 17 | Email dated July 22, 2020 providing background of Wosnhtons Corporation. | | |
| 18 | Email dated July 21, 2020 confirming lender vetting calls scheduled for July 22, 2020. | | |
| 19 | Email dated July 24, 2020 circulating Addendum to commitment letter from First Wall Street removing all contingencies. | | |
| 20 | Email dated July 24, 2020 circulating Third Friday's Executed Asset Purchase Agreement for St. Alexius Property. | | |
| 21 | Email dated July 24, 2020 circulating Third Friday's Executed Asset Purchase Agreement for St. Alexius Property to additional parties. | | |
| 22 | Email dated July 24, 2020 circulating Addendum to commitment letter from Wosnhtons removing contingencies. | | |
| 23 | Email dated July 26, 2020 circulating revised Addendum to commitment letter from First Wall Street. | | |
| 24 | Emails dated July 26, 2020 requesting confirmation that Third Friday is a qualified bidder. | | |
| 25 | Email dated July 27, 2020 resending Wosnhtons commitment letter that Debtor had not reviewed. | | |
| 26 | Email dated July 27, 2020 resending Portuguese and Brazilian Corporate Registries to additional parties. | | |

| | | | |
|---|---|---|---|
| 27 | Email dated July 27, 2020 requesting confirmation of receipt of First Wall Street commitment letter. | | |
| 28 | Email dated July 27, 2020 circulating further revised Addendum to Original First Wall Street commitment letter. | | |
| 29 | Email dated July 26, 2020 from Michael Thatcher to discuss bid proposal. | | |
| 30 | Email dated May 29, 2020 circulating a draft of Third Friday's Plan with Gary Freedman. | | |
| 31 | Email dated May 26, 2020 from Gary Freedman attaching redline changes to Plan. | | |
| 32 | Email dated May 29, 2020 to Elizabeth Green attaching Committee signed off Plan. | | |
| 33 | Approved Bid Procedures as Modified and provided in the Notice of Modified Bid Procedures filed by the Trustee on June 29, 2020 [Doc. No. 697]. | | |
| 34 | B. Riley Sale Process Summary | | |
| 35 | Stalking Horse Asset Purchase Agreement | | |
| 36 | Guarantee Agreement Executed by Members of Stalking Horse Bidder | | |
| 37 | Centers for Medicare & Medicaid Services Form 1531 Health Insurance Benefit Agreement | | |
| 38 | Email response to Brad Shraiberg from Gary Freedman to Brad Shraiberg dated June 1, 2020 regarding the need to show available funding for the proposed Third Friday Plan. | | |
| 39 | Email response to Brad Shraiberg from Elizabeth Green dated June 1, 2020 regarding Third Friday's ability to fund the Plan. | | |
| 40 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 21, 2020 regarding the scheduling of calls with Third Friday lender candidates. | | |

| | | | |
|---|---|---|---|
| 41 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 22, 2020 regarding scheduling and cancellation of call with Portuguese lender. | | |
| 42 | Email exchange by and between Jimmy Parrish and Brad Shraiberg dated July 23, 2020 regarding attempt to reschedule lender call with Portuguese lender. | | |
| 43 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 24, 2020 regarding removal of appraisal contingency and completion of appraisal. | | |
| 44 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 27, 2020 regarding non-compliance with bid procedures and response that additional information is forthcoming | | |
| 45 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding extension of auction start time and explanation of screen 2017 shot of account statement. | | |
| 46 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding follow up on screen shot question. | | |
| 47 | Email exchange by and between Elizabeth Green and Brad Shraiberg dated July 28, 2020 regarding availability of committed funds. | | |
| 48 | Summary and supporting Bank Statements of St. Alexius Hospital Corporation #1 demonstrating payments directly to Michael Lewitt between July 2019 and November 2019 | | |
| 49 | Lease Agreement dated 3/28/2019 for personal residence of Grant White Guaranteed by Third Friday. | | |
| 50 | Guaranty of Pelorus Obligations in connection with St. Alexius Acquisition by Third Friday | | |
| 51 | Email exchange by and between Michael Lewitt and Grant White dated December 24, | | |

|  |  |  |  |
|---|---|---|---|
|  | 2019 related to Third Friday's inability to pay creditors on account of Americore's failure to pay Third Friday |  |  |
| 52 | Email exchange by and between Michael Lewitt and Mark Benedict dated December 30, 2019 regarding Third Friday's takeover of the Debtors bank accounts. |  |  |
| 53 | Email exchange by and between Michael Lewitt and James Irving dated December 31, 2020 regarding Mr. Lewitt taking control of the Debtors and their property. |  |  |
| 54 | Proof of claim number 45-1 of Third Friday Total Return Fund, LLP filed in the amount of $25,780.016.07. |  |  |