# EXHIBIT 6



399 Park Avenue 2nd FL
New York, New York 10022
+1 212 500 1304

July 24, 2020

Michael Lewitt
The Third Friday Total Return Fund, L.P.
85 N. Congress Avenue
Delray Beach, FL 33445

RE: Addendum to the July 19, 2020 The Third Friday Total Return Fund, L.P. commitment letter.

Dear Mr. Lewitt

Due to a change in circumstances whereby Third Friday has provided further information on its guarantee we are pleased to inform you that the only condition remaining to be met for us to proceed to close will be loan documents mutually agreeable to our firm and Third Friday. We very much look forward to a timely completion of this acquisition.
Feel free to call through the weekend if needed

Sincerely

**FIRST WALL STREET CAPITAL, INC**

Name: Glenn Myles
Title:   Chief Executive Officer