# EXHIBIT 11

**From:** Brad S. Shraiberg
**Sent:** Monday, June 29, 2020 3:35 PM
**To:** Parrish, Jimmy D. <jparrish@bakerlaw.com>
**Cc:** Green, Elizabeth A. <egreen@bakerlaw.com>
**Subject:** Re: Americore

Thanks!!!

Bradley Shraiberg
(561) 443-0801

Sent from my iPad

> On Jun 29, 2020, at 3:34 PM, Parrish, Jimmy D. <jparrish@bakerlaw.com> wrote:
>
> [External Email]
> Yes, we are filing the modification today.  Ellwood bids extended by two weeks.  St. Alexius extended until the 24th.
>
> **From:** Brad S. Shraiberg <bss@slp.law>
> **Sent:** Monday, June 29, 2020 3:33 PM
> **To:** Green, Elizabeth A. <egreen@bakerlaw.com>; Parrish, Jimmy D. <jparrish@bakerlaw.com>
> **Subject:** Americore
>
>
> [External Email: Use caution when clicking on links or opening attachments.]
>
> Can you confirm that the deadline to submit offers has been extended?  None of the orders continuing the last hearing until July 2nd mentioned any of the deadlines.
>
> Let me know.
>
> Thanks!
>
>
> <image001.jpg>
>
> Bradley S. Shraiberg
> Shraiberg, Landau, & Page P.A.
> 2385 N.W. Executive Center Dr.
> Suite 300
> Boca Raton, FL 33431
> (561) 443-0800 Main
> (561) 443-0801 Direct

1

(561) 998-0047 Fax

<image002.jpg>
<image003.jpg>

🌲 Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. (The foregoing statement is made in accordance with Circular 230, 31 C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.