# EXHIBIT 12

**From:** Brad S. Shraiberg
**Sent:** Monday, July 13, 2020 4:33 PM
**To:** Elizabeth Green (egreen@bakerlaw.com) <egreen@bakerlaw.com>; jparrish@bakerlaw.com
**Subject:** Americore

I hope all is well.  My client received the first of what it believes will be three financing commitment letters today that will fully fund the proposed plan.  In fact, they have been approved for an amount that will give them the flexibility to increase its bid if necessary.  I am prepared to share it with you provided that, for now, you agree to keep it confidential with just your client and her professionals.

Please give me a call when you have a moment.

Thanks!



Bradley S. Shraiberg
Shraiberg, Landau, & Page P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0801 Direct
(561) 998-0047 Fax



Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31  C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.