# EXHIBIT 34

# Process Summary

| Buyer Log Summary | |
|---|---|
| **Description** | **# of Parties (St. Alexius)** |
| Parties Contacted/Marketing Materials Sent | 205 |
| NDA Sent | 27 |
| NDA Executed | 21 |
| Data Room Access | 21 |
| Site Visit Completed | 5 |
| LOI Submitted | 5 |
| APA Submitted | 4 |
| Final Bids | 2 |
| Declined opportunity | 26 |