# EXHIBIT 48

Case 19-61608-grs    Doc 833-48    Filed 07/29/20    Entered 07/29/20 08:18:59    Desc
Exhibit 48. Summary and supporting Bank Statements of St. Alexius Hospital Corp    Page 2 of 7

Michael Lewitt

**Americore Holdings, *et al.*, Debtors.**

**United States Bankruptcy Court - Case No. 19-61608 (Jointly Administered)**
**St. Alexius Hospital Corporation #1**
**Disbursements to Michael Lewitt**
**From March 1, 2019 through December 31, 2019**

| Bank ID | Account Holder | Account Name | Type | Wire Date | Memo | Amount |
|---|---|---|---|---|---|---:|
| USB-6860 | St. Alexius Hospital Corporation # 1 | Operating Account | Wire | 07/12/19 | Wire Debit REF003002 BNF=MICHAEL LEWITT 6024 FIRST REPUBLIC SAN 190712029546 | $ 50,000.00 |
| USB-6860 | St. Alexius Hospital Corporation # 1 | Operating Account | Wire | 08/30/19 | Wire Debit REF003747 BNF=MICHAEL LEWITT FIRST REPUBLIC SAN 190830114168 | 35,000.00 |
| USB-6886 | St. Alexius Hospital Corporation # 1 | Petty Cash Account | Wire | 10/15/19 | FIRST REPUBLIC SAN | 10,000.00 |
| USB-6886 | St. Alexius Hospital Corporation # 1 | Petty Cash Account | Wire | 10/25/19 | FIRST REPUBLIC SAN | 10,000.00 |
| USB-6886 | St. Alexius Hospital Corporation # 1 | Petty Cash Account | Wire | 11/08/19 | FIRST REPUBLIC SAN | 25,000.00 |
| **Total** | | | | | | **$ 130,000.00** |


ST. ALEXIUS HOSPITAL CORPORATION # 1
DDA ACCOUNT
3033 S BROADWAY
SAINT LOUIS MO 63118-4601

Case 19-61608-grs   Doc 836-48   Filed 07/29/20   Entered 07/29/20 08:18:59   Desc
Exhibit 48. Summary and supporting Bank Statements of St. Alexius Hospital Corp   Page 3 of 7

**Business Statement**
Account Number: -6860
Statement Period:
Jul 1, 2019
through
Jul 31, 2019

Page 5 of 9

# ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association                                                                Account Number        -6860

