# EXHIBIT 51

# Exhibit D

**(December 24, 2019 Email)**

**Irving, James R.**

---

**Subject:**                                   FW: Still need the following information


**From:** Michael Lewitt <mlewitt@thecreditstrategist.com>
**Sent:** Tuesday, December 24, 2019 11:56 AM
**To:** Grant White <Grant@americorehealth.com>
**Cc:** sam halim <samh0264@gmail.com>
**Subject:** Re: Still need the following information

You've already spent a bunch of it. I sent you a default notice this morning and I am going to seek my remedies immediately. If I have to file this company or shut down the hospitals so be it (Ellwood is already closed so we are down to St Alexius). But I am not going to let this continue. Do not pay anything else until you get my written permission.

Sent from my iPhone


> On Dec 24, 2019, at 11:51 AM, Grant White <Grant@americorehealth.com> wrote:
>
>
> Im not touching the old ar.  Will resend Fridays sources and uses to you.  Just got off phone with bank to get the Midwest wire out.
>
>
>
> Thank you,
>
> **Grant White**
> *Founder & CEO*
> Americore Health℠
> 954.654.0301
> grant@americorehealth.com
> americorehealth.com
> <image001.jpg>
>
> *For meetings, calls, and appointments* please email my assistant *Cecile@americorehealth.com* *and send a calendar invite for all scheduling requests.*
>
> *Confidentiality Notice: The information contained in this electronic message is privileged and confidential information intended only for the use of the individual entity or entities named as recipient or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by electronic mail or by telephone and permanently delete this message from your computer system. Thank you.*
>
> ---
>
> **From:** Michael Lewitt <mlewitt@thecreditstrategist.com>
> **Sent:** Tuesday, December 24, 2019 11:43 AM
> **To:** Grant White <Grant@americorehealth.com>
> **Cc:** sam halim <samh0264@gmail.com>
> **Subject:** Re: Still need the following information

1

And what happened to the 75 you paid MEDs in Friday? Your numbers are not making sense which is why I asked for the final sources and uses. We discussed paying them 75.

And again the old AR is not Americore's money to spend. This is not ok. Should I have all the people coming after me call you for an explanation why I can't pay them?

Sent from my iPhone

> On Dec 24, 2019, at 11:19 AM, Grant White <Grant@americorehealth.com> wrote:
>
> From where? The $250000 bridge that just I just got put in to pay $200000 to MEDS right now and $36,000 to health insurance.
>
> The payroll account is still $15000 short of checks written.
>
> I'll call as soon as I get this MEDS wire out.
>
> I will move the $7500 I just saw from Brian's email from today's payments over to the third Friday account as soon as I'm off phone.
>
> I'll then call to walk through everything. You have the needs list from Friday's Email.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Michael Lewitt <mlewitt@thecreditstrategist.com>
> **Sent:** Tuesday, December 24, 2019 8:12:50 AM
> **To:** Grant White <Grant@americorehealth.com>
> **Cc:** sam halim <samh0264@gmail.com>
> **Subject:** Re: Still need the following information
>
> I got the am one but not the pm one where you show what was actually paid.
>
> I need the old AR paid today I am told by the troops that there are sufficient funds to pay me at least $100k of the $171 plus today's small additional amount that is owed.
>
> Sent from my iPhone
>
>> On Dec 24, 2019, at 11:04 AM, Grant White <Grant@americorehealth.com> wrote:
>>
>> The sources and uses on Friday I sent to you. Give me a couple minutes. I'm getting the MEDS wire out from the bridge I just got in place that just hit the account.
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Michael Lewitt <mlewitt@thecreditstrategist.com>
>> **Sent:** Tuesday, December 24, 2019 7:58:23 AM
>> **To:** Grant White <Grant@americorehealth.com>

2

**Cc:** sam halim <samh0264@gmail.com>
**Subject:** Re: Still need the following information

No you didn't send that we paid them just what we owe them

Sent from my iPhone

> On Dec 24, 2019, at 10:57 AM, Grant White <Grant@americorehealth.com> wrote:
>
> I sent that to you early yesterday
>
> Get Outlook for iOS
>
> ---
>
> **From:** Michael Lewitt <mlewitt@thecreditstrategist.com>
> **Sent:** Tuesday, December 24, 2019 5:47:16 AM
> **To:** Grant White <Grant@americorehealth.com>; sam halim <samh0264@gmail.com>
> **Subject:** Still need the following information
>
> MCA payments
> Actual sources and uses for Friday's collections (the 900k)
>
> Michael E. Lewitt
> Third Friday Management, LLC
> 85 N. Congress Avenue
> Delray Beach, FL 33445
> (561) 239-1510
> mlewitt@thirdfriday.com
>
> This communication (including any attachments) contains information which is confidential and may also be legally privileged. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), you are strictly prohibited from distributing, copying, disclosing or using this communication or the information in it (in whole or in part). If you received this information in error, please notify us by email (mlewitt@thecreditstrategist.com) or by telephone (561-239-1510) and then delete the email (including any attachments) from your system together with any copies of it. This communication does not constitute investment advice or a recommendation to purchase any security and does not constitute an offer to sell any security.
>
> Third Friday Management, LLC is registered as an investment adviser with the Securities and Exchange Commission.

3