# EXHIBIT 52

**Exhibit F**

**(December 30, 2019 Email)**

Case 19-66008-jrs Doc 333-52 Filed 07/09/20 Entered 07/09/20 08:28:59 Desc
Exhibit 52. Email exchange by and between Michael Lewitt and Mark Benedict date    Page 2 of 6

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Monday, December 30, 2019 4:13 PM |
| **To:** | Benedict, Mark |
| **Cc:** | Grant White; Irving, James R. |
| **Subject:** | Re: Last loan doc - this one we need signed ASAP |

**[EXTERNAL EMAIL]**

Dear Mark,

Your note is total nonsense. I fully within my rights under my fund's loan agreement and forbearance agreement.

Your client is facing federal and state criminal and civil investigations in PA and there may be more to come in MO. Any company would demand his resignation just for that but that doesn't even begin to touch on his other improper actions.

Americore is in default of my fund's loan agreements as a result of Grant's deliberate actions (specifically the MCA borrowings) that were done without my knowledge. If you want to litigate this I will be happy to do so but I strongly suggest you figure out how Grant is going to pay your bills because Americore is not going to pay his legal bills and he is facing millions of dollars of personal liability for loans he took on behalf of he company.

If you ever threaten another Americore employee  into violating company policy to improperly provide access to company funds to a CEO under civil and criminal investigation as you did today with Chris Geissman, I will report you to the California Bar.

We did not take this action without a great deal of consideration and with notice to Grant last week and in order to insure that the hospitals can continue caring for patients and meet their obligations to regulators and creditors. It was failing miserably in that regard under Grant's management.

Sincerely,

Michael Lewitt


Sent from my iPhone

> On Dec 30, 2019, at 3:33 PM, Benedict, Mark <Mark.Benedict@huschblackwell.com> wrote:
>
> Michael:
>
> Please provide me any orders of any regulator requiring the removal of Mr. White from the company.  We are aware of no such action by any regulator and certainly no action by any regulator in Missouri.

1

Additionally, I have reviewed the documents you previously provided, and I have not found you to have a role as an officer, director or manager of the corporate entities with the power to direct the corporate entities. We have also not received any documents reflecting any rights at the St. Alexius Hospital Corporation #1. While I have seen a pledge of the equity at the Americore Holdings LLC level, such a security interest must be foreclosed for the lender to have any rights. We have not seen any information that would reflect that there has been a foreclosure in compliance with the UCC. Americore Holdings LLC does not consent to a surrender of the equity in full or partial satisfaction of debt.

I have been provided a number of e-mails sent by you over the last several days where you purport to take action on behalf of the hospital and the other corporations. I have also seen a number of actions by you individually and on behalf of 3rd Friday Fund exercising control of St. Alexius Hospital Corporation #1's bank accounts and instructing employees and consultants of the hospital to interfere with the operations of the hospital. It has also come to my attention that 3rd Friday Fund converted approximately $236,000 of St. Alexius Hospital Corporation #1's cash in its bank accounts to an account owned by 3rd Friday Fund. Again, we have received no documents or information that reflects that you have the right to take this action. This is true, not the least of which, because St. Alexius Hospital Corporation #1 is not a party to any of the documents provided to me. No pledge of any asset of St. Alexius Hospital Corporation #1 has been provided to 3rd Friday Total Return Fund. Simply put, you have no such rights as you have appeared to exercise them. Your actions have and will continue to cause damages to the hospital, and each of my clients reserves any and all rights to pursue any and all rights and remedies against you, the 3rd Friday Total Return Fund and any person acting on your behalf in interfering with the hospital.

As a consequence, we hereby demand that you cease and desist in exercising control over or otherwise interfering with the operations Americore Holding, LLC, Success Healthcare 2 LLC, St. Alexius Hospital Corporation #1. To the extent you have usurped operating funds from the hospital, you are demanded to promptly return control over the accounts to the hospital and its CEO, Grant White. To the extent you have added yourself to the Company's bank accounts with access, view or other rights, you should promptly have yourself and Jack Schneider removed from all of the hospital's accounts. Failure to return control of the bank accounts to the hospitals may result in legal action, including an assessment of damages.

