# EXHIBIT 53

Exhibit G   Page 1 of 9

# Exhibit G

**(December 31, 2019 Emails)**

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Tuesday, December 31, 2019 12:39 PM |
| **To:** | Irving, James R. |
| **Cc:** | Grant White; Jack Schneider; sam halim; Benedict, Mark |
| **Subject:** | RE: In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases |

**[EXTERNAL EMAIL]**

Dear Jim,

We are in control of the company not Grant. We will go into court and challenge this and make sure that Grant is held criminally and civilly liable for his actions. We are not surrendering control of operations and I am filing a lawsuit against Grant for fraud as well as filing a criminal complaint with the US Attorney against him.

Sincerely,

Michael

**From:** Irving, James R. [mailto:JIrving@bgdlegal.com]
**Sent:** Tuesday, December 31, 2019 12:33 PM
**To:** Michael Lewitt <mlewitt@thecreditstrategist.com>
**Cc:** Grant White <Grant@americorehealth.com>; Jack Schneider <JackSchneiderJSS@outlook.com>; sam halim <samh0264@gmail.com>; Benedict, Mark <Mark.Benedict@huschblackwell.com>
**Subject:** In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases
**Importance:** High

Michael:

As you know, I am restructuring counsel for Americore Holdings, LLC, Success Healthcare 2, LLC, St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, Americore Health, LLC, Americore Health Enterprises, LLC, Ellwood Medical Center, LLC, Ellwood Medical Center Operations, LLC, Ellwood Medical Center Real Estate, LLC, Pineville Medical Center, LLC, and Izard County Medical Center, LLC (together, the "Debtors"). Earlier today the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code. As a result, the Debtors are now parties in bankruptcy cases pending in the Eastern District of Kentucky.

As Debtors under Chapter 11 of the Bankruptcy Code the Debtors are seeking to restructure their operations and repay their creditors as much as possible. As Debtors under Chapter 11 of the Bankruptcy Code the Debtors existing management remains in control of their operations as debtors-in-possession. As you have provided no evidence to the contrary in response to Mark Benedict's e-mail yesterday, Grant White retains his control over the Debtors and management will run through him and the Debtors' employees. Neither you nor your fund are in control. You should have no role in the Debtors' operations. Further, Jack Schneider was dismissed by the Debtors yesterday, and likewise should have no role in the Debtors' operations. Do not contact the Debtors employees. I have heard that you have made demands of, and threats against, the Debtors' employees. Please confirm that this is not the case and that you will not engage in that type of activity.

      The Debtors are not authorized to make any distributions or payments until the Bankruptcy Court enters orders authorizing such payments.  The automatic stay is imposed pursuant to section 362 of the Bankruptcy Code and as a creditor you may not taking any action to collect against the Debtors or their assets.  Violations of the automatic stay are subject to sanctions.  Any payments made at that time will be subject to Bankruptcy Court order and the priority scheme set forth under the Bankruptcy Code.

      When we last spoke you had not retained counsel.  If and when you retain counsel please have them contact me.

Regards,

- Jim

James R. Irving
*Office Managing Partner – Chair of the Bankruptcy & Restructuring Practice Group*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3606 | Fax: 502-540-2215 | Cell: 502-649-3199
Email: JIrving@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com

CONFIDENTIALITY NOTICE AND DISCLOSURES:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. If this e-mail, including any attachments, contains any federal tax advice, that advice is not intended or written to be used and it may not be used for the purpose of avoiding penalties that the Internal Revenue Service may impose unless it was written for that purpose and specifically so states. Also, any federal tax advice (including any in an attachment) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party unless written for that purpose and specifically so states. Further information concerning this disclosure may be obtained upon request from the author of this e-mail. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Tuesday, December 31, 2019 12:49 PM |
| **To:** | Irving, James R. |
| **Cc:** | Grant White; Jack Schneider; sam halim; Benedict, Mark |
| **Subject:** | RE: In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases |

**[EXTERNAL EMAIL]**

Dear Jim,

Just to be clear, we are not going to follow any of your so-called instructions and will continue to manage the business. Grant is under federal and state criminal and civil investigation and is unfit to manage the business. We have been instructed by Medicare and state governments where Americore operates to remove Grant from management which we have done. It appears that you filed in Kentucky where Americore no longer operates any businesses and this fraudulent filing will be challenged.

