## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

IN RE:

    AMERICORE HOLDINGS, LLC et al.,
        DEBTORS.

CASE NO. 19-61608-grs

CHAPTER 11

JOINTLY ADMINISTERED

---

## NOTICE OF FILING CERTIFICATE OF GOOD STANDING
## FOR JAMES A. LODOEN

      Please take notice that pursuant to Local Rule 83.1 of the Joint Rules for the Eastern and Western Districts of Kentucky, the undersigned hereby files the Certificate of Good Standing of James A. Lodoen in support of the Motion for Admission to Practice Pro Hac Vice of James A. Lodoen filed on July 27, 2020 [Doc 812].  The Certificate of Good Standing is attached hereto as **Exhibit A**.

                 Respectfully submitted,


                 */s/ Chrisandrea L. Turner*
                 Chrisandrea L. Turner

                 STITES & HARBISON, PLLC
                 250 West Main Street
                 Suite 2300
                 Lexington, KY 40507
                 Telephone: (859) 226-2300
                 E-Mail address: clturner@stites.com

                 COUNSEL FOR SA HOSPITAL ACQUISITION
                 GROUP LLC

728582:1:LEXINGTON

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2020 a true copy of the foregoing was served electronically in accordance with the method established under the Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case and all other relevant parties.

*/s/Chrisandrea L. Turner*
Chrisandrea L. Turner

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JAMES A LODOEN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 01, 1986

Given under my hand and seal of this court on

July 27, 2020

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration