**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE: CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/29/2020  TIME: 09:00

ISSUE:

| | | |
|---|---|---|
| 626 | 06/05/2020 | Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (St. Alexius) Filed by Carol L. Fox. (Parrish, Jimmy) |

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, July 29, 2020**
**(rah)**