# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/29/2020  TIME: 09:00

ISSUE:

647   06/15/2020   Motion to (1) Conditionally Approve Disclosure Statement and (2) Combine Final Hearing on Approval of Disclosure Statement with Hearing on Confirmation of the Plan, filed by Third Friday Total Return Fund, LP (RE: related document(s)639 Chapter 11 Plan filed by Creditor Third Friday Total Return Fund, LP, 640 Disclosure Statement filed by Creditor Third Friday Total Return Fund, LP). (Shraiberg, Bradley)

DISPOSITION:

Sub

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Wednesday, July 29, 2020
(rah)**