**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:   CASE NUMBER 19-61608

Americore Holdings, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 07/30/2020   TIME: 11:00

ISSUE:

| | | |
|---|---|---|
| 744 | 07/13/2020 | Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief and Request for Hearing on July 29, 2020 at 9:00am EST under Section 363(f), filed by Carol L. Fox Fee Amount 181. (Attachments: # 1 Mailing Matrix) (Green, Elizabeth) |

DISPOSITION:

Granted, TR to submit order

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 30, 2020**
**(rah)**