**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### NOTICE OF FILING OF AMENDED CERTIFICATE OF SERVICE

**CAROL L. FOX,** the Chapter 11 Trustee, ("Ms. Fox" or "Trustee") by and through her undersigned counsel hereby files the attached Amended Certificate of Service provided by BMC Group, Inc for the following documents served on July 15, 2020:

**CHAPTER 11 TRUSTEE'S MOTION TO APPROVE DESIGNATION OF STALKING HORSE BIDDER (ST. ALEXIUS) AND BREAK-UP FEE IN ACCORDANCE WITH APPROVED BID PROCEDURES AND SALE MOTION AND REQUEST FOR HEARING ON JULY 16, 2020 AT 9:00 A.M.**
**(Doc. No. 737)**

**CHAPTER 11 TRUSTEE'S AMENDED MOTION FOR ENTRY OF AN ORDER: (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (ST. ALEXIUS) IN ACCORDANCE WITH APPROVED BID PROCEDURES, AS MODIFIED; (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN ACCORDANCE WITH THE BID PROCEDURES; AND (C) GRANTING RELATED RELIEF AND REQUEST FOR HEARING ON JULY 29, 2020 AT 9:00 A.M. EASTERN TIME**
**(Doc. No. 744)**

**NOTICE OF HEARING**
**(Doc. No. 752)**

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

|   |   |
|---|---|
| Dated: August 11, 2020 | Respectfully submitted, |
|   | **BAKER & HOSTELLER LLP** |
|   | /s/ *Tiffany Payne Geyer*_____ |
|   | Elizabeth A. Green, Esq. |
|   | Florida Bar No, 0600547 |
|   | egreen@bakerlaw.com |
|   | Tiffany Payne Geyer |
|   | Florida Bar No. 421448 |
|   | tpaynegeyer@bakerlaw.com |
|   | 200 South Orange Ave., Suite 2300 |
|   | Orlando, Florida 32802-0112 |
|   | Telephone:  407-649-4000 |
|   | Facsimile:  407-841-0168 |
|   | *Attorneys for the Chapter 11 Trustee* |

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | § CASE NO. 19-61608 |
| AMERICORE HOLDINGS, LLC, et al.[1] | § (Chapter 11) |
| Debtors. | § Jointly Administered |

**CERTIFICATE OF SERVICE RE:**

Docket No. 737   **CHAPTER 11 TRUSTEE'S MOTION TO APPROVE DESIGNATION OF STALKING HORSE BIDDER (ST. ALEXIUS) AND BREAK-UP FEE IN ACCORDANCE WITH APPROVED BID PROCEDURES AND SALE MOTION; REQUEST FOR HEARING ON JULY 16, 2020 AT 9:00 A.M. EASTERN**

Docket No. 744   **CHAPTER 11 TRUSTEE'S AMENDED MOTION FOR ENTRY OF AN ORDER: (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (ST. ALEXIUS) IN ACCORDANCE WITH APPROVED BID PROCEDURES, AS MODIFIED; (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN ACCORDANCE WITH THE BID PROCEDURES; AND (C) GRANTING RELATED RELIEF; REQUEST FOR HEARING ON JULY 29, 2020 AT 9:00A.M. EASTERN TIME**

Docket No. 752   **NOTICE OF HEARING**

I, Vincent Mirto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

---

[1] The debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

2. On July 15, 2020, at the direction of Baker & Hostetler LLP, counsel to Chapter 11 Trustee, the above-referenced documents were served on the current employees of the St. Alexius Debtor, as set forth in Service List No. 72601. To protect the confidentiality and privacy of these employees, the identities of these employees are not disclosed herein. The identities of these employees may be provided to authorized parties upon written request to counsel or the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 22nd day of July, 2020 at Hawthorne, California.

_____
Vincent Mirto