**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al.*[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### CHAPTER 11 TRUSTEE'S STATUS REPORT

Americore Holdings, LLC, and its affiliated debtors (collectively, the "Debtors") by and through Carol L. Fox, the Chapter 11 Trustee ("Trustee"), file this Status Report ("Status Report") for the purpose of advising and updating the Court and parties in interest as to recent activities in the Debtors' cases in connection with the sale process and with respect to St. Alexius Hospital Corporation #1 ("St. Alexius"), Izard County Medical Center ("Izard"), and Ellwood Medical Center Operations, LLC ("Ellwood").

I.    **St. Alexius**

Sale: After the hearing on July 29, 2020 (the "Sale Hearing"),[2] the Trustee and her team expended significant time and effort related to St. Alexius Hospital (the "Hospital"). The Trustee has performed due diligence tasks related to SA Hospital Acquisition Group, LLC (the "Purchaser"). For example, the Trustee has responded to ongoing requests for financial

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Doc. No. 842.

information and documentation. Additionally, several onsite meetings at the Hospital were conducted between the Trustee, the Purchaser, and the Purchaser's agents.

Through their respective attorneys, the Trustee and the Purchaser have reached an agreement with the United States Department of Health and Human Services ("HHS") on language related to the sale order and successor liability. At this time, the Trustee does not have an agreement with the State of Missouri. While neither the State of Missouri nor Missouri's Attorney General objected to the sale, the Trustee and Purchaser's respective counsel have made efforts to reach out to the State of Missouri to discuss acceptable language similar to the language agreed to with HHS. The Trustee and the State of Missouri have had productive dialogue regarding the proposed language, and late last week the State of Missouri indicated they would provide a response to the proposed language sometime early this week. As of the date of this report, the Trustee has not received the response from the State of Missouri but anticipates follow up from the State of Missouri in the coming days.

The Trustee is also working to address multiple allegations asserted by current employees at St. Alexius and another "anonymous" source that the Hospital has misused general distributions and distributions to Safety Net Hospitals it received from the United States Department of Health & Human Services CARES Act Relief Fund (collectively, the "CARES Act Funds"). Prior to the Sale Hearing, on July 6, 2020 and continuing to at least July 9, 2020, an employee of the Hospital and an anonymous source contacted the Purchaser and a number of state and federal agencies asserting that there was another offer for the Hospital from a hospital doctor and that the Trustee was misusing CARES Act Funds. In addition, on August 7, 2020, Dr. Sonny Saggar, a practicing doctor at the Hospital and the Hospital's current Chief Strategy Officer and Emergency Room Director sent text messages to the secured lender of the Hospital suggesting potential misuse of

2

CARES Act Funds. Dr. Saggar was also a principal in an investor group that was active in an effort to bid on the Hospital, but ultimately the group did not submit a bid higher and better than the stalking horse bid of the Purchaser that was approved by the Court.

At some point, there was an anonymous report to the State of Missouri related to the quality of care at the Hospital. This report generated a survey beginning on August 17, 2020 and continuing in person through Thursday August 27, 2020. The Trustee worked with several State surveyors onsite at the Hospital. Two plans of correction were necessary to address two tags of "Immediate Patient Jeopardy" by the surveyors. The Trustee reviewed and executed both plans. She continues to confer with her counsel regarding the ongoing investigation. The exit interview has not yet been scheduled by the survey team, and the Trustee anticipates the exit interview will be in the next week. The Purchaser is aware of this development and will not close while there is an ongoing survey.

Additionally, on August 31, 2020, the Hospital received an inquiry from the United States Attorney for the Eastern District of Missouri regarding the use of CARES Act Funds. The CARES Act Funds have and continue to be in a segregated account accessible only by the Trustee. The Trustee has reported the use of the CARES Act Funds on the Monthly Operating Reports filed with the Bankruptcy Court.

Despite the turmoil described above, the Purchaser is still willing to close after the survey is completed and corrective action is taken.

Operations and Regulatory Matters: The Trustee continued to oversee and conduct operations at the Hospital. This work includes attendance at monthly advisory board meetings, monthly peer review meetings, weekly administrative team meetings, and various meetings with hospital staff. The Trustee has also reviewed and approved disbursements including, without

3

limitation, the capital disbursements detailed on the spreadsheet attached as **Exhibit A**. On the regulatory side, the Trustee filed the Hospital's Medicare and Medicaid cost reports for the fiscal year ended December 31, 2019. Additionally, the Trustee filed the Hospital's quarterly State and Federal payroll tax returns on July 31, 2020, and the Debtors' Monthly Operating Reports for June and July.

## II.      Izard County Medical Center

Since the last update, there have been continued discussions with three prospective purchasers for the Izard County Medical Center (the "Medical Center"). As such, the Trustee has responded to ongoing due diligence request from these prospective purchasers.

The Trustee continued to oversee and conduct operations at the Medical Center including, but not limited to, reviewing and authorizing disbursements; telephonic status updates with the CEO of the Medical Center; and the negotiation of Medical Center contracts. On the regulatory side, the Trustee filed the Medical Center's State and Federal quarterly payroll tax returns on July 31, 2020, and the Debtors' Monthly Operating Reports for June and July. Finally, the Trustee is in the process of retaining Dean Dorton Allen and Ford, PLLC ("Dean Dorton"). Dean Dorton is the Medical Center's previous accountant and cost report preparer. Dean Dorton will be retained, subject to court approval, for the purpose of preparing the Medical Center's financial statements and Medicare cost reports for the fiscal year ended June 30, 2020.

## III.     Ellwood City Medical Center

After an exhaustive sale process, B. Riley was unable to find a buyer for the closed Ellwood City Medical Center. The Trustee and her professionals have been working with Pelorus Equity Group, Inc. ("Pelorus") related to Pelorus' credit bid. This is outlined in the Motion to Approve

Compromise under Rule 9019 with Pelorus Equity Group, Inc. filed with the Bankruptcy Court.[3]

It is anticipated that a sale motion will be filed related to Ellwood City Medical Center and set for

hearing on September 17, 2020.

      Respectfully submitted this 2nd day of September 2020.

      */s/ Elizabeth A. Green*          
      ELIZABETH A. GREEN *(admitted pro hac vice)*
      Florida Bar No. 600547
      BAKER & HOSTETLER LLP
      200 South Orange Avenue, Suite 2300
      Orlando, Florida 32801
      Telephone 407-649-4000
      Facsimile 407-841-0168
      egreen@bakerlaw.com
      *Counsel to Chapter 11 Trustee*

      */s/ Carol L. Fox*         
      Carol L. Fox
      200 East Broward Blvd #1010
      Fort Lauderdale, FL 33301
      Telephone: 954-859-5075
      cfox@glassratner.com
      *Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 2, 2020, I electronically filed the foregoing with

the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic

Filing and copy to all parties requesting such notice.

      *s/ Elizabeth A. Green*        
      ELIZABETH A. GREEN

---

[3] Doc. No. 775.

4847-3000-8777.1