UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

Americore Holdings, LLC, *et al.*[1]

Debtors.

CASE NO. 19-61608

CHAPTER 11

JOINTLY ADMINISTERED

**NOTICE OF FILING MASTER SERVICE LIST**

Comes now Carol L. Fox, Chapter 11 Trustee, through counsel, and hereby gives notice of filing of the attached Master Service List, dated September 16, 2020.

Dated: September 16, 2020

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Tiffany Payne Geyer*
Tiffany Payne Geyer (*admitted Pro Hac Vice*)
FL Bar No. 0421448
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
tpaynegeyer@bakerlaw.com
*Counsel to Carol L. Fox,*
*Chapter 11 Trustee*

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Master Service List, dated September 16, 2020, was served either by first-class U.S. mail, postage prepaid, facsimile, or by electronic mail, as so indicated, on September 16, 2020.

/s/ *Tiffany Payne Geyer*
Tiffany Payne Geyer

Master Service List - In re: Americore Holdings, LLC, *et al.*

September 16, 2020

**The United States Trustee (via CM/ECF)**

John L. Daugherty
100 E. Vine St. #500
Lexington, KY 40507
Email: john.daugherty@usdoj.gov

Bradley M. Nerderman
100 E. Vine St. #500
Lexington, KY 40507
Email: Bradley.Nerderman@usdoj.gov

**The Debtors (via U.S. Mail)**

Americore Holdings, LLC, *et al*.
3933 S. Broadway
Saint Louis, MO 63118

**Chapter 11 Trustee (via CM/ECF)**

Carol L. Fox
200 East Broward Blvd. #1010
Fort Lauderdale, FL 33301-1943
Email: cfox@glassratner.com

**All Secured Creditors (see Individual Entity for Manner of Service)**

The Third Friday Total Return Fund, LP
c/o Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445
Email: mlewitt@thirdfriday.com
**(via Email)**

Pelorus Fund, LLC
c/o Bibin Mannattuparampil Geraci LLP
90 Discovery
Irvine, CA 92618
Fax: (949) 379-2610
**(via Fax)**

Pelorus Fund, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Penn Med LLC
c/o Jeffery P. Meyers
Myers Law Group LLC
17025 Perry Highway
Warrendale, PA 15086
**(via CM/ECF)**

Toby Mug Financing, LLC
c/o Roger Herman
Rosenblum Boldenhersh
7733 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Fax: (314) 726-6786
**(via Fax)**

Gibbs Technology Leasing – HG1, LLC
3236 West Edgewood Road, Suite A
Jefferson City, MO 65109
Email: hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

Dell Financial Services LLC
One Dell Way
Mail Stop – PS2DF-23
Round Rock, TX 78682
Fax: (512) 283-2664
**(via Fax)**

Air Liquide Healthcare America Corp.
9811 Katy Freeway, Suite 100
Houston, TX 77024
Email: media@airliquide.com
**(via US Mail and Email)**

APP Group International, LLC
85 Broad Street, 75th Floor
New York, NY 10004
**(via US Mail)**

Corporation Services Company
P.O. Box 2576
Springfield, IL 62708
Fax: (302) 636-5454
**(via Fax)**

CT Corporation Systems
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203
Fax: (818) 662-4141
**(via Fax)**

BQR Capital, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3487
**(via Fax)**

Titan Loan Servicing, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
**(via US Mail)**

Gibbs Technology Leasing, LLC
3236 West Edgewood Road, Suite A
Jefferson City, MO 65109
Email: hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

HOP Capital
323 Sunny Island Blvd. #501
Sunny Isles Beach, FL 33160
Email: joe@jopcapitalllc.com
**(via Email)**

EIN CAP, Inc.
160 Pearl Street, Floor 5
New York, NY 10005
**(via US Mail)**

HMFCG Inc.
368 New Hemstead Rd.
New City, NY 10956
**(via US Mail)**

Med One Capital Funding, LLC
10712 South 1300 East
Sandy, UT 84094
Fax: (800) 468-5528
**(via Fax)**

