EASTERN DISTRICT OF KENTUCKY
FILED
8:30 AM, Sept 21, 2020
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In Re:                                    )
                                          )
AMERICORE HOLDINGS, LLC, et al.           )   Case No. 19-61608  Chapter 11
                                          )
                                          )
Debtors.                                  )
                                          )
                                          )

## MOTION TO STOP RULE 2004 EXAMINATION

I am a $17.00 an hour employee of St. Alexius hospital who has raised questions about the use of COVID-19 relief funds by the bankruptcy trustee in this case, Carol Fox, with the Joint Commission and the OIG. I cannot afford to hire a lawyer to fight the large law firm representing the trustee.

I am not a debtor or a creditor. I have no information about the finances of the hospital, or the debtor, or the use of the funds I have been inquiring about. The lack of knowledge coupled with the horrendous conditions of the hospital was the whole point of my inquiries. I understand from reading rule 2004 that the scope of the rule limits document requests to those that "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Most of the requests for documents (which are massive) relate to my communications with fellow employees and the inspector general. I understand that the debtor will be discharged and that another venture capital firm will be allowed to buy St. Alexius.

This appears to be nothing more than an attempt to harass and intimidate someone who has raised questions about the bankruptcy trustee's running of the hospital that have no relation to the bankruptcy proceedings. My lawyer friends tell me the use of this subpoena in this way may be an abuse of process.

I also ask the court to redact my personal information including my name and address from court records. As an Emergency Room employee at St. Alexius Hospital I fear that my address being publicly listed could be used to harm me by one of the many aggressive and violent psychiatric patients that I have/do provide care for in the Emergency Room.

Respectfully,


Rebecca Haase

*Rebecca S Haase*
9.18.20