EASTERN DISTRICT OF KENTUCKY
FILED
10:33 AM Sept. 25, 2020
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In Re: )
)
AMERICORE HOLDINGS, LLC, et al.  )  Case No. 19-61608  Chapter 11
)
)
Debtors. )
)

MOTION TO STOP RULE 2004 EXAMINATION (PART II)

Judge Schaaf, I received your order denying my motion. Very respectfully, in addition to the arguments I made in my first motion about not having any relevant information, I ask you to please consider the following.

I do not have any information about the status of the investigations other than what I read in the newspaper. I did not provide the investigations any information other than about the deplorable physical conditions at the hospital. I raised questions about what happened to the federal funds, but I do not have any information about what happened to them.

The document request seems to be aimed at discovering the identity of the anonymous whistleblower. I thought the purpose of having a whistleblower is to protect the person's anonymity. The local newspaper had a story last week that the buyer was still interested in buying the hospital but was waiting for the outcome of the investigation s. According to that article, one of the investigations was resolved in favor of the trustee. That is something I did not know that was provided to the newspaper by the trustee.

I do not know what information I can provide other than the content of my communications with fellow workers at the hospital. I'm sure that those who expressed sympathy with my views would not want such facts to be known to the trustee.

Respectfully,


Rebecca Haase

/S/ Rebecca S Haase