| | |
|---|---|
| **From:** | Rebecca Seibert Haase <rebeccaseibert@gmail.com> |
| **Sent:** | Friday, September 25, 2020 10:33 AM |
| **To:** | Martin, Chad; Parrish, Jimmy D.; KYEBml_Virtual Filings |
| **Subject:** | I am sharing 'Motin to Stop Rule 2004 Second Request |
| **Attachments:** | Motin to Stop.pdf |

May the court please review my second attempt since muy concerns were not addressed in the overruling in muy first attempt.

The Trustee "needs it" does not explain to me why my "burden" concerns are not answered.