# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| Americore Holdings, LLC, *et al*.[1] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## CHAPTER 11 TRUSTEE'S SUPPLEMENT TO 2004 EXAM REQUEST

Carol L. Fox, as Chapter 11 Trustee ("Trustee") of Americore Holdings, LLC and its affiliated debtors, (collectively, the "Debtors") by and through her undersigned counsel files this Supplement to 2004 Exam Request ("Supplement") as requested by the Court in its Order ("Order") entered on September 28, 2020 [ECF No. 895] addressing Ms. Rebecca Seibert Haase's Motion to Stop Rule 2004 Examination ("Motion to Stop") [ECF No. 892]. The Trustee states as follows:

1. On July 30, 2020, the Court provided its oral ruling approving the Chapter 11 Trustee's Amended Motion for Entry of an Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets (St. Alexius) in Accordance with Approved Bid Procedures, as Modified; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Accordance with the Bid Procedures; and (C) Granting Related Relief and Request for Hearing on July 29, 2020 ("Sale Motion") [ECF No. 744].

---

[1] The debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

2. Within a few days of the approval of the Sale Motion, Ms. Haase called the Health and Human Services Hotline to file a complaint alleging that the Trustee had improperly used stimulus funds. *See* email chain dated August 5, 2020 between Ms. Haase and Assistant Special Agent Bill Young attached as **Exhibit "A".**

3. Notwithstanding Ms. Haase's allegations, she later admitted in her Motion to Stop Rule 2004 Examination that she does not have "any information about what happened to them" in reference to the stimulus funds. *See* Motion to Stop.

4. Upon being contacted by an agent from Health and Human Services, Ms. Haase coordinated communication between the agent and Dr. Sonny Saggar who was the Chief Strategy Officer and Emergency Room Director as well as a practicing doctor at St. Alexius until September 11, 2020. *See* email chain dated August 11, 2020 between Ms. Haase and Assistant Special Agent Bill Young attached as **Exhibit "B".**

5. Dr. Saggar was also a principal in an investor group that was active in an effort to bid on the Hospital, but ultimately was unable to submit a bid higher than the stalking horse bid of the Purchaser which was approved by the Court.

6. Dr. Saggar also made additional inquiries on purchasing the Hospital on his own or with other investors.

7. Thereafter, an anonymous report was made to the State of Missourri related to the quality of care at the Hospital. The report generated a survey beginning on August 7, 2020 and continuing in person through August 27, 2020. The Trustee worked with several State surveyors on site at the Hospital. Two plans of correction were necessary to address to tags of "Immediate Patient Jeapordy" by the surveyors. The Trustee reviewed and executed both plans and the Trustee continues to work with the State to resolve and close out the survey.

8.      On September 9, 2020, the Trustee received a report from an employee of St. Alexius that after receiving initial preliminary reports from the survey Dr. Saggar commented "I guess we got the sale to stop for another year."

9.      As a result of the timing of the actions by Ms. Haase and Dr. Saggar, the Trustee is investigating whether Ms. Haase, Dr. Saggar and perhaps others were involved in a concerted effort to sabotage the sale.

10.     Since the issuance of the subpoenas and notice of 2004 exam, Ms. Haase and Dr. Saggar have continued communication with each other regarding the Trustee's investigation and documents requested.  *See* email chain dated September 17, 2020 between Ms. Haase and Dr. Sonny Saggar attached as **Exhibit "C".**

11.     At this time and based on the representations made by Ms. Haase, the Trustee agrees to limit the documents requested to: (i) correspondence by and between Ms. Haase and Dr. Sonny Saggar; and (ii) correspondence between Ms. Haase and alexiusanonymous@gmail.com. Further, the Trustee agrees to extend the time to produce those documents for thirty (30) days after entry of an order denying the Motion to Stop.  In the event, ongoing discovery requires additional document requests to Ms. Haase, the Trustee will issue a new subpoena.

