# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 11/05/2020  TIME: 09:00

ISSUE:

913   10/29/2020   Motion to Approve Modified Asset Purchase Agreement and Enter Sale Order, filed by Carol L. Fox (RE: related document(s)744 Motion to Sell under Section 363 filed by Trustee Carol L. Fox). (Attachments: # 1 Exhibit A - Proposed Sale Order # 2 Exhibit B - Modified Asset Purchase Agreement) (Green, Elizabeth)

DISPOSITION:

Granted, Debtor to submit order

JUDGE'S NOTES:

new order

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, November 5, 2020**
(rah)