**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[2] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**ORDER AUTHORIZING THE APPLICATION AND RETENTION OF**
**JOANNA W. OWEN AS SPECIAL COUNSEL AS OF AUGUST 13, 2020**

Upon consideration of the *Application of the Debtors for Authorization to Retain and Employ Joanna W. Owen as Special Counsel as of August 13, 2020* (the "Application")[3] pursuant to sections 327(e) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Kentucky (the "Local Rules"), filed by the above-captioned debtors (collectively, the "Debtors") via Carol L. Fox, as Chapter 11 Trustee ("Fox" or the "Trustee"); and upon consideration of the circumstances and the record in this case and the declarations of Joanna W. Owen (the "Owen Declaration") and the Trustee (the "Fox Declaration") in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

---

[2] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).
[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4830-1805-6399.1

to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS ORDERED THAT:**

1. The Application is APPROVED as provided herein.

2. St. Alexius Hospital Corporation #1 is authorized, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, to employ and retain Joanna W. Owen as special counsel in accordance with the terms and conditions set forth in the Application.

3. Owen shall make all reasonable efforts to avoid any inappropriate duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 cases.

4. Based on the representations made in the Application, the Owen Declaration, and the Fox Declaration, and except as otherwise provided in those documents, the Court finds that Owen is "disinterested." As such, the Trustee is authorized to retain and employ Owen as special counsel to provide the limited services set forth in the Application.

5. Owen shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

6. The relief granted herein shall be binding on any subsequent Chapter 11 trustee appointed in any of these Chapter 11 cases or upon any Chapter 7 trustee appointed in the event of a subsequent conversion of any of these Chapter 11 cases to cases under Chapter 7.

4830-1805-6399.1

7. To the extent that there are any inconsistencies between the terms of the Application and this Order, this Order shall govern.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. Notwithstanding any Bankruptcy Rule or Local Rule that otherwise might delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Order Tendered by:

*/s/ Tiffany Payne Geyer*
Tiffany Payne Geyer
Fla. Bar. No. 421448
**BakerHostetler, LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4079
Fax: 407-841-0168
tpaynegeyer@bakerlaw.com

*Counsel to Chapter 11 Trustee*

3

4830-1805-6399.1



**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, November 9, 2020**
**(grs)**