IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Americore Holdings, LLC, et al.[1] | : | Case No. 19-61608 (GRS) |
| Debtors | : | (Jointly Administered) |
|  | : | Honorable Gregory R. Schaaf |

**RESPONSE OF PELORUS EQUITY GROUP, INC., TO
THE CHAPTER 11 TRUSTEE'S EMERGENCY
MOTION TO ENFORCE SALE ORDER AND GENERAL RESERVATION OF RIGHTS**

Pelorus Equity Group, Inc. ("Pelorus") by counsel, files this Response to the *Chapter 11 Trustee's Emergency to Enforce Sale Order* (the "Motion to Enforce") [ECF No. 947]. In support of this Response, Pelorus states as follows:

**RELEVANT BACKGROUND**

1. As provided more fully in that certain July 17, 2020 Settlement Agreement and Release [ECF No. 775, Exh. 1] (the "Settlement Agreement"),[2] Pelorus has an allowed secured claim against the assets of Debtor St. Alexius Properties, LLC and agreed not to credit bid said claim at the auction which ultimately resulted in selection of SA Hospital Acquisition LLC ("SA Acquisition") as the purchaser of substantially all of the assets of St. Alexius Properties, LLC; St. Alexius Hospital Corporation #1; and Success Healthcare 2, LLC (collectively, the "St. Alexius Debtors").

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799) Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] The Settlement Agreement was approved by the Court. ECF No. 804

2. Pelorus entered into the Settlement Agreement, in large part, based on the requirement that any purchaser of the St. Alexius Debtors' assets would tender an irrevocable bid without any financing contingency. *See* ECF No. 541, Schedule I, Sec. C(vi).

### **RESPONSE TO RELIEF REQUESTED**

Pelorus supports the Motion to Enforce only to the extent it requests an Order from the Court requiring SA Acquisition to close on the sale of substantially all of the St. Alexius Debtors' assets in accordance with the terms of the October 29, 2020 Modified Asset Purchase Agreement (the "APA") and the Court's November 11 Order [ECF No. 929] approving the APA and granting other relief. Such relief should be granted as a matter of law, because the terms of the APA are fully incorporated into the Court's November 11 Order. Pelorus expressly takes no position as to the alleged facts, arguments, or other relief requested in the Motion to Enforce and reserves all rights related to same.

## **GENERAL RESERVATION OF RIGHTS**

Pelorus hereby reserves its rights, claims, and remedies related to its position as a creditor of various Debtors, a party to the Settlement Agreement, the terms of its loan and security documents, the United States Bankruptcy Code, and other applicable law.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

/s/ Adam M. Back
Adam M. Back, KY Bar No. 91003
Timothy R. Wiseman, KY Bar No. 95072
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
(859) 231-3000
adam.back@skofirm.com
tim.wiseman@skofirm.com

*Counsel for Pelorus Equity Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed and served via the Court's Electronic Case Filing System on December 16, 2020.

/s/ Adam M. Back
*Counsel for Pelorus Equity Group, Inc.*

124165.165935/8404835.1