**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| **Americore Holdings, LLC,** *et al.*[1] | ) | Jointly administered |
| | ) | |
| **Debtors.** | ) | Chapter 11 |
| | ) | |

**ORDER PARTIALLY GRANTING**
**TRUSTEE'S EMERGENCY MOTION TO ENFORCE SALE ORDER**

Upon consideration of the Chapter 11 Trustee's Emergency Motion to Enforce Sale Order ("Emergency Motion to Enforce Sale Order" or "Motion") (Doc. No. 947); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Trustee having provided proper and adequate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED:

    1.    The Motion is granted in part but only to the extent provided herein.

    2.    SA Hospital Group LLC ("SA Acquisition") is hereby ordered and directed to specifically perform under the terms of the Modified Asset Purchase Agreement and the Trustee

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

and SA Acquisition shall close the transaction on or before December 31, 2020, effective January 1, 2021.

3. The Trustee shall hold in escrow $500,000 of the closing proceeds. Trustee shall use her best efforts to assist SA Acquisition to submit a revised Plan of Correction that is accepted by the Missouri State Board of Nursing by March 15, 2021. This amount shall be released to the Trustee after acceptance or rejection of the Plan of Correction so long as she has complied with the provisions of this paragraph.

4. The Trustee's request to forfeit SA Acquisition's deposit and to award damages is denied provided that the Trustee may seek forfeiture, damages, and any other rights she has under the APA or applicable law in the event that SA Acquistion does not comply with the provision set forth in paragraph #2.

5. The Court reserves jurisdiction to supplement, interpret, and enforce this Order.

Agreed Order Tendered By:

| | |
|---|---|
| */s/ Elizabeth A. Green* | James A. Lodoen, Esq. |
| Elizabeth A. Green | Spencer Fane LLP |
| Florida Bar No. 0600547 | 100 South 5th Street, Suite 2500 |
| egreen@bakerlaw.com | Minneapolis, MN 55402-1234 |
| BAKER & HOSTETLER, LLP | Phone: 612-268-7039 |
| 200 S. Orange Avenue | Fax: 612-268-7001 |
| Suite 2300 | E-Mail: jlodoen@spencerfane.com |
| Orlando, Florida 32801 | |
| Telephone: 407-649-4000 | *and* |
| Facsimile: 407-841-0168 | |
| *Attorneys for the Chapter 11 Trustee* | */s/ Chrisandrea L. Turner* |
| | Chrisandrea L. Turner |
| | STITES & HARBISON, PLLC |
| | 250 West Main Street |
| | Suite 2300 |
| | Lexington, KY 40507 |
| | Telephone: (859) 226-2300 |
| | E-Mail address: clturner@stites.com |
| | *Attorneys for SA Hospital Acquisition Group LLC* |