**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 19-61608** |
| | ) | |
| **Americore Holdings, LLC, *et al.*[1]** | ) | **Jointly administered** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

**NOTICE OF AGREEMENT TO TERMS OF**
**AGREED ORDER ON EMERGENCY MOTION TO ENFORCE SALE ORDER**

Carol F. Fox, as Chapter 11 Trustee ("Trustee") of St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, and Success Healthcare 2, LLC (collectively, the "Debtors") gives notice that the Official Committee of Unsecured Creditors (the "Committee") and Pelorus Equity Group, Inc. ("Pelorus") agreed to the terms of the *Order Partially Granting Trustee's Emergency Motion to Enforce Sale Order* (Doc. No. 969) (the "Agreed Order"), which partially granted the Trustee's *Emergency Motion to Enforce Sale Order* (Doc. No. 947) (the "Emergency Motion to Enforce Sale Order").

**DATED** this 22nd day of December, 2020.

*s/ Elizabeth A. Green*
ELIZABETH A. GREEN (*admitted pro hac vice*)
Florida Bar No. 600547
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone 407-649-4000
Facsimile 407-841-0168
egreen@bakerlaw.com
*Counsel to Chapter 11 Trustee*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1

and

**Nelson Mullins Riley & Scarborough LLP**
*Counsel for Committee*

Two South Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, FL 33131
Ph. 305-373-9400 | Fax 305-995-6416

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: */s/ Frank P. Terzo*
Frank P. Terzo
Florida Bar No. 906263
Frank.Terzo@nelsonmullins.com
Gary M. Freedman
Florida Bar No. 727260
Gary.Freedman@nelsonmullins.com

and

STOLL KEENON OGDEN PLLC

*/s/ Adam M. Back*
Adam M. Back, KY Bar No. 91003
Timothy R. Wiseman, KY Bar No. 95072
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
(859) 231-3000
adam.back@skofirm.com
tim.wiseman@skofirm.com
*Counsel for Pelorus Equity Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

                                            *s/ Elizabeth A. Green*
                                            ELIZABETH A. GREEN

4833-6851-3493.1