IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19–61608-grs |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Honorable Gregory R. Schaaf |

**NOTICE OF ANTICIPATED FILING OF INTERIM
REPORT BY THE PATIENT CARE OMBUDSMAN**

**PLEASE TAKE NOTICE** that on January 21, 2020, Suzanne Koenig was appointed by the Office of the United States Trustee as the Patient Care Ombudsman in the above-captioned Chapter 11 cases pursuant to an Order of the United States Bankruptcy Court for the Eastern District of Kentucky dated December 31, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Patient Care Ombudsman will be filing her next written report as required by 11 U.S.C. § 333 (the "**Report**") with the Court on or before 11:59 p.m. (Eastern Time) on January 18, 2021; and, as required by Federal Rule of Bankruptcy Procedure 2015.1, hereby gives notice of the anticipated filing of the Report.

**PLEASE TAKE FURTHER NOTICE** that if you would like a copy of the Report it will be available on the Court's website and will, to the extent allowed by such facilities, be posted at St. Alexius Hospital and Izard County Medical Center. You also may contact the following person (who will provide a copy free of charge):

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

-2-

Robyn Warren, Legal Assistant
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6839
Facsimile: (302) 421-6813
Email: robyn.warren@saul.com

Dated: January 4, 2021          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
Facsimile: (302) 421-5881
Email: john.demmy@saul.com

*Counsel for the Patient Care Ombudsman*

-2-