UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

Americore Holdings, LLC, *et al.*[1]

Debtors.

CASE NO. 19-61608

CHAPTER 11

JOINTLY ADMINISTERED

**NOTICE OF FILING MASTER SERVICE LIST**

Comes now Carol L. Fox, Chapter 11 Trustee, through counsel, and hereby gives notice of filing of the attached Master Service List, dated January 8, 2021.

Dated: January 8, 2021

Respectfully submitted,

/s/ *Tiffany Payne Geyer*
Tiffany Payne Geyer (*admitted Pro Hac Vice*)
FL Bar No. 0421448
BAKER & HOSTETLER LLP
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
tpaynegeyer@bakerlaw.com
*Counsel to Carol L. Fox, Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Master Service List, dated January 8, 2021, was served either by first-class U.S. mail, postage prepaid, facsimile, or by electronic mail, as so indicated, on January 8, 2021.

/s/ *Tiffany Payne Geyer*
Tiffany Payne Geyer

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

### The United States Trustee (via CM/ECF)

John L. Daugherty
100 E. Vine St. #500
Lexington, KY 40507
Email: john.daugherty@usdoj.gov

Bradley M. Nerderman
100 E. Vine St. #500
Lexington, KY 40507
Email: Bradley.Nerderman@usdoj.gov

### The Debtors (via U.S. Mail)

Americore Holdings, LLC, *et al*.
3933 S. Broadway
Saint Louis, MO 63118

### Chapter 11 Trustee (via CM/ECF)

Carol L. Fox
200 East Broward Blvd. #1010
Fort Lauderdale, FL 33301-1943
Email: cfox@brileyfin.com

### All Secured Creditors (see Individual Entity for Manner of Service)

The Third Friday Total Return Fund, LP
c/o Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445
Email: mlewitt@thirdfriday.com
**(via Email)**

Pelorus Fund, LLC
c/o Bibin Mannattuparampil Geraci LLP
90 Discovery
Irvine, CA 92618
Fax: (949) 379-2610
**(via Fax)**

Pelorus Fund, LLC
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Penn Med LLC
c/o Jeffery P. Meyers
Myers Law Group LLC
17025 Perry Highway
Warrendale, PA 15086
**(via CM/ECF)**

Toby Mug Financing, LLC
c/o Roger Herman
Rosenblum Boldenhersh
7733 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Fax: (314) 726-6786
**(via Fax)**

Gibbs Technology Leasing – HG1, LLC
3236 West Edgewood Road, Suite A
Jefferson City, MO 65109
Email: hgibbs@gptlaw.net
sarah@gptlaw.net
**(via Email)**

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

| | |
|---|---|
| Dell Financial Services LLC<br>One Dell Way<br>Mail Stop – PS2DF-23<br>Round Rock, TX 78682<br>Fax: (512) 283-2664<br>**(via Fax)** | Gibbs Technology Leasing, LLC<br>3236 West Edgewood Road, Suite A<br>Jefferson City, MO 65109<br>Email: hgibbs@gptlaw.net<br>      sarah@gptlaw.net<br>**(via Email)** |
| Air Liquide Healthcare America Corp.<br>9811 Katy Freeway, Suite 100<br>Houston, TX 77024<br>Email: media@airliquide.com<br>**(via US Mail and Email)** | HOP Capital<br>323 Sunny Island Blvd. #501<br>Sunny Isles Beach, FL 33160<br>Email: joe@jopcapitalllc.com<br>**(via Email)** |
| APP Group International, LLC<br>85 Broad Street, 75th Floor<br>New York, NY 10004<br>**(via US Mail)** | EIN CAP, Inc.<br>160 Pearl Street, Floor 5<br>New York, NY 10005<br>**(via US Mail)** |
| Corporation Services Company<br>P.O. Box 2576<br>Springfield, IL 62708<br>Fax: (302) 636-5454<br>**(via Fax)** | HMFCG Inc.<br>368 New Hemstead Rd.<br>New City, NY 10956<br>**(via US Mail)** |
| CT Corporation Systems<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203<br>Fax: (818) 662-4141<br>**(via Fax)** | Med One Capital Funding, LLC<br>10712 South 1300 East<br>Sandy, UT 84094<br>Fax: (800) 468-5528<br>**(via Fax)** |
| BQR Capital, LLC<br>c/o Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663<br>Fax: (949) 281-3487<br>**(via Fax)** | Leyda Bequer, Trustee of Bequer Trust<br>4980 Hidden Glen Lane<br>Yorba Linda, CA 92887-2811<br>**(via US Mail)** |
| Titan Loan Servicing, LLC<br>c/o Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663<br>**(via US Mail)** | The McNee Family Trust Dated 1/17/08<br>c/o Pelorus Equity Group, Inc.<br>124 Tustin Avenue, Suite 200<br>Newport Beach, CA 92663<br>Fax: (949) 281-3847<br>**(via Fax)** |

