IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] ) | Case No. 19–61608-grs |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Honorable Gregory R. Schaaf |

### NOTICE OF PATIENT CARE OMBUDSMAN'S SIXTH INTERIM REPORT

**PLEASE TAKE NOTICE** that on January 21, 2020, Suzanne Koenig was appointed as the Patient Care Ombudsman ("**Ombudsman**") in the above-captioned Chapter 11 cases by the Office of the United States Trustee, pursuant to the Order of the United States Bankruptcy Court for the Eastern District of Kentucky dated December 31, 2019.

**PLEASE TAKE FURTHER NOTICE** that attached to this Notice is the Ombudsman's sixth interim written report as required by 11 U.S.C. § 333 (the "**Report**").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Report will be available on the Court's website and will, to the extent allowed by such facilities, be posted at St. Alexius Hospital and Izard County Medical Center. You also may contact the following person (who will provide a copy free of charge):

> Robyn Warren, Legal Assistant
> SAUL EWING ARNSTEIN & LEHR LLP
> Telephone: (302) 421-6839
> Facsimile: (302) 421-6813
> Email: robyn.warren@saul.com

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

37970233.1 01/19/2021

Dated: January 19, 2021                                **SAUL EWING ARNSTEIN & LEHR LLP**

                                                               By: */s/ John D. Demmy*
                                                                 John D. Demmy (DE Bar No. 2802)
                                                                 1201 N. Market Street, Suite 2300
                                                                 P.O. Box 1266
                                                                 Wilmington, DE 19899
                                                                 Telephone:  (302) 421-6848
                                                                 Facsimile:  (302) 421-5881
                                                                 Email:  john.demmy@saul.com

                                                                 *Counsel for the Patient Care Ombudsman*

37970233.1 01/19/2021

## SUMMARY OF OMBUDSMAN'S MONITORING AND CONCLUSIONS

A. **St. Alexius Hospital**

The Patient Care Ombudsman ("Ombudsman") did not visit St. Alexius Hospital ("Hospital") during the period covered by this report, commencing November 17, 2020 and continuing through January 18, 2021 (the "Reporting Period"), due to COVID-19 precautions and in compliance with Centers for Disease Control ("CDC") guidance. The Ombudsman maintained frequent communications with Carol Fox, Court appointed Chapter 11 Trustee (the "Trustee"), the Hospital's Director of Quality and Risk Management ("DQR"), and other Hospital staff through telephone calls, text messages and e-mail. Through such communications the Ombudsman understands that the Hospital had no sentinel events or major patient incidents during the Reporting Period.

1. **Census**

In the latter part of 2020, the Hospital launched a major marketing campaign focused on reaching local physicians. The campaign is believed to be responsible for an increase in occupancy levels reaching to the upper 60s during that time. On the day of a recent conversation with the Hospital, the current occupancy level or census was fifty-nine patients, with eight patients receiving nursing care in the medical units and fifty-one receiving behavioral health services.

2. **Hospital Staffing**

The Hospital staff includes registered nurses, licensed practical nurses, patient care technicians, emergency medical technicians, and paramedics. Earlier efforts by the Hospital to recruit nursing staff have been unsuccessful, especially for the critical care areas. During the Reporting Period, the Hospital conducted a major recruitment blitz including the offering of a $30,000 sign on bonus. This program resulted in the hiring of forty-one registered nurses; some

are already on duty while a few are currently undergoing orientation. The nurses hired under this program received the bonus on December 15, 2020 and all have signed contracts for a two-year commitment. While this program has been successful, the Hospital continues to rely on some agency staff in several specialty areas. The Hospital has a goal to fully staff all areas without the use of agency nurses.

### 3. COVID-19

The Hospital treated sixteen patients with confirmed COVID-19 infections; one of these patients required artificial ventilation for a couple of days. The Hospital has not had any deaths due to COVID-19. Staff are provided continuous education on COVID-19 prevention, symptoms and care. If an employee believes they might have COVID-19, they are expected to contact their supervisor or the employee health nurse via phone. If the employee is experiencing symptoms, they will be tested for COVID-19.

In accordance with guidelines issued by the State of Missouri Department of Health, all new admissions are placed into quarantine. The Hospital has revised its COVID-19 visitation policy and now prohibits in-person visitors with the exception of the emergency room, which allows one designated visitor to accompany the patient. Patients in end-of-life status are allowed to have two visitors at the bedside. Known representatives from other healthcare facilities may visit patients to evaluate discharge needs to ensure continuity of care.

### 4. Regulatory Activity

Surveyors from the State of Missouri Department of Health conducted a revisit survey to determine if the Hospital was again in compliance with all federal conditions of participation. The revisit survey concluded on November 17, 2020. Surveyors found that the Hospital was in compliance with all conditions of participation. Consequently, the survey agency rescinded its

prior decision to terminate the Hospital from participation in the Medicare program. The surveyors based their decision regarding Hospital compliance with federal regulations through the Hospital's accreditation by the Joint Commission.

