## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19–61608-grs |
| Debtors. | ) Jointly Administered |
| | ) Honorable Gregory R. Schaaf |

### NOTICE OF PATIENT CARE OMBUDSMAN'S ELEVENTH INTERIM REPORT

**PLEASE TAKE NOTICE** that on January 21, 2020, Suzanne Koenig was appointed as the Patient Care Ombudsman ("**Ombudsman**") in the above-captioned Chapter 11 cases by the Office of the United States Trustee, pursuant to the Order of the United States Bankruptcy Court for the Eastern District of Kentucky dated December 31, 2019.

**PLEASE TAKE FURTHER NOTICE** that attached to this Notice is the Ombudsman's ninth interim written report as required by 11 U.S.C. § 333 (the "**Report**").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Report will be posted at Izard County Medical Center, is available on the Court's website, and may be obtained free of charge by contacting:

Robyn Warren, Legal Assistant
SAUL EWING ARNSTEIN & LEHR LLP
Telephone: (302) 421-6839
Facsimile: (302) 421-6813
Email: robyn.warren@saul.com

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

39520189.1 01/18/2022

Dated: January 18, 2022            **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:  (302) 421-6848
Facsimile:  (302) 421-5881
Email:  john.demmy@saul.com

*Counsel for the Patient Care Ombudsman*

# SUMMARY OF OMBUDSMAN'S MONITORING AND OBSERVATIONS

**Izard County Medical Center**

Izard County Medical Center ("Medical Center") is a critical access hospital in Calico Rock, AR that has served the community for nearly seventy years. It operates inpatient and outpatient services, acute and post-acute care, laboratory, radiology, pharmacy, and physical therapy services. The Medical Center contracts with a physician group for emergency services and is open twenty-four hours per day, seven days per week. It is staffed with a physician and other ancillary professionals.

During the period covered by this report, commencing November 17, 2021 and continuing through January 17, 2022 (the "Reporting Period"), the Ombudsman did not visit the Medical Center due to COVID-19 precautions in compliance with Centers for Disease Control and Prevention ("CDC") guidance. The Ombudsman maintained frequent communications with Carol Fox, Court appointed Chapter 11 Trustee (the "Trustee"), as well as the appropriate leaders at the Medical Center.

1.  Administration

During this Reporting Period, the Chief Executive Officer ("CEO") of the Medical Center has provided the Ombudsman all requested information and data. The Medical Center had no sentinel events during the Reporting Period nor were there any citations or inspections by the state health department. Supply levels remain sufficient for proper patient care and the Medical Center has not experienced any difficulties in procuring supplies.

Due to the increasing service challenges and the rapidly changing environment because of the recent COVID-19 surge, administrative leaders have remained vigilant to ensure that updated CDC guidance is implemented as new regulations are promulgated. The Medical Center is

1

adhering to updated CDC isolation and quarantine guidelines that were issued on December 23, 2021. Despite the burdens faced by staff, morale remains high. The CEO did not report any unusual concerns or obstacles in meeting regulatory and professional standards. Required equipment is operating nominally and preventive maintenance programs are in place to support quality assurance efforts.

    2.    <u>Community Relations and Census Pattern</u>

According to the CEO, the local medical community and public continue to utilize facility services. In November 2021, the Medical Center admitted fourteen (14) patients for acute care services and two (2) patients in the post-acute swing bed section. In December 2021, the Medical Center admitted eight (8) patients for acute care and three (3) patients in swing beds.

    3.    <u>COVID-19 Update</u>

The Medical Center processed eighty-one (81) COVID-19 tests in November 2021 and recorded twenty (20) positive results. In December 2021, there were one hundred and sixteen (116) COVID-19 tests administered with twenty-four (24) positive results. As of January 10, 2022, the Arkansas Department of Health ("ADOH") reported one hundred ninety-seven (197) active COVID-19 cases in Izard County; ADOH also reported that there has been a total of fifty-eight (58) deaths in Izard County since the beginning of the pandemic. A high percentage of those contracting COVID-19 or that are hospitalized are unvaccinated. As of January 17, 2022, there are four (4) staff members with active COVID-19 infections, and one (1) staff member in quarantine due to a COVID exposure. Staff are reminded to wear all personal protective equipment as indicated by Medical Center policy. The Medical Center continues to provide education to the patients and for community residents at large.

4. <u>Staffing</u>

Positions remain open for both licensed nurses and certified nurse aides ("CNA"). Many of the open positions are on the night shift. Administrative nurses provide coverage if a patient's condition changes, and additional staff are unavailable. The Medical Center has maintained adequate staffing through use of their administrative nurses and through volunteer nurses from other healthcare facilities. All staff members are oriented to their positions within the Medical Center prior to their assignment. The staffing situation has not prevented the Medical Center from admitting patients to their acute care and swing beds.

5. <u>Emergency Department</u>

The Emergency Department ("ED") is open twenty-four hours daily on weekdays, and always has a provider on site with ancillary support staff and the contracted physician service. In November 2021, the ED had one hundred twenty-six (126) visits. In December 2021, the ED had one hundred twenty (120) visits. The Medical Center continues to use the same contractor to supply care providers, and physician coverage has been appropriate for patient volumes. In compliance with COVID-19 protocols, the ED continues to restrict visitors accompanying patients, but allows minor patients to have a parent remain with them.

6. <u>Laboratory Services</u>

The Medical Center laboratory is functioning properly and is adequately staffed. It continues to process tests on a twenty-four-hour basis seven days per week and specimen collection is conducted in accordance with Medical Center policy. Supply shortages have not been problematic, and the Medical Center has been able to borrow items from nearby healthcare providers as necessary whenever they have been unavailable in the Medical Center.

7. <u>Infection Control</u>

The last infection control meeting was held on January 11, 2022. During the housekeeping round for December 2021, several items were noted that require attention: dust was observed on a window seal and monitor; a mirror needed cleaning; and a disposable cuff was left attached to a monitor. The Medical Center reported zero surgical site infections ("SSI") and hospital-acquired infections ("HAI") in December 2021. The CEO reported to the Ombudsman that new staff members are educated on the importance of following Medical Center policy on cleaning procedures and cleaning frequency. Handwashing routines and sanitization of high-traffic areas are monitored frequently for compliance. Supply levels are appropriate to fulfill the Medical Center's requirements for daily cleaning routines.

8. <u>Staff Education</u>

The Medical Center is continuing to use administrative nursing staff for delivery of educational programming. Licensed staff as well as patient care technicians are receiving training on topics such as proper COVID screening procedures. The administrative nurses are monitoring the quality program until a director can be hired for the position.

## CONCLUSION

Based on interviews with the CEO and others at the Medical Center, the Ombudsman has no concerns with respect to patient care during this Reporting Period.