STANDARD BANK RECONCILIATION

| Month | December | Year | 2021 |
|-------|----------|------|------|

Account No.  *6209

Account Name

Pineville Medical Center, LLC
DBA Southeastern Kentucky Medical Center
Operating Account/Debtor-In-Possession

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 148,529.30 | Your transaction register balance | $ 148,529.30 |
| Add (+)<br>Deposits not shown on Bank Statement | $ - | Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ - |
| Total | $ 148,529.30 | Add (+)<br>Interest paid on bank statement | $ - |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | | Total | $ 148,529.30 |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Number | Amount |
|--------|--------|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ - | Total Subtractions | $ - |
| Balance | $ 148,529.30 | Balance | $ 148,529.30 |



**First State Bank** *of the Southeast*

|  |  |  |
|---|---|---|
| | Page: | 1 of 1 |
| **1**  **PINEVILLE MEDICAL CENTER LLC**  **DBA SOUTHEASTERN KENTUCKY MEDICAL CENTER**  **OPERATING ACCOUNT/DEBTORS-IN-POSSESSION**  **B RILEY ADVISORY SERVICES**  **200 EAST BROWARD BLVD, SUITE 1010**  **FORT LAUDERDALE FL  33301** | Account: | ▉6209 |
| | Date: | 12/31/2021 |
| | | CYCLE-033 |

|  |  |
|---|---|
| **Enclosures** | 0 |

**\*\*\* CHECKING \*\*\* PREMIER BUSINESS**

| | | |
|---|---|---|
| Beginning balance on December 01, 2021 | $ | 148,539.91 |
| Total Deposits and Credits:   0 | + | .00 |
| Total Checks and Debits:    1 | - | 10.61 |
| Service Charge | - | 0 |
| Ending balance on December 31, 2021 | $ | 148,529.30 |

● **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 12/06 | ACCOUNT ANALYSIS FEE | 10.61 | |

● **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | 148,539.91 | 12/06 | 148,529.30 | | | | |

**E-STATEMENTS**
**SIGNUP FOR E-STATEMENTS TODAY!**
**VISIT WWW.OURFSB.BANK FOR DETAILS.**

## STANDARD BANK RECONCILIATION

Month _____ December _____    Year _____ 2021 _____

Account No. *0392 _____    Account Name

Pineville Medical Center, LLC
DBA Southeastern Kentucky Medical Center
Operating Account/Debtor-In-Possession

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 472.09 | Your transaction register balance | $ 472.09 |
| Add (+)<br>Deposits not shown on Bank Statement | $ - | Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ - |
| Total | $ 472.09 | Add (+)<br>Interest paid on bank statement | $ - |
| | | Total | $ 472.09 |

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ - | Total Subtractions | $ - |
| Balance | $ 472.09 | Balance | $ 472.09 |



**First State Bank**
*of the Southeast*

| | |
|---|---|
| Page: | 1 of 1 |
| Account: | ▉0392 |
| Date: | 12/31/2021 |

**1**  **PINEVILLE COMMUNITY HOSPITAL
C/O PINEVILLE MEDICAL CENTER
DEBTOR-IN-POSSESSION ACCOUNT
C/O CAROL FOX, CHAPTER 11 TRUSTEE
200 EAST BROWARD BOULEVARD, SUITE #1010
FORT LAUDERDALE FL  33301**

CYCLE-033

.

| | | |
|---|---|---|
| **Enclosures** | | 0 |

**\*\*\* CHECKING \*\*\* PREMIER BUSINESS**

| | | |
|---|---|---|
| Beginning balance on December 01, 2021 | $ | 472.09 |
| Total Deposits and Credits:   0 | + | .00 |
| Total Checks and Debits:     0 | - | .00 |
| Service Charge | - | 0 |
| Ending balance on December 31, 2021 | $ | 472.09 |

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | 472.09 | | | | | | |

**E-STATEMENTS
SIGNUP FOR E-STATEMENTS TODAY!
VISIT WWW.OURFSB.BANK FOR DETAILS.**

## STANDARD BANK RECONCILIATION

Month ___December___  Year ___2021___

Account No. _*4215_

Account Name

Pineville Medical Center, LLC
DBA Southeastern Kentucky Medical Center
Operating Account/Debtor-In-Possession

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ | 6,353.29 |
| Add (+) Deposits not shown on Bank Statement | $ | - |
| Total | $ | 6,353.29 |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | |
|---|---|---|
| Your transaction register balance | $ | 6,353.29 |
| Add (+) Other credits shown on the bank statement but not in transaction register | $ | - |
| Add (+) Interest paid on bank statement | $ | - |
| Total | $ | 6,353.29 |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
|  | $ |
|  |  |
|  |  |
|  |  |

| | | |
|---|---|---|
| Total Subtractions | $ | - |
| Balance | $ | 6,353.29 |

| | | |
|---|---|---|
| Total Subtractions | $ | - |
| Balance | $ | 6,353.29 |



**First State Bank**
*of the Southeast*

| | | |
|---|---|---|
| Page: | 1 of 1 | |
| Account: | 4215 | |
| Date: | 12/31/2021 | |

**1**   **PINEVILLE COMMUNITY HOSPITAL ASSOC INC**
**C/O PINEVILLE MEDICAL CENTER**
**DEBTOR-IN-POSSESSION ACCOUNT**
**C/O CAROL FOX, CHAPTER 11 TRUSTEE**
**200 EAST BROWARD BOULEVARD, SUITE #1010**
**FORT LAUDERDALE FL  33301**

CYCLE-032

| | | |
|---|---|---|
| **Enclosures** | | 0 |

**\*\*\* CHECKING \*\*\* LEGACY BUSINESS**

| | | | |
|---|---|---|---|
| | **Beginning Rate** | | 0.05000 |
| Beginning balance on December 01, 2021 | $ | | 6,353.02 |
| Total Deposits and Credits:   1 | + | | .27 |
| Total Checks and Debits:      0 | - | | .00 |
| Service Charge | - | | 0 |
| Ending balance on December 31, 2021 | $ | | 6,353.29 |

● **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 12/31 | INTEREST PAYMENT | | .27 |

● **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | 6,353.02 | 12/31 | 6,353.29 | | | | |

● **Interest Earned This Statement Period**

PAYER FEDERAL ID NUMBER................     2880
INTEREST PAID YEAR TO DATE..............     3.11

**E-STATEMENTS**
**SIGNUP FOR E-STATEMENTS TODAY!**
**VISIT WWW.OURFSB.BANK FOR DETAILS.**