# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | ) Case No. 19-61608-grs |
| Debtors. | ) Jointly Administered |
| | ) Honorable Gregory R. Schaaf |

## NOTICE OF HEARING

Notice is hereby given that the *Chapter 11 Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against James Biden and (II) to Permit Payment of Contingency Fee to Nelson Mullins* shall come up for hearing before the Honorable Judge Gregory R. Schaaf, at the U.S. Bankruptcy Court, Community Trust Building, 100 East Vine Street, 2nd Floor Courtroom, Lexington, KY 40507, at the hour of **9:00 a.m. EST on October 18, 2022** or as soon thereafter as counsel may be heard.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

| | |
|---|---|
| **DATED**: September 23, 2022 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 2 South Biscayne Boulevard - 21st Floor<br>Miami, FL  33131<br>Ph. 305-373-9400 \| Fax 305-995-6416 |
| | 100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL 33394<br>Ph. 954-764-7060 \| Fax 954-761-8135 |
| | */s/ Gary M. Freedman*<br>Gary M. Freedman<br>Florida Bar No. 727260<br>Gary.Freedman@nelsonmullins.com<br>Frank P. Terzo<br>Florida Bar No. 906263<br>Frank.Terzo@nelsonmullins.com |
| | *Counsel for Carol Fox, Chapter 11 Trustee* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on September 23, 2022, a true and correct copy of the foregoing was served by electronic noticing via the CM/ECF System to all parties requesting such notice; via U.S. Mail to all parties on the attached service list; and via email to David Randolph Smith drs@drslawfirm.com on behalf of Adversary Proceeding Defendant James Biden.

*/s/ Gary M. Freedman*
Gary M. Freedman

2