UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:                                                                              Case No. 19-61608-grs

AMERICORE HOLDINGS, LLC, *et al.*,[1]                       Chapter 11
                                                                                         Jointly Administered
    Debtors.
_____/

### ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION (I) TO APPROVE COMPROMISE AND SETTLEMENT OF ADVERSARY AGAINST JAMES BIDEN AND (II) TO PERMIT PAYMENT OF CONTINGENCY FEE TO NELSON MULLINS

    THIS MATTER having come before the Court on October 18, 2022 at 9:00 a.m. EST upon Carol L. Fox, the Chapter 11 Trustee's *Motion (I) to Approve Compromise and Settlement of Adversary Against James Biden and (II) to Permit Payment of Contingency Fee to Nelson Mullins [ECF No. ___]* (the "Motion"), and pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019-1 of the United States Bankruptcy Court for the Eastern District of Kentucky seeking an order approving the Motion to approve a compromise of controversy with James Biden, and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

best interests of the Debtor's' estate, its creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

    **IT IS ORDERED:**

    1.    The Motion is GRANTED.

    2.    The Settlement Agreement attached to the Motion is approved.

    3.    The Trustee shall pay Nelson Mullins 33 ⅓% of all recoveries received under the Settlement Agreement without further order of this Court.

    4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

<u>Submitted by:</u>

Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449
Facsimile: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

*Attorneys for Plaintiff/Trustee*