```
Label Matrix for local noticing          12430 OXFORD PARK DR APT 721              8K MILES SOFTWARE SERVICES INC
0643-6                                   1640 W. REDSTONE CENTER DRIVE, SUITE 200  C/O JORGE GARCIA, ESQ.
Case 19-61608-grs                        12430 OXFORD PARK DR APT 721              THREE LOGAN SQ., 1717 ARCH ST., SUITE 35
Eastern District of Kentucky             PARK CITY, UT 84098                       PHILADELPHIA, PA 19103
London
Fri Sep 23 11:13:30 EDT 2022

ABBOTT DIAGNOSTICS DIVISION OF           ACCESS INFORMATION MANAGEMENT OF WISCONSIN L   ALAN GERMANY
ABBOTT LABORATORIES INC.                 ATTN MARGARET                             2386 NORTH SUN LAKE PLACE
C/O KOHNER, MANN & KAILAS, S.C.          500 UNICORN PARK DR STE 502               TUCSON, AZ 85749-8707
4650 NORTH PORT WASHINGTON ROAD          WOBURN MA 01801-3304
MILWAUKEE, WISCONSIN 53212-1077


ALLIED BENEFIT SYSTEMS, LLC              AMEREN MISSOURI                           AMERICORE HEALTH EMPLOYEE BENEFITS PLAN
F/K/A ALLIED BENEFIT SYSTEMS, INC.       BANKRUPTCY DECK MC 310                    ISABEL CULVER REGIONAL DIRECTOR US DOL
C/O DINSMORE & SHOHL LLP                 PO BOX 66881                              61 FORSYTH STREET SW SUITE 7B54
100 W. MAIN STREET, STE 900              ST LOUIS MO 63166-6881                    ATLANTA GA 30303-8943
LEXINGTON, KY 40507-1839


AMERICORE HEALTH, LLC 401(K) PLAN        AMY D. DOMINELLI                          AMY JACKSON-BOLINGER
ISABEL CULVER, REGIONAL DIRECTOR,  U.S.  512 WOOD STREET                           909 WRIGHT'S SUMMIT PARKWAY
61 FORSYTH STREET SW SUITE 7B54          ELLWOOD CITY, PA 16117-1251               SUITE 210
ATLANTA, GA 30303-8943                                                             FT. WRIGHT, KY 41011-2783


ANDERS MINKLER HUBER & HELM, LLP         (p)ANGIODYNAMICS  INC                     APP Group International, LLC
800 MARKET STREET                        14 PLAZA DRIVE                            c/o Stites and Harbison PLLC
SUITE 500                                LATHAM NY 12110-2166                      250 W Main St
SAINT LOUIS, MO 63101-2298                                                         Suite 2300
                                                                                   Lexington, Ky 40507-1735


ARKANSAS DEPARTMENT OF FINANCE AND ADMIN. ASAHI INTECC USA INC                     ASAHI INTECC USA, INC.
LEGAL COUNSEL ROOM 2380                   C/O VOGLER AND ASSOCIATES LLC            22 EXECUTIVE PARK
P O BOX 1272                              11756 BORMAN DRIVE, SUITE 200            SUITE 110
LITTLE ROCK, AR 72203-1272                ST. LOUIS, MO 63146-4157                 IRVINE, CA 92614-2705


ATLANTIC PERSONNEL & TENANT SCREENING INC Amelia Martin Adams                      Allied Benefit Systems, Inc.
8895 N MILITARY TRAIL #301C               Stoll Keenon Ogden PLLC                  c/o Ellen Arvin Kennedy
PALM BEACH GARDENS FL 33410-6279          300 West Vine Street                     Dinsmore & Shohl LLP
                                          Suite 2100                               100 W. Main Street, Suite 900
                                          Lexington, KY 40507-1801                 Lexington, KY 40507-1839


Americore Health Enterprises, LLC         Americore Health, LLC                    Americore Holdings, LLC
3933 S Broadway                           3933 S Broadway                          3933 S Broadway
St Louis, MO 63118-4601                   St Louis, MO 63118-4601                  St Louis, MO 63118-4601


Ryan R. Atkinson                          B & H COAL CO INC                        BQR CAPITAL, LLC
1608 Harrodsburg Road                     PO BOX 221                               C/O PELORUS EQUITY GROUP, INC.
Lexington, KY 40504-3706                  JACKSON KY 41339-0221                    124 TUSTIN AVENUE, SUITE 200
                                                                                   NEWPORT BEACH CA 92663-4782


BROSSETT CORPORATION                      BURWOOD GROUP, INC.                      Adam Mastin Back
1932 RUE LA FONTAINE                      C/O RICHARD C. PERNA                     Stoll Keenon Ogden, PLLC
NAVARRE, FL 32566-2151                    200 S. WACKER DR., SUITE 600             300 W. Vine Street, Suite 2100
                                          CHICAGO, IL 60606-5849                   Lexington, KY 40507-1801
```

