**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **AMERICORE HOLDINGS, LLC,** | ) | |
| *ET AL.,* | ) | **Chapter 11** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| _____ | ) | **Case No. 19-61608** |

## <u>NOTICE OF APPEARANCE</u>

The UNITED STATES OF AMERICA, on behalf of the United States Department

of Health and Human Services, acting through its components the Centers for Medicare

and Medicaid Services and the Health Resources and Services Administration, through

counsel the United States Department of Justice, files this Notice of Appearance of the

undersigned, Augustus T. Curtis, as counsel in the above-captioned case, and requests

service of all electronic notifications under the Court's Case Management and Electronic

Case Filing System.

Neither this Notice of Appearance nor any subsequent appearance, pleading,

claim, or suit is intended or shall be deemed to waive any rights (i) to have final matters

in noncore matters entered only after de novo review by a higher court; (ii) to a trial by

jury in any proceeding so triable herein or any case, controversy, or proceeding related

hereto; (iii) to have the reference withdrawn in any matter subject to mandatory or

discretionary withdrawal; or (iv) any other rights, claims, actions defenses, setoffs, or

recoupments to which the party may be entitled under agreements, in law, or in equity,

-1-

and all such rights, claims, actions defenses, setoffs, and recoupments are expressly

reserved.

Dated:  October 19, 2022                    Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            ROBERT M. DUNCAN, JR.
                                            United States Attorney

                                            Callie R. Owen
                                            Assistant United States Attorney
                                            260 West Vine Street, Suite 300
                                            Lexington, Kentucky 40507-1671
                                            (859) 685-4901
                                            Callie.R.Owen@usdoj.gov

                                            */s/ Augustus T. Curtis          .*
                                            RUTH A. HARVEY
                                            MARC S. SACKS
                                            AUGUSTUS T. CURTIS
                                            Commercial Litigation Branch
                                            Civil Division
                                            United States Department of Justice
                                            P.O. Box 875
                                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            Tel. (202) 307-0356
                                            Fax (202) 514-9163
                                            augustus.t.curtis@usdoj.gov

                                            ATTORNEYS FOR THE UNITED
                                            STATES OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed this document with the clerk of the court by using the CM/ECF system which caused electronic service on all persons receiving electronic notifications in this case on October 19, 2022.

<u>*s/ Augustus T. Curtis*</u>.
AUGUSTUS T. CURTIS
Commercial Litigation Branch
Civil Division
United States Department of Justice
