# Exhibit "A"

**Francis Santelices**

| | |
|---|---|
| **From:** | Gary Freedman |
| **Sent:** | Tuesday, October 25, 2022 3:32 PM |
| **To:** | Bart Houston |
| **Cc:** | Frank Terzo; Debbie Schena; Francis Santelices |
| **Subject:** | RE: Americore/Lewitt |

Bart,

Please let me hear from you by the end of the week to avoid our filing a motion for contempt and related relief.

Thank you.

Gary



**GARY M. FREEDMAN   PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP**
gary.freedman@nelsonmullins.com

2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9449   F 305.373.9443
NELSONMULLINS.COM    VCARD   VIEW BIO

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Friday, October 21, 2022 9:00 AM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

I am providing you another copy of the Court's order on the second motion to compel. Please let us know your availability to discuss Mr. Lewitt's compliance with order in hopes of avoiding the need to seek further relief from the Court under paragraph 5. I am also attaching my firm's wire instructions for payment of the $30,000 in sanctions under paragraph 4 of the order. Alternatively, Mr. Lewitt may send a check to my attention.

Thank you.

Gary

**NELSON MULLINS**

**GARY M. FREEDMAN** **PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP**
gary.freedman@nelsonmullins.com
2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9449   F 305.373.9443
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Monday, October 17, 2022 5:53 PM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

Thanks for responding to my email. Pursuant to our interim agreement, this ESI search was supposed to be done by September 28. It was based on that agreement that we agreed to push the hearing on the motion in September. I have no idea what you mean by your two refences to edits to the search terms. We will proceed with tomorrow's hearing and discuss thereafter what if anything can be done to resolve the situation.

Best,
Gary



**NELSON MULLINS**

**GARY M. FREEDMAN** **PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP**
gary.freedman@nelsonmullins.com
2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9449   F 305.373.9443
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Monday, October 17, 2022 5:29 PM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <Frank.Terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** Re: Americore/Lewitt

Gary, we provided substantially all of the edits and are working on the privilege log and some additional edits on the minor search terms. I have been to Lewitt's home twice and have to go one final time. I would ask that you carry the hearing over just one more time.

Bart A. Houston
The Houston Firm |633 SE Third Avenue | Suite 4R | Fort Lauderdale, FL 33301
Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

---

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Monday, October 17, 2022 1:54:17 PM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <Frank.Terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** Re: Americore/Lewitt

Bart,

We have not heard from you since below email exchange. We have not received certification that ESI searches were done and on what systems. And you have not filed a notice of appearance or pro hac vice motion. Kindly advise as to status as I am on route to Lexington.

Best,

Gary M. Freedman

> On Oct 5, 2022, at 10:14 AM, Bart Houston <bhouston@thehoustonfirm.com> wrote:
>
> Gary,
>
> I was out of commission last Wednesday – Saturday (my son lives in Ft. Meyers). I spent 4 hours with Michael last Tuesday and will be going to his hone again on Friday. I will have a substantial amount of data for you on Monday as the "Americore" search term has yielded a ton of emails - many of which are totally brief and irrelevant, but must be reviewed by me anyway. So, that search/review will be done Monday and delivered to you. The remainder of terms will likely be redundant and less voluminous. It would also be much easier for me if we agreed upon a claw back protocol for privilege. Thoughts..??
>
> **Bart A. Houston**
> **The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**
> **Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068**
> Primary Email: bhouston@thehoustonfirm.com
> Secondary Email: dschena@thehoustonfirm.com
>
> *Please note our new email and office adresses*
>
> CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954) 900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this

message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Wednesday, October 5, 2022 7:58 AM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

Will we be receiving documents today?



**GARY M. FREEDMAN**  PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP
gary.freedman@nelsonmullins.com

**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T 305.373.9449    F 305.373.9443
**NELSONMULLINS.COM**    VCARD    VIEW BIO

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Friday, September 30, 2022 11:31 AM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Gary,

Had arranged to be there (at Michael's house) on Wednesday to run searches.  But things got complicated by the storm.  So, now I have arranged to be there on Tuesday.

**Bart A. Houston**
**The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**
**Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

*Please note our new email and office adresses*

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954) 900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Friday, September 30, 2022 11:29 AM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

Checking in to see where you are on ESI search and production.

Best,
Gary



**GARY M. FREEDMAN** PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP
gary.freedman@nelsonmullins.com
2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9449   F 305.373.9443
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Wednesday, September 21, 2022 1:58 PM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Gary,

Received. Thx.


