## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re:<br><br>AMERICORE HOLDINGS, LLC, *et. al*. Debtors | Chapter 11<br>Jointly Administered<br><br>Case No. 19-61608 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Fulgent's Objection to Order Establishing Procedures Governing Adversary Proceedings Pertaining to Laboratory Fraud [DE 1782] shall come on for hearing before the Court on Thursday, January 19, 2023 at 9:00 a.m. (Eastern Time) before the Honorable Gregory R. Schaaf, at the U.S. Bankruptcy Court for the Eastern District of Kentucky, located at 100 East Vine Street, 2nd Floor Courtroom, Lexington, Kentucky 40507.

Dated: January 4, 2023

                                Respectfully submitted,

                                DINSMORE & SHOHL, LLP

                                */s/* Sarah S. Mattingly
                                Sarah Mattingly, Esq. [KBA Bar No. 94257]
                                Tyler Powell, Esq. [KBA Bar No. 90520]
                                Dinsmore & Shohl, LLP
                                100 W. Main Street, Suite 900
                                Lexington, Kentucky 40507
                                Phone: (859) 425-1000
                                Facsimile: (859) 425-1099
                                Email:  sarah.mattingly@dinsmore.com
                                              tyler.powell@dinsmore.com
                                **COUNSEL FOR FULGENT GENETICS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was served by U.S. First Class Mail or by electronic means all parties of record receiving notice via the Court's ECF PACER system on January 4, 2023

                                    **By:     /s/ Sarah S. Mattingly**

Frank Terzo, Esq
Nelson Mullins Riley & Scarborough LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
via Electronic Service

U.S. Trustee
100 East Vine Street, #500
Lexington, Kentucky 40507
via Electronic Service