Schedule D

## STANDARD BANK RECONCILIATION

Month  __November__    Year  __2022__

Account No.  __*5801__                    Account Name    Izard County Medical Center, LLC
                                                          Payroll Acct

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ 7,583.79 | Your transaction register balance $ 7,541.17 |

Add (+)
Deposits not shown on Bank Statement          $          -

Total                                          $ 7,583.79

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| 2004925 | $ 16.34 | | |
| 2005078 | 26.28 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Add (+)
Other credits shown on the bank
statement but not in transaction register   $          -

Add (+)
Interest paid on bank statement             $          -

Total                                        $ 7,541.17

Subtract (-)
Other debits shown on bank statement
but not in transaction register

Total Subtractions    $ 42.62          Total Subtractions    $          -

Balance               $ 7,541.17        Balance               $ 7,541.17

STATEMENT OF ACCOUNT    **FIRST NATIONAL BANK OF IZARD COUNTY**    Schedule D
P.O. BOX 690 • CALICO ROCK, ARKANSAS 72519 • 870/297-3711
FDIC

```
IZARD COUNTY MEDICAL CENTER LLC              Account Number:      5801
PAYROLL ACCT                                 Statement Date:   11/30/22
C/O CAROL L FOX                              Page Number:           1
200 EAST BROWARD BLVD STE 1010               Items:                 0
FT LAUDERDALE FL 33301
```

```
          ***THERE HAVE BEEN NO CHANGES TO OUR PRIVACY POLICY. IF YOU HAVE
          ANY QUESTIONS, YOU CAN VIEW THE POLICY ON OUR WEBSITE AT
          WWW.FNBIZARDCOUNTY.COM OR CALL US AT (870) 297-3711***
```

```
          Business Checking       #:        5801
     Previous Balance on  10/31/22                        $     10,359.75
     21 Deposits and Other Additions  (Credits)          +     53,912.73
      8 Checks and Other Charges      (Debits)            -     56,688.69
                                                             ---------------
     Current Balance on    11/30/22                        $      7,583.79
```

                         Checking Account Transactions

```
11/01/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:      341.86 +
                         TRN*1*014740104886035*1611013183\
11/01/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:    5,530.02 +
                         TRN*1*EFT2894824*1205296137*000007001\
11/01/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:   22,316.07 +
                         TRN*1*EFT2894789*1205296137*000007001\
11/02/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:       39.15 +
                         TRN*1*014740104889958*1611013183\
11/02/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:      901.22 +
                         TRN*1*EFT2895618*1205296137*000007001\
11/03/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:    2,371.71 +
                         TRN*1*EFT2896391*1205296137*000007001\
11/08/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:      517.64 +
                         TRN*1*014740104910827*1611013183\
11/09/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:       66.58 +
                         TRN*1*014740104914888*1611013183\
11/15/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:      275.41 +
                         TRN*1*014740104933879*1611013183\
11/22/22 Direct Deposit  REMB NSI CHG, UNAUTH ACH                           35.00 +
11/22/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:      226.38 +
                         TRN*1*014740104955664*1611013183\
11/22/22 Direct Deposit  RTN UNAUTH ACH ITEM                            1,370.00 +
11/23/22 Direct Deposit  HUMANA INS CO    Reassociation Trace Number:      127.63 +
                         TRN*1*001290068484760*1391263473\
11/23/22 Direct Deposit  NOVITAS          Reassociation Trace Number:      265.70 +
                         TRN*1*884515956*1205296137~
11/23/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:      404.78 +
                         TRN*1*014740104964524*1611013183\
11/23/22 Direct Deposit  HUMANA INS CO    Reassociation Trace Number:    2,311.73 +
                         TRN*1*001290068484761*1391263473\
11/28/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:    2,438.19 +
                         TRN*1*014740104973003*1611013183\
11/28/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:    2,916.08 +
                         TRN*1*EFT2908701*1205296137*000007001\
11/29/22 Direct Deposit  HUMANA AHP       Reassociation Trace Number:    1,634.10 +
                         TRN*1*014740104987060*1611013183\
11/29/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:    3,438.32 +
                         TRN*1*EFT2909570*1205296137*000007001\
11/30/22 Direct Deposit  NOVITAS SOLUTION Reassociation Trace Number:    6,385.16 +
                         TRN*1*EFT2910472*1205296137*000007001\
11/02/22 Automatic Debit Transfer to DDA       5802                       37,341.07 -
```

