**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### TRUSTEE'S NOTICE OF FILING RESPONSE

PLEASE TAKE NOTICE that Carol Fox, Chapter 11 Trustee of Americore Health, LLC, through counsel, hereby gives notice of filing *Plaintiff's Response to Defendant Fulgent Genetics, Inc.'s Objection to Order Establishing Procedures Governing Adversary Proceedings Pertaining to Laboratory Fraud* [*see* ADV. No. 22-06038-grs, ECF No. 24].

| | |
|---|---|
| **DATED**: January 13, 2023 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 2 South Biscayne Boulevard - 21st Floor<br>Miami, FL  33131<br>Ph. 305-373-9400 \| Fax 305-995-6416 |
| | 100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL 33394<br>Ph. 954-764-7060 \| Fax 954-761-8135 |
| | */s/ Frank P. Terzo*<br>Frank P. Terzo<br>Florida Bar No. 727260<br>Gary.Freedman@nelsonmullins.com<br>Frank P. Terzo<br>Florida Bar No. 906263<br>Frank.Terzo@nelsonmullins.com |
| | *Special Counsel for Carol Fox, Chapter 11 Trustee* |

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court, on January 13, 2023.

/s/ *Frank P. Terzo*
Frank P. Terzo