UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

AMERICORE HOLDINGS, LLC[1]　　　　　　　　　　　　　CASE NO. 19-61608
DEBTORS　　　　　　　　　　　　　　　　　　　　　　　　JOINTLY ADMINISTERED

### ORDER

On December 30, 2022, Fulgent Genetics, Inc. an Objection [ECF No. 1782] to an Order Establishing Procedures Governing Adversary Proceedings Pertaining to Laboratory Fraud [ECF No. 1747 ("Procedures Order")]. Fulgent is subject to the Procedures Order as a defendant in an adversary proceeding pertaining to the alleged lab fraud. [*See generally* Adv. No. 22-6038.] Fulgent also filed its Objection in the adversary proceeding. [*Id.* at ECF No. 18.]

Plaintiff filed a response in the adversary proceeding. [*Id.* at ECF No. 24; *see also* ECF No. 1815 (Notice of Filing).] A hearing was held on January 19, 2023.

For the reasons stated on the record, it is ORDERED that Fulgent's Objection is OVERRULED.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, January 19, 2023
(grs)