**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

In re:

Americore Holdings, LLC, *et al.*,[1]

            Debtors.

_____/

Chapter 11
Case No. 19-61608
(Jointly Administered)

**THIRD FRIDAY'S MOTION TO APPEAR**
**TELEPHONICALLY AT HEARING AT 9:00 A.M. ON March 23, 2023**

Michael E. Lewitt, individually and on behalf of Third Friday Total Return Fund, L.P. and Third Friday GP, LLC (collectively, "**Third Friday**"), by and through undersigned counsel, respectfully requests entry of an order permitting Third Friday to appear telephonically at the hearing scheduled for March 23, 2023 at 9:00 A.M. (EST) (the "**Hearing**").

1. The Hearing is currently scheduled for March 23, 2023 at 9:00 A.M. (EST) to consider the *Chapter 11 Trustee's Motion (I) To Approve Compromise and Settlement with Michael E. Lewitt, The Third Friday Total Return Fund, LP and Third Friday GP, LLC (II) Extend the Statute of Limitations and (III) To Permit Payment of Contingency Fee to Nelson Mullins* (ECF No. 1845).

2. Given that Third Friday is based in West Palm Beach, Florida and would have to incur substantial expenses to attend the upcoming Hearing in person, Third Friday requests to attend the hearing via telephone.

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Healther Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

3. Pursuant to Local Rule of Bankruptcy Procedure 9013-1(c), this motion is seeking action by the Court without notice or hearing. Third Friday respectfully requests that the Court grant the motion without notice or hearing to allow Third Friday to appear at the Hearing telephonically.

4. Third Friday asserts reasonable notice will be provided to the parties in this case by filing this motion ahead of the hearing.

**WHEREFORE**, Third Friday respectfully requests that Third Friday be permitted to appear telephonically at the Hearing.

**Dated:** March 21, 2023

        */s/ Bart A. Houston*
        Bart A. Houston, Esq.
        Florida Bar No. 623636
        **THE HOUSTON FIRM, P.A.**
        *Counsel for Third Friday*
        633 S. Andrews Avenue, Suite 500
        Fort Lauderdale, Florida 33301
        Telephone: (954) 900-2615
        Facsimile: (954) 839-9068
        bhouston@thehoustonfirm.com
        dschena@thehoustonfirm.com

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via transmission of Notice of Electronic Filing on all counsel of record identified on the CM/ECF service list maintained by the Court.

        */s/ Bart A. Houston*
        Bart A. Houston, Esq.