**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

In re:

Americore Holdings, LLC, *et al.*,[1]

Debtors.

_____/

Chapter 11

Case No. 19-61608

(Jointly Administered)

**ORDER GRANTING THIRD FRIDAY'S MOTION TO APPEAR**
**TELEPHONICALLY AT HEARING AT 9:00 A.M. ON March 23, 2024**

This matter having come before the Court on *Third Friday's Motion to Appear Telephonically at Hearing at 9:00 A.M. on March 23, 2023* (ECF No. 1870) (the "**Motion**")[2] filed by Michael E. Lewitt, individually and on behalf of Third Friday Total Return Fund, L.P. and Third Friday GP, LLC (collectively, "**Third Friday**"). pursuant to Local Rule 9013-1(c) of the United States Bankruptcy Court for the Eastern District of Kentucky (the "**Local Rules**"), seeking an order to appear telephonically; and the Court having reviewed the Motion; the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, this is a core proceeding pursuant to 28 U.S.C. § 157(b), and notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

**IT IS HEREBY ORDERED**:

1.    The Motion is **GRANTED**.

2.    Third Friday, may appear telephonically at the Hearing at 9:00 A.M. (EST) on March 23, 2022.

3.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Healther Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

[2] Capitalized terms used herein but otherwise undefined shall have the meanings ascribed to them in the Motion.

Submitted by:

THE HOUSTON FIRM, P.A.


Bart A. Houston, Esq.
Florida Bar No. 623636
*Counsel for Third Friday*
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
bhouston@thehoustonfirm.com
dschena@thehoustonfirm.com

2

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, March 22, 2023**
**(grs)**