# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 03/23/2023  TIME: 09:00

**ISSUE:**

1847   02/17/2023   Chapter 11 Trustees Motion to (I) Compromise Controversy under Rule 9019 with Michael E. Lewitt, The Third Friday Total Return Fund, LP and Third Friday GP, LLC (II) Extend the Statute of Limitations and (III) to Permit Payment of Contingency Fee to Nelson Mullins filed by Carol L. Fox. Hearing scheduled for 3/23/2023 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Exhibit 1 # 2 Notice of Hearing # 3 Proposed Order # 4 creditor matrix) (alf)

**DISPOSITION:**

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, March 23, 2023**
(rah)