**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S
MOTION (I) TO APPROVE COMPROMISE AND SETTLEMENT
WITH MICHAEL E. LEWITT, THE THIRD FRIDAY TOTAL RETURN
FUND, LP AND THIRD FRIDAY GP, LLC
(II) EXTEND THE STATUTE OF LIMITATIONS AND (III) TO PERMIT
PAYMENT OF CONTINGENCY FEE TO NELSON MULLINS**

THIS MATTER having come before the Court on March 23, 2023 at 9:00 a.m. EST, upon Carol L. Fox, the Chapter 11 Trustee's *Motion (I) to Approve Compromise and Settlement with Michael E. Lewitt, The Third Friday Total Return Fund, LP and Third Friday GP, LLC (*the "Settlement Motion") *(II) Extend the Statute of Limitations (the "*Extension Motion*") and (III) to Permit Payment of Contingency Fee to Nelson Mullins* (the "Payment Motion," and collectively with the Settlement Motion and the Extension Motion, the "Motions"), and pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019-1 of the United States Bankruptcy Court for the Eastern District of

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Kentucky seeking an order approving the Motions, and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motions and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motions and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motions is in the best interests of the Debtor's' estate, its creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motions under the circumstances; and after due deliberation and good and sufficient cause appearing therefor

**IT IS ORDERED:**

1. The Settlement Motion is granted.

2. The Settlement Agreement attached to the Motion is approved and incorporated herein.

3. Pursuant to the terms of the Settlement Agreement, the Court shall enter the Final Judgment Against Michael E. Lewitt attached to the Settlement Agreement as Exhibit "A".

4. The Extension Motion is granted.

5. The deadlines imposed by 11 U.S.C. §§ 108 and 546 with respect to Marcie Engel are extended through October 30, 2023.

6. The Payment Motion is granted.

7. The Trustee shall pay Nelson Mullins 33 ⅓% of all recoveries received under the Settlement Agreement without further order of this Court.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement Agreement.

<u>Submitted by:</u>

Gary M. Freedman
Florida Bar No.: 727260
<u>gary.freedman@nelsonmullins.com</u>
Frank P. Terzo
Florida Bar No. 906263
<u>frank.terzo@nelsonmullins.com</u>
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449 / Fax: 305.995-6393
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060 / Fax: (954) 761-8135

*Attorneys for Plaintiff/Trustee*

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, March 23, 2023
(grs)