UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:                                                                                    Case No. 19-61608-grs

AMERICORE HOLDINGS, LLC, *et al.*,[1]                         Chapter 11
                                                                                                Jointly Administered
    Debtors.
_____/

## **FINAL JUDGMENT AGAINST MICHAEL E. LEWITT**

THIS MATTER came before the Court upon Carol L. Fox, as the Chapter 11 Trustee (the "Trustee") of Americore Health, LLC and its affiliated Debtors' (collectively, the "Debtors") Chapter 11 Trustee's Motion (I) to Approve Compromise and Settlement With Michael E. Lewitt, The Third Friday Total Return Fund, LP and Third Friday Management, LLC and (II) to Permit Payment of Contingency Fee to Nelson Mullins (the "Motion") (ECF No. 1845/1847), and the Court having reviewed the Motion, the corresponding Settlement Agreement and the file, having granted the Motion, and having been advised of Michael E. Lewitt's agreement to the entry hereof in accordance with and pursuant to the terms of the Settlement Agreement, and being otherwise duly advised, and for good cause appearing,

It is **ADJUDGED**:

    1.    Judgment is entered in favor of Carol L. Fox, as the Chapter 11 Trustee of Americore Health, LLC and its affiliated Debtors, who has an address of B Riley Advisory

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

Services, 200 East Broward Blvd, Suite 1010, Fort Lauderdale, FL 33301, and against Michael E. Lewitt who has an address of 602 Le Lac RD, Boca Raton, FL 33496-2316, in the amount of $1,100,000.

2. This final judgment shall bear interest at the maximum amount allowed by law.

3. This Court retains jurisdiction over all post-judgment matters, including the issuance of post-judgment enforcement orders and writs.

<u>Submitted by:</u>

NELSON MULLINS RILEY & SCARBOROUGH LLP

Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel: 305.373.9449 / Fax: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Tel: (954) 764-7060 / Fax: (954) 761-8135

*Special Counsel for Carol Fox, Chapter 11 Trustee*

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, March 27, 2023**
(grs)