# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 19-61608** |
| | ) | |
| **AMERICORE HOLDINGS, LLC,** *et al.*[1] | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

### STIPULATION TO EXTEND DEADLINE FOR DEBTORS TO RESPOND TO PNC BANK'S MOTION TO CONFIRM NO STAY EXISTS, OR IN THE ALTERNATIVE FOR RELIEF FROM THE AUTOMATIC STAY FOR PNC BANK TO SET OFF PNC BANK ACCOUNTS IN ACCORDANCE WITH PRIOR PREPETITION STATE COURT ORDER

Carol L. Fox, as the Chapter 11 Trustee (the "Trustee") of Americore Holdings, LLC and its affiliated debtors (collectively, the "Debtors") and PNC Bank ("PNC" and collectively with the Trustee, the "Parties") enter into this stipulation and agree as follows:

1. On March 15, 2022, PNC filed its *Motion to Confirm no Stay Exists, or in the Alternative, for Relief from the Automatic Stay for PNC Bank to Set Off PNC Bank Accounts in Accordance with Prior Prepetition State Court Order* (Doc. No. 1866) (the "Stay Relief Motion").

2. The Stay Relief Motion seeks an order determining that certain PNC Accounts[2] are not property of the estate, or in the alternative, granting stay relief for PNC to set off the PNC Accounts.

3. The current deadline for the Trustee to respond to the Stay Relief Motion is March 29, 2023.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stay Relief Motion.

4826-2271-7938.1

4. The Parties agree that the Trustee's deadline to respond to the Stay Relief Motion is extended to **April 5, 2023.**

5. The Parties reserve all of their respective rights in this matter.

STIPULATED AND AGREED TO THIS 29TH DAY OF MARCH 2023:

**BAKER & HOSTETLER LLP**

*/s/ Jimmy D. Parrish*
**Elizabeth A. Green, Esq.**
Fed ID No.: 903144
**Jimmy D. Parrish, Esq.**
Fed ID No.: 2687598
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com
          jparrish@bakerlaw.com

*Attorneys for the Chapter 11 Trustee*

AND

*/s/ Brian R. Pollock*
Brian R. Pollock
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: 502-681-0542
Email: bpollock@stites.com

**Certificate of Service**

**I HEREBY CERTIFY**, that on March 29, 2023, a true and correct copy of the foregoing was served by electronic noticing via the CM/ECF System to all parties requesting such notice and by email, fax, or overnight mail to the Master Service List.

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish

4863-1154-4666.1