**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

| | |
|---|---|
| **AMERICORE HOLDINGS, LLC**[1] **DEBTORS** | **CASE NO. 19-61608 JOINTLY ADMINISTERED** |

**ORDER SETTING STATUS**

It is ORDERED that this matter is set for a Status Conference at **9:00 a.m. on May 18, 2023, at the U.S. Bankruptcy Court, Community Trust Bank Building, 100 East Vine Street, Second Floor, Lexington, Kentucky**, to specifically address the status of the Chapter 11 plan.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, April 10, 2023**
(grs)