UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf

IN RE: CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 04/27/2023   TIME: 09:00

ISSUE:

| 1898 | 04/11/2023 | Fourth Motion to Extend Deadlines Under 11 U.S.C. §§ 108 AND 546, filed by Carol L. Fox. Hearing scheduled for 4/27/2023 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Declaration) (Parrish, Jimmy) |

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, April 27, 2023**
(rah)