**STATEMENT OF SOURCES AND USES OF CASH**[1, 2]                                                                 Schedule A
**March 2023**
**Case Name:** Izard County Medical Center, LLC
**Case Number:** 19-61612-grs (Jointly Administered under Lead Case No.: 19-61608-grs)

|  | Mar-23 | Cumulative |
|---|---:|---:|
| **SOURCES OF CASH** | | |
| Income (Loss) From Operations | $ - | $ - |
| Add: Depreciation, Amortization & Other non-cash | - | - |
| **CASH GENERATED FROM OPERATIONS** | - | - |
| Add: Decrease in Assets: | | |
|     Accounts Receivable | - | 13,875,650.67 |
|     Inventory | - | - |
|     Net Funds Collected on Behalf of Buyer[3] | (15,214.08) | 56,073.59 |
|     Prepaid Expenses & Deposits | - | - |
|     Property, Plant & Equipment | - | - |
|     Other | - | 4,689,626.30 |
| Increase in Liabilities: | | |
|     Pre Petition Liabilities | - | - |
|     Post Petition Liabilities | - | - |
| **TOTAL SOURCES OF CASH (A)** | **(15,214.08)** | **18,621,350.56** |
| **USES OF CASH** | | |
| Increase in Assets: | | |
|     Accounts Receivable | - | - |
|     Inventory | - | 26,975.60 |
|     Prepaid Expenses & Deposits | - | - |
|     Property, Plant & Equipment | - | - |
|     Other | - | - |
| Decrease in Liabilities: | | |
|     Pre-Petition Liabilities | - | - |
|     Post-Petition Liabilities | - | - |
|     Bank fees | 104.87 | 19,796.68 |
|     Education | - | 6,130.00 |
|     Employee benefits | - | 415,033.03 |
|     Insurance | 8,231.00 | 405,060.30 |
|     IT and software expense | 28,866.00 | 706,486.50 |
|     Leases, contracts and miscellaneous | - | 135,534.03 |
|     Legal and professional | 7,196.00 | 1,347,357.90 |
|     Medical professionals | - | 2,879,432.78 |
|     Payroll | - | 5,980,150.72 |
|     Pharmaceuticals | - | 171,257.92 |
|     Rent | - | 1,343,617.00 |
|     Repairs and maintenance | - | 60,435.49 |
|     Settlement | - | 404,266.68 |
|     Supplies | (1,983.13) | 856,753.56 |
|     Taxes | - | 2,081,851.91 |
|     Utilities | - | 695,976.14 |
|     US Trustee | - | 166,190.39 |
|     Other operating expenses | (1,481.55) | 888,406.74 |
| **TOTAL USES OF CASH (B)** | **40,933.19** | **18,590,713.37** |
| **NET SOURCE (USE) OF CASH (A-B=NET)** | $ (56,147.27) | $ 30,637.19 |
| **CASH - BEGINNING BALANCE** | $ 188,624.67 | $ 101,641.89 |
| Other Adjustment | - | 198.32 |
| **CASH - ENDING BALANCE** | $ 132,477.40 | $ 132,477.40 |

**Notes:**
**(1)** Prepared on cash basis of accounting.
**(2)** For consistency and comparative purposes, the format of the Statement of Sources and Uses of Cash utilized in the prior filed monthly operating reports is used here.
**(3)** During the reporting period, funds collected and disbursed on behalf of the buyer totaled $532,260 and $547,474, respectively.