Case 19-61608-grs   Doc 1942-3   Filed 05/02/23   Entered 05/02/23 10:55:35   Desc
Attachment 3 - Schedule of Bank Accounts   Page 1 of 1

Schedule B

**Americore Holdings, *et al.*, Debtors.**

# United States Bankruptcy Court Case No. 19-61608 (Jointly Administered)
# Izard County Medical Center, LLC
# Schedule of Bank Accounts - As of March 31, 2023

| Description | Payroll Account | Operating Account | DIP Account[1] | Total - All Debtor Accounts |
|---|---|---|---|---|
| Account Name | Izard County Medical Center, LLC | Izard County Medical Center, LLC | Izard County Medical Center, LLC | |
| Bank Name | First National Bank of | First National Bank of | East West Bank | |
| Account Number - Last Four Digits | 5801 | 5802 | 6198 | |
| | | | | |
| Beginning Book Balance (as of 03/01/23) | $ 11,565.76 | $ 64,766.45 | $ 112,292.46 | $ 188,624.67 |
| | | | | |
| Deposits: | | | | |
|   Bankruptcy Estate | - | - | - | - |
|   Funds Collected on Behalf of Buyer | 282,441.43 | 249,818.85 | - | 532,260.28 |
|   Funds Disbursed on Behalf of Buyer | - | (547,474.36) | - | (547,474.36) |
|   Total Deposits | 282,441.43 | (297,655.51) | - | (15,214.08) |
| | | | | |
| Disbursements | - | (15.00) | (40,918.19) | (40,933.19) |
| Transfers | (290,007.75) | 290,007.75 | - | - |
| **Ending Book Balance (as of 03/31/23)** | $ 3,999.44 | $ 57,103.69 | $ 71,374.27 | $ 132,477.40 |