UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:                                                          Case No. 19-61608-grs
AMERICORE HOLDINGS, LLC, *et al.*,[1]          Chapter 11
                                                                 Jointly Administered

     Debtors.

_____/

**ORDER TO SHOW CAUSE WHY MICHAEL E. LEWITT, INDIVIDUALLY
AND ON BEHALF OF THE THIRD FRIDAY TOTAL RETURN FUND,
L.P. AND THIRD FRIDAY MANAGEMENT, LLC SHOULD NOT BE
HELD IN CONTEMPT FOR POSSIBLE FRAUD ON THE COURT**

THIS MATTER came before the Court *ex parte* upon the Carol L. Fox, the Chapter 11 Trustee of Americore Holdings, LLC and related Debtors request for Status Conference/Show Cause Hearing for the Court to consider the *Motion for Status Conference Requiring The Third Friday Parties to Explain Inconsistent Positions Regarding Collateral and Possible Fraud on the Court* (the "Motion"), and the Court having reviewed the Motion finds there is good cause shown for the relief requested. Therefore it is,

    **ORDERED**:

1.      Michael E. Lewitt, Individually and on Behalf of The Third Friday Total Return Fund, L.P. and Third Friday Management, LLC (the "Third Friday Parties") shall appear at a status conference on shortened notice to show cause before the Honorable Judge Gregory R. Schaaf, at the U.S. Bankruptcy Court, Community Trust Building, 100

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

East Vine Street, 2nd Floor Courtroom, Lexington, KY 40507, at the hour of **9:00 a.m.**

**EST on September 21, 2023** or as soon thereafter as counsel may be heard.

      2.     At the hearing, the Third Friday Parties shall show cause why they should

not be held in content of court for possible fraud on the Court, committing perjury, and/or

committing bankruptcy crimes as described in the Trustee's Motion.

<u>Submitted by:</u>

NELSON MULLINS RILEY & SCARBOROUGH LLP

Gary M. Freedman
Florida Bar No.: 727260
<u>gary.freedman@nelsonmullins.com</u>
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel: 305-373-9449 / Fax: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
<u>frank.terzo@nelsonmullins.com</u>
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Tel: (954) 764-7060 / Fax: (954) 761-8135

*Special counsel for Carol Fox, Chapter 11
Trustee*

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and
electronically entered by the Clerk in the official record of this case.**



**Signed By:**
<u>*Gregory R. Schaaf*</u>
**Bankruptcy Judge**
**Dated: Tuesday, August 22, 2023**
**(grs)**