UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

AMERICORE HOLDINGS, LLC[1]     CASE NO. 19-61608

DEBTORS     JOINTLY ADMINISTERED

### ORDER

On August 21, 2023, the Chapter 11 Trustee filed a Motion for Status Conference Requiring The Third Friday Parties to Explain Inconsistent Positions Regarding Collateral and Possible Fraud on the Court. [ECF No. 2120.] On September 21, 2023, a hearing was held on the Motion where Mr. Lewitt testified regarding the conduct alleged in the Motion. [ECF No. 2153.]

For the reasons stated on the record, IT IS ORDERED that the Chapter 11 Trustee's Motion is DENIED WITHOUT PREJUDICE.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, September 22, 2023
(grs)