UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-61608-grs |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the following were served on all parties listed on the Master Service List [Docket Number 1673] by the method prescribed by the Master Service List on March 19, 2024:

**(1)** Order Granting the Amended First and Final Fee Application for Approval of Compensation for Services Rendered and Expenses Incurred by Nelson Mullins Riley & Scarborough LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 30, 2020 through October 16, 2023 as to Americore Health, LLC, Americore Health Enterprises, LLC, Ellwood Medical Center, LLC, Ellwood Medical Center Real Estate, LLC, and Ellwood Medical Center Operations, LLC [Docket No. 2343];

**(2)** Order Granting the Amended First and Final Fee Application for Approval of Compensation for Services Rendered and Expenses Incurred by Nelson Mullins Riley & Scarborough LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 30, 2020 through October 16, 2023 as to Pineville Medical Center, LLC [Docket No. 2344];

**(3)** Order Granting the Amended Second Interim and Final Fee Application for Approval of Compensation for Services Rendered and Expenses Incurred by Nelson Mullins Riley & Scarborough LLP as Counsel for the Official Committee of Unsecured Creditors for the (I) Interim Period from February 1, 2021 through October 16, 2023 as to St. Alexius Properties, LLC, St. Alexius Hospital

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

Corporation #1, Success Healthcare 2, LLC, and Americore Holdings, LLC and (II) the Final Period from January 30, 2020 through October 16, 2023 [Docket No. 2345]; and

**(4)** Order Granting the Amended Second Interim and Final Fee Application for Approval of Compensation for Services Rendered and Expenses Incurred by Nelson Mullins Riley & Scarborough LLP as Counsel for the Official Committee of Unsecured Creditors for the (I) Interim Period from July 13, 2022 through October 16, 2023 and (II) the Final Period from January 30, 2020 through October 16, 2023 as to Izard County Medical Center, LLC [Docket No. 2346].

**Dated**:  March 19, 2024

**Nelson Mullins Riley & Scarborough LLP**

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

By: /s/ Frank P. Terzo
    Frank P. Terzo
    Florida Bar No. 906263
    Frank.Terzo@nelsonmullins.com