UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-61608-grs |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Chapter 11<br>Jointly Administered |
| Debtors. | |
| _____/ | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ELLWOOD LIQUIDATING TRUSTEE'S EMERGENCY MOTION FOR TURNOVER OF GULFSTREAM JET AIRCRAFT AND LOGBOOKS AND FOR SANCTIONS AGAINST BRIAN DELAROSIERE AND SEA NOTE AVIATION FOR VIOLATION OF <u>THE AUTOMATIC STAY</u>**

PLEASE TAKE NOTICE that Carol Fox, Liquidating Trustee of Ellwood Liquidating Trust (the "<u>Trustee</u>"), through counsel, gives notice that because of DeLarosiere[2] and Sea Note's subsequent agreement to the unconditional turnover of the GV Aircraft at 2:30 p.m. ET on Friday, May 31, 2024, she is withdrawing, without prejudice, Trustee's *Emergency Motion for Turnover of Gulfstream Jet Aircraft and Logbooks* (Doc. No. 2391) (the "Motion"), filed in the above-referenced bankruptcy proceeding. Trustee and counsel thank the Court for its consideration of the Motion.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (otherwise known collectively as the "<u>Debtors</u>").

[2] Terms not defined herein shall have the same meaning as ascribed to them in the Motion.

| | |
|---|---|
| **DATED**: May 30, 2024 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL 33394<br>Ph. 954-764-7060 \| Fax 954-761-8135<br>and<br>2 South Biscayne Boulevard - 21st Floor<br>Miami, FL  33131<br>Ph. 305-373-9400 \| Fax 305-995-6416 |
| | */s/ Frank P. Terzo*<br>Frank P. Terzo<br>Florida Bar No. 906263<br>Frank.Terzo@nelsonmullins.com<br>Gary M. Freedman<br>Florida Bar No. 727260<br>Gary.Freedman@nelsonmullins.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2024, a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record receiving notices via CM/ECF, and to the following parties via e-mail:

Brian DeLarosiere
seanotellc@gmail.com

Bruce Green
bgreen@bdgreenpa.com
service@bdgreenpa.com

Jason Slatkin
jslatkin@loriumlaw.com

Andrew Warner
Andrew.Warner@usdoj.gov

Wayne Schmitz
wschmitz@gulfstateaviation.com

*/s/ Frank P. Terzo*
Frank P. Terzo