UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-61608-grs |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. / | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE – DOC. NO. 2394

**I HEREBY CERTIFY** that on the 5th day of June, 2024, a true and correct copy of the *Liquidating Trustee's Motion for Entry of: (I) an Order: (A) Approving Certain Bidding Procedures and the Form and Manner of Notice thereof; (B) Scheduling an Auction and a Hearing on the Approval of the Sale of A GV Jet Aircraft; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (D) Granting Related Relief; and (II) an Order: (A) Authorizing and Approving the Liquidating Trustee's Entry into an Asset Purchase Agreement for The Sale of a GV Jet Aircraft; (B) Approving, at a Subsequent Hearing, the Sale of a GV Jet Aircraft Free and Clear of all Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (C) Approving the Assumption and Assignment of the Assumed Contracts; and (d) Granting Related Relief.* (Doc. No. 2394) was furnished to all parties on the attached service list in the manner indicated thereon.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766).

| | |
|---|---|
| **DATED**: June 6, 2024 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 2 South Biscayne Boulevard - 21st Floor<br>Miami, FL 33131<br>Ph. 305-373-9400 \| Fax 305-995-6416<br>and<br>100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL 33394<br>Ph. 954-764-7060 \| Fax 954-761-8135 |
| | */s/ Gary M. Freedman*<br>Gary M. Freedman<br>Florida Bar No. 727260<br>Gary.Freedman@nelsonmullins.com<br>Frank P. Terzo<br>Florida Bar No. 906263<br>Frank.Terzo@nelsonmullins.com |
| | *Special Counsel for Liquidating Trustee* |

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-6<br>Case 19-61608-grs<br>Eastern District of Kentucky<br>London<br>Thu Jun  6 08:15:30 EDT 2024 | APP Group International LLC<br>c/o Stites and Harbison PLLC<br>250 W Main St<br>Suite 2300<br>Lexington, Ky 40507-1735 | Allied Benefit Systems, Inc.<br>c/o Ellen Arvin Kennedy<br>Dinsmore & Shohl LLP<br>100 W. Main Street, Suite 900<br>Lexington, KY 40507-1839 |
| Americore Health Enterprises, LLC<br>3933 S Broadway<br>St Louis, MO 63118-4601 | Americore Health, LLC<br>3933 S Broadway<br>St Louis, MO 63118-4601 | Americore Holdings, LLC<br>3933 S Broadway<br>St Louis, MO 63118-4601 |
| Ascension Aviation LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | BankDirect Capital Finance, LLC<br>21 N. LaSalle St. STE 3700<br>Chicago, il 60602 | Calico Rock Med, LLC<br>c/o Gess Mattingly & Atchison, P.S.C.<br>201 West Short Street<br>Ste. 102<br>Lexington, KY 40507-1231 |
| Campbell & Levine, LLC<br>310 Grant Street<br>Suite 1700<br>Pittsburgh, PA 15219-2348 | Cigna HealthCare of St. Louis, Inc.<br>c/o Wyatt, Tarrant & Combs, LLP<br>Attn:  Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1746 | Commonwealth of Pennsylvania<br>PA Office of Attorney General<br>15th Floor Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Commonwealth of Pennsylvania, Department of<br>Southwest Regional Office<br>400 Waterfront Drive<br>Pittsburgh, PA 15222-4739 | DCMI LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Dentons Bingham Greenebaum LLP<br>3500 PNC Tower<br>101 South First Street<br>Louisville, KY 40202 |
| Diana Kitchen<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Ellwood City Area School District<br>501 Crescent Avenue<br>Ellwood City, PA 16117-1997 | Ellwood Medical Center Operations, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 |
| Ellwood Medical Center Real Estate, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 | Ellwood Medical Center, LLC<br>724 Pershing Street<br>Ellwood City, PA 16117-1474 | First Choice Laboratory, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Fountain Healthcare Services, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | GFI Digital, Inc.<br>3225 Emerald Lane, Suite A<br>Jefferson City, MI 65109-6869 | Gibbs Technology Leasing, LLC<br>3225 Emerald Lane, Suite A<br>Jefferson City, MI 65109-6869 |
| Izard County Medical Center, LLC<br>61 Grasse Street<br>Calico Rock, AR 72519-7013 | Penn Med, LLC<br>c/o Gess Mattingly & Atchison, P.S.C.<br>201 West Short Street<br>Ste. 102<br>Lexington, KY 40507-1231 | Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>445 12th Street SW<br>Washington, DC 20024-2101 |
| Pineville Medical Center, LLC<br>3933 S Broadway<br>St Louis, MO 63118-4601 | Promise Healthcare Group, LLC<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: John C. Tishler, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Pursuit Charter Company LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |

