## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 06/18/2024  TIME: 09:00

ISSUE:

2394   06/05/2024   Motion to Sell GV Jet Aircraft under Section 363(f)-- (I) An Order: (A) Approving Certain Bidding Procedures and The Form And Manner of Notice Thereof; (B) Scheduling an Auction and A Hearing on The Approval of The Sale of a GV Jet Aircraft; (C) Establishing Certain Assumption and Assignment Procedures and Approving The Manner of Notice Thereof, and (D) Granting Related Relief; and(II) An Order: (A) Authorizing and Approving The Liquidating Trustees Entry Into an Asset Purchase Agreement For the Sale of a GV Jet Aircraft; (B) Approving, At a Subsequent Hearing, The sale of a GV Jet Aircraft Free And Clear Of All Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (c) Approving the Assumption and Assignment of the Assumed contracts; and (d) Granting Related Relief, filed by Carol L. Fox Fee Amount 199. Hearing to be held via teleconference on 6/18/2024 at 09:00 AM. Please refer to the Court website at www.kyeb.uscourts.gov for KYEB Telephonic Call-In Instructions. (Attachments: # 1 Exhibit Ex A - Bidding Procedures Order # 2 Exhibit 1- To Bid Procedures Order (Ex A) - Bidding Procedures # 3 Exhibit 2- To Bid Procedures Order (Ex A) - Auction and Sale Notice # 4 Exhibit 3 - To Bid Procedures Order (Ex A) - Notice of Assignment Assumption) (Freedman, Gary)

DISPOSITION: Granted

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, June 18, 2024**
(rah)