UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

AMERICORE HOLDINGS, LLC, *et al.*,

Debtors.

/

Case No. 19-61608-grs

Chapter 11
Jointly Administered

### AFFIDAVIT OF FRANK P. TERZO IDENTIFYING RELEVANT PARTIES TO TRUSTEE'S MOTIONS TO SELL UNDER 11 U.S.C. § 363(f)

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF BROWARD       )

**BEFORE ME**, the undersigned authority, personally appeared Frank P. Terzo, who, after being by me duly sworn, deposes and states as follows:

1. I am a partner with the law firm of Nelson Mullins Riley & Scarborough LLP, special litigation counsel for Carol Fox, the Liquidating Trustee of Ellwood Medical Center Operations, LLC (the "Trustee" or "Liquidating Trustee").

2. On June 5, 2024, the Trustee filed a *Liquidating Trustee's Motion for Entry of: (I) an Order: (A) Approving Certain Bidding Procedures and the Form and Manner of Notice thereof; (B) Scheduling an Auction and a Hearing on the Approval of the Sale of A GV Jet Aircraft; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (D) Granting Related Relief; and (II) an Order: (A) Authorizing and Approving the Liquidating Trustee's Entry into an Asset Purchase Agreement for The Sale of a GV Jet Aircraft; (B) Approving, at a Subsequent Hearing, the Sale of a GV Jet Aircraft Free and Clear of all Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (C) Approving the Assumption and Assignment of the Assumed Contracts; and (d) Granting Related Relief* (Doc. No. 2394), and a single motion filing fee of $199.00 was paid ("Aircraft Motion").

3. One July 17, 2024, the Trustee filed a *Liquidating Trustee's Motion for Entry of (I) An Order: (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof; (B) Scheduling an Auction and a Hearing on the Approval of the Sale of the Cypress Creek Property; (C) Approving Notice of Sale of Property of the Estate through the Service of this Bidding Procedures Order; and (D) Granting Related Relief; and (II) An Order: (A) Approving, at a Subsequent Special Set Hearing on September 16, 2024, the Sale of the Cypress Creek Property Free and Clear of All Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (B) Allowing the Service of this Order be Sufficient notice of Sale Pursuant to FRBP 2002(a); and (C) Granting Related Relief"* (Docket No. 2438), and a single motion filing fee of $199.00 was paid ("Cypress Creek Motion").

4. Pursuant to Order entered by the Court on January 10, 2020 (Doc . No. 67], Ellwood Medical Center Operations, LLC (Case No. 19-61615) is the only debtor party relevant to both the Aircraft Motion and the Cypress Creek Motion.

5. As one filing fee has been paid for each motion, I submit that no further filing fees are owed to the Court.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Frank P. Terzo*

Frank P. Terzo

THE FOREGOING INSTRUMENT was acknowledged before me by means of ☑

physical presence or ☐ online notarization, this ___ day of July, 2024, by Brant P. Terzo, who is personally known to me and who did not take an oath.

_____
Notary Public, State of Florida

Sarah Sanchez Castillo

My Commission Expires:
07/26/2024

SARAH SANCHEZ CASTILLO
Notary Public - State of Florida
Commission # HH 23717
My Comm. Expires Jul 26, 2024
Bonded through National Notary Assn.