

**NELSON MULLINS**

Sarah Sanchez Castillo
T: 305.373.9479
francis.santelices@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443
nelsonmullins.com

July 22, 2024

**Via FedEx**

United States Bankruptcy Court
Eastern District of Kentucky
100 E Vine Street, Ste 200
Lexington, Kentucky 40507-1430

Attn: Clerk of Court

    RE: In re Americore Holdings, LLC
        Case No. 19-61608-grs
        Certified Copy - Order re Sale of a GV Jet Aircraft - ECF #2446

Dear Clerk:

Enclosed please find a check in the amount of $51.50, made payable to the United States Bankruptcy Court of the Eastern District of Kentucky, to cover the clerk's fee for a certified copy of the - Order re Sale of a GV Jet Aircraft and all the Exhibits (ECF #2446).

Also enclosed is a FedEx envelope for your use in forwarding the certified copy to our office.

Should you have any questions please do not hesitate to contact us.

Very truly yours,

Sarah Sanchez Castillo

Enclosures




ORIGIN ID:MPBA    (305) 373-9400    SHIP DATE: 22JUL24
GARY FREEDMAN                       ACTWGT: 0.50 LB
NELSON MULLINS                      CAD: 256544892/WSXI3600
2 SOUTH BISCAYNE BLVD.
21ST FLOOR                          BILL SENDER
MIAMI, FL 33131
UNITED STATES US

TO  CLERK OF COURT
    UNITED STATES BANKRUPTCY COURT
    100 E VINE ST STE 200

    LEXINGTON KY 40507
    (305) 373-9470    REF: 063081.01500-GFREEDMAN-
    INV:              DEPT:
    PO:

FedEx Express
E

TUE - 23 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 2773 4067 5610
0201

XS LEXA                40507
              KY-US    SDF