EASTERN DISTRICT OF KENTUCKY

# FILED

Jul - 26 2024

AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

United States Bankruptcy Court

Eastern District of Kentucky

London Division

Americore Holdings, LLC, et al

Case #: 19-61614 & 19-61608

Ellwood Medical Center Real Estate, LLC

Re: Response to Objection to Jon Zimmerman's claim in BK Case 19-61608

I, Jon Zimmerman, oppose the Objection request from the Liquidating Trustee of the Debtors Liquidating trusts to my secured claim against Ellwood Medical Center Real Estate, LLC.

I am attaching 9 copies of email correspondence documenting my almost 6 year battle to get repaid for a bridge loan made on 9/21/18 to Ellwood Medical Center Real Estate, secured by the real estate of Ellwood Medical Center Real Estate. Due to this debt, I'm lost my marriage and my 2 kids 529 plan, thus I vehemently oppose the counsels' objection request to my secured claim.

Respectfully,

*[signature]*

Jon R. Zimmerman

13078 Coastal Circle

Palm Beach Gardens, FL 33410

954-647-4363

**Tom Pritchard <tom@americorehealth.com>**

9/19/2018 6:46 PM

# New Opp

To Jon Zimmerman <jonrzimmerman@comcast.net>

Jon,

Good to finally speak with you, always better when talking directly to the person you are doing business with!

As I stated on the phone, we have a need for about $250K tomorrow morning. This is to cover insurance benefits across the one hospital. we can do as little as $100k but $250k is the ideal number. There is a good chance it would be paid back as soon as Friday, more realistically it would be the end of next week. Our Ellwood City hospital is just starting to get the collections cash flow going after the labs business just started back up, but like I stated timing does not always sync up when we need to cover payroll and insurance. We have over $7M in net receivables in this hospital alone. I can get you another $5k tomorrow towards the other deal if you are able to fund this at 10% return. If you can't which I understand it will take a couple weeks. Lets talk first thing in the morning, I am up early so don't worry about time

**Tom Pritchard**
**Americore Health**
561-445-2243

tom@americorehealth.com

**Tom Pritchard** <tom@americorehealth.com>  9/20/2018 10:15 PM

## Re: 50k

To Jon Zimmerman <jonrzimmerman@comcast.net>

I would never let that happen I completely understand the circumstance and would not put you in any jeopardy. The funds will be there to pay you back

Tom Pritchard
Americore Health llc
561-445-2243

---

**From:** Jon Zimmerman <jonrzimmerman@comcast.net>
**Sent:** Thursday, September 20, 2018 10:11:49 PM
**To:** Tom Pritchard
**Subject:** Re: 50k

Tom, I can do it, but my wife will divorce me after she kills me if I don't have the money to fund their college tuition plans. I completely forgot about it but it something both my wife and I talked about doing for a while and we met with a guy who is helping us through the process. I can't stress enough that I can not afford in any way to have this money out beyond the 1st. I know anything can happen, but this isn't one of those times.

> On September 20, 2018 at 9:46 PM Tom Pritchard <tom@americorehealth.com> wrote:
>
> That will not be a problem for this one
>
> Tom Pritchard
> Americore Health llc
> 561-445-2243
>
> ---
>
> **From:** Jon Zimmerman <jonrzimmerman@comcast.net>
> **Sent:** Thursday, September 20, 2018 9:43:10 PM
> **To:** Tom Pritchard
> **Subject:** Re: 50k
>
> The biggest thing would be repayment time period. Would there be any way to get it back to me Oct 1st? Its not so much the amount, its the time I would have to have the money into Florida Prepaid, which Oct 1st is the deadline.
>
> > On September 20, 2018 at 7:43 PM Tom Pritchard <tom@americorehealth.com> wrote:
> >
> > Jon
> >
> > Would you be able to do $50k tomorrow morning?

> Tom Pritchard
> Americore Health llc
> 561-445-2243

Jon Zimmerman <jonrzimmerman@comcast.net>                    12/11/2018 10:14 AM

## Re: Zimmerman delinquent loan payment

To Tom Pritchard <tom@americorehealth.com> • grant@americorehealth.com   Copy
Garin Patrick <gpatrick64@yahoo.com>

Grant and Tom,

Here we go again. Yet another month has gone by with no repayment. We have now passed the 5th of the month three times since I wired a bridge loan to your company (which was to be a 1 week loan). Per your contract, below is the updated amount I am due.

$50,000    Initial Loan 9/21/18

$5000    10% interest per signed agreement

$2750    5% penalty on what was owed for going past the 5th of October (per agreement)

$2888    5% penalty on outstanding amount past the 5th of November (per agreement)

$3032    5% penalty on outstanding amount past the 5th of December (per agreement)

$5000    Remainder due from first loan to your company that was promised to be wired to me on 9/21/19, the day I sent the money for this new loan, but still have never received it.

