UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Case No. 19-61608-grs |
| Debtors. | Jointly Administered |

### REPORT OF SALE PURSUANT TO FED. R. BANKR. P. 6004(f)

Carol Fox, the Liquidating Trustee of Ellwood Medical Center Operations, LLC (the "Trustee"), through counsel, files this Report of Sale. On July 18, 2024, the Court entered the *Order (A) Authorizing and Approving the Liquidating Trustee's Entry into an Asset Purchase Agreement for the Sale of a GV Jet Aircraft; (B) Approving, at a Subsequent Hearing the Sale of a GV Jet Aircraft Free and Clear of all Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (C) Approving the Assumption and Assignment of the Assumed Contracts; and (D) Granting Related Relief* (Doc. No. 2446).

Closing Date:    July 26, 2024

Purchaser:    Avex XVI, LLC

Purchase Price:    $9,000,000.00

Description of Item Sold:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283) ("Ellwood"); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

One (1) Gulfstream Aerospace Model GV Jet Aircraft Bearing Manufacturer's Serial Number 519 and United States Registration Number N549CF equipped with two (2) Rolls-Royce BR700-710A1-10 Jet Aircraft Engines and respectfully bearing manufacturer's Serial Numbers 11143 and 11142, all spares including tires, covers, red gear, carpets, wheels and keys (the "GV") and all GV related documents including, but not limited to, logbooks as well as all documents and records relating to or required to be maintained with respect to the Aircraft, including, without limitation and to the extent in existence, all airframe, engine, apu and accessory logbooks, operating manuals, flight records, weight and balance manuals, fire-blocking records and burn certificates, tags, technical records, traceability records, Form 8130's, task cards, information, overhaul records, maintenance records, maintenance contracts, computerized maintenance programs, airframe and aircraft component warranties (if any), engine warranties (if any), avionics warranties (if any), wiring diagrams, drawings, data, and all issued FAA Form 337s, copy of insurance binder, written summary of all logins for RRCC, MSP, CMP as well as points of contact for the aforementioned (collectively, the "Aircraft Documents," and collectively with the GV, the "GV Aircraft").

Dated: August 9, 2024.

        Respectfully Submitted

        */s/ Gary M. Freedman*
        Gary M. Freedman
        Florida Bar No. 727260
        NELSON MULLINS RILEY & SCARBOROUGH LLP
        2 South Biscayne Boulevard - 21st Floor
        Miami, FL  33131
        Ph. 305-373-9400 | Fax 305-995-6416
        Gary.Freedman@nelsonmullins.com

        -and-

        Frank P. Terzo
        Florida Bar No. 906263
        NELSON MULLINS RILEY & SCARBOROUGH LLP
        100 S.E. 3rd Avenue, Suite 2700
        Fort Lauderdale, FL 33394
        Ph. 954-764-7060 | Fax 954-761-8135
        Frank.Terzo@nelsonmullins.com
        *Special Counsel for Carol Fox, Liquidating Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2024, a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court, and to the following parties by email:

    Wayne Schmitz, wschmitz@gulfstateaviation.com
    SEA NOTE LLC seanotellc@gmail.com
    M.  Craig Vezina vezfly@gmail.com
    Mike O'Keeffe mokeeffe@banyanair.com
    Richard L. Richards rrichards@richpa.net
    Colin Callahan ccallahan@flannerygeorgalis.com,
    Andrew Warner Andrew.Warner@usdoj.gov
    Rosaline Chan Rosaline.Chan@usdoj.gov
    Jeremy Bloor Jeremy.Bloor@usdoj.gov
    Dan Hurt danielmhurt@gmail.com
    Rolls Royce RRDadmin.corporatecare@Rolls-Royce.com
    Scott Cousins scott.cousins@lewisbrisbois.com
    Jason Slatkin jslatkin@loriumlaw.com
    David Shannon David.Shannon@lewisbrisbois.com
    Daniel Feldman Daniel.feldman@lewisbrisbois.com

Mark H. Thompson Mthompson@phoenixair.com
Randall H. Davis rdavis@phoenixair.com
Karla Peraza De Diaz Karlaperaza@gmail.com
Scott C. Burgess scottb@aviationlegalgroup.com
Kiran C.Patel drkirancpatel@yahoo.com
Derek Damgaard derek@gwaircraft.com
Richard Benjamin Brown ben@bizavsupport.com
Blake Davis Bdavis@davisdevelopment.com
Matthew Buzzelli matt.buzzelli@thetekoagroup.com
Peter Hosmann Peter@scross.com

*/s/ Gary M. Freedman*
Gary M. Freedman