## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 19-61608

Americore Holdings, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 08/22/2024  TIME: 09:00

ISSUE:

2454   07/30/2024   Liquidating Trustee's Motion to Compromise Controversy under Rule 9019 with Platinum Group USA, Inc., Amer's Auto Market, Inc. and Platinum Nova Cigar, LLC-(I) to Approve Compromise and Settlement and (II) to Permit Payment of Contingency Fee to Nelson Mullins, filed by Carol L. Fox (Attachments: # 1 Exhibit 1 - Settlement Agreement # 2 Proposed Order) (Freedman, Gary)

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, August 22, 2024**
(rah)