**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Americore Holdings, LLC, *et al.*,[1] | Case No. 19-61608-grs |
| Debtors. | Jointly Administered |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION (I) TO APPROVE COMPROMISE AND SETTLEMENT WITH PLATINUM GROUP USA, INC., AMER'S AUTO MARKET, INC. AND PLATINUM NOVA CIGAR, LLC AND (II) TO PERMIT PAYMENT OF CONTINGENCY FEE TO NELSON MULLINS**

This matter having come before the Court on August 22, 2024 at 9:00 a.m. EST, upon Carol Fox the Liquidating Trustee of Americore Health, LLC and Pineville Medical Center, LLC (the "Trustee") in these jointly administered bankruptcy cases and particularly with respect to certain avoidance actions relating to alleged fraudulent transfers under 11 U.S.C. § 548 involving Americore Health, LLC and Pineville Medical Center, LLC's (collectively, the "Settling Trusts") *Motion (I) to Approve Compromise and Settlement with Platinum Group USA, Inc., Amer's Auto Market, Inc. and Platinum Nova Cigar, LLC* (the "Settlement Motion") and *(II) to Permit Payment of Contingency Fee to Nelson Mullins* (the "Payment Motion," and collectively with the Settlement Motion, the "Motions"), and pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Rule 9019-1 of the United States Bankruptcy Court for the Eastern District of Kentucky seeking an order approving the Motions, and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motions and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motions and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motions is in the best interests of the Settling Trusts' estates, its creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motions under the circumstances; and after due deliberation and good and sufficient cause appearing therefor

**IT IS ORDERED:**

1. The Settlement Motion is granted.

2. The Settlement Agreement attached to the Motion is approved and incorporated herein.

3. The Payment Motion is granted.

4. The Trustee shall pay Nelson Mullins 33 ⅓% of all recoveries received under the Settlement Agreement without further order of this Court.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement Agreement.

Submitted by:

Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449 / Fax: 305-995-6393

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060 / Fax: (954) 761-8135

*Attorneys for Trustee*

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, August 23, 2024**
**(grs)**