UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

AMERICORE HOLDINGS, LLC, *et al.*

Debtors.

Case No. 19-61608-grs
Chapter 11
(Jointly Administered)

**NOTICE OF OBJECTION TO: (1) SUBPOENA ALLEGEDLY SERVED ON MICHAEL E. LEWITT (DOC. 2528); AND (2) SUBPOENA ALLEGEDLY SERVED ON THE THIRD FRIDAY TOTAL RETURN FUND, L.P. (DOC. 2529)**

Michael E. Lewitt ("Lewitt") and The Third Friday Total Return Fund, L.P. (the "Fund") hereby give notice of their objection to: (1) the Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding (Doc. 2528, pp. 4-18) (the "Lewitt Subpoena") allegedly served on Lewitt via an email to the undersigned on September 12, 2024; and (2) the Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding (Doc. 2529, pp. 4-17) (the "Fund Subpoena") allegedly served on the Fund via an email to the undersigned on September 12, 2024 on the ground that the undersigned counsel has not been authorized to accept the Lewitt Subpoena or the Fund Subpoena.  Immediately after the Lewitt Subpoena and Fund Subpoena (the "Subpoenas") were filed and received by the undersigned via the Court's CM/CF System, the undersigned informed Gary M. Freedman, Esq. that he was not authorized to accept service of the Subpoenas and refused to accept them on behalf of either Lewitt or the Fund.  Lewitt and the Fund reserve all other grounds to object to the Subpoenas under Fed. R. Civ. P. 45 if they are ever served on Lewitt and/or the Fund.

       Respectfully submitted,

       /s/ Michael J. Gartland
       Michael J. Gartland, Esq.
       KY Bar No. 91194
       DelCotto Law Group PLLC
       200 North Upper Street
       Lexington, KY  40507
       Telephone: (859) 231-5800
       mgartland@dlgfirm.com
       COUNSEL FOR MICHAEL E. LEWITT
       AND THE THIRD FRIDAY TOTAL RETURN FUND, L.P.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 12, 2024, this document was served electronically via the Court's CM/ECF System.

       /s/ Michael J. Gartland
       Michael J. Gartland, Esq.
       COUNSEL FOR MICHAEL E. LEWITT
       AND THE THIRD FRIDAY TOTAL RETURN FUND, L.P.