# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER (I) OVERRULING OBJECTION TO SUBPOENAS OF MICHAEL E. LEWITT AND THIRD FRIDAY TOTAL RETURN FUND, L.P. AND (II) GRANTING TRUSTEE'S MOTION FOR SANCTIONS

THIS MATTER having come before the Court upon the filing of the *Notice of Objection to: (1) Subpoena Allegedly Served on Michael E. Lewitt (doc. 2528); and (2) Subpoena Allegedly Served on The Third Friday Total Return Fund, L.P. (Doc. 2529)* (Doc No. 2530) (the "Objection") filed by Michael E. Lewitt and the Third Friday Total Return Fund, L.P. and the *Liquidating Trustee's (I) Response* to *Notice of Objection to: (1) Subpoena Allegedly Served on Michael E. Lewitt (Doc. 2528); and (2) Subpoena Allegedly Served on The Third Frida Total Return Fund, L.P. (Doc. 2529) and (II) Motion for Sanctions* (Doc. No. 2534) (the "Motion") filed by Carol L. Fox, the Chapter 11 Trustee (the "Trustee"), and the Court having reviewed the Objection and the Motion, and being otherwise duly advised, it is,

**ORDERED:**

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

1. The Objection is overruled. Michael E. Lewitt and The Third Friday Total Return Fund, L.P. are ordered to produce the subpoenaed documents by October 4, 2024 and appear for deposition on October 11, 2024.

2. The Motion is granted. Michael E. Lewitt and his counsel, Michael Gartland, are jointly and severally ordered to pay the Trustee's Counsel, Nelson Mullins Riley & Scarborough LLP, the sum subsequently awarded by this Court for attorney's fees associated with responding to the Objection and the bringing of the Motion.

3. If the parties cannot agree to a sum within 10 days from the entry of this Order, then the Trustee shall submit an affidavit for the Court's consideration.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449 / Fax: 305-995-6393
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060 / Fax: (954) 761-8135

*Special Counsel for Carol Fox, Chapter 11 Trustee*