**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                            CASE NUMBER 19-61608

Americore Holdings, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 09/16/2024                                                                  TIME: 10:00

ISSUE:

| | | |
|---|---|---|
| 2499 | 08/23/2024 | Order: (I)(A) Approving Bidding Procedures and the Form and Manner of Notice; (B) Scheduling an Auction and Hearing on Approval of Sale of the Cypress Creek Property; (C) Approving Notice of Sale of Property of the Estate Through the Service of this Bidding Procedures Order; and (D) Granting Related Relief; (II)(A) Approving, at a Subsequent Special Hearing on Sept 16, 2024, the Sale of the Cypress Creek Property Free and Clear of All Liens, Claims, etc; (B) Allowing the Service of this Order be Sufficient Notice of Sale; and (C) Granted Related Relief (Related Doc # 2438) (awd) |

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, September 16, 2024
(rah)