**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

AMERICORE HOLDINGS, LLC[1]                                   CASE NO. 19-61608
DEBTORS                                                       JOINTLY ADMINISTERED

**ORDER SETTING HEARING**

It is ORDERED that the Liquidating Trustee's combined Response [ECF No. 2534] to

Micheal E. Lewitt and Third Friday Total Return Fund L.P.'s Objection [ECF No. 2530] to

Notices of Taking Video Deposition Duces Tecum [ECF Nos. 2528, 2529], and Motion for

Sanctions [ECF No. 2534], shall come before the Court for hearing **at 9:00 a.m. on September**

**26, 2024, in the U.S. Bankruptcy Court, Community Trust Building, Second Floor**

**Courtroom, 100 E. Vine Street, Lexington, Kentucky.**

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
_Gregory R. Schaaf_
**Bankruptcy Judge**
**Dated: Monday, September 16, 2024**
**(dll)**