

**NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443
nelsonmullins.com

Sarah Sanchez Castillo
T: 305.373.9479
francis.santelices@nelsonmullins.com

September 17, 2024

<u>**Via FedEx**</u>

United States Bankruptcy Court
Eastern District of Kentucky
100 E Vine Street, Ste 200
Lexington, Kentucky 40507-1430

RECEIVED

SEP 18 2024

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

Attn: Clerk of Court

    RE: In re Americore Holdings, LLC
      Case No. 19-61608-grs
      Certified Copy - Order re Sale of Cypress Creek Property -  ECF #2540

Dear Clerk:

    Enclosed please find a check in the amount of $43.00, made payable to the United States Bankruptcy Court of the Eastern District of Kentucky, to cover the clerk's fee for a certified copy of the - Order re Sale of Cypress Creek Property and all the Exhibits (ECF #2540).

    Also enclosed is a FedEx envelope for your use in forwarding the certified copy to our office.

    Should you have any questions please do not hesitate to contact us.

    Very truly yours,

    Sarah Sanchez Castillo

Enclosures



RT 246
B 4 10:30 3036
09.18

ORIGIN ID:MPBA        (305) 373-9400
GARY FREEDMAN
NELSON MULLINS
2 SOUTH BISCAYNE BLVD.
21ST FLOOR
MIAMI, FL 33131
UNITED STATES US

SHIP DATE: 17SEP24
ACTWGT: 0.50 LB
CAD: 256544892/WSXI3600

BILL SENDER

**TO  CLERK OF COURT**
**UNITED STATES BANKRUPTCY COURT**
**100 E VINE ST STE 200**

**LEXINGTON KY 40507**
(305) 373-9470        REF: 074099.01500-GFREEDMAN-
INV:
PO:                                              DEPT:

FedEx
Express



WED - 18 SEP 10:30A
PRIORITY OVERNIGHT

TRK#
0201    2795 8573 3036

**XS LEXA**        40507
                            KY-US    SDF



RECEIVED

SEP 18 2024

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the FedEx.com...

FedEx ®

← FOLD on this line and place in shipping pouch with bar code and delivery address visible

| Insert shipping
document here.