**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Case No. 19-61608-grs |
| Debtors. | Jointly Administered |

### REPORT OF SALE PURSUANT TO FED. R. BANKR. P. 6004(f)

Carol Fox, the Liquidating Trustee of Ellwood Medical Center Operations, LLC (the "Trustee"), through counsel, files this Report of Sale. On September 16, 2024, the Court entered the *Order (A) Authorizing and Approving the Liquidating Trustee's Entry into an Asset Purchase Agreement for the Sale of the Cypress Creek Property; (B) Approving, at the Special Set Hearing on September 16, 2024, the Sale of the Cypress Creek Property Free and Clear of all Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f); (C) Granting Related Relief* (Docket No. 2540).

Closing Date:     September 20, 2024

Purchaser:       1200 W. Cypress Creek Property, LLC

Purchase Price:  $25,200,000.00

Description of Item Sold:

Real Property

Lots 47 and 48, of FORT LAUDERDALE INDUSTRIAL AIRPARK - SECTION 2,

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283) ("Ellwood"); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

according to the Plat thereof, as recorded in Plat Book 63, Page 8, of the Public Records of Broward County, Florida;

And

Lot 49, of RESUBDIVISION OF LOTS 49, 50 AND 51, FORT LAUDERDALE INDUSTRIAL AIRPARK - SECTION 2, according to the Plat thereof, as recorded in Plat Book 69, Page 18, of the Public Records of Broward County, Florida.

All Less the North 5.00 feet thereof.

Street Addresses: 1200 NW 62nd Street, Fort Lauderdale, FL 33309
1400 NW 62nd Street, Fort Lauderdale, FL 33309

Parcel ID #: 4942 09 02 0010
              4942 09 01 0470

Personal Property

All of the right, title and interest of Cypress Creek Florida, LLC (the "Debtor") in and to all personal property of every kind and description, whether now existing or later acquired, which now is or which at any time hereafter may be attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with, or arising from the use or enjoyment of all or any part of, or from any lease or AGREEMENT pertaining to, the real property or interests in it located in the County of Broward, State of Florida, as more particularly described above (the "Land"), including, without limitation:

(a) Any and all buildings, structures, improvements, alterations or appurtenances now or hereafter situated or to be situated on the Land (collectively, the "Improvements");

(b) All fixtures, equipment, systems, machinery, furniture, furnishings, appliances, inventory, goods, building and construction materials, supplies, and other articles of personal property, of every kind and character, now owned or hereafter acquired by the Debtor, which are now or hereafter attached to or situated in, on or about the Land or the Improvements, or used in or necessary to the complete and proper planning, development, use, occupancy or operation thereof, or acquired (whether delivered to the Land or stored elsewhere) for use or installation in or on the Land or the Improvements, and all renewals and replacements of, substitutions for and additions to the foregoing; and

(c) All accounts of or arising from the properties, rights, titles and interests referred to above.

Any term used or defined in the Florida Uniform Commercial Code, as in effect from time to time, which is not defined herein has the meaning given to that term in the Florida Uniform Commercial Code, as in effect from time to time, when used herein. However, if

4876-2890-7496 v.1

a term is defined in Article 9 of the Florida Uniform Commercial Code differently than in another Article of the Florida Uniform Commercial Code, the term has the meaning specified in Article 9.

Dated: September 24 2024.

                        Respectfully Submitted

                        */s/ Gary M. Freedman*
                        Gary M. Freedman
                        Florida Bar No. 727260
                        NELSON MULLINS RILEY & SCARBOROUGH LLP
                        2 South Biscayne Boulevard - 21st Floor
                        Miami, FL  33131
                        Ph. 305-373-9400 | Fax 305-995-6416
                        Gary.Freedman@nelsonmullins.com

                        -and-

                        Frank P. Terzo
                        Florida Bar No. 906263
                        NELSON MULLINS RILEY & SCARBOROUGH LLP
                        100 S.E. 3rd Avenue, Suite 2700
                        Fort Lauderdale, FL 33394
                        Ph. 954-764-7060 | Fax 954-761-8135
                        Frank.Terzo@nelsonmullins.com

                        *Special Counsel for Carol Fox, Liquidating Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2024, a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court, and to the following parties by email:

David Duckworth David.Duckworth@avisonyoung.com
Michael Fay michael.fay@avisonyoung.com
Brian De la Fe brian.delafe@avisonyoung.com
Philip Shapiro philip.shapiro@avisonyoung.com
Stephen Englert stephen.englert@avisonyoung.com
John Crotty john.crotty@avisonyoung.com
Thomas J. Ansbro tansbro@fortlauderdale.gov
Crystal Green-Griffith cgreen-griffith@fortlauderdale.gov
Felisha Ritchey FRitchey@fortlauderdale.gov
Andrew Warner Andrew.Warner@usdoj.gov
Jeremy Bloor Jeremy.Bloor@usdoj.gov
A.J. Belt aj.belt@cushwake.com
Patrick Bet-David patrick@vt.com
RJ Milnor rj@vt.com
Thomas Ellsworth tom@vt.com
Sam Carvajal sam@vt.com
David Weiss david.weiss@cloudlllp.com
Jack Campbell jack.campbell@cloudlllp.com
Robert Fessler rob.fessler@worvanpartners.com
Steve Bobal steve.bobal@cloudlllp.com
Eric Hochman ehochman@pebbent.com
Brett Marcus bmarcus@pebbent.com
Robert Meek robbiem@arsgem.com

                                    */s/ Gary M. Freedman*
                                    Gary M. Freedman

4876-2890-7496 v.1