**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

AMERICORE HOLDINGS, LLC[1]   CASE NO. 19-61608
DEBTORS   JOINTLY ADMINISTERED

**ORDER**

On September 12, 2024, the Liquidating Trustee filed Notices of Taking Video Deposition Duces Tecum of Michael E. Lewitt [ECF No. 2528] and Third Friday Total Return Fund, L.P. [ECF No. 2529] (collectively, the "Third Friday Parties"), and attached Subpoenas that required the Third Friday Parties to produce documents and testify at a deposition scheduled for October 10, 2024. That same day, the Third Friday Parties filed a Notice of Objection to the Subpoenas. [ECF No. 2530.]

On September 13, 2024, the Liquidating Trustee filed a combined Response to the Third Friday Parties' Objection and Motion for Sanctions. [ECF No. 2534.] The Third Friday Parties supplemented their Objection [ECF No. 2555] and a hearing was held on September 26, 2024 [ECF Nos. 2559-2561.]

The Subpoenas are deficient based on the arguments in the record and the discussions at the hearing. Therefore it is ORDERED that the Third Friday Parties' Objection [ECF Nos. 2530, 2555] is SUSTAINED and the Liquidating Trustee's Motion for Sanctions [ECF No. 2534] is DENIED.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, September 27, 2024
(grs)