**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

AMERICORE HOLDINGS, LLC[1]　　　　　　　　　　　CASE NO. 19-61608
DEBTORS　　　　　　　　　　　　　　　　　　　　JOINTLY ADMINISTERED

### ORDER TO SHOW CAUSE

On September 13, 2024, the Liquidating Trustee filed a combined Response [ECF No. 2534] to the Third Friday Parties' Objection [ECF No. 2530] to Notices of Taking Video Deposition Duces Tecum [ECF Nos. 2528, 2529], and Motion for Sanctions [ECF No. 2534]. Attached to the Trustee's combined Response and Motion is a letter from Michael Lewitt [ECF No. 2534-1] that suggests Lewitt has an original Collateral Document that this Court has previously ordered him to turnover to the Liquidating Trustee [ECF No. 1976].

Based on the foregoing, it is ordered that Michael Lewitt shall appear in person **at 9:00 a.m. on October 17, 2024, in the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 E. Vine Street, Lexington, Kentucky,** and show cause why he should not be held in contempt for his failure to comply with the Court's Order.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, September 27, 2024
(grs)