**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S**
**FOURTH OMNIBUS OBJECTION TO CLAIMS**

THIS MATTER having come before the Court on August 29, 2024 upon the filing of the fourth omnibus objection (Doc. No. 2510) (the "Objection")[2] of Carol L. Fox as Liquidating Trustee for entry of an order modifying or disallowing the Disputed Claims contained in the Objection; and this Court having jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this Bankruptcy Case and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Liquidating Trustee's notice of the Objection was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection and all other related pleadings; and considering that no responses to the Objection were filed within the applicable deadline;  and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon consideration of all of the

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Objection.

proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore:

It is **HEREBY ORDERED THAT:**

1.      The Objection is **SUSTAINED** in its entirety.

2.      The Disputed Claims are deemed modified and/or disallowed as stated in the Objection and the Liquidating Trustee may amend the claims register as contemplated by the Objection.

3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Order Tendered by:

*/s/ Jimmy D. Parrish*
*Jimmy D. Parrish (admitted* Pro Hac Vice)
Fla. Bar. No. 0526401
**Baker & Hostetler LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4000
Fax: 407-841-0168
jparrish@bakerlaw.com
*Counsel to Carol L. Fox, Liquidating Trustee*

4882-2350-4877.1