# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-61608 |
| | ) | |
| AMERICORE HOLDINGS, LLC, *et al.*[3] | ) | Jointly administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH THE U.S. SMALL BUSINESS ADMINISTRATION

Upon consideration of the motion (the "Motion") filed by the Debtors, by and through Carol L. Fox, the Liquidating Trustee ("Trustee") of the St. Alexius Liquidating Trust, and pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019-1 of the United States Bankruptcy Court for the Eastern District of Kentucky seeking an order approving the Trustee's motion to approve a compromise of controversy with the U.S. Small Business Administration (the "Motion"),[4] and upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the

---

[3] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[4] Capitalized terms utilized in this Order but not otherwise defined herein shall have the meaning assigned to them in the Motion.

Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS ORDERED:**

1. The Motion is **GRANTED.**

2. The Settlement Agreement attached to the Motion is approved.

3. Pursuant to the terms of the Settlement Agreement, the Trustee shall promptly dismiss the PPP Appeal with prejudice.

4. Pursuant to the terms of the Settlement Agreement, the SBA Claim shall be allowed as a non-priority, general unsecured claim against Debtor St. Alexius Hospital Corporation #1 in the amount of $5,312,903.62.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Order Tendered by:

*/s/ Jimmy D. Parrish*
Elizabeth A. Green, Esq.
Florida Bar No, 0600547
egreen@bakerlaw.com
Jimmy D. Parrish
Florida Bar No. 526401
jparrish@bakerlaw.com
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168

*Attorneys for the Liquidating Trustee*

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, October 16, 2024**
(grs)