**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICORE HOLDINGS, LLC, *et al.*,[1] | Case No. 19-61608-grs |
| Debtors. | Jointly Administered |

## NOTICE OF FILING MEDIATOR'S NOTICE OF IMPASSE

Notice is hereby given of the Mediator's Notice of Impasse in the mediation between (a) Carol Fox, the Liquidating Trustee, in her capacity as the Trustee of the St. Alexius Liquidating Trust, Ellwood Liquidating Trust, Izard Liquidating Trust, and Pineville Liquidating Trust, (b) Michael Lewitt and The Third Friday Total Return Fund, L.P. and (c) Platinum Group USA, Inc. The Notice of Impasse is attached hereto as **Exhibit A.**

**DATED**: November 19, 2024

                                                  Respectfully Submitted

                                                  */s/ Frank P. Terzo*
                                                  Gary M. Freedman
                                                  Florida Bar No. 727260
                                                  NELSON MULLINS RILEY & SCARBOROUGH LLP
                                                  2 South Biscayne Boulevard - 21st Floor
                                                  Miami, FL  33131
                                                  Ph. 305-373-9400 | Fax 305-995-6416
                                                  Gary.Freedman@nelsonmullins.com

                                                  -and-

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283) ("Ellwood"); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation # 1 (2766) (collectively, the "Debtors").

1

4891-4740-5565 v.1

2

Frank P. Terzo
Florida Bar No. 906263
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135
Frank.Terzo@nelsonmullins.com

*Special Counsel for Carol Fox, Liquidating Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that November 19, 2024, a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record receiving notices via CM/ECF.

*/s/ Frank P. Terzo*
Frank P. Terzo

4891-4740-5565 v.1

# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

AMERICORE HOLDINGS, LLC, *et al.*

Debtors.

Chapter 11
Jointly administered
Case No. 19-61608

### MEDIATOR'S NOTICE OF IMPASSE

HARLEY E. RIEDEL, as the Mediator in this matter, hereby advises the Court that the mediation between (a) Carol Fox, the Liquidating Trustee, in her capacity as trustee of the St. Alexius Liquidating Trust, Ellwood Liquidating Trust, Izard Liquidating Trust, and Pineville Liquidating Trust, (b) Michael Lewitt and The Third Friday Total Return Fund, L.P. and (c) Platinum Group USA, Inc. has resulted in an impasse.

*/s/ Harley E. Riedel*
Harley E. Riedel, Florida Bar No. 183628
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Pleadings: hriedel.ecf@srbp.com
Correspondence: hriedel@srbp.com