UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICORE HOLDINGS, LLC, *et. al. .,*[1] | CASE NO. 19-61608 |
| DEBTORS | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

This is to certify that the *Order Granting Liquidating Trustee's Motion to Approve Compromise of Controversy with Highscore Capital, LLC.* [ECF No. 2613] was served via the Court's CM/ECF system and via electronic mail to the Defendant on December 10, 2024.

Respectfully Submitted,

EMBRY MERRITT WOMACK NANCE PLLC

By: /s/ T. Kent Barber, Esq.
KY Bar No. 092456
Embry Merritt Womack Nance PLLC
201 E Main St, Suite 1402
Lexington, Kentucky 40507
(859) 543-0453 Ext. 249
kent.barber@emwnlaw.com
*Counsel for Liquidating Trustee*

---

[1] The Collective Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766) (collectively, the "Debtors").