# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Americore Holdings, LLC, *et al.*,[1] | ) | Case No. 19-61608-grs |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CANCELLATION OF DEPOSITION[2]

PLEASE TAKE NOTICE that the Carol L. Fox, as Liquidating Trustee ("Trustee"), through undersigned counsel, is cancelling the deposition of Michael E. Lewitt and Third Friday Total Return Fund, L.P. scheduled for Tuesday, February 4, 2025 at 10:00 a.m.  The rescheduled date of the deposition will be reset for some date in March, 2025 based on the availability of the parties.  The Trustee will renotice the deposition once the date is set.

**DATED**: January 28, 2025

NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph. 954-764-7060 | Fax 954-761-8135

*/s/ Frank P. Terzo*
Frank P. Terzo
Florida Bar No. 906263
Frank.Terzo@nelsonmullins.com

*Special Counsel for Carol Fox, Liquidating Trustee*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

[2] Scheduled pursuant to Doc. No. 2617.  The Subpoenas previously issued remain in full force and effect.

4932-3297-5379 v.2

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 28, 2025, by electronic transmission through the Court's CM/ECF system upon all Filing Users accepting Notice of Electronic Filing.

*/s/ Frank P. Terzo*
Frank P. Terzo