**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 19-61608** |
| | ) | |
| **Americore Holdings, LLC, *et al.*[1]** | ) | **Jointly administered** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

**MOTION TO APPEAR TELEPHONICALLY**
**AT HEARING AT 9:00 A.M. ON APRIL 23, 2026**

Carol Fox, the Liquidating Trustee of the St. Alexius Liquidating Trust, the Ellwood Liquidating Trust, the Izard Liquidating Trust, and the Pineville Liquidating Trust (collectively, the "Liquidating Trustee") by and through her undersigned counsel, respectfully moves the Court for an order permitting her and her undersigned counsel to appear telephonically at the status conference scheduled for April 23, 2026 at 9:00 a.m. (the "Status Conference"). In support thereof, the Liquidating Trustee states as follows:

1.      The Court issued an order on March 6, 2026, setting the Status Conference.

2.      The Liquidating Trustee respectfully requests permission for her and her attorney to appear via telephone at the Status Conference.

3.      The Liquidating Trustee is requesting permission to attend the hearing via telephone in a costs-savings effort, as a telephonic appearance would constitute significant savings in both time and travel costs for the Status Conference.

4.      Pursuant to Local Rule 9013-1(c), this motion is seeking action by the Court

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

118127.000001\4928-1987-8049.1

without notice or hearing. The Liquidating Trustee respectfully requests that the Court grant the motion without notice or hearing to allow the requested telephonic appearances for the Status Conference.

5.      The Liquidating Trustee asserts reasonable notice will be provided to the parties in this case by filing this motion ahead of the hearing.

WHEREFORE, the Liquidating Trustee respectfully requests that she and her undersigned attorney be permitted to appear telephonically at the Status Conference.

Respectfully submitted this 14th day of April 2026.

/s/ Jimmy D. Parrish
Jimmy D. Parrish
Fla. Bar. No. 0526401
**Baker &Hostetler, LLP**
200 South Orange Ave.
Suite 2300
Orlando, FL 32801
Tel. 407-649-4000
Fax: 407-841-0168
jparrish@bakerlaw.com
*Counsel to the Liquidating Trustee*

## CERTIFICATE OF SERVICE

It is hereby certified that on April 14, 2026, a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

/s/ Jimmy D. Parrish
Jimmy D. Parrish

118127.000001\4928-1987-8049.1