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 11 | Electronic Withdrawal | To PL*KeystonePrope | | 2,802.90- |
| | REF=191920050985360N00 | 9000215622WEB PMTS 4NLPC1 | | |
| Jul 11 | Electronic Withdrawal | From YES CAPITAL GROU | | 6,999.00- |
| | REF=191920051546940N00 | BTX3303677AA229083 888-234-3604#22 | | |
| Jul 11 | Wire Debit REF001044 | UBS AG NYC    190711011930 | | 15,000.00- |
| | BNF=SALZBURG INVESTMENT | | | |
| Jul 11 | Wire Debit REF002716 | SUMMIT BANK NA PAN  190711028816 | | 20,000.00- |
| | BNF=BROSSETT CORP ST | LOUIS MO | | |
| Jul 11 | Wire Debit REF002658 | THE CENTRAL TRUST   190711027323 | | 50,000.00- |
| | BNF=THE KINGS MIDWEST | DIVISION, LLC 1000 FAIRGR | | |
| Jul 11 | Wire Debit REF002182 | PNC PITT     190711023870 | | 200,000.00- |
| | BNF=TITAN LOAN SERVICING | LLC 2701 NORTHWEST BOC | | |
| Jul 12 | Electronic Withdrawal | From YES CAPITAL GROU | | 6,999.00- |
| | REF=191930031305460N00 | BTX3303677AA229083 888-234-3604#23 | | |
| Jul 12 | Electronic Withdrawal | From IFUNDAMERICA, CO | | 7,500.00- |
| | REF=191920113285280N00 | 9200502236ACH Debit 5223029293 | | |
| Jul 12 | Wire Debit REF002469 | PNC PITT     190712029545 | | 14,000.00- |
| | BNF=BEYOND RISK | CONSULTANTS LLC 1764 MEADOWCRES | | |
| Jul 12 | Wire Debit REF002474 | FIFTH CINCINNATI   190712029544 | | 30,000.00- |
| | BNF=BRENNAN, MANNA AND | DIAMOND AKRON OH | | |
| Jul 12 | Wire Debit REF002438 | PNC PITT     190712029543 | | 46,096.00- |
| | BNF=AETNA HEALTH OF | GEORGIA | | |
| Jul 12 | Wire Debit REF003002 | FIRST REPUBLIC SAN  190712029546 | | 50,000.00- |
| | BNF=MICHAEL LEWITT 6024 | LE LAC ROAD | | |
| Jul 15 | Analysis Service Charge | | 1500000000 | 5,555.87- |
| Jul 15 | Electronic Withdrawal | From YES CAPITAL GROU | | 6,999.00- |
| | REF=191960125131840N00 | BTX3303677AA229083 888-234-3604#24 | | |
| Jul 15 | Wire Debit REF003904 | WELLS SF     190715045039 | | 48,000.00- |
| | BNF=WESTERN HEALTHCARE | 13155 NOEL ROAD, STE 200 | | |
| Jul 15 | Wire Debit REF004862 | JPMCHASE NYC    190715053270 | | 50,000.00- |
| | BNF=FOUNTAIN HEALTHCARE | SERVICES LL FL | | |
| Jul 15 | Wire Debit REF004730 | WELLS SF     190715053269 | | 60,000.00- |
| | BNF=PREMIER HEALTH | PARTNERS GILBERT AZ | | |
| Jul 15 | Wire Debit REF000675 | JPMORGAN CSE BK, N  190715009636 | | 70,000.00- |
| | BNF=TRITON RECOVERY | GROUP 1600 S FEDERAL HIGHWA | | |
| Jul 15 | Wire Debit REF000705 | JPMCHASE NYC    190715009780 | | 100,000.00- |
| | BNF=EYS CAPITAL LLC 555 | MADISON AVE | | |
| Jul 16 | Wire Debit REF003331 | DBTCO AMERICAS NYC  190716034529 | | 2,968.50- |
| | BNF=AT&T CORP/ ACC | BUSINESS 400 WEST AVE | | |
| Jul 16 | Electronic Withdrawal | From YES CAPITAL GROU | | 6,999.00- |
| | REF=191970035142110N00 | BTX3303677AA229083 888-234-3604#25 | | |
| Jul 16 | Wire Debit REF003353 | BMO HARRIS BANK NA  190716034562 | | 9,411.00- |
| | BNF=ARTHUR J GALLAGHER | RISK MANAGEMENT ATLANTA | | |
| Jul 16 | Electronic Funds Transfer | To Account    6886 | | 62,000.00- |
| Jul 16 | Wire Debit REF002535 | FIRST FEDERAL BANK  190716026652 | | 75,000.00- |
| | BNF=PELORUS EQUITY GROUP | 124 TUSTIN AVE | | |
| Jul 16 | Electronic Withdrawal | From ABS-ATF | | 159,802.02- |
| | REF=191960192472390N00 | 363086057ICASH TRANSA19145 | | |
| Jul 17 | Electronic Withdrawal | From YES CAPITAL GROU | | 6,999.00- |
| | REF=191980019231540N00 | BTX3303677AA229083 888-234-3604#26 | | |
| Jul 17 | Wire Debit REF002440 | FIDELITY BANK A DI  190717029238 | | 15,000.00- |
| | BNF=CHARLES S. SWANSON | | | |
| Jul 17 | Wire Debit REF002187 | JPMORGAN CHASE BK  190717026497 | | 28,481.28- |
| | BNF=ARFC CHICAGO IL | | | |
| Jul 17 | Wire Debit REF002572 | WELLS SF     190717029237 | | 35,508.73- |
| | BNF=C.R BARD PO BOX | 75767 | | |