Sincerely,

Mark T. Benedict


**Mark T. Benedict**
**Partner**

**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Direct:  816.283.4677
Fax:  816.983.8080
Mark.Benedict@huschblackwell.com
huschblackwell.com
View Bio | View VCard


*************************** *Begin Notice from Husch Blackwell LLP* *******************************
*This e-mail message and all attachments, if any, may contain confidential and privileged material and are intended only for the intended recipient. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling (816) 983-8000 and destroy the original and any copies of this e-mail.*

*************************** *End Notice from Husch Blackwell LLP* *******************************

**From:** Michael Lewitt [mailto:mlewitt@thecreditstrategist.com]
**Sent:** Monday, December 30, 2019 2:08 PM
**To:** Benedict, Mark <Mark.Benedict@huschblackwell.com>
**Cc:** Grant White <Grant@americorehealth.com>
**Subject:** Re: Last loan doc - this one we need signed ASAP

[EXTERNAL EMAIL]

Dear Mark,

This is the situation at Americore.

The company is in multiple defaults of my loan agreement and forbearance agreement.

The regulators have instructed me to remove Grant from management and to cut off his access to company funds.

Grant is under civil and criminal investigation in PA as is the company.

A preliminary examination of St Alexius's bank statements shows missing money and millions of dollars of payments to lenders whose loans violated my fund's loan agreement.

New management is coming in January to address the operational and financial problems that Grant created.

Grant needs personal civil and criminal counsel.

I am in the process of hiring counsel.

Until then Grant needs to stand down and stop trying to interfere with the company.

Best,

Michael

Sent from my iPhone


> On Dec 30, 2019, at 2:49 PM, Benedict, Mark <Mark.Benedict@huschblackwell.com> wrote:
>
> Michael:
>
> As you know, we have been brought in recently to represent Americore Holdings, LLC, St. Alexius Hospital Corporation #1 and St. Alexius Properties, LLC. Please advise whether you and 3rd Friday Total Return Fund is currently represented by counsel. If you are, please advise of the name and phone number of such counsel. If not, please confirm that you are not represented.

3

Case 19-61608-grs Doc 833-52 Filed 07/09/20 Entered 07/09/20 15:28:59 Desc
Exhibit 52. Email exchange by and between Michael Swift and Mark Benedict date    Page 6 of 6

Case 19-61608-grs    Doc 833-52    Filed 07/09/20    Entered 07/09/20 15:28:59    Desc
Exhibit Michael Lewitt    Page 5 of 5

Mark T. Benedict

**Mark T. Benedict
Partner**

**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Direct:  816.283.4677
Fax:  816.983.8080
Mark.Benedict@huschblackwell.com
huschblackwell.com
View Bio | View VCard

*************************** *Begin Notice from Husch Blackwell LLP* *******************************
*This e-mail message and all attachments, if any, may contain confidential and privileged material and are intended only for the intended recipient. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling (816) 983-8000 and destroy the original and any copies of this e-mail.*

*************************** *End Notice from Husch Blackwell LLP* *******************************

**From:** Michael Lewitt [mailto:mlewitt@thecreditstrategist.com]
**Sent:** Monday, December 16, 2019 4:59 PM
**To:** Benedict, Mark <Mark.Benedict@huschblackwell.com>; 'Grant White' <Grant@americorehealth.com>
**Subject:** Last loan doc - this one we need signed ASAP

[EXTERNAL EMAIL]


Michael E. Lewitt
Third Friday Management, LLC
85 N. Congress Avenue
Delray Beach, FL 33445
(561) 239-1510
mlewitt@thirdfriday.com

This communication (including any attachments) contains information which is confidential and may also be legally privileged.  This communication is for the exclusive use of the intended recipient(s).  If you are not the intended recipient(s), you are strictly prohibited from distributing, copying, disclosing or using this communication or the information in it (in whole or in part).  If you received this information in error, please notify us by email (mlewitt@thecreditstrategist.com) or by telephone (561-239-1510) and then delete the email (including any attachments) from your system together with any copies of it.  This communication does not constitute investment advice or a recommendation to purchase any security and does not constitute an offer to sell any security.

Third Friday Management, LLC is registered as an investment adviser with the Securities and Exchange Commission.