Sincerely,

Michael

---

**From:** Irving, James R. [mailto:JIrving@bgdlegal.com]
**Sent:** Tuesday, December 31, 2019 12:33 PM
**To:** Michael Lewitt <mlewitt@thecreditstrategist.com>
**Cc:** Grant White <Grant@americorehealth.com>; Jack Schneider <JackSchneiderJSS@outlook.com>; sam halim <samh0264@gmail.com>; Benedict, Mark <Mark.Benedict@huschblackwell.com>
**Subject:** In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases
**Importance:** High

Michael:

As you know, I am restructuring counsel for Americore Holdings, LLC, Success Healthcare 2, LLC, St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, Americore Health, LLC, Americore Health Enterprises, LLC, Ellwood Medical Center, LLC, Ellwood Medical Center Operations, LLC, Ellwood Medical Center Real Estate, LLC, Pineville Medical Center, LLC, and Izard County Medical Center, LLC (together, the "Debtors"). Earlier today the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code. As a result, the Debtors are now parties in bankruptcy cases pending in the Eastern District of Kentucky.

As Debtors under Chapter 11 of the Bankruptcy Code the Debtors are seeking to restructure their operations and repay their creditors as much as possible. As Debtors under Chapter 11 of the Bankruptcy Code the Debtors existing management remains in control of their operations as debtors-in-possession. As you have provided no evidence to the contrary in response to Mark Benedict's e-mail yesterday, Grant White retains his control over the Debtors and management will run through him and the Debtors' employees. Neither you nor your fund are in control. You should have no role in the Debtors' operations. Further, Jack Schneider was dismissed by the Debtors yesterday, and likewise should have no role in the Debtors' operations. Do not contact the Debtors employees. I have heard that you have made demands of, and threats against, the Debtors' employees. Please confirm that this is not the case and that you will not engage in that type of activity.

   The Debtors are not authorized to make any distributions or payments until the Bankruptcy Court enters orders authorizing such payments.  The automatic stay is imposed pursuant to section 362 of the Bankruptcy Code and as a creditor you may not taking any action to collect against the Debtors or their assets.  Violations of the automatic stay are subject to sanctions.  Any payments made at that time will be subject to Bankruptcy Court order and the priority scheme set forth under the Bankruptcy Code.

   When we last spoke you had not retained counsel.  If and when you retain counsel please have them contact me.

Regards,

- Jim


James R. Irving
*Office Managing Partner – Chair of the Bankruptcy & Restructuring Practice Group*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3606 | Fax: 502-540-2215 | Cell: 502-649-3199
Email: JIrving@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com

---

CONFIDENTIALITY NOTICE AND DISCLOSURES:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. If this e-mail, including any attachments, contains any federal tax advice, that advice is not intended or written to be used and it may not be used for the purpose of avoiding penalties that the Internal Revenue Service may impose unless it was written for that purpose and specifically so states. Also, any federal tax advice (including any in an attachment) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party unless written for that purpose and specifically so states. Further information concerning this disclosure may be obtained upon request from the author of this e-mail. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Tuesday, December 31, 2019 1:15 PM |
| **To:** | Irving, James R. |
| **Cc:** | Grant White; Jack Schneider; sam halim; Benedict, Mark |
| **Subject:** | RE: In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases |

**[EXTERNAL EMAIL]**

Jim,

Further if Grant communicates with any vendors or another parties about this fraudulent bankruptcy filing we will hold him personally liable for damages.  He needs to keep his mouth shut and stop damaging this company.