Leyda Bequer, Trustee of Bequer Trust
4980 Hidden Glen Lane
Yorba Linda, CA 92887-2811
**(via US Mail)**

The McNee Family Trust Dated 1/17/08
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Koven Omens Trust Dated June 26, 2015
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Trust of R. and G. Glitz Dated 12/11/07
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

**Unsecured Creditors Committee Members (via Email)**

Beckman Coulter, Inc. (Chairperson)
c/o Joshua Lee
250 S. Kraemer Blvd.
Brea, CA 92822-8000
Email: jlee08@beckman.com

Saint Louis University
c/o Larry E. Parres
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Email: lparres@lewisrice.com
**(via CM/CEF)**

Baxter County Regional Hospital, Inc.
d/b/a Baxter Regional Medical Center
c/o Nicole Vaccarella
624 Hospital Dr.
Mountain Home, AR 72653
Email: nvaccarella@baxterregional.org

Western Healthcare, LLC.
c/o John Burger
13155 Noel Rd.
Suite 200
Dallas, TX 75240
Email: jburger@westernhc.com

Specialists in Anesthesia, P.C.
c/o Brad A. Bernstein, M.D.
500 South Meramec Ave.
St. Louis, MO 63105-2533
Email: bernsteinjablon@gmail.com

Midwest Emergency Services
c/o Len Glover
320 E. Hwy 50
O'Fallon, IL 62269
Email: len.glover@er-meds.com
stacey.koogler@er-meds.com

Dinakar Golla, M.D.
c/o Avrum Levicoff, Esquire
The Levicoff Law Firm, PC
4 PPG Place, Suite 200
Pittsburgh, PA 15222
Email: alevicoff@levicofflaw.com

**Unsecured Creditors Committee Counsel (via CM/ECF)**

Gary M. Freedman
2 South Biscayne Blvd., Suite 2100
Miami, FL 33131
Email: gary.freedman@nelsonmullins.com

Michael D. Lessne
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Email: michael.lessne@nelsonmullins.com

Adam R. Kegley
250 West Main Street, Suite 2800
Lexington, KY 40507-1742
Email: akegley@fbtlaw.com

Frank P. Terzo
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Email: frank.terzo@nelsonmullins.com

**The Internal Revenue Service (via U.S. Mail)**

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

**U.S. Attorney (via U.S. Mail and Fax)**

U.S. Attorney's Office
Eastern District of Kentucky
260 W. Vine St., Suite 400
Lexington, KY 40507
Fax: (859) 233-2747

**Departments of Revenue (see Individual Entity for Manner of Service)**

Arkansas Dept of Finance & Administration
1509 W 7th St.
Little Rock, AR 72201
Fax: (501) 682-3287
**(via Fax)**

Missouri Dept of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105
Fax: (573) 522-1722
**(via Fax and US Mail)**

Kentucky Department of Revenue
Legal Branch – Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602
Fax: (502) 564-8192
**(via Fax and US Mail)**

Pennsylvania Department of Revenue
c/o Pennsylvania Atty General, Nancy Walker
Strawberry Square
Harrisburg, PA 17120
**(via US Mail)**

**Parties Requesting Notice (via CM/ECF)**

Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, KY 40504-3706
Email: rra@ask-law.com
clds@ask-law.com
G23818@notify.cincompass.com
Ecf-ask-law@xminimus.com

John D. Demmy
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899-1266
Email: john.demmy@saul.com
robyn.warren@saul.com

Adam M. Back, Esq.
Stoll Kennon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: adam.back@skofirm.com
BackBR@skofirm.com

T. Kent Barber
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Email: kbarber@barberlawky.com
G67379@notify.cincompass.com

Vika S. Chandrashekar
1400 16th St., Ste. 600
Denver, CO 80202-1486
Email: vika.chandrashekar@moyewhite.com

Kem Tae M. Lynch
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
Email: LynchKemTae@pbgc.gov
efile@pbgc.gov

Tiffany Payne Geyer
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: Tpaynegeyer@bakerlaw.com
smccoy@bakerlaw.com
orlbankruptcy@bakerlaw.com