12.     In addition, the Trustee agrees to reschedule the 2004 examination to a mutually convenient date within thirty (30) days after production of the modified document request which will be coordinated with Ms. Haase to impose the least amount of burden to her.

13.     The Trustee submits that while every effort will be made to minimize the inconvenience to Ms. Haase, the Trustee does believe it is important to conduct a 2004 examination of Ms. Haase and not simply submitted written questions under the circumstances.

14. The Trustee has consulted with the United States Trustee and understands that the United States Trustee supports the Trustee's request for a 2004 exam.

**WHEREFORE,** the Trustee respectfully request this Court enter an order: (i) denying the Motion to Stop; (ii) compelling Ms. Haase to provide the documents requested as modified herein within fifteen (15) days; and (iii) requiring the parties to reschedule the 2004 examination of Ms. Haase at a mutually convenient time and place which limits the burden on Ms. Haase; and (iv) granting all other relief that is appropriate under the circumstances.

**DATED** this 29th day of September, 2020.

/s/ Jimmy D. Parrish_____
Tiffany Payne Geyer
tpaynegeyer@bakerlaw.com
Florida Bar No. 421448
Elizabeth A. Green, Esq.
Florida Bar No, 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Attorneys for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on September 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF System, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice, and served the foregoing on Rebecca Seibert Haase via Email addressed to rebeccaseibert@gmail.com.

/s/ Jimmy D. Parrish_____
Jimmy D. Parrish

# Exhibit A

| | |
|---|---|
| **From:** | Rebecca Seibert Haase |
| **To:** | Parrish, Jimmy D. |
| **Subject:** | Fwd: Hotline Complaint/ St. Alexius Hospital |
| **Date:** | Friday, September 25, 2020 5:38:11 PM |

[External Email: Use caution when clicking on links or opening attachments.]

---------- Forwarded message ---------
From: **Rebecca Seibert Haase** <rebeccaseibert@gmail.com>
Date: Thu, Aug 13, 2020, 6:16 AM
Subject: Fwd: Hotline Complaint/ St. Alexius Hospital
To: <babydoc14@hotmail.com>

---------- Forwarded message ---------
From: **Young, Bill J (OIG/OI)** <Bill.Young@oig.hhs.gov>
Date: Wed, Aug 5, 2020, 12:29 PM
Subject: Hotline Complaint/ St. Alexius Hospital
To: REBECCASEIBERT@GMAIL.COM <REBECCASEIBERT@gmail.com>

Good Afternoon Ms. Haase,

By way of introduction my name is Bill Young and I am an agent with the United State Department of Health and Human Services in St. Louis, Missouri.  I am in receipt of your hotline complaint regarding the above referenced entity.  I would welcome the opportunity to speak with you regarding the concerns raised in your complaint.  If you are amenable please provide with me with a date and time that works with your schedule and I will give you a call.

I look forward to hearing from you.

Bill Young

Assistant Special Agent in Charge

DHHS/OIG/OI

1222 Spruce Street, Room 9.309

St. Louis, Missouri 63103

(314) 539-3403

(314) 917-8904 (cell)

Bill.Young@oig.hhs.gov

# **Exhibit B**

| | |
|---|---|
| **From:** | Rebecca Seibert Haase |
| **To:** | Parrish, Jimmy D. |
| **Subject:** | Fwd: St Alexius |
| **Date:** | Friday, September 25, 2020 5:37:55 PM |

**[External Email: Use caution when clicking on links or opening attachments.]**

---------- Forwarded message ---------
From: **Rebecca Seibert Haase** <rebeccaseibert@gmail.com>
Date: Tue, Aug 18, 2020, 12:26 PM
Subject: Re: St Alexius
To: Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov>

Yes, I do. She's works in administration. She's head of health information and medical records. She has a wealth of information. She'd be a really good contact for you.