4831-3889-4294.1

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

Koven Omens Trust Dated June 26, 2015
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

Trust of R. and G. Glitz Dated 12/11/07
c/o Pelorus Equity Group, Inc.
124 Tustin Avenue, Suite 200
Newport Beach, CA 92663
Fax: (949) 281-3847
**(via Fax)**

**Unsecured Creditors Committee Members (via Email)**

Beckman Coulter, Inc. (Chairperson)
c/o Joshua Lee
250 S. Kraemer Blvd.
Brea, CA 92822-8000
Email: jlee08@beckman.com

Saint Louis University
c/o Larry E. Parres
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Email: lparres@lewisrice.com
**(via CM/CEF)**

Baxter County Regional Hospital, Inc.
d/b/a Baxter Regional Medical Center
c/o Nicole Vaccarella
624 Hospital Dr.
Mountain Home, AR 72653
Email: nvaccarella@baxterregional.org

Western Healthcare, LLC.
c/o John Burger
13155 Noel Rd.
Suite 200
Dallas, TX 75240
Email: jburger@westernhc.com

Specialists in Anesthesia, P.C.
c/o Brad A. Bernstein, M.D.
500 South Meramec Ave.
St. Louis, MO 63105-2533
Email: bernsteinjablon@gmail.com

Midwest Emergency Services
c/o Len Glover
320 E. Hwy 50
O'Fallon, IL 62269
Email: len.glover@er-meds.com
         stacey.koogler@er-meds.com

Dinakar Golla, M.D.
c/o Avrum Levicoff, Esquire
The Levicoff Law Firm, PC
4 PPG Place, Suite 200
Pittsburgh, PA 15222
Email: alevicoff@levicofflaw.com

**Unsecured Creditors Committee Counsel (via CM/ECF)**

Gary M. Freedman
2 South Biscayne Blvd., Suite 2100
Miami, FL 33131
Email: gary.freedman@nelsonmullins.com

Michael D. Lessne
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Email: michael.lessne@nelsonmullins.com

4831-3889-4294.1

## Master Service List - In re: Americore Holdings, LLC, *et al.*
### January 8, 2021

Adam R. Kegley
250 West Main Street, Suite 2800
Lexington, KY 40507-1742
Email: akegley@fbtlaw.com

Frank P. Terzo
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Email: frank.terzo@nelsonmullins.com

### The Internal Revenue Service (via U.S. Mail)

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

### U.S. Attorney (via U.S. Mail and Fax)

U.S. Attorney's Office
Eastern District of Kentucky
260 W. Vine St., Suite 400
Lexington, KY 40507
Fax: (859) 233-2747

### Departments of Revenue (see Individual Entity for Manner of Service)

Arkansas Dept of Finance & Administration
1509 W 7th St.
Little Rock, AR 72201
Fax: (501) 682-3287
**(via Fax)**

Missouri Dept of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105
Fax: (573) 522-1722
**(via Fax and US Mail)**

Kentucky Department of Revenue
Legal Branch – Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602
Fax: (502) 564-8192
**(via Fax and US Mail)**

Pennsylvania Department of Revenue
c/o Pennsylvania Atty General, Nancy Walker
Strawberry Square
Harrisburg, PA 17120
**(via US Mail)**

### Parties Requesting Notice (via CM/ECF)

Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, KY 40504-3706
Email: rra@ask-law.com
 clds@ask-law.com
 G23818@notify.cincompass.com
 Ecf-ask-law@xminimus.com

John D. Demmy
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899-1266
Email: john.demmy@saul.com
 robyn.warren@saul.com

4

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

Adam M. Back, Esq.
Stoll Kennon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: adam.back@skofirm.com
       BackBR@skofirm.com

T. Kent Barber
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Email: kbarber@barberlawky.com
       G67379@notify.cincompass.com

Vika S. Chandrashekar
1400 16th St., Ste. 600
Denver, CO 80202-1486
Email: vika.chandrashekar@moyewhite.com

Kem Tae M. Lynch
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026
Email: LynchKemTae@pbgc.gov
       efile@pbgc.gov

Tiffany Payne Geyer
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: Tpaynegeyer@bakerlaw.com
       smccoy@bakerlaw.com
       orlbankruptcy@bakerlaw.com