The State of Missouri Department of Health also reviewed the investigation of an incident occurring at the Hospital in November 2020. In the subject incident, two patients were involved in an altercation in the behavioral unit. An activity aide assigned to the unit quickly intervened and no injuries were sustained by either of the patients. The Hospital did a thorough investigation and reviewed its internal policies and procedures. The investigative team determined that the internal systems operated in compliance with Hospital policy. The Hospital re-educated all of the staff. As a proactive measure, the incident was reported to the state's department of health. The Hospital received a letter from the assistant chief of the Bureau of Hospital Standards on December 9, 2020 confirming that the Hospital's internal investigation of the incident was reviewed and was found to be thorough. No citations were given to the Hospital.

5. **Staff Education**

The Hospital has continued its education program for the clinical staff including basic cardiac/pulmonary resuscitation, advanced cardiac life support, advanced pediatric life support, and initial and refresher classes in crisis prevention intervention. Paragon Education provides training in disease prevention and infection control. A Nursing Competency Day is held monthly for clinical staff.

6. **New Ownership**

The Ombudsman has been advised that the Bankruptcy Court authorized the Trustee to sell the assets of the Hospital and that a closing of such sale had been scheduled for December 31, 2020 but delayed to accommodate certain issues not directly dealing with patient care issues. The

Ombudsman also was advised that closing was scheduled to occur on or before January 15, 2021. The Ombudsman has requested confirmation whether such occurred, but has not yet been advised of the status of the sale closing.

Through communications with Hospital personnel and the Trustee, the Ombudsman has been advised that: (i) representatives from the new ownership have been involved with the Hospital leadership for several weeks, (ii) new staff have been recruited and new departments have been developed, (iii) the security department has been reorganized and a new director has been hired, (iv) a new computerized tomography (CT) scanner is now in place and was used for the first time in early January 2021, (v) the new cardiac catheterization lab was scheduled to open on January 11, 2021, and (vi) according to Hospital administration, all patient records will transfer to the new ownership through the sale process.

Assuming the sale of the Hospital's assets closed as anticipated, this will be the final report issued by the Ombudsman with respect to the Hospital.

**B.**     **Izard County Medical Center**

The Ombudsman did not visit the Izard County Medical Center ("Medical Center") in Calico Rock, Arkansas during this Reporting Period due to COVID-19 precautions in compliance with CDC guidance. The Ombudsman had frequent telephone and e-mail contact with the appropriate leaders at the Medical Center. Through such communications the Ombudsman understands that the Medical Center had no sentinel events or major patient accidents during the Reporting Period.

**1.**     **Administration**

The Chief Executive Officer ("CEO") reports that no key administrative positions have changed and that daily operations remain the same. All departments are operating normally, and

4

adequate supplies are available. The Medical Center is using several new vendors in order to maintain adequate medical supplies, personal protective equipment ("PPE") and medications. All Medical Center equipment is operating properly, and the CEO confirmed that all systems required for daily operations are intact. The CEO stated that she has no new information about the status of the bankruptcy case or of a potential sale of the Medical Center.

2. **COVID-19 Update**

Currently, the Medical Center does not have any positive COVID-19 cases. The CEO reported to the Ombudsman that COVID-19 cases in Izard County are increasing daily but the Medical Center has had only two positive patients, each with mild symptoms. The Medical Center was given twenty doses of the COVID-19 vaccines, with a second batch of doses to be provided to the Medical Center on January 16, 2021. The CEO reports that only a few staff members have opted to take the vaccine and that it is not mandatory for them to take the vaccine. Currently, test reagent necessary for COVID-19 testing is not available in Izard County and the Medical Center is unable to run tests; all symptomatic patients are transferred to a larger hospital. The Medical Center remains on visitor restriction with an exception for patients with end-of-life conditions. The CEO reports that the hospital has an adequate supply of PPE provided by the State of Arkansas.

3. **Clinical Update**

The CEO reported to the Ombudsman that no major changes have occurred within the nursing department. Nurse recruitment remains a major problem however, and the director of clinical services often has to provide nursing coverage for the Medical Center's patient care. The census or occupancy level at the Medical Center on January 11, 2021 was three patients and has averaged between three and five patients during the last few months. The CEO confirms that the Medical Center has maintained adequate staffing in accordance with the low patient census.

5

Despite the difficulty with staff recruitment, the morale is positive and there has been only minimal staff turnover.

### 4. Emergency Department

The Emergency Department (ED) remains open twenty-four hours daily throughout the week, but community usage has been very low. The Medical Center usually sees only four to five patients in any twenty-four-hour period. The Medical Center continues to use the same contractor to supply the care providers; physician coverage has been appropriate. The ED continues to enforce restrictions on visitors, but a parent is allowed to stay with a child.

### 5. Staff Education

The required educational programs are in place for the licensed staff and patient care technicians. Staff have been re-educated on the mandate to wear a mask and a face shield when in contact with a patient with a positive COVID-19 diagnosis.

### CONCLUSION

The Ombudsman has continued to stay in communication with the Trustee on all areas of concern and is satisfied that there were no areas of major concern with respect to the operations of either the Hospital or the Medical Center during the Reporting Period.

37970233.1 01/19/2021