| | | |
|---|---|---|
| BankDirect Capital Finance, LLC<br>21 N. LaSalle St. STE 3700<br>Chicago, il 60602 | CARTSENS HEALTH INDUSTRIES<br>CARTSENS INC<br>7310 WEST WILSON AVE<br>CHICAGO IL 60706-4787 | CBRCC, INC.<br>4475-A2 MORRIS PARK DRIVE<br>MINT HILL, NC 28227-9270 |
| CINDY L CANCELLIERE<br>225 LINDEN AVENUE<br>ELLWOOD CITY, PA 16117-6431 | COMMERCIAL ELECTRIC MOTOR SERVICE INC<br>3121 WASHINGTON BLVD<br>ST LOUIS MO 63103-1280 | CORPORATION SERVICES COMPANY<br>P.O. BOX 2576<br>SPRINGFIELD IL 62708-2576 |
| CRYSTAL MOODY<br>P.O. BOX 574<br>SALEM, AR 72576-0574 | CT CORPORATION SYSTEMS<br>ATTN: SPRS<br>330 N. BRAND BLVD., SUITE 700<br>GLENDALE CA 91203-2336 | CYNTHIA A. TAYLOR<br>1713 IRWIN ST<br>ALIQUIPPA, PA 15001-3017 |
| CYRACOM, LLC.<br>2650 E. ELVIRA ROAD, SUITE 132<br>TUCSON, AZ 85756-7106 | Calico Rock Med, LLC<br>c/o Gess Mattingly & Atchison, P.S.C.<br>201 West Short Street<br>Ste. 102<br>Lexington, KY 40507-1231 | Campbell & Levine, LLC<br>310 Grant Street<br>Suite 1700<br>Pittsburgh, PA 15219-2348 |
| William A Catlett<br>9939 Gravois Road<br>St. Louis, MO 63123-4211 | (c)VIKA S CHANDRASHEKAR<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 | Cigna HealthCare of St. Louis, Inc.<br>c/o Wyatt, Tarrant & Combs, LLP<br>Attn:  Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1746 |
| Commonwealth of Pennsylvania<br>PA Office of Attorney General<br>15th Floor Strawberry Square<br>Harrisburg, PA 17120-0001 | Commonwealth of Pennsylvania, Department of<br>Southwest Regional Office<br>400 Waterfront Drive<br>Pittsburgh, PA 15222-4739 | DARRA BRIANNA HUFF<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| DAVID B PATRICK<br>249 DEHAVEN ROAD<br>BEAVER FALLS PA 15010-9771 | DAVID STEBBINS<br>1100 LOVE STREET<br>PITTSBURGH PA 15218-1157 | DAVIDOFF LAW FIRM, PLLC<br>HARRY W. GREENFIELD<br>BERNSTEIN-BURKLEY PC<br>707 GRANT STREET, SUITE 2200<br>PITTSBURGH, PA 15219-1945 |
| John  L. Daugherty<br>100 E. Vine St. #500<br>Lexington, KY 40507-1441 | John D Demmy<br>1201 North Market Street, Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899-1266 | Dentons Bingham Greenebaum LLP<br>3500 PNC Tower<br>101 South First Street<br>Louisville, KY 40202 |
| EULER HERMES N.A AS AGENT FOR COMPUTER PROGR<br>800 RED BROOK BLVD, #400C<br>OWINGS MILLS, MD 21117-5173 | EULER HERMES N.A AS AGENT FOR INTERTECH SECU<br>800 RED BROOK BLVD, #400C<br>OWINGS MILLS, MD 21117-5173 | Matthew D. Ellison<br>300 West Vine Street<br>Suite 600<br>Lexington, KY 40507-1751 |
| Ellwood City Area School District<br>501 Crescent Avenue<br>Ellwood City, PA 16117-1997 | Ellwood Medical Center Operations, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 | Ellwood Medical Center Real Estate, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 |