**Bart A. Houston**
**The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**

Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

*Please note our new email and office adresses*

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954) 900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Wednesday, September 21, 2022 1:57 PM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

Here are the search terms:

- Americore
- Grant
- Ellwood
- Alexius
- Izard
- Biden
- White
- ECMC
- Diverse
- Schneider
- Pineville
- Lab
- Annarumo
- Diamond
- BMD
- Echospital
- Lonestar
- Pritchard
- Sahstl
- Pelorus
- Toby
- Ruiz
- Moscogiuri
- Fountain
- First +1 Choice
- Langston

Please let us know if you have any questions.

Best,
Gary



**GARY M. FREEDMAN**  PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP
gary.freedman@nelsonmullins.com

**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T 305.373.9449   F 305.373.9443
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Tuesday, September 20, 2022 4:59 PM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>; Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Agreed.  Thx.


**Bart A. Houston**
**The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**
**Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

*Please note our new email and office adresses*

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954) 900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Tuesday, September 20, 2022 4:58 PM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>;

Francis Santelices <francis.santelices@nelsonmullins.com>
**Subject:** RE: Americore/Lewitt

Bart,

Pursuant to our below exchange, including identification of the systems, we agree to the proposal. We will get you search terms within the next couple of days and file a motion with the court to role the hearing to October 18.

Otherwise, all rights reserved.

Best,
Gary



**GARY M. FREEDMAN   PARTNER AND CHAIR, BANKRUPTCY
AND FINANCIAL RESTRUCTURING PRACTICE GROUP**
gary.freedman@nelsonmullins.com

**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**

T 305.373.9449   F 305.373.9443

**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Tuesday, September 20, 2022 4:40 PM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>
**Subject:** RE: Americore/Lewitt

Gary,

I will be available to get it done in 1 week from tomorrow.  I am booked the remainder of this week.  Also, October 18 is good for me.  I should have my PHV application in and approved by then.


**Bart A. Houston**
**The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**
**Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

*Please note our new email and office adresses*

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954)

900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Sent:** Tuesday, September 20, 2022 4:35 PM
**To:** Bart Houston <bhouston@thehoustonfirm.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>
**Subject:** RE: Americore/Lewitt

Bart,

Assuming we get you search terms tomorrow, how quickly can the search be performed? In addition, please confirm that you will also identify the systems used by Lewitt/Third Friday from 2018 forward as part of this ESI undertaking.



**GARY M. FREEDMAN** PARTNER AND CHAIR, BANKRUPTCY AND FINANCIAL RESTRUCTURING PRACTICE GROUP
gary.freedman@nelsonmullins.com

2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9449   F 305.373.9443

NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Bart Houston <bhouston@thehoustonfirm.com>
**Sent:** Tuesday, September 20, 2022 4:30 PM
**To:** Gary Freedman <Gary.Freedman@nelsonmullins.com>
**Cc:** Frank Terzo <frank.terzo@nelsonmullins.com>; Debbie Schena <dschena@thehoustonfirm.com>
**Subject:** Americore/Lewitt

◄External Email► - From: bhouston@thehoustonfirm.com

Gary,

It was good catching up with you and Frank and discussing the Americore/Lewitt discovery dispute.

As you know, I will be applying to the court for *pro hac vice* admission to represent Mr. Lewitt in any matters arising in the bankruptcy case and potentially any adversary proceedings. In the meantime, we have discussed potential resolution of the discovery dispute involving, among other things, the production of ESI from Lewitt to the Trustee. I have proposed that we start the resolution by my direct involvement in the collection and production of ESI from Mr. Lewitt's computer based upon search terms that have been/or are provided by the Trustee's counsel. I will run the search terms myself and

either produce each and every document that contain the terms – or – if I determine that a privilege may apply – provide a comprehensive log of the specific document that is considered as privileged.   We have also agreed that after the production (or earlier, if you choose) we will coordinate the deposition of Mr. Lewitt at a mutually available time (lawyer's scheduling conflicts only).

Please let me know if you have other thoughts on this step of resolving the discovery issues.


**Bart A. Houston**
**The Houston Firm |633 S.E. Third Avenue| Suite 4R | Fort Lauderdale, FL 33301**
**Main: 954.900.2615 |Cell: 954.609.1075 | Fax: 954.839.9068**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

*Please note our new email and office adresses*

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed. It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law. If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to (954) 900-2615 and obtain instructions as to the disposal of the transmitted material. In no event is this message or any attachment to this message to be read, used, distributed, copied, reproduced, stored, or retained by anyone other than the intended recipient except with the express consent of the sender.

DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.


**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.