                                           Continued On Next Page...

```
IZARD COUNTY MEDICAL CENTER LLC                Account Number:      5801
PAYROLL ACCT                                   Statement Date:   11/30/22
C/O CAROL L FOX                                  Page Number:         2
200 EAST BROWARD BLVD STE 1010                         Items:         0
FT LAUDERDALE FL 33301
```

```
11/08/22 Automatic Debit Transfer to DDA     5802              3,829.72 -
11/16/22 Automatic Debit Transfer to DDA     5802                341.99 -
11/17/22 System Gen-NSF Charge                                    35.00 -
11/18/22 Automatic Debit 101809 IZARD COU FIX                 1,370.00 -
11/23/22 Automatic Debit Transfer to DDA     5802                226.38 -
11/30/22 Automatic Debit Transfer to DDA     5802             13,536.53 -
11/30/22 Service Charge                                            8.00 -
```

```
-------------------------------------------------------------------------------
                          DAILY BALANCE SUMMARY
     -Balance Date-      -Balance Date-      -Balance Date-       -Balance Date-

     10,359.75 10/31     1,206.63 11/08      1,171.63 11/17      9,670.74 11/28
     38,547.70 11/01     1,273.21 11/09        198.37-11/18     14,743.16 11/29
      2,147.00 11/02     1,548.62 11/15      1,433.01 11/22      7,583.79 11/30
      4,518.71 11/03     1,206.63 11/16      4,316.47 11/23
-------------------------------------------------------------------------------
     Low Balance for Period was               198.37OD
     Average Ledger Balance for Period was   4,342.69
     Itemization of Enhanced Service Charge
        Minimum Balance Fee       =      8.00
```

Case 19-61608-grs    Doc 1806-5    Filed 01/11/23    Entered 01/11/23 15:32:31    Desc
Attachment 5 - Bank Statements and Reconciliations    Page 4 of 13

Schedule D

## STANDARD BANK RECONCILIATION

Month _November_    Year _2022_

Account No. _*5802_    Account Name    Izard County Medical Center, LLC
Operating Account

| | | | | | |
|---|---|---|---|---|---|
| Bank Balance shown on Bank Statement | $ | 5,681.21 | Your transaction register balance | $ | 1,573.98 |

Add (+)
Deposits not shown on Bank Statement    $ _-_

Add (+)
Other credits shown on the bank
statement but not in transaction register  $ _-_

Total    $ 5,681.21

Add (+)
Interest paid on bank statement    $ _-_

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Total    $ 1,573.98

Subtract (-)
but not in transaction register

| Number | Amount | Number | Amount |
|---|---|---|---|
| 121835 | $  415.00 | | |
| 121860 | 180.39 | | |
| 121971 | 793.65 | | |
| 122048 | 58.00 | | |
| 122179 | 1,778.00 | | |
| 122196 | 687.90 | | |
| 122238 | 194.29 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

Total Subtractions    $ 4,107.23    Total Subtractions    $ _-_

Balance    $ 1,573.98    Balance    $ 1,573.98

FIRST NATIONAL BANK OF IZARD COUNTY
P.O. BOX 690 • CALICO ROCK, ARKANSAS 72519 • 870/297-3711

FDIC

```
IZARD COUNTY MEDICAL CENTER LLC              Account Number:      5802
"OPERATING ACCOUNT"                          Statement Date:   11/30/22
C/O CAROL L FOX                              Page Number:           1
200 EAST BROWARD BLVD STE 1010               Items:                 5
FT LAUDERDALE FL 33301
```

```
        ***THERE HAVE BEEN NO CHANGES TO OUR PRIVACY POLICY. IF YOU HAVE
        ANY QUESTIONS, YOU CAN VIEW THE POLICY ON OUR WEBSITE AT
        WWW.FNBIZARDCOUNTY.COM OR CALL US AT (870) 297-3711***
```

```
            Business Checking      #:          5802
    Previous Balance on   10/31/22                      $       32,940.19
    162 Deposits and Other Additions  (Credits)         +     179,893.40
    12 Checks and Other Charges      (Debits)           -     207,152.38
                                                             --------------
    Current Balance on    11/30/22                      $        5,681.21
```
-----------------------------------------------------------------------------