Queen Funding Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Republic Bank & Trust Company

Rose Grasch Camenisch Mains PLLC
326 S Broadway
Lexington, KY 40508-2512

Russel Kitchen
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

SA Hospital Acquisition Group, LLC
c/o Stites and Harbison PLLC
250 W Main St
Suite 2300
Lexington, KY 40507-1735

Sonoran Desert Pathology Associates, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

St. Alexius Hospital Corporation #1
3933 S Broadway
St Louis, MO 63118-4601

St. Alexius Properties, LLC
3933 S Broadway
St Louis, MO 63118-4601

Success Healthcare 2, LLC
3933 S Broadway
St Louis, MO 63118-4601

Sysco St. Louis, LLC
c/o Meghan Wells
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

The Borough of Ellwood City, Pennsylvania
423 6th Street
Ellwood, PA 16117-2055

Toby Mug Financing, LLC
c/o Fowler Bell PLLC
300 W. Vine Street, Ste 600
Lexington, KY 40507-1751

United States of America
Department of Justice
Civil Division
Post Office Box 875
Ben Franklin Station
Washington, DC 20044-0875

United States Bankruptcy Court
Eastern District of Kentucky
100 E Vine Street   Ste 200
Lexington, KY 40507-1430

12430 OXFORD PARK DR APT 721
1640 W. REDSTONE CENTER DRIVE, SUITE 200
12430 OXFORD PARK DR APT 721
PARK CITY, UT 84098

8K MILES SOFTWARE SERVICES INC
C/O JORGE GARCIA, ESQ.
THREE LOGAN SQ., 1717 ARCH ST., SUITE 35
PHILADELPHIA, PA 19103

ABBOTT DIAGNOSTICS DIVISION OF
ABBOTT LABORATORIES INC.
C/O KOHNER, MANN & KAILAS, S.C.
4650 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WISCONSIN 53212-1077

ACCESS INFORMATION MANAGEMENT OF WISCONSIN L
ATTN MARGARET
500 UNICORN PARK DR STE 502
WOBURN MA 01801-3304

ALAN GERMANY
2386 NORTH SUN LAKE PLACE
TUCSON, AZ 85749-8707

ALLIED BENEFIT SYSTEMS, LLC
F/K/A ALLIED BENEFIT SYSTEMS, INC.
C/O DINSMORE & SHOHL LLP
100 W. MAIN STREET, STE 900
LEXINGTON, KY 40507-1839

AMEREN MISSOURI
BANKRUPTCY DECK MC 310
PO BOX 66881
ST LOUIS MO 63166-6881

AMERICORE HEALTH EMPLOYEE BENEFITS PLAN
ISABEL CULVER REGIONAL DIRECTOR US DOL
61 FORSYTH STREET SW SUITE 7B54
ATLANTA GA 30303-8943

AMERICORE HEALTH, LLC 401(K) PLAN
ISABEL CULVER, REGIONAL DIRECTOR,  U.S.
61 FORSYTH STREET SW SUITE 7B54
ATLANTA, GA 30303-8943