Total owed: **$68,670**

Guys, I've got 2 kids under the age of 3 and the holidays are fast approaching so I can NOT afford to carry this debt into the holiday. Please please please make every effort possible to finally get me repaid.

On November 9, 2018 at 9:32 AM Jon Zimmerman <jonrzimmerman@comcast.net> wrote:

Grant and Tom,

I think and hope by now you both realize my level of frustration with not only the fact it is approaching 2 months since I made a 1 week loan to your company, but that neither of you have had at the very least, the professional courtesy to call, email or text me the status of the repayment of my loan. Completely unacceptable and unbelievably unprofessional.

Since we have passed the 5th of the month twice since I wired money to your company, below is what I fully expect to be paid, per the signed contract I have with your company.

$50,000    Initial Loan

$5000    10% interest per signed agreement

$2750    5% penalty on what was owed for going past the 5th of October (per agreement)

$2888    5% penalty on outstanding amount past the 5th of the November (per agreement)

$5000    Remainder due from first loan to your company that was promised to be wired to me the day I sent the money for this new loan, but never received.

Total owed: **$65,638**

Here are my wire instructions again so repayment is not delayed any more than it already has been:

Jon Zimmerman

13078 Coastal Circle,

Palm Beach Gardens, FL 33410

Bank Account:

Wells Fargo Bank NA

Acct #: 5664632113

Wire Routing #: 121 000 246

Tom Pritchard <tom@americorehealth.com>  3/15/2019 4:42 PM

## Fw: projected time of funding for loan

To JON ZIMMERMAN <jonrzimmerman@comcast.net>

See below we were up till midnight trying to get this closed today.

**Tom Pritchard**
**Americore Health**
561-445-2243
tom@americorehealth.com

**From:** Grant White <Grant@americorehealth.com>
**Sent:** Friday, March 15, 2019 2:48 PM
**To:** Tom Pritchard
**Subject:** Fwd: projected time of funding for loan


Get Outlook for iOS

**From:** Brett Marmott <bmarmott@yahoo.com>
**Sent:** Friday, March 15, 2019 11:46 AM
**To:** Grant White
**Subject:** projected time of funding for loan

Grant hope all is well, as promised we are moving forward with the funding of the 5mm we have finished up all sections of underwriting and will be getting you the commitment letters to first part of the week once those are signed by you then we look to fund you up to 48hrs fund are in the account you have provided.

any further question please feel free to contact me look forward in excuting the funding as promised!

thank you,

Brett

**Tom Pritchard <tom@americorehealth.com>**

4/26/2019 3:05 PM

## Fwd: St. Alexius Funding

To JON ZIMMERMAN <jonrzimmerman@comcast.net>

Here is latest straight from lender

Tom Pritchard
Americore Health llc
561-445-2243

**From:** Grant White <grant@americorehealth.com>
**Sent:** Friday, April 26, 2019 1:24 PM
**To:** Tom Pritchard
**Subject:** Fwd: St. Alexius Funding

Get Outlook for iOS

**From:** William Curtis <wm@redstoneinvestmentgroup.com>
**Sent:** Friday, April 26, 2019 1:21 PM
**To:** Grant White
**Subject:** St. Alexius Funding

Grant,

Per my conversation with Joe and Bob Zadak, Truss Finacial's attorney involved with the closing of the $2.3 million for St. Alexius and he has scheduled closing and then funding Tuesday or Wednesday of this coming week. Bob has reviewed and is now in preparation closing documentation for Truss Financial's funding. We have reviewed all issues and UCC's satisfactory. At this point there is no outstanding items other than documentation execution.. If you have any further questions feel free to call me anytime.

Regards,

*William. E. Curtis*

**(C) 719-452-0962**
wm@redstoneinvestmentgroup.com
www.redstoneinvestmentgroup.com

Twitter    Facebook

CONFIDENTIAL COMMUNICATION-
**This is a confidential communication and is for the exclusive use of the intended recipient only and may contain information of a private or personal nature. If you have received this communication in error you**

Tom Pritchard <tom@americorehealth.com>  6/21/2019 4:17 PM

Refi.