ST. ALEXIUS HOSPITAL CORPORATION # 1
DDA ACCOUNT
3933 S BROADWAY
SAINT LOUIS MO  63118-4601

Case 19-61608-grs   Doc 836-48   Filed 07/29/20   Entered 07/29/20 08:18:59   Desc
Exhibit 48. Summary and supporting Bank Statements of St. Alexius Hospital Corp    Page 4 of 7

**Business Statement**
Account Number: -6860
Page 8 of 9
Statement Period:
Aug 1, 2019
through
Aug 31, 2019



## ANALYZED CHECKING  (CONTINUED)

U.S. Bank National Association    **Account Number**   -6860

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 29 | Wire Debit REF003481 | SUNTRUST ATL | 190829038165 | 39,198.65- |
|  | BNF=OWENS & MINOR | | | |
| Aug 29 | Wire Debit REF003189 | FIRST CITZ BK AND | 190829035174 | 42,201.00- |
|  | BNF=MED MANAGEMENT LLC | | | |
| Aug 29 | Wire Debit REF003077 | WELLS SF | 190829033813 | 46,000.00- |
|  | BNF=WESTERN HEALTHCARE | 13155 NOEL ROAD, STE 200 | | |
| Aug 30 | Electronic Withdrawal | To GTR Source LLC | | 5,000.00- |
|  | REF=192420073028240N00 | 9371866690848245717284280726 | | |
| Aug 30 | Wire Debit REF006252 | PREFERRED LA | 190830168001 | 6,000.00- |
|  | BNF=AMERICORE HOLDINGS | 1240 ROSECRANS AVE | | |
| Aug 30 | Electronic Withdrawal | To IFUNDAMERICA, CO | | 7,500.00- |
|  | REF=192420073945480N00 | 9200502236ACH Debit 5227077195 | | |
| Aug 30 | Electronic Withdrawal | To Smart Business | | 8,994.00- |
|  | REF=192420073146820N00 | 9475617234323830510884293651 | | |
| Aug 30 | Wire Debit REF003755 | FIRST REPUBLIC SAN | 190830114166 | 15,000.00- |
|  | BNF=THIRD FRIDAY TOTAL | RETURN FUND LP | | |
| Aug 30 | Wire Debit REF003747 | FIRST REPUBLIC SAN | 190830114168 | 35,000.00- |
|  | BNF=MICHAEL LEWITT | | | |
| Aug 30 | Electronic Withdrawal | To Empire State Ban | | 35,000.00- |
|  | REF=192410120625110N00 | 812753504 HIGHSCORE HIGHSCORE DEBIT | | |
| Aug 30 | Wire Debit REF003882 | THE CENTRAL TRUST | 190830112418 | 42,213.14- |
|  | BNF=THE KINGS MIDWEST | DIVISION, LLC 1000 FAIRGR | | |
| Aug 30 | Wire Debit REF003987 | FCB BANKS COLLINSV | 190830120926 | 71,885.41- |
|  | BNF=ELECTROMEK | DIAGNOSTICS SYSTEMS | | |
| Aug 30 | Wire Debit REF003731 | BMO HARRIS BANK NA | 190830114136 | 82,648.42- |
|  | BNF=ARTHUR J GALLAGHER | RMS INC PREMIUM TRUST AC | | |
| Aug 30 | Wire Debit REF003989 | CITIBANK, N.A. O F | 190830120922 | 138,238.65- |
|  | BNF=TRITON BENEFITS | | | |