Michael

**From:** Irving, James R. [mailto:JIrving@bgdlegal.com]
**Sent:** Tuesday, December 31, 2019 12:33 PM
**To:** Michael Lewitt <mlewitt@thecreditstrategist.com>
**Cc:** Grant White <Grant@americorehealth.com>; Jack Schneider <JackSchneiderJSS@outlook.com>; sam halim <samh0264@gmail.com>; Benedict, Mark <Mark.Benedict@huschblackwell.com>
**Subject:** In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases
**Importance:** High

Michael:

　　　　As you know, I am restructuring counsel for Americore Holdings, LLC, Success Healthcare 2, LLC, St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, Americore Health, LLC, Americore Health Enterprises, LLC, Ellwood Medical Center, LLC, Ellwood Medical Center Operations, LLC, Ellwood Medical Center Real Estate, LLC, Pineville Medical Center, LLC, and Izard County Medical Center, LLC (together, the "Debtors").  Earlier today the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code.  As a result, the Debtors are now parties in bankruptcy cases pending in the Eastern District of Kentucky.

　　　　As Debtors under Chapter 11 of the Bankruptcy Code the Debtors are seeking to restructure their operations and repay their creditors as much as possible.  As Debtors under Chapter 11 of the Bankruptcy Code the Debtors existing management remains in control of their operations as debtors-in-possession.  As you have provided no evidence to the contrary in response to Mark Benedict's e-mail yesterday, Grant White retains his control over the Debtors and management will run through him and the Debtors' employees.  Neither you nor your fund are in control.  You should have no role in the Debtors' operations.  Further, Jack Schneider was dismissed by the Debtors yesterday, and likewise should have no role in the Debtors' operations.  Do not contact the Debtors employees.  I have heard that you have made demands of, and threats against, the Debtors' employees.  Please confirm that this is not the case and that you will not engage in that type of activity.

　　　　The Debtors are not authorized to make any distributions or payments until the Bankruptcy Court enters orders authorizing such payments.  The automatic stay is imposed pursuant to section 362 of the Bankruptcy Code and as a creditor you may not taking any action to collect against the Debtors or their assets.  Violations of the automatic stay are

subject to sanctions.  Any payments made at that time will be subject to Bankruptcy Court order and the priority scheme set forth under the Bankruptcy Code.

When we last spoke you had not retained counsel.  If and when you retain counsel please have them contact me.

Regards,

- Jim


James R. Irving
*Office Managing Partner – Chair of the Bankruptcy & Restructuring Practice Group*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3606 | Fax: 502-540-2215 | Cell: 502-649-3199
Email: JIrving@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com

---

CONFIDENTIALITY NOTICE AND DISCLOSURES:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. If this e-mail, including any attachments, contains any federal tax advice, that advice is not intended or written to be used and it may not be used for the purpose of avoiding penalties that the Internal Revenue Service may impose unless it was written for that purpose and specifically so states. Also, any federal tax advice (including any in an attachment) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party unless written for that purpose and specifically so states. Further information concerning this disclosure may be obtained upon request from the author of this e-mail. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Irving, James R.

| | |
|---|---|
| **From:** | Michael Lewitt <mlewitt@thecreditstrategist.com> |
| **Sent:** | Tuesday, December 31, 2019 1:42 PM |
| **To:** | Irving, James R. |
| **Cc:** | sam halim; 'JackSchneiderJSS@Outlook.com' |
| **Subject:** | RE: In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases |

**[EXTERNAL EMAIL]**

Jim,

We have a great deal of information you do not have about Grant and the ongoing civil and criminal investigations of him both in the United States and Canada.  I've tried to convey this to you but apparently you don't believe me or don't take this seriously, but I can assure you that he is in serious legal jeopardy from which we had been trying to shield him.  This illegitimate bankruptcy filing was a very imprudent move that is going to reflect extremely badly on you and your firm when we reverse it. The company is not insolvent and Grant has no ability to lead a bankruptcy reorganization because nobody is going to finance him (we have been trying to raise money for this company for months and the consistent feedback is that it cannot be done with Grant as CEO).  I stood behind Grant and vouched for him for 18 months until he breached the new forbearance agreement as soon as he signed it.  As I finally gained access to the financial information I requested for months, I learned a great deal of troubling information that raises further legal issue for him that are going to have to be explored.  He is acting in a manner that eliminates any chance that he can emerge from this situation with any equity or any effort on our part to cover his personal liabilities to the MCAs or other lenders as we previously planned to do (but were never committed to do contractually).  My fund is going to be repaid in full either in or out of bankruptcy but now Grant is placing the hospitals, their employees and their patients at risk.  This is all very unfortunate and we are going to do everything we can to save the business regardless of Grant's behavior.

Best,

Michael

**From:** Irving, James R. [mailto:JIrving@bgdlegal.com]
**Sent:** Tuesday, December 31, 2019 12:33 PM
**To:** Michael Lewitt <mlewitt@thecreditstrategist.com>
**Cc:** Grant White <Grant@americorehealth.com>; Jack Schneider <JackSchneiderJSS@outlook.com>; sam halim <samh0264@gmail.com>; Benedict, Mark <Mark.Benedict@huschblackwell.com>
**Subject:** In re Americore Holdings, LLC et al. - Commencement of Chapter 11 Cases
**Importance:** High

Michael:

As you know, I am restructuring counsel for Americore Holdings, LLC, Success Healthcare 2, LLC, St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, Americore Health, LLC, Americore Health Enterprises, LLC, Ellwood Medical Center, LLC, Ellwood Medical Center Operations, LLC, Ellwood Medical Center Real Estate, LLC, Pineville Medical Center, LLC, and Izard County Medical Center, LLC (together, the "Debtors").  Earlier today the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code.  As a result, the Debtors are now parties in bankruptcy cases pending in the Eastern District of Kentucky.

1

   As Debtors under Chapter 11 of the Bankruptcy Code the Debtors are seeking to restructure their operations and repay their creditors as much as possible.  As Debtors under Chapter 11 of the Bankruptcy Code the Debtors existing management remains in control of their operations as debtors-in-possession.  As you have provided no evidence to the contrary in response to Mark Benedict's e-mail yesterday, Grant White retains his control over the Debtors and management will run through him and the Debtors' employees.  Neither you nor your fund are in control.  You should have no role in the Debtors' operations.  Further, Jack Schneider was dismissed by the Debtors yesterday, and likewise should have no role in the Debtors' operations.  Do not contact the Debtors employees.  I have heard that you have made demands of, and threats against, the Debtors' employees.  Please confirm that this is not the case and that you will not engage in that type of activity.

   The Debtors are not authorized to make any distributions or payments until the Bankruptcy Court enters orders authorizing such payments.  The automatic stay is imposed pursuant to section 362 of the Bankruptcy Code and as a creditor you may not taking any action to collect against the Debtors or their assets.  Violations of the automatic stay are subject to sanctions.  Any payments made at that time will be subject to Bankruptcy Court order and the priority scheme set forth under the Bankruptcy Code.

   When we last spoke you had not retained counsel.  If and when you retain counsel please have them contact me.

Regards,

- Jim


James R. Irving
*Office Managing Partner – Chair of the Bankruptcy & Restructuring Practice Group*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3606 | Fax: 502-540-2215 | Cell: 502-649-3199
Email: JIrving@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com

CONFIDENTIALITY NOTICE AND DISCLOSURES:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. If this e-mail, including any attachments, contains any federal tax advice, that advice is not intended or written to be used and it may not be used for the purpose of avoiding penalties that the Internal Revenue Service may impose unless it was written for that purpose and specifically so states. Also, any federal tax advice (including any in an attachment) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party unless written for that purpose and specifically so states. Further information concerning this disclosure may be obtained upon request from the author of this e-mail. Thank you.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.