Lea Pauley Goff, Esq.
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Email: lea.goff@skofirm.com
Emily.keith@skofirm.com

William A. Catlett
William A. Catlett, L.L.C.
Dill Bamvakais Building
9939 Gravois Road
St. Louis, MO 63123
Email: william@catlett.biz

Richard P. Dorsey
Alheim & Dorsey, LLC
2209 First Capitol Drive
St. Charles, MO 63301
Email: rpd@alheimdorsey.com

Matthew D. Ellison, Esq.
300 West Vine St., Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
fmbbankruptcy@gmail.com

Ronald E. Johnson
909 Wright's Summit Parkway, Suite 210
Fort Wright, KY 41011-2783
Email: rjohnson@justicestartshere.com
amcmullen@justicestartshere.com

Robert O. Lampl
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713
Email: rlampl@lampllaw.com

Ralph L. Landy
1200 K St. NW
Washington, DC 20005-4026
Email: landy.ralph@pbgc.gov
efile@pbgc.gov

Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, TX 75230-2163
Email: joyce@joycelindauer.com
dian@joycelindauer.com

Elizabeth A. Green
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: egreen@bakerlaw.com
cmartin@bakerlaw.com
orlbankruptcy@bakerlaw.com

Adam M. Lubow
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: Lubow.Adam.M@dol.gov

John Erin McCabe
Weltman, Weinberg & Reis, LPA
525 Vine Street, Suite 800
Cincinnati, OH 45202-3171
Email: ecfedk@weltman.com

John T. Hamilton, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 West Short Street, Suite 102
Lexington, KY 40507
Email: jhamilton@gmalaw.com
cfeeback@gmalaw.com
lconner@gmalaw.com
fmoore@gmalaw.com

Taft A. McKinstry, Esq.
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
fmbbankruptcy@gmail.com

R. Aaron Hostettler
Hamm, Milby & Ridings, PLLC
120 North Main Street
London, KY 40741
Email: ahostettler@hmrkylaw.com

Carol E. Momjian
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016
Email: cmomjian@attorneygeneral.gov

James A. Lodoen
Spencer Fane LLP
100 South 5th Street
Suite 2500
Minneapolis, MN 55402-1234
Email: jlodoen@spencerfane.com

Eric R. Von Helms
4650 North Port Washington Rd.
Milwaukee, WI 53212-1077
Email: evonhelms@kmksc.com

Lawrence Edward Parres
600 Washington Ave., Suite 250
St. Louis, MO 63101
Email: lparres@lewisrice.com

Timothy R. Wiseman
300 W. Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: tim.wiseman@skofirm.com

Master Service List - In re: Americore Holdings, LLC, *et al.*
September 16, 2020

Jimmy D. Parrish
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: jparrish@bakerlaw.com
cmartin@bakerlaw.com
orlbankruptcy@bakerlaw.com

Jeffrey C. Wisler
1201 North Market St., 20th Floor
Wilmington, DE 19801-1147
Email: jwisler@connollygallagher.com

Robert T. Razzano
312 Walnut Street, Suite 3200
Cincinnati, OH 44199-9904
Email: rrazzano@bakerlaw.com
jsavage@bakerlaw.com

Brian L. Greenert
400 Waterfront Drive
Pittsburgh, PA 15222
Email: bgreenert@pa.gov
jgeisler@pa.gov

Matthew M. Scheff
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: scheff.matthew@dol.gov

Alan C. Hochheiser
23611 Chagrin Blvd., Ste. 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

Adam M. Levine
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Email: alevine@camlev.com

Vera N. Kanova
400 Market Street
Harrisburg, PA 17101
Email: verkanova@pa.com

Jason Lee Swartley
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001
Email: jswartley@attorneygeneral.gov

Ellen Arvin Kennedy
City Center, Suite 900
100 W. Main Street
Lexington, KY 40507
Email: dsbankruptcy@dinslaw.com

U.S. Trustee
100 E. Vine St. #500
Lexington, KY 40507-1441
Email: ustpregion08.lx.ecf@usdoj.gov