On Tue, Aug 18, 2020, 10:12 AM Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov> wrote:

> Ms. Haase do you know who Toni Knoche is?
>
> **From:** Rebecca Seibert Haase <rebeccaseibert@gmail.com>
> **Sent:** Thursday, August 13, 2020 7:07 PM
> **To:** Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov>
> **Subject:** Re: St Alexius
>
> **CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> I think that's an old picture. I think she's about mid 50s.
>
> On Thu, Aug 13, 2020, 4:35 PM Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov> wrote:
>
>> Thx u would u guess she is in her 40s
>>
>> Get Outlook for iOS

**From:** Rebecca Seibert Haase <rebeccaseibert@gmail.com>
**Sent:** Thursday, August 13, 2020 4:32:38 PM
**To:** Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov>
**Subject:** Re: St Alexius

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is all I have.

On Thu, Aug 13, 2020, 3:29 PM Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov> wrote:

> Ms. Haase would you happen to know any specifics on Ms. Fox like her address or date of birth. I need this information in order to open a case  If you do not know not a problem just let me know. Thank you
>
> Get Outlook for iOS
>
> **From:** Young, Bill J (OIG/OI)
> **Sent:** Tuesday, August 11, 2020 12:11:30 PM
> **To:** Rebecca Seibert Haase <rebeccaseibert@gmail.com>
> **Subject:** RE: St Alexius
>
> No problem thank you
>
> **From:** Rebecca Seibert Haase <rebeccaseibert@gmail.com>
> **Sent:** Tuesday, August 11, 2020 12:02 PM
> **To:** Young, Bill J (OIG/OI) <Bill.Young@oig.hhs.gov>
> **Subject:** St Alexius
>
> **CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bill,

I went ahead and gave your contact information ro Dr Saggar. I believe he's as frustrated with the situation as we employees are.

Thanks

Becca Haase

# **Exhibit C**

| | |
|---|---|
| **From:** | Rebecca Seibert Haase |
| **To:** | Parrish, Jimmy D. |
| **Subject:** | Fwd: Town Hall Cancelled for this week. |
| **Date:** | Friday, September 25, 2020 5:34:17 PM |

[External Email: Use caution when clicking on links or opening attachments.]

---------- Forwarded message ---------
From: **Rebecca Seibert Haase** <rebeccaseibert@gmail.com>
Date: Thu, Sep 17, 2020, 11:18 PM
Subject: Fwd: Town Hall Cancelled for this week.
To: Sonny Saggar <sonny@247uc.com>


---------- Forwarded message ---------
From: **Sonny Saggar** <sonny.saggar@sahstl.com>
Date: Tue, Jul 7, 2020, 6:37 PM
Subject: Town Hall Cancelled for this week.
To: SAH.All.Users <SAH.All.Users@sahstl.com>
Cc: Carol Fox <cfox@glassratner.com>


Good evening all,

Please note that the Town Hall Meeting that was scheduled for tomorrow has been cancelled.

However, the Trustee has said (as per her email below) that if you submitted a question, you're kindly invited to schedule a visit tomorrow between 1.30pm and 3pm and she will respond to your question at that time.

Thank you

Sonny



**Sonny Saggar MD**
**Chief Strategy Officer**
Emergency Department Director
St. Alexius Hospital

Begin forwarded message:


> On Jul 7, 2020, at 16:58, Carol Fox <cfox@glassratner.com> wrote:
>
> Sonny,

>
> This is great. Thank you for summarizing the questions. Due to unforeseen circumstances, I am cancelling the Town Hall meeting. I ask that each employee/manager who submitted a question to schedule to stop by administration tomorrow between 1:30pm through 3pm and I will respond to their question.
>
> Thank you.
>
> Carol
>
> ----
> 200 East Broward Blvd.
> Suite 1010
> Fort Lauderdale, FL 33301
>
> Carol Fox, CPA, CFE, CIRA
> Principal
>
> Direct: 954.859.5075
> Mobile: 954.494.2856
> Email: cfox@glassratner.com
> VCard | LinkedIn | www.GlassRatner.com | www.brileyfin.com
>
>
>
> NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately, and delete this message and all copies and backups thereof. Thank you.