Lea Pauley Goff, Esq.
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Email: lea.goff@skofirm.com
       Emily.keith@skofirm.com

William A. Catlett
William A. Catlett, L.L.C.
Dill Bamvakais Building
9939 Gravois Road
St. Louis, MO 63123
Email: william@catlett.biz

Richard P. Dorsey
Alheim & Dorsey, LLC
2209 First Capitol Drive
St. Charles, MO 63301
Email: rpd@alheimdorsey.com

Matthew D. Ellison, Esq.
300 West Vine St., Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
       fmbbankruptcy@gmail.com

Ronald E. Johnson
909 Wright's Summit Parkway, Suite 210
Fort Wright, KY 41011-2783
Email: rjohnson@justicestartshere.com
       amcmullen@justicestartshere.com

Robert O. Lampl
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713
Email: rlampl@lampllaw.com

Ralph L. Landy
1200 K St. NW
Washington, DC 20005-4026
Email: landy.ralph@pbgc.gov
       efile@pbgc.gov

5

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, TX 75230-2163
Email: joyce@joycelindauer.com
dian@joycelindauer.com

Elizabeth A. Green
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: egreen@bakerlaw.com
cmartin@bakerlaw.com
orlbankruptcy@bakerlaw.com

Adam M. Lubow
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: Lubow.Adam.M@dol.gov

John Erin McCabe
Weltman, Weinberg & Reis, LPA
525 Vine Street, Suite 800
Cincinnati, OH 45202-3171
Email: ecfedk@weltman.com

John T. Hamilton, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 West Short Street, Suite 102
Lexington, KY 40507
Email: jhamilton@gmalaw.com
cfeeback@gmalaw.com
lconner@gmalaw.com
fmoore@gmalaw.com

Taft A. McKinstry, Esq.
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
Email: bankruptcy@fowlerlaw.com
fmbbankruptcy@gmail.com

R. Aaron Hostettler
Hamm, Milby & Ridings, PLLC
120 North Main Street
London, KY 40741
Email: ahostettler@hmrkylaw.com

Carol E. Momjian
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016
Email: cmomjian@attorneygeneral.gov

James A. Lodoen
Spencer Fane LLP
100 South 5th Street
Suite 2500
Minneapolis, MN 55402-1234
Email: jlodoen@spencerfane.com

Eric R. Von Helms
4650 North Port Washington Rd.
Milwaukee, WI 53212-1077
Email: evonhelms@kmksc.com

Lawrence Edward Parres
600 Washington Ave., Suite 250
St. Louis, MO 63101
Email: lparres@lewisrice.com

Timothy R. Wiseman
300 W. Vine Street, Suite 2100
Lexington, KY 40507-1801
Email: tim.wiseman@skofirm.com

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

Jimmy D. Parrish
Baker Hostetler LLP
200 South Orange Ave., Suite 2300
Orlando, FL 32801
Email: jparrish@bakerlaw.com
cmartin@bakerlaw.com
orlbankruptcy@bakerlaw.com

Robert T. Razzano
312 Walnut Street, Suite 3200
Cincinnati, OH 44199-9904
Email: rrazzano@bakerlaw.com
jsavage@bakerlaw.com

Matthew M. Scheff
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904
Email: scheff.matthew@dol.gov

Adam M. Levine
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Email: alevine@camlev.com

Jason Lee Swartley
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001
Email: jswartley@attorneygeneral.gov

U.S. Trustee
100 E. Vine St. #500
Lexington, KY 40507-1441
Email: ustpregion08.lx.ecf@usdoj.gov

Callie R. Owen
260 W Vine St., Ste. 300
Lexington, KY 40507
Email: Callie.R.Owen@usdoj.gov
Rose.A.Ritchie@usdoj.gov
Angela.Ethington@usdoj.gov

Jeffrey C. Wisler
1201 North Market St., 20th Floor
Wilmington, DE 19801-1147
Email: jwisler@connollygallagher.com

Brian L. Greenert
400 Waterfront Drive
Pittsburgh, PA 15222
Email: bgreenert@pa.gov
jgeisler@pa.gov

Alan C. Hochheiser
23611 Chagrin Blvd., Ste. 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

Vera N. Kanova
400 Market Street
Harrisburg, PA 17101
Email: verkanova@pa.com

Ellen Arvin Kennedy
City Center, Suite 900
100 W. Main Street
Lexington, KY 40507
Email: dsbankruptcy@dinslaw.com

Tyler N. Layne
Nashville City Center
511 Union St., Ste. 2700
Nashville, TN 37219
Email: tyler.layne@wallerlaw.com
chris.cronk@wallerlaw.com
tina.boone@wallerlaw.com