| | | |
|---|---|---|
| Ellwood Medical Center, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 | FAULTLESS LAUNDRY COMPANY<br>330 W 19TH TERRACE<br>KANSAS CITY, MO 64108-2026 | FMLASOURCE<br>ROBERT MALLERS CFO<br>455 N CITYFRONT PLAZA DR 13TH FL<br>CHICAGO IL 60611-5322 |
| Carol L. Fox<br>200 East Broward Blvd #1010<br>Fort Lauderdale, FL 33301-1943 | Gary M. Freedman<br>Nelson Mullins Broad & Cassel<br>2 S. Biscayne Blvd<br>Ste 2100<br>Miami, FL 33131-1811 | Joseph R Froetschel<br>310 Grant Street, Suite 700<br>Pittsburgh, PA 15219-2216 |
| Mary L Fullington<br>250 West Main Street, Suite #1600<br>Lexington, KY 40507-1746 | GARY D ECK<br>150 MARKET ST<br>BEAVER, PA 15009-2619 | GFI DIGITAL INC<br>3236 WEST EDGEWOOD RD<br>STE A<br>JEFFERSON CITY MO 65109-6946 |
| GFI Digital, Inc.<br>3225 Emerald Lane, Suite A<br>Jefferson City, MI 65109-6869 | GIBBS TECHNOLOGY LEASING<br>3236 WEST EDGEWOOD RD<br>STE A<br>JEFFERSON CITY MO 65109-6946 | GRANT R. WHITE<br>6857 CREST ROAD<br>RANCHO PALOS VERDES CA 90275-4554 |
| GREGORY HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | Gibbs Technology Leasing, LLC<br>3225 Emerald Lane, Suite A<br>Jefferson City, MI 65109-6869 | Lea Pauley Goff<br>Stoll Keenon Ogden PLLC<br>500 West Jefferson Street<br>Suite 2000<br>Louisville, KY 40202-2874 |
| Elizabeth A. Green<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Ste 2300<br>Orlando, FL 32801-3432 | Brian L Greenert<br>400 Waterfront Drive<br>Pittsburgh, PA 15222-4739 | Harry W Greenfield<br>600 Superior Avenue East, Suite 1300<br>Fifth Third Center<br>Cleveland, OH 44114-2654 |
| HALLIE NORTH<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | HOLDEN NORTH<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | HUMANA INC<br>HUMANA INSURANCE COMPANY<br>FOX SWIBEL LEVIN & CARROLL<br>C/O JENNIFER SUCHER<br>200 W MADISON SUITE 3000<br>CHICAGO IL 60606-3417 |
| HUSCH BLACKWELL LLP<br>33 EAST MAIN STREET, SUITE 300<br>P.O. BOX 1379<br>MADISON, WI 53701-1379 | John T. Hamilton<br>PO Box 240<br>Lexington, KY 40588-0240 | J. Wesley Harned<br>Rose Grasch Camenisch Mains PLLC<br>326 South Broadway<br>Lexington, KY 40508-2592 |
| Alan C Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | R. Aaron Hostettler<br>Hamm Milby & Ridings<br>120 N Main St<br>London, KY 40741-1391 | IMPACT HEALTHCARE MANAGEMENT, LLC<br>C/O PAUL NORMAN RECHENBERG<br>215 CHESTERFIELD BUSINESS PARKWAY<br>CHESTERFIELD MO 63005-1207 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James R. Irving<br>Dentons Bingham Greenebaum LLP<br>3500 PNC Tower<br>101 S Fifth St<br>Louisville, KY 40202-3157 | Izard County Medical Center, LLC<br>61 Grasse Street<br>Calico Rock, AR 72519-7013 |