### Checking Account Transactions

| Date | | Description | Amount |
|------|------|------|------|
| 11/01/22 | Direct Deposit | PAY PLUS          Reassociation Trace Number: TRN*1*291428057*1470246511\ | 19.40 + |
| 11/01/22 | Direct Deposit | ARKANSAS TOTAL C Reassociation Trace Number: TRN*1*0900215871*1822649097\ | 23.79 + |
| 11/01/22 | Direct Deposit | AARP Supplementa Reassociation Trace Number: TRN*1*9829304731*1362739571*000036273\ | 32.80 + |
| 11/01/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 82.00 + |
| 11/01/22 | Direct Deposit | AARP Supplementa Reassociation Trace Number: TRN*1*9829314927*1362739571*000036273\ | 85.46 + |
| 11/01/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 97.00 + |
| 11/01/22 | Direct Deposit | BLUE ADVANTAGE USO1 O1 \ | 363.81 + |
| 11/01/22 | Direct Deposit | NOVITAS SOLUTION Reassociation Trace Number: TRN*1*EFT2894868*1205296137*000007001\ | 700.48 + |
| 11/01/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 851.61 + |
| 11/02/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 23.50 + |
| 11/02/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 35.05 + |
| 11/02/22 | Direct Deposit | ABCBS FEP FPEB \ | 48.96 + |
| 11/02/22 | Direct Deposit | HLTHADV EXCHANGE HAHE HE \ | 107.76 + |
| 11/02/22 | Direct Deposit | UHC COMMUNITY PL Reassociation Trace Number: TRN*1*20221030A1800426*1911312551*000004567\ | 112.85 + |
| 11/02/22 | Direct Deposit | ABCBS AMISYS BCAB AB \ | 148.39 + |
| 11/02/22 | Direct Deposit | NOVITAS SOLUTION Reassociation Trace Number: TRN*1*EFT2895658*1205296137*000007001\ | 175.12 + |
| 11/02/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 189.40 + |
| 11/02/22 | Direct Deposit | PAY PLUS          Reassociation Trace Number: TRN*1*291811379*1630343428\ | 391.14 + |
| 11/02/22 | Direct Deposit | ABCBS REG BCBC BC \ | 639.29 + |
| 11/02/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 1,414.21 + |
| 11/02/22 | Direct Deposit | Transfer from DDA       5801 | 37,341.07 + |
| 11/03/22 | Direct Deposit | ABCBS FEP FPES \ | 30.08 + |
| 11/03/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 39.50 + |
| 11/03/22 | Direct Deposit | SUMMIT AR5C       Reassociation Trace Number: TRN*1*3193578497*1823062789\ | 53.90 + |
| 11/03/22 | Direct Deposit | SUMMIT AR5C       Reassociation Trace Number: TRN*1*3193578496*1823062789\ | 179.33 + |
| 11/03/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 300.00 + |
| 11/03/22 | Direct Deposit | Marketplace       Reassociation Trace Number: TRN*1*0910120375*1203174593\ | 345.33 + |
| 11/03/22 | Direct Deposit | Unitedhealthcare Reassociation Trace Number: TRN*1*9830768773*1411289245*000087726\ | 658.45 + |
| 11/03/22 | Direct Deposit | Marketplace       Reassociation Trace Number: TRN*1*0910120374*1203174593\ | 1,283.54 + |

Continued On Next Page...

233

```
IZARD COUNTY MEDICAL CENTER LLC                    Account Number:      5802
"OPERATING ACCOUNT"                               Statement Date:   11/30/22
C/O CAROL L FOX                                     Page Number:           2
200 EAST BROWARD BLVD STE 1010                            Items:           5
FT LAUDERDALE FL 33301
```