AMY D. DOMINELLI
512 WOOD STREET
ELLWOOD CITY, PA 16117-1251

AMY JACKSON-BOLINGER
909 WRIGHT'S SUMMIT PARKWAY
SUITE 210
FT. WRIGHT, KY 41011-2783

ANDERS MINKLER HUBER & HELM, LLP
800 MARKET STREET
SUITE 500
SAINT LOUIS, MO 63101-2298

(p)ANGIODYNAMICS  INC
14 PLAZA DRIVE
LATHAM NY 12110-2166

ARKANSAS DEPARTMENT OF FINANCE AND ADMIN.
LEGAL COUNSEL ROOM 2380
P O BOX 1272
LITTLE ROCK, AR 72203-1272

ASAHI INTECC USA INC
C/O VOGLER AND ASSOCIATES LLC
11756 BORMAN DRIVE, SUITE 200
ST. LOUIS, MO 63146-4157

ASAHI INTECC USA, INC.
22 EXECUTIVE PARK
SUITE 110
IRVINE, CA 92614-2705

```
ATLANTIC PERSONNEL & TENANT SCREENING INC    B & H COAL CO INC.                        BQR CAPITAL, LLC
8895 N MILITARY TRAIL #301C                  PO BOX 221                                 C/O PELORUS EQUITY GROUP, INC.
PALM BEACH GARDENS FL 33410-6279             JACKSON KY 41339-0221                      124 TUSTIN AVENUE, SUITE 200
                                                                                        NEWPORT BEACH CA 92663-4782


BROSSETT CORPORATION                         BURWOOD GROUP, INC.                        CARTSENS HEALTH INDUSTRIES
1932 RUE LA FONTAINE                         C/O RICHARD C. PERNA                       CARTSENS INC
NAVARRE, FL 32566-2151                       200 S. WACKER DR., SUITE 600               7310 WEST WILSON AVE
                                             CHICAGO, IL 60606-5849                     CHICAGO IL 60706-4787


CBRCC, INC.                                  CINDY L CANCELLIERE                        COMMERCIAL ELECTRIC MOTOR SERVICE INC
4475-A2 MORRIS PARK DRIVE                    225 LINDEN AVENUE                          3121 WASHINGTON BLVD
MINT HILL, NC 28227-9270                     ELLWOOD CITY, PA 16117-6431                ST LOUIS MO 63103-1280


CORPORATION SERVICES COMPANY                 CRYSTAL MOODY                              CT CORPORATION SYSTEMS
P.O. BOX 2576                                P.O. BOX 574                               ATTN: SPRS
SPRINGFIELD IL 62708-2576                    SALEM, AR 72576-0574                       330 N. BRAND BLVD., SUITE 700
                                                                                        GLENDALE CA 91203-2336


CYNTHIA A. TAYLOR                            CYRACOM, LLC.                              DARRA BRIANNA HUFF
1713 IRWIN ST                                2650 E. ELVIRA ROAD, SUITE 132             909 WRIGHT'S SUMMIT PARKWAY
ALIQUIPPA, PA 15001-3017                     TUCSON, AZ 85756-7106                      SUITE 210
                                                                                        FT. WRIGHT, KY 41011-2783


DAVID B PATRICK                              DAVID STEBBINS                             DAVIDOFF LAW FIRM, PLLC
249 DEHAVEN ROAD                             1100 LOVE STREET                           HARRY W. GREENFIELD
BEAVER FALLS PA 15010-9771                   PITTSBURGH PA 15218-1157                   BERNSTEIN-BURKLEY PC
                                                                                        707 GRANT STREET, SUITE 2200
                                                                                        PITTSBURGH, PA 15219-1945


EULER HERMES N.A AS AGENT FOR COMPUTER PROGR  EULER HERMES N.A AS AGENT FOR INTERTECH SECU  FAULTLESS LAUNDRY COMPANY
800 RED BROOK BLVD, #400C                    800 RED BROOK BLVD, #400C                  330 W 19TH TERRACE
OWINGS MILLS, MD 21117-5173                  OWINGS MILLS, MD 21117-5173                KANSAS CITY, MO 64108-2026


FMLASOURCE                                   GARY D ECK                                 GFI DIGITAL INC
ROBERT MALLERS CFO                           150 MARKET ST                              3236 WEST EDGEWOOD RD
455 N CITYFRONT PLAZA DR 13TH FL             BEAVER, PA 15009-2619                      STE A
CHICAGO IL 60611-5322                                                                   JEFFERSON CITY MO 65109-6946


GIBBS TECHNOLOGY LEASING                     GRANT R. WHITE                             GREGORY HOLLINS
3236 WEST EDGEWOOD RD                        6857 CREST ROAD                            909 WRIGHT'S SUMMIT PARKWAY
STE A                                        RANCHO PALOS VERDES CA 90275-4554          SUITE 210
JEFFERSON CITY MO 65109-6946                                                            FT. WRIGHT, KY 41011-2783


GUARDIAN DEVELOPMENT GROUP, LLC              HALLIE NORTH                               HOLDEN NORTH
C/O ADAM BACK, ESQ.                          909 WRIGHT'S SUMMIT PARKWAY                909 WRIGHT'S SUMMIT PARKWAY
STOLL KEENON OGDEN PLLC                      SUITE 210                                  SUITE 210
300 W. VINE STREET, #2100                    FT. WRIGHT, KY 41011-2783                  FT. WRIGHT, KY 41011-2783
LEXINGTON, KY 40507-1801
```