To JON ZIMMERMAN <jonrzimmerman@comcast.net>

This and the next one I send are for the refi.  They just ordered appraisals today. Will close as soon as they come in. Looking at July 8.   Thatbis the absolute latest to get you paid

Tom Pritchard
Americore Health llc
561-445-2243

- Americore Ellwood Letter.pdf (254 KB)

**Tom Pritchard** <tom@americorehealth.com>    6/28/2019 11:50 AM

## Re: Refi.

To JON ZIMMERMAN <jonrzimmerman@comcast.net>

Should have loan docs in hand Tuesday. Takes about a week to close with all moving parts and a loan this size

Tom Pritchard
Americore Health llc
561-445-2243

---

**From:** JON ZIMMERMAN <jonrzimmerman@comcast.net>
**Sent:** Friday, June 28, 2019 9:41:15 AM
**To:** Tom Pritchard
**Subject:** Re: Refi.

Tom,

Is this still on track to close on July 8th, per your email below?

> On June 21, 2019 at 4:17 PM Tom Pritchard <tom@americorehealth.com> wrote:
>
> This and the next one I send are for the refi. They just ordered appraisals today. Will close as soon as they come in. Looking at July 8. Thatbis the absolute latest to get you paid
>
> Tom Pritchard
> Americore Health llc
> 561-445-2243

*[signature]*

**Tom Pritchard <tom@americorehealth.com>**  9/13/2019 10:28 AM

## Re: Fwd: Funding

To JON ZIMMERMAN <jonrzimmerman@comcast.net> • Garin Patrick <gpatrick64@yahoo.com>

Call me around 3. I will explain. This is closing it's just has a lot of bullshit we had to get fixed which meant getting brokers the hell out of the way so we could deal directly with lender Atty.

Tom Pritchard
Americore Health llc
561-445-2243

---

**From:** JON ZIMMERMAN <jonrzimmerman@comcast.net>
**Sent:** Friday, September 13, 2019 9:54:13 AM
**To:** Tom Pritchard <tom@americorehealth.com>; Garin Patrick <gpatrick64@yahoo.com>
**Subject:** Re: Fwd: Funding

Tom,

When am I getting paid?? I'm going to assume the latest loan referenced in the below email obviously didn't close on Tuesday as it was stated it would.

Next week will be 1 year to the day that I made the 1 week loan with you and your company. Completely unacceptable.

On September 6, 2019 at 1:45 PM Tom Pritchard <tom@americorehealth.com> wrote:

Here is what is going on. This should have closed last week but nothing ever goes smoothly. This will be the payout money

Tom Pritchard
Americore Health llc
561-445-2243

---

**From:** Rapid Access <info@ra-llc.net>
**Sent:** Thursday, September 5, 2019 5:47:39 PM
**To:** Tom Pritchard <tom@americorehealth.com>
**Cc:** James Boyd <jboyd8847@aol.com>; lou.volpini@prestigefinancialww.com <lou.volpini@prestigefinancialww.com>; Grant White <Grant@americorehealth.com>
**Subject:** Re: Funding

To All:

I am not so happy with all the calls and email today. I explained the arrangement I have with my bank and

I am not in a position to decide when the verification call comes in. I have checked with my bank and the wire is still processing. I will email the info once I have it. I wouldn't want to waste anyone's time on this issue again. I am moving the closing date to Tuesday which gives me ample time to get everything done. If the principals cannot wait till Tuesday, I can fly down on Saturday as I am available this weekend and stay till midday Monday, meet with the principals, Go with them to the bank to confirm how the wire arrangements I have with my bank work then leave for Houston. I wouldn't want to go through a tense weekend, if being there would ease the tension, please let me know and I will be there.

Thank you.

Sean Daniel.
Account Executive.

Phone: (346) 291-7665
Email: info@ra-llc.net
Web: www.ra-llc.net/



"To refer me to your friends and family is your greatest compliment. Thank you.

DISCLAIMER: This message is proprietary to Access Investors, and is intended solely for the use of the individual to whom it is addressed. It may contain privileged or confidential information and should not be circulated or used for any purpose other than for what it is intended. If you have received this message in error, please notify the originator immediately. If you are not the intended recipient, you are notified that you are strictly prohibited from using, copying, altering, or disclosing the contents of this message. Access Investors accepts no responsibility for loss or damage arising from the use of the information transmitted by this email.

This email was sent by Rapid Access llc, 11811 N Freeway, Houston, Texas.

Loans are subject to approval, **Please read our -Terms & Conditions**.

On Thu, Sep 5, 2019 at 2:31 PM Tom Pritchard < tom@americorehealth.com> wrote:

> Sean
>
> I appreciate the call earlier and ya unit the opportunity to express our all in with this deal. As well giving me an update on the wire. What do we have to do to get these funds wired to Fidelity? If funds are available then this should be done. Let's get this deal closed! If there is something else holding it up then let us know so we can work through it. But if not then let's get on this stop the screwing around. I think we are all a little fatigued at this point
>
> Tom Pritchard
> Americore Health llc
> 561-445-2243

*[signature]*