                                                             **Total Other Withdrawals**   $   3,585,260.97-

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 600622 | Aug 1 | 8954280051 | 136.55 | 600706* | Aug 2 | 9252742530 | 11,899.39 |
| 600638* | Aug 2 | 9253113209 | 814.76 | 600707 | Aug 5 | 8055323951 | 866.43 |
| 600662* | Aug 8 | 8952516343 | 11,435.89 | 600708 | Aug 2 | 9250537713 | 2,239.27 |
| 600667* | Aug 1 | 8952854223 | 1,923.81 | 600712* | Aug 5 | 8054488624 | 7,190.95 |
| 600669* | Aug 1 | 8952846159 | 1,523.45 | 600713 | Aug 5 | 8058571229 | 109.02 |
| 600682* | Aug 14 | 8654957338 | 15,092.75 | 600714 | Aug 5 | 8054080304 | 3,191.75 |
| 600684* | Aug 5 | 8054219389 | 1,526.18 | 600715 | Aug 9 | 9252585793 | 3,950.00 |
| 600687* | Aug 5 | 8053469714 | 9,609.22 | 600716 | Aug 6 | 8355395758 | 2,119.25 |
| 600688 | Aug 2 | 9255630986 | 14,078.00 | 600717 | Aug 12 | 8056488226 | 6,625.00 |
| 600689 | Aug 2 | 9255630984 | 25,000.00 | 600718 | Aug 8 | 8950569854 | 174.27 |
| 600690 | Aug 2 | 9255630985 | 25,000.00 | 600719 | Aug 8 | 8950569859 | 571.18 |
| 600691 | Aug 2 | 9253572286 | 571.50 | 600720 | Aug 8 | 8950569860 | 1,243.43 |
| 600692 | Aug 5 | 8057600857 | 879.30 | 600721 | Aug 8 | 8950569855 | 427.13 |
| 600693 | Aug 5 | 8053939061 | 9,538.91 | 600722 | Aug 8 | 8950569857 | 606.79 |
| 600695* | Aug 5 | 8055068369 | 9,078.22 | 600723 | Aug 8 | 8950569856 | 273.96 |
| 600696 | Aug 5 | 8055325973 | 445.41 | 600724 | Aug 8 | 8950569858 | 610.38 |
| 600697 | Aug 5 | 8054498126 | 2,361.69 | 600725 | Aug 12 | 8054833319 | 1,831.73 |
| 600698 | Aug 1 | 8954491714 | 5,975.32 | 600726 | Aug 12 | 8053831897 | 3,411.00 |
| 600699 | Aug 5 | 8055099282 | 505.40 | 600727 | Aug 15 | 8954324280 | 100.00 |
| 600700 | Aug 6 | 8354273762 | 773.15 | 600728 | Aug 8 | 8953015113 | 6,254.94 |
| 600701 | Aug 8 | 8951123758 | 12,800.00 | 600729 | Aug 8 | 8954506876 | 18,428.00 |
| 600702 | Aug 2 | 9253095951 | 235.24 | 600730 | Aug 9 | 9253522482 | 5,577.36 |
| 600703 | Aug 2 | 9254080818 | 13,868.42 | 600731 | Aug 12 | 8054299524 | 553.31 |


ST. ALEXIUS HOSPITAL CORPORATION # 1
3033 S BROADWAY
SAINT LOUIS MO 63118-4601

Business Statement
Account Number:
-6886
Statement Period:
Oct 1, 2019
through
Oct 31, 2019

Page 3 of 6

Case 19-61608-grs   Doc 833-48   Filed 07/29/20   Entered 07/29/20 08:18:59   Desc
Exhibit 48. Summary and supporting Bank Statements of St. Alexius Hospital Corp   Page 5 of 7