Tyler N. Layne
Nashville City Center
511 Union St., Ste. 2700
Nashville, TN 37219
Email: tyler.layne@wallerlaw.com
chris.cronk@wallerlaw.com
tina.boone@wallerlaw.com

Callie R. Owen
260 W Vine St., Ste. 300
Lexington, KY 40507
Email: Callie.R.Owen@usdoj.gov
Rose.A.Ritchie@usdoj.gov
Angela.Ethington@usdoj.gov

Emily Katherine Miller
US Dept of Justice, Tax Division
PO Box 227
Washington, DC 20044
Email: emily.k.miller@usdoj.gov
james.j.wilkinson@usdoj.gov
eastern.taxcivil@usdoj.gov

Master Service List - In re: Americore Holdings, LLC, *et al.*
September 16, 2020

Joshua B. Lanphear
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431
jlanphear@slp.law
Email: dwoodall@slp.law
dlocascio@slp.law
pmouton@slp.law

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Email: darryl.laddin@agg.com

John C Tishler
Nashville City Center
511 Union St., Ste. 2700
Nashville, TN 37219
Email: john.tishler@wallerlaw.com
chris.cronk@wallerlaw.com
tina.boone@wallerlaw.com

Elizabeth Lee Thompson
Stites & Harbison, PLLC
250 W. Main Street
Suite 2300
Lexington, KY 40507
Email: ethompson@stites.com

Bradley S. Shraiberg
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431
Email: bss@slp.law
dwoodall@slp.law
dlocascio@slp.law
pmouton@slp.law

Paul R. Yagelski
Rothman Gordon, P.C.
310 Grant Street
Grant Building – 3rd Floor
Pittsburgh, PA 15219
Email: pryagelski@rothmangordon.com

Mark A. Pacella
PA Office of Attorney General
Strawberry Square 14th Floor
Harrisburg, PA 17120
Email: mpacella@attorneygeneral.gov

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
PO Box 410
Wilmington, DE 19899
Email: kmiller@skjlaw.com

Wendy G. Marcari
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
Email: wmarcari@ebglaw.com

Amelia Martin Adams
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: Amelia.adams@skofirm.com

Master Service List - In re: Americore Holdings, LLC, *et al.*
September 16, 2020

C. Wayne Owen
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005
Email: owen.wayne@pbgc.gov
efile@pbgc.gov

Melissa Moran Taylor
Senior Deputy Attorney General
PA Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Email: mtaylor@attorneygeneral.gov

Jeffrey R. Teeters
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
Email: jrteeters@woodlamping.com

Marta C. Wade
Law Office of Marta C. Wade
13101 W. Washington Blvd., Suite 234
Los Angeles, CA 90066
Email: mwade@mcwadelaw.com

**Parties Requesting Notice (see Individual Entity for Manner of Service)**

Terri Jane Freedman
Chiesa, Shahinian & Giantomasi, PC
One Boland Dr.
West Orange, NJ 07052
Email: tfreedman@csglaw.com
**(via Email)**

Scott A. Zuber
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
Email: szuber@csglaw.com
**(via Email)**

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Rd., Suite 300
Riverwoods, IL 60015
Email: skoenig@sakmgmt.com
**(via Email)**

Office of Unemployment Compensation
Tax Service - Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
**(via US Mail)**

Brian Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash, Suite 2100
Chicago, IL 60611
Email: bwelch@burkelaw.com
**(via Email)**

Deb Secrest
Office of Unemployment Compensation
Tax Service - Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
Email: ra-li-ucts-bankrupt@state.pa.us
**(via Email)**

David Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash , Suite 2100
Chicago, IL 60611
Email: dwelch@burkelaw.com
**(via Email)**

Daniel Glenn Jones
1672 N. Ky 830
Corbin, KY 40701
**(via US Mail)**

Paula Downey
PO Box 813
Pineville, KY 40977
**(via US Mail)**

Paula Jones
PO Box 813
Pineville, KY 40977
**(via US Mail)**