Emily Katherine Miller
US Dept of Justice, Tax Division
PO Box 227
Washington, DC 20044
Email: emily.k.miller@usdoj.gov
james.j.wilkinson@usdoj.gov
eastern.taxcivil@usdoj.gov

7

4831-3889-4294.1

Master Service List - In re: Americore Holdings, LLC, *et al.*
January 8, 2021

| | |
|---|---|
| Joshua B. Lanphear<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431<br>jlanphear@slp.law<br>Email: dwoodall@slp.law<br>      dlocascio@slp.law<br>      pmouton@slp.law | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363<br>Email: darryl.laddin@agg.com |
| John C Tishler<br>Nashville City Center<br>511 Union St., Ste. 2700<br>Nashville, TN 37219<br>Email: john.tishler@wallerlaw.com<br>      chris.cronk@wallerlaw.com<br>      tina.boone@wallerlaw.com | Joseph R. Froetschel<br>Gismondi & Associates<br>310 Grant Street, Suite 700<br>Pittsburgh, PA 15219<br>Email: jrf@gislaw.com |
| Bradley S. Shraiberg<br>Shraiberg, Landau & Page, P.A.<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431<br>Email: bss@slp.law<br>      dwoodall@slp.law<br>      dlocascio@slp.law<br>      pmouton@slp.law | Paul R. Yagelski<br>Rothman Gordon, P.C.<br>310 Grant Street<br>Grant Building – 3rd Floor<br>Pittsburgh, PA 15219<br>Email: pryagelski@rothmangordon.com |
| Mark A. Pacella<br>PA Office of Attorney General<br>Strawberry Square 14th Floor<br>Harrisburg, PA 17120<br>Email: mpacella@attorneygeneral.gov | Kathleen M. Miller<br>Smith, Katzenstein & Jenkins LLP<br>1000 West Street, Suite 1501<br>PO Box 410<br>Wilmington, DE 19899<br>Email: kmiller@skjlaw.com |
| Wendy G. Marcari<br>Epstein Becker & Green, P.C.<br>875 Third Avenue<br>New York, NY 10022<br>Email: wmarcari@ebglaw.com | Amelia Martin Adams<br>Stoll Keenon Ogden PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1801<br>Email: Amelia.adams@skofirm.com |

8

<u>Master Service List - In re: Americore Holdings, LLC, *et al.*</u>
January 8, 2021

C. Wayne Owen
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005
Email: owen.wayne@pbgc.gov
       efile@pbgc.gov

Jeffrey R. Teeters
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
Email: jrteeters@woodlamping.com

Eric S. Pendergraft
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., Suite 300
Baca Raton, FL 33431
Email: ependergraft@slp.law

Melissa Moran Taylor
Senior Deputy Attorney General
PA Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Email: mtaylor@attorneygeneral.gov

Marta C. Wade
Law Office of Marta C. Wade
13101 W. Washington Blvd., Suite 234
Los Angeles, CA 90066
Email: mwade@mcwadelaw.com

### **Parties Requesting Notice (see Individual Entity for Manner of Service)**

Terri Jane Freedman
Chiesa, Shahinian & Giantomasi, PC
One Boland Dr.
West Orange, NJ 07052
Email: tfreedman@csglaw.com
**(via Email)**

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Rd., Suite 300
Riverwoods, IL 60015
Email: skoenig@sakmgmt.com
**(via Email)**

Brian Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash, Suite 2100
Chicago, IL 60611
Email: bwelch@burkelaw.com
**(via Email)**

Scott A. Zuber
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
Email: szuber@csglaw.com
**(via Email)**

Office of Unemployment Compensation
Tax Service - Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
**(via US Mail)**

Deb Secrest
Office of Unemployment Compensation
Tax Service - Dept of Labor and Industry
Commonwealth of PA
Collection Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751
Email: ra-li-ucts-bankrupt@state.pa.us
**(via Email)**

9

4831-3889-4294.1

Master Service List - In re: Americore Holdings, LLC, *et al.*

January 8, 2021

David Welch
Burke Warren MacKay & Serritella, PC
330 N Wabash , Suite 2100
Chicago, IL 60611
Email: dwelch@burkelaw.com
**(via Email)**

Daniel Glenn Jones
1672 N. Ky 830
Corbin, KY 40701
**(via US Mail)**

Paula Downey
PO Box 813
Pineville, KY 40977
**(via US Mail)**

Paula Jones
PO Box 813
Pineville, KY 40977
**(via US Mail)**

4831-3889-4294.1