| | | |
|---|---|---|
| JAMES DELBERT POPE<br>213 MISSISSIPPI AVE<br>CRYSTAL CITY, MO 63019-1635 | JAMES HUFF<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | JANET COX<br>PO BOX 35<br>PINEVILLE AZ 72566-0035 |
| JEANETTE FILPI<br>127 RYE COVE CREEK ROAD<br>STUART, VA 24171-3586 | JENNIFER WINKLER<br>8151 CLAYTON RD, SUITE 200<br>ATTENTION MICHAEL BECKER<br>ST. LOUIS, MO 63117-1111 | JERRY EVANS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| JOHN AARON BAILEY<br>909 WRIGHT'S SUMMIT PARKWAY,<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | JOHNIE PAXSON<br>118 FRANK LANE<br>ROCHESTER, PA 15074-1062 | JONES DAY<br>C/O CHRIS ANDERSON<br>77 WEST WACKER DRIVE<br>CHICAGO IL 60601-1692 |
| JULIAN E. NEISER<br>SPILMAN THOMAS & BATTLE, PLLC<br>301 GRANT STREET, SUITE 3440<br>PITTSBURGH, PA 15219-6401 | Ronald E. Johnson Jr.<br>909 Wright's Summit Parkway, Suite 210<br>Fort Wright, KY 41011-2783 | KAEMMERLEN FACILITY SOLUTIONS<br>C/O VOGLER AND ASSOCIATES, LLC<br>11756 BORMAN DRIVE, SUITE 200<br>ST. LOUIS, MO 63146-4157 |
| KATENA PRODUCTS<br>6 CAMPUS DR STE 310<br>PARSIPPANY NJ 07054-4406 | KOVEN OMENS TRUST DATED 1/17/08<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | KOVEN OMENS TRUST DATED JUNE 26, 2015<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE<br>SUITE 200<br>NEWPORT BEACH CA 92663-4782 |
| Vera N Kanova<br>400 Market Street<br>Harrisburg, PA 17101-2301 | Adam R. Kegley<br>250 West Main Street<br>Suite 2800<br>Lexington, KY 40507-1706 | Ellen Arvin Kennedy<br>Dinsmore & Shohl<br>100 West Main Street<br>Suite 900<br>Lexington, KY 40507-1839 |
| Suzanne Koenig<br>SAK Management Services, LLC<br>300 Saunders Rd<br>Suite 300<br>Riverwoods, IL 60015-5708 | LABORATORY CORPORATION OF AMERICA<br>C/O JOHNSON LEGAL NETWORK, PLLC<br>535 WELLINGTON WAY SUITE 380<br>LEXINGTON, KY 40503-1389 | LANDAUER<br>2 SCIENCE RD<br>GLENWOOD IL 60425-1586 |
| LANDON SAYLOR<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | LAURIE HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | LEAH HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| LISA NAYLOR<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | Darryl S Laddin<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 | Robert O. Lampl<br>223 Fourth Avenue<br>4th Floor<br>Pittsburgh, PA 15222-1717 |
| Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>445 12th Street, SW<br>Washington, DC 20024-2101 | Dean A. Langdon<br>DelCotto Law Group PLLC<br>200 N Upper St<br>Lexington, KY 40507-1017 | Tyler N Layne<br>511 Union St., Ste. 2700<br>Nashville, TN 37219-1791 |

Michael D. Lessne
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394-0017

Adam M Levine
310 Grant Street, Suite 1700
Pittsburgh, PA 15219-2239

Michael Lewitt
85 N. Congress Ave
Delray Beach, FL 33445-3424


Joyce W Lindauer
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Adam M Lubow
1240 East 9th Street, Room 881
Cleveland, OH 44199-9904

Douglas L Lutz
Frost Brown Todd LLC
301 East Fourth Street
Cincinnati, OH 45202-4257


Kem Tae Lynch
Pension Benefit Guaranty Corporation
445 12th Street, SW
Washington, DC 20024-2101