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 11/03/22 | Direct Deposit | MCRAR CLAIMS        Reassociation Trace Number: TRN*1*0900206930*1811282251\ | 2,141.08 + |
| 11/03/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9830760508*1411289245*000087726\ | 5,692.49 + |
| 11/04/22 | Direct Deposit | ARBLUEMED UPPO SCM3 M3 \ | 31.38 + |
| 11/04/22 | Direct Deposit | Marketplace        Reassociation Trace Number: TRN*1*0910140625*1203174593\ | 61.62 + |
| 11/04/22 | Direct Deposit | SUMMIT AR5C        Reassociation Trace Number: TRN*1*3193683455*1823062789\ | 70.55 + |
| 11/04/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 80.75 + |
| 11/04/22 | Direct Deposit | GAINWELL TECH        Reassociation Trace Number: TRN*1*085563285*1716007389\ | 88.90 + |
| 11/04/22 | Direct Deposit | ARBLUEMED UPPO SCM3 M3 \ | 118.20 + |
| 11/04/22 | Direct Deposit | ARBLUEMED UPPO SCM3 M3 \ | 138.80 + |
| 11/04/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9831343911*1411289245*000087726\ | 333.58 + |
| 11/04/22 | Direct Deposit | GAINWELL TECH        Reassociation Trace Number: TRN*1*085566367*1716007389\ | 420.11 + |
| 11/04/22 | Direct Deposit | GAINWELL TECH        Reassociation Trace Number: TRN*1*085566368*1716007389\ | 2,164.99 + |
| 11/07/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 20.00 + |
| 11/07/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 28.50 + |
| 11/07/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 100.00 + |
| 11/07/22 | Direct Deposit | Marketplace        Reassociation Trace Number: TRN*1*0910159222*1203174593\ | 161.81 + |
| 11/07/22 | Direct Deposit | United HealthCar Reassociation Trace Number: TRN*1*1SG11990684*1411289245*000087726\ | 196.99 + |
| 11/07/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9831878656*1411289245*000087726\ | 517.44 + |
| 11/08/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 142.00 + |
| 11/08/22 | Direct Deposit | Transfer from DDA  147995801 | 3,829.72 + |
| 11/09/22 | Direct Deposit | WALMART USWM WM \ | 6.31 + |
| 11/09/22 | Direct Deposit | ABCBS FEP FPEB \ | 11.31 + |
| 11/09/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 19.40 + |
| 11/09/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 25.00 + |
| 11/09/22 | Direct Deposit | BLUE ADVANTAGE US01 01 \ | 35.08 + |
| 11/09/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 60.31 + |
| 11/09/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 153.89 + |
| 11/09/22 | Direct Deposit | PAY PLUS        Reassociation Trace Number: TRN*1*294192973*1630343428\ | 208.18 + |
| 11/09/22 | Direct Deposit | Marketplace        Reassociation Trace Number: TRN*1*0910175447*1203174593\ | 2,116.11 + |
| 11/10/22 | Direct Deposit | WALMART USWM WM \ | 6.31 + |
| 11/10/22 | Direct Deposit | SUMMIT AR5C        Reassociation Trace Number: TRN*1*3194204713*1823062789\ | 23.79 + |
| 11/10/22 | Direct Deposit | SUMMIT AR5C        Reassociation Trace Number: TRN*1*3194204712*1823062789\ | 33.96 + |
| 11/10/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 47.50 + |
| 11/10/22 | Direct Deposit | GAINWELL TECH        Reassociation Trace Number: TRN*1*085569596*1716007389\ | 53.90 + |
| 11/10/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 215.21 + |
| 11/10/22 | Direct Deposit | Marketplace        Reassociation Trace Number: TRN*1*0910197109*1203174593\ | 290.41 + |
| 11/10/22 | Direct Deposit | GAINWELL TECH        Reassociation Trace Number: TRN*1*085572660*1716007389\ | 497.53 + |

Continued On Next Page...

```
IZARD COUNTY MEDICAL CENTER LLC              Account Number:        5802
"OPERATING ACCOUNT"                          Statement Date:    11/30/22
C/O CAROL L FOX                              Page Number:              3
200 EAST BROWARD BLVD STE 1010               Items:                    5
FT LAUDERDALE FL 33301
```