| | | |
|---|---|---|
| HUMANA INC<br>HUMANA INSURANCE COMPANY<br>FOX SWIBEL LEVIN & CARROLL<br>C/O JENNIFER SUCHER<br>200 W MADISON SUITE 3000<br>CHICAGO IL 60606-3417 | HUSCH BLACKWELL LLP<br>33 EAST MAIN STREET, SUITE 300<br>P.O. BOX 1379<br>MADISON, WI 53701-1379 | IMPACT HEALTHCARE MANAGEMENT, LLC<br>C/O PAUL NORMAN RECHENBERG<br>215 CHESTERFIELD BUSINESS PARKWAY<br>CHESTERFIELD MO 63005-1207 |
| JAMES DELBERT POPE<br>213 MISSISSIPPI AVE<br>CRYSTAL CITY, MO 63019-1635 | JAMES HUFF<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | JANET COX<br>PO BOX 35<br>PINEVILLE AZ 72566-0035 |
| JEANETTE FILPI<br>127 RYE COVE CREEK ROAD<br>STUART, VA 24171-3586 | JENNIFER WINKLER<br>8151 CLAYTON RD, SUITE 200<br>ATTENTION MICHAEL BECKER<br>ST. LOUIS, MO 63117-1111 | JERRY EVANS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| JOHN AARON BAILEY<br>909 WRIGHT'S SUMMIT PARKWAY,<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | JOHNIE PAXSON<br>118 FRANK LANE<br>ROCHESTER, PA 15074-1062 | JONES DAY<br>C/O CHRIS ANDERSON<br>77 WEST WACKER DRIVE<br>CHICAGO IL 60601-1692 |
| JULIAN E. NEISER<br>SPILMAN THOMAS & BATTLE, PLLC<br>301 GRANT STREET, SUITE 3440<br>PITTSBURGH, PA 15219-6401 | KAEMMERLEN FACILITY SOLUTIONS<br>C/O VOGLER AND ASSOCIATES, LLC<br>11756 BORMAN DRIVE, SUITE 200<br>ST. LOUIS, MO 63146-4157 | KATENA PRODUCTS<br>6 CAMPUS DR STE 310<br>PARSIPPANY NJ 07054-4406 |
| KOVEN OMENS TRUST DATED 1/17/08<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | KOVEN OMENS TRUST DATED JUNE 26, 2015<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE<br>SUITE 200<br>NEWPORT BEACH CA 92663-4782 | LABORATORY CORPORATION OF AMERICA<br>C/O JOHNSON LEGAL NETWORK, PLLC<br>535 WELLINGTON WAY SUITE 380<br>LEXINGTON, KY 40503-1389 |
| LANDAUER<br>2 SCIENCE RD<br>GLENWOOD IL 60425-1586 | LANDON SAYLOR<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | LAURIE HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| LEAH HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | LISA NAYLOR<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | M:7 AGENCY, LLC<br>295 THIRD STREET, SUITE 110<br>BEAVER, PA 15009-2366 |
| MARTHA EMERY<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | MARY B SAINATO<br>1000 WOODSIDE AVE<br>ELLWOOD CITY, PA 16117-1342 | MCKESSON MEDICAL-SURGICAL INC<br>ATTN: STEPHANIE HAMPTON<br>6651 GATE PARKWAY<br>JACKSONVILLE FL 32256-8075 |
| (p)MD RESOURCES  INC<br>ATTN ATT GREG EISELE<br>8469 N MILLBROOK SUITE 104<br>FRESNO CA 93720-2186 | MELISSA NORTH<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | MICAH J. BEGLEY<br>318 DIVISION AVE<br>ELLWOOD CITY, PA 16117-2209 |