## ANALYZED CHECKING (CONTINUED)
U.S. Bank National Association   Account Number   -6886

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 31 | Electronic Funds Transfer | From Account | 6845 | 58,000.00 |
| | | | **Total Other Deposits** | **$ 1,800,795.92** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 1 | Electronic Withdrawal REF=192740064482550Y00 | To MERCHANT SERVICE 1841010148MERCH FEE 8020494681 | | $ 157.98- |
| Oct 1 | Electronic Withdrawal REF=192730200367400N00 | To WAGEWORKS FSA 1943351864RECEIVABLEINV1668584 | | 2,337.36- |
| Oct 4 | Wire Debit REF004325 BNF=AMERICORE HOLDINGS | PREFERRED LA    191004044103 1240 ROSECRANS AVE | | 5,000.00- |
| Oct 8 | Electronic Withdrawal REF=192810068897940N00 | To WAGEWORKS FSA 1943351864RECEIVABLEINV1677711 | | 2,134.91- |
| Oct 8 | Wire Debit REF001504 BNF=AMERICORE HOLDINGS | PREFERRED LA    191008018163 1240 ROSECRANS AVE | | 5,000.00- |
| Oct 8 | Wire Debit REF001555 BNF=ZIMMER US, INC 1800 | BK AMER NYC    191008018803 WEST CENTER STREET | | 5,500.00- |
| Oct 8 | Wire Debit REF001387 BNF=ARFC CHICAGO IL | JPMORGAN CHASE BK   191008017126 | | 9,208.02- |
| Oct 8 | Wire Debit REF001500 BNF=AYA HEALTHCARE, INC. | BK WEST WALNUT CRE  191008018124 5930 CORNERSTONE COURT | | 11,000.00- |
| Oct 8 | Wire Debit REF001289 BNF=MCKESSON CORP | WELLS SF    191008016131 CINCINNATI OH | | 15,000.00- |
| Oct 8 | Wire Debit REF002217 BNF=WESTERN HEALTHCARE | WELLS SF    191008024977 LLC 13155 NOEL RD | | 20,000.00- |
| Oct 8 | Wire Debit REF002989 BNF=THE KINGS MIDWEST | THE CENTRAL TRUST   191008029501 DIVISION, LLC 1000 FAIRGR | | 22,800.00- |
| Oct 9 | Wire Debit REF002591 BNF=MCKESSON CORP | WELLS SF    191009030022 CINCINNATI OH | | 20,000.00- |
| Oct 10 | Wire Debit REF002045 BNF=ARFC CHICAGO IL | JPMORGAN CHASE BK   191010023035 | | 17,225.43- |
| Oct 11 | Wire Debit REF002406 BNF=BEYOND RISK 1764 | PNC PITT    191011027325 MEADOWCREST DRIVE | | 3,000.00- |
| Oct 11 | Wire Debit REF001795 BNF=AYA HEALTHCARE, INC. | BK WEST WALNUT CRE  191011021738 5930 CORNERSTONE COURT | | 11,000.00- |
| Oct 11 | Wire Debit REF002491 BNF=ST. ALEXIUS HOSPITAL | BK AMER NYC    191011027585 | | 24,000.00- |
| Oct 11 | Wire Debit REF003726 BNF=THE KINGS MIDWEST | THE CENTRAL TRUST   191011039834 DIVISION, LLC 1000 FAIRGR | | 50,000.00- |
| Oct 11 | Wire Debit REF001663 BNF=WESTERN HEALTHCARE | WELLS SF    191011019321 LLC 13155 NOEL RD | | 72,000.00- |
| Oct 11 | Wire Debit REF002024 BNF=ELLWOOD MEDICAL | WESBANCO BANK, INC  191011022732 CENTER OPERATIONS ELLWOOD C | | 150,000.00- |
| Oct 11 | Wire Debit INTERNAL BNF=AMEREN MISSOURI | US BANK    191011017086 COMPANY CSS REVENUE 1901 CH | | 200,000.00- |
| Oct 15 | Wire Debit REF006666 BNF=GFI DIGITAL 12163 | THE CENTRAL TRUST   191015075000 PRICHARD FARM RD | | 5,188.49- |
| Oct 15 | Wire Debit REF006266 BNF=GIBBS TECHNOLOGY | THE CENTRAL TRUST   191015073899 LEASING 3236 WEST EDGEWOOD | | 6,051.20- |
| Oct 15 | Wire Debit REF006493 BNF=MICHAEL LEWITT | FIRST REPUBLIC SAN  191015076512 | | 10,000.00- |
| Oct 15 | Wire Debit REF006238 BNF=ELLWOOD MEDICAL | WESBANCO BANK, INC  191015072999 CENTER OPERATIONS L ELLWOOD | | 10,000.00- |
| Oct 15 | Wire Debit REF005929 BNF=CURABOUT LLC SAN | FIRSTBANK SANTURCE  191015066836 JUAN PR | | 10,000.00- |