M:7 AGENCY, LLC
295 THIRD STREET, SUITE 110
BEAVER, PA 15009-2366

MARTHA EMERY
909 WRIGHT'S SUMMIT PARKWAY
SUITE 210
FT. WRIGHT, KY 41011-2783


MARY B SAINATO
1000 WOODSIDE AVE
ELLWOOD CITY, PA 16117-1342

MCKESSON MEDICAL-SURGICAL INC
ATTN: STEPHANIE HAMPTON
6651 GATE PARKWAY
JACKSONVILLE FL 32256-8075

(p)MD RESOURCES  INC
ATTN ATT GREG EISELE
8469 N MILLBROOK SUITE 104
FRESNO CA 93720-2186


MELISSA NORTH
909 WRIGHT'S SUMMIT PARKWAY
SUITE 210
FT. WRIGHT, KY 41011-2783

MICAH J. BEGLEY
318 DIVISION AVE
ELLWOOD CITY, PA 16117-2209

MICHAEL G. METELSKY
299 VICKERMAN RD
MERCER, PA 16137-3637


MICHAEL H. RALPH, M.D.
3125 SADDLE VALLEY LN
PACIFIC, MO 63069-5132

MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MOOD MEDIA NORTH AMERICA
2100 S IH 35 FRONTAGE RD #200
AUSTIN, TX 78704-7870


Wendy G Marcari
875 Third Avenue
New York, NY 10022-6225

John Erin McCabe
Weltman, Weinberg & Reai Co. LPA
312 Elm Street
Ste 1200
Cincinnati, OH 45202-2763