| Date | Type | Description | Amount |
|---|---|---|---|
| 11/10/22 | Direct Deposit | GAINWELL TECH      Reassociation Trace Number: TRN*1*085572659*1716007389\ | 522.64 + |
| 11/10/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9833607265*1411289245*000087726\ | 703.11 + |
| 11/10/22 | Direct Deposit | Marketplace      Reassociation Trace Number: TRN*1*0910197108*1203174593\ | 1,214.52 + |
| 11/10/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9833691199*1411289245*000087726\ | 2,882.66 + |
| 11/10/22 | Direct Deposit | MCRAR CLAIMS      Reassociation Trace Number: TRN*1*0900208992*1811282251\ | 7,135.87 + |
| 11/14/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 34.00 + |
| 11/14/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 35.50 + |
| 11/14/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 103.20 + |
| 11/14/22 | Direct Deposit | Marketplace      Reassociation Trace Number: TRN*1*0910217563*1203174593\ | 133.66 + |
| 11/14/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 254.18 + |
| 11/14/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 790.87 + |
| 11/14/22 | Direct Deposit | UHC COMMUNITY PL Reassociation Trace Number: TRN*1*20221110A2900086*1911312551*000004567\ | 3,213.32 + |
| 11/14/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 3,691.18 + |
| 11/14/22 | Direct Deposit | Marketplace      Reassociation Trace Number: TRN*1*0910226559*1203174593\ | 9,647.16 + |
| 11/15/22 | Direct Deposit | SUMMIT AR5C      Reassociation Trace Number: TRN*1*3194487319*1823062789\ | 23.79 + |
| 11/15/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 56.00 + |
| 11/15/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 126.08 + |
| 11/15/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 265.68 + |
| 11/15/22 | Direct Deposit | ABCBS AMISYS BCAB AB \ | 562.64 + |
| 11/15/22 | Direct Deposit | ABCBS AMISYS BCAB AB \ | 873.44 + |
| 11/15/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9834724691*1411289245*000087726\ | 18,134.87 + |
| 11/16/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 9.50 + |
| 11/16/22 | Direct Deposit | ABCBS REG BCBC BC \ | 51.80 + |
| 11/16/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 68.33 + |
| 11/16/22 | Direct Deposit | ABCBS REG BCBC BC \ | 71.64 + |
| 11/16/22 | Direct Deposit | PAY PLUS      Reassociation Trace Number: TRN*1*296308699*1470246511\ | 79.14 + |
| 11/16/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 86.57 + |
| 11/16/22 | Direct Deposit | SUMMIT AR5C      Reassociation Trace Number: TRN*1*3194619504*1823062789\ | 112.14 + |
| 11/16/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9835266888*1411289245*000087726\ | 174.53 + |
| 11/16/22 | Direct Deposit | Transfer from DDA      5801 | 341.99 + |
| 11/16/22 | Direct Deposit | Marketplace      Reassociation Trace Number: TRN*1*0910251776*1203174593\ | 1,274.40 + |
| 11/16/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 1,517.67 + |
| 11/17/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 8.00 + |
| 11/17/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 50.00 + |
| 11/17/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9836278116*1411289245*000087726\ | 161.42 + |
| 11/17/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9836348426*1411289245*000087726\ | 439.98 + |
| 11/17/22 | Direct Deposit | Optum VA CCN Reg Reassociation Trace Number: TRN*1*3002729686*1204581265*0000VACCN\ | 712.97 + |
| 11/17/22 | Direct Deposit | MCRAR CLAIMS      Reassociation Trace Number: TRN*1*0900210910*1811282251\ | 1,631.60 + |

Continued On Next Page...

```
IZARD COUNTY MEDICAL CENTER LLC               Account Number:        5802
"OPERATING ACCOUNT"                           Statement Date:    11/30/22
C/O CAROL L FOX                               Page Number:              4
200 EAST BROWARD BLVD STE 1010                Items:                    5
FT LAUDERDALE FL 33301
```