| | | |
|---|---|---|
| MICHAEL G. METELSKY<br>299 VICKERMAN RD<br>MERCER, PA 16137-3637 | MICHAEL H. RALPH, M.D.<br>3125 SADDLE VALLEY LN<br>PACIFIC, MO 63069-5132 | MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MOOD MEDIA NORTH AMERICA<br>2100 S IH 35 FRONTAGE RD #200<br>AUSTIN, TX 78704-7870 | NALCO COMPANY<br>ATTN BILLY MCGEE<br>1601 W. DIEHL RD<br>NAPERVILLE, IL 60563-1198 | NESHA LIVELY<br>P.O. BOX 392<br>CALICO ROCK, AR 72519-0392 |
| NOOTER CONSTRUCTION COMPANY<br>1500 SOUTH SECOND STREET<br>ST LOUIS MO 63104-4513 | NUMED, INC.<br>P.O. BOX 1098<br>DENTON, TX 76202-1098 | OMNISCIENT HEALTHCARE LLC<br>609 BALD HILL ROAD<br>EUREKA, MO 63025-2042 |
| PAMELA A. WEHMAN<br>421 ARMSTRONG RD<br>PORTERSVILLE PA 16051-3207 | PAMELA JOHNSON<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | PAUL C ZARICHNAK<br>116 MULDOON RD<br>BUTLER PA 16001-8587 |
| PAUL CHRISTPHER ZARICHNAK<br>116 MULDOON RD<br>BUTLER, PA 16001-8587 | PAUL RECHENBERG, ESQ.<br>215 CHESTERFIELD BUSINESS PARKWAY<br>CHESTERFIELD, MO 63005-1268 | PELORUS EQUITY GROUP, INC.<br>C/O ADAM BACK<br>STOLL KEENON OGDEN PLLC<br>300 W VINE ST, STE 2100<br>LEXINGTON KY 40507-1801 |
| PELORUS FUND, LLC<br>C/O BIBIN MANNATTUPARAMPIL<br>GERACI LLP<br>90 DISCOVERY<br>IRVINE CA 92618-3105 | PELORUS FUND, LLC<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | PEM FILINGS LLC<br>3109 GRANS AVE #449<br>MIAMI FL 33133-5103 |
| PENNSYLVANIA AMERICAN WATER<br>PO BOX 371412<br>PITTSBURGH, PA 15250-7412 | PROMISE HEALTHCARE GROUP LLC<br>C/O RICHARD ENGEL<br>7700 FORSYTH BLVD., SUITE 1800<br>SAINT LOUIS MO 63105-1807 | PROMISE HEALTHCARE GROUP, LLC<br>C/O STUART BROWN<br>DLA PIPER<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON DE 19801-1165 |
| PROMISE HEALTHCARE GROUP, LLC<br>C/O WALLER LANSDEN DORTCH & DAVIS, LLP<br>ATTN: JOHN TISHLER, ESQ.<br>511 UNION STREET, SUITE 2700<br>NASHVILLE, TN 37219-1791 | REBECCA O'NEIL<br>167 FAIRMONT ST<br>ELLWOOD CITY, PA 16117-6419 | RETAIL ACQUISITION & DEVELOPMENT INC<br>INTERSTATE ALL BATTERY CENTER<br>4301 121ST ST<br>URBANDALE IA 50323-2301 |
| RHONDA S. PINTUR<br>4514 W 8TH AVENUE<br>BEAVER FALLS PA 15010-2005 | RICHARD C. PERNA<br>200 S. WACKER DR., SUITE 600<br>CHICAGO, IL 60606-5849 | RONALD E. JOHNSON, JR.<br>HENDY JOHNSON VAUGHN EMERY, PSC<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE<br>FT. WRIGHT, KY 41011-2783 |
| RONALD E. JOHNSON, JR.<br>HENDY JOHNSON VAUGHN EMERY, PSC<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | RONALD E. JOHNSONR, JR.<br>HENDY JOHNSON VAUGHN EMERY, PSC<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | RYLAN HUFF<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY<br>C/O LARRY E. PARRES<br>600 WASHINGTON AVE., STE. 2500<br>ST. LOUIS, MO 63101-1311 | SANDEEP BAGOTRA SHARMA<br>533 MACLEOD DRIVE<br>GIBSONIA, PA 15044-8959 | SANDERS PLUMBING SUPPLIES<br>PO BOX 277<br>PINEVILLE AR 72566-0277 |
| SHARED MEDICAL SERVICES, INC.<br>209 LIMESTONE PASS<br>COTTAGE GROVE, WI 53527-8968 | SHWICK, INC.<br>529 S. BROADWAY #902<br>LOS ANGELES, CA 90013-2481 | SMART BUSINESS<br>561 NORTHEST 79TH STREET<br>MIAMI FL 33138 |
| SPECIALISTS IN ANESTHESIA, PC<br>C/O BRAD BERNSTEIN MD<br>500 SOUTH MERAMEC AVE<br>ST LOUIS MO 63105-2533 | SPECTRACORP TECHNOLOGIES GROUP INC<br>8131 LBJ FREEWAY<br>SUITE 360<br>DALLAS TX 75251-1332 | SPILMAN THOMAS & BATTLE, PLLC<br>300 KANAWHA BLVD. E<br>CHARLESTON, WV 25301-0012 |
| (p)ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 | SUSAN MATTHEWS<br>1102 AVONDALE DRIVE EXT<br>INDUSTRY PA 15052-1230 | SUSAN MCCLELLAN<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 |
| THE LEBANON CORPORATION<br>ATTN: DAVID HONAN<br>1700 N LEBANON ST<br>LEBANON IN 46052-1501 | THE MCNEE FAMILY TRUST DATED 1/17/08<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | THE TALBOT GROUP LLC<br>11741 W ROMIN RD<br>POST FALLS, ID 83854-4716 |
| THE THIRD FRIDAY TOTAL RETURN FUND, L.P.<br>C/O MICHAEL E. LEWITT<br>85 N. CONGRESS AVENUE<br>DELRAY BEACH FL 33445-3424 | THE THIRD FRIDAY TOTAL RETURN FUND, LLP<br>C/O BRADLEY S. SHRAIBERG, ESQ.<br>SHRAIBERG, LANDAU & PAGE, P.A.<br>2385 NW EXECUTIVE CENTER DR., #300<br>BOCA RATON, FL 33431-8530 | THOMPSON & KNIGHT LLP<br>ATTN: BRUCE J. ZABARAUSKAS<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201-2532 |
| TIFFANY SAYLOR<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | TITAN LOAN SERVICING, LLC<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | (c)TOTAL RENAL CARE, INC., A SUBSIDIARY OF DA<br>C/O VIKRAMA S. CHANDRASHEKAR<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 |
| TRUST OF R. AND G. GLITZ DATED 12/11/07<br>C/O PELORUS EQUITY GROUP, INC.<br>124 TUSTIN AVENUE, SUITE 200<br>NEWPORT BEACH CA 92663-4782 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | UNION FUNDING SOURCE<br>C/O MAURICE WUTSCHER LLP<br>23611 CHAGRIN BLVD. SUITE 207<br>BEACHWOOD, OH 44122-5540 |
| (p)UTICA LEASECO  LLC<br>905 SOUTH BLVD EAST<br>ROCHESTER HILLS MI 48307-5358 | VERIZON BUSINESS GLOBAL LLC<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147-6122 | WEBSTER UNIVERSITY<br>470 E LOCKWOOD AVE<br>ST LOUIS, MO 63119-3194 |
| WENDY MARCARI<br>EPSTEIN BECKER & GREEN, P.C.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022-6225 | WESSEX MANAGEMENT, LLC<br>WENDY MARCARI<br>EPSTEIN BECKER & GREEN, P.C.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022-6225 | WILLIAM A. CATLETT, L.L.C.<br>9939 GRAVOIS ROAD<br>ST. LOUIS, MO 63123-4211 |