**U.S. BANK** ST. ALEXIUS HOSPITAL CORPORATION # 1
3933 S BROADWAY
SAINT LOUIS MO 63118-4601

**Business Statement**
Account Number: -6886
Statement Period:
Oct 1, 2019
through
Oct 31, 2019

Page 4 of 6



## ANALYZED CHECKING (CONTINUED)
U.S. Bank National Association                                    Account Number            -6886

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 15 | Wire Debit REF005720 | JPMCHASE NYC     191015068188 | | 35,000.00- |
| | BNF=HIGH SCORE CAPITAL | LLC BROOKLYN NY | | |
| Oct 16 | Electronic Withdrawal | To WAGEWORKS FSA | | 1,352.21- |
| | REF=192890087163620N00 | 1943351864RECEIVABLEINV1689783 | | |
| Oct 17 | Wire Debit REF003653 | TD BANK PHILADELPH  191017036177 | | 2,000.00- |
| | BNF=COMPLETE BUSINESS | SOLUTIONS GROUP PHILADELP | | |
| Oct 17 | Wire Debit REF001439 | JPMORGAN CHASE BK   191017014877 | | 13,553.11- |
| | BNF=ARFC CHICAGO IL | | | |
| Oct 17 | Wire Debit REF002255 | CITIBANK, N.A. O F  191017022956 | | 110,000.00- |
| | BNF=ALLIED BENEFIT - | ATF2 CHICAGO IL | | |
| Oct 18 | Wire Debit REF002596 | 1ST MID AMERICA CR  191018026703 | | 1,000.00- |
| | BNF=TONI KNOCHE | | | |
| Oct 18 | Wire Debit REF002700 | TD BANK PHILADELPH  191018026700 | | 4,336.10- |
| | BNF=COMPLETE BUSINESS | SOLUTIONS | | |
| Oct 18 | Wire Debit REF003601 | BK AMER NYC         191018031343 | | 10,000.00- |
| | BNF=BANK OF AMERICA | | | |
| Oct 18 | Wire Debit REF002589 | FIRSTBANK SANTURCE  191018026706 | | 10,000.00- |
| | BNF=CURABOUT SAN JUAN PR | | | |
| Oct 18 | Wire Debit REF002538 | SUMMIT BANK NA PAN  191018026923 | | 10,000.00- |
| | BNF=BROSSETT CORP ST | LOUIS MO | | |
| Oct 18 | Wire Debit REF001552 | BK WEST WALNUT CRE  191018017636 | | 15,000.00- |
| | BNF=AYA HEALTHCARE, INC. | 5930 CORNERSTONE COURT | | |
| Oct 18 | Wire Debit REF002503 | FIRST UNITED DURAN  191018026705 | | 20,000.00- |
| | BNF=BRIAN MEREDITH | | | |
| Oct 18 | Wire Debit REF001632 | WELLS SF            191018018829 | | 21,646.75- |
| | BNF=TRITON BENEFITS AND | HR SOLUTIONS NJ | | |