Taft A. McKinstry
300 West Vine Street
Suite 600
Lexington, KY 40507-1751


Emily Katherine Miller
PO Box 227 Ben Franklin Station
Washington, DC 20044-0227

Kathleen M. Miller
800 Delaware Ave
PO Box 410
Wilmington, DE 19899-0410

Carol E Momjian
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016


NALCO COMPANY
ATTN BILLY MCGEE
1601 W. DIEHL RD
NAPERVILLE, IL 60563-1198

NESHA LIVELY
P.O. BOX 392
CALICO ROCK, AR 72519-0392

NOOTER CONSTRUCTION COMPANY
1500 SOUTH SECOND STREET
ST LOUIS MO 63104-4513


NUMED, INC.
P.O. BOX 1098
DENTON, TX 76202-1098

Bradley M. Nerderman
100 E. Vine St. #500
Lexington, KY 40507-1441

OMNISCIENT HEALTHCARE LLC
609 BALD HILL ROAD
EUREKA, MO 63025-2042

| | | |
|---|---|---|
| C. Wayne Owen Jr.<br>Pension Benefit Guaranty Corporation<br>445 12th Street SW<br>Ste 340<br>Washington, DC 20024-2101 | Callie R. Owen<br>260 W. Vine St., Suite 300<br>Lexington, KY 40507-1612 | PAMELA A. WEHMAN<br>421 ARMSTRONG RD<br>PORTERSVILLE PA 16051-3207 |
| PAMELA JOHNSON<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | PAUL C ZARICHNAK<br>116 MULDOON RD<br>BUTLER PA 16001-8587 | PAUL CHRISTPHER ZARICHNAK<br>116 MULDOON RD<br>BUTLER, PA 16001-8587 |
| PAUL RECHENBERG, ESQ.<br>215 CHESTERFIELD BUSINESS PARKWAY<br>CHESTERFIELD, MO 63005-1268 | PELORUS EQUITY GROUP, INC.<br>C/O ADAM BACK<br>STOLL KEENON OGDEN PLLC<br>300 W VINE ST, STE 2100<br>LEXINGTON KY 40507-1801 | PELORUS FUND, LLC<br>C/O BIBIN MANNATTUPARAMPIL<br>GERACI LLP<br>90 DISCOVERY<br>IRVINE CA 92618-3105 |
| PELORUS FUND, LLC<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | PEM FILINGS LLC<br>3109 GRANS AVE #449<br>MIAMI FL 33133-5103 | PENN MED, LLC<br>C/O GESS MATTINGLY & ATCHISON, P.S.C.<br>201 WEST SHORT STREET, STE. 102<br>LEXINGTON, KY 40507-1231 |
| PENNSYLVANIA AMERICAN WATER<br>PO BOX 371412<br>PITTSBURGH, PA 15250-7412 | PROMISE HEALTHCARE GROUP LLC<br>C/O RICHARD ENGEL<br>7700 FORSYTH BLVD., SUITE 1800<br>SAINT LOUIS MO 63105-1807 | PROMISE HEALTHCARE GROUP, LLC<br>C/O STUART BROWN<br>DLA PIPER<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON DE 19801-1165 |
| PROMISE HEALTHCARE GROUP, LLC<br>C/O WALLER LANSDEN DORTCH & DAVIS, LLP<br>ATTN: JOHN TISHLER, ESQ.<br>511 UNION STREET, SUITE 2700<br>NASHVILLE, TN 37219-1791 | Mark A. Pacella<br>PA Office of Attorney General<br>Strawberry Square 14th Fl<br>Harrisburg, PA 17120-0001 | Jimmy D. Parrish<br>Baker & Hostetler LLP<br>200 S Orange Ave<br>Ste 2300<br>Orlando, FL 32801-3432 |
| Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Pineville Medical Center, LLC<br>3933 S Broadway<br>St Louis, MO 63118-4601 | Brian R. Pollock<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202-3362 |
| Scott E. Prince<br>Baker & Hostetler LLP<br>127 Public Square<br>Suite 2000, Key Tower<br>Suite 2000<br>Cleveland, OH 44114-1214 | Promise Healthcare Group, LLC<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: John C. Tishler, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Queen Funding Inc.<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |
| REBECCA O'NEIL<br>167 FAIRMONT ST<br>ELLWOOD CITY, PA 16117-6419 | RETAIL ACQUISITION & DEVELOPMENT INC<br>INTERSTATE ALL BATTERY CENTER<br>4301 121ST ST<br>URBANDALE IA 50323-2301 | RHONDA S. PINTUR<br>4514 W 8TH AVENUE<br>BEAVER FALLS PA 15010-2005 |
| RICHARD C. PERNA<br>200 S. WACKER DR., SUITE 600<br>CHICAGO, IL 60606-5849 | RONALD E. JOHNSON, JR.<br>HENDY JOHNSON VAUGHN EMERY, PSC<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE<br>FT. WRIGHT, KY 41011-2783 | RONALD E. JOHNSON, JR.<br>HENDY JOHNSON VAUGHN EMERY, PSC<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |

```
RONALD E. JOHNSONR, JR.                RYLAN HUFF                              Robert T Razzano
HENDY JOHNSON VAUGHN EMERY, PSC        909 WRIGHT'S SUMMIT PARKWAY             312 Walnut Street, Suite 3200
909 WRIGHT'S SUMMIT PARKWAY            SUITE 210                               Cincinnati, OH 45202-4048
SUITE 210                              FT. WRIGHT, KY 41011-2783
FT. WRIGHT, KY 41011-2783


Republic Bank & Trust Company          SA Hospital Acquisition Group, LLC      SAINT LOUIS UNIVERSITY
                                       c/o Stites and Harbison PLLC            C/O LARRY E. PARRES
                                       250 W Main St                           600 WASHINGTON AVE., STE. 2500
                                       Suite 2300                              ST. LOUIS, MO 63101-1311
                                       Lexington, KY 40507-1735


SANDEEP BAGOTRA SHARMA                 SANDERS PLUMBING SUPPLIES               SHARED MEDICAL SERVICES, INC.
533 MACLEOD DRIVE                      PO BOX 277                              209 LIMESTONE PASS
GIBSONIA, PA 15044-8959                PINEVILLE AR 72566-0277                 COTTAGE GROVE, WI 53527-8968



SHWICK, INC.                           SMART BUSINESS                          SPECIALISTS IN ANESTHESIA, PC
529 S. BROADWAY #902                   561 NORTHEST 79TH STREET                C/O BRAD BERNSTEIN MD
LOS ANGELES, CA 90013-2481             MIAMI FL 33138                          500 SOUTH MERAMEC AVE
                                                                               ST LOUIS MO 63105-2533



SPECTRACORP TECHNOLOGIES GROUP INC     SPILMAN THOMAS & BATTLE, PLLC           (p)ST  LOUIS COUNTY COLLECTOR OF REVENUE
8131 LBJ FREEWAY                       300 KANAWHA BLVD. E                     41 S CENTRAL AVE
SUITE 360                              CHARLESTON, WV 25301-0012               SAINT LOUIS MO 63105-1721
DALLAS TX 75251-1332



SUSAN MATTHEWS                         SUSAN MCCLELLAN                         Matthew M Scheff
1102 AVONDALE DRIVE EXT                909 WRIGHT'S SUMMIT PARKWAY             1240 East 9th Street, Room 881
INDUSTRY PA 15052-1230                 SUITE 210                               Cleveland, OH 44199-9904
                                       FT. WRIGHT, KY 41011-2783



Securities and Exchange Commn.         St. Alexius Hospital Corporation #1    St. Alexius Properties, LLC
Bankruptcy Section                     3933 S Broadway                         3933 S Broadway
175 W. Jackson Blvd.                   St Louis, MO 63118-4601                 St Louis, MO 63118-4601
Suite 900
Chicago, IL 60604-2815


Success Healthcare 2, LLC              Sysco St. Louis, LLC                    THE LEBANON CORPORATION
3933 S Broadway                        c/o Meghan Wells                        ATTN: DAVID HONAN
St Louis, MO 63118-4601                Arnall Golden Gregory LLP               1700 N LEBANON ST
                                       171 17th Street NW, Suite 2100          LEBANON IN 46052-1501
                                       Atlanta, GA 30363-1031


THE MCNEE FAMILY TRUST DATED 1/17/08   THE TALBOT GROUP LLC                    THE THIRD FRIDAY TOTAL RETURN FUND, L.P.
C/O PELORUS EQUITY GROUP, INC.         11741 W ROMIN RD                        C/O MICHAEL E. LEWITT
124 TUSTIN AVENUE, SUITE 200           POST FALLS, ID 83854-4716               85 N. CONGRESS AVENUE
NEWPORT BEACH CA 92663-4782                                                    DELRAY BEACH FL 33445-3424


THE THIRD FRIDAY TOTAL RETURN FUND, LLP THOMPSON & KNIGHT LLP                  TIFFANY SAYLOR
C/O BRADLEY S. SHRAIBERG, ESQ.         ATTN: BRUCE J. ZABARAUSKAS              909 WRIGHT'S SUMMIT PARKWAY
SHRAIBERG, LANDAU & PAGE, P.A.         1722 ROUTH STREET, SUITE 1500           SUITE 210
2385 NW EXECUTIVE CENTER DR., #300     DALLAS, TX 75201-2532                   FT. WRIGHT, KY 41011-2783
BOCA RATON, FL 33431-8530
```