| | | | |
|---|---|---|---|
| 11/18/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 13.00 + |
| 11/18/22 | Direct Deposit | Optum VA CCN Reg Reassociation Trace Number: TRN*1*3002734003*1204581265*0000VACCN\ | 67.94 + |
| 11/18/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085575848*1716007389\ | 125.40 + |
| 11/18/22 | Direct Deposit | ARBLUEMED UPPO SCM3 M3 \ | 158.83 + |
| 11/18/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085578846*1716007389\ | 213.58 + |
| 11/18/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085578847*1716007389\ | 1,784.13 + |
| 11/18/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9836954050*1411289245*000087726\ | 4,128.85 + |
| 11/21/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 35.50 + |
| 11/21/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 50.00 + |
| 11/21/22 | Direct Deposit | Harmony Health P Reassociation Trace Number: TRN*1*1004453934*1364050495\ | 136.95 + |
| 11/21/22 | Direct Deposit | EVOLENT HEALTH L Reassociation Trace Number: TRN*1*18098290*1821454637~ | 231.35 + |
| 11/22/22 | Direct Deposit | HLTH ADV AR HAAR AR \ | 3.59 + |
| 11/22/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 99.50 + |
| 11/22/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9838119696*1411289245*000087726\ | 7,754.71 + |
| 11/23/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 34.00 + |
| 11/23/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 208.06 + |
| 11/23/22 | Direct Deposit | Transfer from DDA      5801 | 226.38 + |
| 11/23/22 | Direct Deposit | PAY PLUS    Reassociation Trace Number: TRN*1*298622593*1470246511\ | 873.50 + |
| 11/23/22 | Direct Deposit | Marketplace    Reassociation Trace Number: TRN*1*0910330393*1203174593\ | 1,917.50 + |
| 11/23/22 | Direct Deposit | ABCBS BLUE CARD IT01 \ | 7,687.05 + |
| 11/25/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 41.50 + |
| 11/25/22 | Direct Deposit | UnitedHealthcare Reassociation Trace Number: TRN*1*9839214895*1411289245*000087726\ | 50.42 + |
| 11/25/22 | Direct Deposit | ARBLUEMED MEDADV SCM1 M1 \ | 154.11 + |
| 11/25/22 | Direct Deposit | ARBLUEMED UPPO SCM3 M3 \ | 167.57 + |
| 11/25/22 | Direct Deposit | Marketplace    Reassociation Trace Number: TRN*1*0910352269*1203174593\ | 248.23 + |
| 11/25/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085582088*1716007389\ | 304.50 + |
| 11/25/22 | Direct Deposit | MCRAR CLAIMS    Reassociation Trace Number: TRN*1*0900212935*1811282251\ | 465.93 + |
| 11/25/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 672.54 + |
| 11/25/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085585145*1716007389\ | 1,038.32 + |
| 11/25/22 | Direct Deposit | GAINWELL TECH    Reassociation Trace Number: TRN*1*085585144*1716007389\ | 4,024.44 + |
| 11/28/22 | Direct Deposit | ABCBS REG BCBC BC \ | 11.31 + |
| 11/28/22 | Direct Deposit | MERCHANT SERVICE MERCH DEP | 50.00 + |
| 11/28/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 51.60 + |
| 11/28/22 | Direct Deposit | BANKCARD DEP MERCH DEP | 58.50 + |
| 11/28/22 | Direct Deposit | ABCBS REG BCBC BC \ | 113.58 + |
| 11/28/22 | Direct Deposit | ABCBS AMISYS BCAB AB \ | 120.13 + |
| 11/28/22 | Direct Deposit | EVOLENT HEALTH L Reassociation Trace Number: TRN*1*18273744*1821454637~ | 412.06 + |
| 11/28/22 | Direct Deposit | ABCBS MEDIPAK MK BCMK MK \ | 831.76 + |