| | | |
|---|---|---|
| WILLIAM JOHNSON<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | ZACHARY HOLLINS<br>909 WRIGHT'S SUMMIT PARKWAY<br>SUITE 210<br>FT. WRIGHT, KY 41011-2783 | Carol L. Fox<br>200 East Broward Blvd #1010<br>Fort Lauderdale, FL 33301-1943 |
| Colleen Hurt<br>Wyatt, Tarrant & Combs, LLP<br>c/o John P. Brice<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1746 | Daniel Michael Hurt<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | J. Wesley Harned<br>Rose Grasch Camenisch Mains PLLC<br>326 South Broadway<br>Lexington, KY 40508-2512 |
| Jennifer Winkler<br>c/o R. Aaron Hostettler<br>120 N. Main St.<br>London, KY 40741-1369 | Marcie Engel<br>c/o Houston Roderman<br>633 S. Andrews Avenue<br>Suite 500<br>Ft. Lauderdale, FL 33301-2858 | Michael Lewitt<br>85 N. Congress Ave<br>Delray Beach, FL 33445-3424 |
| Scott E. Prince<br>Baker & Hostetler LLP<br>127 Public Square<br>Suite 2000, Key Tower<br>Cleveland, OH 44114-1217 | Suzanne Koenig<br>SAK Management Services, LLC<br>300 Saunders Rd<br>Suite 300<br>Riverwoods, IL 60015-5708 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ANGIODYNAMICS<br>14 PLAZA DRIVE<br>LATHAM, NY 12110 | MD RESOURCES INC.<br>8469 N MILLBROOK AVE, SUITE 104<br>FRESNO, CA 93720 | ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>ST LOUIS, MO 63105 |
| UTICA LEASECO, LLC<br>905 SOUTH BOULEVARD EAST<br>ROCHESTER HILLS, MI 48307 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