| Oct 18 | Wire Debit REF002460 | WELLS SF            191018026707 | | 22,500.00- |
| | BNF=PREMIER HEALTH | PARTNERS GILBERT AZ | | |
| Oct 21 | Wire Debit REF004105 | WELLS SF            191021044035 | | 25,000.00- |
| | BNF=WESTERN HEALTHCARE | LLC 13155 NOEL RD | | |
| Oct 22 | Overdraft Returned Fee | | 8057540291 | 37.00- |
| Oct 22 | Electronic Withdrawal | To WAGEWORKS FSA | | 2,083.84- |
| | REF=192940130019570N00 | 1943351864RECEIVABLEINV1703894 | | |
| Oct 22 | Wire Debit REF000337 | BK WEST WALNUT CRE  191021046942 | | 5,000.00- |
| | BNF=JUAN ROJAS DE BORBON | ANAHEIM HILLS CA | | |
| Oct 23 | Wire Debit REF002177 | PREFERRED LA        191023023612 | | 3,000.00- |
| | BNF=AMERICORE HOLDINGS | 1240 ROSECRANS AVE | | |
| Oct 23 | Wire Debit REF002567 | JPMORGAN CHASE BK   191023028011 | | 15,782.46- |
| | BNF=ARFC CHICAGO IL | | | |
| Oct 24 | Wire Debit REF003706 | WELLS SF            191024039566 | | 1,000.00- |
| | BNF=PREMIER HEALTH | PARTNERS GILBERT AZ | | |
| Oct 24 | Wire Debit REF001594 | BK AMER NYC         191024017958 | | 10,000.00- |
| | BNF=ACE FUNDING SOURCE | JERICHO NY | | |
| Oct 24 | Wire Debit REF002001 | WELLS SF            191024022092 | | 20,000.00- |
| | BNF=WESTERN HEALTHCARE | LLC 13155 NOEL RD | | |
| Oct 24 | Wire Debit REF002282 | COMMERCE KANSAS CI  191024025240 | | 27,198.58- |
| | BNF=FAULTLESS PO BOX | 795145 | | |
| Oct 25 | Wire Debit REF000149 | THE CENTRAL TRUST   191024040831 | | 3,537.09- |
| | BNF=GFI DIGITAL 12163 | PRICHARD FARM RD | | |
| Oct 25 | Wire Debit REF004418 | FIRST REPUBLIC SAN  191025042152 | | 10,000.00- |
| | BNF=MICHAEL LEWITT | | | |
| Oct 25 | Wire Debit REF004010 | BK WEST WALNUT CRE  191025038624 | | 10,000.00- |
| | BNF=AYA HEALTHCARE, INC. | 5930 CORNERSTONE COURT | | |
| Oct 25 | Wire Debit REF003915 | FIRSTBANK SANTURCE  191025037292 | | 10,000.00- |
| | BNF=CURABOUT LLC SAN | JUAN PR | | |
| Oct 25 | Wire Debit REF004381 | BK AMER NYC         191025041760 | | 15,000.00- |
| | BNF=HMF CAPITAL | | | |