| | | |
|---|---|---|
| TITAN LOAN SERVICING, LLC<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | TOBY MUG FINANCING, LLC<br>C/O FOWLER BELL PLLC<br>300 W. VINE STREET, SUITE 600<br>LEXINGTON, KY 40507-1751 | (c)TOTAL RENAL CARE, INC., A SUBSIDIARY OF DA<br>C/O VIKRAMA S. CHANDRASHEKAR<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 |
| TRUST OF R. AND G. GLITZ DATED 12/11/07<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | Melissa M Taylor<br>1251 Waterfront Place, Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jeffrey R. Teeters<br>Wood & Lamping LLP<br>600 Vine Street<br>Suite 2500<br>Cincinnati, OH 45202-2491 |
| Frank P Terzo<br>100 S.E. 3rd Avenue, Suite 2700<br>Ft. Lauderdale, FL 33394-0017 | The Borough of Ellwood City, Pennsylvania<br>423 6th Street<br>Ellwood, PA 16117-2055 | Maribeth Thomas<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 |
| John C Tishler<br>511 Union St., Ste. 2700<br>Nashville, TN 37219-1791 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | UNION FUNDING SOURCE<br>C/O MAURICE WUTSCHER LLP<br>23611 CHAGRIN BLVD. SUITE 207<br>BEACHWOOD, OH 44122-5540 |
| (p)UTICA LEASECO  LLC<br>905 SOUTH BLVD EAST<br>ROCHESTER HILLS MI 48307-5358 | VERIZON BUSINESS GLOBAL LLC<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147-6122 | Eric R. Von Helms<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1077 |
| WEBSTER UNIVERSITY<br>470 E LOCKWOOD AVE<br>ST LOUIS, MO 63119-3194 | WENDY MARCARI<br>EPSTEIN BECKER & GREEN, P.C.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022-6225 | WESSEX MANAGEMENT, LLC<br>WENDY MARCARI<br>EPSTEIN BECKER & GREEN, P.C.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022-6225 |
| WILLIAM JOHNSON<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | Marta C Wade<br>13101 W. Washington Blvd., Suite 234<br>Los Angeles, CA 90066-8128 | Brian Welch<br>Burke Warren MacKay & Serritella, PC<br>330 N Wabash<br>Suite 2100<br>Chicago, IL 60611-3793 |
| David Welch<br>Burke Warren MacKay & Serritella, PC<br>330 N Wabash<br>Suite 2100<br>Chicago, IL 60611-3793 | Jennifer Winkler<br>c/o R. Aaron Hostettler<br>120 N. Main St.<br>London, KY 40741-1369 | Timothy R Wiseman<br>300 W. Vine Street, Suite 2100<br>Lexington, KY 40507-1801 |
| Jeffrey C. Wisler<br>1201 North Market Street<br>20th Floor<br>Wilmington, DE 19801-1147 | ZACHARY HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ANGIODYNAMICS<br>14 PLAZA DRIVE<br>LATHAM, NY 12110 | MD RESOURCES INC<br>8469 N MILLBROOK AVE, SUITE 104<br>FRESNO, CA 93720 | ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>ST LOUIS, MO 63105 |
| UTICA LEASECO, LLC<br>905 SOUTH BOULEVARD EAST<br>ROCHESTER HILLS, MI 48307 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Vika S Chandrashekar<br>1400 16th Street, 6th Floor<br>Denver, CO 80202 | TOTAL RENAL CARE, INC., A SUBSIDIARY OF DAVI<br>C/O VIKRAMA S. CHANDRASHEKAR<br>1400 16TH STREET, 6TH FLOOR<br>DENVER, CO 80202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abbott Diagnostics Division of Abbott Labo | (u)Airgas USA, LLC | (u)B. Riley Securities, Inc. |
| (u)Beckman Coulter, Inc. | (u)Cardinal Health 110, LLC | (u)Cardinal Health 200, LLC |
| (d)William A. Catlett, L.L.C.<br>9939 Gravois Road<br>St. Louis, MO 63123-4211 | (u)Cigna Health and Life Insurance Company | (u)Crowe, LLP |
| (u)DaVita Inc. | (u)Department of Health & Human Services | (u)GlassRatner Advisory and Capital Group, LL |
| (u)HMFCG, Inc. | (u)Rebecca Haase | (u)Jeffrey C. Hampton |