Continued On Next Page...

```
IZARD COUNTY MEDICAL CENTER LLC                 Account Number:        5802
"OPERATING ACCOUNT"                             Statement Date:    11/30/22
C/O CAROL L FOX                                 Page Number:              5
200 EAST BROWARD BLVD STE 1010                  Items:                    5
FT LAUDERDALE FL 33301
```

```
11/28/22 Direct Deposit   HLTHADV EXCHANGE HAHE HE \              1,253.91 +
11/28/22 Direct Deposit   NOVITAS SOLUTION Reassociation Trace Number:
                          TRN*1*EFT2908739*1205296137*000007001\ 2,616.47 +
11/28/22 Direct Deposit   ABCBS AMISYS BCAB AB \                  3,422.81 +
11/29/22 Direct Deposit   BANKCARD DEP MERCH DEP                      17.50 +
11/29/22 Direct Deposit   BLUE CROSS CA5C   Reassociation Trace Number:
                          TRN*1*3195648337*1953760980\                32.80 +
11/30/22 Direct Deposit   36 TREAS 310 MISC PAY ZZ*US TREASURY 310*ZZ*VENDOR P
                          AYMENTS*221129                              19.40 +
11/30/22 Direct Deposit   MERCHANT SERVICE MERCH DEP                  50.00 +
11/30/22 Direct Deposit   PAY PLUS        Reassociation Trace Number:
                          TRN*1*300374140*1470246511\                 52.20 +
11/30/22 Direct Deposit   BANKCARD DEP MERCH DEP                      62.50 +
11/30/22 Direct Deposit   ABCBS FEP FPEB \                            65.97 +
11/30/22 Direct Deposit   ABCBS BLUE CARD IT01 \                      67.82 +
11/30/22 Direct Deposit   ABCBS BLUE CARD IT01 \                      82.78 +
11/30/22 Direct Deposit   PAY PLUS        Reassociation Trace Number:
                          TRN*1*300092355*1361824600\                 88.00 +
11/30/22 Direct Deposit   ABCBS BLUE CARD IT01 \                      92.34 +
11/30/22 Direct Deposit   ABCBS FEP FPEB \                            95.68 +
11/30/22 Direct Deposit   UMR             Reassociation Trace Number:
                          TRN*1*CF2901807596661232253120 6*1391995276*106.83 +
11/30/22 Direct Deposit   PAY PLUS        Reassociation Trace Number:
                          TRN*1*300163747*1630343428\                111.44 +
11/30/22 Direct Deposit   SUMMIT AR5C    Reassociation Trace Number:
                          TRN*1*3195818363*1823062789\               152.07 +
11/30/22 Direct Deposit   Marketplace     Reassociation Trace Number:
                          TRN*1*0910384719*1203174593\               287.65 +
11/30/22 Direct Deposit   Transfer from DDA        5801            13,536.53 +
11/01/22 Automatic Debit  PAY PLUS ACHTRANS                             .48 -
11/02/22 Automatic Debit  PAY PLUS ACHTRANS                            9.66 -
11/02/22 Automatic Debit  BANKCARD MERCH FEES                         81.23 -
11/02/22 Automatic Debit  MERCHANT SERVICE MERCH FEE                  81.25 -
11/09/22 Automatic Debit  PAY PLUS ACHTRANS                            5.14 -
11/16/22 Automatic Debit  PAY PLUS ACHTRANS                            1.95 -
11/23/22 Automatic Debit  PAY PLUS ACHTRANS                           21.58 -
```

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---------|-----------|--------|---------|-----------|--------|
| | 11/10/22 | 82,395.82 | | 11/30/22 | 40,395.05 |
| | 11/16/22 | 62,460.29 | 122230 | 11/02/22 | 222.48 |
| | 11/28/22 | 21,477.45 | | | |

```
                            DAILY BALANCE SUMMARY
   -Balance Date-        -Balance Date-        -Balance Date-        -Balance Date-

   32,940.19 10/31      94,657.22 11/08      10,794.27 11/17      31,154.75 11/28
   35,196.06 11/01      97,287.67 11/09      17,286.00 11/18      31,205.05 11/29
   75,428.18 11/02      28,519.26 11/10      17,739.80 11/21       5,681.21 11/30
   86,151.88 11/03      46,422.33 11/14      25,597.60 11/22
   89,660.76 11/04      66,464.83 11/15      36,522.51 11/23
   90,685.50 11/07       7,790.30 11/16      43,690.07 11/25
```

```
   Low Balance for Period was                     5,681.21

                                                 Continued On Next Page...
```

Case 19-61608-grs    Doc 1806-5    Filed 01/11/23    Entered 01/11/23 15:32:31    Desc
Attachment 5 - Bank Statements and Reconciliations    Page 10 of 13

Schedule D

## STANDARD BANK RECONCILIATION

Month ___November___  Year ___2022___

Account No. ___*6198___            Account Name   Izard County Medical Center, LLC
                                                  DIP