TOTAL RENAL CARE, INC., A SUBSIDIARY OF DAVI
C/O VIKRAMA S. CHANDRASHEKAR
1400 16TH STREET, 6TH FLOOR
DENVER, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abbott Diagnostics Division of Abbott Labo | (u)Airgas USA, LLC | (u)B. Riley Securities, Inc. |
| (u)Beckman Coulter, Inc. | (u)Cardinal Health 110, LLC | (u)Cardinal Health 200, LLC |
| (u)Cigna Health and Life Insurance Company | (u)Crowe, LLP | (u)DaVita HealthCare Partners Inc. |
| (u)DaVita Inc. | (u)Department of Health & Human Services | (u)Fulgent Genetics, Inc. |
| (u)GlassRatner Advisory and Capital Group, LL | (u)HMFCG, Inc. | (u)IRS |
| (u)Izard Regional Hospital, LLC | (u)Nelson Mullins Riley & Scarborough LLP | (u)Official Committee of Unsecured Creditors |
| (u)PNC Bank | (u)Pelorus Equity Group, Inc. | (u)SAK Management Services, LLC |
| (u)Saul Ewing LLP | (u)Secretary of Labor, United States Departme | (u)Shwick, Inc.<br>13101 W. Washington Blvd.<br>Suite 234<br>Los Angeles |
| (u)Specialists in Anesthesia, P.C. | (u)Strateq Health, Inc. | (u)Third Friday GP, LLC |
| (u)Third Friday Total Return Fund, LP | (u)Union Funding Source | (u)Universal Health Services |

(u)Utica Leaseco, LLC

(u)Wells Fargo Bank, N.A.

(u)Wessex Management, LLC

(d)PENN MED, LLC
C/O GESS MATTINGLY & ATCHISON, P.S.C.
201 WEST SHORT STREET, STE. 102
LEXINGTON, KY 40507-1231

(d)SHWICK, INC.
529 S. BROADWAY #902
LOS ANGELES, CA 90013-2481

(d)TOBY MUG FINANCING, LLC
C/O FOWLER BELL PLLC
300 W. VINE STREET, SUITE 600
LEXINGTON, KY 40507-1751

(u)US DOL O/B/O PINEVILLE COMM. HOSP. EMP. BE

(u)Amy Jackson-Bolinger

(u)Frank Sbarra

(u)Grant White

(u)Joanna W. Owen
Law Offices of Joanna W. Owen

(u)Melissa North

(u)Pamela Johnson

(u)Rebecca Haase

(d)William A. Catlett, L.L.C.
9939 Gravois Road
St. Louis, MO 63123-4211

End of Label Matrix
Mailable recipients   190
Bypassed recipients    45
Total                 235