ST. ALEXIUS HOSPITAL CORPORATION # 1
3033 S BROADWAY
SAINT LOUIS MO 63118-4601

Case 19-61608-grs   Doc 833-48   Filed 07/29/20   Entered 07/29/20 08:18:59   Desc
Exhibit 48. Summary and supporting Bank Statements of St. Alexius Hospital Corp   Page 7 of 7

**Business Statement**

Account Number:
6886

Statement Period:
Nov 1, 2019
through
Nov 30, 2019



Page 4 of 7

## ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association  **Account Number** 6886

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 8 | Wire Debit REF004268<br>BNF=BROSSETT CORP ST | BANCORPSOUTH BANK<br>LOUIS MO | 191108043426 | 2,000.00- |
| Nov 8 | Wire Debit REF003703<br>BNF=AMERICORE HOLDINGS | PREFERRED LA<br>1240 ROSECRANS AVE | 191108039871 | 4,000.00- |
| Nov 8 | Electronic Withdrawal<br>REF=193110116204490N00 | To Medical Protecti<br>1350506406InsPremiumMPCPAY000360658 | | 4,234.00- |
| Nov 8 | Electronic Withdrawal<br>REF=193120036202740N00 | To FIRST INSURANCE<br>2363437365INSURANCE 900-8488926 | | 8,937.40- |
| Nov 8 | Wire Debit REF004328<br>BNF=TITAN LOAN SERVICING | BB AND T TALLAHASS<br>BOCA RATON FL | 191108045783 | 10,000.00- |
| Nov 8 | Wire Debit REF003903<br>BNF=FAULTLESS PO BOX | COMMERCE KANSAS CI<br>795145 | 191108042215 | 10,000.00- |
| Nov 8 | Wire Debit REF003700<br>BNF=WESTERN HEALTHCARE | WELLS SF<br>LLC 13155 NOEL RD | 191108038231 | 15,000.00- |
| Nov 8 | Wire Debit REF002073<br>BNF=INTEGRA LIFESCIENCES | BK AMER TX | 191108024133 | 16,176.24- |
| **Nov 8** | **Wire Debit REF003492**<br>**BNF=MICHAEL LEWITT** | **FIRST REPUBLIC SAN** | **191108037750** | **25,000.00-** |
| Nov 8 | Wire Debit REF002722<br>BNF=ST. ALEXIUS HOSPITAL | BK AMER NYC | 191108029902 | 30,000.00- |
| Nov 8 | Wire Debit REF002259<br>BNF=AETNA HEALTH OF | PNC PITT<br>GEORGIA | 191108026056 | 46,525.15- |
| Nov 8 | Wire Debit REF002433<br>BNF=WESTERN HEALTHCARE | WELLS SF<br>LLC 13155 NOEL RD | 191108027715 | 50,000.00- |
| Nov 8 | Wire Debit REF002175<br>BNF=TITAN LOAN SERVICING | BB AND T TALLAHASS<br>BOCA RATON FL | 191108025199 | 50,000.00- |
| Nov 8 | Wire Debit REF002401<br>BNF=UNUM LIFE INSURANCE | BK AMER TX | 191108027118 | 81,577.91- |
| Nov 8 | Wire Debit REF002152<br>BNF=THE KINGS MIDWEST | THE CENTRAL TRUST<br>DIVISION, LLC 1000 FAIRGR | 191108022980 | 90,000.00- |
| Nov 12 | Electronic Funds Transfer | To Account 152321236878 | | 5,000.00- |
| Nov 13 | Wire Debit REF003517<br>BNF=BMF CAPITAL BROOKLYN | METROPOLITAN COMM<br>NY | 191113031565 | 2,500.00- |
| Nov 13 | Wire Debit REF002440<br>BNF=WINDSTREAM | JPMCHASE NYC<br>LOUISVILLE KY | 191113025544 | 3,000.00- |
| Nov 13 | Electronic Funds Transfer | To Account 0684 | | 7,500.00- |
| Nov 13 | Wire Debit REF003483<br>BNF=AYA HEALTHCARE, INC. | BK WEST WALNUT CRE<br>5930 CORNERSTONE COURT | 191113034294 | 8,000.00- |
| Nov 13 | Wire Debit REF003390<br>BNF=WESTERN HEALTHCARE | WELLS SF<br>LLC 13155 NOEL RD | 191113034277 | 10,000.00- |
| Nov 13 | Wire Debit REF002090<br>BNF=BRIAN MEREDITH TX | FIRST UNITED DURAN | 191113022111 | 10,000.00- |
| Nov 13 | Wire Debit REF002294<br>BNF=RAOUL J. SEVERO, | JPMCHASE NYC<br>ATTORNEY AT LAW | 191113022209 | 12,500.00- |
| Nov 13 | Wire Debit REF002945<br>BNF=AETNA HEALTH OF | PNC PITT<br>GEORGIA | 191113029830 | 14,056.00- |
| Nov 14 | Electronic Withdrawal<br>REF=193160214739890N00<br>WAGEWORKS FSA | To WAGEWORKS FSA<br>1943351864RECEIVABLEINV1746852<br>0001011.6 | | 1,011.69- |
| Nov 14 | Wire Debit REF003260<br>BNF=ELLWOOD MEDICAL | WESBANCO BANK, INC<br>CENTER OPERATIONS L ELLWOOD | 191114032647 | 10,000.00- |
| Nov 14 | Wire Debit REF002955<br>BNF=ARFC CHICAGO IL | JPMORGAN CHASE BK | 191114030610 | 12,195.96- |
| Nov 14 | Wire Debit REF003342<br>BNF=AYA HEALTHCARE, INC. | BK WEST WALNUT CRE<br>5930 CORNERSTONE COURT | 191114034590 | 15,000.00- |
| Nov 14 | Wire Debit REF003231<br>BNF=AMERICORE HOLDINGS | PREFERRED LA<br>1240 ROSECRANS AVE | 191114033635 | 20,000.00- |