| | | |
|---|---|---|
| (u)IRS | (u)Izard Regional Hospital, LLC | (u)Amy Jackson-Bolinger |
| (u)Pamela Johnson | (u)Melissa A. Martinez | (u)Nelson Mullins Riley & Scarborough LLP |
| (u)Melissa North | (u)Official Committee of Unsecured Creditors | (u)Joanna W. Owen<br>Law Offices of Joanna W. Owen |
| (u)Joanne W. Owen | (u)Pelorus Equity Group, Inc. | (d)Penn Med, LLC<br>c/o Gess Mattingly & Atchison, P.S.C.<br>201 West Short Street<br>Ste. 102<br>Lexington, KY 40507-1231 |
| (d)SHWICK, INC.<br>529 S. BROADWAY #902<br>LOS ANGELES, CA 90013-2481 | (u)Frank Sbarra | (u)Secretary of Labor, United States Departme |
| (u)Shwick, Inc.<br>13101 W. Washington Blvd.<br>Suite 234<br>Los Angeles | (u)Specialists in Anesthesia, P.C. | (u)Strateq Health, Inc. |
| (u)Third Friday Total Return Fund, LP | (d)Toby Mug Financing, LLC<br>c/o Fowler Bell PLLC<br>300 W. Vine Street, Ste 600<br>Lexington, KY 40507-1751 | (u)US DOL O/B/O PINEVILLE COMM. HOSP. EMP. BE |
| (u)Union Funding Source | (u)Universal Health Services | (u)Utica Leaseco, LLC |
| (d)WILLIAM A. CATLETT, L.L.C.<br>9939 GRAVOIS ROAD<br>ST. LOUIS, MO 63123-4211 | (u)Wells Fargo Bank, N.A. | (u)Wessex Management, LLC |
| (u)Grant White | End of Label Matrix<br>Mailable recipients    235<br>Bypassed recipients     43<br>Total                  278 | |