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ 1,057,510.12 | Your transaction register balance  $ 1,055,636.32 |
| Add (+) Deposits not shown on Bank Statement | $ - | Add (+) Other credits shown on the bank statement but not in transaction register  $ - |
| Total | $ 1,057,510.12 | |
| | | Add (+) Interest paid on bank statement  $ - |
| Subtract (-) Checks and other items outstanding but not paid on Bank Statement | | Total  $ 1,055,636.32 |

| Number | Amount | Number | Amount |
|---|---|---|---|
| 10005 | 5.75 | | |
| 10006 | 51.72 | | |
| 10007 | 74.68 | | |
| 10008 | 49.45 | | |
| 10009 | 504.70 | | |
| 10020 | 1,187.50 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

| | | |
|---|---|---|
| Total Subtractions | $ 1,873.80 | Total Subtractions  $ - |
| Balance | $ 1,055,636.32 | Balance  $ 1,055,636.32 |

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  3
STARTING DATE: November 01, 2022
ENDING DATE: November 30, 2022
Total days in statement period: 30
6198
( 5)

IZARD COUNTY MEDICAL CENTER LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-61608
%GLASSRATNER
200 E BROWARD BLVD SUITE 1010
FT LAUDERDALE FL 33301-1943

Wishing you a wonderful holiday season
from all of us at East West Bank! Thank
you for choosing us as your bank and we
look forward to continue to serve your
financial needs in the new year.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 6198 | Beginning balance | $1,184,289.66 |
| Enclosures | 5 | Total additions (2) | 9,414.63 |
| Low balance | $1,057,510.12 | Total subtractions (10) | 136,194.17 |
| Average balance | $1,122,342.98 | Ending balance | $1,057,510.12 |

### CREDITS

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 11-14 | Transfer Credit | TRF FRM | I6506 | 9,334.63 |
| | 11-22 | Deposit | | | 80.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10001 | 11-01 | 1,650.00 | 10021 * | 11-25 | 1,933.72 |
| 10002 | 11-01 | 3,650.00 | 10022 | 11-29 | 500.00 |
| 10004 * | 11-22 | 364.38 | * Skip in check sequence | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-07 | Outgoing Wire | Strateq Health | 14,433.00 |
| 11-16 | Outgoing Wire | Nelson Mullins | 93,345.52 |
| 11-22 | Outgoing Wire | Strateq Health Inc . | 7,400.00 |
| 11-28 | Outgoing Wire | Arthur J. Gallaghe r RMS Inc Premium | 3,917.55 |
| 11-29 | Outgoing Wire | LBMC PC | 9,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 1,184,289.66 | 11-14 | 1,173,891.29 | 11-25 | 1,070,927.67 |
| 11-01 | 1,178,989.66 | 11-16 | 1,080,545.77 | 11-28 | 1,067,010.12 |
| 11-07 | 1,164,556.66 | 11-22 | 1,072,861.39 | 11-29 | 1,057,510.12 |

Case 19-61608-grs    Doc 1806-5    Filed 01/11/23    Entered 01/11/23 15:32:31    Desc
Attachment 5 - Bank Statements and Reconciliations    Page 12 of 13

Schedule D

## STANDARD BANK RECONCILIATION

Month _____ November _____    Year _____ 2022 _____

Account No.  *6506 _____    Account Name    Izard County Medical Center, LLC
DIP _____

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ _____ - | Your transaction register balance | $ _____ - |

Add (+)
Deposits not shown on Bank Statement        $ _____ -

Total        $ _____ -

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Add (+)
Other credits shown on the bank
statement but not in transaction register    $ _____ -

Add (+)
Interest paid on bank statement        $ _____ -

Total        $ _____ -

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |
|        |        |

Total Subtractions        $ _____ -

Balance        $ _____ -

Total Subtractions        $ _____ -

Balance        $ _____ -

**EAST WEST BANK**
*We bring out the best in your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: November 01, 2022
ENDING DATE: November 30, 2022
Total days in statement period: 30
6506
( 0)

IZARD COUNTY MEDICAL CENTER LLC
CHAPTER 11-OPERATING
CASE #19-61608
%GLASSRATNER
200 E BROWARD BLVD STE 1010
FT LAUDERDALE FL  33301-1943

> Wishing you a wonderful holiday season from all of us at East West Bank! Thank you for choosing us as your bank and we look forward to continue to serve your financial needs in the new year.

** Closed Account - Final Statement

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 6506 | Beginning balance | | $9,334.63 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $8,667.87 | Total subtractions | ( 1) | 9,334.63 |
| | | Ending balance | | $.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-14 | Transfer Debit | 6198 | 9,334.63 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 9,334.63 | 11-14 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16